IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
ITV DIRECT, INC.,                                                 )
                                                                  )
                 Plaintiff,                                       )
                                                                  )  Docket No: 04-10421 JLT
                 - v -                                            )
                                                                  )
HEALTHY SOLUTIONS, LLC                                            )
HEALTH SOLUTIONS, INC.,                                           )
ALEJANDRO GUERRERO, Individually and as a                         )
Member of Healthy Solutions, LLC, and as Officer                  )
and Director of Health Solutions, Inc.,                           )
MICHAEL HOWELL, Individually and as a                             )
Member of Healthy Solutions, LLC, and as Officer                  )
And Director of Health Solutions, Inc., and                       )
GREG GEREMESZ, Individually and as a                              )
Member of Healthy Solutions, LLC, and as Officer                  )
And Director of Health Solutions, Inc.,                           )
                                                                  )
                 Defendants.                                      )
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

## NOTICE OF APPEARANCES

Kindly enter the appearances of Christopher F. Robertson, Peter S. Brooks, and Katherine E. Perrelli as counsel for the Plaintiff, ITV Direct, Inc. in the above-referenced matter.

                                            Respectfully submitted,
                                            ITV DIRECT, INC.,
                                            By its attorneys,

                                            /s/ Christopher F. Robertson
                                            Christopher F. Robertson (BBO #642094)
                                            Peter S. Brooks (BBO #058980)
                                            Katherine E. Perrelli (BBO #549820)
                                            SEYFARTH SHAW LLP
                                            World Trade Center East
                                            Two Seaport Lane, Suite 300
                                            Boston, MA 02210
                                            (617) 946-4800 phone
                                            (617) 946-4801 fax
                                            crobertson@seyfarth.com
                                            pbrooks@seyfarth.com
Dated: April 9, 2004                        kperrelli@seyfarth.com