UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC.,                     )<br>                                              )<br>                    Plaintiff,            )<br>                                              )<br>v.                                          )<br>                                              )<br>HEALTHY SOLUTIONS, L.L.C., et al., )<br>                                              )<br>                    Defendants.        )<br>                                              )<br>CAPPSEALS, INC.,                    )<br>                                              )<br>          Plaintiff-in-Intervention,   )<br>                                              )<br>v.                                          )<br>                                              )<br>HEALTHY SOLUTIONS, L.L.C., d/b/a )<br>DIRECT BUSINESS CONCEPTS; ITV )<br>DIRECT, INC.; and DIRECT         )<br>FULFILLMENT, LLC,                  )<br>                                              )<br>          Intervenor-Defendants.      )<br>                                              ) | Civil Action No. 04-CV-10421-JLT |

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of Cappseals, Inc.'s Motion to Intervene and Motion for a Temporary Restraining Order, the Corporate Disclosure Statement and other relief was served on the attorney of record for ITV Direct, Inc. by hand, and by overnight mail on Healthy Solutions, L.L.C. d/b/a Direct Business

-2-

Concepts (for which no attorney has entered an appearance in this matter as of yet) pursuant to Fed. R. Civ. P. 5 on this 8th day of April, 2004.

                                                Respectfully submitted,
                                                CAPPSEALS, INC.
                                                By its attorneys,

                                                _____
                                                Daniel J. Kelly, BBO# 553926
                                                GADSBY & HANNAH LLP
                                                225 Franklin Street
                                                Boston, MA 02110

DATED: April 8, 2004                   (617) 345-7000