UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC., <br><br> Plaintiff, <br><br> v. <br><br> HEALTHY SOLUTIONS, L.L.C., et al., <br><br> Defendants. | Civil Action No. 04-CV-10421-JLT |
| CAPPSEALS, INC., <br><br> Plaintiff-in-Intervention, <br><br> v. <br><br> HEALTHY SOLUTIONS, L.L.C., d/b/a DIRECT BUSINESS CONCEPTS; ITV DIRECT, INC.; and DIRECT FULFILLMENT, LLC, <br><br> Intervenor-Defendants. | |

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rules of Civil Procedure Rule 7.1, plaintiff Cappseals, Inc. hereby notifies the Court that it has no parent corporation and that no publicly-held corporation owns 10% or more of its stock.

                                                              CAPPSEALS, INC.,

                                                              By its attorneys,

                                                              Daniel J. Kelly, BBO # 553926
                                                              Gadsby Hannah LLP
                                                               225 Franklin Street
                                                               Boston, MA 02110

April 8, 2004                                            (617) 345-7000