UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC., <br><br> Plaintiff, <br><br> v. <br><br> HEALTHY SOLUTIONS, L.L.C., et al., <br><br> Defendants. <br><br> CAPPSEALS, INC., <br><br> Plaintiff-in-Intervention, <br><br> v. <br><br> HEALTHY SOLUTIONS, L.L.C., d/b/a DIRECT BUSINESS CONCEPTS; ITV DIRECT, INC.; and DIRECT FULFILLMENT, LLC, <br><br> Intervenor-Defendants. | Civil Action No. 04-CV-10421-JLT |

**PLAINTIFF-IN-INTERVENTION'S OPPOSITION TO REQEUST FOR SANCTIONS AND REPLY TO ITV DIRECT, INC.'S AND DIRECT FULFILLMENT, LLC'S <u>OPPOSITION TO MOTION FOR TEMPORARY RESTRAINING ORDER AND REQ</u>**

EXHIBIT C

COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| ESSEX, SS. | SUPERIOR COURT DEPARTMENT<br>OF THE TRIAL COURT<br>CIVIL ACTION NO. 2004-00482 |

CAPPSEALS, INC., a Washington Corporation,

    Plaintiff,

v.

ITV DIRECT, INC., a Massachusetts Corporation; and DIRECT FULFILLMENT, LLC, a Massachusetts Limited Liability Company,

    Defendants,

Beverly National Bank,

    Trustee Process Defendant.

**NOTICE OF VOLUNTARY DISMISSAL**

The plaintiff, Cappseals, Inc., hereby dismisses, without prejudice, its claims in the above-referenced matter pursuant to Mass. R. Civ. P. 41(a)(1)(i).

Respectfully submitted,

CAPPSEALS, INC.
By its attorneys,

*/s/ Daniel J. Kelly/*
Daniel J. Kelly, BBO #553926
Gadsby Hannah LLP
225 Franklin Street
Boston, MA 02110
(617) 345-7000

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.

Date: 4/7/04  */s/ Daniel J. Kelly/*

DATED: April 7, 2004

B0358627v1



**GADSBY HANNAH** LLP

Daniel J. Kelly
dkelly@ghlaw.com

Tel: 617 345 7026
Fax: 617 204 8026

April 7, 2004

**VIA OVERNIGHT MAIL**

Civil Clerk
Essex Superior Court
34 Federal Street
Salem, MA 01970

    Re:   <u>Cappseals, Inc. v. ITV Direct, Inc.</u>

Dear Sir/Madam:

    Enclosed for filing in the above-captioned matter, please find a Notice of Voluntary Dismissal.

225 Franklin Street
Boston MA 02110

Tel  617 345 7000
Fax  617 345 7050

www.ghlaw.com

Very truly yours,

*Daniel J. Kelly*

Daniel J. Kelly

DJK:tm
Enclosure
cc: Peter S. Brook, Esq. (By Hand)

B0358638v1