UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HEALTHY SOLUTIONS, L.L.C., et al., ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) <br> CAPPSEALS, INC., ) <br> ) <br> Plaintiff-in-Intervention, ) <br> ) <br> v. ) <br> ) <br> HEALTHY SOLUTIONS, L.L.C., d/b/a ) <br> DIRECT BUSINESS CONCEPTS; ITV ) <br> DIRECT, INC.; and DIRECT ) <br> FULFILLMENT, LLC, ) <br> ) <br> Intervenor-Defendants. ) | Civil Action No. 04 CV 10421 JLT |

### ~~TEMPORARY RESTRAINING~~ PRELIMINARY INJUNCTION ORDER

Based upon the Court's consideration of the pleadings and supporting papers submitted by the Plaintiff-in-Intervention, Cappseals, Inc., and upon the Court's express finding that Cappseals, Inc. will suffer irreparable harm if the account receivable held by defendant Healthy Solutions, L.L.C. d/b/a Direct Business Concepts against Intevernor-Defendant ITV Direct, Inc. is not protected from transfer, compromise, or alteration, the Court hereby enters a temporary restraining order:

(1) enjoining Healthy Solution, L.L.C. d/b/a Direct Business Concepts from selling, compromising, transferring, assigning, or otherwise disposing of, alienating or hypothecating its interest in any and all monies due or to become due to DBC from ITV Direct for the manufacture

and shipment of Supreme Greens to ITV Direct or its interest in any and all intellectual property related to Supreme Greens; and

(2) enjoining ITV Direct ~~from selling, transferring, assigning, or otherwise disposing of, alienating or hypothecating~~ from disbursing any monies to Healthy Solutions or transfer or assign any assets to Healthy Solution until any further order of this Court. ~~interest it may have in the first $1,000,182.89 of monies due or to become due to DBC by ITV Direct.~~

_[signature]_
United States District Court Judge
4/14/04

DATED: April 8, 2004

-2-

B0358750v1