UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC. ) | Civil Action No. 04-CV-10421-JLT |
| ) | |
| Plaintiff, ) | Judge Joseph L. Tauro |
| ) | |
| v. ) | CERTIFICATE OF INTERESTED PARTIES |
| ) | *Local Rule 7.3 Corporate* |
| HEALTHY SOLUTIONS, L.L.C., et al., ) | *Disclosure Statement* |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| CAPPSEALS, INC. ) | |
| ) | |
| Plaintiff-in-Intervention, ) | |
| ) | |
| v. ) | |
| ) | |
| HEALTHY SOLUTIONS, L.L.C., d/b/a DIRECT ) | |
| BUSINESS CONCEPTS; ITV DIRECT, INC.; ) | |
| and DIRECT FULFILLMENT, LLC, ) | |
| ) | |
| Intervenor-Defendants. ) | |
| ) | |
| AND RELATED ACTIONS ) | |
| ) | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The undersigned, counsel of record for Defendants and Counterclaim Plaintiffs Healthy Solutions, LLC dba Direct Business Concepts, Health Solutions, Inc., and Alejandro Guerrero do hereby state that there are no parent corporations nor are there any publicly held companies that own 10% or more of the party's stock.

These representations are made to enable the Court to evaluate possible disqualifications or recusal:

1. Intervenor-Defendants, Counterclaim Plaintiffs
HEALTHY SOLUTIONS, LLC dba
DIRECT BUSINESS CONCEPTS,
a California limited liability corporation
290 N. Benson Street
Upland, CA 91786

2. Intervenor-Defendants, Counterclaim Plaintiffs
HEALTH SOLUTIONS, INC.,
a California corporation
290 N. Benson Street
Upland, CA 91786

3. Intervenor-Defendants, Counterclaim Plaintiffs
ALEJANDRO GUERRERO,
an individual
2513 Jonquil Drive
Upland, CA 91784

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY HAND/MAIL ON

*In accordance with separately filed Certificate of Service, copies of these pleadings were filed on the counsel of record by California counsel for the defendants by Federal Express on 4-19-04.*

DATED: April 19, 2004

Respectfully submitted,
HEALTHY SOLUTIONS, LLC,
HEALTH SOLUTIONS, INC.,
ALEJANDRO GUERRERO
By its attorneys,

Becky V. Christensen, Esq. CA State Bar # 147013
Craig McLaughlin, Esq. CA State Bar #182876
LEVIN & O'CONNOR
384 Forest Avenue, Suite 13
Laguna Beach, CA 92651
(949) 497-7676

Dustin F. Hecker
POSTERNAK BLANKSTEIN & LUND LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-8004
(617) 973-6100