UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC. ) | Civil Action No. 04-CV-10421-JLT |
| ) | |
| Plaintiff, ) | Judge Joseph L. Tauro |
| v. ) | |
| ) | DECLARATION AND EXHIBITS OF |
| HEALTHY SOLUTIONS, L.L.C., et al., ) | ALEJANDRO GUERRERO, GREGORY |
| ) | GEREMESZ, MICHAEL HOWELL, |
| Defendants. ) | ROBERT MAIHOS, TODD STANWOOD, |
| ) | AND BECKY V. CHRISTENSEN IN |
| CAPPSEALS, INC. ) | SUPPORT OF DEFENDANTS' MOTION |
| ) | FOR TEMPORARY RESTRAINING |
| Plaintiff-in-Intervention, ) | ORDER [HEARING REQUESTED] |
| v. ) | |
| ) | |
| HEALTHY SOLUTIONS, L.L.C., d/b/a DIRECT ) | |
| BUSINESS CONCEPTS; ITV DIRECT, INC.; ) | |
| and DIRECT FULFILLMENT, LLC, ) | |
| ) | |
| Intervenor-Defendants. ) | |
| ) | |
| ) | |
| AND RELATED ACTIONS ) | |
| ) | |

1

APPENDIX

Exhibit A    Declaration of Alejandro ("Alex") Guerrero In Support of Defendants' Application for Temporary Restraining Order

Exhibit B    Declaration of Gregory Geremesz In Support of Plaintiff's Motion for Temporary Restraining Order (Originally filed in Healthy Solutions, et al., v. ITV Direct, Inc., U.S. Dist. C.D. Cal. EDCV 04-00236-SGL)

Exhibit C    Declaration of Michael Howell In Support of Plaintiff's Motion for Temporary Restraining Order (Originally filed in Healthy Solutions, et al., v. ITV Direct, Inc., U.S. Dist. C.D. Cal. EDCV 04-00236-SGL)

Exhibit D    Declaration of Robert Maihos In Opposition to Plaintiffs' Motion for Temporary Restraining Order (Originally filed in Healthy Solutions, et al., v. ITV Direct, Inc., U.S. Dist. C.D. Cal. EDCV 04-00236-SGL)

Exhibit E    Declaration of Todd Stanwood In Opposition to Plaintiffs' Motion for Temporary Restraining Order (Originally filed in Healthy Solutions, et al., v. ITV Direct, Inc., U.S. Dist. C.D. Cal. EDCV 04-00236-SGL)

Exhibit F    Declaration of Counsel re: Notice

Exhibit 1    Defendants' Labels Used As Early As December 2002

Exhibit 2    Defendants' Sales Before ITV Direct, Inc. Received Supreme Greens (June – July 2003)

Exhibit 3    Distribution Agreement Dated April 2003

Exhibit 4    Health Solutions, Inc. Distributors (Partial List)

Exhibit 5    Website Pages Showing Association Between Supreme Greens and Defendant Guerrero

Exhibit 6    ITV Direct, Inc.'s Cease and Desist Letter to Defendant's Distributor Dated March 16, 2004

Exhibit 7    E-Mail From ITV Direct, Inc. (Stanwood) to Defendant Guerrero with Acknowledgement of Plaintiff's Orders For Non-Genuine Supreme Greens Dated March 24, 2004

DECLARATION AND EXHIBITS
IN SUPPORT OF DEFENDANTS' MOTION
FOR TEMPORARY RESTRAINING ORDER

Exhibit 8    E-Mail From ITV Direct, Inc. (Stanwood) to Defendant Guerrero with Acknowledgment of Plaintiff's Orders For Non-Genuine Supreme Greens Dated March 30, 2004

Exhibit 9    Unpaid Invoices Owed By Plaintiffs

Respectfully submitted,
HEALTHY SOLUTIONS, LLC,
HEALTH SOLUTIONS, INC.,
ALEJANDRO GUERRERO
By its attorneys,

Becky V. Christensen, Esq. CA State Bar # 147013
Craig McLaughlin, Esq. CA State Bar #182876
LEVIN & O'CONNOR
384 Forest Avenue, Suite 13
Laguna Beach, CA 92651
(949) 497-7676

Dustin F. Hecker
POSTERNAK BLANKSTEIN & LUND LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-8004
(617) 973-6100

DATED: April 19, 2004

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY HAND/MAIL ON

In accordance with separately-filed Certificate of Service, copies of these pleadings were filed on the counsel of record by California Counsel for the defendants by Federal Express on 4-19-04.

3

DECLARATION AND EXHIBITS
IN SUPPORT OF DEFENDANTS' MOTION
FOR TEMPORARY RESTRAINING ORDER