UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC. ) | Civil Action No. 04-CV-10421-JLT |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| v. ) | |
| ) | |
| HEALTHY SOLUTIONS, L.L.C., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| CAPPSEALS, INC. ) | |
| ) | |
| Plaintiff-in-Intervention, ) | |
| ) | |
| v. ) | |
| ) | |
| HEALTHY SOLUTIONS, L.L.C., d/b/a ) | |
| DIRECT BUSINESS CONCEPTS; ITV ) | |
| DIRECT, INC.; and DIRECT ) | |
| FULFILLMENT, LLC, ) | |
| ) | |
| Intervenor-Defendants. ) | |
| ) | |
| ) | |
| AND RELATED ACTIONS ) | |
| ) | |

I hereby certify that a true copy of:

ANSWER OF DEFENDANTS HEALTHY SOLUTIONS, LLC, HEALTH SOLUTIONS, INC., ALEJANDRO GUERRERO, MICHAEL HOWELL, AND GREG GEREMESZ;

COUNTERCLAIMS AND DEMAND FOR JURY TRIAL;

DEFENDANTS NOTICE OF APPLICATION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER AGAINST PLAINTIFF ITV DIRECT, EXPEDITED DISCOVERY AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION;

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION FOR TEMPORARY RESTRAINING ORDER;

DECLARATION AND EXHIBITS OF ALEJANDRO GUERRERO, GREGORY GEREMESZ, MICHAEL HOWELL, ROBERT MAIHOS, TODD STANWOOD, AND BECKY V. CHRISTENSEN IN SUPPORT OF DEFENDANTS' MOTION FOR TEMPORARY RESTRAINING ORDER;

(PROPOSED) TEMPORARY RESTRAINING ORDER, ORDER EXPEDITING DISCOVERY AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION;

DECLARATION OF CRAIG MCLAUGHLIN PURSUANT TO LOCAL RULE 83.5.3(b) APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY;

DECLARATION OF BECKY V. CHRISTENSEN PURSUANT TO LOCAL RULE 83.5.3(b) APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY;

CERTIFICATE OF INTERESTED PARTIES;

REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK

was served on the attorneys of record:

| | |
|---|---|
| For Plaintiff ITV Direct, Inc. and Intervenor-Defendant Direct Fulfillment, LLC | Attorneys of Record:<br><br>Christian H. Pedersen<br>METAXAS, NORMAN & PIDGEON, LLP<br>900 Cummings Center, Suite 207T<br>Beverly, MA 01915<br><br>Katherine E. Perrelli<br>Peter S. Brooks<br>Christopher F. Robertson<br>SEYFARTH SHAW LLP<br>Two Seaport Lane, Suite 300<br>Boston, MA 02210 |

    For Plaintiff-in-Intervention Cappseals, Inc.    Attorney of Record:
Daniel J. Kelly
GADSBY HANNAH LLP
225 Franklin Street
Boston, MA 02110

by Federal Express pursuant to Fed. R. Civ. P.5 on this 19th day of April, 2004.

    Respectfully submitted,

    By its attorneys,

*[signature]*

Becky V. Christensen, Esq. CA State Bar # 147013
LEVIN & O'CONNOR
384 Forest Avenue, Suite 13
Laguna Beach, CA 92651

DATED: April 19, 2004    (949) 497-7676