UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC.<br>    Plaintiff,<br>v.<br><br>HEALTHY SOLUTIONS, LLC, et al.,<br>    Defendants. | Civil Action No. 04-CV-10421-JLT<br><br>Judge Joseph L. Tauro |
| CAPPSEALS, INC.<br>    Plaintiff-in-Intervention<br>v.<br><br>HEALTHY SOLUTIONS, LLC, d/b/a DIRECT<br>BUSINESS CONCEPTS; ITV DIRECT, INC.;<br>and DIRECT FULFILLMENT, LLC,<br>    Intervenor-Defendants. | |
| HEALTHY SOLUTIONS, LLC dba DIRECT<br>BUSINESS CONCEPTS, a California limited<br>liability company; HEALTH SOLUTIONS, INC.,<br>a California corporation; ALEJANDRO<br>GUERRERO, an individual;<br>    Counterclaim Plaintiffs,<br>v.<br><br>ITV DIRECT, INC., a Massachusetts corporation;<br>DIRECT FULFILLMENT LLC, a Massachusetts<br>limited liability company, and DOES 1-10,<br>inclusive,<br>    Counterclaim Defendants. | |

**MOTION FOR LEAVE TO ADMIT BECKY V. CHRISTENSEN
AND CRAIG MCLAUGHLIN PRO HAC VICE**

In accordance with Rule 83.5.3(b), Dustin F. Hecker, a member of the bar of Massachusetts, respectfully moves for the admission pro hac vice of Becky V. Christensen and Craig McLaughlin, of the law firm of Levin & O'Connor, 384 Forest Avenue, Suite 13, Laguna

Beach, California 92651, to appear and practice in this Court for this case as counsel for the defendants and counterclaim plaintiffs Healthy Solutions, LLC, Health Solutions, Inc., Alejandro Guerrero, Michael Howell, and Greg Geremesz. As detailed in the Certificates of Ms. Christensen and Mr. McLaughlin (attached hereto as Exhibits A and B), both are members of the bar in good standing in every jurisdiction in which they have been admitted to practice. There are no disciplinary proceedings pending against either of them as a member of the bar in any jurisdiction, and both are familiar with the local rules of the United States District Court for the District of Massachusetts. Payment of the $50.00 admission fee per attorney has been submitted to the Clerk of the Court. I have previously entered my appearance as counsel for the defendants.

WHEREFORE, Dustin F. Hecker hereby respectfully requests that the Court grant this Motion for Leave to Admit Becky V. Christensen and Craig McLaughlin pro hac vice.

Respectfully submitted,

Dustin F. Hecker, Esq., BBO# 549171
POSTERNAK BLANKSTEIN & LUND LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-8004
(617) 973-6131

Dated: April 21, 2004

## CERTIFICATE OF SERVICE

I, Dustin F. Hecker, hereby certify that on this 21 day of April, 2004, I served a copy of the within document by facsimile and mail to Christian H. Pedersen, Esq., Metaxas, Norman & Pidgeon, LLP, 900 Cummings Center, Suite 207T, Beverly, MA 01915; and by hand to Katherine E. Perelli, Esq., Seyfarth Shaw LLP, Two Seaport Lane, Suite 300, Boston, MA 02210 and Daniel J. Kelly, Esq., Gadsby Hannah LLP, 225 Franklin Street, Boston, MA 02110.

_____
Dustin F. Hecker, Esq.

ID # 390857v01/5112-1/ 04.21.2004