

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC. ) | Civil Action No. 04-CV-10421-JLT |
| ) | |
| Plaintiff, ) | |
| v. ) | Judge Joseph L. Tauro |
| ) | |
| HEALTHY SOLUTIONS, L.L.C., et al., ) | DECLARATION OF BECKY V. |
| ) | CHRISTENSEN PURSUANT TO |
| Defendants. ) | LOCAL RULE 83.5.3(b) |
| ) | APPLICATION TO QUALIFY AS |
| ) | A FOREIGN ATTORNEY |
| CAPPSEALS, INC. ) | |
| ) | |
| Plaintiff-in-Intervention, ) | |
| v. ) | |
| ) | |
| HEALTHY SOLUTIONS, L.L.C., d/b/a ) | |
| DIRECT BUSINESS CONCEPTS; ITV ) | |
| DIRECT, INC.; and DIRECT ) | |
| FULFILLMENT, LLC, ) | |
| ) | |
| Intervenor-Defendants. ) | |
| ) | |
| ) | |
| RELATED CASES ) | |

I, Becky V. Christensen declare as follows:

1. I am a member of the California State Bar, California State Bar No. 147013, in good standing and in every jurisdiction where I have been admitted to practice. I am admitted to practice before all California courts, the United States District Courts for the Northern, Central and Southern

Dsitricts of California, the United States Court of Appeals for the Ninth Circuit and the United States Court of Appeals for the Federal Circuit.

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction;

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts; and provided further, my application for leave to practice in this court is on motion of a member of the bar of this court, who shall also file an appearance, Dustin F. Hecker, Esq. of POSTERNAK BLANKSTEIN & LUND LLP.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of April, 2004, at Laguna Beach, California.

_____
Becky V. Christensen