◆AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

United States District Court for the District of     Massachusetts

ITV DIRECT, INC.

**SUMMONS IN A CIVIL CASE**

V.

HEALTHY SOLUTINS, L.L.C., ET AL.,
and
CAPPSEALS, INC.,
V.
HEALTHY SOLUTIONS, L.L.C., ET AL.

CASE NUMBER:

04cv10421JLT

TO: (Name and address of Defendant)
Healthy Solutions, LLC
d/b/a Direct Business Concepts
Gregory R. Geremesz, Agent for Service of Process
9528 Miramar Road, #100
San Diego, CA  92126

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel J. Kelly, Esq.
Gadsby Hannah LLP
225 Franklin Street
Boston, MA  02110

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK: TONY ANASTAS

(By) DEPUTY CLERK

DATE: April 14, 2004

Page 1 of 1

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ITV Direct, Inc | ) | |
|     Plaintiff | ) | |
| -vs- | ) | |
| Cappseals, Inc | ) | |
|     Plaintiff-In-Intervention | ) | |
| -vs- | ) | |
| Healthy Solutions, LLC, et al | ) | 04CV10421JLT |
| | ) | AFFIDAVIT OF AUTHORIZED SERVICE |
|     Defendant | ) | |
| -vs- | ) | Summons; Complaint in Intervention |
| Healthy Solutions, LLC d/b/a Direct Business Concepts, ITV Direct, Inc, Direct Fulfillment, LLC | ) | |
| | ) | |
|     Intervenor | ) | |

Received by 1-800-SERVE-EM on April 15, 2004 at 12:23 PM to be served on Healthy Solutions, LLC d/b/a Direct Business Concepts, 290 north benson ave, suite #3 upland, CA 91786.

I, Brian Podolsky, who being duly sworn, depose and say that on April 20, 2004 at 3:25 PM, I:

Served Healthy Solutions, LLC d/b/a Direct Business Concepts by delivering a true copy of the Summons; Complaint in Intervention with the date and hour of service endorsed thereon by me, to Elizabeth Anderson, Office Manager, authorized to accept service at 290 North Benson ave, suite #3 Upland, CA 91786.

I am over the age of 18 and have no interest in the above action, and am a Licensed Private Investigator in good standing in the county in which the process was served.

Brian Podolsky
1-800-SERVE-EM
800.737.8336
Job Serial Number: 2004047703
Reference: CLA5582

State of:
County of:
Subscribed and sworn to before me,

NOTARY PUBLIC

CELINA E. LOZANO
Commission # 1416662
Notary Public - California
Los Angeles County
My Comm. Expires May 8, 2007