AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

U.S. DISTRICT COURT FOR THE _____ District of _____ MASSACHUSETTS

ITV DIRECT, INC.

**SUMMONS IN A CIVIL CASE**

V.

HEALTHY SOLUTIONS, L.L.C., ET AL.,

AND

CAPPSEALS, INC.,
V.
HEALTHY SOLUTIONS, L.L.C., ET AL.

CASE NUMBER:

04 CV 10421 JLT

TO: (Name and address of Defendant)

Direct Fulfillment LLC
100 Cummings Center
Unit 139F
Beverly, MA  01915

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel J. Kelly, Esq.
Gadsby Hannah LLP
225 Franklin Street
Boston, MA  02110

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE   April 14, 2004

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE April 15 2004 at 3:00 p.m. |
| NAME OF SERVER (PRINT) Gerson Morel | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service was made on Sunny Badore, as legal clerk at Direct Fulfillment LLC, located at 100 Cummings Center, Unit 429F Beverly, MA 01915

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 15, 2004
          Date              Signature of Server

27 Glen St Stoughton MA 02072
Address of Server

[Notary seal: MARIA BARROS, COMMONWEALTH OF MASSACHUSETTS, NOTARY PUBLIC, MY COMMISSION EXPIRES MAY 21 2010]

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| State of Massachusetts | County of DISTRICT OF MASSACHU | Usd Court |

Case Number: 04CV10421JLT

Plaintiff:
**ITV DIRECT, INC.,**

vs.

Defendant:
**HEALTHY SOLUTIONS, L.L.C., ET AL., AND CAPPSEALS, INC.,HEALTHY SOLUTION, L.L.C., ET AL.**

For:
Gadsby, Hannah, LLP
225 Franklin Street
Boston, MA 02110

Received by STOKES & LEVIN, LLP to be served on **DIRECT FULFILLMENT, LLC 100 CUMMINGS CENTER, UNIT 139F, BEVERLY, MA 01915**.

I, GERSON MACIEL, being duly sworn, depose and say that on the **15th day of April, 2004** at **3:00 pm, I:**

Served the within named corporation by delivering a true copy of the **Summons and Complaint** with the date and hour of service endorsed thereon by me to SUNNY BADORE as LEGAL CLERK of the within named corporation, in compliance with State Statutes.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: White, Height: 5'7, Weight: 160, Hair: Brown, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 16th day of April, 2004 by the affiant who is personally known to me.

NOTARY PUBLIC

GERSON MACIEL
Process Servers/Constable

STOKES & LEVIN, LLP
27 Glen Street
Suite 9 B
Stoughton, MA 02072
(781) 341-8390
Our Job Serial Number: 2004001182
Ref: 04CV10421JLT
Service Fee: _____