❦AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE District of    MASSACHSUETTS

ITV DIRECT, INC.,

**SUMMONS IN A CIVIL CASE**

V.

HEALTHY SOLUTIONS, L.L.C., ET AL.,
AND
CAPPSEALS, INC.,
V.
HEALTHY SOLUTIONS, L.L.C., ET AL.

CASE NUMBER:

**04 CV 1 0 4 2 1 JLT**

TO: (Name and address of Defendant)

ITV Direct, Inc.
100 Cummings Center
Suite 128A
Beverly, MA 01915

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel J. Kelly, Esq.
Gadsby Hannah LLP
225 Franklin Street
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE April 14, 2004

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE April 15 2004 at 3:00 p.m. |
| NAME OF SERVER (PRINT) Gerson Morell | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service was made on Suzy Bridges as legal clerk at ITV Direct Inc located at 100 Cummings Center Ste 128A Beverly MA 01915

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 15 2004
            Date                    Signature of Server

[Notary seal: MARIA BARROS, MY COMMISSION EXPIRES MAY 21 2010, COMMONWEALTH OF MASSACHUSETTS, NOTARY PUBLIC]

57 Glen St Stoughton MA 02072
*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

State of Massachusetts      County of DISTRICT OF MASSACHU      Usd Court

Case Number: 04CV10421JLT

Plaintiff:
**ITV DIRECT, INC.,**

vs.

Defendant:
**HEALTHY SOLUTIONS, L.L.C., ET AL., AND CAPPSEALS, INC.,HEALTHY SOLUTION, L.L.C., ET AL.**

For:
Gadsby, Hannah, LLP
225 Franklin Street
Boston, MA 02110

Received by STOKES & LEVIN, LLP to be served on **ITV DIRECT, INC., 100 CUMMINGS CENTER, SUITE 128A, BEVERLY, MA 01915**.

I, GERSON MACIEL, being duly sworn, depose and say that on the **15th day of April, 2004** at **3:00 pm**, I:

Served the within named corporation by delivering a true copy of the **Summons and Complaint** with the date and hour of service endorsed thereon by me to SUNNY BADORE as LEGAL CLERK of the within named corporation, in compliance with State Statutes.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: White, Height: 5'7, Weight: 160, Hair: Brown, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 16th day of April, 2004 by the affiant who is personally known to me.

NOTARY PUBLIC

GERSON MACIEL
Process Servers/Constable

**STOKES & LEVIN, LLP**
27 Glen Street
Suite 9 B
Stoughton, MA 02072
(781) 341-8390
Our Job Serial Number: 2004001183
Ref: 04CV10421JLT
Service Fee: _____

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f