

| CoralCure | Products | Contact | Testimonials | Supreme Greens | Coral Cal< |
|---|---|---|---|---|---|
| Synthovial 7 | | | | | |

# Dr Alex Guerrero

Dr. Guerrero began his journey, which lead him through post-graduate studies at the SAMRA University for Traditional Chinese Medicine in Los Angeles, California, where he received his Doctorate Degree in Traditional Chinese Medicine.



During his internship he saw patients of every background, creed, and color; with almost every ailment known to man. At that time the clinic was inundated with AIDS patients, cancer patients, and people with several other degenerative diseases. Upon graduating, he continued to study, research, and read with regard to degenerative diseases. His private practice was and is a diverse group of individuals. Many are what he calls "internal" patients. These are people with various degenerative and chronic ailments. He has treated PMS, fibromyalgia, cancer, prostate problems, diabetes, lupus, chronic fatigue syndrome, arthritis, and many other diseases.

The other part of his practice involves his athletes. Some of the athletic teams and institutions he has worked with or is currently working with include: L.A. Lakers, San Francisco 49ers, New England Patriots, Dallas Cowboys, Oakland Raiders, San Diego Chargers, Miami Dolphins, U.S. Track and Field Team, Hungarian Track and Field Team, Jamaican Track and Field Team, Canadian Track and Field Team, USC, UCLA, Fresno State, Oregon State, Stanford University, Washington University, and San Diego State.

Through working with his athletes, he developed techniques involving deep tissue therapy, neuromuscular re-education, active release therapy, neurolymphatics and kinesio-taping in addition to developing treatment plans and education for Trinidad/Tobago National Soccer Team and the West Indies Cricket Team.

In the process of treating all of his patients, he sought for supplements that would increase health and wellness in all individuals and also wanted products which would improve athletic performance in his athletes. Finding nothing on the market that would satisfy his or his patient's needs, he began to use his extensive knowledge in herbology to develop his own formulations. With the knowledge that the soil used to grow our food has been stripped of vital minerals and nutrients, he believes that supplementation has become an essential part of our lives. However, not all supplements are created equal. With the scientific knowledge that all living matter has energy, Dr. Guerrero developed products that retain their life force, thereby improving the body's

ability to absorb vital nutrients. This knowledge has taken him around the world lecturing on health and wellness to many thousands of individuals.

Dr. Guerrero asserts, "all disease is in the blood and over-acidification of the blood and tissues is the primary contributor to disease and sickness." To increase health and wellness in our society, he has made his exclusive formulations available to the public. Now, everyone can share the passion of Dr. Guerrero's life work by energizing, rejuvenating, and nourishing you body with Health Solutions™ products.

### Dr Alex Guerrero and Green Barley

Dr Alex Guerrero became involved in the research of green barley grass when because his father-in-law died from skin cancer in February 1991. After three years of treatments and surgeries, his father-in-law lost his right arm, his right shoulder blade, his right collar bone, a couple of ribs, part of a lung, but most importantly, he lost his dignity. He suffered through all the traditional medical treatments, and still succumbed to the cancer in the end.

It was then that Dr. Guerrero decided to pursue his studies and get his doctorate degree in Traditional Chinese Medicine. His patients came from every ethnic background and socioeconomic class under the sun. They all were suffering in some way from illnesses and diseases that he believed could be totally preventable.

### His Theory on Illness and Disease

Dr Alex Guerrero believes that "all disease is in the blood and over-acidification of the blood and tissues is the primary contributor of disease and sickness. This disturbs the central regulation of the human body--unbalancing it, causing sickness, disease, and pain." This is why he believes that green barley supplements can help ward off disease. . .it is a complete nutritionally balanced food that is alkaline in nature, thus aiding our bodies by changing our pH level from highly acidic to a more alkaline state.

Dr. Guerrero believes that by introducing barley green into our diets, and by consuming a healthy diet full of raw fruits and vegetables, we can actually resupply our body with energy. When the body's energy supply is optimal, we are better able to perform and avoid sickness. Our immune systems are strengthened and the ability to fight off serious illnesses becomes not only possible, but probable.

*Limited Time Offer*
*3 Month Supply*
**$83.85**
*Plus Shipping*



## Supreme Greens with MSM by Dr. Alex Guerrero

Supreme Greens with MSM™ formula is a powerful Mega-Food formulat[ion] organically grown grasses and vegetables, sprouted grains, blood purifying a[nd] enhancing herbs, and antioxidants. The Supreme Greens formula is synergist[ic] with MSM (MethylSulfonylMethane), to enhance and preserve the radiating [life of] each ingredient. Supreme Greens with MSM™ is naturally alkaline helping t[o balance] body's pH level, while providing you with the vitamins, minerals, amino acids [and] proteins you need for proper cell regeneration.

*Formulated by Dr Alex Guerrero*

CalComp
Toll Free 1.


Dr. Alex Guerrero

▶ FREE SHIPPING!
▶ FREE pH TEST KIT!
▶ SAME DAY SHIPPING!



**As Low as $24.92 per Bottle!**

SUPREME GREENS with MSM
Capsule Form


ORDER NOW!

SUPREME GREE[NS]
Powder



Dr. Alex Guerrero asserts, "all disease is in the blood and over acidification of the blood and tissues is the primary contributor to disease and sickness."


ALL ORDERS SHIPPED SAME DAY! & FREE SHIPPING


Same Day Shipping!   Discount Prices!

### Supreme Greens with MSM

Supreme Greens with MSM™ formula is a powerful Mega-Food formulat[ion] organically grown grasses and vegetables, sprouted grains, blood purifying [and] immune enhancing herbs, and antioxidants. The Supreme Greens formula [is] synergistically blended with MSM (MethylSulfonylMethane), to enhance a[nd]



the radiating frequency of each ingredient. Supreme Greens with MSM™ i
alkaline helping to balance your body's pH level, while providing you with
vitamins, minerals, amino acids, and plant proteins you need for proper cel
regeneration.

The need for supplementation has never been greater than it is today.
Our foods simply do not have the same nutritional value of years past.
Plants and vegetables absorb 67 vitamins and minerals from the soil.
However, a typical farmer will add only 3 nutrients back into his
farming soil. Over time, this practice creates a huge nutritional
deficiency in our daily diets. Supreme Greens with MSM™ helps you
overcome this deficiency by providing you with the nutritional
equivalent of 2 lbs. of fresh vegetables in every serving.

The body continuously regenerates new cells. Skin cells are regenerated on
cycles, while bone cells are regenerated on 120 day cycles. If our cells do no
proper nutrition, then they fall into a state of degeneration, which we know
Proper nutrition means you provide your body with the necessary vitamins
amino acids, and proteins. Also, the nourishment given to the body needs to
minimum resonating frequency of 70 Meghertz. Typical American diets ra
above 50 Megahertz and most supplements have a standard frequency of o
Megahertz. However, Supreme Greens with MSM™ resonates at an astoni
Megahertz.



Dr. Alex Guerrero asserts, "all disease is in the blood and
acidification of the blood and tissues is the primary contri
disease and sickness." Yeasts, fungus, molds, bacterias, an
need an acidic environment to thrive and grow. Modern c
and lifestyles are conducive to such proliferation and grov
Greens with MSM™ is naturally alkaline to help balance
pH levels for greater health and wellbeing.

Supreme Greens with MSM™ is available in capsules a

# Dr. Alex Guerrero

In February of 1991 Dr. Guerrero's father-in-law died of skin cancer after th
years of treatment and surgeries. During those three years his father-in-law lc
right arm, right shoulder blade, right collar bone, a couple of ribs, part of a lu
most importantly his dignity. Dr. Guerrero decided then and there that there
be a better way to live. So began his journey, which lead him through post-gra
studies at the SAMRA University for Traditional Chinese Medicine in Los An
California, where he received his Doctorate Degree in Traditional Chinese Mc





During his internship he saw patients of every background, creed, and color; almost every ailment known to man. At that time the clinic was inundated wit patients, cancer patients, and people with several other degenerative diseases. graduating, he continued to study, research, and read with regard to degener: diseases. His private practice was and is a diverse group of individuals. Many what he calls "internal" patients. These are people with various degenerative : chronic ailments. He has treated PMS, fibromyalgia, cancer, prostate problen diabetes, lupus, chronic fatigue syndrome, arthritis, and many other diseases.

The other part of his practice involves his athletes. Some of the athletic teams institutions he has worked with or is currently working with include: L.A. Lal San Francisco 49ers, New England Patriots, Dallas Cowboys, Oakland Raider Diego Chargers, Miami Dolphins, U.S. Track and Field Team, Hungarian Tr: Field Team, Jamaican Track and Field Team, Canadian Track and Field Tea UCLA, Fresno State, Oregon State, Stanford University, Washington Univers San Diego State.

Through working with his athletes, he developed techniques involving deep ti: therapy, neuromuscular re-education, active release therapy, neurolymphatic kinesio-taping in addition to developing treatment plans and education for Trinidad/Tobago National Soccer Team and the West Indies Cricket Team.

In the process of treating all of his patients, he sought for supplements that wc increase health and wellness in all individuals and also wanted products whicl improve athletic performance in his athletes. Finding nothing on the market t would satisfy his or his patient's needs, he began to use his extensive knowled; herbology to develop his own formulations. With the knowledge that the soil u grow our food has been stripped of vital minerals and nutrients, he believes th supplementation has become an essential part of our lives. However, not all supplements are created equal. With the scientific knowledge that all living m has energy, Dr. Guerrero developed products that retain their life force, there improving the body's ability to absorb vital nutrients. This knowledge has tak around the world lecturing on health and wellness to many thousands of indiv

Dr. Guerrero asserts, "all disease is in the blood and over-acidification of the l and tissues is the primary contributor to disease and sickness." To increase he and wellness in our society, he has made his exclusive formulations available t public. Now, everyone can share the passion of Dr. Guerrero's life work by energizing, rejuvenating, and nourishing your body with Supreme Greens wit

Our Supreme Greens with MSM™ formula is a powerful Mega-Food formulation of organically grown grasses and vegetables, sprouted grain

blood purifying and immune enhancing herbs, and antioxidants. The Supreme Greens formula is synergistically blended with MSM (MethylSulfonylMethane), to enhance and preserve the radiating freque of each ingredient. Supreme Greens with MSM™ is naturally alkaline helping to balance your body's pH, while providing you with the vitamin minerals, amino acids, and plant proteins you need for proper cell regeneration.

## Powder

Suggested use: 1 teaspoon in an 8oz glass of water 3 times dai
Serving size: 2 grams
Servings per container: 113

**Proprietary blend 2,000mg amount not established**

**Contains no yeast, dairy, egg, corn, processed sugar, starch, preservatives, or artificial color, flavor, or fragrance**

Alfalfa (leaf) Agrimonia Eupatoria
Aloe (leaf) Aloe Barbadensis
Beet (root) Beta Vulgaris
Bilberry (leaf) Vaccinium myrtillus
Broccoli (stalk) Brassica aleracea italica
Cabbage (leaf) Brassica aleracea
Carrot (stalk) Daucus carota
Celery (seed) Apium graveolens
Cornsilk (silk) Zea mays
Dandelion (leaf) Tarazacum officinale
Echinacea (herb) Echinacea purpurea
Ginger (Root) Zingiber Officinale
Garlic (bulb) Allium sativum
Goldenseal (hearb) Hydrastis Canadensis
Grapefruit (pectin) Citrus paradise
Kale (leaf) Brassica species
MSM
Okra (pulp) Abelmoschus esculentus
Parsley (leaf) Petroselinum sativum
Pau d' Arko (bark) Tabebuia heptaphylla
Peppermint (leaf) Mentha piperita
Rasberry (berry) Rubus idaeus
Rosemary (leaf) Rosmarinus officinalis
Sage (leaf) Salvia officinalis
Shavegrass (herb) Equisetum hyemal
Slippery Elm (bark) Almus rubra
Spearmint (leaf) Mentha spicaa
Spinach (leaf) Spinacea alaracea
Strawberry (leaf) Fragaria vesca
Watercress (herb) Nasturtium officinale
Wheatgrass (herb) Triticum vulgare
White Willow (bark) Salix alba
Wintergreen (leaf) Gaultheria procumbens

**SUGGESTED USE:**
Supreme Greens with MSM: 180 Capsules

Take 3 capsules, 2 times daily

Supreme Greens with MSM: 8 oz Powder

Take 1 Teaspoon, 3 times daily

## Capsules

Suggested use: 3 capsules 2 times per day
Serving Size: 3 capsules
Servings per container 60

**Proprietary blend 1,925mg amount not established**

**Contains no yeast, dairy, egg, corn, processed sugar, starch preservatives, or artificial color, flavor, or fragrance**

SUGGESTED USE:
Supreme Greens with MSM: 180 Capsules

Take 3 capsules, 2 times daily

Supreme Greens with MSM: 8 oz Powder

Take 1 Teaspoon, 3 times daily

Alfalfa (leaf) Agrimonia Eupatoria
Aloe (leaf) Aloe Barbadensis
Beet (root) Beta Vulgaris
Bilberry (leaf) Vaccinium myrtillus
Broccoli (stalk) Brassica aleracea italica
Cabbage (leaf) Brassica aleracea
Carrot (stalk) Daucus carota
Celery (seed) Apium graveolens
Cornsilk (silk) Zea mays
Dandelion (leaf) Tarazacum officinale
Echinacea (herb) Echinacea purpurea
Garlic (bulb) Allium sativum
Ginger (Root) Zingiber Officinale
Garlic (bulb) Allium sativum
Goldenseal (hearb) Hydrastis Canadensis
Grapefruit (pectin) Citrus paradise
Kale (leaf) Brassica species
MSM
Okra (pulp) Abelmoschus esculentus
Parsley (leaf) Petroselinum sativum
Pau d' Arko (bark) Tabebuia heptaphylla
Peppermint (leaf) Mentha piperita
Rasberry (berry) Rubus idaeus
Rosemary (leaf) Rosmarinus officinalis
Sage (leaf) Salvia officinalis
Shavegrass (herb) Equisetum hyemal
Slippery Elm (bark) Almus rubra
Spearmint (leaf) Mentha spicaa
Spinach (leaf) Spinacea alaracea
Strawberry (leaf) Fragaria vesca
Watercress (herb) Nasturtium officinale
Wheatgrass (herb) Triticum vulgare
White Willow (bark) Salix alba
Wintergreen (leaf) Gaultheria procumbens

Other ingredients: rice powder, magnesium stearate, gelatin



**3 Ways To Order:**
Order ONLINE From Our *Secure* Server
OR
**Place Order by Mail**
Click here For Mail Order Form
OR
Call us Toll Free 1-877-919-9992



CLICK H
to send u
testimon
SUPREME
WITH M