

# Moore's Legacy Warehouse

- Why am I Sick?
- Diet Recomendations
- About Legacy
- Product Descriptions
- Order Form
- Buying Wholesale
- Testimonials

## SUPREME GREENS WITH MSM - LOWEST PRICE $29.95

## Legacy Products
*"Bio-Energetic Products Creating a Legacy of Health & Wellness"*

Legacy Products were created by Dr. Alex Guerrero, OMD, after extens[ive] hospital research in healing terminally ill patients. He found that keep[ing] patients in an alkaline state and supplementing them with colloidal min[erals,] herbs, and homeopathics that were bioenergetically active, allowed the[m to] heal.

We also offer the new organic drink developed Dr. Alex Guerrero called Supreme Greens with MSM. At the **lowest price** you will find of **$29.95**. **Supreme Greens with MSM is** an enhanced and organically grown food formulation, combining vegetales, grains, grasses, herbs and antioxidar[ts.] the combination of MSM (Methylsulfonymethane) each ingredient is enh[anced to] boost its own potential. Supreme Greens will balance your body's pH le[vel] while also adding proper amounts of proteins, minerals and vitamins ne[eded] for cell regeneration.



Recieving the proper amount of vitamins and minerals is not as easy as [it used] to be. Plants absorb many different ingredients from the soil, yet farme[rs] reintroduce only a few of these when replanting, resulting in a nutreint defiency in you average diet. Supreme Greens helps counter this defiec[ncy] with each serving equal to the nutritional value of 2 lbs. of fresh veget[ables.]

Cell egeneration is vital to our bodies. It takes skin 30 days to regenera[te,] bodies take up to 120 days. Without the necessary vitamins, minerals, a[nd] nutrients our bodies fall into a degenerative state, also known as aging Supreme Greens introduces the necessary amino acids, minerals, prote[ins and] vitamins to revitalize proper cell regeneration.

Sickness and disease occurs when the pH level of the cell and human bo[dy] becomes acidic when the cell is normally alkaline. In an acidic environr[ment]

disease producing levels are at their highest points. Supreme Greens wl naturally alkaline your body to help combat against such disease and si leaving you healthy and feeling young.

All other Legacy products combine herbs, glandulars, homeopathics, tis salts, minerals and vitamins to target specific organ sites.  Each supple "bioenergetically active," meaning it has a high frequency state that ad energy to the body system.  Each batch is tested by Kirlian photograph ensure that it is in the required frequency state.  The supplements, alo a healthy, whole food diet, keep candida, fungus and illness producing organisms from taking hold, and build the immune system and specific resist illness.

One of the highest selling Legacy Products is MegaGREENS plus MSM, a rich alkalizing formula which helps to gently cleans the blood and tissu acidic condition to an alkaline condition, reaching an ideal pH balance.

The Legacy minerals are all in micro-colloidal form, allowing them to a quickly under the tongue, and needing only a few drops several times a Legacy liquid colloids contain combined elements used for a large varie deficiencies in the human body.  Because they are biologically and ene balanced, overdoses are impossible.

Another very exciting product is the Dia-Balance Pack, which stabilizes sugars in both Type I (Childhood) and Type II (Adult Onset) Diabetes.  D are lowering and coming off their insulin over an 18 month to 3 year pe slowly rejuvenating their pancreatic function.  A strict diet must be fol but the diet, plus the DiaBalance Pak, MegaGREENS plus MSM, and the Minerals, are creating great excitement as even Childhood Diabetes is dramatically improving and less and less insulin is required.

Please review the different products and give them a try.  We know yo pleased with the results.

## Contact Information

Please browse our web site.  Hopefully it will answer any questions you m If you have questions that are not answered or need clarifying on anythir please contact Doug or Judi Moore via any means below:

**Phone:**
    (801) 373-6616
**Fax:**
    (801) 374-0499.

**We are located at:**

1127 N. Terrace Dr. · Provo · Utah · 84604

**Our E-mail is:**
General Information: info@legacyofhealth.com





# healthy essentials™ 1-866-5GREENS

- home
- products
- news
- dr. guerrero
- faq
- testimonials
- the guerrero library
- about us

## product links

**Supreme Greens With MSM™**
- Supreme Greens
- AUTOSHIP: Supreme Greens
- 3 Pack: Supreme Greens
- 6 Pack: Supreme Greens

**Essentials Pack™**
- Dr. Guererro's Essentials Pack
- AUTOSHIP: Essentials Pack

**Coral Calcium Ultra™**
- Coral Calcium Ultra
- AUTOSHIP: Coral Calcium Ultra

**Coral Calcium Ultra Teabags™**
- Coral Calcium UltraTeabags
- AUTOSHIP: Coral Calcium Ultra Teabags
- 3 Pack: Coral Calcium UltraTeabags
- 6 Pack: Coral Calcium UltraTeabags

**Mega-Multi Daily™**
- Mega-Multi Daily
- AUTOSHIP: Mega-Multi Daily

**Adrenal Plus™**
- Adrenal Plus
- AUTOSHIP: Adrenal Plus
- 3 Pack: Adrenal Plus
- 6 Pack: Ardrenal Plus

**Thyroid Plus™**
- Thyroid Plus
- AUTOSHIP: Thyroid Plus
- 3 Pack: Thyroid Plus
- 6 Pack: Thyroid Plus

**Female Support™ Formula**
- Female Support
- AUTOSHIP: Female Support
- 3 Pack: Female Support
- 6 Pack: Female Support

**Male Support™ Formula**
- Male Support
- AUTOSHIP: Male Support

### featured product

## Official Dr. Alex Guerrero Distributor!



### Your Source for Supreme Greens!

**Supreme Greens with MSM™**

**Available in Capsules or Powder -**

Supreme Greens with MSM™ formula is an exclusive bio-energetic Mega-Food formulation of organically grown grasses and vegetables, fibrous herbs, sprouted grains, and MSM (MethylSulfonyMethane). Available in capsules or powder. >> more info.

**SUGGESTED RETAIL PRICE: $39.99ea**

**APRIL SPECIAL! -**

 with any order of $50 or more.

**FREE Coral Calcium Tea Bag sampler pack with every order!**

**FedEx 3 day Shipping on most orders!*** (Details)

Get the most out of Supreme Greens with MSM™ by using Dr. Guerrero's Essentials Pack. The Essentials Pack™ is a complete source for your daily nutritional needs. FREE Shipping.

 1 Bottle $27.50($5.95S&H)

 2 Pack: $53.00 $26.50(ea)

 3 Pack: $76.50 $25.50(ea)

▸ 3 Pack: Male Support
▸ 6 Pack: Male Support

**Weightloss Pack**
▸ Weightloss Pack

BUY NOW  6 Pack: $144..00 $24.00(ea)

BUY NOW  12 Pack: $282.00 $23.50(ea)

**AUTOSHIP - Free Shipping on all Supreme Greens Autoship orders!**

BUY NOW  1 Bottle $25.50(ea) W/Autoship*

(With **FREE** Priority Mail Shipping!)

BUY NOW  2 Pack: $50.00 $25.00(ea)*

*Autoship

BUY NOW  3 Pack: $72.00 $24.00(ea)*

*Autoship

Receive 1 **FREE** bottle of Dr. Guerrero's **Mega-Multi Vitami** with every 3 Pack of Supreme Greens with MSM and 2 bottle with every 6 Pack!
*If you select an Autoship product, you will receive that order every mon until you cancel.



**ALERT!** Taking Supreme Greens with M! alone is not enough! *St Here* for your daily nutri needs.

**Each Essentials Pack contains:**
Supreme Greens with MSM™
Coral Calcium Ultra™
Mega-Multi Daily™

Essentials Pack™

Dr. Alex Guerrero recommends the Essenti Pack to everyone as there minimum daily regiment The Essentials Pack was synergistically formulate Dr. Guerrero to raise you PH, making your body's internal environment Alkaline helping you figh sickness and disease. The Essentials Pack provides body with all the essentia vitamins and minerals needed. Comes in a 30 da supply and ships today!



Dr. Alex Guerrero, OMD.



~~Only $67.85~~ NOW ONLY **51.95!**+**FREE** Shipping*(US o

**AUTOSHIP**
$47.95 on Autoship with FRE shipping for as long as you continue your Autoship.

Privacy Statement | Terms Of Use | Site Map

Powered by Scientifik Solutions -- Copyright (c) 2004 Healthy Essentials, Inc. -- Official

Warning!
Dietary supplements are not to be used to prevent or treat any disease. The statements on this web site have not been evaluated by the FDA. Any information provided on this website is not a substitute for the advice of a licensed medical practitioner. Individuals are advised not to self-medicate in the presence of significant illness. Ingredients in supplements are not drugs and may not be foods. This site does not advise administration of supplements to children, and no supplements should be taken in pregnancy without professional advice.
Portal engine source code is copyright © 2002-2004 by DotNetNuke. All Rights Reserved