

**ITV DIRECT**

100 CUMMINGS CENTER

SUITE 128A

BEVERLY, MA 01915

978.299.4400

fax: 978.299.2554

January 9, 2004

**VIA FACSIMILE AND FEDERAL EXPRESS**

Dr. Alex Guerrero
Direct Business Concepts
9528 Miramar Road
Suite 100
San Diego, CA 92126

Re:   **Transfer of domain name supremegreens.com website to ITV Direct**

Dear Dr. Guerrero:

To confirm your conversation with Donald Barrett today, enclosed is a check in the amount of $7,500. This is the fee that ITV has agreed to pay in order for the domain name to be owned, operated and controlled by ITV Direct, Inc. Please transfer the domain name to ITV Direct, Inc. as soon as possible.

Please contact our IT Manager, Chris Brown at 978-299-4007 or 781-706-1369 to coordinate the transfer of the domain name to ITV.

Thank you for your attention to this matter.

Very truly yours,

*Eileen Barrett*

Eileen Barrett
Director of Operations

EB/ky
Enclosure

ITVDIRECT.COM



**DIRECT MARKETING CONCEPTS, INC.**
P.O. BOX 7077
BEVERLY, MA 01915
PH 880-215-0063

4862

53-276/113

1/12/2004

PAY TO THE ORDER OF   Direct Business Concepts     $ **7,500.00

Seven Thousand Five Hundred and 00/100************************************************************ DOLLARS

Direct Business Concepts
9528 Miramar Road
Suite 100
San Diego, CA 92126

MEMO  Transfer of ownership of domain name supremegreens.com to ITV Direct, inc.

⑆000004862⑆ ⑈011302768⑈ 280002158 6⑆

---

DIRECT MARKETING CONCEPTS, INC.
BEVERLY, MA 01915
Direct Business Concepts                                    1/12/2004                         4862

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 11/03/2003 | Bill | 9 | 7,500.00 | 7,500.00 | | 7,500.00 |
| | | | | Check Amount | | 7,500.00 |

Bev Nat'l OPERATING    Transfer of ownership of domain name supremegreens.com                    7,500.00

---

DIRECT MARKETING CONCEPTS, INC.
BEVERLY, MA 01915
Direct Business Concepts                                    1/12/2004                         4862

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 11/03/2003 | Bill | 9 | 7,500.00 | 7,500.00 | | 7,500.00 |
| | | | | Check Amount | | 7,500.00 |

Bev Nat'l OPERATING    Transfer of ownership of domain name supremegreens.com                    7,500.00