# SEYFARTH SHAW LLP
ATTORNEYS

World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028
617-946-4800
fax 617-946-4801
www.seyfarth.com

Writer's direct phone
617-946-4989

Writer's e-mail
crobertson@seyfarth.com

April 21, 2004

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Healthy Solutions, LLC
11272 Daylilly Street
Fontana, California 92337

Re:   Indemnification Demand – April 4, 2003 Distribution Agreement

To whom it may concern:

ITV Direct, Inc. has been contacted by the Federal Trade Commission and the Food and Drug Administration in connection with separate investigations of Supreme Greens with MSM. Both agencies have raised concerns regarding health and curative claims made in various media by Healthy Solutions CEO Alejandro Guerrero in connection with the product. On several occasions, Mr. Guerrero confirmed to ITV that he had in his possession competent and reliable scientific evidence to support the health claims he has made publicly and to ITV. Pursuant to Paragraph 24 of the April 4, 2003 Distribution Agreement between ITV and Healthy Solutions, demand is hereby made upon Healthy Solutions to indemnify and hold harmless ITV from any and all claims or proceedings conducted by the FTC or the FDA concerning the health and curative claims made by Mr. Guerrero in connection with Supreme Greens with MSM.

Respectfully,

SEYFARTH SHAW LLP

Christopher F. Robertson

BRUSSELS   WASHINGTON, D.C.   SAN FRANCISCO   SACRAMENTO   NEW YORK   LOS ANGELES   HOUSTON   CHICAGO   BOSTON   ATLANTA

BO1 15639335.1