# United States District Court
## District of Massachusetts

ITV DIRECT, INC.

                                               CA 04-10421-JLT

   V

HEALTHY SOLUSTIONS, LLC, et al

### NOTICE

The above-entitled case has been set for **a Motion Hearing on May 20, 2004 at 10:30 A.M.** in <u>Courtroom 20,7th Floor,at new FEDERAL COURTHOUSE,</u> 1 Courthouse Way, Boston, MA.

Note: Any counsel who realizes that one or more attorneys have not been notified, shall forthwith notify the additional attorneys in writing.

                                                     By the Court,

                                                     /s/

                                                   Zita Lovett
                                                   Deputy Clerk

Date: May 5, 2004
CC:   All counsel of record