# EXHIBIT B

## Declaration of Sam Catanese

I, Sam Catanese, declare:

1. I am Chief Executive Officer and Publisher at Infomercial Monitoring Service, Inc. ("IMS"), 812 Parkway Boulevard, Broomall, Pennsylvania and make this declaration on the basis of my own personal knowledge of the facts set forth herein.

2. IMS offers a variety of services including monitoring services to confirm airings of infomercials.

3. Attached hereto as Exhibit 1, is a true and correct copy of an airings report ("Report") published by IMS and entitled: "NATIONAL CABLE AIRINGS SCHEDULE - SUPREME GREENS" for the dates of April 19, 2004 through April 28, 2004, for an infomercial titled "Supreme Greens." The Report was created by IMS from viewings within IMS of the actual airings of the Supreme Greens infomercial on the dates, at the times and on the channels represented in the Report. The acronyms in the Report, such as "TDC", "SCI", and "WE", represent the following channels respectively: The Discovery Channel, Sci-Fi channel, and Women's Entertainment.

I declare under penalty of perjury that the above is true and correct.

Executed on _May 5_, 2004 at _Broomall_, Pennsylvania.

Signed: _____
Print Name: Sam Catanese
President



### Infomercial Monitoring Service, Inc.

812 PARKWAY BOULEVARD · SATELLITE 2 · BROOMALL, PA 19008
PHONE 610.328.6902 · FAX 610.328.6791 · REPORTS@IMSTV.COM

**NATIONAL CABLE AIRINGS SCHEDULE - SUPREME GREENS**
**APRIL 19, 2004 TO APRIL 28, 2004 - 7 DETECTIONS**

| DATE | TIME | CHANNEL | GRID TITLE |
|---|---|---|---|
| 04-19-04 | 6:30 AM | TDC | Supreme Greens |
| 04-19-04 | 7:00 AM | SCI | Supreme Greens |
| 04-19-04 | 10:00 AM | WE | Supreme Greens |
| 04-20-04 | 5:00 AM | SCI | Supreme Greens |
| 04-21-04 | 5:00 AM | TDC | Supreme Greens |
| 04-22-04 | 6:30 AM | SCI | Supreme Greens |
| 04-28-04 | 6:30 AM | TDC | Supreme Greens |

Exhibit 1