EXHIBIT C

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC. | ) Civil Action No. 04-CV-10421-JLT |
| Plaintiff, | ) DECLARATION OF ALEJANDRO ("ALEX") GUERRERO IN SUPPORT |
| v. | ) OF DEFENDANTS' REPLY SUPPORTING THEIR APPLICATION |
| HEALTHY SOLUTIONS, L.L.C., et al., | ) FOR TEMPORARY RESTRAINING ORDER |
| Defendants. | ) |
| | ) Hearing Date: May 20, 2004 |
| | ) Hearing Time: 10:30 AM |
| AND RELATED ACTIONS | ) Honorable Joseph Tauro Presiding |

\\Lhpdc\l&h\CLIENT FILES\2290 Healthy Solutions\Pleadings\05-13-04 GUERRERO DEC#2 MASS.doc

I, Alejandro Guerrero, do declare:

1.  I am an officer of defendant HEALTH SOLUTIONS, INC.  I am over the age of 21, competent to testify and set forth the matters herein of my own personal knowledge unless otherwise indicated.

2. In fact, it is ITV Direct that exhibited a history of fraud and deceit in its dealings with me and in the sale of Supreme Greens. There has absolutely and unequivocally been no fraud or deceit on my part. I reiterate that ITV Direct through its agents told me four times they had produced fake Supreme Greens, twice orally and twice in writing. In fact, ITV Direct wanted to buy the mark, it now claims it owns. It has not paid for more than $1.8 million of Supreme Greens product that it is still selling. ITV Direct's claims to royalties for Internet sales are likewise absolutely false. There was no agreement to pay royalties to ITV for Internet sales.

3. ITV Direct claims "it recently discovered" "false representations" and that it was somehow not responsible for the precise content of the infomercials.  Under the Distributorship Agreement, ITV Direct had full and complete editorial control at all times, which it exercised liberally, sometimes over my protest. By comparison, I had no authority or control over the infomercials. I did not have approval rights over the infomercials' content. I had no authority, control or right to approval over what infomercials were aired, where they were aired or when they were aired.

4.  I have always been very clear to ITV Direct about precisely what my claims for Supreme Greens are and how they were derived. In fact, over the last ten years I have worked with hundreds of clients in my clinic and asked them to use the Supreme Greens.  I explained many times to ITV Direct that my studies, observations and results were based on my formal, fully accredited training in Oriental Medicine, my internship, my research in

medical literature from traditional western and herbal medicine writers, and my practice. As early as October 2003, I gave ITV Direct articles and studies about the ingredients of Supreme Greens and their positive effects on health, a fact it omits entirely from its pleadings.

4. ITV Direct was well aware of my background, education and training. I even provided it with copies of my diploma. Many of my clients and I absolutely believe Supreme Greens has been helpful to their health. I never told ITV Direct or anyone else that I had conducted double blind, variable controlled research. First, the cost of such research is overwhelming and usually so narrowly focused that any such study provides an incomplete picture of the product as a whole. Second, I had not conducted such controlled studies and would not have said otherwise.

5. In addition, ITV's Exhibits B & C list four web pages from the Internet, not a single one of which is under my control. coral-cure.com, robertbarefoot-coralcalciumsupremeplus.com, legacyofhealth.com, and healthyessentials.org are not websites I control.

6. Another piece of "evidence" ITV cites is an interview I did with ABC television's news program 20/20. What ITV Direct's attorney does not state is that my interview with a 20/20 reporter/producer lasted for more than thirty minutes. ABC's television program aired less than two minutes of heavily edited video. The First Amendment of the United States Constitution does not require television "info-tainment" to present unedited or full reporting. 20/20 is not required to present my complete response to a question, or even to present the question asked at all.

Executed this <u>13</u> day of May, 2004 under penalty of perjury in San Bernardino County, California.

                                        /s/ Alejandro Guerrero
                                        ALEJANDRO GUERRERO