# EXHIBIT D



Friday - April 30, 2004

| HOME | REPORT METHODOLOGY | SEARCH ENGINE ARTICLE | SUBMIT YOUR PRODUCT | ABOUT REVSHARE |

## The DRTV Internet Search Engine Report by REVShare Corporation

Our monthly report monitors the most popular short form and infomercial products based on the number of Web searches. REVShare's Top 25 Direct Response Television (DRTV) Report is published each month online and in Response Magazine.

Many DRTV advertisers are being cannibalized on the search engines for their trademarks. Without the proper provisions in place, advertisers are directly competing with their wholesalers or other 3rd party resellers who are also marketing the trademarked terms in search engines such as Google and Overture. It's up to DRTV companies to address these media inefficiencies and protect their brands. To learn how DRTV companies could regain more sales and higher profits, read the search engine article that was published in the October issue of Response Magazine.

### Get a Free Search Engine Analysis Report

Enter your DRTV product for a free search engine analysis report. At the same time, submit your short form or infomercial product for inclusion in our Search Engine Popularity report. If your product makes the Top 25 it will be included in an upcoming issue of Response Magazine. If you are interested in learning about our free search engine marketing services, visit our corporate site at www.REVSharecorp.com for program details.

If you would like to receive our monthly Search Engine Popularity Report, simply enter your e-mail address below:



## REVShare Internet Search Engine Popularity Report - Top 25 March 2004
March Full Report

| RANK | TITLE | DISTRIBUTOR | NUMBER OF SEARCHES |
|---|---|---|---|
| 1 | Cortislim | Window Rock Productions | 241,520 |
| 2 | Propolene | Obesity Research Institute | 222,566 |
| 3 | Bowflex | Bowflex, Inc. | 156,880 |
| 4 | Total Gym | American Telecast | 152,344 |
| 5 | Winsor Pilates | Guthy-Renker Corp. | 105,106 |
| 6 | Proactiv | Guthy-Renker Corp. | 104,726 |
| 7 | bareMinerals | bareMinerals | 88,284 |
| 8 | Tempur-Pedic | Tempur-Pedic | 87,300 |
| 9 | Leptoprin | Leptoprin | 83,368 |

| | | | |
|---|---|---|---|
| 10 | Coral Calcium | Direct Marketing Concepts | 76,814 |
| 11 | Relacore | Carter-Reed Company | 72,924 |
| 12 | Slim in 6 | BeachBody.com | 66,886 |
| 13 | Smoke Away | Council for Natural Health | 59,950 |
| 14 | 6 Second Abs | Savvier | 59,514 |
| 15 | Ionic Breeze Quadra | The Sharper Image | 58,604 |
| 16 | Lateral Thigh | Lateral Thigh | 56,798 |
| 17 | Gazelle Freestyle | Fitness Quest | 51,298 |
| 18 | Bun & Thigh Roller | Bun & Thigh Roller | 51,216 |
| 19 | AeroBed | Aero Products Int'l | 50,974 |
| 20 | Carleton Sheets | Professional Education Institute | 50,832 |
| 21 | Video Professor | Video Professor | 48,386 |
| 22 | Supreme Greens | ITV Direct | 47,546 |
| 23 | Ab Lounge | Fitness Quest | 47,354 |
| 24 | Walk Away Abs | GT Merchandising | 44,422 |
| 25 | FoodSaver Vac | Tilia, Inc. | 42,100 |

The Internet Search Engine Popularity Report is compiled using data provided to REVShare by leading Internet search engines. Numbers shown represent an estimated number of total searches taking place on the Internet for all applicable variations of the product trademark term for March 2004.

**ARCHIVED REPORTS**

October 2002 Full Report        September 2002 Full Report        August 2002 Full Report
July 2002 Full Report

HOME | REPORT METHODOLOGY | SEARCH ENGINE ARTICLE | SUBMIT YOUR PRODUCT | ABOUT REVSHARE

© 1999-2004 REVShare