# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 04-CV-10421-JLT |
| HEALTHY SOLUTIONS, LLC, et al., | ) |
| Defendants. | ) |
| RELATED CASES | ) |

## DECLARATION OF CHRISTOPHER F. ROBERTSON

I, CHRISTOPHER F. ROBERTSON, declare as follows:

1.  I am an attorney with the law firm of Seyfarth Shaw LLP in Boston, Massachusetts. I represent the defendant ITV Direct, Inc. ("ITV") in connection with the present litigation.

2.  Annexed to this affidavit are true and correct copies of the following exhibits:

    Exhibit 1    Dr. Alex Guerrero Biography obtained from Health Solutions, Inc. Website;

    Exhibit 2    Copy of California Business and Professions Code, §§2050-2079;

    Exhibit 3    Copy of Opinion No. 87-103, Office of the Attorney General, State of California, 1988 WL 385189 (Cal. A.G.); and

    Exhibit 4    Copy of California Acupuncture Board opinions, obtained from Website.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of May, 2004 at Boston, Massachusetts.

/s/ Christopher Robertson
CHRISTOPHER F. ROBERTSON

BO1 15644751.1