

 OUR PRODUCTS     DR. GUERRERO     HEALTH LIBRARY     HOME



**Dr. Alex Guerrero**

In February of 1991 Dr. Guerrero's father-in-law died of skin cancer after three years of treatment and surgeries. During those three years his father-in-law lost his right arm, right shoulder blade, right collar bone, a couple of ribs, part of a lung, but most importantly his dignity. Dr. Guerrero decided then and there that there had to be a better way to live. So began his journey, which lead him through post-graduate studies at the SAMRA University for Traditional Chinese Medicine in Los Angeles, California, where he received his degree in Traditional Chinese Medicine.

During his internship he saw patients of every background, creed, and color, with almost every ailment known to man. At that time the clinic was inundated with AIDS patients, cancer patients, and people with several other degenerative diseases. Upon graduating, he continued to study, research, and read with regard to degenerative diseases. His private practice was and is a diverse group of individuals. Many are what he calls "internal" patients. These are people with various degenerative and chronic ailments. He has treated PMS, fibromyalgia, cancer, prostate problems, diabetes, lupus, chronic fatigue syndrome, arthritis, and many other diseases.

The other part of his practice involves his athletes. He currently works with many World-Class Athletes and Professionals in the NBA and NFL.

Through working with his athletes, he developed techniques involving deep tissue therapy, neuromuscular re-education, active release therapy, neurolymphatics and kinesio-taping in addition to developing treatment plans and education for the Trinidad/Tobago National Soccer Team and the West Indies Cricket Team.

In the process of treating all of his patients, he sought for supplements that would increase health and wellness in all individuals and also wanted products that would improve athletic performance in his athletes. Finding nothing on the market that would satisfy his or his patients' needs, he began to use his extensive knowledge in herbology to develop his own formulations. With the knowledge that the soil used to grow our food has been stripped of vital minerals and nutrients, he believes that supplementation has become an essential part of our lives. However, not all supplements are created equal. With the scientific knowledge that all living matter has energy, Dr. Guerrero developed products that retain their life force, thereby improving the body's ability to absorb their vital nutrients. This knowledge has taken him around the world lecturing on health and wellness to many thousands of individuals.

Dr. Guerrero asserts, "All disease is in the blood and over-acidification of the blood and tissues is the primary contributor to disease and sickness." To increase health and wellness in our society, he has made his exclusive formulations available to the public. Now, everyone can share the passion of Dr. Guerrero's life work by energizing,

rejuvenating, and nourishing your body with Health Solutions™ products.

©2003-2004, Health Solutions, Inc. - <u>Legal Notices</u> - <u>About Us</u> - <u>Customer Service</u> - <u>FAQ</u>