California Home                                                      Wednesda

# Welcome to *California*

- **Acupuncture Home**
- **About the Board**
- **Board Meetings**
- **Continuing Education**
- **Education**
- **Enforcement**
- **Examinations**
- **Laws and Regulations**
- **Licensing**
- **License Verification**
- **Professional Associations**
- **Publications and Forms**
- **Department of Consumer Affairs**

# CALIFORNIA ACUPUNCTURE BOARD

**Professional Titles/Abbreviations**

Please be advised that Attorney General Opinion No. 87-103, dated March 3, 1988, concluded tha acupuncturist **MAY NOT** use the initials **"O.M.D."** or the title **"Oriental Medical Doctor"** or **"D.O.M** title **"Doctor Oriental Medicine"** without the inclusion of more information (L.Ac. or C.A.) , in adve acupuncture practice. A licensed acupuncturist **who can document proof of an approved Docto in Oriental Medicine MAY** use those terms in conjunction with more information, i.e. the title of lic certified acupuncturist.

| | |
|---|---|
| **Acceptable use would be...** | Name, L.Ac., O.M.D. or D.O.M. |
| | Name, Lic.Ac., O.M.D. or D.O.M. |
| | Name, C.A., O.M.D. or D.O.M. |
| | Name, Licensed Acupuncturist, O.M.D. or D.O.M. |
| | Name, Certified Acupuncturist, O.M.D. or D.O.M. |
| | Name, O.M.D. or D.O.M., L.Ac. |
| | Name, O.M.D. or D.O.M., C.A. |
| | Name, O.M.D. or D.O.M., Lic.Ac. |
| | Name, O.M.D. or D.O.M., Licensed Acupuncturist |
| | Name, O.M.D. or D.O.M., Certified Acupuncturist |
| **Unacceptable use would be...** | Name, O.M.D. or D.O.M. |
| | Name, Oriental Medical Doctor or Doctor Oriental Med |

**Contact Us:**

**The Acupuncture Board**
444 N. 3rd Street
Suite 260
Sacramento, CA
95814

(916) 445-3021
fax (916) 445-3015

acupuncture@dca.ca.gov

In addition, according to section 1399.456 of the Acupuncture Regulations, anyone using the title C Medical Doctor or Doctor Oriental Medicine **must have obtained the doctorate degree from a s college that was approved by the California Department of Education at the time of issuanc**

Please be advised also, that in the State of California, it is **improper to use any title** that makes r medical doctor, such as M.D. (China) or C.M.D. (Chinese Medical Doctor), or otherwise. Only thos licensed as a *physician and surgeon*, M.D. (medical doctor), by the State of California may use suc

If you have any questions regarding the above, please contact the Acupuncture Board.

This web site contains PDF documents that require the most current version of Adobe Acrobat Reader to view. To download click on the icon b



Disclaimer – Privacy Policy – Conditions of Use – Technical Support
© 2003 State of California