California Home                                                    Wednesda

Welcome to *California*

**Acupuncture Home**

**About the Board**

**Board Meetings**

**Continuing Education**

**Education**

**Enforcement**

**Examinations**

**Laws and Regulations**

**Licensing**

**License Verification**

**Professional Associations**

**Publications and Forms**

**Department of Consumer Affairs**

# CALIFORNIA ACUPUNCTURE BOARD

○ My CA   ◉

**Title 16, Article 5. Standards of Practice**

**1399.450. Condition of Office.**

(a)  Every acupuncture office shall be maintained in a clean and sanitary condition at all times, and
readily accessible bathroom facility in accordance with Title 24, Part 2, Building Standards Code S
494A.1 and 1994 Uniform Building Code Section 2902.3.
(b)  In all offices where non-disposable needles are used, there shall be functioning sterilization eq

**1399.451. Treatment Procedures.**

In treating a patient, an acupuncturist shall adhere to the following procedures:

(a)  The acupuncturist's hands shall be brush-scrubbed with soap and warm water immedia
before examining patients or handling acupuncture needles and other instruments, and be
patients.
(b)  All acupuncture needles and other instruments shall be sterilized before and between u
in a manner which will destroy all microorganisms. All needle trays which contain sterile ne
shall also be sterile. Each time needles or other instruments are sterilized, the acupuncturi
shall use a tape or strip indicator which shows that sterilization is complete.
(c)  Acupuncture points, where needles are to be inserted, shall be cleaned with an approp
antiseptic before insertion of the needle.
(d)  In the event an acupuncture needle inserted in a patient breaks subcutaneously, the tr
acupuncturist shall immediately consult a physician. An acupuncturist shall not sever or
penetrate the tissues in order to excise such a needle.
(e)  Any complication, including but not limited to, hematoma, peritonitis or pneumothorax a
out of acupuncture treatment shall be referred immediately to a physician or dentist or pod
if appropriate, if immediate medical treatment is required.
(f)  Acupuncture shall not be performed using hypodermic needles.
(g)  All acupuncture needles and instruments to be discarded shall be safely disposed of.
Needles shall be discarded in one of the two following ways.
    (1)  They shall be sterilized and discarded in a sealed container, or
    (2)  they shall be placed in a sealed, unbreakable container marked
    "Hazardous Waste" and disposed of in a manner consistent with
    subsections (b), (c), (g) and (h) of Title 22 Cal. Code Reg. Section 66840.

**1399.452. Treatments Outside the Office.**

(a)  Any acupuncturist who provides acupuncture treatment outside the office shall carry the requir
needles and other instruments in a sterile airtight container.
(b)  All standards of practice applicable to treatment outside the office shall be adhered to by the a
providing such treatment.

**1399.453. Record keeping.**

An acupuncturist shall keep complete and accurate records on each patient who is given acupunc
including but not limited to, treatments given and progress made as a result of the acupuncture tre

**Contact Us:**

The Acupuncture Board
444 N. 3rd Street
Suite 260
Sacramento, CA
95814

(916) 445-3021
fax (916) 445-3015

acupuncture@dca.ca.gov

**1399.455. Advertising.**

(a)  A licensed acupuncturist may advertise the provision of any acupuncture services authorized t
by such licensure in a manner authorized by Section 651 of the code so long as such advertising c
promote the excessive or unnecessary use of such services.

(b)  It is improper advertising as provided in Section 4955 of the code to disseminate any advertisin
represents in any manner that the acupuncturist can cure any type of disease, condition or sympto

(c)  It is improper advertising as provided in Section 4955 of the code to disseminate any advertisin
practice, technique or procedure which is not within the scope of the practice of acupuncture as de
Section 4927 and 4937 of the code and which is the unlawful practice of medicine.

**1399.456. Use of the Title "Doctor".**

It is unprofessional conduct for an acupuncturist to use the title "Doctor" or the abbreviation "Dr." ir
with the practice of acupuncture unless he or she possesses a license or certificate which authoriz
or possesses an earned doctorate degree from an accredited, approved or authorized educationa
set forth under Article 4 (commencing with section 94760) of Chapter 7 of Part 59 which is in acup
Oriental medicine, a biological science, or is otherwise related to the authorized practice of an acu
set forth in Section 4927 and 4937 of the Code.

The use of the title "Doctor" or the abbreviation "Dr." by an acupuncturist as authorized above with
indicating the type of license, certificate or degree which authorizes such use, constitutes unprofes
conduct.

This web site contains PDF documents that require the most current version of Adobe Acrobat Reader to view. To download click on the icon b



Disclaimer ‑ Privacy Policy ‑ Conditions of Use ‑ Technical Support
© 2003 State of California