UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ITV DIRECT, INC., | * | |
|     Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 04-10421-JLT |
| | * | |
| HEALTHY SOLUTIONS, LLC et al., | * | |
|     Defendants. | * | |
| _____ | * | |
| CAPPSEALS, INC., | * | |
|     Plaintiff-in-Intervention, | * | |
| | * | |
| v. | * | |
| | * | |
| HEALTHY SOLUTIONS, LLC, d/b/a | * | |
| DIRECT BUSINESS CONCEPTS; ITV | * | |
| DIRECT, INC.; and DIRECT | * | |
| FULFILLMENT, LLC, | * | |
|     Intervenor-Defendants. | * | |
| _____ | * | |
| HEALTHY SOLUTIONS, LLC, d/b/a | * | |
| DIRECT BUSINESS CONCEPTS, a | * | |
| California limited liability company; | * | |
| HEALTH SOLUTIONS, INC., a California | * | |
| corporation; and ALEJENDRO | * | |
| GUERRERO, an individual, | * | |
|     Counterclaim Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | |
| ITV DIRECT, INC., a Massachusetts | * | |
| corporation; DIRECT FULFILLMENT, | * | |
| LLC, a Massachusetts limited liability | * | |
| company; and DOES 1-10, inclusive, | * | |
|     Counterclaim Defendants. | * | |
| _____ | * | |

<u>ORDER</u>

May 21, 2004

TAURO, J.

After a conference on May 20, 2004, the court hereby orders that:

1. <u>Defendants and Counterclaim Plaintiffs' Motion for Temporary Restraining Order Against Plaintiff ITV Direct, Inc., for Expedited Discovery, and for Preliminary Injunction</u> [#13] is DENIED;

2. The Parties must comply with this court's Rule 26 Order by June 20, 2004;

3. Plaintiff ITV Direct, Inc. may conduct a Fed. R. Civ. P. 30(b)(6) deposition of Defendants;

4. Defendants may conduct a Fed. R. Civ. P. 30(b)(6) deposition of Plaintiff ITV Direct, Inc.;

5. Plaintiff ITV Direct, Inc. may depose the following individuals: (1) Alejandro Guerrero, (2) Gregory Geremesz, and (3) Michael Howell;

6. Defendants may depose the following individuals: (1) Donald Barrett, (2) Robert Maihos, and (3) Jason Bernabei;

7. The abovementioned depositions must be completed by July 20, 2004; and

8. A Further Conference will be held on August 5, 2004 at 12:00 p.m.

IT IS SO ORDERED.

      /s/ Joseph L. Tauro  
    United States District Judge