# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ITV DIRECT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. 04-CV-10421-JLT |
| v. | ) | |
| | ) | |
| HEALTHY SOLUTIONS, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| RELATED CASES | ) | |
| | ) | |

## CORPORATE DISCLOSURE STATEMENT

Plaintiff, ITV Direct, Inc. ("ITV" or "Plaintiff"), by and through its undersigned attorneys, hereby submits its Corporate Disclosure Statement pursuant to Rule 7.1 of Federal Rules of Civil Procedure.

A.    **Identify all parent corporation(s)**.

None.

B.    **List any publicly-held company that owns 10% or more of the party's stock**.

No publicly-held company owns 10% or more of ITV's stock.

Dated: June 21, 2004

Respectfully submitted,
ITV DIRECT, INC.
By their attorney(s),

 /s/ Peter S. Brooks
Peter S. Brooks, BBO #058980
Christopher F. Robertson, BBO #642094
Susan W. Gelwick, BBO #567115
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:    (617) 946-4800
Telecopier:    (617) 946-4801

BO1 15650585.1