UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ITV DIRECT, INC. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.  04-CV-10421-JLT |
| | ) | |
| v. | ) | Judge Joseph L. Tauro |
| | ) | |
| HEALTHY SOLUTIONS, L.L.C., et al., | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| | ) | |
| AND RELATED ACTIONS. | ) | |
| | ) | |

**CORPORATE DISCLOSURE STATEMENT**

Defendant Health Solutions, Inc. ("Health Solutions") by and through its undersigned attorneys, hereby submits its Corporate Disclosure Statement pursuant to Rule 7.1 of Federal Rules of Civil Procedure.

A. **Identify all parent corporation(s)**.

None.

1

2

B. **List any publicly-held company that owns 10% or more of the party's stock**.

No publicly-held company owns 10% or more of ITV's stock.

| | |
|---|---|
| Dated: June 21, 2004 | Respectfully submitted,<br>HEALTH SOLUTIONS, INC.,<br>By its attorneys, |

   /s/ Becky V. Christensen
Becky V. Christensen, Esq. CA State Bar # 147013
Craig McLaughlin, Esq. CA State Bar #182876
LEVIN & O'CONNOR
384 Forest Avenue, Suite 13
Laguna Beach, CA  92651
(949) 497-7676
(949)497-7679 fax

Dustin F. Hecker
POSTERNAK BLANKSTEIN & LUND LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts  02199-8004
(617) 973-6100

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 21, 2004, a copy of the foregoing Corporate Disclosure Statement was sent via facsimile to:

Katherine E. Perrelli
Peter S. Brooks
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, MA 02210
(617) 946-4800
(617) 946-4801 Fax
pbrooks@seyfarth.com
Kperrelli@seyfarth.com

Daniel J. Kelly
GADSBY HANNAH LLP
225 Franklin Street
Boston, MA 02110
617 345-7000
617 345-7050 Fax
dkelly@ghlaw.com
cpriolo@ghlaw.com

Attorneys for Plaintiff-in-Intervention
CAPPSEALS, INC.

Christian H. Pedersen
William D. Norman
METAXAS, NORMAN & PIDGEON, LLP
900 Cummings Center, Suite 207T
Beverly, MA 01915
(978) 927-8000
(978) 922-6464 Fax
cpedersen@mnplaw.com

Attorneys for ITV Direct, Inc. and Intervenor-Defendant
DIRECT FULFILLMENT, LLC

    /s/ Becky V. Christensen
Becky V. Christensen, Esq.
Craig McLaughlin, Esq.
LEVIN & O'CONNOR
384 Forest Avenue
Suite 13
Laguna Beach, CA 92660
949 497-7676
949 497-7679 Fax
email: bvc@levin-oconnor.com

3