UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HEALTHY SOLUTIONS, L.L.C., et al., ) | |
| ) | |
| Defendants. ) | Civil Action No.  04-CV-10421-JLT |
| CAPPSEALS, INC., ) | |
| ) | |
| Plaintiff-in-Intervention, ) | |
| ) | |
| v. ) | |
| ) | |
| HEALTHY SOLUTIONS, L.L.C., d/b/a ) | |
| DIRECT BUSINESS CONCEPTS; ITV ) | |
| DIRECT, INC.; and DIRECT ) | |
| FULFILLMENT, LLC, ) | |
| ) | |
| Intervenor-Defendants. ) | |

**PLAINTIFF-IN-INTERVENTION'S CONCISE STATEMENT OF MATERIAL
FACTS**

**EXHIBIT 1**

B0370621v1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ITV DIRECT, INC., | ) | |
| Plaintiff, | ) | Civil Action No. 04 CV 10421 JLT |
| v. | ) | |
| HEALTHY SOLUTIONS, L.L.C., et al, | ) | |
| Defendants. | ) | AFFIDAVIT OF HARRY N. ANDERSON, III IN SUPPORT OF CAPPSEALS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT |
| CAPPSEALS, INC., | ) | |
| Plaintiff-in-Intervention, | ) | |
| v. | ) | |
| HEALTHY SOLUTIONS, L.L.C., d/b/a DIRECT BUSINESS CONCEPTS; ITV DIRECT, INC.; and DIRECT FULFILLMENT, LLC, | ) | |
| Intervenor-Defendants. | ) | |

STATE OF ~~WASHINGTON~~ OREGON )
                                  ) ss.
County of ~~Clark~~ multnomah )

I, Harry N. Anderson, III, being first duly sworn, hereby depose and say:

1.     I am a co-owner of Cappseals, Inc., a Washington corporation ("Cappseals"). I make this affidavit upon my own personal knowledge and, if called to testify, would testify in conformance with this affidavit.

2.     In or around August 2003, defendant Healthy Solutions, LLC, dba Direct Business Concepts ("DBC"), a California limited liability company, began issuing purchase orders to Cappseals, a Washington corporation, on a weekly or near weekly basis requesting that Cappseals manufacture and bottle certain quantities of a product known as Supreme Greens with

MSM ("Supreme Greens") for $2.95 per bottle. A true and correct copy of an example DBC purchase order, dated September 22, 2003, is attached as Exhibit A.

3.    On or about November 11, 2003, DBC issued a standing purchase order to Cappseals requesting that Cappseals manufacture 50,000 bottles of Supreme Greens per week for shipment to Direct Fulfillment, LLC, in Beverly, Massachusetts, an affiliate of DBC's distributor ITV Direct, Inc., a Massachusetts corporation (Direct Fulfillment, LLC and ITV Direct, Inc. are collectively referred to herein as "ITV Direct"). A true and correct copy of this standing purchase order, dated November 25, 2003, is attached as Exhibit B.

4.    Between December 29, 2003, and February 5, 2004, Cappseals made six weekly shipments to ITV Direct containing a total of approximately 303,644 bottles of Supreme Greens. True and correct copies of packing slips and bills of lading evidencing the shipment of these goods to ITV Direct are attached as Exhibit C.

5.    DBC owes Cappseals approximately $890,182.09 for the 303,644 bottles of Supreme Greens shipped to ITV Direct between December 29, 2003, and February 5, 2004. A true and correct copy of DBC's account statement with Cappseals is attached as Exhibit D. The entire sum of $890,182.09 owed by DBC to Cappseals for these goods is past due and remains unpaid. DBC has acknowledged to Cappseals that it has an outstanding balance on its account in the amount of $890,182.09, but asserts that it is without resources to pay this sum because of ITV Direct's refusal to pay DBC for these same goods.

/////

/////

/////

/////

/////

/////

/////

6.      Neither DBC nor ITV Direct has ever notified Cappseals of any non-conformity relating to the 303,644 bottles of Supreme Greens shipped to ITV Direct.

_____
Harry N. Anderson, III

SUBSCRIBED AND SWORN to before me this _22_ day of _June_, 2004.



_____
NOTARY PUBLIC FOR OREGON

OFFICIAL SEAL
**APRIL LEE**
NOTARY PUBLIC-OREGON
COMMISSION NO. 344512
MY COMMISSION EXPIRES APR. 1, 2005

**Direct Business Concepts**

RECEIVED
SEP 2 9 2003

# Purchase Order

9528 Miramar Road, Suite 100
San Diego, CA 92126

| Date | P.O. No. |
|------|----------|
| 9/22/2003 | 1019 |

| Vendor | Ship To |
|--------|---------|
| Cappseals<br>P.O. Box 820650<br>Vancouver, WA 98682 | Direct Fufillment<br>100 Cummings Center<br>Suite #143H, Dock #144Q<br>Beverly, MA 01915 |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| 30,000 | Supreme Greens with MSM: Capsules | 2.95 | 88,500.00 |
| 15,000 | Supreme Greens with MSM: Powder | 2.66 | 39,900.00 |
| | | **Total** | **$128,400.00** |

EXHIBIT __A__
PAGE __1__ OF __1__

**Direct Business Concepts**
9528 Miramar Road, Suite 100
San Diego, CA 92126

RECEIVED
NOV 2 6 2003

# Purchase Order

| Date | P.O. No. |
|------|----------|
| 11/25/2003 | 1022 |

| Vendor |
|--------|
| Cappseals<br>P.O. Box 820650<br>Vancouver, WA 98682 |

| Ship To |
|---------|
| Direct Fulfillment<br>100 Cummings Center<br>Suite #143H, Dock #144Q<br>Beverly, MA 01915 |

| Expected | Ship Via |
|----------|----------|
| 11/25/2003 | |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| 50,000 | SUPREME GREEN   (capsules or powder)<br><br>Please consider this purchase order a WEEKLY shipment of 50000 units of Supreme Greens With MSM.<br><br>This will replace P.O. No. 1021<br><br>This purchase order is subject to change or cancellation upon 30 days written notice. | 2.95 | 147,500.00 |
| | **Total** | | **$147,500.00** |

EXHIBIT   B
PAGE  1  OF  1



P.O. Box 820650
Vancouver, WA 98682-0014
(360) 944-9420
(360) 944-9429 (Fax)

Nº 10647

# PACKING SLIP

Date: 12/29/03

TO: Direct Fulfillment

S.O.# 4352

P.O. #: 1027 / 1022

## PRODUCT INFORMATION:

| ID | DESCRIPTION | LOT # | COUNT | QUANTITY | EXTENDED |
|---|---|---|---|---|---|
| DBC.01.180 | Supreme Green caps | 3101606 | 180 | 20x160x12 | 38,400 BTTS |
| DBC.01.180 | Supreme Green Caps (no phone #) | 3101607 | 180 | 5x160x12 | 9,600 BTTS |
| DBC.01.180 | Supreme Green Caps | 3101606 | 180 | 167x12x78 | 2,018 BTTS |
| | | | | Total | 50,018 BTTS |

## PACKING/FREIGHT INFORMATION:

Direct Focus
26 pallets

TOTAL WT.: 23,400 #

COUNTED BY:

VERIFIED BY:

RECEIVED BY:

EXHIBIT C
PAGE 1 OF 15

**MEMORANDUM** is an acknowledgment that a bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

subject to individual determined rate or contracts that have been agreed upon in writing between and shipper if applicable, otherwise to the rates, classifications and rules that have been established by and are available to the shipper, on request:

**FOCUS NORTH AMERICA, INC.**    800-574-3581   X 103 Linda   **Carrier**

11307 N.E. 95th St.,   Vancouver, WA

| | | Carrier's Pro No. |
|---|---|---|
| | | Shipper's Bill of Lading No. |
| | | Consignee's Reference/PO No. |
| | | Carrier's Code (SCAC) |

**from**   Direct Business Concepts

described below in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the motor carrier classification or tariff if this is a motor carrier shipment.

er hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back hereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said d conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

signed to   Direct Fulfillment   PH# 973-299-2503

nation   Beverly   State   MA   (Mail or street address of consignee—For purposes of notification only.)   Zip Code   01915   County

ery Address ★   100 Cummings Cir., Ste. 143, Dock 144-A

(★ To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

ering Carrier   Car or Vehicle Initials   No.

| ges | HAZ MAT | | *Weight (Sub. to Cor.) | Class or Rate | Check Column | |
|---|---|---|---|---|---|---|
| S | | Food Supplements | 20,000 | 70 | | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. |
| | | | | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | | | | | _____ (Signature of Consignor) |
| | | **PLACARDS PROVIDED FOR THIS LOAD** | | | | Freight charges are PREPAID unless marked collect. CHECK BOX IF COLLECT ☐ |

certify that the above named materials are properly classified, packaged, marked and labeled and are in proper condition for transportation g to the applicable regulations of the Department of Transportation. IMPORTANT) When shipping hazardous materials this information must be provided:

**ENCY CONTACT:**                                                      Received $ _____ to apply in prepayment of the charges on the property described hereon.

**24 HOUR PHONE NUMBER:**

ipment moves between two ports by a carrier by water, the law requires that the bill of lading state it is "carrier's or shipper's weight."

here the rate is dependent on value shippers are required to state specifically in writing the agreed or d value of the property.

Agent or Cashier

ed or declared value of the property is hereby specifically stated by the shipper to be not exceeding mitation for loss or damage on this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

Per _____ (The signature here acknowledges only the amount prepaid.)

**per**

re boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon. ther requirements of Uniform Freight Classification." s imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

Charges Advanced:
$

Shipper, Per _____   12-29-03   Agent, Per _____   **3**

ORM 6S675/6P675   Rev, 5/98   UK (50 SETS) 6S675   **carbonless**

EXHIBIT   C
PAGE   2   OF   15



P.O. Box 820650
Vancouver, WA  98682-0014
(360) 944-9420
(360) 944-9429 (Fax)

N<u>o</u>  10674

# PACKING SLIP

Date: _____1/5/04_____

TO: _Direct Fulfillment_

S.O.# _____4528_____

P.O. #: _____1022_____

## PRODUCT INFORMATION:

| ID | DESCRIPTION | LOT # | COUNT | QUANTITY | EXTENDED |
|---|---|---|---|---|---|
| DBC.01.180 | Supreme Green's | 3101607 | 180 | 9×160×12 | 17,280 BTLS |
| DBC.01.180 | Supreme Green's | 3101606 | 180 | 6×160×12 | 11,520 BTLS |
| DBC.01.180 | Supreme Green's | 3101606 | 180 | 1×176×12 | 2,112 BTLS |
| | | | | | 30,912 BTLS |

## PACKING/FREIGHT INFORMATION:

_Direct Focus_        _Cust Arranged_
_16 pallets_

TOTAL WT.: _____15,360_____

COUNTED BY: _____

VERIFIED BY: _____

RECEIVED BY: _____

EXHIBIT ___C___
PAGE _3_ OF _15_

HIS MEMORANDUM is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

CEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by carrier and are available to the shipper, on request.

| | | Carrier's Pro No. _____ |
| --- | --- | --- |
| FOCUS NORTH AMERICA, INC. | **Carrier** | Shipper's Bill of Lading No. _____ |
| | | Consignee's Reference/PO No. _____ |
| 11607 N.E. 95th St.,  Vancouver, WA | | Carrier's Code (SCAC) _____ |

**from**    Direct Business Concepts

property described below in apparent good order except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood roughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route said destination. It is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be formed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the licable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said ms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| onsigned to | Direct Fulfillment | FN# 970-299-2503 |
| --- | --- | --- |

| estination | Beverly | State | MA | Zip Code | 01915 | County _____ |
| --- | --- | --- | --- | --- | --- | --- |

(Mail or street address of consignee—For purposes of notification only.)

elivery Address ★    100 Cummings Cir., Ste. 143, Dock 144-A
( ★ To be filled in only when shipper desires and governing tariffs provide for delivery thereof.)

oute _____

elivering Carrier _____    Car or Vehicle Initials _____    No. _____

| No. Packages | HAZ MAT | | *Weight (Sub. to Cor.) | Class or Rate | Check Column | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. |
| --- | --- | --- | --- | --- | --- | --- |
| pallets | | Food Supplements | 15,360 | 70 | | |
| | | | | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | | | | | (Signature of Consignor) |
| | | | | | | Freight charges are PREPAID unless marked collect. |
| | | | | | | CHECK BOX IF COLLECT ☐ |

**PLACARDS PROVIDED FOR THIS LOAD**

Received $ _____ apply in prepayment of the charges on the property described hereon.

s is to certify that the above named materials are properly classified, packaged, marked and labeled and are in proper condition for transportation cording to the applicable regulations of the Department of Transportation. IMPORTANT! When shipping hazardous materials this information must be provided:

EMERGENCY CONTACT: _____    24 HOUR PHONE NUMBER: _____

the shipment moves between two ports by a carrier by water, the law requires that the bill of lading state ether it is "carrier's" or shipper's weight."
OTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or clared value of the property.

e agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding bility Limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

per _____

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

he fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, d all other requirements of Uniform Freight Classification.
hipper's imprint in lieu of stamp; not a part of bill of lading approved by the interstate Commerce Commission.

Charges Advanced:
$ _____

AppSeeds Inc    **Shipper, Per** _____    **Agent, Per** _____

EDIFORM 6S675/6P675 Rev. 5/96
OLYPAK (50 SETS) 6S675    *carbonless*

EXHIBIT ___C___
PAGE _4_ OF _15_



P.O. Box 820650
Vancouver, WA 98682-0014
(360) 944-9420
(360) 944-9429 (Fax)

Nº 10721

# PACKING SLIP

Date: _1/14/04_

TO: _Direct Fulfillment_

S.O.# _1022_

P.O. #: _1022_

## PRODUCT INFORMATION:

| ID | DESCRIPTION | LOT # | COUNT | QUANTITY | EXTENDED |
|---|---|---|---|---|---|
| DBC.01.180 | Supreme Green's | 30101607 | 180 | 8x160x12 | 15,360 BTLS |
| DBC.01.180 | Supreme Green's | 30101608 | 180 | 12x160x12 | 23,040 BTLS |
| DBC.01.180 | Supreme Green's | 30101609 | 180 | 6x160x12 | 11,520 BTLS |
| DBC.02.8oz | Supreme Green's pwd | 40101102 | 8oz | 4x21x48 | 4,032 JARS |

Total 53,952 BTLS

## PACKING/FREIGHT INFORMATION:

_Direct Focus_
_30 skids_

TOTAL WT.: _26,460#_

COUNTED BY: _____

VERIFIED BY: _____

RECEIVED BY: _____

EXHIBIT _C_
PAGE _5_ OF _15_

**HIS MEMORANDUM** is an acknowledgment that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

IMED, subject to individually determined rates or contracts that have been agreed upon in writing between carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by carrier and are available to the shipper, on request;

**FOCUS NORTH AMERICA, INC.**

Carrier's Pro No.
Shipper's Bill of Lading No.
Consignee's Reference/PO No.
Carrier's Code (SCAC)

**Carrier**

11607 N.E. 99th St.,    Vancouver, WA    **from**    Direct Business Concepts

Property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and defined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned to    **Direct Fulfillment**    PH# 971-299-2503

Destination    **Beverly**    State    **MA**    (Mail or street address of consignee—For purposes of notification only.)

Zip Code    **01915**    County

Delivery Address ★    **100 Cummings Cir., Ste. 143, Dock 144-A**

( ★ To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route

Delivering Carrier    Car or Vehicle Initials    No.

| No. kages | HAZ MAT | | *Weight (Sub. to Cor.) | Class or Rate | Check Column | |
|---|---|---|---|---|---|---|
| llets | | Food Supplements | 26,460 | 70 | | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. |
| | | | | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | | | | | _____ (Signature of Consignor) |

**PLACARDS PROVIDED FOR THIS LOAD**

Freight charges are PREPAID unless marked collect.

CHECK BOX IF COLLECT ☐

to certify that the above named materials are properly classified, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. IMPORTANT! When shipping hazardous materials this information must be provided:

Received $ _____ to apply in prepayment of the charges on the property described hereon.

AGENCY CONTACT:    24 HOUR PHONE NUMBER:

e shipment moves between two ports by a carrier by water, the law requires that the bill of lading state rier it is "carrier's" or shipper's weight."
er - Where the rate is dependent on value shippers are required to state specifically in writing the agreed or ared value of the property.

greed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ty Limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

per _____

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

bre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, all other requirements of Uniform Freight Classification.
er's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

Charges Advanced:

**Cappseals, Inc**    Shipper, Per _____    Agent, Per _____

FORM® 6S675/6P675 Rev, 5/98
PAK (50 SETS) 6S675    **carbonless**

EXHIBIT    C
PAGE   6   OF   15



P.O. Box 820650
Vancouver, WA 98682-0014
(360) 944-9420
(360) 944-9429 (Fax)

№ 10752 ✓

# PACKING SLIP

Date: 1/21/04

TO: Direct Fulfillment

S.O.# 4530

P.O. #: 1022

## PRODUCT INFORMATION:

| ID | DESCRIPTION | LOT # | COUNT | QUANTITY | EXTENDED |
|---|---|---|---|---|---|
| DEC.01.180 | Supreme Greens Caps | 4010121 | 180 | 5x192x12 | 11,520 |
| DEC.01.180 | Supreme Greens Caps | 3101609 | 180 | 6x192x12 | 13,824 |
| DEC.01.180 | Supreme Greens Caps | 3101608 | 180 | 2x192x12 | 4,608 |
| DEC.01.180 | Supreme Greens Caps | 4010132 | 180 | 8x192x12 | 18,432 |
| DEC.01.180 | Supreme Greens Caps | 3101607 | 180 | 2x192x12 | 4,608 |
| DEC.01.180 | Supreme Greens | 3010141 | 180 | 2x192x12 | 4,608 |

Total 57,600

## PACKING/FREIGHT INFORMATION:

Direct Business / Direct Focus
30 Skids

TOTAL WT.: _____

COUNTED BY: _____

VERIFIED BY: _____

RECEIVED BY: _____

EXHIBIT C
PAGE 7 OF 15



Nº 10753

P.O. Box 820650
Vancouver, WA 98682-0014
(360) 944-9420
(360) 944-9429 (Fax)

# PACKING SLIP

Date: _1/21/04_

TO: _Direct Fulfillment_

S.O.# _9530_

P.O. #: _1022_

## PRODUCT INFORMATION:

| ID | DESCRIPTION | LOT # | COUNT | QUANTITY | EXTENDED |
|----|-------------|-------|-------|----------|----------|
| ___ | Supreme Greens pwd | 3100905 | 8 oz | 3×48 | 144 Jars |
| ___ | Supreme Greens pwd | 4010104 | 8 oz | 19×48+14 | 926 Jars |
| ___ | Supreme Greens pwd | 4010102 | 8 oz | 20×48+37 | 997 Jars |
| ___ | Supreme Greens pwd | 3100905 | 8 oz | 63×48 | 3,024 Jars |
| ___ | | | | Total | 5,091 Jars |

## PACKING/FREIGHT INFORMATION:

_Direct Focus_
_30 skids_

TOTAL WT.: _____

COUNTED BY: _____

VERIFIED BY: _____

RECEIVED BY: _____

EXHIBIT _C_
PAGE _8_ OF _15_

**DIFORM®**
**CARBONLESS SPEEDISET**

SHORT FORM BILL OF LADING 6S675/6P675
3-PART

**S SHIPPING ORDER** must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent.

VED, subject to individually determined rates or contracts that have been agreed upon in writing en the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that been established by the carrier and are available to the shipper on request.

Carrier's Pro No.
Shipper's Bill of Lading No.
Consignee's Reference/PO No.
Carrier's Code (SCAC)

**FOCUS NORTH AMERICA, INC.** Carrier

12607 N.E. 95th St., Vancouver, WA **from** Direct Business Concepts

perty described below in apparent good order except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood

signed to **Direct Fullfillment** Ph# 978-299-2503 (Mail or street address of consignee—For purposes of notification only.)

tination **Beverly** State **MA** Zip Code **01915** County

ivery Address ★ 100 Cummings Ctr, Ste. 143, Dock 144-A

ate

ivering Carrier | Car or Vehicle Initials | No.

| No. ages | HAZ MAT | | *Weight (Sub. to Cor.) | Class or Rate | Check Column | |
|---|---|---|---|---|---|---|
| 0 9## | | Food Supplements | 30,725# | 70 | | |

**PLACARDS PROVIDED FOR THIS LOAD**

CHECK BOX IF COLLECT ☐

Chippeals Shipper, per 1/21/04

EXHIBIT C
PAGE 9 OF 15



P.O. Box 820650
Vancouver, WA  98682-0014
(360) 944-9420
(360) 944-9429 (Fax)

№  10789

# PACKING SLIP

Date: _1/29/04_

TO: _Direct Fulfillment_

S.O.# _4531_

P.O. #: _1022_

## PRODUCT INFORMATION:

| ID | DESCRIPTION | LOT # (no phone#) | COUNT | QUANTITY | EXTENDED |
|---|---|---|---|---|---|
| DBC.02.8°° | Supreme Greens pwl | 4010104 | 8°° | 20x48+44 | 1,004 BTLS |
| DBC.02.8°° | Supreme Greens pwl | 4010104 | 8°° | 4x21x48 | 4,032 BTLS |
| | | | | Total | 5,036 Jars |

## PACKING/FREIGHT INFORMATION:

_Focus North America_
_30 Skids_

TOTAL WT.: _____

COUNTED BY: _____

VERIFIED BY: _____

RECEIVED BY: _____

EXHIBIT _C_
PAGE _10_ OF _15_



P.O. Box 820650
Vancouver, WA  98682-0014
(360) 944-9420
(360) 944-9429 (Fax)

Nº  10790

# PACKING SLIP

TO:  _Direct Fullfillment_

Date: _1/29/04_

S.O.# _4531_

P.O. #: _1022_

## PRODUCT INFORMATION:

| ID | DESCRIPTION | LOT # | COUNT | QUANTITY | EXTENDED |
|---|---|---|---|---|---|
| DBc.01.180 | Supreme Green's Caps | 310607 | 180 | 1×160×12 | 1,920 BTLS |
| DBc.01.180 | Supreme Green's Caps | 401042 | 180 | 7×160×12 | 13,440 BTLS |
| DBc.01.180 | Supreme Green's Caps | 401021 | 180 | 3×160×12 | 5,760 BTLS |
| DBc.01.180 | Supreme Green's Caps | 401041 | 180 | 1×160×12 | 1,920 BTLS |
| DBc.01.180 | Supreme Green's Caps | 401022 | 180 | 13×160×12 | 24,960 BTLS |

Total  48,000 BTLS

## PACKING/FREIGHT INFORMATION:

_Focus North America_
_30 pallets_

TOTAL WT.: _____

COUNTED BY: _____

VERIFIED BY: _____

RECEIVED BY: _____

EXHIBIT _C_
PAGE _11_ OF _15_

**IIS MEMORANDUM** is an acknowledgment that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

DIVED, subject to individually determined rates or contracts that have been agreed upon in writing between carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by carrier and are available to the shipper on request.

FOCUS NORTH AMERICA, INC.                                    **Carrier**

Carrier's Pro No. _____
Shipper's Bill of Lading No. _____
Consignee's Reference/PO No. _____
Carrier's Code (SCAC) _____

12807 N.E. 95th St.,    Vancouver, WA          **from**    Direct Business Concepts

property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier the word carrier being understood ad destination. It is mutually agreed as to each carrier or all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the plicable motor carrier classification or tariff if this is a motor carrier shipment.

hipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said s and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

onsigned to _____ Direct Fulfillment _____ Ph# 978-299-2503

estination _____ Beverly _____ State _____ MA _____ Zip Code _____ 01915 _____ County _____

**(Mail or street address of consignee—For purposes of notification only.)**

elivery Address ★ _____ 100 Cummings Ctr., Ste. 143, Dock 144-A

( ★ To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

oute _____

| No. ckages | HAZ MAT | | *Weight (Sub. to Cor.) | Class or Rate | Check Column | |
|---|---|---|---|---|---|---|
| pallets | | Food Supplements | 26,450 # | 70 | | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. |
| | | | | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | | | | | _____ (Signature of Consignor) |
| | | | | | | Freight charges are PREPAID unless marked collect. |
| | **PLACARDS PROVIDED FOR THIS LOAD** | | | | | CHECK BOX IF COLLECT ☐ |

s to certify that the above named materials are properly classified, packaged, marked and labeled and are in proper condition for transportation cording to the applicable regulations of the Department of Transportation. IMPORTANT! When shipping hazardous materials this information must be provided.

ERGENCY CONTACT: _____ 24 HOUR PHONE NUMBER: _____

Received $ _____ to apply in prepayment of the charges on the property described hereon.

he shipment moves between two ports by a carrier by water, the law requires that the bill of lading state ther it is "carrier's" or shippers' weight."

E - Where the rate is dependent on value shippers are required to state specifically in writing the agreed or lared value of the property.

agreed and declared value of the property is hereby specifically stated by the shipper to be not exceeding

_____ per _____

ility Limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

e fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, all other requirements of Uniform Freight Classification."

pper's imprint in lieu or stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

Charges Advanced:

$ _____

Cappseals Inc 1/29/04    Shipper, Per _____ Matth Uhl _____ Agent, Per _____

DIFORM® 6S675/6P675 Rev. 5/98
YPAK (50 SETS) 6S675                                                                     *carbonless*

EXHIBIT _____ C
PAGE 12 OF 15



P.O. Box 820650
Vancouver, WA  98682-0014
(360) 944-9420
(360) 944-9429 (Fax)

N⁰  10827

# PACKING SLIP

Date: _2/5/04_

TO: _Direct Fulfillment_

S.O.# _4532_

P.O. #: _1022_

## PRODUCT INFORMATION:

| ID | DESCRIPTION | LOT # | COUNT | QUANTITY | EXTENDED |
|---|---|---|---|---|---|
| DBC.02.8$^{oz}$ | Supreme Green's pwd | 4010104 | 8$^{oz}$ | 3×48 | 144 Jars |
| DBC.02.8$^{oz}$ | Supreme Green's pwd | 4010106 | 8$^{oz}$ | 102×48 | 4,896 Jars |
| | | | | Total | 5,040 Jars |

## PACKING/FREIGHT INFORMATION:

_Focus North America_
_30 Skids_

TOTAL WT.: _____

COUNTED BY: _____

VERIFIED BY: _____

RECEIVED BY: _____

EXHIBIT _C_
PAGE _13_ OF _15_



P.O. Box 820650
Vancouver, WA 98682-0014
(360) 944-9420
(360) 944-9429 (Fax)

№ 10826

# PACKING SLIP

Date: __2/5/04__

TO: __Direct Fullfillment__

S.O.# __4532__

P.O. #: __1022__

PRODUCT INFORMATION:

| ID | DESCRIPTION | LOT # | COUNT | QUANTITY | EXTENDED |
|---|---|---|---|---|---|
| DEC.01.180 | Supreme Greens Caps | 4010143 | 180 | 6x160x12 | 11,520 BTLS |
| DEC.01.180 | Supreme Greens Caps | 4010123 | 180 | 5x160x12 | 9,600 BTLS |
| DEC.01.180 | Supreme Greens Caps | 4010133 | 180 | 11x160x12 | 21,120 BTLS |
| DEC.01.180 | Supreme Greens Caps | 4010122 | 180 | 2x160x12 | 3,840 BTLS |
| DEC.01.180 | Supreme Greens Caps | 4010132 | 180 | 1x160x12 | 1,920 BTLS |

Total    48,000 BTLS

PACKING/FREIGHT INFORMATION:

__Focus North America__
__30 Skids__

TOTAL WT.: _____

COUNTED BY: _____

VERIFIED BY: _____

RECEIVED BY: _____

EXHIBIT __C__
PAGE __14__ OF __15__

**THIS MEMORANDUM** is an acknowledgment that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by carrier and are available to the shipper, on request.

FOCUS NORTH AMERICA, INC.        **Carrier**

Carrier's Pro No. 55 × 98
Shipper's Bill of Lading No. _____
Consignee's Reference/PO No. _____
Carrier's Code (SCAC) _____

1007 N.E. 95th St.,   Vancouver, WA        **from**   Direct Business Concepts

Consigned to _____ Direct Fulfillment ____ PH# 973-299-2503

Destination ___ Beverly ___ State MA ___ Zip Code 01915 ___ County _____

Delivery Address ★ ___ 100 Cummings Cnr., Ste. 14S, Dock 144-A

Route _____

Delivering Carrier _____ Car or Vehicle Initials _____ No. _____

| No. Packages | HAZ MAT | | *Weight (Sub. to Cor.) | Class or Rate | Check Column | |
|---|---|---|---|---|---|---|
| pallets | | Food Supplements | 26,450# | 70 | | |

**PLACARDS PROVIDED FOR THIS LOAD**

Cappseals, Inc 2/5/04 Shipper, Per _____  Agent, Per _____

EDIFORM 6S675/6P675 Rev, 5/98    *carbonless*

EXHIBIT C
PAGE 15 OF 15

# STATEMENT

Page:    1

*Statement of account*

**CAPPSEALS, INC.**
P O Box 820650
Vancouver, WA 98682
(360) 944-9420

Statement Date:    02/29/04
Salesperson:

Direct Business Concepts
1042 N. Mountain Avenue
Upland, CA  91786

Customer No.:    DBC 001

0.00

| DATE | REFERENCE | DESCRIPTION | CHARGE | CREDIT | BALANCE |
|------|-----------|-------------|--------|--------|---------|
| 12/29/03 | 0035537-IN | | 147,538.35 | | 147,538.35 |
| 01/05/04 | 0035559-IN | | 91,190.40 | | 91,190.40 |
| 01/14/04 | 0035591-IN | | 157,989.12 | | 157,989.12 |
| 01/21/04 | 0035626-IN | | 183,462.06 | | 183,462.06 |
| 01/29/04 | 0035653-IN | | 154,995.76 | | 154,995.76 |
| 02/05/04 | 0035682-IN | | 155,006.40 | | 155,006.40 |

| | | | TOTAL | | 890,182.09 |
|-|-|-|-------|-|------------|

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---------|---------|---------|---------|----------|-------------|
| 155,006.40 | 587,637.34 | 147,538.35 | 0.00 | 0.00 | 890,182.09 |

EXHIBIT ___D___
PAGE _1_ OF _4_

ACCOUNTS RECEIVABLE TRIAL BALANCE REPORT                                          **CAPPSEALS, INC.**

*Statement of account* ALL INVOICES

| CUSTOMER/ INVOICE NO. | DATES INVOICE | DUE | DSCNT | INVOICE AMOUNT | DISCOUNT AMOUNT | INVOICE BALANCE | TRANSACTION TYPE | DATE | AMOUNT | CK. NO./ TYPE | DEPOSIT DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **DBC 001** | Direct Business Concepts | | | | | | | | | | |
| 0035154 - IN | 08/29/03 | 08/29 | | 21,476.00 | .00 | .00 | INV | 08/29/03 | 21,476.00 | | |
| 0035193 - IN | 09/16/03 | 09/16 | | 53,241.60 | .00 | .00 | PMT | 09/30/03 | 21,476.00- | WIRE | 09/30/03 |
| | | | | | | | INV | 09/22/03 | 53,241.60 | | |
| 0035229 - IN | 09/25/03 | 09/25 | | 5,320.00 | .00 | .00 | PMT | 09/30/03 | 53,241.60- | WIRE | 09/30/03 |
| | | | | | | | INV | 09/30/03 | 5,320.00 | | |
| 0035230 - IN | 09/25/03 | 09/25 | | 33,807.00 | .00 | .00 | PMT | 11/01/03 | 5,320.00- | WIRE | 11/01/03 |
| | | | | | | | INV | 09/30/03 | 33,807.00 | | |
| 0035253 - IN | 10/03/03 | 10/03 | | 41,418.00 | .00 | .00 | PMT | 11/01/03 | 33,807.00- | WIRE | 11/01/03 |
| | | | | | | | INV | 10/07/03 | 41,418.00 | | |
| 0035271 - IN | 10/08/03 | 10/08 | | 4,425.00 | .00 | .00 | PMT | 11/10/03 | 41,418.00- | 9002133915 | 11/10/03 |
| | | | | | | | INV | 10/09/03 | 4,425.00 | | |
| 0035272 - IN | 10/08/03 | 10/08 | | 1,330.00 | .00 | .00 | PMT | 11/10/03 | 4,425.00- | 9002133915 | 11/10/03 |
| | | | | | | | INV | 10/09/03 | 1,330.00 | | |
| 0035277 - IN | 10/10/03 | 10/10 | | 58,368.70 | .00 | .00 | PMT | 11/10/03 | 1,330.00- | 9002133915 | 11/10/03 |
| | | | | | | | INV | 10/14/03 | 58,368.70 | | |
| 0035278 - IN | 10/10/03 | 10/10 | | 6,650.00 | .00 | .00 | PMT | 11/18/03 | 58,368.70- | WIRE | 11/18/03 |
| | | | | | | | INV | 10/14/03 | 6,650.00 | | |
| 0035279 - IN | 10/10/03 | 10/10 | | 1,356.60 | .00 | .00 | PMT | 11/18/03 | 6,650.00- | WIRE | 11/18/03 |
| | | | | | | | INV | 10/14/03 | 1,356.60 | | |
| | | | | | | | PMT | 11/18/03 | 1,356.30- | WIRE | 11/18/03 |
| 0035294 - IN | 10/17/03 | 10/17 | | 10,956.30 | .00 | .00 | PMT | 11/18/03 | .30- | DSCNT APPL | 11/18/03 |
| | | | | | | | INV | 10/21/03 | 10,956.30 | | |
| 0035295 - IN | 10/17/03 | 10/17 | | 18,779.70 | .00 | .00 | PMT | 11/25/03 | 10,956.30- | WIRE TSFER | 11/25/03 |
| | | | | | | | INV | 10/21/03 | 18,779.70 | | |
| 0035308 - IN | 10/21/03 | 10/21 | | 5,320.00 | .00 | .00 | PMT | 11/25/03 | 18,779.70- | WIRE TSFER | 11/25/03 |
| | | | | | | | INV | 10/23/03 | 5,320.00 | | |
| 0035323 - IN | 10/24/03 | 10/24 | | 69,720.30 | .00 | .00 | PMT | 12/08/03 | 5,320.00- | WIRE | 12/08/03 |
| | | | | | | | INV | 10/28/03 | 69,720.30 | | |
| 0035324 - IN | 10/24/03 | 11/23 | | 26,921.70 | .00 | .00 | PMT | 12/08/03 | 69,720.30- | WIRE | 12/08/03 |
| | | | | | | | INV | 10/28/03 | 26,921.70 | | |
| 0035325 - IN | 10/24/03 | 10/24 | | 21,450.24 | .00 | .00 | PMT | 12/08/03 | 26,921.70- | WIRE | 12/08/03 |
| | | | | | | | INV | 10/28/03 | 21,450.24 | | |
| | | | | | | | PMT | 12/08/03 | 21,450.20- | WIRE | 12/08/03 |
| 0035360 - IN | 11/03/03 | 11/03 | | 11,773.16 | .00 | .00 | PMT | 12/08/03 | .04- | DSCNT APPL | 12/08/03 |
| | | | | | | | INV | 11/04/03 | 11,773.16 | | |
| 0035361 - IN | 11/03/03 | 12/03 | | 15,039.64 | .00 | .00 | PMT | 12/19/03 | 11,773.16- | WIRE | 12/19/03 |
| | | | | | | | INV | 11/04/03 | 15,039.64 | | |
| 0035362 - IN | 11/03/03 | 12/03 | | 26,550.00 | .00 | .00 | PMT | 12/19/03 | 15,039.64- | WIRE | 12/19/03 |
| | | | | | | | INV | 11/04/03 | 26,550.00 | | |
| 0035376 - IN | 11/07/03 | 12/07 | | 57,064.80 | .00 | .00 | PMT | 12/19/03 | 26,550.00- | WIRE | 12/19/03 |
| | | | | | | | INV | 11/11/03 | 57,064.80 | | |
| 0035377 - IN | 11/07/03 | 12/07 | | 13,361.18 | .00 | .00 | PMT | 12/19/03 | 57,064.80- | WIRE | 12/19/03 |
| | | | | | | | INV | 11/11/03 | 13,361.18 | | |
| 0035399 - IN | 11/14/03 | 12/14 | | 12,874.40 | .00 | .00 | PMT | 12/19/03 | 13,361.18- | WIRE | 12/19/03 |
| | | | | | | | INV | 11/18/03 | 12,874.40 | | |
| 0035400 - IN | 11/14/03 | 12/14 | | 74,694.00 | .00 | .00 | PMT | 12/26/03 | 12,874.40- | WIRE | 12/26/03 |
| | | | | | | | INV | 11/18/03 | 74,694.00 | | |
| 0035406 - IN | 11/19/03 | 12/19 | | 37,170.00 | .00 | .00 | PMT | 12/26/03 | 74,694.00- | WIRE | 12/26/03 |
| | | | | | | | INV | 11/20/03 | 37,170.00 | | |
| | | | | | | | PMT | 12/26/03 | 37,169.60- | WIRE | 12/26/03 |
| 0035419 - IN | 11/25/03 | 12/25 | | 141,305.00 | .00 | .00 | PMT | 12/26/03 | .40- | DSCNT APPL | 12/26/03 |
| | | | | | | | INV | 11/30/03 | 141,305.00 | | |
| 0035442 - IN | 12/03/03 | 01/02 | | 118,944.00 | .00 | .00 | PMT | 01/07/04 | 141,305.00- | WIRE | 01/07/04 |
| | | | | | | | INV | 12/04/03 | 118,944.00 | | |
| 0035463 - IN | 12/06/03 | 01/05 | | 15,871.00 | .00 | .00 | PMT | 01/15/04 | 118,944.00- | WIRE | 01/15/04 |
| | | | | | | | INV | 12/09/03 | 15,871.00 | | |
| 0035464 - IN | 12/06/03 | 01/05 | | 89,479.40 | .00 | .00 | PMT | 01/21/04 | 15,871.00- | WIRE | 01/21/04 |
| | | | | | | | INV | 12/09/03 | 89,479.40 | | |
| 0035493 - IN | 12/12/03 | 01/11 | | 118,944.00 | .00 | .00 | PMT | 01/21/04 | 89,479.40- | WIRE | 01/21/04 |
| | | | | | | | INV | 12/15/03 | 118,944.00 | | |
| 0035532 - IN | 12/19/03 | 01/18 | | 147,511.80 | .00 | .00 | PMT | 01/30/04 | 118,944.00- | WIRE | 01/30/04 |
| | | | | | | | INV | 12/23/03 | 147,511.80 | | |
| 0035537 - IN | 12/29/03 | 01/28 | | 147,538.35 | .00 | 147,538.35 | PMT | 02/09/04 | 147,511.80- | WIRE | 02/09/04 |
| | | | | | | | INV | 12/30/03 | 147,538.35 | | |
| 0035559 - IN | 01/05/04 | 02/04 | | 91,190.40 | .00 | 91,190.40 | INV | 01/09/04 | 91,190.40 | | |
| 0035591 - IN | 01/14/04 | 02/13 | | 157,989.12 | .00 | 157,989.12 | INV | 01/14/04 | 157,989.12 | | |
| 0035626 - IN | 01/21/04 | 02/20 | | 183,462.06 | .00 | 183,462.06 | INV | 01/22/04 | 183,462.06 | | |
| 0035663 - IN | 01/26/04 | 02/28 | | 154,995.76 | .00 | 154,995.76 | INV | 01/30/04 | 154,995.76 | | |
| 0035682 - IN | 02/05/04 | 03/06 | | 155,006.40 | .00 | 155,006.40 | INV | 02/10/04 | 155,006.40 | | |
| 0035719 - IN | 02/12/04 | 03/13 | | .00 | .00 | .00 | ADJ | 02/09/04 | 140,092.80- | | |
| | | | | | | | INV | 02/12/04 | 140,092.80 | | |

EXHIBIT __D__

PAGE __2__ OF __4__

ACCOUNTS RECEIVABLE TRIAL BALANCE REPORT

*Statement of account*    ALL INVOICES

CAPPSEALS, INC.

| CUSTOMER/ INVOICE NO. | DATES | | | INVOICE AMOUNT | DISCOUNT AMOUNT | INVOICE BALANCE | TYPE | TRANSACTION | | CK. NO./ TYPE | DEPOSIT DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | INVOICE | DUE | DSCNT | | | | | DATE | AMOUNT | | |
| CUSTOMER DBC 001 TOTALS: | | | | 2,151,305.61 | .00 | 890,182.09 | | | 890,182.09 | | |
| REPORT TOTALS: | | | | 2,151,305.61 | .00 | 890,182.09 | | | 890,182.09 | | |
| NUMBER OF CUSTOMERS: | 1 | | | | | | | | | | |

EXHIBIT ___D___
PAGE ___3___ OF ___4___

DIRECT BUSINESS CONCEPTS
SHIPMENTS

## SORTED BY PO #:

| Order Date | PO Number | Date Shipped | Total Ordered | Total Shipped | Quantity Shipped Capsules | Powder | Over (under) | Accum Over (under) |
|---|---|---|---|---|---|---|---|---|
| 08/26/03 | 1015 | 09/02/03 | 25,000 | 25,328 | 7,280 | 0 | 328 | 328 |
| " | " | 09/12/03 | | | 18,048 | 0 | | 328 |
| 09/05/03 | 1016 | 09/25/03 | 25,000 | 25,500 | 11,460 | 0 | 500 | 828 |
| " | " | 10/03/03 | | | 14,040 | 0 | | 828 |
| 09/18/03 | 1018 | 09/23/03 | 30,000 | 30,000 | 0 | 2,000 | - | 828 |
| " | " | 10/08/03 | | | 1,500 | 500 | | 828 |
| " | " | 10/10/03 | | | 19,786 | 2,500 | | 828 |
| " | " | 10/17/03 | | | 3,714 | 0 | | 828 |
| 09/29/03 | 1019 | 10/10/03 | 45,000 | 45,000 | 0 | 510 | | 828 |
| " | " | 10/17/03 | | | 6,366 | 0 | | 828 |
| " | " | 10/21/03 | | | 0 | 2,000 | | 828 |
| " | " | 10/24/03 | | | 23,634 | 8,064 | | 828 |
| " | " | 11/03/03 | | | 0 | 4,426 | | 828 |
| 10/09/03 | 1021-11 | 10/24/03 | 160,000 | 179,127 | 9,126 | 0 | 19,127 | 19,955 |
| " | " | 11/03/03 | | | 9,000 | 5,654 | | 19,955 |
| " | " | 11/07/03 | | | 19,344 | 5,023 | | 19,955 |
| " | " | 11/18/03 | | | 37,920 | 4,840 | | 19,955 |
| " | " | 11/25/03 | | | 47,900 | 0 | | 19,955 |
| " | " | 12/03/03 | | | 40,320 | 0 | | 19,955 |
| 10/09/03 | 1021-12 | 12/06/03 | 40,000 | 35,712 | 35,712 | 0 | (4,288) | 15,667 |
| " | " | 12/12/03 | 40,000 | 40,320 | 40,320 | 0 | 320 | 15,987 |
| " | " | 12/18/03 | 50,000 | 50,004 | 50,004 | 0 | 4 | 15,991 |
| " | " | 12/29/03 | 50,000 | 50,013 | 50,013 | 0 | 13 | 16,004 |
| 10/09/03 | 1022-01 | 01/05/04 | 50,000 | 30,912 | 30,912 | 0 | (19,088) | (3,084) |
| " | " | 01/14/04 | 50,000 | 53,952 | 49,920 | 4,032 | 3,952 | 868 |
| " | " | 01/21/04 | 50,000 | 62,691 | 57,600 | 5,091 | 12,691 | 13,559 |
| " | " | 01/29/04 | 50,000 | 53,040 | 48,000 | 5,036 | 3,040 | 16,599 |
| 10/09/03 | 1022-02 | 02/05/04 | 50,000 | 53,040 | 48,000 | 5,040 | 3,040 | 19,639 |
| Total bottles | | | 715,000 | 734,639 | 679,919 | 54,716 | 19,639 | |

## SORTED BY SHIP DATE

| Date Shipped | PO Number | Total Shipped | Quantity Shipped Capsules | Powder |
|---|---|---|---|---|
| 09/02/03 | 1015 | 7,280 | 7,280 | 0 |
| 09/12/03 | 1015 | 18,048 | 18,048 | 0 |
| 09/23/03 | 1018 | 2,000 | 0 | 2,000 |
| 09/25/03 | 1016 | 11,460 | 11,460 | 0 |
| 10/03/03 | 1016 | 14,040 | 14,040 | 0 |
| 10/08/03 | 1018 | 2,000 | 1,500 | 500 |
| 10/10/03 | 1018 | 22,796 | 19,786 | 2,500 |
| 10/10/03 | 1019 | | 0 | 510 |
| 10/17/03 | 1018 | 10,080 | 3,714 | 0 |
| 10/17/03 | 1019 | | 6,366 | 0 |
| 10/21/03 | 1019 | 2,000 | 0 | 2,000 |
| 10/24/03 | 1019 | 40,824 | 23,634 | 8,064 |
| 10/24/03 | 1021 | | 9,126 | 0 |
| 11/03/03 | 1019 | 19,080 | 0 | 4,426 |
| 11/03/03 | 1021-11 | | 9,000 | 5,654 |
| 11/07/03 | 1021-11 | 24,367 | 19,344 | 5,023 |
| 11/18/03 | 1021-11 | 42,760 | 37,920 | 4,840 |
| 11/25/03 | 1021-11 | 47,900 | 47,900 | 0 |
| 12/03/03 | 1021-11 | 40,320 | 40,320 | 0 |
| 12/06/03 | 1021-12 | 35,712 | 35,712 | 0 |
| 12/12/03 | 1021-12 | 40,320 | 40,320 | 0 |
| 12/19/03 | 1021-12 | 50,004 | 50,004 | 0 |
| 12/29/03 | 1021-12 | 50,013 | 50,013 | 0 |
| 01/05/04 | 1022-01 | 30,912 | 30,912 | 0 |
| 01/14/04 | 1022-01 | 53,952 | 49,920 | 4,032 |
| 01/21/04 | 1022-01 | 62,691 | 57600 | 5091 |
| 01/29/04 | 1022-01 | 53,036 | 48,000 | 5,036 |
| 02/05/04 | 1022-02 | 53,040 | 48,000 | 5,040 |
| | | 734,635 | 679,919 | 54,716 |

EXHIBIT  D
PAGE  4  OF  4