UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUL -1  P 11:51

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| ITV DIRECT, INC.<br>Plaintiff<br><br>VS.<br><br>HEALTHY SOLUTIONS, LLC, et al.,<br>Defendants,<br><br>AND RELATED ACTIONS | Civil Action No. 04-CV10421-JLT |

## NOTICE OF WITHDRAWAL OF APPEARANCE

To the Clerk of the Above-Named Court:

Please enter the withdrawal of Anthony M. Metaxas and Christian H. Pedersen as attorneys for the plaintiff, ITV Direct, Inc.

ITV DIRECT, INC.
By its attorneys,

_____
Anthony M. Metaxas (BBO #344040)
Christian H. Pedersen (BBO #644016)
METAXAS, NORMAN & PIDGEON, LLP
900 Cummings Center, Suite 207T
Beverly, MA 01915
978-927-8000

Dated: June 29, 2004

G:\ITV Direct, Inc\Healthy Solutions\Documents\Withdrawal of Appearance 6-28-04.doc

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail by hand

Date: 6/29/04