UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC. | ) Civil Action No. 04-CV-10421-JLT |
| | ) |
| Plaintiffs, | ) Honorable Joseph L. Tauro |
| | ) |
| v. | ) DEFENDANT HEALTHY SOLUTIONS, |
| HEALTHY SOLUTIONS, LLC, et al, | ) LLC 's MEMORANDUM OF POINTS AND |
| | ) AUTHORITIES IN OPPOSITION TO |
| Defendants. | ) CAPPSEALS MOTION FOR SUMMARY |
| | ) JUDGMENT |
| _____ | ) |
| | ) |
| AND RELATED CASES | ) |
| _____ | ) |

It has long been black letter law that where two merchants establish contract terms through actions, conduct and course of dealing, those terms govern the contract between the parties. M.G.L. c.106, § 1-205; *The Tupman Thurlow Co., Inc. v. Woolf International Corp.*, 3 Mass. L. Rep. 252, 1994 Mass. Super. Lexis *13-14 (1994); Restatement of the Law, Second, Contracts §220. Significantly, Cappseals makes the conclusion that payment is due from Healthy Solutions, LLC; however, payment is not due and therefore, partial summary judgment should not be granted.

Where the parties have defined a contract term through extensive course of dealing, in this case when payment is due, that agreement is binding. M.G.L. c.106, § 1-205; *The Tupman Thurlow Co., Inc. v. Woolf International Corp.*, 3 Mass. L. Rep. 252, 1994 Mass. Super. Lexis *13-14 (1994). The purchase orders in this matter contain no express payment terms. (Aff. Of Harry N. Anderson, III in Support of Cappseals Inc.'s Motion for Partial Summary Judgment, Exhs. A-B). Movant Cappseals specifically, repeatedly and explicitly agreed with Healthy Solutions, LLC that payment for Supreme Greens nutritional supplement delivered to plaintiff ITV Direct would be made when Healthy Solutions, LLC received payment from ITV Direct. (Decl. Geremesz in Opposition to Cappseals Motion for Partial Summary Judgment, ¶¶3-5).

Cappseals reaffirmed this understanding and course of dealing even after Cappseals filed a Complaint against ITV Direct in *Cappseals Inc. v. ITV Direct Inc.*, Sup. Ct. No. C 4 0482 in the Superior Court for the Commonwealth of Massachusetts in March 2004. (Decl. Geremesz, ¶5).

The parties' course of dealing over more than 30 transactions spanning six months was that Healthy Solutions, LLC paid Cappseals when it had been paid. (Decl. Geremesz ¶4). ITV Direct has not paid Healthy Solutions, LLC. Id. Healthy Solutions, LLC has not breached its agreement with Cappseals and partial summary judgment should not be

granted; *The Tupman Thurlow Co., Inc. v. Woolf International Corp.*, 3 Mass. L. Rep. 252, 1994 Mass. Super. Lexis *13-14 (1994);

      Similarly, Cappseals cannot unilaterally alter the terms of its agreement by internally creating a statement of account. In this case, Exh. D, "Trial Balance Report" was not provided to Healthy Solutions, LLC. Likewise the "Statement" was abrogated soon after it was sent to Healthy Solutions, LLC by Cappseals' continued agreement that it would accept payment when Healthy Solutions, LLC received money, if any, from ITV Direct. (Decl. Geremesz, ¶4). Partial summary judgment should therefore not be granted.

Dated: July 7, 2004

                          Respectfully submitted,
                          HEALTHY SOLUTIONS, LLC,
                          HEALTH SOLUTIONS, INC.,
                          ALEJANDRO GUERRERO,
                          MICHAEL HOWELL,
                          GREG GEREMESZ
                          By its and their attorneys,

                          /s/ Becky V. Christensen
                          Becky V. Christensen, Esq. CA State Bar # 147013
                          Craig McLaughlin, Esq. CA State Bar #182876
                          LEVIN & O'CONNOR
                          384 Forest Avenue, Suite 13
                          Laguna Beach, CA  92651
                          (949) 497-7676
                          (949)497-7679 fax

                          Dustin F. Hecker
                          POSTERNAK BLANKSTEIN & LUND LLP
                          Prudential Tower
                          800 Boylston Street
                          Boston, Massachusetts  02199-8004
                          (617) 973-6100

CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2004, a copy of foregoing DEFENDANT HEALTHY SOLUTIONS LLC 's MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO CAPPSEALS MOTION FOR SUMMARY JUDGMENT was filed electronically. Notice of this filing will be sent to call parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Katherine E. Perrelli
Peter S. Brooks
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, MA 02210
(617) 946-4800
(617) 946-4801 Fax
pbrooks@seyfarth.com
Kperrelli@seyfarth.com

Christian H. Pedersen
William D. Norman
METAXAS, NORMAN & PIDGEON, LLP
900 Cummings Center, Suite 207T
Beverly, MA 01915
(978) 927-8000
(978) 922-6464 Fax
cpedersen@mnplaw.com

Attorneys for ITV Direct, Inc. and Intervenor-Defendant
DIRECT FULFILLMENT, LLC

Daniel J. Kelly
GADSBY HANNAH LLP
225 Franklin Street
Boston, MA 02110
617 345-7000
617 345-7050 Fax
dkelly@ghlaw.com
cpriolo@ghlaw.com

Attorneys for Plaintiff-in-Intervention
CAPPSEALS, INC.

/s/ Becky V. Christensen
Becky V. Christensen
Craig McLaughlin
LEVIN & O'CONNOR
384 Forest Avenue
Suite 13
Laguna Beach, CA 92660
949 497-7676
949 497-7679 Fax
email: bvc@levin-oconnor.com

4    DEFENDANT HEALTHY SOLUTIONS LLC 'S MEMORANDUM OF P'S & A'S IN OPPOSITION TO CAPPSEALS MOTION FOR SUMMARY JUDGMENT