UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC. | ) Civil Action No. 04-CV-10421-JLT |
| Plaintiffs, | ) Honorable Joseph L. Tauro |
| v. | ) HEALTHY SOLUTIONS, LLC's CONCISE |
| HEALTHY SOLUTIONS, LLC, et al, | ) STATEMENT OF MATERIAL FACTS TO BE |
| | ) TRIED |
| Defendants. | ) |
| AND RELATED CASES | ) |

Pursuant to Local Rule 56.1, Defendant HEALTHY SOLUTIONS, LLC submits the following Statement of Facts to be Tried:

| FACT | EVIDENCE |
|---|---|
| 1. Movant Cappseals specifically, repeatedly and explicitly agreed with Healthy Solutions, LLC that payment for Supreme Greens nutritional supplement delivered to plaintiff ITV Direct would be made when Healthy Solutions, LLC received payment from ITV Direct. | (Decl. Geremesz in Opposition to Cappseals Motion for Partial Summary Judgment, ¶¶3-5) |
| 2. As early as the autumn of 2003, Cappseals agreed and accepted the arrangement to receive payment for shipped goods when Healthy Solutions, LLC had received payment. | (Decl. Geremesz, ¶¶3-4) |

| | |
|---|---|
| 2.  The purchase orders did not state a due date for payment. | (Decl. Geremesz, ¶3, Exhs. A-B to Affidavit of Anderson in Support) |
| 3.  There were more than thirty transactions from late August 2003 through February 2004, in which Cappseals either was paid when Healthy Solutions, LLC was paid or Cappseals waited for payment. | (Decl. Geremesz, ¶4) |
| 4.  ITV Direct Inc. has not paid Healthy Solutions, LLC. | (Decl. Geremesz, ¶5) |

Dated: July 7, 2004

Respectfully submitted,
HEALTHY SOLUTIONS, LLC,
HEALTH SOLUTIONS, INC.,
ALEJANDRO GUERRERO,
MICHAEL HOWELL,
GREG GEREMESZ
By its and their attorneys,

/s/ Becky V. Christensen
Becky V. Christensen, Esq. CA State Bar # 147013
Craig McLaughlin, Esq. CA State Bar #182876
LEVIN & O'CONNOR
384 Forest Avenue, Suite 13
Laguna Beach, CA  92651
(949) 497-7676
(949)497-7679 fax

Dustin F. Hecker
POSTERNAK BLANKSTEIN & LUND LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts  02199-8004
(617) 973-6100

CERTIFICATE OF SERVICE

      I hereby certify that on July 7, 2004, a copy of foregoing HEALTHY SOLUTIONS, LLC's CONCISE STATEMENT OF MATERIAL FACTS TO BE TRIED was filed electronically. Notice of this filing will be sent to call parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Katherine E. Perrelli
Peter S. Brooks
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, MA 02210
(617) 946-4800
(617) 946-4801 Fax
pbrooks@seyfarth.com
Kperrelli@seyfarth.com

Christian H. Pedersen
William D. Norman
METAXAS, NORMAN & PIDGEON, LLP
900 Cummings Center, Suite 207T
Beverly, MA 01915
(978) 927-8000
(978) 922-6464 Fax
cpedersen@mnplaw.com

Attorneys for ITV Direct, Inc. and Intervenor-Defendant
DIRECT FULFILLMENT, LLC

Daniel J. Kelly
GADSBY HANNAH LLP
225 Franklin Street
Boston, MA 02110
617 345-7000
617 345-7050 Fax
dkelly@ghlaw.com
cpriolo@ghlaw.com

Attorneys for Plaintiff-in-Intervention
CAPPSEALS, INC.

/s/ Becky V. Christensen
Becky V. Christensen
Craig McLaughlin
LEVIN & O'CONNOR
384 Forest Avenue
Suite 13
Laguna Beach, CA 92660
949 497-7676
949 497-7679 Fax
email: bvc@levin-oconnor.com