UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC., <br><br> Plaintiff, <br><br> v. <br><br> HEALTHY SOLUTIONS, L.L.C., et al., <br><br> Defendants. <br><br> CAPPSEALS, INC., <br><br> Plaintiff-in-Intervention, <br><br> v. <br><br> HEALTHY SOLUTIONS, L.L.C., d/b/a DIRECT BUSINESS CONCEPTS; ITV DIRECT, INC.; and DIRECT FULFILLMENT, LLC, <br><br> Intervenor-Defendants. | Civil Action No. 04-CV-10421-JLT |

Please enter the appearance of Kristin M. Cataldo on behalf of Plaintiff-in- Intervention Cappseals, Inc.

                                                Respectfully submitted,
                                                CAPPSEALS, INC.
                                                By its attorney,

                                                /s/ Kristin M. Cataldo_____
                                                Daniel J. Kelly BBO# 553926
                                                Kristin M. Cataldo, BBO # 654033
                                                dkelly@ghlaw.com
                                                kcataldo@ghlaw.com
                                                Gadsby Hannah LLP
                                                225 Franklin Street
                                                Boston, MA 02110
DATED: July 7, 2004                    (617) 345-7000

B0372489v1