UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC., <br><br> Plaintiff, <br><br> v. <br><br> HEALTHY SOLUTIONS, LLC, et al., <br><br> Defendants. <br><br> RELATED CASES | ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 04-CV-10421-JLT <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Kindly withdraw the appearance of Katherine Perrelli as counsel for the Plaintiff, ITV Direct, Inc. in the above-referenced matter.

Dated: July 14, 2004

Respectfully submitted,
ITV DIRECT, INC.
By its attorney(s),

/s/ Katherine Perrelli
Katherine E. Perrelli, BBO #549820
Peter S. Brooks, BBO #058980
Christopher F. Robertson, BBO #642094
Susan W. Gelwick, BBO #567115
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:   (617) 946-4800
Telecopier:   (617) 946-4801