UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ITV DIRECT, INC., | * | |
|     Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 04-10421-JLT |
| | * | |
| HEALTHY SOLUTIONS, LLC, et al., | * | |
|     Defendants. | * | |
| | * | |
| CAPPSEALS, INC., | * | |
|     Plaintiff-in-Intervention, | * | |
| | * | |
| v. | * | |
| | * | |
| HEALTHY SOLUTIONS, LLC, d/b/a | * | |
| DIRECT BUSINESS CONCEPTS, | * | |
| ITV DIRECT, INC., and | * | |
| DIRECT FULFILLMENT, LLC, | * | |
|     Intervenor-Defendants. | * | |

ORDER

August 5, 2004

TAURO, J.

This court hereby orders that:

1. Plaintiff's Motion for Leave to File First Amended Complaint [# 24] is ALLOWED;

2. All discovery is to be completed by August 31, 2004; and

3. A Final Pretrial Conference is scheduled for September 22, 2004 at 10:30 a.m.

IT IS SO ORDERED.

                                                  /S/ Joseph L. Tauro
                                                United States District Judge