**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ITV DIRECT, INC., <br><br> Plaintiff, <br><br> v. <br><br> HEALTHY SOLUTIONS, L.L.C., et al., <br><br> Defendants. | Civil Action No. 04-CV-10421-JLT |
| CAPPSEALS, INC., <br><br> Plaintiff-in-Intervention, <br><br> v. <br><br> HEALTHY SOLUTIONS, L.L.C., d/b/a DIRECT BUSINESS CONCEPTS; ITV DIRECT, INC., and DIRECT FULFILLMENT, LLC, <br><br> Intervenor-Defendants. | |
| RELATED CASE: <br><br> HEALTHY SOLUTIONS, LLC et al. <br><br> Plaintiffs, <br><br> v. <br><br> ITV DIRECT, Inc., et al., <br><br> Defendants. | Civil Action No 04-10829-JLT |

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**
**GOVERNING THE PRODUCTION AND EXCHANGE**
**OF CONFIDENTIAL INFORMATION**

Pursuant to Fed. R. Civ. P. 26(c), the parties to the above-captioned actions, plaintiff ITV Direct, Inc. and intervenor-defendant Direct Fulfillment, LLC (collectively, "ITV"), and defendants Healthy Solutions, LLC, Health Solutions, Inc., Alejandro Guerrero, Michael Howell,

and Greg Geremesz (collectively, the "Healthy Solutions Defendants"), and plaintiff-in-intervention Cappseals, Inc. ("Cappseals") (collectively, the "Parties"), hereby move the Court to enter the Stipulated Protective Order Governing the Production and Exchange of Confidential Information, which has been executed by the Parties and is attached hereto as Exhibit 1. The Parties believe that documents and other discovery containing confidential or proprietary business or financial information may be sought and produced in this action, and therefore, have agreed that the procedures outlined in Exhibit 1 will control the treatment of such information.

    WHEREFORE the Parties to this action respectfully request that the Court enter the Stipulated Protective Order Governing the Production and Exchange of Confidential Information.

Respectfully submitted,

| ITV DIRECT, INC. and DIRECT FULFILLMENT, LLC | HEALTHY SOLUTIONS, LLC, HEALTH SOLUTIONS, INC., ALEJANDRO GUERRERO, MICHAEL HOWELL, and GREG GEREMESZ, |
|---|---|
| By their attorney(s), | By their attorneys |
| /s/ Peter S. Brooks<br>Peter S. Brooks, BBO #058980<br>Christopher F. Robertson, BBO #642094<br>Susan W. Gelwick, BBO #567115<br>Seyfarth Shaw LLP<br>Two Seaport Lane, Suite 300<br>Boston, MA 02210-2028<br>Telephone:   (617) 946-4800<br>Telecopier:   (617) 946-4801 | /s/ Dustin F. Hecker<br>Dustin F. Hecker, BBO #5491710<br>Posternak Blankstein & Lund LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-8004<br>Telephone:   (617) 973-6131 |

- 3 -

CAPPSEALS, INC.,

By their attorney(s),


 /s/ Daniel J. Kelly
Daniel J. Kelly, BBO #553926
Gadsby Hannah LLP
225 Franklin Street
Boston, MA 02110
(617) 345-7000



SO ORDERED: _____
                United States District Judge Joseph L. Tauro

Dated:  August 10, 2004

- 4 -