```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

ITV DIRECT,
    Plaintiff,                   )
                                )
    V                            )       CA 04-10421-JLT
                                )
HEALTHY SOLUTIONS,         )
    Defendant.                )

<u>NOTICE OF CANCELLATION</u>

The pre-trial conference set for September 22, 2004 has been canceled due to current trial obligation.

It has been re-scheduled for: TO BE ADVISED.

                                        By the court,
                                            /s/
                                        _____
                                        Zita Lovett
                                        Deputy Clerk,
                                        (617) 748-9183

9/14/04