# United States District Court
### DISTRICT OF MASSACHUSETTS

ITV DIRECT, INC.

                                                           CA 04-10421-JLT

   V

HEALTHY SOLUTIONS

### NOTICE

The above-entitled case has been set for **a Status Conference on November 10,2004 at 11:45 A.M.** in <u>Courtroom 20,7th Floor,at new FEDERAL COURTHOUSE,</u> 1 Courthouse Way, Boston, MA.

                                                                      By the Court,

                                                                      /s/ zal

                                                                      Zita Lovett
                                                                      Deputy Clerk

Date: November 3, 2004
CC:   All counsel of record