UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC. ) | Civil Action No. 04-CV-10421-JLT |
| ) | |
| ) | Judge Joseph L. Tauro |
| Plaintiff, ) | |
| v. ) | REQUEST FOR TELEPHONIC |
| ) | APPEARANCE FOR STATUS |
| HEALTHY SOLUTIONS, LLC, et al., ) | CONFERENCE ON NOVEMBER 10, 2004 |
| ) | at 11:45 A.M.; ORDER THEREON |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |
| AND RELATED ACTIONS ) | |
| ) | |

1

Defendants Healthy Solutions LLC, Health Solutions, Inc., Alejandro Guerrero, Mike Howell and Greg Geremesz request permission to appear by telephone for the Status Conference on Wednesday, November 10, 2004 at 11:45 a.m.

                              Respectfully submitted,
                              HEALTHY SOLUTIONS, LLC,
                              HEALTH SOLUTIONS, INC.,
                              ALEJANDRO GUERRERO,
                              MICHAEL HOWELL,
                              GREG GEREMESZ
                              By its and their attorneys,

                              /s/ Becky V. Christensen
                              Becky V. Christensen, Esq. CA State Bar # 147013
                              Craig McLaughlin, Esq. CA State Bar #182876
                              384 Forest Avenue, Suite 13
                              Laguna Beach, CA  92651
                              (949) 497-7676

                              Dustin F. Hecker
                              POSTERNAK BLANKSTEIN & LUND LLP
                              Prudential Tower
                              800 Boylston Street
                              Boston, Massachusetts  02199-8004
                              (617) 973-6100

DATED: November 5, 2004

## ORDER

IT IS SO ORDERED.

                                                        Honorable Joseph Tauro
                                                        U.S. District Court Judge, Presiding

CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2004, a copy of foregoing REQUEST FOR TELEPHONIC APPEARANCE FOR STATUS CONFERENCE ON NOVEMBER 10, 2004 at 11:45 A.M.; ORDER THEREON was filed electronically. Notice of this filing will be sent to call parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Peter S. Brooks, Esq. | Daniel J. Kelly, Esq. |
| Susan W. Gelwick, Esq. | Kristin Cataldo, Esq. |
| Christopher F. Robertson, Esq. | GADSBY HANNAH LLP |
| SEYFARTH SHAW LLP | 225 Franklin Street |
| Two Seaport Lane, Suite 300 | Boston, MA 02110 |
| Boston, MA 02210 | 617 345-7000 |
| (617) 946-4800 | 617 345-7050 Fax |
| (617) 946-4801 Fax | dkelly@ghlaw.com |
| pbrooks@seyfarth.com | kcataldo@ghlaw.com |
| kperrelli@seyfarth.com | Attorneys for Plaintiff-in-Intervention |
| crobertson@seyfarth.com | CAPPSEALS, INC. |

/s/ Becky V. Christensen
Becky V. Christensen, Esq.
Craig McLaughlin, Esq.
LEVIN & O'CONNOR
384 Forest Avenue
Suite 13
Laguna Beach, CA 92660
949 497-7676
949 497-7679 Fax
email: bvc@levin-oconnor.com