```
```

Daniel J. Kelly
dkelly@ghlaw.com

Tel: 617 345 7026
Fax: 617 204 8026

November 9, 2004

VIA HAND DELIVERY

Ms. Zita Lovett, Clerk to Judge Tauro
United States District Court
For the District of Massachusetts
John Joseph Moakely U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

SCANNED
DATE:
BY:

Re: ITV Direct, Inc. v. Healthy Solutions LLC, et al. and Cappseals, Inc. v. Healthy Solutions LLC d/b/a Direct Business Concepts, et al., Civil Action No. 04-CV-10421-JLT

Dear Ms. Lovett:

This is to acknowledge our conversation today with regard to the status conference scheduled by the Court for tomorrow, November 10, 2004, at 11:45 a.m. You have advised me that the status conference was convened by the Court to address solely Gadsby Hannah LLP's currently pending motion to withdraw as counsel for Cappseals, Inc.

We have specifically requested, and the Court has agreed, to put off the status conference until December 1, 2004 or thereafter, at a time and date convenient to the Court. Gadsby Hannah LLP is in the process of negotiating with its client, Cappseals, Inc., an agreement pursuant to which it can remain with the case as counsel. As we discussed, Gadsby Hannah LLP will be in a position by December 1, 2004 to advise the Court as to whether it has been unable to reach an agreement with its client and therefore will pursue its Motion to Withdraw, or whether the motion will be withdrawn.

By this letter, we are informing all other parties that the status conference currently scheduled for tomorrow has been postponed until December 1, 2004 or a date thereafter at time and date convenient to the Court.

Thank you for your consideration.

Very truly yours,

Daniel J. Kelly

DJK/dm
cc:   Counsel of Record (by fax)