UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC., <br><br> Plaintiff, <br><br> v. <br><br> HEALTHY SOLUTIONS, L.L.C., et al., <br><br> Defendants. | Civil Action No.  04-CV-10421-JLT |
| CAPPSEALS, INC., <br><br> Plaintiff-in-Intervention, <br><br> v. <br><br> HEALTHY SOLUTIONS, L.L.C., d/b/a DIRECT BUSINESS CONCEPTS; ITV DIRECT, INC.; and DIRECT FULFILLMENT, LLC, <br><br> Intervenor-Defendants. | |

**PLAINTIFF-IN-INTERVENTION CAPPSEALS INC.'S
<u>MOTION FOR A STATUS CONFERENCE</u>**

Plaintiff-in-Intervention Cappseals, Inc. ("Cappseals") hereby respectfully requests that this Court schedule a status conference in this case at the Court's earliest convenience.  As grounds for this request, Cappseals states that there are outstanding discovery issues which need to be resolved, as evidenced by Cappseals' Motion to Compel Intervenor-Defendants ITV Direct Inc. and Direct Fulfillment, LLC, filed contemporaneously herewith.  Further, dates have not been set for a final pretrial conference or a trial.

WHEREFORE, Cappseals respectfully requests that this Court schedule a status conference at its earliest convenience in order to address the foregoing issues, and for any further relief as this Court deems just and proper.

B0397624v1

        Respectfully submitted,
        CAPPSEALS, INC.
        By its attorney,


        /s/ Kristin M. Cataldo
        Daniel J. Kelly BBO# 553926
        Dkelly@ghlaw.com
        Kristin M. Cataldo, BBO # 654033
        kcataldo@ghlaw.com
        Gadsby Hannah LLP
        225 Franklin Street
        Boston, MA 02110
        (617) 345-7000


DATED:  January 12, 2005

B0397624v1