UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC., ) | Civil Action No. 04-CV-10421-JLT |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HEALTHY SOLUTIONS, L.L.C., et al., ) | |
| ) | |
| Defendants. ) | |
| CAPPSEALS, INC., ) | |
| ) | |
| Plaintiff-in-Intervention, ) | |
| ) | |
| v. ) | |
| ) | |
| HEALTHY SOLUTIONS, L.L.C., d/b/a ) | |
| DIRECT BUSINESS CONCEPTS; ITV ) | |
| DIRECT, INC.; and DIRECT ) | |
| FULFILLMENT, LLC, ) | |
| ) | |
| Intervenor-Defendants. ) | |

**PLAINTIFF-IN-INTERVENTION CAPPSEALS INC.'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO COMPEL DEFENDANTS <u>ITV DIRECT, INC. AND DIRECT FULFILLMENT LLC</u>**

**EXHIBIT A**

THIS DOCUMENT IS NOT ELECTRONICALLY FILED PURSUANT TO CM/ECF ADMINISTRATIVE PROCEDURE 1-3 DATED OCTOBER 24, 2003 AS IT IS ALREADY ON FILE WITH THE COURT AS DOCUMENT NUMBER 35