UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HEALTHY SOLUTIONS, L.L.C., et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 04-CV-10421-JLT |
| CAPPSEALS, INC., )<br>)<br>Plaintiff-in-Intervention, )<br>)<br>v. )<br>)<br>HEALTHY SOLUTIONS, L.L.C., d/b/a )<br>DIRECT BUSINESS CONCEPTS; ITV )<br>DIRECT, INC.; and DIRECT )<br>FULFILLMENT, LLC, )<br>)<br>Intervenor-Defendants. )<br>) | |

**PLAINTIFF-IN-INTERVENTION CAPPSEALS INC.'S MEMORANDUM OF
LAW IN SUPPORT OF ITS MOTION TO COMPEL DEFENDANTS
<u>ITV DIRECT, INC. AND DIRECT FULFILLMENT LLC</u>**

**EXHIBIT B**

B0397681v1



Kristin Cataldo
kcataldo@ghlaw.com

Tel: 617 345 7046
Fax: 617 204 8046

July 7, 2004

**VIA FACSIMILE AND US MAIL**
Susan W. Gelwick, Esq.
Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028

225 Franklin Street
Boston MA 02110

Tel  617 345 7000
Fax  617 345 7050

www.ghlaw.com

Re:   ITV Direct, Inc. v. Healthy Solutions LLC, et al. and Cappseals, Inc. v. Healthy Solutions LLC d/b/a Direct Business Concepts, et al., Civil Action No. 04-CV-10421-JLT

Dear Ms. Gelwick:

Following up to my letter of yesterday concerning the Discovery Order in this case, the Order requires ITV Direct Inc. ("ITV") to produce (1) all documents which support your clients' claims and/or defenses and (2) all documents *relevant to the disputed facts set forth in the pleadings*. Pursuant to the preliminary injunction order ("Injunction") in the FTC litigation, ITV has been ordered to produce documents in that litigation which fall within the broad scope of the Discovery Order in this case.

For example, the Injunction requires the production of an accounting report, which report will address issues such as the revenues, costs and expenditures, and flow of monies in connection with ITV's sale of Supreme Greens. The Injunction further requires the production of financial statements setting forth the assets of ITV. Given ITV's response to Cappseals's complaint, including its denial that ITV acknowledged receipt of the Supreme Greens shipped by Cappseals and its denial of the facts supporting Cappseals' breach of contract and reach and apply claims, the report, its supporting documents and the financial statements are relevant to the disputed facts in this case, including whether ITV received, paid for and/or sold the Supreme Greens shipped to ITV by Cappseals.

Since you have indicated that a protective order will be entered in this case, such order should be sufficient to safeguard any confidentiality concerns with respect to these documents.

B0372426v1

Susan W> Gelwick, Esq.
July 7, 2004
Page 2

**GADSBY HANNAH** LLP

Please advise on whether you will be producing the above documents.

Very truly yours,

*/s/ Kristin Cataldo*

Kristin Cataldo

cc:    Daniel J. Kelly, Esq.
       Dustin F. Hecker, Esq.
       Becky V. Christensen, Esq.

B0372426v1