UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HEALTHY SOLUTIONS, L.L.C., et al., )<br>)<br>Defendants. )<br>CAPPSEALS, INC., )<br>)<br>Plaintiff-in-Intervention, )<br>)<br>v. )<br>)<br>HEALTHY SOLUTIONS, L.L.C., d/b/a )<br>DIRECT BUSINESS CONCEPTS; ITV )<br>DIRECT, INC.; and DIRECT )<br>FULFILLMENT, LLC, )<br>)<br>Intervenor-Defendants. ) | Civil Action No. 04-CV-10421-JLT |

**PLAINTIFF-IN-INTERVENTION CAPPSEALS INC.'S MEMORANDUM OF
LAW IN SUPPORT OF ITS MOTION TO COMPEL DEFENDANTS
<u>ITV DIRECT, INC. AND DIRECT FULFILLMENT LLC</u>**

**EXHIBIT C**

B0397681v1

# SEYFARTH
## ATTORNEYS SHAW LLP

World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028

Writer's direct phone
(617) 946-4992

617-946-4800

Writer's e-mail
sgelwick@seyfarth.com

fax 617-946-4801

www.seyfarth.com

July 7, 2004

**BY FACSIMILE AND MAIL**

Kristin Cataldo, Esq.
Gadsby Hannah LLP
225 Franklin Street
Boston, MA 02110

    Re:   ITV Direct, Inc. v. Healthy Solutions, LLC, et al.
           U.S.D.C. C.A. No. 04-cv-10421-JLT

Dear Ms. Cataldo:

    We received your facsimile dated July 7, 2004, and we respectfully disagree with your analysis regarding your entitlement to information that our clients will be providing to the FTC pursuant to a preliminary injunction order entered in an unrelated action, to which Cappseals, Inc. is not a party.

    The information you are requesting is neither called for by Judge Tauro's Discovery Order, nor relevant to our claims and defenses in this case. In addition, the documents you are requesting have not yet been created, and pertain to asset discovery that is entirely inappropriate at this stage in the litigation.

                                        Sincerely yours,

                                        SEYFARTH SHAW LLP

                                        Susan W. Gelwick

cc:    Dustin F. Hecker, Esq.
         Becky V. Christensen, Esq.

BRUSSELS · WASHINGTON, D.C. · SAN FRANCISCO · SACRAMENTO · NEW YORK · LOS ANGELES · HOUSTON · CHICAGO · BOSTON · ATLANTA