UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HEALTHY SOLUTIONS, L.L.C., et al., )<br>)<br>Defendants. )<br>)<br>CAPPSEALS, INC., )<br>)<br>Plaintiff-in-Intervention, )<br>)<br>v. )<br>)<br>HEALTHY SOLUTIONS, L.L.C., d/b/a )<br>DIRECT BUSINESS CONCEPTS; ITV )<br>DIRECT, INC.; and DIRECT )<br>FULFILLMENT, LLC, )<br>)<br>Intervenor-Defendants. ) | Civil Action No. 04-CV-10421-JLT |

## **CERTIFICATE OF SERVICE**

I hereby certify that true and accurate copies of the following documents:

1. Plaintiff-In-Intervention Cappseals Inc.'s Memorandum of Law in Support of its Motion to Compel Defendants ITV Direct, Inc. and Direct Fulfillment LLC;

2. Plaintiff-in-Intervention Cappseals Inc.'s Motion to Compel Defendants ITV Direct, Inc. and Direct Fulfillment LLC; and

3. Plaintiff-in-Intervention Cappseals Inc.'s Motion for a Status Conference documents was

were served on the foregoing attorneys of record pursuant to Fed. R. Civ. P. 5 as follows:

<u>Via electronic notification:</u>

Peter S. Brooks         pbrooks@seyfarth.com

Susan W. Gelwick        sgelwick@seyfarth.com

-2-

Dustin F. Hecker      dhecker@pbl.com

Christopher F. Robertson     crobertson@seyfarth.com

<u>Via First Class Mail, postage prepaid</u>:

Becky Christensen
O'CONNOR CHRISTENSEN & MCLAUGHLIN LLP
384 Forest Avenue, Suite 16
Laguna Beach, CA  92651-2132

on this <u>12th</u> day of January, 2005:

                        Respectfully submitted,
                        CAPPSEALS, INC.
                        By its attorneys,

                        /s/ Kristin M. Cataldo
                        Daniel J. Kelly, BBO# 553926
                        dkelly@ghlaw.com
                        Kristin M. Cataldo, BBO#654033
                        Kcataldo@ghlaw.com
                        GADSBY & HANNAH LLP
                        225 Franklin Street
                        Boston, MA 02110
DATED:  January 12, 2005      (617) 345-7000

B0358809v1