UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC., <br>     Plaintiff, <br><br> v. <br><br> HEALTHY SOLUTIONS, LLC et al., <br>     Defendants. <br> _____ <br> CAPPSEALS, INC., <br>     Plaintiff-in-Intervention, <br><br> v. <br><br> HEALTHY SOLUTIONS, LLC, d/b/a <br> DIRECT BUSINESS CONCEPTS; ITV <br> DIRECT, INC.; and DIRECT <br> FULFILLMENT, LLC, <br>     Intervenor-Defendants. | Civil Action No. 04-10421-JLT |

ORDER

February 1, 2005

TAURO, J.

After a conference held on February 1, 2005, this court hereby orders that:

1. By February 3, 2005, Plaintiff-In-Intervention may file a motion with District Judge O'Toole's seeking permission to obtain the confidential financial report prepared by ITV Direct for the FTC;

2. Plaintiff-In-Intervention Cappseals Inc.'s Motion to Compel Defendants ITV Direct, Inc. and Direct Fulfillment LLC [#65] is ALLOWED to the extent that:

   a. ITV Direct shall give Plaintiff-In-Intervention a copy of the abovementioned financial report provided that District Judge O'Toole allows access to the report;

    b.    ITV Direct shall supplement its damages disclosures as discussed in open court by February 15, 2005; and

    c.    Plaintiff-In-Intervention may conduct a Rule 30(b)(6) deposition of ITV Direct by February 25, 2005;

2.    No additional discovery will be permitted without leave of this court; and

3.    A Final Pre-Trial Conference is scheduled for April 5, 2005 at 11:00 a.m.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge