UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HEALTHY SOLUTIONS, L.L.C., et al., )<br>)<br>Defendants. )<br>)<br>CAPPSEALS, INC., )<br>)<br>Plaintiff-in-Intervention, )<br>)<br>v. )<br>)<br>HEALTHY SOLUTIONS, L.L.C., d/b/a )<br>DIRECT BUSINESS CONCEPTS; ITV )<br>DIRECT, INC.; and DIRECT )<br>FULFILLMENT, LLC, )<br>)<br>Intervenor-Defendants. ) | Civil Action No.  04-CV-10421-JLT |

    Please enter the appearance of Scott A. Silverman on behalf of Plaintiff-in- Intervention Cappseals, Inc.

                              Respectfully submitted,
                              CAPPSEALS, INC.
                              By its attorneys,

                              /s/ Scott A. Silverman
                              Daniel J. Kelly BBO# 553926
                              dkelly@ghlaw.com
                              Scott A. Silverman, BBO #638087
                              ssilverman@ghlaw.com
                              Gadsby Hannah LLP
                              225 Franklin Street
                              Boston, MA 02110
DATED:  February 3, 2005        (617) 345-7000

B0400607v1

## CERTIFICATE OF SERVICE

I hereby certify that true and accurate copies of my Notice of Appearance was served on the foregoing attorneys of record pursuant to Fed. R. Civ. P. 5 as follows:

<u>Via electronic notification:</u>

Peter S. Brooks          pbrooks@seyfarth.com

Susan W. Gelwick         sgelwick@seyfarth.com

Dustin F. Hecker         dhecker@pbl.com

Christopher F. Robertson      crobertson@seyfarth.com

<u>Via First Class Mail, postage prepaid:</u>

Becky Christensen
O'CONNOR CHRISTENSEN & MCLAUGHLIN LLP
384 Forest Avenue, Suite 16
Laguna Beach, CA  92651-2132

|  |  |
|---|---|
|  | /s/ Scott A. Silverman_____ |
|  | Daniel J. Kelly BBO# 553926 |
|  | dkelly@ghlaw.com |
|  | Scott A. Silverman, BBO #638087 |
|  | ssilverman@ghlaw.com |
|  | Gadsby Hannah LLP |
|  | 225 Franklin Street |
|  | Boston, MA 02110 |
| DATED:  February 3, 2005 | (617) 345-7000 |

B0400607v1