UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | Civil Action No. 04-CV-10421-JLT |
| ITV DIRECT, INC. ) | |
| ) | Judge Joseph L. Tauro |
| Plaintiff, ) | |
| v. ) | **DEFENDANTS' HEALTHY SOLUTIONS,** |
| ) | **LLC, dba DIRECT BUSINESS** |
| HEALTHY SOLUTIONS, LLC, et al., ) | **CONCEPTS, HEALTH SOLUTIONS INC.,** |
| ) | **ALEJANDRO GUERRERO, MICHAEL** |
| Defendants. ) | **HOWELL, GREG GEREMESZ' NOTICE** |
| ) | **OF CHANGE OF ADDRESS** |
| _____ ) | |
| ) | |
| AND RELATED ACTIONS ) | |
| _____ ) | |

1

PLEASE TAKE NOTICE, that effective immediately, the law offices of O'Connor Christensen & McLaughlin LLP is moving its office and mailing address and service address to the following:

>Edward F. O'Connor, Esq.
>Becky V. Christensen, Esq.
>Craig McLaughlin, Esq.
>O'CONNOR CHRISTENSEN & McLAUGHLIN LLP
>1920 Main Street, Suite 150
>Irvine, CA  92614

The new telephone number will be (949) 851-5000.

The new facsimile number will be (949) 851-5051.

Email addresses:    efo@ocmiplaw.com
                    bvc@ocmiplaw.com
                    cml@ocmiplaw.com

in place and stead of:

>Edward F. O'Connor, Esq.
>Craig McLaughlin, Esq.
>Becky V. Christensen, Esq.
>O'CONNOR CHRISTENSEN & McLAUGHLIN LLP
>384 Forest Avenue, Suite 16
>Laguna Beach, CA 92651
>Telephone: (949) 376-6100
>Fax: (949) 376-6105

Dated: February 4, 2005                O'CONNOR CHRISTENSEN
                                       & McLAUGHLIN LLP


                                       /s/Becky V. Christensen
                                       Edward F. O'Connor, Esq.
                                       Becky V. Christensen, Esq.
                                       Craig McLaughlin, Esq.

                                       Attorneys for Defendant
                                       HEALTHY SOLUTIONS, LLC, et al.

CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2005, a copy of foregoing DEFENDANTS' HEALTHY SOLUTIONS, LLC, dba DIRECT BUSINESS CONCEPTS, HEALTH SOLUTIONS INC., ALEJANDRO GUERRERO, MICHAEL HOWELL, GREG GEREMESZ' NOTICE OF CHANGE OF ADDRESS was filed electronically.  Notice of this filing will be sent to call parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

| | |
|---|---|
| Peter S. Brooks, Esq. | Daniel J. Kelly, Esq. |
| Susan W. Gelwick, Esq. | Kristin Cataldo, Esq. |
| Christopher F. Robertson, Esq. | GADSBY HANNAH LLP |
| SEYFARTH SHAW LLP | 225 Franklin Street |
| Two Seaport Lane, Suite 300 | Boston, MA 02110 |
| Boston, MA 02210 | 617 345-7000 |
| (617) 946-4800 | 617 345-7050 Fax |
| (617) 946-4801 Fax | dkelly@ghlaw.com |
| pbrooks@seyfarth.com | kcataldo@ghlaw.com |
| kperrelli@seyfarth.com | Attorneys for Plaintiff-in-Intervention |
| crobertson@seyfarth.com | CAPPSEALS, INC. |

/s/ Becky V. Christensen
Becky V. Christensen, Esq.
Craig McLaughlin, Esq.
O'CONNOR CHRISTENSEN
& MCLAUGHLIN LLP
1920 Main Street, Suite 150
Irvine, CA  92614
949 851-5000
949 851-5051 Fax
email: bvc@ocmiplaw.com

3