## V. CONCLUSION

For the reasons set forth herein, this Court should modify or amend the Preliminary Injunction Order to allow for the production of the Report in the Payment Proceeding subject to the confidentiality protections already in place in the Payment Proceeding.

CAPPSEALS, INC.
By its attorneys,

Daniel J. Kelly, BBO # 553926
dkelly@ghlaw.com
Scot A. Silverman, BBO # 638087
ssilverman@ghlaw.com
Gadsby Hannah LLP
225 Franklin Street
Boston, MA 02110
(617) 345-7000

February 3, 2005