UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC.,<br>  Plaintiff,<br><br>v.<br><br>HEALTHY SOLUTIONS, LLC et al.,<br>  Defendants.<br>─────────────────────────<br>CAPPSEALS, INC.,<br>  Plaintiff-in-Intervention,<br><br>v.<br><br>HEALTHY SOLUTIONS, LLC, d/b/a<br>DIRECT BUSINESS CONCEPTS; ITV<br>DIRECT, INC.; and DIRECT<br>FULFILLMENT, LLC,<br>  Intervenor-Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*   Civil Action No. 04-10421-JLT |

ORDER

February 1, 2005

TAURO, J.

  After a conference held on February 1, 2005, this court hereby orders that:

1. By February 3, 2005, Plaintiff-In-Intervention may file a motion with District Judge O'Toole's seeking permission to obtain the confidential financial report prepared by ITV Direct for the FTC;

2. <u>Plaintiff-In-Intervention Cappseals Inc.'s Motion to Compel Defendants ITV Direct, Inc. and Direct Fulfillment LLC</u> [#65] is ALLOWED to the extent that:

  a. ITV Direct shall give Plaintiff-In-Intervention a copy of the abovementioned financial report provided that District Judge O'Toole allows access to the report;

      b.     ITV Direct shall supplement its damages disclosures as discussed in open court by February 15, 2005; and

      c.     Plaintiff-In-Intervention may conduct a Rule 30(b)(6) deposition of ITV Direct by February 25, 2005;

2. No additional discovery will be permitted without leave of this court; and

3. A Final Pre-Trial Conference is scheduled for April 5, 2005 at 11:00 a.m.

IT IS SO ORDERED.

                              /s/ Joseph L. Tauro
                              United States District Judge