UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HEALTHY SOLUTIONS, L.L.C., et al., ) | |
| ) | |
| Defendants. ) | |
| CAPPSEALS, INC., ) | Civil Action No. 04-CV-10421-JLT |
| ) | |
| Plaintiff-in-Intervention, ) | |
| ) | |
| v. ) | |
| ) | |
| HEALTHY SOLUTIONS, L.L.C., d/b/a ) | |
| DIRECT BUSINESS CONCEPTS; ITV ) | |
| DIRECT, INC.; and DIRECT ) | |
| FULFILLMENT, LLC, ) | |
| ) | |
| Intervenor-Defendants. ) | |

**CAPPSEALS, INC.'S MOTION FOR LEAVE TO SUBMIT A REPLY MEMORANDUM
IN FURTHER SUPPORT OF ITS
<u>MOTION FOR SANCTIONS AGAINST ITV DIRECT, INC.</u>**

Plaintiff-in-Intervention Cappseals, Inc. (hereinafter "Cappseals") respectfully moves this Court for leave to file a Reply Memorandum and Supplemental Affidavit of Scott Silverman both submitted herewith in further support of Cappseals Motion for Sanctions filed against ITV Direct, Inc. ("ITV"). Specifically, Cappseals states that certain key issues raised by ITV's Opposition and the supporting affidavit of Christopher Robertson warrant clarification. Cappseals also asserts that the narrow issues addressed within its Reply Memorandum will assist the Court in analyzing the conduct of ITV and the appropriateness of Sanctions for ITV's continuing failure to comply with its automatic disclosure requirements and its blatant ambivalence to this Court's February 1st Discovery Order.

2

WHEREFORE, Cappseals requests that the Court grant it leave to file the Reply Memorandum and Supplemental Affidavit of Scott Silverman both submitted herewith.

<table>
<tr><td></td><td>Respectfully submitted,<br>CAPPSEALS, INC.<br>By its attorneys,</td></tr>
<tr><td></td><td>/s/ Scott A. Silverman<br>Daniel J. Kelly BBO# 553926<br>dkelly@ghlaw.com<br>Scott A. Silverman, BBO #638087<br>ssilverman@ghlaw.com<br>Gadsby Hannah LLP<br>225 Franklin Street<br>Boston, MA 02110</td></tr>
<tr><td>DATED: March 21, 2005</td><td>(617) 345-7000</td></tr>
</table>

B0404322v1

## CERTIFICATE OF SERVICE

    I hereby certify that true and accurate copies of the foregoing was served on the foregoing attorneys of record pursuant to Fed. R. Civ. P. 5 as follows:

<u>Via electronic notification:</u>

Peter S. Brooks      pbrooks@seyfarth.com

Susan W. Gelwick      sgelwick@seyfarth.com

Dustin F. Hecker      dhecker@pbl.com

Christopher F. Robertson      crobertson@seyfarth.com

<u>Via Facsimile & First Class Mail, postage prepaid:</u>

Becky Christensen
O'CONNOR CHRISTENSEN & MCLAUGHLIN LLP
1920 Main Street, Suite 150
Irvine, CA 92614

                                    /s/ Scott A. Silverman
                                    Daniel J. Kelly BBO# 553926
                                    dkelly@ghlaw.com
                                    Scott A. Silverman, BBO #638087
                                    ssilverman@ghlaw.com
                                    Gadsby Hannah LLP
                                    225 Franklin Street
                                    Boston, MA 02110
DATED: March 21, 2005                (617) 345-7000

3

B0404322v1