# SEYFARTH SHAW LLP
ATTORNEYS

World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028

617-946-4800
fax 617-946-4801
www.seyfarth.com

Writer's direct phone
(617) 946-4819

Writer's e-mail
ogolinder@seyfarth.com

March 4, 2005

**VIA HAND DELIVERY**

Scott A. Silverman
Gadsby Hannah LLP
225 Franklin Street
Boston, Massachusetts 02110-2811

Re:  ITV Direct, Inc. v. Healthy Solutions, LLC, et al.
     U.S.D.C. C.A. No. 04-cv-10421 JLT

Dear Attorney Silverman:

As per Chris Robertson's request, enclosed please find documents that have been produced by ITV Direct, Inc. (Bates labeled ITV 000001 – 000507) and Healthy Solutions, LLC (SH-001-334, SH 300-366) in this matter. Thank you for your attention to this matter.

Very truly yours,

SEYFARTH SHAW LLP

Olia A. Golinder
Paralegal

Enclosures
cc:  Peter S. Brooks (w/o enclosures)
     Susan W. Gelwick (w/o enclosures)
     Christopher F. Robertson (w/o enclosures)

BRUSSELS  WASHINGTON, D.C.  SAN FRANCISCO  SACRAMENTO  NEW YORK  LOS ANGELES  HOUSTON  CHICAGO  BOSTON  ATLANTA

BO1 15700861.1