# SEYFARTH SHAW LLP
ATTORNEYS

World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028

617-946-4800
fax 617-946-4801
www.seyfarth.com

Writer's direct phone
(617) 946-4819

Writer's e-mail
ogolinder@seyfarth.com

March 9, 2005

**VIA HAND DELIVERY**

Scott A. Silverman
Gadsby Hannah LLP
225 Franklin Street
Boston, Massachusetts 02110-2811

    Re:    ITV Direct, Inc. v. Healthy Solutions, LLC, et al.
             U.S.D.C. C.A. No. 04-cv-10421 JLT

Dear Attorney Silverman:

    Enclosed please find seven video tapes, Bates labeled ITV 00508 – 514, and two audio tapes ITV 00515-516 in further production by ITV in the above-referenced matter. Thank you for your attention to this matter.

             Very truly yours,

             SEYFARTH SHAW LLP

             Olia A. Golinder
             Paralegal

Enclosures
cc:    Peter S. Brooks (w/o enclosures)
       Susan W. Gelwick (w/o enclosures)
       Christopher F. Robertson (w/o enclosures)

BRUSSELS · WASHINGTON, D.C. · SAN FRANCISCO · SACRAMENTO · NEW YORK · LOS ANGELES · HOUSTON · CHICAGO · BOSTON · ATLANTA

BO1 15701449.1