UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC. ) | Civil Action No. 04-CV-10421-JLT |
| ) | |
| Plaintiffs, ) | Honorable Joseph L. Tauro |
| ) | |
| v. ) | |
| ) | |
| HEALTHY SOLUTIONS LLC, et al, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| AND RELATED CASES ) | |
| ) | |

**HEALTHY SOLUTIONS LLC OFFER OF JUDGMENT**

**IN FAVOR OF PLAINTIFF IN INTERVENTION CAPPSEALS INC.**

Defendant in Intervention HEALTHY SOLUTIONS LLC d/b/a DIRECT BUSINESS CONCEPTS offers Plaintiff in Intervention CAPPSEALS INC. the following judgment as prayed for in CAPPSEALS INC.'s Complaint in Intervention dated April 8, 2004:

For the principal sum of $890,182.09, together with post judgment interest thereon after April 15, 2005 at the statutory rate until paid in full, together with prejudgment interest accrued through and including April 15, 2005 in the sum of $123,609.00 together with costs and disbursements as allowed pursuant to Fed. R. Civ. Pro. 54;

For judgment that the Preliminary Injunction entered April 14, 2004 shall become permanent.

Respectfully submitted,

O'CONNOR CHRISTENSEN &
MCLAUGHLIN LLP

/s/ Becky V. Christensen, Esq.
Becky V. Christensen, Esq.
Counsel for Healthy Solutions LLC,
Health Solutions Inc, Alejandro Guerrero,
Dated: March 30, 2005        Michael Howell, Gregory Geremesz

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2005, a copy of foregoing HEALTHY SOLUTIONS LLC OFFER OF JUDGMENT IN FAVOR OF PLAINTIFF IN INTERVENTION CAPPSEALS INC. was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Christopher F. Robertson, Esq. | Daniel J. Kelly, Esq. |
| Peter S. Brooks, Esq. | Scott A. Silverman, Esq. |
| Susan W. Gelwick, Esq. | Kristin Cataldo, Esq. |
| SEYFARTH SHAW LLP | GADSBY HANNAH LLP |
| Two Seaport Lane, Suite 300 | 225 Franklin Street |
| Boston, MA 02210 | Boston, MA 02110 |
| (617) 946-4800 | 617 345-7000 |
| (617) 946-4801 Fax | 617 345-7050 Fax |
| pbrooks@seyfarth.com | dkelly@ghlaw.com |
| Kperrelli@seyfarth.com | cpriolo@ghlaw.com |
| | |
| Attorneys for Plaintiff | Attorneys for Plaintiff-in-Intervention |
| ITV DIRECT, INC. | CAPPSEALS, INC. |

Christopher C. Larkin, Esq.
SEYFARTH SHAW LLP
2029 Century Park E., Suite 3300
Los Angeles, CA  90067-3063
(310) 277-7200

Attorneys for Consolidated Defendant
ITV DIRECT, INC.

/s/ Becky V. Christensen
Becky V. Christensen, Esq.
Counsel for Healthy Solutions LLC, Health Solutions Inc., Alejandro Guerrero, Michael Howell, and Gregory Geremesz