UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC. ) | Civil Action No. 04-CV-10421-JLT |
| ) | |
| Plaintiffs, ) | Honorable Joseph L. Tauro |
| ) | |
| v. ) | |
| ) | |
| HEALTHY SOLUTIONS LLC, et al, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| AND RELATED CASES ) | |
| ) | |

**LOCAL RULE 7.1 CERTIFICATE RE:**
**JOINT MOTION TO DISMISS, F.R.C.P. 41 AND ASSENTED TO MOTION TO DISMISS – STIPULATED PLAINTIFFS AND DEFENDANTS**

The parties have conferred electronically and by telephone regarding the above referenced Motions. Plaintiffs ITV Direct Inc. and Direct Fulfillment LLC and Defendants Healthy Solutions LLC, Health Solutions Inc., Alejandro Guerrero, Michael Howell and Greg Geremesz agree. Plaintiff in Intervention Cappseals Inc. does not agree to the Stipulated Dismissal or the Joint Motion to Dismiss, F.R.C.P. 41, and is expected to oppose the Motions.

                                        Respectfully submitted,

                                        O'CONNOR CHRISTENSEN &
                                        MCLAUGHLIN LLP

                                        /s/ Becky V. Christensen, Esq.
                                        Becky V. Christensen, Esq.
                                        Counsel for Healthy Solutions LLC,
                                        Health Solutions Inc, Alejandro Guerrero,
                                        Michael Howell, Gregory Geremesz

                                        Dustin F. Hecker, Esq.
                                        Posternak Blankstein & Lund LLP
                                        Counsel for Healthy Solutions LLC,
                                        Health Solutions Inc, Alejandro Guerrero,
Dated: March 30, 2005                  Michael Howell, Gregory Geremesz

1

## CERTIFICATE OF SERVICE

   I hereby certify that on March 30, 2005, a copy of foregoing LOCAL RULE 7.1 CERTIFICATE RE: JOINT MOTION TO DISMISS, F.R.C.P. 41 AND ASSENTED TO MOTION TO DISMISS – STIPULATED PLAINTIFFS AND DEFENDANTS was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

| | |
|---|---|
| Christopher F. Robertson, Esq. | Daniel J. Kelly, Esq. |
| Peter S. Brooks, Esq. | Scott A. Silverman, Esq. |
| Susan W. Gelwick, Esq. | Kristin Cataldo, Esq. |
| SEYFARTH SHAW LLP | GADSBY HANNAH LLP |
| Two Seaport Lane, Suite 300 | 225 Franklin Street |
| Boston, MA 02210 | Boston, MA 02110 |
| (617) 946-4800 | 617 345-7000 |
| (617) 946-4801 Fax | 617 345-7050 Fax |
| pbrooks@seyfarth.com | dkelly@ghlaw.com |
| Kperrelli@seyfarth.com | cpriolo@ghlaw.com |
| | |
| Attorneys for Plaintiff | Attorneys for Plaintiff-in-Intervention |
| ITV DIRECT, INC. | CAPPSEALS, INC. |

Christopher C. Larkin, Esq.
SEYFARTH SHAW LLP
2029 Century Park E., Suite 3300
Los Angeles, CA  90067-3063
(310) 277-7200

Attorneys for Consolidated Defendant
ITV DIRECT, INC.

                /s/ Becky V. Christensen
                Becky V. Christensen, Esq.
                Counsel for Healthy Solutions LLC, Health
                Solutions Inc., Alejandro Guerrero, Michael
                Howell, and Gregory Geremesz