UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC., )<br>)<br>                Plaintiff, )<br>)<br>v. )<br>)<br>HEALTHY SOLUTIONS, L.L.C., et al., )<br>)<br>                Defendants. )<br>CAPPSEALS, INC., )<br>)<br>                Plaintiff-in-Intervention, )<br>)<br>v. )<br>)<br>HEALTHY SOLUTIONS, L.L.C., d/b/a )<br>DIRECT BUSINESS CONCEPTS; ITV )<br>DIRECT, INC.; and DIRECT )<br>FULFILLMENT, LLC, )<br>)<br>                Intervenor-Defendants. )<br>) | Civil Action No. 04-CV-10421-JLT |

**<u>EXHIBIT A</u>**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC. | ) Civil Action No. 04-CV-10421-JLT |
| Plaintiffs, | ) Honorable Joseph L. Tauro |
| v. | ) |
| HEALTHY SOLUTIONS LLC, et al, | ) |
| Defendants. | ) |
| AND RELATED CASES | ) |

### HEALTHY SOLUTIONS LLC OFFER OF JUDGMENT
### IN FAVOR OF PLAINTIFF IN INTERVENTION CAPPSEALS INC.

Defendant in Intervention HEALTHY SOLUTIONS LLC d/b/a DIRECT BUSINESS CONCEPTS offers Plaintiff in Intervention CAPPSEALS INC. the following judgment as prayed for in CAPPSEALS INC.'s Complaint in Intervention dated April 8, 2004:

For the principal sum of $890,182.09, together with post judgment interest thereon after April 15, 2005 at the statutory rate until paid in full, together with prejudgment interest accrued through and including April 15, 2005 in the sum of $123,609.00 together with costs and disbursements as allowed pursuant to Fed. R. Civ. Pro. 54;

For judgment that the Preliminary Injunction entered April 14, 2004 shall become permanent.

Respectfully submitted,

O'CONNOR CHRISTENSEN &
MCLAUGHLIN LLP

/s/ Becky V. Christensen, Esq.
Becky V. Christensen, Esq.
Counsel for Healthy Solutions LLC,
Health Solutions Inc, Alejandro Guerrero,
Michael Howell, Gregory Geremesz

Dated: March 30, 2005

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2005, a copy of foregoing HEALTHY SOLUTIONS LLC OFFER OF JUDGMENT IN FAVOR OF PLAINTIFF IN INTERVENTION CAPPSEALS INC. was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Christopher F. Robertson, Esq.
Peter S. Brooks, Esq.
Susan W. Gelwick, Esq.
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, MA 02210
(617) 946-4800
(617) 946-4801 Fax
pbrooks@seyfarth.com
Kperrelli@seyfarth.com

Attorneys for Plaintiff
ITV DIRECT, INC.

Christopher C. Larkin, Esq.
SEYFARTH SHAW LLP
2029 Century Park E., Suite 3300
Los Angeles, CA 90067-3063
(310) 277-7200

Attorneys for Consolidated Defendant
ITV DIRECT, INC.

Daniel J. Kelly, Esq.
Scott A. Silverman, Esq.
Kristin Cataldo, Esq.
GADSBY HANNAH LLP
225 Franklin Street
Boston, MA 02110
617 345-7000
617 345-7050 Fax
dkelly@ghlaw.com
cpriolo@ghlaw.com

Attorneys for Plaintiff-in-Intervention
CAPPSEALS, INC.

/s/ Becky V. Christensen
Becky V. Christensen, Esq.
Counsel for Healthy Solutions LLC, Health Solutions Inc., Alejandro Guerrero, Michael Howell, and Gregory Geremesz