UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HEALTHY SOLUTIONS, L.L.C., et al., )<br>)<br>Defendants. )<br>_____)<br>CAPPSEALS, INC., )<br>)<br>Plaintiff-in-Intervention, )<br>)<br>v. )<br>)<br>HEALTHY SOLUTIONS, L.L.C., d/b/a )<br>DIRECT BUSINESS CONCEPTS; ITV )<br>DIRECT, INC.; and DIRECT )<br>FULFILLMENT, LLC, )<br>)<br>Intervenor-Defendants. )<br>_____) | Civil Action No. 04-CV-10421-JLT |

**EXHIBIT B**



Scott A. Silverman
ssilverman@ghlaw.com

Tel: 617 345 7077
Fax: 617 204 8077

March 31, 2005

VIA FACSIMILE & REGULAR MAIL

Christopher F. Robertson
Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA  02210

Becky Christensen
O'connor Christensen & McLaughlin LLP
1920 Main Street, Suite 150
Irvine, CA  92614

225 Franklin Street
Boston MA 02110

Tel  617 345 7000
Fax 617 345 7050

www.ghlaw.com

Re:    <u>ITV v. Healthy Solutions, et al., Civil Action No. 04-CV-10421-JLT</u>

Dear Counsel:

Please be advised that Cappseals, Inc. hereby accepts the Offer of Judgment proposed by Healthy Solutions, LLC d/b/a Direct Business Concepts in the form filed with the Court on March 30, 2005. Pursuant to Fed.R.Civ.P. 68, we will be filing the appropriate notice with the Court.

Very truly yours,

Scott A. Silverman

SAS:vay
cc:  Daniel J. Kelly, Esq.

B0408120v1