UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HEALTHY SOLUTIONS, L.L.C., et al., )<br>)<br>Defendants. )<br>_____)<br>CAPPSEALS, INC., )<br>)<br>Plaintiff-in-Intervention, )<br>)<br>v. )<br>)<br>HEALTHY SOLUTIONS, L.L.C., d/b/a )<br>DIRECT BUSINESS CONCEPTS; ITV )<br>DIRECT, INC.; and DIRECT )<br>FULFILLMENT, LLC, )<br>)<br>Intervenor-Defendants. )<br>_____) | Civil Action No. 04-CV-10421-JLT |

**<u>EXHIBIT C</u>**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC., <br><br> Plaintiff, <br><br> v. <br><br> HEALTHY SOLUTIONS, L.L.C., et al., <br><br> Defendants. <br><br> CAPPSEALS, INC., <br><br> Plaintiff-in-Intervention, <br><br> v. <br><br> HEALTHY SOLUTIONS, L.L.C., d/b/a DIRECT BUSINESS CONCEPTS; ITV DIRECT, INC.; and DIRECT FULFILLMENT, LLC, <br><br> Intervenor-Defendants. | Civil Action No. 04-CV-10421-JLT |

## JUDGMENT
## AGAINST HEALTHY SOLUTIONS, LLC

This action came before the Clerk of the above-named Court. Pursuant to Fed.R.Civ.P. 68, Plaintiff-in-Intervention Cappseals, Inc. (hereinafter "Cappseals") has accepted the Offer of Judgment served by Healthy Solutions, LLC ("Healthy Solutions"). It appearing that the procedures of Fed.R.Civ.P. 68 have been followed, it is ORDERED and ADJUDGED:

(a) Judgment is hereby issued against Healthy Solutions and in favor of Cappseals for the principal sum of $890,182.09, together with prejudgment interest accrued through and including April 15, 2005 in the sum of $123,609.00, for a total of $1,013,791.09, together with costs and disbursements as allowed pursuant to Fed.R.Civ.P. 54, together with post judgment interest after April 15, 2005 at the statutory rate until paid in full; and

2

(b) The Preliminary injunction entered on April 14, 2004 as to Healthy Solutions is hereby a permanent injunction, whereby Healthy Solutions is enjoined from selling, compromising, transferring, assigning, or otherwise disposing of, alienating, or hypothecating its interest in any and all monies due or to become due to Healthy Solutions from plaintiff ITV Direct, Inc. for the manufacture and shipment of Supreme Greens to ITV Direct, Inc. or its interest in any and all intellectual property related to Supreme Greens.

Dated this \_\_\_\_\_ day of March, 2005.


By: _____

B0404322v1