UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC., <br><br> Plaintiff, <br><br> v. <br><br> HEALTHY SOLUTIONS, LLC et al., <br><br> Defendants. <br>_____ <br> CAPPSEALS, INC., <br><br> Plaintiff-in-Intervention, <br><br> v. <br><br> HEALTHY SOLUTIONS, LLC, d/b/a DIRECT BUSINESS CONCEPTS; ITV DIRECT, INC.; and DIRECT FULFILLMENT, LLC, <br><br> Intervenor-Defendants. | Civil Action No. 04-10421-JLT |

ORDER

April 5, 2005

TAURO, J.

After the Pretrial Conference held on April 5, 2005, this court hereby orders that:

1. Cappseals, Inc.'s Motion for Sanctions Against ITV Direct, Inc. [#74] is DENIED;

2. Cappseals, Inc.'s Motion for Reconsideration of the Court's Order Allowing ITV Direct, Inc.'s and Healthy Solution's Motion to Dismiss [#93] is ALLOWED;

3. This court's Order of Dismissal [#92] is WITHDRAWN;

4. Cappseals, Inc. shall file a Proposed Order preventing ITV Direct from introducing

documents not previously produced in discovery; and

5. Trial will commence on May 31, 2005 at 10:00 a.m.

IT IS SO ORDERED.

                                                     /s/ Joseph L. Tauro
                                        United States District Judge