UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC., ) | Civil Action No. 04-CV-10421-JLT |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HEALTHY SOLUTIONS, L.L.C., et al., ) | |
| ) | |
| Defendants. ) | |
| CAPPSEALS, INC., ) | |
| ) | |
| Plaintiff-in-Intervention, ) | |
| ) | |
| v. ) | |
| ) | |
| HEALTHY SOLUTIONS, L.L.C., d/b/a ) | |
| DIRECT BUSINESS CONCEPTS; ITV ) | |
| DIRECT, INC.; and DIRECT ) | |
| FULFILLMENT, LLC, ) | |
| ) | |
| Intervenor-Defendants. ) | |

## **CAPPSEALS, INC.'S SUBMISSION OF PROPOSED ORDER**

Pursuant to this Court's Order of April 5, 2005, Plaintiff-in-Intervention, Cappseals, Inc., respectfully submits their Proposed Order, attached as **Exhibit A,** to address the prohibited use of documents not previously produced in discovery.

Respectfully submitted,

CAPPSEALS, INC.
By its attorneys,


/s/ Scott A. Silverman
Daniel J. Kelly BBO# 553926
dkelly@ghlaw.com
Scott A. Silverman, BBO #638087
ssilverman@ghlaw.com
Gadsby Hannah LLP
225 Franklin Street
Boston, MA 02110
DATED: April 8, 2005        (617) 345-7000

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the foregoing was served on the attorneys of record pursuant to Fed. R. Civ. P. 5 as follows:

<u>Via electronic notification:</u>

| | |
|---|---|
| Peter S. Brooks | pbrooks@seyfarth.com |
| Susan W. Gelwick | sgelwick@seyfarth.com |
| Dustin F. Hecker | dhecker@pbl.com |
| Christopher F. Robertson | crobertson@seyfarth.com |
| Becky Christensen | bvc@ocmiplaw.com |

                                                  /s/ Scott A. Silverman
                                                Daniel J. Kelly BBO# 553926
                                                dkelly@ghlaw.com
                                                Scott A. Silverman, BBO #638087
                                                ssilverman@ghlaw.com
                                                Gadsby Hannah LLP
                                                225 Franklin Street
                                                Boston, MA 02110
DATED: April 8, 2005                (617) 345-7000

B0409442v1