UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ITV DIRECT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HEALTHY SOLUTIONS, L.L.C., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| CAPPSEALS, INC., | ) | Civil Action No.  04-CV-10421-JLT |
| | ) | |
| Plaintiff-in-Intervention, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HEALTHY SOLUTIONS, L.L.C., d/b/a | ) | |
| DIRECT BUSINESS CONCEPTS; ITV | ) | |
| DIRECT, INC.; and DIRECT | ) | |
| FULFILLMENT, LLC, | ) | |
| | ) | |
| Intervenor-Defendants. | ) | |
| | ) | |

**<u>ORDER</u>**

This matter, having come on for consideration during the Pretrial Conference held on

April 5, 2005, the Court having reviewed Cappseals' Motion for Sanctions and being otherwise

sufficiently advised, IT IS HEREBY ORDERED AND ADJUDGED that:

1.    During the trial of this matter, all parties adverse to Cappseals, Inc. are hereby

prohibited from introducing, referencing or relying upon documents, or the

information contained solely therein, that were not produced to Cappseals, Inc.

prior to April 5, 2005.

IT IS SO ORDERED.

DATED:  _____          _____
                                                  JUDGE, UNITED STATES DISTRICT COURT

B0404508v1