# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC., | ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) CIVIL ACTION NO. 04-CV-10421-JLT <br> ) |
| HEALTHY SOLUTIONS, LLC, et al., | ) <br> ) |
| Defendants. | ) <br> ) |
| RELATED CASES | ) <br> ) <br> ) |

## ORDER

TAURO, J.

After the Pretrial Conference held on April 5, 2005, this court herby orders that:

1. During the trial of this matter, plaintiff and intervenor-defendant ITV Direct, Inc. and intervenor-defendant Direct Fulfillment, LLC (collectively, "ITV" or "Plaintiff") are prohibited from introducing documents that were not produced to Cappseals' Inc. during discovery in this action. This Order does not preclude ITV from introducing documents that were deemed confidential under the Preliminary Injunction Order of Judge O'Toole and were produced to Cappseals after Judge O'Toole permitted Cappseals to have access to such documents.

IT IS SO ORDERED.

_____
Judge, United States District Court

Dated:

BO1 15708653.1