UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC. ) | Civil Action No. 04-CV-10421-JLT |
| ) | |
| Plaintiffs, ) | Honorable Joseph L. Tauro |
| ) | |
| v. ) | |
| ) | |
| HEALTHY SOLUTIONS LLC, et al, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| AND RELATED CASES ) | |
| ) | |

**HEALTHY SOLUTIONS LLC PARTIES JOINDER IN PLAINTIFF ITV DIRECT'S OBJECTION TO CAPPSEALS' PROPOSED ORDER RE: DISCOVERY**

Defendants/Counterclaimants Healthy Solutions LLC, Health Solutions Inc., Alejandro Guerrero, Michael Howell and Greg Geremesz join in Plaintiff ITV Direct's and Intervenor-Defendant Direct Fulfillment, LLC's Opposition to Cappseals' Proposed Order and join in ITV Direct's Proposed Order as more accurately reflecting the Court's ruling of April 5, 2005.

Respectfully submitted,

O'CONNOR CHRISTENSEN &
MCLAUGHLIN LLP

/s/ Becky V. Christensen, Esq.
Becky V. Christensen, Esq.
Counsel for Healthy Solutions LLC,
Health Solutions Inc, Alejandro Guerrero,
Michael Howell, Gregory Geremesz

Dustin F. Hecker, Esq.
Posternak Blankstein & Lund LLP
Counsel for Healthy Solutions LLC,
Health Solutions Inc, Alejandro Guerrero,
Dated: April 11, 2005          Michael Howell, Gregory Geremesz

1

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 11, 2005, a copy of foregoing HEALTHY SOLUTIONS LLC PARTIES JOINDER IN PLAINTIFF ITV DIRECT'S OBJECTION TO CAPPSEALS' PROPOSED ORDER RE: DISCOVERY was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Christopher F. Robertson, Esq. | Daniel J. Kelly, Esq. |
| Peter S. Brooks, Esq. | Scott A. Silverman, Esq. |
| Susan W. Gelwick, Esq. | Kristin Cataldo, Esq. |
| SEYFARTH SHAW LLP | GADSBY HANNAH LLP |
| Two Seaport Lane, Suite 300 | 225 Franklin Street |
| Boston, MA 02210 | Boston, MA 02110 |
| (617) 946-4800 | 617 345-7000 |
| (617) 946-4801 Fax | 617 345-7050 Fax |
| pbrooks@seyfarth.com | dkelly@ghlaw.com |
| Kperrelli@seyfarth.com | cpriolo@ghlaw.com |
| | |
| Attorneys for Plaintiff | Attorneys for Plaintiff-in-Intervention |
| ITV DIRECT, INC. | CAPPSEALS, INC. |

Christopher C. Larkin, Esq.
SEYFARTH SHAW LLP
2029 Century Park E., Suite 3300
Los Angeles, CA 90067-3063
(310) 277-7200

Attorneys for Consolidated Defendant
ITV DIRECT, INC.

                  /s/ Becky V. Christensen
                  Becky V. Christensen, Esq.
                  Counsel for Healthy Solutions LLC, Health
                  Solutions Inc., Alejandro Guerrero, Michael
                  Howell, and Gregory Geremesz