UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC.,<br>    Plaintiff,<br><br>v.<br><br>HEALTHY SOLUTIONS, LLC et al.,<br>    Defendants.<br>_____<br>CAPPSEALS, INC.,<br>    Plaintiff-in-Intervention,<br><br>v.<br><br>HEALTHY SOLUTIONS, LLC, d/b/a<br>DIRECT BUSINESS CONCEPTS; ITV<br>DIRECT, INC.; and DIRECT<br>FULFILLMENT, LLC,<br>    Intervenor-Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* Civil Action No. 04-10421-JLT |

## ORDER

April 11, 2005

TAURO, J.

    This court hereby orders that:

1.     The Parties will be prohibited from introducing any documents at trial that were not produced during discovery prior to April 5, 2005; and

2.     This court will determine, at trial, whether the financial report prepared by ITV Direct for the FTC will be admissible.

    IT IS SO ORDERED.

                                              /s/ Joseph L. Tauro
                                            United States District Judge