# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 04-CV-10421-JLT |
| HEALTHY SOLUTIONS, LLC, et al., | ) |
| Defendants. | ) |
| RELATED CASES | ) |

## ORDER

TAURO, J.

This court herby orders that:

1. Its Order of April 11, 2005 preventing plaintiff and intervenor-defendant ITV Direct, Inc. and intervenor-defendant Direct Fulfillment, LLC (collectively, "ITV Direct") from introducing documents that were not produced to Cappseals by April 5, 2005 is hereby vacated.

2. During the trial of this matter, ITV Direct is prohibited from introducing at trial documents that were not produced to Cappseals' Inc. during discovery.  This order does not preclude ITV Direct from introducing any documents bearing bates labels ITV 000568 – ITV 001905.

IT IS SO ORDERED.

_____
Judge, United States District Court

Dated:

BO1 15711349.1