**Silverman, Scott**

| | |
|---|---|
| **From:** | ECFnotice@mad.uscourts.gov |
| **Sent:** | Tuesday, April 12, 2005 10:18 AM |
| **To:** | CourtCopy@mad.uscourts.gov |
| **Subject:** | Activity in Case 1:04-cv-11136-GAO Federal Trade Commission v. Direct Marketing Concepts, Inc. et al "Order on Motion for Leave to File" |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.
<!-- rcsid='\$Header: /ecf/district/html/TextHead,v 3.1 2003-04-25 07:56:43-04 loy Exp \$' -->
United States District Court District of Massachusetts

Notice of Electronic Filing
The following transaction was entered on 4/12/2005 at 10:18 AM EDT and filed on 4/11/2005

#ident 'rcsid=\$Header: /ecf/district/server/TextBody,v 3.1 2003-04-25 07:52:35-04 loy Exp \$' Case Name: Federal Trade Commission v. Direct Marketing Concepts, Inc. et al Case Number: 1:04-cv-11136 https://ecf.mad.uscourts.gov/cgi-bin/DktRpt.pl?92477

Document Number:
Copy the URL address from the line below into the location bar of your Web browser to view the document:

Docket Text:
Judge George A. O'Toole Jr.: Electronic Status conference held. Order entered granting [53] Motion for Leave to File-Plainitff is directed to file the amended complaint forthwith. granting [62] Motion- ITV Direct, Inc. is directed to give Cappseals, Inc. a copy of the accounting report prepared pursuant to Part VI of the Court's June 23, 2004 Preliminary Injunction Order ( Docket No. 32), which production shall be subject to the protective order covering confidential information eschanged in Civil Action No. 04-10421-JLT  (Lyness, Paul)

The following document(s) are associated with this transaction:


<!-- rcsid='\$Header: /ecf/district/server/TextAtyList,v 3.2 2003-06-02 17:37:56-04 bibeau Exp \$' --> 1:04-cv-11136 Notice will be electronically mailed to:

| | |
|---|---|
| Peter S. Brooks | pbrooks@seyfarth.com |
| Becky V. Christensen | becky.christensen@levin-oconnor.com |
| Susan W. Gelwick | sgelwick@seyfarth.com |
| Dustin F. Hecker | dhecker@pbl.com |
| Daniel J. Kelly dbouliane@ghlaw.com;dmoore@ghlaw.com | dkelly@ghlaw.com, |
| Joseph F. Ryan | jryan@lwelaw.com |
| Scott A. Silverman | ssilverman@ghlaw.com |

1

1:04-cv-11136 Notice will not be electronically mailed to:
Edward Glennon
Federal Trade Commission
600 Pennsylvania
Mail Drop NJ-3212
Washington, DC 20580

Daniel Kaufman
Federal Trade Commission
600 Pennsylvania Ave.
Washington, DC 20580

Kial S. Young
Federal Trade Commission
600 Pennsylvania Avenue
Mail Drop NJ-3212
Washington, DC 20580