UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ITV DIRECT, INC.<br><br>               Plaintiff,<br>v.<br><br>HEALTHY SOLUTIONS, LLC, et al.,<br><br>               Defendants.<br>_____<br><br>AND RELATED ACTIONS<br>_____ | ) Civil Action No. 04-CV-10421-JLT<br>)<br>) Honorable Joseph L. Tauro<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**REQUEST FOR CLARIFICATION OF ISSUES TO BE TRIED MAY 31, 2005**

**<u>NO HEARING REQUESTED</u>**

      Defendants/Counterclaimants HEALTH SOLUTIONS INC., ALEJANDRO GUERRERO, MICHAEL HOWELL and GREG GEREMESZ ("Health Solutions parties") request clarification of the issues and claims to be tried before the Court beginning May 31, 2005.

      At the Pretrial Conference on April 5, 2005, the Court ordered a non-jury trial to begin on May 31, 2005 of Plaintiff-in-Intervention Cappseals' claims against the ITV Direct parties. Cappseals has a Stipulated Judgment against Healthy Solutions LLC and no further issues remain to be tried between Cappseals and Healthy Solutions LLC.

      Cappseals did not demand a jury; however, the ITV Direct parties intend to present evidence on their alleged defenses. This evidence is, in large part, the same evidence as the alleged defenses of Plaintiffs ITV Direct, Direct Marketing Concepts, et al to the claims and causes of action of Counterclaimants Health Solutions, Howell, Guerrero and Geremesz, which

1

are triable to a jury. The interests of the Health Solutions, Howell, Guerrero and Geremesz parties are adverse to Plaintiff-in-Intervention Cappseals. Neither the ITV Direct parties nor the Health Solutions parties have waived their jury rights properly demanded.

The settlement of all claims between the ITV Direct parties and the Health Solutions parties, which would have eliminated all jury issues was not approved, and may no longer be available.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | O'CONNOR CHRISTENSEN & MCLAUGHLIN LLP |
|  | /s/ Becky V. Christensen, Esq. |
|  | Becky V. Christensen, Esq. |
|  | Counsel for Healthy Solutions LLC, Health Solutions Inc., Alejandro Guerrero, Michael Howell, Gregory Geremesz |
|  | Dustin F. Hecker, Esq. |
|  | Posternak Blankstein & Lund LLP |
|  | Counsel for Healthy Solutions LLC, Health Solutions Inc., Alejandro Guerrero, |
| Dated: May 13, 2005 | Michael Howell, Gregory Geremesz |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2005, a copy of the foregoing **REQUEST FOR CLARIFICATION OF ISSUES TO BE TRIED MAY 31, 2005** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Christopher F. Robertson, Esq.<br>Peter S. Brooks, Esq.<br>Susan W. Gelwick, Esq.<br>SEYFARTH SHAW LLP<br>Two Seaport Lane, Suite 300<br>Boston, MA  02210<br>(617) 946-4800<br>(617) 946-4801 Facsimile<br>crobertson@seyfarth.com<br>pbrooks@seyfarth.com<br>sgelwick@seyfarth.com | Daniel J. Kelly, Esq.<br>Scott A. Silverman, Esq.<br>GADSBY HANNAH LLP<br>225 Franklin Street<br>Boston, MA  02110<br>(617) 345-7026<br>(617) 204-8026 Facsimile<br>dkelly@ghlaw.com<br>ssilverman@ghlaw.com<br>Kcataldo@ghlaw.com |
| Attorneys for Plaintiff, Intervenor Defendant, Counter Defendant<br>ITV DIRECT, INC. and DIRECT FULFILLMENT, LLC | Attorneys for Plaintiff-in-Intervention<br>CAPPSEALS, INC. |

/s/ Becky V. Christensen
Becky V. Christensen, Esq.
Counsel for Healthy Solutions LLC, Health Solutions Inc., Alejandro Guerrero, Michael Howell, and Gregory Geremesz