UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ITV DIRECT, INC. | ) Civil Action No. 04-CV-10421-JLT |
| Plaintiff, | ) Honorable Joseph L. Tauro |
| v. | ) |
| HEALTHY SOLUTIONS, LLC, et al., | ) |
| Defendants. | ) |
| _____ | ) |
| AND RELATED ACTIONS | ) |
| _____ | ) |

**HEALTHY SOLUTIONS PARTIES' JOINDER IN THE
ITV PARTIES' MOTION FOR CONTINUANCE**

Healthy Solutions LLC, Health Solutions, Inc., Michael Howell, Alejandro Guerrero and Greg Geremesz (hereinafter "Healthy Solutions parties") join in the ITV Direct Parties' Motion to Continue Trial to the extent that the Healthy Solutions parties have extensive claims to which they have a right to a jury and to the extent that Mr. Brooks, counsel for ITV Direct, is in fact a critical percipient witness to both Cappseals and the Healthy Solutions cases.

The entanglement with jury rights arise because the allegations of the ITV Direct parties' alleged defenses to the Cappseals claims are the same testimony, documents and legal arguments that are asserted as alleged defenses to the Healthy Solutions parties' counterclaims in tort,

1

contract, and statutory and common law trademark rights. The Court's scarce resources should not be wasted in double presentation of the same evidence.

        Respectfully submitted,

        O'CONNOR CHRISTENSEN &
        MCLAUGHLIN LLP

        /s/ Becky V. Christensen, Esq.
        Becky V. Christensen, Esq.
        Counsel for Healthy Solutions LLC,
        Health Solutions Inc., Alejandro Guerrero,
        Michael Howell, Gregory Geremesz

        Dustin F. Hecker, Esq.
        Posternak Blankstein & Lund LLP
        Counsel for Healthy Solutions LLC,
        Health Solutions Inc., Alejandro Guerrero,
Dated: May 20, 2005        Michael Howell, Gregory Geremesz

## CERTIFICATE OF SERVICE

      I hereby certify that on May 20, 2005, a copy of the foregoing **HEALTHY SOLUTIONS PARTIES' JOINDER IN THE ITV PARTIES' MOTION FOR CONTINUANCE** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Christopher F. Robertson, Esq. | Daniel J. Kelly, Esq. |
| Peter S. Brooks, Esq. | Scott A. Silverman, Esq. |
| Susan W. Gelwick, Esq. | GADSBY HANNAH LLP |
| SEYFARTH SHAW LLP | 225 Franklin Street |
| Two Seaport Lane, Suite 300 | Boston, MA 02110 |
| Boston, MA 02210 | (617) 345-7026 |
| (617) 946-4800 | (617) 204-8026 Facsimile |
| (617) 946-4801 Facsimile | dkelly@ghlaw.com |
| crobertson@seyfarth.com | ssilverman@ghlaw.com |
| pbrooks@seyfarth.com | Kcataldo@ghlaw.com |
| sgelwick@seyfarth.com | |
| | |
| Attorneys for Plaintiff, Intervenor Defendant, Counter Defendant ITV DIRECT, INC. and DIRECT FULFILLMENT, LLC | Attorneys for Plaintiff-in-Intervention CAPPSEALS, INC. |

                              /s/ Becky V. Christensen
                              Becky V. Christensen, Esq.
                              Counsel for Healthy Solutions LLC, Health Solutions Inc., Alejandro Guerrero, Michael Howell, and Gregory Geremesz