UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HEALTHY SOLUTIONS, L.L.C., et al., )<br>)<br>Defendants. )<br>)<br>CAPPSEALS, INC., )<br>)<br>Plaintiff-in-Intervention, )<br>)<br>v. )<br>)<br>HEALTHY SOLUTIONS, L.L.C., d/b/a )<br>DIRECT BUSINESS CONCEPTS; ITV )<br>DIRECT, INC.; and DIRECT )<br>FULFILLMENT, LLC, )<br>)<br>Intervenor-Defendants. ) | Civil Action No. 04-CV-10421-JLT |

## JOINT MOTION TO BIFURCATE

All of the respective parties, Cappseals, Inc.("Cappseals"), ITV Direct, Inc., Direct Fulfillment, LLC (collectively, "ITV"), Healthy Solutions, Inc., Health Solutions, Inc., Michael Howell, Alejandro Guerrero, and Gregory Geremesz hereby jointly move that the trial of this matter, presently continued to a date uncertain, be scheduled on the next available date *after* this Court determines whether, in light of the facts stipulated by the parties annexed hereto as **Exhibit A,** Cappseals is entitled as a matter of law to a judgment against ITV. As further grounds for their motion the parties state as follows:

1. This court has already issued a judgment against Healthy Solutions and in favor of Cappseals. (Docket No. 91).

2. The Court previously scheduled a non-jury trial to begin on May 31, 2005 on Cappseals' reach and apply claim against ITV.

3. The Court has continued the trial to an undetermined date in the future to accommodate the scheduling concerns raised by ITV regarding its lead counsel.

4. In anticipation of the May 31 trial date the parties agreed on various factual stipulations. As a result of the stipulations annexed hereto as **Exhibit A**, Cappseals believes it is entitled to judgment as a matter of law against ITV. Cappseals asserts ITV can *not* use a potential judgment it hopes to recover from Healthy Solutions as a set off against the indebtedness owed to Cappseals under the purchase orders because of ITV's acceptance and subsequent sale of the products at issue. ITV disputes this conclusion, continuing to maintain that its claims and defenses against Healthy Solutions may be used as a defense to or offset against amounts that may be owed to Cappseals.

5. The parties have agreed – and request that this court endorse – an expedited briefing schedule to determine this wholly legal issue. More specifically, the following deadlines are proposed:

| | |
|---|---|
| Cappseals' Initial Brief | June 3, 2005 |
| ITV's Opposition | June 13, 2005 |
| Cappseals' Reply Brief | June 17, 2005 |
| ITV's Reply Brief | June 21, 2005 |

6. A ruling in Cappseals' favor will likely end this litigation without the need for trial as ITV and Healthy Solutions have represented to the Court that, but for Cappseals objection, they have settled their respective claims against each other.

7. A ruling in ITV's favor will inherently reduce the legal and factual issues to be disputed in any future trial.

WHEREFORE, the parties respectfully request that the Court endorse their Proposed Order attached as **Exhibit B,** continuing the trial date of the present matter until the first available date after the briefing schedule detailed above and a ruling on Cappseals' motion.

> Respectfully submitted,
> CAPPSEALS, INC.
> By its attorneys,
>
>
> /s/ Scott A. Silverman
> Daniel J. Kelly BBO# 553926
> dkelly@ghlaw.com
> Scott A. Silverman, BBO #638087
> ssilverman@ghlaw.com
> Gadsby Hannah LLP
> 225 Franklin Street
> Boston, MA 02110
> (617) 345-7000
>
> - and -

3

        HEALTHY SOLUTIONS, LLC, HEALTH
        SOLUTIONS, INC., ALEJANDRO
        GUERRERO, MICHAEL HOWELL, and
        GREGORY GEREMESZ
        By their attorney,


/s/ Becky V. Christensen

Becky v. Christensen, Esq. (State Bar No. 147013)
1920 Main Street, Suite 150
Irvine, California 92614
Telephone #: (949) 851-5000
Fax #: (949) 851-5051

- and -

ITV DIRECT, INC., and
DIRECT FULFILLMENT LLC
By their attorneys,

/s/ Peter S. Brooks
Peter S. Brooks, BBO #058980
Christopher F. Robertson, BBO #642094
Susan W. Gelwick, BBO #567115
Seyfarth Shaw LLP
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:    (617) 946-4800
Telecopier:    (617) 946-4801

Dated: May 26, 2005

Certificate of service

I hereby certify that a true and accurate copy of the foregoing was served on the attorneys of record pursuant to Fed. R. Civ. P. 5 as follows:

<u>Via electronic notification:</u>

| | |
|---|---|
| Peter S. Brooks | pbrooks@seyfarth.com |
| Susan W. Gelwick | sgelwick@seyfarth.com |
| Dustin F. Hecker | dhecker@pbl.com |
| Christopher F. Robertson | crobertson@seyfarth.com |
| Becky Christensen | bvc@ocmiplaw.com |

　　　　　　　　　　　　　　　　　　　　　/s/ Scott A. Silverman
　　　　　　　　　　　　　　　　　　　　　Daniel J. Kelly BBO# 553926
　　　　　　　　　　　　　　　　　　　　　dkelly@ghlaw.com
　　　　　　　　　　　　　　　　　　　　　Scott A. Silverman, BBO #638087
　　　　　　　　　　　　　　　　　　　　　ssilverman@ghlaw.com
　　　　　　　　　　　　　　　　　　　　　Gadsby Hannah LLP
　　　　　　　　　　　　　　　　　　　　　225 Franklin Street
　　　　　　　　　　　　　　　　　　　　　Boston, MA 02110
DATED:  May 26, 2005　　　　　　　　　　(617) 345-7000

B0415650v1