UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC., <br><br> Plaintiff, <br><br> v. <br><br> HEALTHY SOLUTIONS, L.L.C., et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| CAPPSEALS, INC., <br><br> Plaintiff-in-Intervention, <br><br> v. <br><br> HEALTHY SOLUTIONS, L.L.C., d/b/a DIRECT BUSINESS CONCEPTS; ITV DIRECT, INC.; and DIRECT FULFILLMENT, LLC, <br><br> Intervenor-Defendants. | ) Civil Action No. 04-CV-10421-JLT <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

This matter, having come on for consideration pursuant to the parties' Joint Motion to Bifurcate, and the Court being sufficiently advised, IT IS HEREBY ORDERED that:

Trial is hereby continued until such time as the court issues a ruling on whether Cappseals is entitled to judgment as a matter of law against defendants ITV Direct, Inc. and Direct Fulfillment, LLC. The briefing schedule to address this issue will be as follows:

| | |
|---|---|
| Cappseals' Initial Brief | June 3, 2005 |
| ITV's Opposition | June 13, 2005 |
| Cappseals' Reply Brief | June 17, 2005 |
| ITV's Reply Brief | June 21, 2005 |

IT IS SO ORDERED.

DATED: _____          _____
                                JUDGE, UNITED STATES DISTRICT COURT

B0415577v1