UNITED STATES DISTRICT COURT
For the District of Massachusetts

| | |
|---|---|
| ITV DIRECT, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HEALTHY SOLUTIONS, LLC, ET. AL., )<br>)<br>Defendants. )<br>)<br>_____)<br>CAPPSEALS, INC., )<br>)<br>Plaintiff-in-Intervention )<br>)<br>v. )<br>)<br>HEALTHY SOLUTIONS, LLC., d/b/a )<br>DIRECT BUSINESS CONCEPTS; ITV )<br>DIRECT, INC. AND DIRECT )<br>FULFILLMENT, LLC. )<br>)<br>Intervenor-Defendants. )<br>)<br>)<br>)<br>_____) | C. A. No. 04-CV10421-JLT |

## CAPPSEALS, INC.'S MOTION FOR SUMMARY JUDGMENT

Plaintiff-in-Intervention, Cappseals, Inc. ("Cappseals"), respectfully moves for summary judgment on its Reach and Apply Count pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1. Cappseals has already obtained a judgment against Healthy Solutions, LLC ("Healthy Solutions") for approximately $900,000 (Docket No. 91). Additionally, ITV Direct, Inc. ("ITV") has stipulated to numerous facts demonstrating its debt to Healthy Solutions in the amount of $1,821,864 (Docket No. 113).

Accordingly, as discussed in more detail within its Memorandum of Law submitted

B0416781v1

-2-

herewith, Cappseals is entitled to judgment as a matter of law against ITV on its reach and apply claim as, by statute, the undisputed debt owed by ITV to Healthy Solutions can be used to satisfy the judgment debt Healthy Solutions owes to Cappseals.

In addition to Cappseals' Memorandum of Law, Cappseals has also submitted herewith a Concise Statement of Material Facts, and, the Affidavit of Scott A. Silverman in further support of its motion.

WHEREFORE, Cappseal's Motion for Summary Judgment should be GRANTED and judgment should be issued on its reach and apply claim against ITV.

          Respectfully Submitted,
          Cappseals, Inc.
          By its attorneys,

          /s/ Scott A. Silverman
          Daniel J. Kelly, BBO # 553926
          dkelly@ghlaw.com
          Scott A. Silverman, BBO # 638087
          ssilverman@ghlaw.com
          Peter Antonelli, BBO # 661526
          pantonelli@ghlaw.com
          Gadsby Hannah LLP
          225 Franklin Street
          Boston, MA  02110
          (617) 345-7000

June 3, 2004

-3-

## **CERTIFICATE OF SERVICE**

I hereby certify that true and accurate copies of the foregoing Motion for Summary Judgment was served on the foregoing attorneys of record pursuant to Fed. R. Civ. P. 5 as follows:

Via electronic notification:

Peter S. Brooks           pbrooks@seyfarth.com

Susan W. Gelwick          sgelwick@seyfarth.com

Dustin F. Hecker          dhecker@pbl.com

Christopher F. Robertson    crobertson@seyfarth.com

Becky Christensen         bvc@ocmiplaw.com

 

/s/ Scott A. Silverman
Daniel J. Kelly BBO# 553926
dkelly@ghlaw.com
Scott A. Silverman, BBO #638087
ssilverman@ghlaw.com
Gadsby Hannah LLP
225 Franklin Street
Boston, MA 02110
DATED: June 3, 2005                    (617) 345-7000

B0416781v1