UNITED STATES DISTRICT COURT
For the District of Massachusetts

| | |
|---|---|
| ITV DIRECT, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| HEALTHY SOLUTIONS, LLC, ET. AL., | ) |
| Defendants. | ) |
| | ) |
| CAPPSEALS, INC., | ) |
| Plaintiff-in-Intervention | ) |
| v. | ) |
| HEALTHY SOLUTIONS, LLC, D/B/A DIRECT BUSINESS CONCEPTS; ITV DIRECT, INC. AND DIRECT FULFILLMENT, LLC. | ) |
| Intervenor-Defendants. | ) |

C. A. No. 04-CV10421-JLT

**EXHIBIT 5**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ITV DIRECT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 04 CV 10421 JLT |
| | ) | |
| v. | ) | |
| | ) | |
| HEALTHY SOLUTIONS, L.L.C., et al, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | AFFIDAVIT OF HARRY N. ANDERSON, |
| | ) | III IN SUPPORT OF CAPPSEALS, INC.'S |
| CAPPSEALS, INC., | ) | MOTION FOR PARTIAL SUMMARY |
| | ) | JUDGMENT |
| Plaintiff-in-Intervention, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HEALTHY SOLUTIONS, L.L.C., d/b/a | ) | |
| DIRECT BUSINESS CONCEPTS; ITV | ) | |
| DIRECT, INC.; and DIRECT | ) | |
| FULFILLMENT, LLC, | ) | |
| | ) | |
| Intervenor-Defendants. | ) | |

STATE OF ~~WASHINGTON~~ OREGON )
                        ) ss.
County of ~~Clark~~ Multnomah )

I, Harry N. Anderson, III, being first duly sworn, hereby depose and say:

1.    I am a co-owner of Cappseals, Inc., a Washington corporation ("Cappseals"). I make this affidavit upon my own personal knowledge and, if called to testify, would testify in conformance with this affidavit.

2.    In or around August 2003, defendant Healthy Solutions, LLC, dba Direct Business Concepts ("DBC"), a California limited liability company, began issuing purchase orders to Cappseals, a Washington corporation, on a weekly or near weekly basis requesting that Cappseals manufacture and bottle certain quantities of a product known as Supreme Greens with

MSM ("Supreme Greens") for $2.95 per bottle.  A true and correct copy of an example DBC purchase order, dated September 22, 2003, is attached as Exhibit A.

3.    On or about November 11, 2003, DBC issued a standing purchase order to Cappseals requesting that Cappseals manufacture 50,000 bottles of Supreme Greens per week for shipment to Direct Fulfillment, LLC, in Beverly, Massachusetts, an affiliate of DBC's distributor ITV Direct, Inc., a Massachusetts corporation (Direct Fulfillment, LLC and ITV Direct, Inc. are collectively referred to herein as "ITV Direct").  A true and correct copy of this standing purchase order, dated November 25, 2003, is attached as Exhibit B.

4.    Between December 29, 2003, and February 5, 2004, Cappseals made six weekly shipments to ITV Direct containing a total of approximately 303,644 bottles of Supreme Greens. True and correct copies of packing slips and bills of lading evidencing the shipment of these goods to ITV Direct are attached as Exhibit C.

5.    DBC owes Cappseals approximately $890,182.09 for the 303,644 bottles of Supreme Greens shipped to ITV Direct between December 29, 2003, and February 5, 2004.  A true and correct copy of DBC's account statement with Cappseals is attached as Exhibit D.  The entire sum of $890,182.09 owed by DBC to Cappseals for these goods is past due and remains unpaid.  DBC has acknowledged to Cappseals that it has an outstanding balance on its account in the amount of $890,182.09, but asserts that it is without resources to pay this sum because of ITV Direct's refusal to pay DBC for these same goods.

/////

/////

/////

/////

/////

/////

/////

6.    Neither DBC nor ITV Direct has ever notified Cappseals of any non-conformity relating to the 303,644 bottles of Supreme Greens shipped to ITV Direct.

_____

Harry N. Anderson, III

SUBSCRIBED AND SWORN to before me this _22_ day of _June_, 2004.



_____

NOTARY PUBLIC FOR OREGON

**Direct Business Concepts**

9528 Miramar Road, Suite 100
San Diego, CA 92126

**RECEIVED**

SEP 2 9 2003

# Purchase Order

| Date | P.O. No. |
|------|----------|
| 9/22/2003 | 1019 |

**Vendor**

Cappseals
P.O. Box 820650
Vancouver, WA 98682

**Ship To**

Direct Fulfillment
100 Cummings Center
Suite #143H, Dock #144Q
Beverly, MA 01915

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| 30,000 | Supreme Greens with MSM: Capsules | 2.95 | 88,500.00 |
| 15,000 | Supreme Greens with MSM: Powder | 2.66 | 39,900.00 |
| | **Total** | | **$128,400.00** |

EXHIBIT ___A___
PAGE  1  OF  1

**Direct Business Concepts**
9528 Miramar Road, Suite 100
San Diego, CA 92126

**RECEIVED**
NOV 2 6 2003

# Purchase Order

| Date | P.O. No. |
|------|----------|
| 11/25/2003 | 1022 |

| Vendor |
|--------|
| Cappseals
P.O. Box 820650
Vancouver, WA 98682 |

| Ship To |
|---------|
| Direct Fulfillment
100 Cummings Center
Suite #143H, Dock #144Q
Beverly, MA 01915 |

| Expected | Ship Via |
|----------|----------|
| 11/25/2003 | |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| 50,000 | SUPREME GREEN   (capsules or powder)

Please consider this purchase order a WEEKLY shipment of 50000 units of Supreme Greens With MSM.

This will replace P.O. No. 1021

This purchase order is subject to change or cancellation upon 30 days written notice. | 2.95 | 147,500.00 |
| | **Total** | | **$147,500.00** |

EXHIBIT   B
PAGE  1  OF  1

04/07/2004  10:49    3609449429                    CAPPSEALS INC                              PAGE  03



P.O. Box 820650
Vancouver, WA 98682-0014
(360) 944-9420
(360) 944-9429 (Fax)

№ 10647

# PACKING SLIP

Date: _12/29/03_

TO: _Direct Fulfillment_

S.O.# _4352_

P.O. #: _1027  1022_

## PRODUCT INFORMATION:

| ID | DESCRIPTION | LOT # | COUNT | QUANTITY | EXTENDED |
|---|---|---|---|---|---|
| DRG.01.180 | Supreme Green caps | 3101606 | 180 | 20x160x12 | 38,400 BTLS |
| DRG.01.180 | Supreme Green Caps (wophone#) | 3101607 | 180 | 5x160x12 | 9,600 BTLS |
| DRG.01.180 | Supreme Green Caps | 3101606 | 180 | 167x12x78 | 2,012 BTLS |
| | | | | Total | 50,012 BTLS |

## PACKING/FREIGHT INFORMATION:

_Direct Focus_
_26 pallets_

TOTAL WT.: _23,400_ #

COUNTED BY: _____

VERIFIED BY: _____

RECEIVED BY: _____

EXHIBIT  _C_
PAGE _1_ OF _15_

04/07/2004  10:49   3609449429   CAPPSEALS INC   PAGE  04

**S MEMORANDUM** is an acknowledgment that a bill of lading has been issued and is not the Original bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record. subject to individually determined rates or contracts that have been agreed upon in writing between and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by er and are available to the shipper on request.

FOCUS NORTH AMERICA, INC.     800-574-3381   X 103  Linda     **from**     Direct Business Concepts

Carrier's Pro No.
Shipper's Bill of Lading No.
Consignee's Reference/PO No.
Carrier's Code (SCAC)

11307 N.E. 95th St.,  Vancouver, WA     **Carrier**

erty described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood put this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route destination, it is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be d hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the le motor carrier classification or tariff if this is a motor carrier shipment.

er hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment and the said conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

signed to     Direct Fulfillment     PH# 973-299-2603

nation     Beverly     State     MA     Zip Code     01915     County

ery Address ★     100 Cummings Ctr, Ste 143, Dock 144-A     (Mail or street address of consignee—For purposes of notification only.)

( ★ To be filed in only when shipper desires and governing tariffs provide for delivery thereat.)

ering Carrier     Car or Vehicle Initials     No.

| ges | HAZ MAT | | Car or Vehicle Initials | *Weight (Sub. to Cor.) | Class or Rate | Check Column | |
|-----|---------|-----|-----|------|------|------|------|
| | | Food Supplements | | 20,000 | 70 | | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. |

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

Freight charges are PREPAID unless marked collect.

CHECK BOX IF COLLECT ☐

**PLACARDS PROVIDED FOR THIS LOAD**

certify that the above named materials are properly classified, packaged, marked and labeled and are in proper condition for transportation g to the applicable regulations of the Department of Transportation. IMPORTANT: When shipping hazardous materials this information must be provided:

Received $ _____ to apply in prepayment of the charges on the property described hereon.

ENCY CONTACT:     24 HOUR PHONE NUMBER:

ipment moves between two ports by a carrier by water, the law requires that the bill of lading state if it "carrier's or shipper's weight."
here the rate is dependent on value shippers are required to state specifically in writing the agreed or value of the property.

ed or declared value of the property is hereby specifically stated by the shipper to be not exceeding mitation for loss or damage on this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

per _____

re boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, ther requirements of Uniform Freight Classification.
s imprint in lieu of stamp, not a part of bill of lading approved by the Interstate Commerce Commission.

Received $ _____
Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

Shipper, Per _____ Stan Cassuto  12-29-03     Agent, Per _____     ③

ORM  6S675/6P675  Rev. 5/98
UK (50 SETS) 6S675     *carbonless*

EXHIBIT   C
PAGE   2   OF  15

·04/07/2004  10:49    3609449429                    CAPPSEALS INC                    PAGE  05



№ 10674

P.O. Box 820650
Vancouver, WA 98682-0014
(360) 944-9420
(360) 944-9429 (Fax)

# PACKING SLIP

TO:  _Direct Fulfillment_                    Date: _1/5/04_

                                             S.O.# _4528_

                                             P.O. #: _1022_

**PRODUCT INFORMATION:**

| ID | DESCRIPTION | LOT # | COUNT | QUANTITY | EXTENDED |
|---|---|---|---|---|---|
| DBC.01.180 | Supreme Green's | 3101607 | 180 | 9×160×12 | 17,280 BTLS |
| DBC.01.180 | Supreme Green's | 3101606 | 180 | 6×160×12 | 11,520 BTLS |
| DBC01 180 | Supreme Green's | 3101606 | ·180 | 1×176×12 | 2,112 BTLS |
| | | | | | 30,912 BTLS |

**PACKING/FREIGHT INFORMATION:**

_Direct Focus_                    _Cust Arranged_
_16 pallots_

                                             TOTAL WT.: _15,360_

COUNTED BY: _[signature]_

VERIFIED BY: _____

RECEIVED BY: _____

EXHIBIT  _C_
PAGE  _3_ OF _15_

04/07/2004  10:49    3609449429          CAPPSEALS INC                      PAGE  06

**THIS MEMORANDUM** is an acknowledgement that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper on request.

**FOCUS NORTH AMERICA, INC.**                              **Carrier**

| Carrier's Pro No. |
| Shipper's Bill of Lading No. |
| Consignee's Reference/PO No. |
| Carrier's Code (SCAC) |

t   1307 N.E. 95th St.,  Vancouver, WA          **from**      Direct Business Concepts

the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned and destined as indicated below which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned to     Direct Fulfillment     PH# 978-299-2503

Destination     Beverly                          State   MA    (Mail or street address of consignee—For purposes of notification only.)
                                                               Zip Code  01915   County

Delivery Address ★     100 Cummings Cr., Ste. 143, Dock 144-A

           ( ★ To be filled in only when shipper desires and governing tariffs provide for delivery thereof.)

Route

Delivering Carrier                          Car or Vehicle Initials                     No.

| No. Packages | HAZ MAT | | *Weight (Sub. to Cor.) | Class or Rate | Check Column | |
|---|---|---|---|---|---|---|
| pallets | | Food Supplements | 15,360 | 70 | | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | | | | | (Signature of Consignor) |
| | | | | | | Freight charges are PREPAID unless marked collect.
CHECK BOX IF COLLECT ☐ |
| | | **PLACARDS PROVIDED FOR THIS LOAD** | | | | |

This is to certify that the above named materials are properly classified, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. IMPORTANT! When shipping hazardous materials this information must be provided.

Received $_____ to apply in prepayment of the charges on the property described hereon.

EMERGENCY CONTACT:                    24 HOUR PHONE NUMBER:

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading state whether it is "carrier's" or shipper's weight.
NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

Liability Limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

                                                per

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification.
Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Agent or Cashier

Per
(The signature here acknowledges only the amount prepaid.)

Charges Advanced $

_Cappseals Inc_     Shipper, Per _D. Curtiss_          Agent, Per

EDIFORM® 6S675/6P675  Rev. 5/96
POLYPAK (50 SETS) 6S675                                              *carbonless*

EXHIBIT  _C_
PAGE _4_ OF _15_

04/07/2004  10:49    3609449429              CAPPSEALS INC          PAGE  07



P.O. Box 820650
Vancouver, WA  98682-0014
(360) 944-9420
(360) 944-9429 (Fax)

№  10721

# PACKING SLIP

Date: _1/14/04_

TO: _Direct Fullfillment_

S.O.#  _1022_

P.O. #:  _1022_

**PRODUCT INFORMATION:**

| ID | DESCRIPTION | LOT # | COUNT | QUANTITY | EXTENDED |
|---|---|---|---|---|---|
| DBC.01.180 | Suprema Green's | 30101607 | 180 | 8×160×12 | 15,360 BTLS |
| DBC.01.180 | Supreme Green's | 30101608 | 180 | 12×160×12 | 23,040 BTLS |
| DBC.01.180 | Supreme Green's | 30101609 | 180 | 6×160×12 | 11,520 BTLS |
| DBC.02.802 | Suprem Cween's pwd | 4010102 | 8 oz | 4×21×48 | 4,032 Jars |
| | | | | Total | 53,952 BTLS |

**PACKING/FREIGHT INFORMATION:**

_Direct Focus_
_30 skids_

TOTAL WT.: _26,460 #_

COUNTED BY: _____

VERIFIED BY: _____

RECEIVED BY: _____

EXHIBIT  _C_
PAGE _5_ OF _15_

`04/07/2004  10:49    3609449429                    CAPPSEALS INC                        PAGE  08

## IIS MEMORANDUM

is an acknowledgement that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

IVED, subject to individually determined rates or contracts that have been agreed upon in writing between carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper on request.

**FOCUS NORTH AMERICA, INC.**                        **Carrier**

Carrier's Pro No.:
Shipper's Bill of Lading No.:
Consignee's Reference/PO No.:
Carrier's Code (SCAC)

11607 N.E. 95th St.,  Vancouver, WA          **from**    Direct Business Concepts

perty described below in apparent good order except as noted (contents and condition of contents of packages unknown), marked, consigned, and defined as indicated below, which said carrier (the word carrier being understood hout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route destination, it is mutually agreed as to each carrier of all or any of all property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be med hereunder and hall be subject to all the  terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail/water shipment, or (2) in the cable motor carrier classification or tariff if this is a motor carrier shipment.

pper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back hereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said s and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

nsigned to      Direct Fulfillment      Ph # 972-299-2503

stination      Beverly                          State    MA    (Mail or street address of consignee—For purposes of notification only.)
Zip Code    01915    County

ivery Address ★    100 Cummings Cir., S.e. 143, Dock 144-A
( ★ To be filled in only when shipper desires and governing tariffs provide for delivery thereat)

ute

livering Carrier                    Car or Vehicle Initials                    No.

| No. kages | HAZ MAT | | Weight (Sub. to Cor.) | Class or Rate | Check Column | |
|---|---|---|---|---|---|---|
| llets | | Food Supplements | 26,460 | 70 | | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. |
| | | | | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | | | | | (Signature of Consignor) |
| | | | | | | Freight charges are PREPAID unless marked collect. CHECK BOX IF COLLECT ☐ |

## PLACARDS PROVIDED FOR THIS LOAD

to certify that the above named materials are properly classified, packaged, marked and labeled and are in proper condition for transportation rding to the applicable regulations of the Department of Transportation. IMPORTANT! When shipping hazardous materials this information must be provided:

GENCY CONTACT:                        24 HOUR PHONE NUMBER:

shipment moves between two ports by a carrier by water, the law requires that the bill of lading state er it is "carrier's or shipper's weight."
- Where the rate is dependent on value shippers are required to state specifically in writing the agreed or red value of the property.

greed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ly limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

Received $ ____ to apply in prepayment of the charges on the property described herein.

Per ____ (The signature here acknowledges only the amount prepaid.)

Charges Advanced:

ítote boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, d other requirements of Uniform Freight Classification.
per's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

*Cappseals, Inc*        Shipper, Per ____        Agent, Per ____

IFORM    8S675/6P675  Rev, 5/88
PAK (50 SETS) 8S675                                              *carbonless*

EXHIBIT    C
PAGE  6  OF  15

04/07/2004  10:49    3609449429    CAPPSEALS INC    PAGE 09



P.O. Box 820650
Vancouver, WA  98682-0014
(360) 944-9420
(360) 944-9429 (Fax)

№ 10752 ✓

# PACKING SLIP

Date: 1/21/04

TO: Direct Fulfillment

S.O.# 4530

P.O. #: 1022

PRODUCT INFORMATION:

| ID | DESCRIPTION | LOT # | COUNT | QUANTITY | EXTENDED |
|---|---|---|---|---|---|
| DEC.01.180 | Supreme Greens Caps | 4010121 | 180 | 5x192x12 | 11,520 |
| DEC.01.180 | Supreme Greens Caps | 3101609 | 180 | 6x192x12 | 13,824 |
| DEC.01.180 | Supreme Greens Caps | 3101608 | 180 | 2x192x12 | 4,608 |
| DEC.01.180 | Supreme Greens Caps | 4010132 | 180 | 8x192x12 | 18,432 |
| DEC.01.180 | Supreme Greens Caps | 3101607 | 180 | 2x192x12 | 4,608 |
| DEC.01.180 | Supreme Greens | 3101041 | 180 | 2x192x12 | 4,608 |

Total  57,600

PACKING/FREIGHT INFORMATION:

Direct Business / Direct Focus
30 Skids

TOTAL WT.: _____

COUNTED BY: _____

VERIFIED BY: _____

RECEIVED BY: _____

EXHIBIT  C
PAGE  7  OF  15

'04/07/2004   10:49     3609449429                CAPPSEALS  INC                    PAGE  10



P.O. Box 820650
Vancouver, WA  98682-0014
(360) 944-9420
(360) 944-9429 (Fax)

№  10753

# PACKING SLIP

Date: ___1/21/04___

TO: ___Direct Fullfillment___

S.O.# ___4530___

P.O. #: ___1022___

PRODUCT INFORMATION:

| ID | DESCRIPTION | LOT # | COUNT | QUANTITY | EXTENDED |
|---|---|---|---|---|---|
| — | Supreme Greens pwd | 3100905 | 8ᵉᵃ | 3x48 | 144 Jars |
| — | Supreme Greens pwd | 4010104 | 8ᵉᵃ | 19x48+14 | 926 Jars |
| — | Supreme Greens pwd | 4010102 | 8ᵉᵃ | 20x48+37 | 997 Jars |
| — | Supreme Greens pwd | 3100905 | 8ᵉᵃ | 63x48 | 3,024 Jars |
| — | | | | | |
| — | | | Total | * * | 5,091 Jars |

PACKING/FREIGHT INFORMATION:

Direct Focus
30 skids

TOTAL WT.: _____

COUNTED BY:

_____

VERIFIED BY:

_____

RECEIVED BY:

_____

EXHIBIT ___C___
PAGE ___8___ OF ___15___

·04/07/2004  10:49    3609449429                    CAPPSEALS INC                    PAGE  11

**DIFORM.**
ARBONLESS SPEEDISET

SHORT FORM BILL OF LADING 6S675/6P675
3-PART

**S SHIPPING ORDER** Must be legibly filled in, in Ink, Indelible Pencil, or In Carbon, and retained by the Agent.

Carrier's Pro No.
Shipper's Bill of Lading No.
Consignee's Reference/PO No.
Carrier's Code (SCAC)

**FOCUS NORTH AMERICA, INC.**          **Carrier**

1:507 N.E. 95th St.   Vancouver, WA     **from**    Direct Business Concepts

igned to      **Direct Fulfillment**        Ph# 978-299-2503

(Mail or street address of consignee  For purposes of notification only.)

tination ____ **Beverly** _____ State  **MA**  Zip Code   **01915**  County ____

ivery Address ★   100 Cummings Ctr., Ste. 143, Dock 144-A
(★ To be filled in only when shipper desires and governing tariffs provide for delivery thereof.)

| ivering Carrier | | Car or Vehicle Initials | | | No. | |
|---|---|---|---|---|---|---|
| No. kages | HAZ MAT | | *Weight (Sub. to Cor.) | Class or Rate | Check Column | Subject to Section 7 of Conditions of applicable bill of lading, if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. |
| 0  5½ | | Food Supplements | 30,725 | 70 | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | | | | | (Signature of Consignor) |
| | | | | | | Freight charges are PREPAID unless marked collect. |
| | | **PLACARDS PROVIDED FOR THIS LOAD** | | | | CHECK BOX IF COLLECT ☐ |

to certify that the above named materials are properly classified, packaged, marked and labeled and are in proper condition for transportation
rding to the applicable regulations of the Department of Transportation. IMPORTANT! When shipping hazardous materials this information must be provided:

RGENCY CONTACT: _____ 24 HOUR PHONE NUMBER: _____

e shipment moves between two ports by a carrier by water, the law requires that the bill of lading state
her it is "carrier's" or shipper's weight."
- Where the rate is dependent on value shippers are required to state specifically in writing the agreed or
ared value of the property.

igreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
ty limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

Received $_____ to
apply in prepayment of the charges on the
property described hereon.

Agent or Carrier

Per _____
(the signature here acknowledges only the
amount prepaid.)

Charges Advanced:

e fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon.
all other requirements of Uniform Freight Classification.
per's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

*Cappseals*                Shipper per  ☒ Dal  1/21/04        ☒ **Agent** must detach and retain this Shipping Order        **2**
                                                             and must sign the Original Bill of Lading.
ent post-office address of shipper

**IFORM.** 6S675/6P675  Rev. 5/98                                                        *carbonless*
YPAK (50 SETS)-6S675.

EXHIBIT  C
PAGE  9  OF  15

04/07/2004  10:49    3609449429                CAPPSEALS INC                    PAGE  12



№ 10789

P.O. Box 820650
Vancouver, WA  98682-0014
(360) 944-9420
(360) 944-9429 (Fax)

# PACKING SLIP

TO: _Direct Fulfillment_

Date: _1/29/04_

S.O.# _4531_

P.O. #: _1022_

## PRODUCT INFORMATION:

| ID | DESCRIPTION | LOT # (no phone #) | COUNT | QUANTITY | EXTENDED |
|---|---|---|---|---|---|
| DEC.02.8?? | Supreme Greens pwd | 4010104 | 8oz | 20x48+44 | 1,004 BTLS |
| DEC.02.8?? | Supreme Greens pwd | 4010104 | 8oz | 4x21x48 | 4,032 BTLS |
| | | | | Total | 5,036 JARS |

## PACKING/FREIGHT INFORMATION:

_Focus North America_
_30 Skids_

TOTAL WT.: _____

COUNTED BY: _____

VERIFIED BY: _____

RECEIVED BY: _____

EXHIBIT _C_
PAGE _10_ OF _15_

'04/07/2004  10:49    3609449429                    CAPPSEALS INC                    PAGE  13



P.O. Box 820650
Vancouver, WA  98682-0014
(360) 944-9420
(360) 944-9429 (Fax)

№  10790

# PACKING SLIP

Date: ___1/29/04___

TO: _Direct Fulfillment_

S.O.# ___4531___

P.O. #: ___1022___

## PRODUCT INFORMATION:

| ID | DESCRIPTION | LOT # | COUNT | QUANTITY | EXTENDED |
|---|---|---|---|---|---|
| DBC.01.180 | Supreme Green's Caps | 310607 | 180 | 1 x 160 x 12 | 1,920 BTLS |
| DBC.01.180 | Supreme Green's Caps | 401042 | 180 | 7 x 160 x 12 | 13,440 BTLS |
| DBC.01.180 | Supreme Green's Caps | 401021 | 180 | 3 x 160 x 12 | 5,760 BTLS |
| DBC.01.180 | Supreme Green's Caps | 401041 | 180 | 1 x 160 x 12 | 1,920 BTLS |
| DBC.01.180 | Supreme Green's Caps | 401022 | 180 | 13 x 160 x 12 | 24,960 BTLS |

Total    48,000 BTLS

## PACKING/FREIGHT INFORMATION:

Focus North America
30 pallets

TOTAL WT.: _____

COUNTED BY: _____

VERIFIED BY: _____

RECEIVED BY: _____

EXHIBIT __C__
PAGE __11__ OF __15__

04/07/2004  10:49    3609449420              CAPPSEALS INC                    PAGE  14

**IIS MEMORANDUM** It can acknowledgment that a bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

IVED, subject to individually determined rates or contracts that have been agreed upon in writing between carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by carrier and are available to the shipper on request.

| | |
|---|---|
| **FOCUS NORTH AMERICA, INC.** | **Carrier** |

Carrier's Pro No. ____
Shipper's Bill of Lading No. ____
Consignee's Reference/PO No. ____
Carrier's Code (SCAC) ____

1267 N.E. 95th St.,  Vancouver, WA        **from**     Direct Business Concepts

property described below in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as indicated below which said carrier (the word carrier being understood ghout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route said destination, it is mutually agreed as to each carrier of all or any at said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be armed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the cable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof set forth in the classification or tariff which governs the transportation of this shipment, and the said s and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

nsigned to       **Direct Fulfillment**          Ph# 973-299-2503

stination       **Beverly**                              State   **MA**    Zip Code   **01915**   County ____   (Mail or street address of consignee—For purposes of notification only.)

livery Address ★    **100 Cummings Ctr., Ste. 143, Dock 144-A**

ute ____          (★ To be filed in only when shipper desires and governing tariffs provide for delivery thereof.)

| No. ckages | HAZ MAT | Car or Vehicle Initials | No. | | *Weight (Sub. to Cor.) | Class or Rate | Check Column | |
|---|---|---|---|---|---|---|---|---|
| pallets | | Food Supplements | | | 26,450# | 70 | | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. |
| | | | | | | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | | | | | | | _____ (Signature of Consignor) |
| | | | | | | | | Freight charges are PREPAID unless marked collect. |
| | **PLACARDS PROVIDED FOR THIS LOAD** | | | | | | | CHECK BOX IF COLLECT □ |

to certify that the above named materials are properly classified, packaged, marked and labeled and are in proper condition for transportation ding to the applicable regulations of the Department of Transportation. IMPORTANT! When shipping hazardous materials this information must be provided.

ERGENCY CONTACT: ____              24 HOUR PHONE NUMBER: ____

he shipment moves between two ports by a carrier by water, the law requires that the bill of lading state ther it is "carrier's or shipper's weight."
E – Where the rate is dependent on value shippers are required to state specifically in writing the agreed or lared value of the property.

agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
____ per ____

lity Limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

e fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, all other requirements of Uniform Freight Classification."
pper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

Received $ ____ to apply in prepayment of the charges on the property described hereon.

_____ Agent or Cashier

Per ____ (The signature here acknowledges only the amount prepaid.)

Charges Advanced:
$ ____

*Cappseals Inc* 1/29/04   Shipper, Per ____          Agent, Per ____

DIFORM® 6S675/6P675 Rev. 5/98
YPAK (50 SETS) 6S675                                              *carbonless*

EXHIBIT  C
PAGE  12 OF 15

'04/07/2004  10:49    3609449429                    CAPPSEALS INC                          PAGE  15



P.O. Box 820650
Vancouver, WA  98682-0014
(360) 944-9420
(360) 944-9429 (Fax)

№  10827

# PACKING SLIP

Date: _2/5/04_

TO:  _Direct Fulfillment_

S.O.#  _4532_

P.O. #:  _1022_

PRODUCT INFORMATION:

| ID | DESCRIPTION | LOT # | COUNT | QUANTITY | EXTENDED |
|---|---|---|---|---|---|
| DEC.02.8^oz | Supreme Green's pwd | 4010104 | 8^oz | 3×48 | 144 Jars |
| DEC.02.8^oz | Supreme Green's pwd | 4010106 | 8^oz | 102×48 | 4,896 Jars |
| | | | | Total | 5,040 Jars |

PACKING/FREIGHT INFORMATION:

_Focus North America_
_30 Skids_

TOTAL WT.: _____

COUNTED BY:

VERIFIED BY:

RECEIVED BY:

EXHIBIT _C_
PAGE _13_ OF _15_

'04/07/2004  10:49    3609449429                        CAPPSEALS INC                        PAGE  15



P.O. Box 820650
Vancouver, WA  98682-0014
(360) 944-9420
(360) 944-9429 (Fax)

№  10826

# PACKING SLIP

Date: _2/5/04_

TO: _Direct Fullfillment_

S.O.# _4532_

P.O. #: _1022_

**PRODUCT INFORMATION:**

| ID | DESCRIPTION | LOT # | COUNT | QUANTITY | EXTENDED |
|---|---|---|---|---|---|
| DEC.01.180 | Supreme Greens Caps | 4010143 | 180 | 6 x 160 x 12 | 11,520 BTLS |
| DEC.01.180 | Supreme Greens Caps | 4010123 | 180 | 5 x 160 x 12 | 9,600 BTLS |
| DEC.01.180 | Supreme Green's Caps | 4010133 | 180 | 11 x 160 x 12 | 21,120 BTLS |
| DEC.01.180 | Supreme Greens Caps | 401012z | 180 | 2 x 160 x 12 | 3,840 BTLS |
| DEC.01.180 | Supreme Greens Caps | 4010132 | 180 | 1 x 160 x 12 | 1,920 BTLS |

Total   48,000 BTLS

**PACKING/FREIGHT INFORMATION:**

_Focus North America_
_30 Skids_

TOTAL WT.: _____

COUNTED BY:

VERIFIED BY: _____                    RECEIVED BY: _____

EXHIBIT __C__
PAGE _14_ OF _15_

04/07/2004  10:49   3609449499                    CAPPSEALS INC                           PAGE  17

**IS MEMORANDUM** is an acknowledgment that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

Carrier's Pro No. **55 898**

sued, subject to individually determined rates or contracts that have been agreed upon in writing between carrier and shipper if applicable, otherwise to the rates, classifications and rules that have been established by carrier and are available to the shipper, on request:

Shipper's Bill of Lading No.
Consignee's Reference/PO No.
Carrier's Code (SCAC)

**FOCUS NORTH AMERICA, INC.**                              **Carrier**

11807 N.E. 95th St.,    Vancouver, WA           **from**       Direct Business Concepts

property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route said destination, it is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be erformed hereunder shall be subject to all the  terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (if it is a rail or a rail-water shipment, or (2) in the plicable motor carrier classification or tariff if this is a motor carrier shipment.

shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said rs and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

onsigned to    Direct Fulfillment         FA# 973-299-2503

estination    Beverly                                 State  MA    Zip Code  01915   County _____

(Mail or street address of consignee—For purposes of notification only.)

elivery Address ★    100 Cummings Cir., Ste. 149, Dock 144-A

( ★ To be filled in only when shipper desires and governing tariffs provide for delivery thereof.)

oute

elivering Carrier                        Car or Vehicle Initials                        No.

| No. ackages | HA2 MAT | | *Weight (Sub. to Cor.) | Class or Rate | Check Column | |
|---|---|---|---|---|---|---|
| pails | | Food Supplements | 26,450# | 70 | | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. |
| | | | | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | | | | | _____ (Signature of Consignor) |

**PLACARDS PROVIDED FOR THIS LOAD**

is to certify that the above named materials are properly classified, packaged, marked and labeled and are in proper condition for transportation cording to the applicable regulations of the Department of Transportation. IMPORTANT! When shipping hazardous materials this information must be provided:

Freight charges are PREPAID unless marked collect.

CHECK BOX IF COLLECT ☐

Received $ _____ to apply in prepayment of the charges on the property described hereon.

ERGENCY CONTACT: _____    24 HOUR PHONE NUMBER: _____

the shipment moves between two ports by a carrier by water, the law requires that the bill of lading state ether it is "carrier's  or shipper's weight."
TE - Where the rate is dependent on value shippers are required to state specifically in writing the agreed or clared value of the property.

Agent or Cashier

e agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding bility Limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

Per _____ (The signature here acknowledges only the amount prepaid.)

per _____

the fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, d all other requirements of Uniform Freight Classification."
hipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

Charges Advanced:
$ _____

*Cappseals, Inc 2/5/04*  Shipper, Per **J. cubes** _____              Agent, Per _____

EDIFORM® 6S675/6P675  Rev, 5/98
OLYPAK (50 SETS) 6S675                                                        *carbonless*

EXHIBIT ___C___
PAGE 15 OF 15

# STATEMENT

Page: 1

Statement of account

GAPPSEALS, INC.
P O Box 820650
Vancouver, WA 98682
(360) 944-9420

Statement Date: 02/29/04

Salesperson:

Direct Business Concepts
1042 N. Mountain Avenue
Upland, CA 91786

Customer No.: DBC-001

0.00

| DATE | REFERENCE | DESCRIPTION | CHARGE | CREDIT | BALANCE |
|------|-----------|-------------|--------|--------|---------|
| 12/29/03 | 0035537-IN | | | | |
| 01/05/04 | 0035559-IN | | 147,538.35 | | 147,538.35 |
| 01/14/04 | 0035591-IN | | 91,190.40 | | 91,190.40 |
| 01/21/04 | 0035626-IN | | 157,989.12 | | 157,989.12 |
| 01/29/04 | 0035653-IN | | 183,462.06 | | 183,462.06 |
| 02/05/04 | 0035682-IN | | 154,995.76 | | 154,995.76 |
| | | | 155,006.40 | | 155,006.40 |

TOTAL 890,182.09

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---------|---------|---------|---------|----------|-------------|
| 155,006.40 | 587,637.34 | 147,538.35 | 0.00 | 0.00 | 890,182.09 |

EXHIBIT _D_
PAGE _1_ OF _4_

ACCOUNTS RECEIVABLE TRIAL BALANCE REPORT                                    CAPPSEALS, INC.

*Statement of account* ALL INVOICES

| CUSTOMER/ INVOICE NO. | DATES INVOICE | DUE DSCNT | INVOICE AMOUNT | DISCOUNT AMOUNT | INVOICE BALANCE | TRANSACTION TYPE DATE | AMOUNT | CK. NO./ TYPE | DEPOSIT DATE |
|---|---|---|---|---|---|---|---|---|---|
| DBC 001 | Direct Business Concepts | | | | | | | | |
| 0035154 - IN | 08/29/03 | 08/29 | 21,476.00 | .00 | .00 | INV 08/29/03 | 21,476.00 | | |
| 0035193 - IN | 09/16/03 | 09/16 | 53,241.60 | .00 | .00 | PMT 09/25/03 | 21,476.00- | WIRE | 09/30/03 |
| | | | | | | INV 09/25/03 | 53,241.60 | | |
| 0035229 - IN | 09/25/03 | 09/25 | 5,320.00 | .00 | .00 | PMT 09/30/03 | 53,241.60- | WIRE | 09/30/03 |
| | | | | | | INV 09/30/03 | 5,320.00 | | |
| 0035230 - IN | 09/25/03 | 09/25 | 33,807.00 | .00 | .00 | PMT 11/01/03 | 5,320.00- | WIRE | 11/01/03 |
| | | | | | | INV 09/30/03 | 33,807.00 | | |
| 0035253 - IN | 10/03/03 | 10/03 | 41,418.00 | .00 | .00 | PMT 11/01/03 | 33,807.00- | WIRE | 11/01/03 |
| | | | | | | INV 10/07/03 | 41,418.00 | | |
| 0035271 - IN | 10/08/03 | 10/08 | 4,425.00 | .00 | .00 | PMT 11/10/03 | 41,418.00- | 9002133915 | 11/10/03 |
| | | | | | | INV 10/09/03 | 4,425.00 | | |
| 0035272 - IN | 10/08/03 | 10/08 | 1,330.00 | .00 | .00 | PMT 11/10/03 | 4,425.00- | 9002133915 | 11/10/03 |
| | | | | | | INV 10/09/03 | 1,330.00 | | |
| 0035277 - IN | 10/10/03 | 10/10 | 58,368.70 | .00 | .00 | PMT 11/10/03 | 1,330.00- | 9002133915 | 11/10/03 |
| | | | | | | INV 10/14/03 | 58,368.70 | | |
| 0035278 - IN | 10/10/03 | 10/10 | 6,650.00 | .00 | .00 | PMT 11/18/03 | 58,368.70- | WIRE | 11/18/03 |
| | | | | | | INV 10/14/03 | 6,650.00 | | |
| 0035279 - IN | 10/10/03 | 10/10 | 1,356.60 | .00 | .00 | PMT 11/18/03 | 6,650.00- | WIRE | 11/18/03 |
| | | | | | | INV 10/14/03 | 1,356.60 | | |
| | | | | | | PMT 11/18/03 | 1,356.60- | WIRE | 11/18/03 |
| 0035294 - IN | 10/17/03 | 10/17 | 10,956.30 | .00 | .00 | INV 10/21/03 | .30- | DSCNT APPL | 11/18/03 |
| | | | | | | INV 10/21/03 | 10,956.30 | | |
| 0035295 - IN | 10/17/03 | 10/17 | 18,779.70 | .00 | .00 | PMT 11/25/03 | 10,956.30- | WIRE TSFER | 11/25/03 |
| | | | | | | INV 10/21/03 | 18,779.70 | | |
| 0035308 - IN | 10/21/03 | 10/21 | 5,320.00 | .00 | .00 | PMT 11/25/03 | 18,779.70- | WIRE TSFER | 11/25/03 |
| | | | | | | INV 10/28/03 | 5,320.00 | | |
| 0035323 - IN | 10/24/03 | 10/24 | 69,720.30 | .00 | .00 | PMT 12/08/03 | 5,320.00- | WIRE | 12/08/03 |
| | | | | | | INV 10/28/03 | 69,720.30 | | |
| 0035324 - IN | 10/24/03 | 11/23 | 26,921.70 | .00 | .00 | PMT 12/08/03 | 69,720.30- | WIRE | 12/08/03 |
| | | | | | | INV 10/28/03 | 26,921.70 | | |
| 0035325 - IN | 10/24/03 | 10/24 | 21,450.24 | .00 | .00 | PMT 12/08/03 | 26,921.70- | WIRE | 12/08/03 |
| | | | | | | INV 10/28/03 | 21,450.24 | | |
| | | | | | | PMT 12/08/03 | 21,450.20- | WIRE | 12/08/03 |
| 0035360 - IN | 11/03/03 | 11/03 | 11,773.16 | .00 | .00 | INV 11/04/03 | .04- | DSCNT APPL | 12/08/03 |
| | | | | | | INV 11/04/03 | 11,773.16 | | |
| 0035361 - IN | 11/03/03 | 12/03 | 15,039.64 | .00 | .00 | PMT 12/19/03 | 11,773.16- | WIRE | 12/19/03 |
| | | | | | | INV 11/04/03 | 15,039.64 | | |
| 0035362 - IN | 11/03/03 | 12/03 | 26,550.00 | .00 | .00 | PMT 12/19/03 | 15,039.64- | WIRE | 12/19/03 |
| | | | | | | INV 11/04/03 | 26,550.00 | | |
| 0035376 - IN | 11/07/03 | 12/07 | 57,064.80 | .00 | .00 | PMT 12/19/03 | 26,550.00- | WIRE | 12/19/03 |
| | | | | | | INV 11/11/03 | 57,064.80 | | |
| 0035377 - IN | 11/07/03 | 12/07 | 13,361.18 | .00 | .00 | PMT 12/19/03 | 57,064.80- | WIRE | 12/19/03 |
| | | | | | | INV 11/11/03 | 13,361.18 | | |
| 0035399 - IN | 11/14/03 | 12/14 | 12,874.40 | .00 | .00 | PMT 12/19/03 | 13,361.18- | WIRE | 12/19/03 |
| | | | | | | INV 11/18/03 | 12,874.40 | | |
| 0035400 - IN | 11/14/03 | 12/14 | 74,694.00 | .00 | .00 | PMT 12/26/03 | 12,874.40- | WIRE | 12/26/03 |
| | | | | | | INV 11/18/03 | 74,694.00 | | |
| 0035406 - IN | 11/19/03 | 12/19 | 37,170.00 | .00 | .00 | PMT 12/26/03 | 74,694.00- | WIRE | 12/26/03 |
| | | | | | | INV 11/20/03 | 37,170.00 | | |
| | | | | | | PMT 12/26/03 | 37,169.60- | WIRE | 12/26/03 |
| 0035419 - IN | 11/25/03 | 12/25 | 141,305.00 | .00 | .00 | INV 11/30/03 | .40- | DSCNT APPL | 12/26/03 |
| | | | | | | INV 11/30/03 | 141,305.00 | | |
| 0035442 - IN | 12/03/03 | 01/02 | 118,944.00 | .00 | .00 | PMT 01/07/04 | 141,305.00- | WIRE | 01/07/04 |
| | | | | | | INV 12/04/03 | 118,944.00 | | |
| 0035463 - IN | 12/06/03 | 01/05 | 15,871.00 | .00 | .00 | PMT 01/15/04 | 118,944.00- | WIRE | 01/15/04 |
| | | | | | | INV 12/09/03 | 15,871.00 | | |
| 0035464 - IN | 12/06/03 | 01/05 | 89,479.40 | .00 | .00 | PMT 01/21/04 | 15,871.00- | WIRE | 01/21/04 |
| | | | | | | INV 12/09/03 | 89,479.40 | | |
| 0035493 - IN | 12/12/03 | 01/11 | 118,944.00 | .00 | .00 | PMT 01/21/04 | 89,479.40- | WIRE | 01/21/04 |
| | | | | | | INV 12/15/03 | 118,944.00 | | |
| 0035532 - IN | 12/19/03 | 01/18 | 147,511.80 | .00 | .00 | PMT 01/30/04 | 118,944.00- | WIRE | 01/30/04 |
| | | | | | | INV 12/23/03 | 147,511.80 | | |
| 0035537 - IN | 12/29/03 | 01/28 | 147,538.35 | .00 | 147,538.35 | PMT 02/09/04 | 147,511.80- | WIRE | 02/09/04 |
| 0035599 - IN | 01/05/04 | 02/04 | 91,190.40 | .00 | 91,190.40 | INV 12/30/03 | 147,538.35 | | |
| 0035591 - IN | 01/14/04 | 02/13 | 157,989.12 | .00 | 157,989.12 | INV 01/09/04 | 91,190.40 | | |
| 0036626 - IN | 01/21/04 | 02/20 | 183,462.06 | .00 | 183,462.06 | INV 01/14/04 | 157,989.12 | | |
| 0035653 - IN | 01/29/04 | 02/28 | 154,995.76 | .00 | 154,995.76 | INV 01/20/04 | 183,462.06 | | |
| 0035682 - IN | 02/05/04 | 03/06 | 155,006.40 | .00 | 155,006.40 | INV 01/30/04 | 154,995.76 | | |
| 0035719 - IN | 02/12/04 | 03/13 | .00 | .00 | .00 | INV 02/10/04 | 155,006.40 | | |
| | | | | | | ADJ 02/09/04 | 140,092.80 | | |
| | | | | | | INV 02/12/04 | 140,092.80 | | |

EXHIBIT D
PAGE 2 OF 4

ACCOUNTS RECEIVABLE TRIAL BALANCE REPORT                                    CAPPSEALS, INC.

*Statement of account*    ALL INVOICES

| CUSTOMER/ INVOICE NO. | DATES INVOICE DUE DSCNT | INVOICE AMOUNT | DISCOUNT AMOUNT | INVOICE BALANCE | TYPE | TRANSACTION DATE AMOUNT | CK. NO/ TYPE | DEPOSIT DATE |
|---|---|---|---|---|---|---|---|---|
| CUSTOMER DBC 001 TOTALS: | | 2,151,305.61 | .00 | 890,182.09 | | 890,182.09 | | |
| REPORT TOTALS: | | 2,151,305.61 | .00 | 890,182.09 | | 890,182.09 | | |
| NUMBER OF CUSTOMERS: | 1 | | | | | | | |

EXHIBIT __D__
PAGE __3__ OF __4__

DIRECT BUSINESS CONCEPTS
SHIPMENTS

## DIRECT BUSINESS CONCEPTS SHIPMENTS

### SORTED BY PO #:

| Order Date | PO Number | Date Shipped | Total Ordered | Total Shipped | Quantity Shipped Capsules | Powder | Over (under) | Accum Over (under) |
|---|---|---|---|---|---|---|---|---|
| 08/26/03 | 1015 | 09/02/03 | 25,000 | 25,328 | 7,280 | 0 | 328 | 328 |
| " | " | 09/12/03 | | | 18,048 | 0 | | 328 |
| 09/05/03 | 1016 | 09/25/03 | 25,000 | 25,500 | 11,460 | 0 | 500 | 828 |
| " | " | 10/03/03 | | | 14,040 | 0 | | 828 |
| 09/18/03 | 1018 | 09/23/03 | 30,000 | 30,000 | 0 | 2,000 | | 828 |
| " | " | 10/08/03 | | | 1,500 | 500 | | 828 |
| " | " | 10/10/03 | | | 19,786 | 2,500 | | 828 |
| " | " | 10/17/03 | | | 3,714 | 0 | | 828 |
| 09/29/03 | 1019 | 10/10/03 | 45,000 | 45,000 | 0 | 510 | | 828 |
| " | " | 10/17/03 | | | 6,366 | 0 | | 828 |
| " | " | 10/21/03 | | | 0 | 2,000 | | 828 |
| " | " | 10/24/03 | | | 23,634 | 8,064 | | 828 |
| " | " | 11/03/03 | | | 0 | 4,426 | | 828 |
| 10/09/03 | 1021-11 | 10/24/03 | 160,000 | 179,127 | 9,126 | 0 | 19,127 | 19,955 |
| " | " | 11/03/03 | | | 9,000 | 5,654 | | 19,955 |
| " | " | 11/07/03 | | | 19,344 | 5,023 | | 19,955 |
| " | " | 11/18/03 | | | 37,920 | 4,840 | | 19,955 |
| " | " | 11/25/03 | | | 47,900 | 0 | | 19,955 |
| " | " | 12/03/03 | | | 40,320 | 0 | | 19,955 |
| 10/09/03 | 1021-12 | 12/06/03 | 40,000 | 35,712 | 35,712 | 0 | (4,288) | 15,667 |
| " | " | 12/12/03 | 40,000 | 40,320 | 40,320 | 0 | 320 | 15,987 |
| " | " | 12/18/03 | 50,000 | 50,004 | 50,004 | 0 | 4 | 15,991 |
| " | " | 12/29/03 | 50,000 | 50,013 | 50,013 | 0 | 13 | 16,004 |
| 10/09/03 | 1022-01 | 01/05/04 | 50,000 | 30,912 | 30,912 | 0 | (19,088) | (3,084) |
| " | " | 01/14/04 | 50,000 | 53,952 | 49,920 | 4,032 | 3,952 | 868 |
| " | " | 01/21/04 | 50,000 | 62,691 | 57,600 | 5,091 | 12,691 | 13,559 |
| " | " | 01/29/04 | 50,000 | 53,040 | 48,000 | 5,036 | 3,040 | 16,599 |
| 10/09/03 | 1022-02 | 02/05/04 | 50,000 | 53,040 | 48,000 | 5,040 | 3,040 | 19,639 |
| **Total bottles** | | | **715,000** | **734,639** | **679,919** | **54,716** | **19,639** | |

### SORTED BY SHIP DATE

| Date Shipped | PO Number | Total Shipped | Quantity Shipped Capsules | Powder |
|---|---|---|---|---|
| 09/02/03 | 1015 | 7,280 | 7,280 | 0 |
| 09/12/03 | 1015 | 18,048 | 18,048 | 0 |
| 09/23/03 | 1018 | 2,000 | 0 | 2,000 |
| 09/25/03 | 1016 | 11,460 | 11,460 | 0 |
| 10/03/03 | 1016 | 14,040 | 14,040 | 0 |
| 10/08/03 | 1018 | 2,000 | 1,500 | 500 |
| 10/10/03 | 1018 | 22,796 | 19,786 | 2,500 |
| 10/10/03 | 1019 | | 0 | 510 |
| 10/17/03 | 1018 | 10,080 | 3,714 | 0 |
| 10/17/03 | 1019 | | 6,366 | 0 |
| 10/21/03 | 1019 | 2,000 | 0 | 2,000 |
| 10/24/03 | 1019 | 40,824 | 23,634 | 8,064 |
| 10/24/03 | 1021 | | 9,126 | 0 |
| 11/03/03 | 1019 | 19,080 | 0 | 4,426 |
| 11/03/03 | 1021-11 | | 9,000 | 5,654 |
| 11/07/03 | 1021-11 | 24,367 | 19,344 | 5,023 |
| 11/18/03 | 1021-11 | 42,760 | 37,920 | 4,840 |
| 11/25/03 | 1021-11 | 47,900 | 47,900 | 0 |
| 12/03/03 | 1021-11 | 40,320 | 40,320 | 0 |
| 12/06/03 | 1021-12 | 35,712 | 35,712 | 0 |
| 12/12/03 | 1021-12 | 40,320 | 40,320 | 0 |
| 12/18/03 | 1021-12 | 50,004 | 50,004 | 0 |
| 12/29/03 | 1021-12 | 50,013 | 50,013 | 0 |
| 01/05/04 | 1022-01 | 30,912 | 30,912 | 0 |
| 01/14/04 | 1022-01 | 53,952 | 49,920 | 4,032 |
| 01/21/04 | 1022-01 | 62,691 | 57,600 | 5091 |
| 01/29/04 | 1022-01 | 53,036 | 48,000 | 5,036 |
| 02/05/04 | 1022-02 | 53,040 | 48,000 | 5,040 |
| | | 734,635 | 679,919 | 54,716 |

EXHIBIT ___D___
PAGE _4_ OF _4_