UNITED STATES DISTRICT COURT
For the District of Massachusetts

| | |
|---|---|
| ITV DIRECT, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HEALTHY SOLUTIONS, LLC, ET. AL., )<br>)<br>Defendants. )<br><br>CAPPSEALS, INC., )<br>)<br>Plaintiff-in-Intervention )<br>)<br>v. )<br>)<br>HEALTHY SOLUTIONS, LLC, D/B/A )<br>DIRECT BUSINESS CONCEPTS; ITV )<br>DIRECT, INC. AND DIRECT )<br>FULFILLMENT, LLC. )<br>)<br>Intervenor-Defendants. )  | C. A. No. 04-CV10421-JLT |

**EXHIBIT B**

ITV Direct, Inc.

900 Cummings Center
Suite B07-U
Beverly, MA  01915

# Purchase Order

| Date | P.O. No. |
|---|---|
| 11/21/2003 | 1101 |

| Vendor |
|---|
| Healthy Solutions, Inc.<br>11272 Day Lily Street<br>Fontana, CA 92337<br>ATTN:  GREG |

| Ship To |
|---|
| Direct Fufillment<br>100 Cummings Center<br>Suite 143H<br>Dock 144Q<br>Beverly, MA  01915 |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| Supreme Greens (... | SUPREME GREENS WITH MSM - (CAPSULES OR POWDERS)<br><br>PLEASE CONSIDER THIS PURCHASE ORDER A WEEKLY SHIPMENT OF 50,000 UNITS OF SUPREME GREENS WITH MSM<br><br>THIS WILL REPLACE PO NO. 1078<br><br>THIS PURCHASE ORDER IS SUBJECT TO CHANGE OR CANCELLATION UPON 30 DAY WRITTEN NOTICE | 50,000 | 6.50 | 325,000.00 |

Thank you.

**Total**  $325,000.00

| Phone # | Fax # |
|---|---|
| 978-299-2231 | 978-299-2589 |

ITV 00324