UNITED STATES DISTRICT COURT
For the District of Massachusetts

|  |  |  |
|---|---|---|
| ITV DIRECT, INC.,<br><br>   Plaintiff,<br><br> v.<br><br>HEALTHY SOLUTIONS, LLC, ET. AL.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |  |
| CAPPSEALS, INC.,<br><br>   Plaintiff-in-Intervention<br><br> v.<br><br>HEALTHY SOLUTIONS, LLC, D/B/A DIRECT BUSINESS CONCEPTS; ITV DIRECT, INC. AND DIRECT FULFILLMENT, LLC.<br><br>   Intervenor-Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C. A. No. 04-CV10421-JLT |

**EXHIBIT 5**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC., )<br><br>                    Plaintiff, )<br><br>v. )<br><br>HEALTHY SOLUTIONS, L.L.C., et al, )<br><br>                    Defendants. )<br>                                           )<br>―――――――――――――――――――――<br>CAPPSEALS, INC., )<br><br>          Plaintiff-in-Intervention, )<br><br>v. )<br><br>HEALTHY SOLUTIONS, L.L.C., d/b/a )<br>DIRECT BUSINESS CONCEPTS; ITV )<br>DIRECT, INC.; and DIRECT )<br>FULFILLMENT, LLC, )<br><br>          Intervenor-Defendants. ) | Civil Action No. 04 CV 10421 JLT<br><br><br><br><br>AFFIDAVIT OF HARRY N. ANDERSON, III IN SUPPORT OF CAPPSEALS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT |

STATE OF ~~WASHINGTON~~ OREGON )
                                                     ) ss.
County of ~~Clark~~ multnomah )

I, Harry N. Anderson, III, being first duly sworn, hereby depose and say:

1.    I am a co-owner of Cappseals, Inc., a Washington corporation ("Cappseals"). I make this affidavit upon my own personal knowledge and, if called to testify, would testify in conformance with this affidavit.

2.    In or around August 2003, defendant Healthy Solutions, LLC, dba Direct Business Concepts ("DBC"), a California limited liability company, began issuing purchase orders to Cappseals, a Washington corporation, on a weekly or near weekly basis requesting that Cappseals manufacture and bottle certain quantities of a product known as Supreme Greens with

MSM ("Supreme Greens") for $2.95 per bottle.  A true and correct copy of an example DBC purchase order, dated September 22, 2003, is attached as Exhibit A.

3.      On or about November 11, 2003, DBC issued a standing purchase order to Cappseals requesting that Cappseals manufacture 50,000 bottles of Supreme Greens per week for shipment to Direct Fulfillment, LLC, in Beverly, Massachusetts, an affiliate of DBC's distributor ITV Direct, Inc., a Massachusetts corporation (Direct Fulfillment, LLC and ITV Direct, Inc. are collectively referred to herein as "ITV Direct").  A true and correct copy of this standing purchase order, dated November 25, 2003, is attached as Exhibit B.

4.      Between December 29, 2003, and February 5, 2004, Cappseals made six weekly shipments to ITV Direct containing a total of approximately 303,644 bottles of Supreme Greens. True and correct copies of packing slips and bills of lading evidencing the shipment of these goods to ITV Direct are attached as Exhibit C.

5.      DBC owes Cappseals approximately $890,182.09 for the 303,644 bottles of Supreme Greens shipped to ITV Direct between December 29, 2003, and February 5, 2004.  A true and correct copy of DBC's account statement with Cappseals is attached as Exhibit D.  The entire sum of $890,182.09 owed by DBC to Cappseals for these goods is past due and remains unpaid.  DBC has acknowledged to Cappseals that it has an outstanding balance on its account in the amount of $890,182.09, but asserts that it is without resources to pay this sum because of ITV Direct's refusal to pay DBC for these same goods.

/////

/////

/////

/////

/////

/////

/////

6.     Neither DBC nor ITV Direct has ever notified Cappseals of any non-conformity relating to the 303,644 bottles of Supreme Greens shipped to ITV Direct.



Harry N. Anderson, III

SUBSCRIBED AND SWORN to before me this _22_ day of _June_, 2004.



OFFICIAL SEAL
APRIL LEE
NOTARY PUBLIC-OREGON
COMMISSION NO. 344512
MY COMMISSION EXPIRES APR. 1, 2005

NOTARY PUBLIC FOR OREGON

**Direct Business Concepts**
9528 Miramar Road, Suite 100
San Diego, CA 92126

RECEIVED
SEP 2 9 2003

# Purchase Order

| Date | P.O. No. |
|------|----------|
| 9/22/2003 | 1019 |

| Vendor |
|--------|
| Cappseals
P.O. Box 820650
Vancouver, WA 98682 |

| Ship To |
|---------|
| Direct Fulfilment
100 Cummings Center
Suite #143H, Dock #144Q
Beverly, MA 01915 |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| 30,000 | Supreme Greens with MSM: Capsules | 2.95 | 88,500.00 |
| 15,000 | Supreme Greens with MSM: Powder | 2.66 | 39,900.00 |
| | **Total** | | **$128,400.00** |

EXHIBIT    A
PAGE   1   OF   1

**Direct Business Concepts**
9528 Miramar Road, Suite 100
San Diego, CA 92126

**RECEIVED**
NOV 2 6 2003

# Purchase Order

| Date | P.O. No. |
|------|----------|
| 11/25/2003 | 1022 |

| Vendor |
|--------|
| Cappseals
P.O. Box 820650
Vancouver, WA 98682 |

| Ship To |
|---------|
| Direct Fulfillment
100 Cummings Center
Suite #143H, Dock #144Q
Beverly, MA 01915 |

| Expected | Ship Via |
|----------|----------|
| 11/25/2003 | |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| 50,000 | SUPREME GREEN   (capsules or powder)

Please consider this purchase order a WEEKLY shipment of 50000 units of Supreme Greens With MSM.

This will replace P.O. No. 1021

This purchase order is subject to change or cancellation upon 30 days written notice. | 2.95 | 147,500.00 |
| | **Total** | | **$147,500.00** |

EXHIBIT __B__
PAGE __1__ OF __1__

04/07/2004 10:49    3609449429    CAPPSEALS INC    PAGE 03



№ 10647

P.O. Box 820650
Vancouver, WA 98682-0014
(360) 944-9420
(360) 944-9429 (Fax)

# PACKING SLIP

TO: Direct Fulfillment

Date: 12/29/03

S.O.# 4352

P.O. #: 1027   1022

## PRODUCT INFORMATION:

| ID | DESCRIPTION | LOT # | COUNT | QUANTITY | EXTENDED |
|---|---|---|---|---|---|
| DRC.01.180 | Supreme Green caps | 3101606 | 180 | 20x160x12 | 38,400 BTLS |
| DRC.01.180 | Supreme Green Caps (isophase#) | 3101607 | 180 | 5x160x12 | 9,600 BTLS |
| DRC.01.180 | Supreme Green Caps | 3101606 | 180 | 167x12x78 | 2,018 BTLS |
| | | | | Total | 50,018 BTLS |

## PACKING/FREIGHT INFORMATION:

Direct Focus
26 pallets

TOTAL WT.: 23,400 #

COUNTED BY:

VERIFIED BY:

RECEIVED BY:

EXHIBIT C
PAGE 1 OF 15

04/07/2004  10:49    3609449429    CAPPSEALS INC    PAGE  04

**S MEMORANDUM** is an acknowledgment that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record, subject to individually determined rates or contracts that have been agreed upon in writing between ... and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by ... and are available to the shipper on request.

**FOCUS NORTH AMERICA, INC.**    800-574-3581    X 103 Linda

| Carrier's Pro No. |
| Shipper's Bill of Lading No. |
| Consignee's Reference/PO No. |
| Carrier's Code (SCAC) |

**Carrier**

1:807 N.E. 95th St.,  Vancouver, WA    **from**    Direct Business Concepts

... described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood ... this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination if on its route, otherwise to deliver to another carrier on the route ... destination, it is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to he ... hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the ... the motor carrier classification or tariff if this is a motor carrier shipment.

... hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment and the said ... and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

...gned to    **Direct Fulfillment**    PH# 973-299-2603

...nation    Beverly    State    MA    Zip Code    01915    County ___    (Mail or street address of consignee—For purposes of notification only.)

...ery Address ★    100 Cummings Cir., Ste. 143, Dock 144-A

( ★ To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

...ering Carrier    Car or Vehicle Initials    No.

| ...ges | HAZ MAT | | Car or Vehicle Initials | *Weight (Sub. to Cor.) | Class or Rate | Check Column | |
|---|---|---|---|---|---|---|---|
| ...HS | | Food Supplements | | 20,000 | 70 | | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. |

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

Freight charges are PREPAID unless marked collect.

CHECK BOX IF COLLECT ☐

**PLACARDS PROVIDED FOR THIS LOAD**

...certify that the above named materials are properly classified, packaged, marked and labeled and are in proper condition for transportation ... to the applicable regulations of the Department of Transportation. IMPORTANT When shipping hazardous materials this information must be provided:

...ENCY CONTACT:

24 HOUR PHONE NUMBER:

...ipment moves between two ports by a carrier by water, the law requires that the bill of lading state ... it is "carrier's or shipper's weight."
...here the rate is dependent on value shippers are required to state specifically in writing the agreed or ... value of the property.

...ed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ...mitation for loss or damage on this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

per

...re boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, ...ther requirements of Uniform Freight Classification."
...'s imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

Received $ ___ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per ___
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

Shipper, Per ___ [signature] 12-29-03    Agent, Per ___    ③

FORM. No 6S675/6P675  Rev, 5/98
UK (50 SETS) 6S875    **carbonless**

EXHIBIT  C
PAGE  2  OF 15

04/07/2004  10:49    3609449429                    CAPPSEALS INC                    PAGE 05



P.O. Box 820650
Vancouver, WA  98682-0014
(360) 944-9420
(360) 944-9429 (Fax)

№  10674

# PACKING SLIP

TO:  _Direct Fulfillment_

Date: _1/5/04_

S.O.# _4528_

P.O. #: _1022_

**PRODUCT INFORMATION:**

| ID | DESCRIPTION | LOT # | COUNT | QUANTITY | EXTENDED |
|---|---|---|---|---|---|
| DBC.01.180 | Supreme Green's | 3101607 | 180 | 9×160×12 | 17,280 BTLS |
| DBC.01.180 | Supreme Green's | 3101606 | 180 | 6×160×12 | 11,520 BTLS |
| DBC01.180 | Supreme Green's | 3101606 | 180 | 1×176×12 | 2,112 BTLS |
| | | | | | 30,912 BTLS |

**PACKING/FREIGHT INFORMATION:**

_Direct Focus_          _Cust Arranged_
_16 pallets_

TOTAL WT.: _15,360_

**COUNTED BY:**

**VERIFIED BY:**

**RECEIVED BY:**

EXHIBIT _C_
PAGE _3_ OF _15_

04/07/2004  10:49   3609449429          CAPPSEALS INC                    PAGE  06

**HIS MEMORANDUM** is an acknowledgment that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by carrier and are available to the shipper on request.

| | |
|---|---|
| | Carrier's Pro No. _____ |
| | Shipper's Bill of Lading No. _____ |
| **FOCUS NORTH AMERICA, INC.**          **Carrier** | Consignee's Reference/PO No. _____ |
| | Carrier's Code (SCAC) _____ |

t   13607 N.E. 95th St.,  Vancouver, WA          **from**     Direct Business Concepts

property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated below which said carrier the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery of said destination. If on its route, otherwise to deliver to another carrier on the route said destination. It is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

onsigned to    Direct Fulfillment        Ph# 978-299-2503

estination    Beverly _____ State ___ MA ___ Zip Code __01915__ County _____

(Mail or street address of consignee—For purposes of notification only.)

elivery Address ★    100 Cummings Cir., Ste. 143, Dock 144-A

( ★ To be filled in only when shipper desires and governing tariffs provide for delivery thereof.)

oute _____

elivering Carrier _____    Car or Vehicle Initials _____    No. _____

| No. ackages | HAZ MAT | | *Weight (Sub. to Cor.) | Class or Rate | Check Column | |
|---|---|---|---|---|---|---|
| pallet | | Food Supplements | 15,360 | 70 | | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. |
| | | | | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | | | | | _____ (Signature of Consignor) |
| | | | | | | Freight charges are PREPAID unless marked collect. |
| | **PLACARDS PROVIDED FOR THIS LOAD** | | | | | CHECK BOX IF COLLECT ☐ |

is is to certify that the above named materials are properly classified, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. IMPORTANT When shipping hazardous materials this information must be provided.

Received $ _____ to apply in prepayment of the charges on the property described hereon.

ERGENCY CONTACT: _____ 24 HOUR PHONE NUMBER: _____

the shipment moves between two ports by a carrier by water, the law requires that the bill of lading state whether it is "carrier's" or shipper's weight."
TE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or clared value of the property.

agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

_____ per _____

bility Limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

Agent or Cashier

Per _____ (The signature here acknowledges only the amount prepaid.)

ne fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, d all other requirements of Uniform Freight Classification.
hipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

Charges Advanced $ _____

_Cappseals Inc_    Shipper, Per _DWCurtss_ _____ Agent, Per _____

EDIFORM® 6S675/6P675  Rev. 5/96
OLYPAK (50 SETS) 6S675                                        _carbonless_

EXHIBIT  _C_
PAGE  _4_ OF _15_

04/07/2004  10:49    3609449429    CAPPSEALS INC    PAGE  07



CAPPSEALS

P.O. Box 820650
Vancouver, WA  98682-0014
(360) 944-9420
(360) 944-9429 (Fax)

№  10721

# PACKING SLIP

TO: _Direct Fullfillment_

Date: _1/14/04_

S.O.#  _1022_

P.O. #:  _1022_

PRODUCT INFORMATION:

| ID | DESCRIPTION | LOT # | COUNT | QUANTITY | EXTENDED |
|---|---|---|---|---|---|
| DBc.01.180 | Suprem Green's | 30101607 | 180 | 8×160×12 | 15,360 BTLS |
| DBc.01.180 | Supreme Green's | 30101608 | 180 | 12×160×12 | 23,040 BTLS |
| DBc.01.180 | Supreme Green's | 30101609 | 180 | 6×160×12 | 11,520 BTLS |
| DBc.02.802 | Suprem Cween's pwd | 40101102 | 8 oz | 4×21×48 | 4,032 JARS |
| | | | | Total | 53,952 BTLS |

PACKING/FREIGHT INFORMATION:

_Direct Focus_
_30 Skids_

TOTAL WT.: _26,460 #_

COUNTED BY: _____

VERIFIED BY: _____

RECEIVED BY: _____

EXHIBIT ___C___
PAGE _5_ OF _15_

**IIS MEMORANDUM** is an acknowledgement that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

IVED, subject to individually determined rates or contracts that have been agreed upon in writing between carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by carrier and are available to the shipper on request.

**FOCUS NORTH AMERICA, INC.**    **Carrier**

1607 N.E. 95th St.,  Vancouver, WA    **from**    Direct Business Concepts

perty described below in apparent good order except as noted (contents and condition of contents of packages unknown), marked, consigned, and defined as indicated below, which said carrier (the word carrier being understood ghout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route of destination, it is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be rmed hereunder shall be subject to all the  terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the cable motor carrier classification or tariff if this is a motor carrier shipment.

pper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said s and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

nsigned to    Direct Fulfillment    Ph: 977-299-2503

stination    Beverly    State    MA    (Mail or street address of consignee—For purposes of notification only.)

livery Address ★    100 Cummings Cir., S.e. 143, Dock 144-A    Zip Code    01915    County

ute    ( ★ To be filled in only when shipper desires and governing tariffs provide for delivery thereof.)

livering Carrier    Car or Vehicle Initials    No.

| No. kages | HAZ MAT | | Weight (Sub. to Cor.) | Class or Rate | Check Column | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. |
|---|---|---|---|---|---|---|
| llets | | Food Supplements | 26,460 | 70 | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | | | | | |
| | | | | | | (Signature of Consignor) |
| | | | | | | Freight charges are PREPAID unless marked collect. |
| | | **PLACARDS PROVIDED FOR THIS LOAD** | | | | CHECK BOX IF COLLECT ☐ |

to certify that the above named materials are properly classified, packaged, marked and labeled and are in proper condition for transportation ding to the applicable regulations of the Department of Transportation. IMPORTANT! When shipping hazardous materials this information must be provided:

IGENCY CONTACT:    24 HOUR PHONE NUMBER:    Received $ _____ to apply in prepayment of the charges on the property described herein.

shipment moves between two ports by a carrier by water, the law requires that the bill of lading state
er it is "carrier's or shipper's weight."
- Where the rate is dependent on value shippers are required to state specifically in writing the agreed or
red value of the property.    Agent or Cashier

greed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
ly limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. § 1470b(c)(1)(A) and (B).    Per _____ (The signature here acknowledges only the amount prepaid.)

per    Charges Advanced:

llote boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon,
ll other requirements of Uniform Freight Classification.
per's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

Cappseals, Inc    Shipper, Per    Agent, Per

FORM    8S675/6P675  Rev, 5/88
PAK (50 SETS) 8S675    **carbonless**

EXHIBIT    C
PAGE    6  OF  15

04/07/2004  10:49   3609449429                    CAPPSEALS INC                    PAGE 09



P.O. Box 820650
Vancouver, WA  98682-0014
(360) 944-9420
(360) 944-9429 (Fax)

№  10752  ✓

# PACKING SLIP

Date: _1/21/04_

TO: _Direct Fulfillment_
_____
_____
_____

S.O. # _4530_

P.O. #: _1022_

PRODUCT INFORMATION:

| ID | DESCRIPTION | LOT # | COUNT | QUANTITY | EXTENDED |
|---|---|---|---|---|---|
| Dec.01.180 | Supreme Greens Caps | 4010121 | 180 | 5X192X12 | 11,520 |
| Dec.01.180 | Supreme Greens Caps | 3101609 | 180 | 6X192X12 | 13,824 |
| Dec.01.180 | Supreme Greens Caps | 3101608 | 180 | 2X192X12 | 4,608 |
| Dec.01.180 | Supreme Greens Caps | 4010132 | 180 | 8X192X12 | 18,432 |
| Dec.01.180 | Supreme Greens Caps | 3101607 | 180 | 2X192X12 | 4,608 |
| Dec.01.180 | Supreme Greens | 3101041 | 180 | 2X192X12 | 4,608 |

Total   57,600

PACKING/FREIGHT INFORMATION:
_Direct Business/Direct Focus_
_30 Skids_
_____
_____

TOTAL WT.: _____

COUNTED BY: _____

VERIFIED BY: _____

RECEIVED BY: _____

EXHIBIT _C_
PAGE _7_ OF _15_

'04/07/2004  10:49  3609449429                    CAPPSEALS INC                         PAGE  10



P.O. Box 820650
Vancouver, WA  98682-0014
(360) 944-9420
(360) 944-9429 (Fax)

№  10753

# PACKING SLIP

Date: _1/21/04_

TO: _Direct Fullfillment_

S.O.# _4530_

P.O. #: _1022_

## PRODUCT INFORMATION:

| ID | DESCRIPTION | LOT # | COUNT | QUANTITY | EXTENDED |
|----|-------------|-------|-------|----------|----------|
| ___ | Supreme Greens pwd | 3100905 | 8 oz | 3×48 | 144 Jars |
| ___ | Supreme Greens pwd | 4010104 | 8 oz | 19×48+14 | 926 Jars |
| ___ | Supreme Greens pwd | 4010102 | 8 oz | 20×48+37 | 997 Jars |
| ___ | Supreme Greens pwd | 3100905 | 8 oz | 63×48 | 3,024 Jars |
| ___ | | | | Total | 5,091 Jars |

## PACKING/FREIGHT INFORMATION:

_Direct Focus_
_30 skids_

TOTAL WT.: _____

COUNTED BY: _____

VERIFIED BY: _____

RECEIVED BY: _____

EXHIBIT _C_
PAGE _8_ OF _15_

04/07/2004  10:49    3609449429    CAPPSEALS INC    PAGE  11

**DIFORM®**
**ARBONLESS SPEEDISET**

SHORT FORM BILL OF LADING 6S675/6P675
3-PART

**S SHIPPING ORDER** Must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent.

| Carrier's Pro No. | |
| Shipper's Bill of Lading No. | |
| Consignee's Reference/PO No. | |
| Carrier's Code (SCAC) | |

**FOCUS NORTH AMERICA, INC.**                    **Carrier**

1:607 N.E. 95th St.    Vancouver, WA    **from**    **Direct Business Concepts**

eigned to    **Direct Fulfillment**    Ph# 978-299-2503

(Mail or street address of consignee  For purposes of notification only.)

tination    **Beverly**    State  **MA**    Zip Code  **01915**    County

ivery Address ★    **100 Cummings Ctr., Ste. 143, Dock 144-A**

| No. ages | HAZ MAT | | *Weight (Sub. to Cor.) | Class or Rate | Check Column | |
|---|---|---|---|---|---|---|
| o 5⅕ | | Food Supplements | 30,725 *lb | 70 | | Subject to Section 7 of Conditions of applicable bill of lading, if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. |
| | | | | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | | | | | _____ (Signature of Consignor) |
| | | | | | | Freight charges are PREPAID unless marked collect. |
| | | **PLACARDS PROVIDED FOR THIS LOAD** | | | | CHECK BOX IF COLLECT ☐ |

EXHIBIT  C
PAGE  9  OF  15

6S675/6P675  Rev. 5/98
YPAK (50 SETS) 6S675.    carbonless

Shipper per ___ 1/21/04    Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.    2

Cappseals

04/07/2004  10:49    3609449429                    CAPPSEALS INC                    PAGE  12

Nº  10789



P.O. Box 820650
Vancouver, WA  98682-0014
(360) 944-9420
(360) 944-9429 (Fax)

# PACKING SLIP

Date: _1/29/04_

TO: _Direct Fulfillment_

S.O.# _4531_

P.O. #: _1022_

## PRODUCT INFORMATION:

| ID | DESCRIPTION | LOT # (no phone #) | COUNT | QUANTITY | EXTENDED |
|----|-------------|--------------------|-------|----------|----------|
| Dec.02.8°° | Supreme Greens pwd | 4010104 | 8°° | 20x48+44 | 1,004 BTLS |
| Dec.02.8°° | Supreme Greens pwd | 4010104 | 8°° | 4x21x48 | 4,032 BTLS |
| | | | | Total | 5,036 Jars |

## PACKING/FREIGHT INFORMATION:

Focus North America
30 skids

TOTAL WT.: _____

COUNTED BY: _____

VERIFIED BY: _____

RECEIVED BY: _____

EXHIBIT _C_
PAGE _10_ OF _15_

'04/07/2004  10:49    3609449429                    CAPPSEALS INC                    PAGE  13



P.O. Box 820650
Vancouver, WA  98682-0014
(360) 944-9420
(360) 944-9429 (Fax)

№  10790

# PACKING SLIP

Date: ___1/29/04___

TO: __Direct Fulfillment__

S.O.# ___4531___

P.O. #: ___1022___

## PRODUCT INFORMATION:

| ID | DESCRIPTION | LOT # | COUNT | QUANTITY | EXTENDED |
|---|---|---|---|---|---|
| DBC.01.180 | Supreme Green's Caps | 310607 | 180 | 1×160×12 | 1,920 BTLS |
| DBC.01.180 | Supreme Green's Caps | 401014Z | 180 | 7×160×12 | 13,440 BTLS |
| DBC.01.180 | Supreme Green's Caps | 401012\ | 180 | 3×160×12 | 5,760 BTLS |
| DBC.01.180 | Supreme Green's Caps | 4010141 | 180 | 1×160×12 | 1,920 BTLS |
| DBC.01.180 | Supreme Green's Caps | 4010122 | 180 | 13×160×12 | 24,960 BTLS |
| | | | | Total | 48,000 BTLS |

## PACKING/FREIGHT INFORMATION:

Focus North America
30 pallets

TOTAL WT.: _____

COUNTED BY: _____

VERIFIED BY: _____

RECEIVED BY: _____

EXHIBIT ___C___
PAGE __11__ OF __15__

`04/07/2004  10:49    360944942⁹                CAPPSEALS INC                    PAGE  14

**IIS MEMORANDUM** It is an acknowledgment that a bill of Lading has been issued and is not the Original Bill of Lading, not a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

RIVED, subject to individually determined rates or contracts that have been agreed upon in writing between carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by carrier and are available to the shipper on request.

|  | Carrier's Pro No. |
|---|---|
| **FOCUS NORTH AMERICA, INC.** | **Carrier**   Shipper's Bill of Lading No. |
|  | Consignee's Reference/PO No. |
|  | Carrier's Code (SCAC) |

12607 N.E. 95th St.,  Vancouver, WA          **from**    Direct Business Concepts

property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood ighout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route ad destination. It is mutually agreed as to each carrier of all or any at said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be irmed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the icable motor carrier classification or tariff if this is a motor carrier shipment.

ipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof set forth in the classification or tariff which governs the transportation of this shipment, and the said s and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

nsigned to        Direct Fulfillment        Ph# 973-299-2503

stination        Beverly                                        State    MA      Zip Code    01915    County    (Mail or street address of consignee—For purposes of notification only.)

livery Address ★    100 Cummings Ctr, Ste. 143, Dock 144-A

       (★ To be filled in only when shipper desires and governing tariffs provide for delivery thereof.)

ute

| living Carrier | | Car or Vehicle Initials | | | No. | |
|---|---|---|---|---|---|---|
| No. ckages | HAZ MAT | | *Weight (Sub. to Cor.) | Class or Rate | Check Column | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. |
| pallets | | Food Supplements | 26,450# | 70 | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | | | | | _____ (Signature of Consignor) |
| | | | | | | Freight charges are PREPAID unless marked collect. |
| | | | | | | CHECK BOX IF COLLECT ☐ |
| | | **PLACARDS PROVIDED FOR THIS LOAD** | | | | Received $ _____ to apply in prepayment of the charges on the property described hereon. |

s to certify that the above named materials are properly classified, packaged, marked and labeled and are in proper condition for transportation eding to the applicable regulations of the Department of Transportation. IMPORTANT! When shipping hazardous materials this information must be provided.

RGENCY CONTACT:                    24 HOUR PHONE NUMBER:

he shipment moves between two ports by a carrier by water, the law requires that the bill of lading state ther it is "carrier's or shipper's weight."    Agent or Cashier
E – Where the rate is dependent on value shippers are required to state specifically in writing the agreed or lared value of the property.

agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding    Per _____
lity Limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).    (The signature here acknowledges only the amount prepaid.)

                                        per                Charges Advanced:

e fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon,    $ _____
all other requirements of Uniform Freight Classification."
pper's imprint in lieu or stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

Cappseals Inc  1/29/04    Shipper, Per _____    Mathew Albe    Agent, Per _____

DIFORM  6S675/6P675  Rev. 5/98        ◯                ◯                *carbonless*
YPAK (50 SETS) 6S675

EXHIBIT  C
PAGE  12 OF 15

'04/07/2004  10:49   3609449429                    CAPPSEALS INC                    PAGE  15



P.O. Box 820650
Vancouver, WA  98682-0014
(360) 944-9420
(360) 944-9429 (Fax)

№  10827

# PACKING SLIP

TO:  *Direct Fulfillment*

Date: _2/5/04_

S.O.# _4532_

P.O. #: _1022_

## PRODUCT INFORMATION:

| ID | DESCRIPTION | LOT # | COUNT | QUANTITY | EXTENDED |
|---|---|---|---|---|---|
| DRC.02.8°² | Supreme Green's pwd | 4010104 | 8 oz | 3×48 | 144 Jars |
| DRC.02.8°² | Supreme Green's pwd | 4010106 | 8 oz | 102×48 | 4,896 Jars |
| | | | | Total | 5,040 Jars |

## PACKING/FREIGHT INFORMATION:

*Focus North America*
*30 Skids*

TOTAL WT.: _____

COUNTED BY: _____

VERIFIED BY: _____

RECEIVED BY: _____

EXHIBIT _C_
PAGE _13_ OF _15_

'04/07/2004  10:49      3609449429                    CAPPSEALS INC                        PAGE 15



P.O. Box 820650
Vancouver, WA  98682-0014
(360) 944-9420
(360) 944-9429 (Fax)

№ 10826

# PACKING SLIP

Date: 2/5/04

TO:   Direct Fullfillment

S.O.# 4532

P.O. #: 1022

## PRODUCT INFORMATION:

| ID | DESCRIPTION | LOT # | COUNT | QUANTITY | EXTENDED |
|---|---|---|---|---|---|
| DEC.01.180 | Supreme Greens Caps | 4010143 | 180 | 6x160x12 | 11,520 BTCS |
| DEC.01.180 | Supreme Greens Caps | 4010123 | 180 | 5x160x12 | 9,600 BTCS |
| DEC.01.180 | Supreme Green's Caps | 4010133 | 180 | 11x160x12 | 21,120 BTCS |
| DEC.01.180 | Supreme Greens Caps | 4010122 | 180 | 2x160x12 | 3,840 BTCS |
| DEC.01.180 | Supreme Greens Caps | 4010132 | 180 | 1x160x12 | 1,930 BTCS |

Total  48,000 BTCS

## PACKING/FREIGHT INFORMATION:

Focus North America
30 Skids

TOTAL WT.: _____

COUNTED BY:

VERIFIED BY: _____

RECEIVED BY: _____

EXHIBIT  C
PAGE 14 OF 15

04/07/2004  10:49  36094494??          CAPPSEALS INC          PAGE  17

**IIS MEMORANDUM** is an acknowledgment that a Bill of Lading has been issued and is not the Original Bill of Lading, nor
a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

ssues, subject to individually determined rates or contracts that have been agreed upon in writing between
carrier and shipper if applicable, otherwise to the rates, classifications and rules that have been established by
carrier and are available to the shipper, on request:

FOCUS NORTH AMERICA, INC.                                    **Carrier**

Carrier's Pro No. 55 898
Shipper's Bill of Lading No.
Consignee's Reference/PO No.
Carrier's Code (SCAC)

1 1907 N.E. 95th St.,   Vancouver, WA          **from**          Direct Business Concepts

property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked consigned, and destined as indicated below which said carrier (the word carrier being understood
ughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route
aid destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be
ormed hereunder shall be subject to all the  terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the
cable motor carrier classification or tariff if this is a motor carrier shipment.

**nsigned to**     Direct Fulfillment          PA# 973-299-2503

**estination**     Beverly                                **State** MA    **Zip Code** 01915    **County**
(Mail or street address of consignee—For purposes of notification only)

**elivery Address ★**     100 Cummings Cr., Ste. 149, Dock 144-A

( ★ To be filled in only when shipper desires and governing tariffs provide for delivery thereof.)

**oute**

**elivering Carrier**                              **Car or Vehicle Initials**                              **No.**

| No. ackages | HA2 MAT | | *Weight (Sub. to Cor.) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| oails | | Food Supplements | 26,450 # | 70 | |
| | | | | | |

Subject to Section 7 of Conditions of
applicable bill of lading, if this shipment is to
be delivered to the consignee without
recourse on the consignor, the consignor
shall sign the following statement:

The carrier shall not make delivery of this
shipment without payment of freight and all
other lawful charges.

_____
(Signature of Consignor)

Freight charges are PREPAID unless marked collect.

CHECK BOX IF COLLECT ☐

**PLACARDS PROVIDED FOR THIS LOAD**

Received $ _____ to
apply in prepayment of the charges on the
property described hereon.

is to certify that the above named materials are properly classified, packaged, marked and labeled and are in proper condition for transportation
ording to the applicable regulations of the Department of Transportation. IMPORTANT When shipping hazardous materials this information must be provided:

ERGENCY CONTACT:                    24 HOUR PHONE NUMBER:

the shipment moves between two ports by a carrier by water, the law requires that the bill of lading state
ether it is "carrier's or shipper's weight."
TE - Where the rate is dependent on value shippers are required to state specifically in writing the agreed or
clared value of the property.

agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
bility limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

_____
per

the fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon,
d all other requirements of Uniform Freight Classification."
hipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

Agent or Cashier

Per _____ (The signature here acknowledges only the
amount prepaid.)

Charges Advanced:
$ _____

*Cappseals, Inc* 2/5/04  Shipper, Per _____         Agent, Per _____

EDIFORM® 6S675/6P675  Rev. 5/98
OLYPAK (50 SETS) 6S678                                      *carbonless*

EXHIBIT  C
PAGE  15  OF  15

# STATEMENT

Page: 1

Statement of account

**GAPPSEALS, INC.**
P O Box 820650
Vancouver, WA 98682
(360) 944-9420

Statement Date:     02/29/04
Salesperson:

Direct Business Concepts
1042 N. Mountain Avenue
Upland, CA  91786

Customer No.:     DBC 001

0.00

| DATE | REFERENCE | DESCRIPTION | CHARGE | CREDIT | BALANCE |
|------|-----------|-------------|--------|--------|---------|
| 12/29/03 | 0035537-IN | | | | 147,538.35 |
| 01/05/04 | 0035559-IN | | 147,538.35 | | 91,190.40 |
| 01/14/04 | 0035591-IN | | 91,190.40 | | 157,989.12 |
| 01/21/04 | 0035626-IN | | 157,989.12 | | 183,462.06 |
| 01/29/04 | 0035653-IN | | 183,462.06 | | 154,995.76 |
| 02/05/04 | 0035682-IN | | 154,995.76 | | 155,006.40 |
| | | | 155,006.40 | | |

| | | | | | TOTAL | 890,182.09 |
|---|---|---|---|---|---|---|

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---------|---------|---------|---------|----------|-------------|
| 155,006.40 | 587,637.34 | 147,538.35 | 0.00 | 0.00 | 890,182.09 |

EXHIBIT  D
PAGE  1  OF  4

ACCOUNTS RECEIVABLE TRIAL BALANCE REPORT                                             CAPPSEALS, INC.

*Statement of account* ALL INVOICES

| CUSTOMER/ INVOICE NO. | DATES INVOICE | DUE DSCNT | INVOICE AMOUNT | DISCOUNT AMOUNT | INVOICE BALANCE | TYPE | TRANSACTION DATE | AMOUNT | CK. NO./ TYPE | DEPOSIT DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| DBC 001 | Direct Business Concepts | | | | | | | | | |
| 0035154 - IN | 08/29/03 | 08/29 | 21,476.00 | .00 | .00 | INV | 08/29/03 | 21,476.00 | | |
| 0035193 - IN | 09/16/03 | 09/16 | 53,241.60 | .00 | .00 | PMT | 09/29/03 | 21,476.00- | WIRE | 09/30/03 |
| | | | | | | INV | 09/25/03 | 53,241.60 | | |
| 0035229 - IN | 09/25/03 | 09/25 | 5,320.00 | .00 | .00 | PMT | 09/30/03 | 53,241.60- | WIRE | 09/30/03 |
| | | | | | | INV | 09/30/03 | 5,320.00 | | |
| 0035230 - IN | 09/25/03 | 09/25 | 33,807.00 | .00 | .00 | PMT | 11/01/03 | 5,320.00- | WIRE | 11/01/03 |
| | | | | | | INV | 09/30/03 | 33,807.00 | | |
| 0035253 - IN | 10/03/03 | 10/03 | 41,418.00 | .00 | .00 | PMT | 11/01/03 | 33,807.00- | WIRE | 11/01/03 |
| | | | | | | INV | 10/07/03 | 41,418.00 | | |
| 0035271 - IN | 10/08/03 | 10/08 | 4,425.00 | .00 | .00 | PMT | 11/10/03 | 41,418.00- | 9002133915 | 11/10/03 |
| | | | | | | INV | 10/09/03 | 4,425.00 | | |
| 0035272 - IN | 10/08/03 | 10/08 | 1,330.00 | .00 | .00 | PMT | 11/10/03 | 4,425.00- | 9002133915 | 11/10/03 |
| | | | | | | INV | 10/09/03 | 1,330.00 | | |
| 0035277 - IN | 10/10/03 | 10/10 | 58,368.70 | .00 | .00 | PMT | 11/10/03 | 1,330.00- | 9002133915 | 11/10/03 |
| | | | | | | INV | 10/14/03 | 58,368.70 | | |
| 0035278 - IN | 10/10/03 | 10/10 | 6,650.00 | .00 | .00 | PMT | 11/18/03 | 58,368.70- | WIRE | 11/18/03 |
| | | | | | | INV | 10/14/03 | 6,650.00 | | |
| 0035279 - IN | 10/10/03 | 10/10 | 1,356.60 | .00 | .00 | PMT | 11/18/03 | 6,650.00- | WIRE | 11/18/03 |
| | | | | | | INV | 10/14/03 | 1,356.60 | | |
| | | | | | | PMT | 11/18/03 | 1,356.30- | WIRE | 11/18/03 |
| 0035294 - IN | 10/17/03 | 10/17 | 10,956.30 | .00 | .00 | INV | 10/17/03 | .30- | DSCNT APPL | 11/18/03 |
| | | | | | | INV | 11/23/03 | 10,956.30 | | |
| 0035295 - IN | 10/17/03 | 10/17 | 18,779.70 | .00 | .00 | PMT | 11/25/03 | 10,956.30- | WIRE TSFER | 11/25/03 |
| | | | | | | INV | 10/21/03 | 18,779.70 | | |
| 0035308 - IN | 10/21/03 | 10/21 | 5,320.00 | .00 | .00 | PMT | 11/25/03 | 18,779.70- | WIRE TSFER | 11/25/03 |
| | | | | | | INV | 12/08/03 | 5,320.00 | | |
| 0035323 - IN | 10/24/03 | 10/24 | 69,720.30 | .00 | .00 | PMT | 12/08/03 | 5,320.00- | WIRE | 12/08/03 |
| | | | | | | INV | 10/28/03 | 69,720.30 | | |
| 0035324 - IN | 10/24/03 | 11/23 | 26,921.70 | .00 | .00 | PMT | 12/08/03 | 69,720.30- | WIRE | 12/08/03 |
| | | | | | | INV | 10/28/03 | 26,921.70 | | |
| 0035325 - IN | 10/24/03 | 10/24 | 21,450.24 | .00 | .00 | PMT | 12/08/03 | 26,921.70- | WIRE | 12/08/03 |
| | | | | | | INV | 12/08/03 | 21,450.24 | | |
| | | | | | | PMT | 12/08/03 | 21,450.20- | | 12/08/03 |
| 0035360 - IN | 11/03/03 | 11/03 | 11,773.16 | .00 | .00 | INV | 11/04/03 | .04- | DSCNT APPL | 12/08/03 |
| | | | | | | PMT | 12/19/03 | 11,773.16 | | |
| 0035361 - IN | 11/03/03 | 12/03 | 15,039.64 | .00 | .00 | INV | 11/04/03 | 11,773.16- | WIRE | 12/19/03 |
| | | | | | | PMT | 12/19/03 | 15,039.64 | | |
| 0035362 - IN | 11/03/03 | 12/03 | 26,550.00 | .00 | .00 | INV | 11/04/03 | 15,039.64- | WIRE | 12/19/03 |
| | | | | | | PMT | 12/19/03 | 26,550.00 | | |
| 0035376 - IN | 11/07/03 | 12/07 | 57,064.80 | .00 | .00 | INV | 11/11/03 | 26,550.00- | WIRE | 12/19/03 |
| | | | | | | PMT | 12/19/03 | 57,064.80 | | |
| 0035377 - IN | 11/11/03 | 12/11 | 13,361.18 | .00 | .00 | INV | 11/11/03 | 57,064.80- | WIRE | 12/19/03 |
| | | | | | | PMT | 12/19/03 | 13,361.18 | | |
| 0035399 - IN | 11/14/03 | 12/14 | 12,874.40 | .00 | .00 | INV | 11/18/03 | 13,361.18- | WIRE | 12/19/03 |
| | | | | | | PMT | 12/26/03 | 12,874.40 | | |
| 0035400 - IN | 11/14/03 | 12/14 | 74,694.00 | .00 | .00 | INV | 11/18/03 | 12,874.40- | WIRE | 12/26/03 |
| | | | | | | PMT | 12/26/03 | 74,694.00 | | |
| 0035406 - IN | 11/19/03 | 12/19 | 37,170.00 | .00 | .00 | INV | 11/20/03 | 74,694.00- | WIRE | 12/26/03 |
| | | | | | | PMT | 12/26/03 | 37,170.00 | | |
| | | | | | | INV | 11/25/03 | 37,169.60- | WIRE | 12/26/03 |
| 0035419 - IN | 11/25/03 | 12/25 | 141,305.00 | .00 | .00 | PMT | 12/26/03 | .40- | DSCNT APPL | 12/26/03 |
| | | | | | | INV | 11/30/03 | 141,305.00 | | |
| 0035442 - IN | 12/03/03 | 01/02 | 118,944.00 | .00 | .00 | PMT | 01/07/04 | 141,305.00- | WIRE | 01/07/04 |
| | | | | | | INV | 12/04/03 | 118,944.00 | | |
| 0035463 - IN | 12/06/03 | 01/05 | 15,871.00 | .00 | .00 | PMT | 01/15/04 | 118,944.00- | WIRE | 01/15/04 |
| | | | | | | INV | 12/09/03 | 15,871.00 | | |
| 0035464 - IN | 12/06/03 | 01/05 | 89,479.40 | .00 | .00 | PMT | 01/21/04 | 15,871.00- | WIRE | 01/21/04 |
| | | | | | | INV | 12/09/03 | 89,479.40 | | |
| 0035493 - IN | 12/12/03 | 01/11 | 118,944.00 | .00 | .00 | PMT | 01/21/04 | 89,479.40- | WIRE | 01/21/04 |
| | | | | | | INV | 12/15/03 | 118,944.00 | | |
| 0035532 - IN | 12/19/03 | 01/18 | 147,511.80 | .00 | .00 | PMT | 01/30/04 | 118,944.00- | WIRE | 01/30/04 |
| | | | | | | INV | 12/23/03 | 147,511.80 | | |
| 0035537 - IN | 12/29/03 | 01/28 | 147,538.35 | .00 | 147,538.35 | PMT | 02/09/04 | 147,511.80- | WIRE | 02/09/04 |
| 0035599 - IN | 01/05/04 | 02/04 | 91,190.40 | .00 | 91,190.40 | INV | 12/30/03 | 147,538.35 | | |
| 0035591 - IN | 01/14/04 | 02/13 | 157,989.12 | .00 | 157,989.12 | INV | 01/09/04 | 91,190.40 | | |
| 0035626 - IN | 01/21/04 | 02/20 | 183,462.06 | .00 | 183,462.06 | INV | 01/14/04 | 157,989.12 | | |
| 0035653 - IN | 01/29/04 | 02/28 | 154,995.76 | .00 | 154,995.76 | INV | 01/22/04 | 183,462.06 | | |
| 0035682 - IN | 02/05/04 | 03/06 | 155,006.40 | .00 | 155,006.40 | INV | 01/30/04 | 154,995.76 | | |
| 0035719 - IN | 02/12/04 | 03/13 | .00 | .00 | .00 | INV | 02/10/04 | 155,006.40 | | |
| | | | | | | ADJ | 02/09/04 | 140,092.80- | | |
| | | | | | | INV | 02/12/04 | 140,092.80 | | |

EXHIBIT D
PAGE 2 OF 4

ACCOUNTS RECEIVABLE TRIAL BALANCE REPORT                                        CAPPSEALS, INC.

*Statement of account*     ALL INVOICES

| CUSTOMER/ INVOICE NO. | DATES INVOICE DUE DSCNT | INVOICE AMOUNT | DISCOUNT AMOUNT | INVOICE BALANCE | TYPE DATE | TRANSACTION AMOUNT | CK. NO./ TYPE | DEPOSIT DATE |
|---|---|---|---|---|---|---|---|---|
| CUSTOMER DBC 001 TOTALS: | | 2,151,305.61 | .00 | 890,182.09 | | 890,182.09 | | |
| REPORT TOTALS: NUMBER OF CUSTOMERS: 1 | | 2,151,305.61 | .00 | 890,182.09 | | 890,182.09 | | |

EXHIBIT __D__
PAGE __3__ OF __4__

System Date: 03/01/2004 7:23:44 pm
Application Date: 02/29/2004

Page: 2
User: AA / Andy Anderson

DIRECT BUSINESS CONCEPTS
SHIPMENTS

SORTED BY PO #:

| Order Date | PO Number | Date Shipped | Total Ordered | Total Shipped | Quantity Shipped Capsules | Powder | Over (under) | Accum Over (under) |
|---|---|---|---|---|---|---|---|---|
| 08/26/03 | 1015 | 09/02/03 | 25,000 | 25,328 | 7,280 | 0 | | 328 |
| " | " | 09/12/03 | | | 18,048 | 0 | 328 | 328 |
| 09/05/03 | 1016 | 09/25/03 | 25,000 | 25,500 | 11,460 | 0 | | 328 |
| " | " | 10/03/03 | | | 14,040 | 0 | 500 | 828 |
| 09/18/03 | 1018 | 09/23/03 | 30,000 | 30,000 | 0 | 2,000 | | 828 |
| " | " | 10/08/03 | | | 1,500 | 500 | | 828 |
| " | " | 10/10/03 | | | 19,786 | 2,500 | | 828 |
| " | " | 10/17/03 | | | 3,714 | 0 | | 828 |
| 09/29/03 | 1019 | 10/10/03 | 45,000 | 45,000 | 0 | 510 | | 828 |
| " | " | 10/17/03 | | | 6,366 | 0 | | 828 |
| " | " | 10/21/03 | | | 0 | 2,000 | | 828 |
| " | " | 10/24/03 | | | 23,634 | 8,064 | | 828 |
| " | " | 11/03/03 | | | 0 | 4,426 | | 828 |
| 10/09/03 | 1021-11 | 10/24/03 | 160,000 | 179,127 | 9,126 | 0 | 19,127 | 19,955 |
| " | " | 11/03/03 | | | 9,000 | 5,654 | | 19,955 |
| " | " | 11/07/03 | | | 19,344 | 5,023 | | 19,955 |
| " | " | 11/18/03 | | | 37,920 | 4,840 | | 19,955 |
| " | " | 11/25/03 | | | 47,900 | 0 | | 19,955 |
| " | " | 12/03/03 | | | 40,320 | 0 | | 19,955 |
| 10/09/03 | 1021-12 | 12/08/03 | 40,000 | 35,712 | 35,712 | 0 | (4,288) | 15,667 |
| " | " | 12/12/03 | 40,000 | 40,320 | 40,320 | 0 | 320 | 15,987 |
| " | " | 12/18/03 | 50,000 | 50,004 | 50,004 | 0 | 4 | 15,991 |
| " | " | 12/29/03 | 50,000 | 50,013 | 50,013 | 0 | 13 | 16,004 |
| 10/09/03 | 1022-01 | 01/05/04 | 50,000 | 30,912 | 30,912 | 0 | (19,088) | (3,084) |
| " | " | 01/14/04 | 50,000 | 53,952 | 48,920 | 4,032 | 3,952 | 868 |
| " | " | 01/21/04 | 50,000 | 62,691 | 57,600 | 5,091 | 12,691 | 13,559 |
| " | " | 01/29/04 | 50,000 | 53,040 | 48,000 | 5,036 | 3,040 | 16,599 |
| 10/09/03 | 1022-02 | 02/05/04 | 50,000 | 53,040 | 48,000 | 5,040 | 3,040 | 19,639 |
| **Total bottles** | | | 715,000 | 734,639 | 679,919 | 54,716 | | 19,639 |

SORTED BY SHIP DATE

| Date Shipped | PO Number | Total Shipped | Quantity Shipped Capsules | Powder |
|---|---|---|---|---|
| 09/02/03 | 1015 | 7,280 | 7,280 | 0 |
| 09/12/03 | 1015 | 18,048 | 18,048 | 0 |
| 09/23/03 | 1018 | 2,000 | 0 | 2,000 |
| 09/25/03 | 1016 | 11,460 | 11,460 | 0 |
| 10/03/03 | 1016 | 14,040 | 14,040 | 0 |
| 10/08/03 | 1018 | 2,000 | 1,500 | 500 |
| 10/10/03 | 1018 | 22,796 | 19,786 | 2,500 |
| 10/10/03 | 1019 | | 0 | 510 |
| 10/17/03 | 1018 | 10,080 | 3,714 | 0 |
| 10/17/03 | 1019 | | 6,366 | 0 |
| 10/21/03 | 1019 | 2,000 | 0 | 2,000 |
| 10/24/03 | 1019 | 40,824 | 23,634 | 8,064 |
| 10/24/03 | 1021 | | 9,126 | 0 |
| 11/03/03 | 1019 | 19,080 | 0 | 4,426 |
| 11/03/03 | 1021-11 | | 9,000 | 5,654 |
| 11/07/03 | 1021-11 | 24,367 | 19,344 | 5,023 |
| 11/18/03 | 1021-11 | 42,760 | 37,920 | 4,840 |
| 11/25/03 | 1021-11 | 47,900 | 47,900 | 0 |
| 12/03/03 | 1021-11 | 40,320 | 40,320 | 0 |
| 12/08/03 | 1021-12 | 35,712 | 35,712 | 0 |
| 12/12/03 | 1021-12 | 40,320 | 40,320 | 0 |
| 12/18/03 | 1021-12 | 50,004 | 50,004 | 0 |
| 12/29/03 | 1021-12 | 50,013 | 50,013 | 0 |
| 01/05/04 | 1022-01 | 30,912 | 30,912 | 0 |
| 01/14/04 | 1022-01 | 53,952 | 49,920 | 4,032 |
| 01/21/04 | 1022-01 | 62,691 | 57600 | 5091 |
| 01/29/04 | 1022-01 | 53,036 | 48,000 | 5,036 |
| 02/05/04 | 1022-02 | 53,040 | 48,000 | 5,040 |
| | | 734,635 | 679,919 | 54,716 |

EXHIBIT D
PAGE 4 OF 4