UNITED STATES DISTRICT COURT
For the District of Massachusetts

| | |
|---|---|
| ITV DIRECT, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>HEALTHY SOLUTIONS, LLC, ET. AL.,<br><br>   Defendants.<br><br>CAPPSEALS, INC.,<br><br>   Plaintiff-in-Intervention<br><br>v.<br><br>HEALTHY SOLUTIONS, LLC, D/B/A DIRECT BUSINESS CONCEPTS; ITV DIRECT, INC. AND DIRECT FULFILLMENT, LLC.<br><br>   Intervenor-Defendants. | C. A. No. 04-CV10421-JLT |

**EXHIBIT A**

ITV Direct, Inc.

900 Cummings Center
Suite B07-U
Beverly, MA 01915

# Purchase Order

| Date | P.O. No. |
|---|---|
| 10/8/2003 | 1078 |

**CLOSED**

| Vendor | Ship To |
|---|---|
| Healthy Solutions, Inc.<br>11272 Day Lily Street<br>Fontana, CA 92337<br>ATTN: GREG | Direct Fufillment<br>100 Cummings Center<br>Suite 143H<br>Dock 144Q<br>Beverly, MA 01915 |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| Supreme Greens (... | SUPREME GREENS PRODUCT (CAPSULES OR POWDER)<br><br>PLEASE SEND US 160,000 bottles of Supreme Greens with MSM on a monthly basis.<br><br>This order is subject to change or cancellation upon 30 days written notice. | 160,000 | 6.50 | 1,040,000.00 |

Thank you.

**Total** $1,040,000.00

| Phone # | Fax # |
|---|---|
| 978-299-2231 | 978-299-2589 |

ITV 00323