**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| ITV DIRECT, INC., <br>                 Plaintiff, <br><br> v. <br><br> HEALTHY SOLUTIONS, LLC, et al., <br>                 Defendants. <br><br> RELATED CASES | ) ) ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION NO. 04-CV-10421-JLT |

**ITV DIRECT, INC.'S MOTION FOR LEAVE TO FILE A MEMORANDUM OF LAW IN EXCESS OF 20 PAGES**

      Plaintiff, ITV Direct, Inc. ("ITV"), hereby moves for leave of this Court to file a Memorandum of Law in Opposition of Cappseals' Motion for Summary Judgment which is in excess of the twenty-page limit provided in Local Rule 7.1(b)(4). In order to respond to Cappseals' Motion for Summary Judgment and defend its claims, ITV had to address a number of factual and legal issues raised by the Cappseals.

      WHEREFORE, ITV respectfully requests that this Court allow them to file a Memorandum of Law in Support of Their Motion for Summary Judgment that is 22 pages in length.

|  |  |
|---|---|
|  | Respectfully submitted, <br> ITV DIRECT, INC. <br> By their attorney(s), <br><br> /s/ Susan Gelwick <br> Peter S. Brooks, BBO #058980 <br> Christopher F. Robertson, BBO #642094 <br> Susan W. Gelwick, BBO #567115 <br> SEYFARTH SHAW LLP <br> Two Seaport Lane, Suite 300 <br> Boston, MA 02210-2028 <br> Telephone:   (617) 946-4800 |
| Dated: June 13, 2005 | Telecopier:   (617) 946-4801 |

BO1 15720589.1 / 35965-000006