## Eileen Barrett

From: Eileen Barrett
Sent: Friday, February 13, 2004 5:08 PM
To: 'greg367@adelphia.net'
Cc: 'docg355@adelphia.net'
Subject: FDA INVESTIGATION


February 13, 2004

Gentlemen:

Pursuant to your discussion today with Wayne Callahan, of our offices, regarding a recent onsite inquiry the Food & Drug Administration (FDA) directed to Direct Marketing Concepts regarding the product "Supreme Greens with MSM", effective immediately, Direct Marketing Concepts, Inc. is hereby directing Direct Business Concepts, Inc. to suspend all future product shipments and all product shipments in transit until further notice pending the outcome of the FDA's inquiry.

As you know, Wayne Callahan informed you that a stop check order was issued on our check # 5060 and that in addition to the suspension of product shipments to Direct Marketing Concepts, Inc. all invoice payments to Direct Business Concepts, Inc. are suspended until the outcome of FDA's inquiry.

Direct Marketing Concepts' intention is to keep the lines of communication open between our companies until this issue is resolved. As soon as it is administratively feasible we will begin discussions regarding our continued business relationship.

Greg, we respectfully request that you limit your telephone inquiries until the FDA's inquiry is resolved.

We will keep you apprised of the FDA investigation.

Thank you for your attention to this matter.

Eileen R. Barrett
Director of Operations
ITV Direct, Inc.
Direct: 978-299-2231
Fax: 978-299-2589

ITV 00173

5/28/2004