**Eileen Barrett**

From: Eileen Barrett
Sent: Friday, March 12, 2004 12:30 PM
To: 'docg355@adelphia.net'; 'greg367@adelphia.net'
Cc: 'mhowell@coralcalmag.com'
Subject: FDA Investigation

Dear Dr. Guerrero, Mike and Greg:

I was contacted today by the investigator from the FDA.

They have requested that you forward to us a copy of your formulation on the Supreme Greens product.

You can either fax or email it to me. My direct fax number is 978-299-2589.

Thanks for your cooperation.

Eileen R. Barrett
Director of Operations
ITV Direct, Inc
Direct: 978-299-2231
Fax: 978-299-2589

ITV 00214

5/25/2004