UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ITV DIRECT, INC., <br><br>  Plaintiff, <br><br> v. <br><br> HEALTHY SOLUTIONS, LLC, et al., <br><br>  Defendants. <br><br> RELATED CASES | ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 04-CV-10421-JLT <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF SUSAN W. GELWICK

I, SUSAN W. GELWICK, declare as follows:

1. I am an attorney with the law firm of Seyfarth Shaw LLP in Boston, Massachusetts. I represent the plaintiff, ITV Direct, Inc. ("ITV"), in connection with the present litigation.

2. Annexed to this affidavit are true and correct copies of the following documents:

   Exhibit A    Excerpts of Gregory Geremesz deposition transcript taken on August 18, 2004;

   Exhibit B    Excerpts of Jason Bernabei deposition transcript taken on August 20, 2004;

   Exhibit C    Excerpts of Gregory Geremesz deposition transcript taken on August 19, 2004; and

   Exhibit D    A true and accurate copy of a docket report as of July 15, 2004 for a case pending in the United States District Court for the District of Massachusetts, entitled *Federal Trade Commission v. Direct Marketing Concepts, Inc., et al.*, Civil Action No. 04-cv-11136-GAO.

BO1 15720583.1

2

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of June, 2005 at Boston, Massachusetts.

/s/ Susan Gelwick
Susan W. Gelwick

2

BO1 15720583.1