Page 1

VOLUME: I
PAGES: 162
EXHIBITS: 31&32

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - -x

ITV DIRECT, INC
    Plaintiff
                                    CIVIL ACTION
vs                                  NO. 04-CV-10421-JLT

HEALTHY SOLUTIONS, LLC, ET AL
    Defendants

- - - - - - - - - - - - - - - -x

AND RELATED ACTIONS

- - - - - - - - - - - - - - - -x

DEPOSITION OF JASON BERNABEI taken on behalf of the Defendants pursuant to the Federal Rules of Civil Procedure, before Carole M Wallace, Certified Shorthand Reporter and Notary Public, at the offices of Posternak, Blankstein & Lund, LLP, 800 Boylston Street, Boston, Massachusetts 02199, on Friday, August 20, 2004, commencing at 9:57 a.m.

HENNESSEY CORP D/B/A ROBERT H. LANGE CO
50 Congress Street - Boston, Massachusetts 02109
Tel: (617) 523-1874     Fax: (617) 523-7343

Page 2

APPEARANCES:

Christopher F. Robertson, Esq
Seyfarth Shaw LLP
Two Seaport Lane - Suite 300
Boston, Massachusetts 02210
617 946-4800
On behalf of the Plaintiffs

Becky V. Christensen, Esq
Levin & O'Connor
384 Forest Avenue
Laguna Beach, California 92651
949 497-9265
On behalf of the Defendants

VIDEOGRAPHER:

Stephen Hartman, CLVS
Hennessey Corp d/b/a
Robert H. Lange Co
50 Congress Street
Boston, Massachusetts 02109
617 523-1874

ATTORNEY CHRISTENSEN RETAINED THE ORIGINAL EXHIBITS

Page 3

INDEX

| Witness | Direct | Cross | Redirect | Recross |
|---|---|---|---|---|
| JASON BERNABEI | 5 | | | |

* * * *

EXHIBITS

| No | Description | Ident |
|---|---|---|
| 31 | Label, Supreme Greens with MSM | 53 |
| 32 | ITV447 - ITV506 | 92 |

Page 4

1   THE VIDEOGRAPHER: We are now recording
2   and on the record. My name is Steve Hartman and I
3   am a Certified Legal Video Specialist for Hennessey
4   Corp. DBA Robert H. Lange Co. Our business address
5   is 50 Congress Street, Boston, Massachusetts 02109
6   Today is August 20, 2004. The time is 9:57. This
7   is the deposition of Jason Bernabei in the matter of
8   ITV Direct, Inc, Plaintiff Vs. Healthy Solutions,
9   LLC, et al, Defendants, in the United States
10  District Court, District of Massachusetts, Civil
11  Action 04-CV-10421-JLT. This deposition is being
12  taken at 800 Boylston Street, Boston, Massachusetts
13  on behalf of the defendants. The court reporter is
14  Carole Wallace.
15      Will counsel please state their
16  appearances, and the court reporter will administer
17  the oath.
18      MS. CHRISTENSEN: I'm Becky Christensen
19  from the law firm of Levin & O'Connor. I represent
20  Healthy Solutions, LLC; Health Solutions, Inc;
21  Alehandro Guerrero, Michael Howell and Greg
22  Geremesz.
23      MR. ROBERTSON: My name is Christopher
24  Robertson with the law firm of Seyfarth Shaw in

### Page 45

1  A  Mr. Tarmey was not.
2  Q  I want to go back just for a second to that
3     conference call and the successes that Alex Guerrero
4     talked about. Did he indicate as far as you can
5     recall at any time that he had done double-blind
6     variable controlled studies on Supreme Greens?
7         MR. ROBERTSON: Objection.
8  A  I don't recall.
9  Q  Did he or anyone from Health Solutions or Healthy
10    Solutions ever tell you they had done double-blind
11    variable control studies relating to Supreme Greens?
12 A  They just talked about studies.
13 Q  Is there anything else about that conference call
14    that you remember in substance that you haven't told
15    me already?
16 A  No.
17 Q  So the -- When was your next involvement, if any,
18    with the Supreme Greens project?
19 A  Mike and myself had an ongoing -- We talked here and
20    there about when the production would be done. I
21    believe we talked mostly by phone. It was a hi, how
22    are you kind of conversations. And my next major
23    involvement was actually when they came out to do
24    the shoot.

### Page 46

1  Q  Before we get there, I'd like to hand you what has
2     previously been marked as Exhibit 6. I'd like you
3     to take a few moments to look at that document.
4  A  (The witness complies.)
5         MS. CHRISTENSEN: While you are doing
6     that, I will represent to your counsel that is a
7     document entitled Distribution Agreement.
8     Mr. Robertson, would you prefer that I hand you the
9     exhibits first?
10        MR. ROBERTSON: No, that's fine.
11 A  Okay.
12 Q  Do you recognize this document?
13 A  Yes.
14 Q  Have you seen it before?
15 A  Yes.
16 Q  Approximately when do you first recall seeing that
17    document marked as Exhibit 6?
18 A  It was after Mike and Bill had talked. I believe
19    that it was shown to me or given to me prior to
20    going over to Mike. I might have actually sent it
21    to him, I'm not exactly sure.
22 Q  Do you recall dealing with only one version of this
23    document, or do you recall multiple versions?
24 A  I don't know.

### Page 47

1  Q  You don't remember?
2  A  I don't remember.
3  Q  Did you read this document at the time that you
4     first saw it?
5  A  I believe I was asked to.
6  Q  Did you discuss it with Mike Howell at all?
7  A  I don't recall. Most of that conversation was going
8     on between Mike and Bill.
9  Q  Around the time that this document was being signed,
10    what did you understand the business goals of ITV
11    Direct to be?
12 A  To market the product on television and be
13    successful.
14 Q  Make profit?
15 A  Make profit.
16 Q  Were there any other business goals that you can
17    recall?
18 A  I don't understand the question.
19 Q  Let me just ask you it in a little bit different
20    way: Obviously they wanted to sell product,
21    correct?
22 A  Yes.
23 Q  And they wanted to make money doing that?
24 A  Of course.

### Page 48

1  Q  What was your understanding about who would own the
2     name Supreme Greens at the time this document was
3     circulated?
4  A  I don't recall.
5  Q  You have no memory of that?
6  A  Most of that wasn't really discussed with me.
7  Q  Did you discuss this particular contract with
8     Mr. Barrett at the time?
9  A  I never talked to Donald Barrett about this
10    agreement.
11 Q  Did you discuss it with Mr. Tarmey?
12 A  I may have. My biggest recollection was when Bill
13    Tarmey told me it was completed and signed. It took
14    a while. I'm not sure what they were dealing with.
15 Q  Did Mr. Tarmey discuss with you at the time it took
16    to get this contract signed the progress of those
17    discussions with Healthy Solutions?
18 A  No.
19 Q  Did anybody discuss the progress of those
20    discussions with you?
21 A  No.
22 Q  Looking at what has been marked as Exhibit 6, does
23    that refresh your memory about when the conference
24    call took place with you and Mr. Barrett, Mr.