Page 1

```
                    VOLUME:     II
                    PAGES:      1 - 67
                    EXHIBITS:   23 - 30

    IN THE UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF MASSACHUSETTS

         CIVIL ACTION NO: 04-CV-10421-JLT


* * * * * * * * * * * * * * * * * * * *
ITV DIRECT, INC.,
        Plaintiff,
vs
HEALTHY SOLUTIONS, L.L.C., ET AL.,
        Defendants
- - - - - - - - - - - - - - - - - - - -
CAPPSEALS, INC.,
        Plaintiff-in-Intervention,
vs
HEALTHY SOLUTIONS, L.L.C. d/b/a DIRECT BUSINESS
CONCEPTS; ITV DIRECT, INC. and DIRECT
FULFILLMENT, L.L.C.,
        Intervenor Defendants
* * * * * * * * * * * * * * * * * * * *


        CONTINUED DEPOSITION OF GREGORY R. GEREMESZ, a
witness called on Behalf of the Plaintiff and Intervenor
Defendant ITV Direct, Inc, taken pursuant to provisions
of the Federal Rules of Civil Procedure, before
Marsha S. Gerber, RPR, CSR No. 111793, and Notary Public
in and for the Commonwealth of Massachusetts, at the
offices of Seyfarth Shaw, LLP, Two Seaport Lane, Boston,
Massachusetts, on Thursday, August 19, 2004, commencing
at 8:00 a.m.
```

Page 2

APPEARANCES:

    PETER S. BROOKS, ESQUIRE
      SEYFARTH SHAW, LLP
      Two Seaport Lane, Suite 300
      World Trade Center East
      Boston, Massachusetts 02210-2028
      For the Plaintiff and Intervenor Defendant
      ITV Direct, Inc.

    BECKY CHRISTENSEN, ESQUIRE
      LEVIN & O'CONNOR
      384 Forest Avenue #13
      Laguna Beach, California 92651
      For the Defendant Gregory Geremesz

Page 3

                    I N D E X

WITNESS                                     EXAMINATION

GREGORY R. GEREMESZ

By Mr. Brooks                                    4


                    E X H I B I T S

NUMBER                                              PAGE

23   Copy of series of e-mails between           18
     Christopher Brown and Eileen
     Barrett

24   Copy of e-mail to Eileen Barrett            20
     from Christopher Brown and to
     Christopher Brown from Eileen Barrett

25   Copy of e-mail to Gregory Geremesz          34
     from Christopher Brown

26   Copy of e-mail to Gregory Geremesz          38
     from Christopher Brown

27   Copy of series of e-mails to Gregory        38
     Geremesz from Christopher Brown

28   Copy of e-mail to Mr. Geremesz and          44
     Mr. Guerrero from Eileen Barrett

29   Copy of e-mail to Mr. Geremesz,             46
     Mr. Guerrero and Mr. Howell from
     Eileen Barrett

30   Copy of e-mails                             49

Page 4

           PROCEEDINGS

           GREGORY R. GEREMESZ,
    having been satisfactorily identified and duly
    sworn by the Notary Public, was examined and
    testified as follows.

           CONTINUED EXAMINATION
    BY MR. BROOKS:
 Q  When we left off yesterday, we were discussing
    the negotiations that you had with ITV
    concerning the transfer of the web site
    Supreme Greens; right?
 A  Yes.
 Q  And you testified how it was originally
    directed to the web site of Healthy Solutions?
 A  Health Solutions.
 Q  Health Solutions?
 A  Health Solutions, yes.
 Q  And then it was transferred to ITV?
 A  Yes.
 Q  And then transferred back to Health Solutions?
 A  Yes.

Page 41

1 A Yes.
2 Q So that wasn't a true statement?
3 A My interpretation of that was that it was
4     redirected. And several of these, there's
5     been a little confusion of what redirected was
6     and transferred. I took that to mean that it
7     was redirected back to you.
8 Q Is there a difference between redirecting --
9     when you direct it, it just means, if a user's
10     going to Supreme Greens.com, they get
11     automatically transferred to somebody else's
12     web site?
13 A Yes.
14 Q That's redirecting?
15 A Yes.
16 Q What is transfer?
17 A Transfer in my eyes means that you transfer
18     the ownership of it to someone else. It's
19     being transferred to someone else and they
20     would control it. Maybe it would be the
21     ownership, maybe it would just be that they
22     have control of the web site. By redirecting
23     it it keeps me in control of the web site and

Page 42

1     where it's pointed.
2 Q Did you redirect the web site in February of
3     2004 to ITV?
4 A I'm not sure the dates that it was redirected
5     back. It was redirected back and forth a
6     couple of times.
7 Q How would you find out?
8 A I don't know.
9 Q Is there any record through any Internet
10     service that would show where it was being
11     directed at any particular point in time?
12 A I'm not sure.
13 Q You have records of Internet sales or Internet
14     orders that were made at Health Solutions?
15 A I'm not sure whether we have the ability to
16     break down a sale on the Internet versus a
17     phone call that comes into the office. I
18     believe -- I'm not absolutely certain, but I
19     believe they kind of go into a pool of sales,
20     and we don't track where it comes from
21     specifically.
22 Q Do you know whether you were continuing to
23     make Internet sales in February of 2004?

Page 43

1 A I believe I was making Internet sales.
2 Q And do you know if those sales were coming
3     from the Supreme Greens.com web site?
4 A I'm not sure.
5 Q Never transferred ownership of the domain name
6     to ITV?
7 A No, I did not.
8 Q I asked you before about the
9     FDA investigation. Tell me what you knew
10     about that investigation.
11 A The only thing I knew from Donald was that the
12     FDA was investigating them for several days at
13     that point and that they were investigating,
14     according to Donald, the Supreme Greens.
15 Q Did he tell you what was being investigated?
16 A No.
17 Q Did you get any communications from ITV about
18     what it was about?
19 A Just that it was about the Supreme Greens.
20 Q What about the Supreme Greens, do you know?
21 A I don't know. I don't recall any -- I don't
22     recall any details about what specifically
23     about the Supreme Greens it was.

Page 44

1     MR. BROOKS: Can I have that
2     marked as my next exhibit, please.
3     (Exhibit Number 28
4     was marked for Identification)
5 Q I have marked what appears to be an e-mail of
6     February 13th, 2004, from Eileen Barrett to
7     you, and it appears also to Mr. Guerrero.
8 A Yes.
9 Q Have you seen this before?
10 A I have, yes.
11 Q Do you believe this is the first time you were
12     notified of the FDA investigation?
13 A No.
14 Q Do you recall when you were first notified of
15     that investigation?
16 A It was prior to this, and it was on a phone
17     call from -- I don't recall whether I called
18     Donald or Donald called me. It was a phone
19     call that I had with Donald.
20 Q And what did he say to you?
21 A He said that the FDA had been there all week
22     or all weekend, I don't recall, and that they
23     were investigating the Supreme Greens.

Page 45

1 Q Do you recall having a conversation with Wayne
2   Callahan?
3 A Yes.
4 Q Tell me what Mr. Callahan said to you.
5 A I had several conversations with Mr. Callahan.
6 Q Tell me the first one you had with him.
7 A I believe that I contacted Mr. Callahan from
8   direction -- Donald gave me the direction to
9   call him in regards to payments that were
10  behind.
11 Q So what did you say to Mr. Callahan and what
12   did he say to you concerning the
13   FDA investigation?
14 A In the very last phone conversation I had with
15   Mr. Callahan Mr. Callahan had said ITV put a
16   stop payment on the check and that somebody
17   would contact me in the future.
18 Q Did he say why a stop payment had issued?
19 A Not that I recall.
20 Q Was it because the FDA investigation that they
21   were halting further payments?
22 A I didn't know.
23 Q In the e-mail of February 13th Eileen Barrett

Page 46

1   seems to be reflecting a conversation of that
2   date with Wayne Callahan and you in which she
3   said that all payments would be suspended
4   pending the outcome of the FDA's inquiry.
5 A I don't recall. Again, I don't remember the
6   specifics of our conversation. As I recall
7   it, it -- I remember it to be primarily all
8   about money and the checks and how come my
9   check wasn't being cleared and things of that
10  nature.
11 Q Did Mr. Callahan or anybody else at ITV tell
12   you that these payments were being withheld
13   because of the FDA inquiry?
14 A This letter did.
15 Q Prior to February 13th had you been informed
16   that payments were being suspended because of
17   the FDA inquiry?
18 A I don't recall.
19          (Exhibit Number 29
20          was marked for Identification)
21 Q I have marked what appears to be a copy of an
22   e-mail sent on March 12th, 2004, to you,
23   Mr. Guerrero, and Mike Howell?

Page 47

1 A Yes.
2 Q In the e-mail Eileen Barrett is asking for the
3   formulation on the Supreme Greens product?
4 A Yes.
5 Q Did you provide that to her?
6 A No.
7 Q Did Mr. Guerrero provide it to her?
8 A No.
9 Q Did Mike Howell provide it to her?
10 A No.
11 Q Did either of you provide it to the FDA?
12 A No.
13 Q Why not?
14 A Because I didn't believe the FDA was
15   requesting it.
16 Q Why didn't you believe that?
17 A Because I didn't have trust in ITV at that
18   point. I thought that they could possibly
19   want to remanufacture the product and have the
20   formulation to do so based on different
21   threats I've had from Donald that he was going
22   to do that in the past.
23 Q So you didn't believe that it was a genuine

Page 48

1   request of the FDA?
2 A I did not.
3 Q Did you call the FDA to ask them?
4 A Yes.
5 Q Who did you call?
6 A I don't remember the specific person's name
7   that I spoke to. I spoke to two or three
8   people over there.
9 Q And what did they tell you?
10 A They said they couldn't share the details of
11   the case -- of any case with me because the
12   case wasn't against me, it was against
13   whoever -- they wouldn't even confirm there
14   was a case against ITV. And then they said
15   they wouldn't request a formulation from a
16   distributor of a manufacturer anyways.
17 Q Okay. Did you respond to the e-mail in any
18   fashion by saying, we're not going to do this
19   or we don't believe your request is genuine?
20 A I don't believe so.
21 Q Just ignored it?
22 A Yes.
23 Q Do you recall at some point in time receiving