UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ITV DIRECT, INC.,                               *
        Plaintiff,                            *
                                       *
    v.                                      *
                                       *
HEALTHY SOLUTIONS, LLC et al.,                  *
        Defendants.                           *
_____    *          Civil Action No. 04-10421-JLT
CAPPSEALS, INC.,                                *
        Plaintiff-in-Intervention,            *
                                       *
    v.                                      *
                                       *
HEALTHY SOLUTIONS, LLC, d/b/a                   *
DIRECT BUSINESS CONCEPTS; ITV                   *
DIRECT, INC.; and DIRECT                         *
FULFILLMENT, LLC,                               *
        Intervenor-Defendants.                *

ORDER

July 20, 2005

TAURO, J.

This court hereby orders that:

1.      Cappseals, Inc.'s Motion for Summary Judgment [#120] is ALLOWED;

2.      ITV Direct's Motion to Strike Affidavit of Kial Young Filed in Support of

Cappseals' Motion for Summary Judgment [#129] is DENIED AS MOOT because

this court did not rely on the affidavit in deciding Cappseals' Motion;

3.      Healthy Solutions shall filed a Proposed Rule 54(b) Judgment with respect to the

relevant counterclaim against ITV for the price of the goods;

4.    Cappseals shall file a Proposed Rule 54(b) Judgment with respect to its reach-and-

apply claim against ITV; and

5.    The Proposed Judgments shall specify the principal amounts due, together with

any appropriate interest and costs.

IT IS SO ORDERED.

 /s/ Joseph L. Tauro         
United States District Judge