# O'Connor Christensen & McLaughlin LLP
**Intellectual Property Litigators**
1920 Main Street, Suite 150
Irvine, California 92614

Tel. (949) 851-5000          Fax (949) 851-5051

July 22, 2005

VIA ELECTRONIC FILING

Ms. Zita Lovett, Clerk to Judge Tauro
United States District Court
For the District of Massachusetts
John Joseph Moakely U.S. Courthouse
1 Courthouse Way
Boston, MA  02210

 Re:  *ITV Direct, Inc. v. Healthy Solutions LLC, et al.* and *Cappseals, Inc. v. Healthy Solutions LLC d/b/a Direct Business Concepts, et al.*,
  Civil Action No. 04-CV-10421-JLT

Dear Clerk Lovett:

 Pursuant to paragraph 4 of Judge Tauro's July 20, 2005 Order [Docket #133] and Fed. R. Civ. P. 54(b), attached please find Healthy Solutions LLC's proposed Judgment.

Sincerely,
O'CONNOR CHRISTENSEN & MCLAUGHLIN LLP

/s/ Becky V. Christensen, Esq.

By:  Becky V. Christensen, Esq.
Attorneys for Healthy Solutions LLC

BVC:tlo

Enclosure

cc:  Counsel for all parties by electronic service