UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC. | ) Civil Action No. 04-CV-10421-JLT |
| Plaintiffs, | ) Honorable Joseph L. Tauro |
| v. | ) |
| HEALTHY SOLUTIONS LLC, et al, | ) |
| Defendants. | ) |
| AND RELATED CASES | ) |

**STIPULATION FOR MUTUAL DISMISSALS AMONG PLAINTIFFS/COUNTER-DEFENDANTS ITV DIRECT INC. AND DIRECT FULFILLMENT LLC AND DEFENDANTS/COUNTERCLAIMANTS HEALTHY SOLUTIONS LLC, HEALTH SOUTIONS INC., ALEJANDRO GUERRERO, MICHAEL HOWELL AND GREG GEREMESZ;**

<u>ORDER OF DISMISSAL</u>

WHEREAS, Plaintiff/Counter-Defendant ITV DIRECT, INC. and Counter-Defendant DIRECT FULFILLMENT, LLC, (hereinafter collectively referred to as the "ITV DIRECT PARTIES") have asserted various claims and causes of action against Defendants/Counterclaimants HEALTHY SOLUTIONS LLC d/b/a DIRECT BUSINESS CONCEPTS, HEALTH SOLUTIONS INC., ALEJANDRO GUERRERO, GREG GEREMESZ and MICHAEL HOWELL, (hereinafter collectively referred to as the "HEALTHY SOLUTIONS LLC PARTIES") and the HEALTHY SOLUTIONS LLC PARTIES have asserted

1

various claims and causes of action against the ITV DIRECT PARTIES, and the parties being desirous of resolving all claims and disputes among them, now therefore:

IT IS HEREBY STIPULATED that:

1. All claims and causes of actions amongst these parties are hereby dismissed with prejudice;

2. Nothing herein should be construed as an admission of the validity of any claims, counterclaims, rights to set-off, defenses and affirmative defenses of these parties;

3. The ITV DIRECT PARTIES and the HEALTHY SOLUTIONS LLC PARTIES shall each bear their own costs and attorney fees.

SO STIPULATED.

Respectfully submitted,

SEYFARTH SHAW LLP

Dated: March 30, 2005

/s/ Christopher Robertson, Esq.
Peter Brooks, Esq.
Christopher Robertson, Esq.
Counsel for ITV Direct Inc.,
Direct Fulfillment LLC


O'CONNOR CHRISTENSEN &
MCLAUGHLIN LLP

Dated: March 30, 2005

/s/ Becky V. Christensen, Esq.
Becky V. Christensen, Esq.
Counsel for Healthy Solutions LLC,
Health Solutions Inc, Alejandro Guerrero,
Michael Howell, Gregory Geremesz

Dustin F. Hecker, Esq.
Posternak Blankstein & Lund LLP
Counsel for Healthy Solutions LLC,
Health Solutions Inc, Alejandro Guerrero,
Michael Howell, Gregory Geremesz

## ORDER OF DISMISSAL

This matter having come before the Court upon the Stipulation of Plaintiff/Counter-Defendant ITV DIRECT, INC. and Counter-Defendant DIRECT FULFILLMENT, LLC, (hereinafter collectively referred to as the "ITV DIRECT PARTIES") and Defendants/Counterclaimants HEALTHY SOLUTIONS LLC d/b/a Direct Business Concepts, HEALTH SOLUTIONS INC., ALEJANDRO GUERRERO, GREG GEREMESZ and MICHAEL HOWELL, (hereinafter collectively referred to as the "HEALTHY SOLUTIONS LLC PARTIES") and the Motion to Dismiss of the ITV Direct Parties and the Healthy Solutions Parties,

IT IS SO ORDERED.

Dated:

_____
Honorable Joseph L. Tauro
United States District Court Judge


Presented by:

O'CONNOR CHRISTENSEN &
MCLAUGHLIN LLP

/s/ Becky V. Christensen, Esq.
Becky V. Christensen, Esq.
Counsel for Healthy Solutions LLC,
Health Solutions Inc, Alejandro Guerrero,
Michael Howell, Gregory Geremesz

Dated: March 30, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2005, a copy of foregoing STIPULATION FOR MUTUAL DISMISSALS AMONG PLAINTIFFS/COUNTER-DEFENDANTS ITV DIRECT INC. AND DIRECT FULFILLMENT LLC, AND DEFENDANTS/COUNTERCLAIMANTS HEALTHY SOLUTIONS LLC, HEALTH SOUTIONS INC., ALEJANDRO GUERRERO, MICHAEL HOWELL AND GREG GEREMESZ ORDER THEREON was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Christopher F. Robertson, Esq.
Peter S. Brooks, Esq.
Susan W. Gelwick, Esq.
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, MA 02210
(617) 946-4800
(617) 946-4801 Fax
pbrooks@seyfarth.com
Kperrelli@seyfarth.com

Attorneys for Plaintiff
ITV DIRECT, INC.

Daniel J. Kelly, Esq.
Scott A. Silverman, Esq.
Kristin Cataldo, Esq.
GADSBY HANNAH LLP
225 Franklin Street
Boston, MA 02110
617 345-7000
617 345-7050 Fax
dkelly@ghlaw.com
cpriolo@ghlaw.com

Attorneys for Plaintiff-in-Intervention
CAPPSEALS, INC.

Christopher C. Larkin, Esq.
SEYFARTH SHAW LLP
2029 Century Park E., Suite 3300
Los Angeles, CA 90067-3063
(310) 277-7200

Attorneys for Consolidated Defendant
ITV DIRECT, INC.

/s/ Becky V. Christensen
Becky V. Christensen, Esq.
Counsel for Healthy Solutions LLC, Health Solutions Inc., Alejandro Guerrero, Michael Howell, and Gregory Geremesz