# O'Connor Christensen & McLaughlin LLP
**Intellectual Property Litigators**
1920 Main Street, Suite 150
Irvine, California 92614

Tel. (949) 851-5000          Fax (949) 851-5051

July 25, 2005

Honorable Joseph L. Tauro
United States District Court
 for the District of Massachusetts
1 Courthouse Way
Boston, MA 0221

    Re:  ITV Direct, Inc. v. Healthy Solutions, LLC, et al.
        U.S.D.C. C.A. No. 04-cv-10421-JLT

Dear Judge Tauro:

    On March 30, 2005, counterclaimants Healthy Solutions LLC, Health Solutions Inc., Mike Howell, Greg Geremesz and Alex Guerrero attempted settlement of this case with Plaintiff/Counterdefendant ITV Direct and Direct Fulfillment Inc.; however, absent the consent of product manufacturer/plaintiff in intervention Cappseals Inc., court approval was required. The Court denied that approval.  That settlement died at that point and the parties made extensive preparations for trial. The March 2005 settlement cannot sua sponte be revived by the letter of a single party. The judgment ordered July 20, 2005 in favor of Healthy Solutions LLC, which is proper as a matter of law, should therefore be entered.

        Sincerely,

        O'CONNOR CHRISTENSEN & McLAUGHLIN LLP

        /s/ Becky V. Christensen

        Becky V. Christensen, Esq.

cc:    Christopher F. Robertson, Esq.
        Daniel J. Kelly, Esq.

I:\Client Files\5006 Healthy Solutions\ITV. v. Healthy Solutions (MA)\Letter to Tauro 7-25-05.doc

## CERTIFICATE OF SERVICE

      I hereby certify that on July 25, 2005, a copy of the foregoing **LETTER TO JUDGE TAURO IN RESPONSE TO ITV DIRECT'S LETTTER OF JULY 25, 2005** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Christopher F. Robertson, Esq. | Daniel J. Kelly, Esq. |
| Peter S. Brooks, Esq. | Scott A. Silverman, Esq. |
| Susan W. Gelwick, Esq. | GADSBY HANNAH LLP |
| SEYFARTH SHAW LLP | 225 Franklin Street |
| Two Seaport Lane, Suite 300 | Boston, MA  02110 |
| Boston, MA  02210 | (617) 345-7026 |
| (617) 946-4800 | (617) 204-8026 Facsimile |
| (617) 946-4801 Facsimile | dkelly@ghlaw.com |
| crobertson@seyfarth.com | ssilverman@ghlaw.com |
| pbrooks@seyfarth.com | Kcataldo@ghlaw.com |
| sgelwick@seyfarth.com | |
| | |
| Attorneys for Plaintiff, Intervenor Defendant, Counter Defendant ITV DIRECT, INC. and DIRECT FULFILLMENT, LLC | Attorneys for Plaintiff-in-Intervention CAPPSEALS, INC. |

      /s/ Becky V. Christensen
      Becky V. Christensen, Esq.
      Counsel for Healthy Solutions LLC, Health Solutions Inc., Alejandro Guerrero, Michael Howell, and Gregory Geremesz