UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC.,      ) | |
|      ) | |
|          Plaintiff,    ) | |
|      ) | |
| v.      ) | |
|      ) | |
| HEALTHY SOLUTIONS, L.L.C., et al.,   ) | |
|      ) | |
|      Defendants.    ) | |
|      ) | |
| CAPPSEALS, INC.,      ) | Civil Action No. 04-CV-10421-JLT |
|      ) | |
|      Plaintiff-in-Intervention,   ) | |
|      ) | |
| v.      ) | |
|      ) | |
| HEALTHY SOLUTIONS, L.L.C., d/b/a   ) | |
| DIRECT BUSINESS CONCEPTS; ITV   ) | |
| DIRECT, INC.; and DIRECT      ) | |
| FULFILLMENT, LLC,      ) | |
|      ) | |
|      Intervenor-Defendants.   ) | |

## JUDGMENT

TAURO, D.J.

This action came before the Court upon Plaintiff-in-Intervention Cappseals Inc.'s Motion

for Summary Judgment. The issues have been heard and an ORDER and MEMORANDUM

were issued on July 20, 2005, by TAURO, D.J. ALLOWING Cappseals' Motion for Summary

Judgment and finding that "there is no just reason to further delay payment."

**WHEREFORE, IT IS HEREBY ORDERED AND ADJUDGED**

Pursuant to Fed. R. Civ. P. 54(b) judgment is hereby entered for Cappseals, Inc. on its

claim against Reach and Apply Defendants ITV Direct Inc., and Direct Fulfillment, LLC in the

amount of $1,041,684.49, said amount consisting of:

     1) Principal due in the amount of $890,183.09.

2)  Pre-Judgment interest through April 15, 2005 in the amount of $123,609.00 pursuant

to the *Judgment Against Healthy Solutions, LLC* [Docket #91].

3)  Pre-judgment interest due from April 16, 2005 through July 22, 2005 in the amount of

$27,892.40 calculated at the statutory rate of 12%.[1]

IT IS SO ORDERED.

DATED: **8/3/05**

_____
JUDGE, UNITED STATES DISTRICT COURT

---

[1] Computed pursuant to Mass. Gen. Laws ch. 231, § 6C.

2