UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC., )<br>)<br>                Plaintiff, )<br>)<br>v. )<br>)<br>HEALTHY SOLUTIONS, L.L.C., et al., )<br>)<br>                Defendants. )<br>CAPPSEALS, INC., )<br>)<br>        Plaintiff-in-Intervention, )<br>)<br>v. )<br>)<br>HEALTHY SOLUTIONS, L.L.C., d/b/a )<br>DIRECT BUSINESS CONCEPTS; ITV )<br>DIRECT, INC.; and DIRECT )<br>FULFILLMENT, LLC, )<br>)<br>        Intervenor-Defendants. ) | Civil Action No. 04-CV-10421-JLT |

## ORDER

TAURO, D.J.

This matter, having come on for consideration as a result of the *Motion for Post-Judgment Relief* filed by Cappseals, Inc. ("Cappseals"), the Court having reviewed Cappseals' Motion and being otherwise sufficiently advised, IT IS HEREBY ORDERED AND ADJUDGED that:

    A.    ITV Direct, Inc. and Direct Fulfillment, LLC (the "ITV Parties"), as well as each of their directors, officers, agents, servants, employees and attorneys and all persons in active concert and participation with them, pending payment of the judgment against them, are hereby enjoined from:

        1)    Removing, transferring, disposing of, wasting, liquidating, investing, conveying, encumbering in any fashion, or attempting to remove, conceal or in any way interfere with any real or personal property, assets effects or funds in any bank, or any

and all real or personal property of the ITV Parties except as the same may be necessary for the usual and normal day-to-day activities of the ongoing lawful business of the corporation, said "accounts payable" to be approved by the Court through a submission within 1 week from the date this Order is entered; and

    2)    Entering into any contracts not incidental to the normal and usual operation of said business without prior approval of the Court.

B.    The ITV Parties shall transfer to Cappseals any proceeds derived from their accounts receivable over and above amounts necessary to cover its over-head expenses and payroll as determined by salaries and commission arrangements in place prior to July 20, 2005.

C.    Cappseals is hereby granted an attachment on any and all real property, personal property or other assets of the ITV Parties not to exceed its judgment in the amount of $1,064,000.

D.    The ITV Parties shall prepare and submit a financial report to Cappseals by the 1st day of each month, which fully describes their current financial status including, but not limited to, a description of all disbursements from and deposits into their accounts as well as a description of the companies' assets, liabilities, accounts payable and accounts receivable.

E.    Cappseals shall have the immediate right to inspect any and all financial records, including but not limited to, any and all records of deposits into or disbursements from the bank accounts of the ITV Parties and any related entity at the offices of the ITV Parties or at any bank or financial institution where it maintains bank accounts, at any time, provided that such inspection shall take place during normal business hours of the company.

IT IS SO ORDERED.

DATED: _____

                                                      _____
                                                      JUDGE, UNITED STATES DISTRICT COURT

B0423619v1