

**SEYFARTH SHAW** LLP
ATTORNEYS

Writer's direct phone
617-946-4991

Writer's e-mail
pbrooks@seyfarth.com

World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028
617-946-4800
fax 617-946-4801
www.seyfarth.com

July 28, 2005

**BY FACSIMILE**
(617) 345-7077

Scott A. Silverman
Gadsby Hannah LLP
225 Franklin Street
Boston, MA 02210

Re:  **ITV Direct, Inc. v. Healthy Solutions, LLC, et al.
U.S.D.C. C.A. No. 04-cv-10421-JLT (D. Mass.)**

Dear Mr. Silverman

We are working on a proposal to address the judgment of the court. I expect to have something to you early next week. However, I do believe that any resolution of this matter will require either FTC approval or approval of Judge O'Toole.

Very truly yours,

Peter S. Brooks

PSB/kmg

BO1 15728338.1 / 35965-000306

BRUSSELS  WASHINGTON, D.C.  SAN FRANCISCO  SACRAMENTO  NEW YORK  LOS ANGELES  HOUSTON  CHICAGO  BOSTON  ATLANTA