Direct Marketing Concepts, Inc.
900 Cummings Center
Suite B07-U
Beverly, MA 01915

# Purchase Order

| Date | P.O. No. |
|---|---|
| 11/21/2003 | 1101 |

| Vendor | Ship To |
|---|---|
| Healthy Solutions, Inc.<br>11272 Day Lily Street<br>Fontana, CA 92337<br>ATTN: GREG | Direct Fufillment<br>100 Cummings Center<br>Suite 143H<br>Dock 144Q<br>Beverly, MA 01915 |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| Supreme Greens (... | SUPREME GREENS WITH MSM - (CAPSULES OR POWDERS)<br><br>PLEASE CONSIDER THIS PURCHASE ORDER A WEEKLY SHIPMENT OF 50,000 UNITS OF SUPREME GREENS WITH MSM<br><br>THIS WILL REPLACE PO NO. 1078<br><br>THIS PURCHASE ORDER IS SUBJECT TO CHANGE OR CANCELLATION UPON 30 DAY WRITTEN NOTICE | 50,000 | 6.50 | 325,000.00 |

Thank you.

**Total**   $325,000.00

| Phone # | Fax # |
|---|---|
| 978-299-2231 | 978-299-2589 |

ITV 00379

Mar 01 04 09:15a         HEALTH SOLUTIONS            6269631227                    p.4

Direct Marketing Concepts, Inc.

900 Cummings Center
Suite B07-U
Beverly, MA 01915

# Purchase Order

| Date | P.O. No. |
|---|---|
| 11/21/2003 | 1101 |

| Vendor | Ship To |
|---|---|
| Healthy Solutions, Inc.<br>11272 Day Lily Street<br>Fontana, CA 92337<br>ATTN: GREG | Direct Fulfillment<br>100 Cummings Center<br>Suite 143H<br>Dock 144Q<br>Beverly, MA 01915 |

*For how long?  60-90 Day Back Out*

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| Supreme Greens (...) | SUPREME GREENS WITH MSM - (CAPSULES OR POWDERS)<br><br>PLEASE CONSIDER THIS PURCHASE ORDER A WEEKLY SHIPMENT OF 50,000 UNITS OF SUPREME GREENS WITH MSM<br><br>THIS WILL REPLACE PO NO. 1078<br><br>THIS PURCHASE ORDER IS SUBJECT TO CHANGE OR CANCELLATION UPON 30 DAY WRITTEN NOTICE | 50,000 | 6.50 | 325,000.00 |
| Thank you. | | | **Total** | **$325,000.00** |

| Phone # | Fax # |
|---|---|
| 978-299-2231 | 978-299-2589 |

SH-047

# Purchase Order

ITV Direct, Inc.

900 Cummings Center
Suite B07-U
Beverly, MA 01915

| Date | P.O. No. |
|---|---|
| 11/21/2003 | 1101 |

| Vendor | Ship To |
|---|---|
| Healthy Solutions, Inc.<br>11272 Day Lily Street<br>Fontana, CA 92337<br>ATTN: GREG | Direct Fulfillment<br>100 Cummings Center<br>Suite 143H<br>Dock 144Q<br>Beverly, MA 01915 |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| Supreme Greens (... | SUPREME GREENS WITH MSM - (CAPSULES OR POWDERS)<br><br>PLEASE CONSIDER THIS PURCHASE ORDER A WEEKLY SHIPMENT OF 50,000 UNITS OF SUPREME GREENS WITH MSM<br><br>THIS WILL REPLACE PO NO. 1078<br><br>THIS PURCHASE ORDER IS SUBJECT TO CHANGE OR CANCELLATION UPON 30 DAY WRITTEN NOTICE | 50,000 | 6.50 | 325,000.00 |

Thank you.

**Total** $325,000.00

| Phone # | Fax # |
|---|---|
| 978-299-2231 | 978-299-2589 |

ITV 00324