**Direct Marketing Concepts, Inc.**
**Supreme Greens Accounting**
**Prepared by: Wayne P. Callahan**
**8/12/2004**

**Supreme Greens Revenues By Month**

For the Period January 1, 2003 through June 30, 2004

| Month of Revenue | Count | Product Revenue SubTotal | Shipping Revenue | Total Revenue |
|---|---|---|---|---|
| Jun-04 | 1536 | $ 173,450.49 | $16,173.25 | $ 189,623.74 |
| May-04 | 1979 | 210,294.80 | 20,621.29 | 230,916.09 |
| Apr-04 | 8013 | 826,250.87 | 87,737.84 | 913,988.71 |
| Mar-04 | 14318 | 1,513,532.74 | 161,521.87 | 1,675,054.61 |
| Feb-04 | 22611 | 1,521,839.23 | 166,259.49 | 1,688,098.72 |
| Jan-04 | 29257 | 2,309,192.20 | 265,927.46 | 2,575,119.66 |
| Dec-03 | 21954 | 2,248,110.22 | 244,340.70 | 2,492,450.92 |
| Nov-03 | 35156 | 2,144,203.25 | 245,905.72 | 2,390,108.97 |
| Oct-03 | 23049 | 2,178,456.34 | 276,611.64 | 2,455,067.98 |
| Sep-03 | 9380 | 853,464.65 | 110,516.19 | 963,980.84 |
| Jan - Aug 03 | 431 | 28,648.51 | 3,684.74 | 32,333.25 |
| Subtotal | 167684 | $ 14,007,443.30 | $ 1,599,300.19 | $ 15,606,743.49 |

Adjustment to Account for Supreme Greens Sales recorded in the
General Ledger but not recorded in the Sales System                    446,057.00

**TOTAL SUPREME GREENS REVENUES**                           $    16,052,800.49

Revenue recognizition is upon product shipment.

ITV 00549