Direct Marketing Concepts, Inc.
Supreme Greens Accounting
Prepared by: Wayne P. Callahan
7/29/2004

Supreme Greens Refunds by Month

For the Period January 1, 2003 through June 30, 2004

| Month of Refund | Count | Product Refund | Shipping Refund | Total Refund |
|---|---|---|---|---|
| Jun-04 | 240 | $ (22,054.07) | ($723.44) | $ (22,777.51) |
| May-04 | 544 | (47,805.75) | (314.05) | (48,119.80) |
| Apr-04 | 1182 | (106,937.49) | (1,915.84) | (108,853.33) |
| Mar-04 | 2073 | (177,240.86) | (3,580.33) | (180,821.19) |
| Feb-04 | 1907 | (158,692.80) | (4,976.34) | (163,669.14) |
| Jan-04 | 2600 | (240,651.96) | (6,709.07) | (247,361.03) |
| Dec-03 | 1987 | (188,115.97) | (7,676.24) | (195,792.21) |
| Nov-03 | 2057 | (193,427.12) | (8,198.95) | (201,626.07) |
| Oct-03 | 1428 | (136,027.14) | (6,790.70) | (142,817.84) |
| Sep-03 | 451 | (43,936.35) | (4,272.17) | (48,208.52) |
| Jan - Aug 03 | 11 | (1,409.23) | (166.85) | (1,576.08) |
| **SubTotal Refunds** | 14480 | $ (1,316,298.74) | $ (45,323.98) | $ (1,361,622.72) |

Refunds granted by manual checks                                $   (7,741.53)

**Grand Total Refunds**                                         $ (1,369,364.25)

ITV 00550