**Direct Marketing Concepts, Inc.**
**Supreme Greens Accounting**
**Prepared by: Wayne P. Callahan**
**8/12/2004**

**Supreme Greens Accounting**
**Supreme Greens Net Revenues**
For the Period January 1, 2003 through June 30, 2004

| | | |
|---|---|---|
| **Total Gross Sales** | $ | 16,052,800.49 |
| **Total Refunds** | | (1,369,364.25) |
| **Net Revenues** | $ | 14,683,436.24 |

ITV 00551