**Direct Marketing Concepts, Inc.**
**Supreme Greens Accounting**
**Prepared by: Wayne P. Callahan**
**8/13/2004**

**Supreme Greens Direct Costs**

For the Period January 1, 2003 through June 30, 2004

| | |
|---|---:|
| **Media Costs** | $7,881,870.90 |
| **Product Costs** | 3,975,452.61 |
| **Shipping Costs** | 1,029,071.21 |
| **Packaging Costs** | 97,236.14 |
| **Development Costs** | 38,045.95 |
| **Total Direct Costs** | $13,021,676.80 |

ITV 00552