Direct Marketing Concepts, Inc.
Supreme Greens Accounting
Prepared by: Wayne P. Callahan
8/9/2004

**Supreme Greens Media Costs By Month (paid by ITV Direct, Inc.)**

For the Period January 1, 2003 through June 30, 2004

| Month of Media Cost | PAX Media | ALL Others | TOTAL |
|---|---|---|---|
| Jun-04 | $0.00 | $0.00 | $0.00 |
| May-04 | 0.00 | 0.00 | $0.00 |
| Apr-04 | 57,927.50 | 284,582.47 | $342,509.97 |
| Mar-04 | 270,703.75 | 453,283.02 | $723,986.77 |
| Feb-04 | 215,411.25 | 642,293.64 | $857,704.89 |
| Jan-04 | 181,623.75 | 938,167.72 | $1,119,791.47 |
| Dec-03 | 371,587.70 | 1,016,920.43 | $1,388,508.13 |
| Nov-03 | 349,371.25 | 939,614.97 | $1,288,986.22 |
| Oct-03 | 402,453.75 | 825,877.28 | $1,228,331.03 |
| Sep-03 | 430,333.75 | 417,315.29 | $847,649.04 |
| Aug-03 | 41,395.00 | 28,728.38 | $70,123.38 |
| Jul-03 | 0.00 | 2,040.00 | $2,040.00 |
| Jun-03 | 0.00 | 2,040.00 | $2,040.00 |
| May-03 | 0.00 | 2,550.00 | $2,550.00 |
| Apr-03 | 0.00 | 2,040.00 | $2,040.00 |
| Mar-03 | 0.00 | 2,040.00 | $2,040.00 |
| Feb-03 | 0.00 | 1,530.00 | $1,530.00 |
| Jan-03 | 0.00 | 2,040.00 | $2,040.00 |
| **Total Supreme Greens Media Costs** | **$2,320,807.70** | **$5,561,063.20** | **$7,881,870.90** |

**Accrual Basis**

The costs listed above for the months of January 2003 through April 2003 were, in fact, for the months of January 2004 through April 2004. The dates had been entered into the system incorrectly. They have been left on this report wth their recorded dates since, in any case, the costs were incurred during the period January 1, 2003 through June 30, 2004, the period covered by the report.

ITV 00553