# Direct Marketing Concepts, Inc.
## Supreme Greens Accounting
## Cost of Supreme Greens Product Sold

Prepared by Wayne P. Callahan 8-9-2004
For the Period January 2003 through June 2004

| Trans # | Type | Date | Num | Name | Debit |
|---|---|---|---|---|---|
| 9,284 | Check | 06/17/2003 | WIRE | Healthy Solutions, Inc. | 16,250.00 |
| 11,721 | Check | 08/19/2003 | 3953 | Healthy Solutions, Inc. | 1,095.00 |
| 11,934 | Bill | 08/19/2003 | 1057 | Healthy Solutions, Inc. | 81,250.00 |
| 12,860 | Check | 09/26/2003 | WIRE | Direct Business Concepts | 83,382.00 |
| 13,635 | Bill | 09/26/2003 | 2 | Direct Business Concepts | 74,490.00 |
| 13,639 | Bill | 09/26/2003 | 3 | Direct Business Concepts | 13,000.00 |
| 13,638 | Bill | 10/03/2003 | 4 | Direct Business Concepts | 91,260.00 |
| 13,637 | Bill | 10/08/2003 | 5 | Direct Business Concepts | 9,750.00 |
| 13,637 | Bill | 10/08/2003 | 5 | Direct Business Concepts | 3,250.00 |
| 13,636 | Bill | 10/10/2003 | 6 | Direct Business Concepts | 128,609.00 |
| 13,636 | Bill | 10/10/2003 | 6 | Direct Business Concepts | 19,565.00 |
| 14,607 | Bill | 10/17/2003 | 10 | Direct Business Concepts | 65,520.00 |
| 13,716 | Bill | 10/20/2003 | 7 | Direct Business Concepts | 8,502.11 |
| 14,880 | Bill | 10/21/2003 | 11 | Direct Business Concepts | 13,000.00 |
| 14,609 | Bill | 10/24/2003 | 12 | Direct Business Concepts | 265,356.00 |
| 14,610 | Bill | 11/03/2003 | 13 | Direct Business Concepts | 124,020.00 |
| 14,608 | Bill | 11/03/2003 | 9 | Direct Business Concepts | 7,500.00 |
| 14,611 | Bill | 11/07/2003 | 14 | Direct Business Concepts | 158,385.50 |
| 14,788 | Bill | 11/18/2003 | 15 | Direct Business Concepts | 246,480.00 |
| 14,788 | Bill | 11/18/2003 | 15 | Direct Business Concepts | 31,460.00 |
| 14,701 | Check | 11/18/2003 | 4445 | Direct Business Concepts | 98,174.00 |
| 15,081 | Bill | 11/25/2003 | 16 | Direct Business Concepts | 287,400.00 |
| 15,082 | Bill | 12/03/2003 | 17 | Direct Business Concepts | 241,920.00 |
| 15,430 | Bill | 12/08/2003 | 18 | Direct Business Concepts | 214,272.00 |
| 15,859 | Bill | 12/12/2003 | 19 | Direct Business Concepts | 241,920.00 |
| 15,858 | Bill | 12/19/2003 | 20 | Direct Business Concepts | 300,024.00 |
| 16,690 | Bill | 12/31/2003 | 21 | Direct Business Concepts | 300,078.00 |
| 16,691 | Bill | 01/09/2004 | 22 | Direct Business Concepts | 185,472.00 |
| 16,692 | Bill | 01/14/2004 | 23 | Direct Business Concepts | 299,520.00 |
| 16,692 | Bill | 01/14/2004 | 23 | Direct Business Concepts | 24,192.00 |
| 16,693 | Bill | 01/21/2004 | 24 | Direct Business Concepts | 345,600.00 |
| 16,693 | Bill | 01/21/2004 | 24 | Direct Business Concepts | 30,546.00 |
| 16,997 | Bill | 01/29/2004 | 25 | Direct Business Concepts | 288,000.00 |
| 16,997 | Bill | 01/29/2004 | 25 | Direct Business Concepts | 30,216.00 |
| 17,074 | Bill | 02/06/2004 | 26 | Direct Business Concepts | 288,000.00 |
| 17,074 | Bill | 02/06/2004 | 26 | Direct Business Concepts | 30,240.00 |

|  |  |
|---|---|
| Total Supreme Green Purchases | 4,647,698.61 |
| Ending Inventory 6/30/2004 | (672,246.00) |
| Net Supreme Greens Product Cost | 3,975,452.61 |

ITV 00554

Prepared by: Wayne P. Callahan        Date: 8-9-2004        Page 1 of 1