Date: 7-1-4

Inventory Report

| Product | with phone# | w/o phone# |
|---|---|---|
| Alka Slim | xxxxx | 11,072 |
| Calcium Caps | 64,910 | 14,090 |
| Calcium Gels | 49,384 | 11,302 |
| Calcium Supreme Caps | xxxxx | 3,948 |
| Children Calcium Caps | 1,449 | xxxxx |
| E-8 Daily Caps | 97,550 | xxxxx |
| Green Tea | 34,510 | xxxxx |
| Kilos of Calcium | 67 | xxxxx |
| Liquid Essential | 15,418 | xxxxx |
| P.H. Test Kits | 23,600 | xxxxx |
| P.H. Test Samples | 32,000 | 10,100 |
| Silver from the Sea | xxxxx | 8,867 |
| Supreme Green Caps | 103,607 | 42 |
| Supreme Green Powder | 7,777 | 615 |
| T-Bag "1 month supply" | 72,240 | xxxxx |
| *Dr. Day Products* | | |
| Dr Day workbook | 23,130 | xxxxx |
| Dr.Day"Confusion"cassette | 5 | xxxxx |
| Dr.Day "Diseases" video | 20,827 | xxxxx |
| Dr.Day "Cancer" video | 3,549 | xxxxx |
| Dr.Day"God" video | 19,058 | xxxxx |
| Dr.Day"Light" video | 2 | xxxxx |
| Dr.Day"AltMed" video | - | xxxxx |
| Dr.Day"He Loves Me" video | 124 | xxxxx |
| Dr.Day"Drugs" video | 97 | xxxxx |
| Dr.Day"DoubleBlind" video | 146 | xxxxx |
| Dr.Day"Believing" video | 140 | xxxxx |
| Dr.Day"Cancer" DVD | 9,942 | xxxxx |
| Dr.Day"Interview"video | 13,019 | xxxxx |
| Dr.Day"Interview"DVD | 4,759 | xxxxx |

112,041  Total Count SG

$ 672,246.00  Total Cost @ $6.00 cost per unit

ITV 00555