**Direct Marketing Concepts, Inc.**
**Supreme Greens Accounting**
**Prepared by: Wayne P. Callahan**
**8/12/2004**

**Supreme Greens Shipping Expenses**

For the Period January 1, 2003 through June 30, 2004

| | |
|---|---:|
| Total Net Revenues, from Trial Balance | $36,202,461.55 |
| Total Shipping Expenses from Trial Balance | 2,537,206.56 |
| Shipping Expense as percentage of Total Net Revenues | 7.01% |
| Supreme Greens Net Revenues | $ 14,683,436.24 |
| Shipping Expense Allocated to Supreme Greens Net Revenues, at above percentage rate. | $ 1,029,071.21 |

ITV 00556