Direct Marketing Concepts, Inc.
Supreme Greens Accounting
Prepared by: Wayne P. Callahan
8/13/2004

**Supreme Greens Packaging Expense**

For the Period January 1, 2003 through June 30, 2004

| | | |
|---|---|---:|
| Total Net Revenues, from Trial Balance | $ | 36,202,461.55 |
| Total Packaging Expenses from Trial Balance | $ | 239,738.67 |
| Packaging Expense as percentage of Total Net Revenues | | **0.66%** |
| Supreme Greens Net Revenues | $ | 14,683,436.24 |
| Packaging Expense Applied to Supreme Greens Net Revenues, at above percentage rate. | $ | 97,236.14 |

ITV 00557