**Direct Marketing Concepts, Inc.**
**Supreme Greens Accounting**
**Prepared by: Wayne P. Callahan**
**8/13/2004**

**Supreme Greens Accounting**
**Net Profit (Loss)**

For the Period January 1, 2003 through June 30, 2004

| | | |
|---|---|---|
| Total Gross Supreme Greens Revenues | $ | 16,052,800.49 |
| Total Supreme Greens Refunds | | (1,369,364.25) |
| Net Supreme Greens Revenues | $ | 14,683,436.24 |
| Less Supreme Greens Direct Costs | | (13,021,676.80) |
| Net Revenues Less Direct Costs | $ | 1,661,759.44 |
| Overhead Allocated to Net Supreme Greens Revenues | | (4,138,687.91) |
| Net Loss on Sales of Supreme Greens | $ | (2,476,928.47) |

ITV 00558