## Direct Marketing Concepts, Inc.
## Supreme Greens Accounting
## Prepared by: Wayne P. Callahan
## 8/12/2004

### Supreme Greens Overhead Allocation

**For the Period January 1, 2003 through June 30, 2004**

| | |
|---|---:|
| Total Net Revenues, from Trial Balance | $ 36,202,461.55 |
| Total Selling, General & Administrative Expenses, from Trial Balance | 10,204,061.73 |
| Overhead Rate as percentage of Total Net Revenues | 28.19% |
| Supreme Greens Net Revenues | $ 14,683,436.24 |
| Overhead Allocated to Supreme Greens Net Revenues, at above percentage rate. | $ 4,138,687.91 |

ITV 00559