**Direct Marketing Concepts, Inc.**

## Transfers > $10,000 to the Defendants and Any Related or Affiliated Corporate Entities or Individuals
### January 1 2003 through June 30 2004

| Trans # | Date | Check # | Payee | Credit |
|---|---|---|---|---|
| Jan '03 - Jun 04 | | | | |
| 8611 | 06/03/2003 | WIRE | Direcgt Fulfillment | 25,000.00 |
| 12860 | 09/26/2003 | | Direct Business Concepts | 83,382.00 |
| 13943 | 10/10/2003 | 4421 | Direct Business Concepts | 58,502.11 |
| 13652 | 10/28/2003 | WIRE | Direct Business Concepts | 87,490.00 |
| 13783 | 11/03/2003 | WIRE | Direct Business Concepts | 104,260.00 |
| 14029 | 11/13/2003 | 4445 | Direct Business Concepts | 98,174.00 |
| 14701 | 11/21/2003 | | Direct Business Concepts | 98,174.00 |
| 14847 | 12/01/2003 | 4558 | Direct Business Concepts | 265,356.00 |
| 14628 | 12/01/2003 | WIRE | Direct Business Concepts | 65,520.00 |
| 14881 | 12/01/2003 | 4561 | Direct Business Concepts | 13,000.00 |
| 14848 | 12/06/2003 | 4559 | Direct Business Concepts | 124,020.00 |
| 15079 | 12/16/2003 | 4622 | Direct Business Concepts | 158,385.50 |
| 15268 | 12/22/2003 | 4666 | Direct Business Concepts | 277,940.00 |
| 15644 | 01/02/2004 | 4772 | Direct Business Concepts | 287,400.00 |
| 16100 | 01/12/2004 | 4809 | Direct Business Concepts | 241,920.00 |
| 16251 | 01/19/2004 | 4867 | Direct Business Concepts | 214,272.00 |
| 16618 | 01/26/2004 | 4925 | Direct Business Concepts | 241,920.00 |
| 16763 | 02/05/2004 | 5001 | Direct Business Concepts | 300,024.00 |
| 4594 | 02/13/2003 | 1013 | Direct Fulfillment, LLC | 65,000.00 |
| 4624 | 02/20/2003 | 1040 | Direct Fulfillment, LLC | 65,000.00 |
| 4666 | 02/26/2003 | 1066 | Direct Fulfillment, LLC | 25,000.00 |
| 4678 | 03/03/2003 | 1072 | Direct Fulfillment, LLC | 50,000.00 |
| 6007 | 03/04/2003 | Wire | Direct Fulfillment, LLC | 50,000.00 |
| 6015 | 03/07/2003 | Wire | Direct Fulfillment, LLC | 15,000.00 |
| 6024 | 03/10/2003 | Wire | Direct Fulfillment, LLC | 35,000.00 |
| 6026 | 03/11/2003 | Wire | Direct Fulfillment, LLC | 20,000.00 |
| 6029 | 03/13/2003 | Wire | Direct Fulfillment, LLC | 60,000.00 |
| 6030 | 03/13/2003 | Wire | Direct Fulfillment, LLC | 50,000.00 |
| 6035 | 03/18/2003 | Wire | Direct Fulfillment, LLC | 50,000.00 |
| 6036 | 03/18/2003 | Wire | Direct Fulfillment, LLC | 50,000.00 |
| 6037 | 03/19/2003 | Wire | Direct Fulfillment, LLC | 85,000.00 |
| 6043 | 03/27/2003 | Wire | Direct Fulfillment, LLC | 60,000.00 |
| 6048 | 04/01/2003 | Wire | Direct Fulfillment, LLC | 35,000.00 |
| 6051 | 04/03/2003 | Wire | Direct Fulfillment, LLC | 60,000.00 |
| 6053 | 04/08/2003 | Wire | Direct Fulfillment, LLC | 50,000.00 |
| 6057 | 04/10/2003 | Wire | Direct Fulfillment, LLC | 50,000.00 |
| 6060 | 04/15/2003 | Wire | Direct Fulfillment, LLC | 50,000.00 |
| 7197 | 04/18/2003 | | Direct Fulfillment, LLC | 85,504.56 |
| 6334 | 04/18/2003 | Wire | Direct Fulfillment, LLC | 35,000.00 |
| 7785 | 05/07/2003 | WIRE | Direct Fulfillment, LLC | 80,000.00 |
| 8006 | 05/12/2003 | WIRE | Direct Fulfillment, LLC | 15,000.00 |
| 7966 | 05/14/2003 | WIRE | Direct Fulfillment, LLC | 50,000.00 |
| 8297 | 05/23/2003 | WIRE | Direct Fulfillment, LLC | 75,000.00 |
| 11250 | 07/28/2003 | | Direct Fulfillment, LLC | 25,000.00 |
| 16545 | 01/21/2004 | 4920 | Donald W. Barrett | 25,000.00 |
| 17100 | 02/13/2004 | 5079 | Donald W. Barrett | 25,000.00 |
| 17286 | 02/20/2004 | 5169 | Donald W. Barrett | 100,000.00 |
| 18021 | 03/18/2004 | 5368 | Donald W. Barrett | 50,000.00 |
| 13006 | 10/06/2003 | 4227 | Eileen Barrett | 63,500.00 |
| 10842 | 07/15/2003 | 3699 | Health Solutions | 25,250.00 |
| 14829 | 12/01/2003 | 4557 | Health Solutions | 25,250.00 |
| 9284 | 06/17/2003 | WIRE | Healthy Solutions, Inc. | 16,250.00 |
| 11935 | 08/19/2003 | WIRE | Healthy Solutions, Inc. | 81,250.00 |
| 5339 | 03/20/2003 | 1461 | ITV Direct | 20,000.00 |
| 5391 | 03/20/2003 | 1476 | ITV Direct | 15,000.00 |
| 5528 | 03/31/2003 | 1543 | ITV Direct | 20,000.00 |
| 5612 | 04/04/2003 | 1437 | ITV Direct | 35,000.00 |

**Direct Marketing Concepts, Inc.**

# Transfers > $10,000 to the Defendants and Any Related or Affiliated Corporate Entities or Individuals

January 1 2003 through June 30 2004

| Trans # | Date | Check # | Payee | Credit |
|---|---|---|---|---|
| 6359 | 04/16/2003 | JE-164 | ITV Direct | 30,000.00 |
| 6336 | 04/18/2003 | 1756 | ITV Direct | 150,000.00 |
| 6596 | 04/23/2003 | | ITV Direct | 100,000.00 |
| 7401 | 04/29/2003 | WIRE | ITV Direct | 60,000.00 |
| 7501 | 04/30/2003 | WIRE | ITV Direct | 40,000.00 |
| 7786 | 05/07/2003 | WIRE | ITV Direct | 50,000.00 |
| 8005 | 05/12/2003 | WIRE | ITV Direct | 100,000.00 |
| 8136 | 05/16/2003 | WIRE | ITV Direct | 100,000.00 |
| 8252 | 05/20/2003 | WIRE | ITV Direct | 75,000.00 |
| 8610 | 06/03/2003 | WIRE | ITV Direct | 75,000.00 |
| 8827 | 06/09/2003 | WIRE | ITV Direct | 75,000.00 |
| 9279 | 06/17/2003 | | ITV Direct | 140,000.00 |
| 10483 | 07/08/2003 | WIRE | ITV Direct | 120,000.00 |
| 10818 | 07/13/2003 | WIRE | ITV Direct | 50,000.00 |
| 10823 | 07/17/2003 | WIRE | ITV Direct | 30,000.00 |
| 11006 | 07/18/2003 | WIRE | ITV Direct | 30,000.00 |
| 11047 | 07/21/2003 | | ITV Direct | 30,000.00 |
| 11212 | 07/25/2003 | | ITV Direct | 124,000.00 |
| 11251 | 07/28/2003 | | ITV Direct | 150,000.00 |
| 11411 | 08/01/2003 | | ITV Direct | 38,000.00 |
| 11453 | 08/05/2003 | | ITV Direct | 105,000.00 |
| 11595 | 08/12/2003 | | ITV Direct | 150,000.00 |
| 11710 | 08/19/2003 | | ITV Direct | 165,000.00 |
| 12017 | 08/25/2003 | | ITV Direct | 120,000.00 |
| 12089 | 08/28/2003 | WIRE | ITV Direct | 70,000.00 |
| 12103 | 09/02/2003 | | ITV Direct | 230,000.00 |
| 12262 | 09/08/2003 | WIRE | ITV Direct | 200,000.00 |
| 12560 | 09/17/2003 | WIRE-2 | ITV Direct | 188,000.00 |
| 12699 | 09/19/2003 | WIRE | ITV Direct | 20,000.00 |
| 12638 | 09/23/2003 | WIRE | ITV Direct | 160,000.00 |
| 12799 | 09/23/2003 | WIRE | ITV Direct | 43,781.00 |
| 12912 | 10/01/2003 | WIRE | ITV Direct | 170,000.00 |
| 12991 | 10/01/2003 | WIRE | ITV Direct | 80,000.00 |
| 13005 | 10/02/2003 | WIRE | ITV Direct | 13,000.00 |
| 13021 | 10/06/2003 | WIRE | ITV Direct | 200,000.00 |
| 13251 | 10/07/2003 | WIRE | ITV Direct | 101,390.00 |
| 13244 | 10/14/2003 | WIRE | ITV Direct | 255,000.00 |
| 13371 | 10/15/2003 | WIRE | ITV Direct | 200,000.00 |
| 13455 | 10/20/2003 | | ITV Direct | 250,000.00 |
| 13498 | 10/22/2003 | WIRE | ITV Direct | 50,000.00 |
| 13601 | 10/24/2003 | WIRE | ITV Direct | 255,000.00 |
| 13615 | 10/27/2003 | WIRE | ITV Direct | 250,000.00 |
| 13629 | 10/29/2003 | WIRE | ITV Direct | 100,000.00 |
| 13765 | 11/03/2003 | WIRE | ITV Direct | 220,000.00 |
| 13924 | 11/07/2003 | WIRE | ITV Direct | 100,000.00 |
| 14013 | 11/17/2003 | WIRE | ITV Direct | 370,000.00 |
| 14669 | 11/19/2003 | WIRE | ITV Direct | 16,300.00 |
| 14698 | 11/24/2003 | WIRE | ITV Direct | 205,000.00 |
| 14748 | 11/25/2003 | WIRE | ITV Direct | 90,000.00 |
| 14813 | 12/01/2003 | WIRE | ITV Direct | 350,000.00 |
| 14979 | 12/08/2003 | WIRE | ITV Direct | 230,000.00 |
| 15067 | 12/08/2003 | WIRE | ITV Direct | 50,000.00 |
| 15110 | 12/10/2003 | WIRE | ITV Direct | 95,000.00 |
| 15219 | 12/15/2003 | WIRE | ITV Direct | 200,000.00 |
| 15194 | 12/17/2003 | WIRE | ITV Direct | 200,000.00 |
| 15453 | 12/23/2003 | WIRE | ITV Direct | 200,000.00 |
| 15482 | 12/29/2003 | WIRE | ITV Direct | 270,000.00 |
| 15629 | 01/05/2004 | WIRE | ITV Direct | 190,000.00 |

Prepared by Wayne P. Callahan      Dated: 8-7-2004      Page 2 of 3

ITV 000561

Direct Marketing Concepts, Inc.

# Transfers > $10,000 to the Defendants and Any Related or Affiliated Corporate Entities or Individuals

January 1 2003 through June 30 2004

| Trans # | Date | Check # | Payee | Credit |
|---|---|---|---|---|
| 15897 | 01/09/2004 | WIRE | ITV Direct | 220,000.00 |
| 16237 | 01/13/2004 | WIRE | ITV Direct | 230,000.00 |
| 16274 | 01/20/2004 | WIRE | ITV Direct | 275,000.00 |
| 16526 | 01/26/2004 | WIRE | ITV Direct | 350,000.00 |
| 16783 | 02/02/2004 | WIRE | ITV Direct | 35,000.00 |
| 16784 | 02/03/2004 | WIRE | ITV Direct | 100,000.00 |
| 16831 | 02/04/2004 | WIRE | ITV Direct | 200,000.00 |
| 16849 | 02/09/2004 | WIRE | ITV Direct | 275,000.00 |
| 17040 | 02/12/2004 | WIRE | ITV Direct | 225,000.00 |
| 17098 | 02/17/2004 |  | ITV Direct | 275,000.00 |
| 17244 | 02/23/2004 | WIRE | ITV Direct | 250,000.00 |
| 17371 | 02/25/2004 | WIRE | ITV Direct | 50,000.00 |
| 17377 | 03/02/2004 | WIRE | ITV Direct | 350,000.00 |
| 17655 | 03/10/2004 | WIRE | ITV Direct | 100,000.00 |
| 17768 | 03/16/2004 | WIRE | ITV Direct | 200,000.00 |
| 18071 | 03/22/2004 | WIRE | ITV Direct | 150,000.00 |
| 18102 | 03/23/2004 | WIRE | ITV Direct | 50,000.00 |
| 18219 | 03/25/2004 | WIRE | ITV Direct | 175,000.00 |
| 18467 | 03/30/2004 | WIRE | ITV Direct | 300,000.00 |
| 18644 | 04/09/2004 | WIRE | ITV Direct | 100,000.00 |
| 18694 | 04/13/2004 | WIRE | ITV Direct | 275,000.00 |
| 18845 | 04/19/2004 | WIRE | ITV Direct | 175,000.00 |
| 18962 | 04/23/2004 | WIRE | ITV Direct | 100,000.00 |
| 18964 | 04/26/2004 | WIRE | ITV Direct | 180,000.00 |
| 19031 | 04/28/2004 |  | ITV Direct | 100,000.00 |
| 19216 | 05/04/2004 | WIRE | ITV Direct | 175,000.00 |
| 19237 | 05/10/2004 |  | ITV Direct | 135,000.00 |
| 19236 | 05/13/2004 | WIRE | ITV Direct | 75,000.00 |
| 19445 | 05/17/2004 | WIRE | ITV Direct | 275,000.00 |
| 19638 | 05/24/2004 |  | ITV Direct | 150,000.00 |
| 19720 | 06/01/2004 | WIRE | ITV Direct | 160,000.00 |
| 19907 | 06/08/2004 |  | ITV Direct | 75,000.00 |
| 20048 | 06/10/2004 | WIRE | ITV Direct | 50,000.00 |
| 20088 | 06/14/2004 |  | ITV Direct | 200,000.00 |
| 20098 | 06/14/2004 | WIRE | ITV Direct | 50,000.00 |
| 20183 | 06/18/2004 | WIRE | ITV Direct | 100,000.00 |
| 20255 | 06/21/2004 | WIRE | ITV Direct | 190,000.00 |
| 20361 | 06/29/2004 | WIRE | ITV Direct | 250,000.00 |
| 6452 | 02/21/2003 | WAGE | Maihos | 13,751.69 |
| 7404 | 04/29/2003 | 3057 | Robert A Maihos | 275,000.00 |
| 12455 | 09/10/2003 | 4119 | Robert A Maihos | 50,000.00 |
| 12456 | 09/11/2003 | 4120 | Robert A Maihos | 30,000.00 |
| 12497 | 09/15/2003 | 4127 | Robert A Maihos | 38,000.00 |
| 16544 | 01/21/2004 | 4919 | Robert A Maihos | 25,000.00 |
| 17101 | 02/13/2004 | 5080 | Robert A Maihos | 25,000.00 |
| 17376 | 03/01/2004 | 5175 | Robert A Maihos | 100,000.00 |
| 18020 | 03/18/2004 | 5367 | Robert A Maihos | 50,000.00 |
| 18726 | 04/15/2004 | 5452 | Robert A Maihos | 200,000.00 |
| 20114 | 06/15/2004 | 5852 | Robert A Maihos | 40,000.00 |
| 20119 | 06/16/2004 | 5853 | Robert A Maihos | 60,000.00 |
| 4682 | 03/03/2003 | 1073 | Robert Maihos | 25,000.00 |
| 5607 | 04/03/2003 | 1586 | Robert Maihos | 100,000.00 |
| 5611 | 04/04/2003 | 1585 | Robert Maihos | 430,000.00 |

Prepared by Wayne P. Callahan        Dated: 8-7-2004        Page 3 of 3

ITV 000562