# ITV Direct

## Transfers > $10,000 to the Defendants and Any Related or Affiliated Corporate Entities or Individuals

### January 1 2003 through June 30 2004

| Trans # | Date | Check # | Payee | Credit |
|---|---|---|---|---|
| Jan '03 - Jun 04 | | | | |
| 1073 | 08/06/2003 | WIRE | Direct Marketing Concepts, Inc. | 50,000.00 |
| 1387 | 09/18/2003 | WIRE | Direct Marketing Concepts, Inc. | 70,000.00 |
| 1702 | 10/17/2003 | WIRE | Direct Marketing Concepts, Inc. | 122,000.00 |
| 2218 | 12/05/2003 | WIRE | Direct Marketing Concepts, Inc. | 80,000.00 |
| 331 | 04/23/2003 | | Healthy Solutions | 16,250.00 |
| 7 | 03/20/2003 | 1007 | Robert Maihos | 15,000.00 |
| 33 | 03/28/2003 | 1030 | Robert Maihos | 20,000.00 |

ITV 000563

Prepared by Wayne P. Callahan        Dated: 8-7-2004        Page 1 of 1