12:20 PM
08/13/04
Accrual Basis

# Direct Marketing Concepts, Inc.
## Balance Sheet
As of June 30, 2004

|  | Jun 30, 04 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Cash | 175,153.20 |
| Total Checking/Savings | 175,153.20 |
| **Accounts Receivable** | |
| Accounts Receivable | 341,801.09 |
| Total Accounts Receivable | 341,801.09 |
| **Other Current Assets** | |
| Credit Card Sales Receivable | 340,363.69 |
| Employee Advances - Receivable | 1,700.00 |
| Product Inventory | 1,945,450.00 |
| Total Other Current Assets | 2,287,513.69 |
| **Total Current Assets** | 2,804,467.98 |
| **Fixed Assets** | |
| Computer Equipment | 332,017.93 |
| Office Equipment | 219,574.49 |
| Automobiles | 78,758.23 |
| Machinery & Equipment | 37,567.65 |
| Furniture & Office Equipment | 63,764.39 |
| Leasehold Improvements | 7,425.00 |
| Accumulated Depreciation | -371,931.00 |
| Total Fixed Assets | 367,176.69 |
| **Other Assets** | |
| Prepaid Media Buys | 344,248.74 |
| Deposits & Intangible Assets | 1,119,484.81 |
| Total Other Assets | 1,463,733.55 |
| **TOTAL ASSETS** | **4,635,378.22** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 2,323,460.13 |
| Total Accounts Payable | 2,323,460.13 |
| **Credit Cards** | |
| Credit Cards Payable | -2,430.47 |
| Total Credit Cards | -2,430.47 |
| Total Current Liabilities | 2,321,029.66 |

ITV 000564

Prepared by Wayne P. Callahan

Page 1

12:20 PM
08/13/04
Accrual Basis

# Direct Marketing Concepts, Inc.
## Balance Sheet
### As of June 30, 2004

|  | Jun 30, 04 |
|---|---:|
| **Long Term Liabilities** | |
|   Notes Payable | 73,497.36 |
| **Total Long Term Liabilities** | 73,497.36 |
| **Total Liabilities** | 2,394,527.02 |
| **Equity** | |
|   Capital Stock | 200.00 |
|   Retained Earnings | 1,866,628.37 |
|   Sub-S Corp Property Distrib. | -2275863.04 |
|   Net Income | 2,649,885.87 |
| **Total Equity** | 2,240,851.20 |
| **TOTAL LIABILITIES & EQUITY** | 4,635,378.22 |

ITV 000565

Prepared by Wayne P. Callahan

Page 2