12:37 PM
08/13/04
Accrual Basis

# ITV Direct
## Balance Sheet
As of June 30, 2004

|  | Jun 30, 04 |
|---|---:|
| **ASSETS** |  |
| **Current Assets** |  |
| **Checking/Savings** |  |
| Checking - Beverly National | -149,090.28 |
| **Total Checking/Savings** | -149,090.28 |
| **Accounts Receivable** |  |
| Accounts Receivable | 6,784.50 |
| **Total Accounts Receivable** | 6,784.50 |
| **Total Current Assets** | -142,305.78 |
| **Fixed Assets** |  |
| Computer Equipment | 41,822.93 |
| Studio Equipment -Telepromter | 7,032.50 |
| **Total Fixed Assets** | 48,855.43 |
| **TOTAL ASSETS** | -93,450.35 |
| **LIABILITIES & EQUITY** |  |
| **Liabilities** |  |
| **Current Liabilities** |  |
| **Accounts Payable** |  |
| Accounts Payable | 300.00 |
| **Total Accounts Payable** | 300.00 |
| **Other Current Liabilities** |  |
| Due to Direct Marketing Concept | 8,329,970.00 |
| **Total Other Current Liabilities** | 8,329,970.00 |
| **Total Current Liabilities** | 8,330,270.00 |

ITV 000566

Prepared by Wayne P. Callahan

12:37 PM
08/13/04
Accrual Basis

## ITV Direct
### Balance Sheet
As of June 30, 2004

|  | Jun 30, 04 |
|---|---:|
| Total Liabilities | 8,330,270.00 |
| Equity | |
| Retained Earnings | -1,409,677.55 |
| Net Income | -7,014,042.80 |
| Total Equity | -8,423,720.35 |
| TOTAL LIABILITIES & EQUITY | -93,450.35 |

Page 2

Prepared by Wayne P. Callahan

ITV 000567