8/23/2004  Barrett, Donald

```
                                    VOLUME:  I
                                    PAGES:   141
                                    EXHIBITS: 33 - 36
```

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - -x

ITV DIRECT, INC.

    Plaintiff

                              CIVIL ACTION

    Vs.                 NO. 04-CV-10421-JLT

HEALTHY SOLUTIONS, LLC, ET AL

    Defendants

- - - - - - - - - - - - - - - -x

AND RELATED ACTIONS

- - - - - - - - - - - - - - - -x

                DEPOSITION OF DONALD BARRETT
taken on behalf of the Defendants pursuant to the
Federal Rules of Civil Procedure, before Carole M.
Wallace, Certified Shorthand Reporter and Notary Public,
at the offices of Posternak, Blankstein & Lund, LLP, 800
Boylston Street, Boston, Massachusetts   02210, on
Monday, August 23, 2004, commencing at 9:58 a.m.

    HENNESSEY CORP. D/B/A ROBERT H. LANGE CO.

50 Congress Street - Boston, Massachusetts   02109

Tel: (617) 523-1874          Fax: (617) 523-7343

8/23/2004 Barrett, Donald

```
1    APPEARANCES:
2
3    Peter S. Brooks, Esq.
     Seyfarth Shaw LLP
4    Two Seaport Lane
     Boston, Massachusetts   02210
5    617 946-4800
     On behalf of the Plaintiff
6
     Michael Sciucco, Esq.
7    100 Cummings Center
     Suite 506E
8    Beverly, Massachusetts   01915
     978 299-2553
9    On behalf of the Plaintiff
10   Becky V. Christensen, Esq.
     Levin & O'Connor
11   384 Forest Avenue - Suite 13
     Laguna Beach, California   92651
12   949 497-7676
     On behalf of the Defendants
13
14   VIDEOGRAPHER:
15   Stephen Hartman, CLVS
     Hennessey Corp. d/b/a Robert H. Lange Co.
16   50 Congress Street
     Boston, Massachusetts   02109
17
18      ATTORNEY CHRISTENSEN RETAINED THE ORIGINAL EXHIBITS
19
20
21
22
23
24
```

8/23/2004 Barrett, Donald

```
1                           I N D E X
2    Witness              Direct   Cross   Redirect   Recross
3    DONALD BARRETT          5      137
4
5
6
7                           * * * *
8
9
10
11                      E X H I B I T S
12   No.              Description                        Ident.
13   33    Answer and Crosscomplaint of . . . . .          24
           Direct Marketing Concepts
14
     34    Affidavit of Donald Barrett  . . . . .          26
15
     35    Bates No. ITV 288 - 290, ITV 395 . . .         119
16
     36    Fax and transcript of final version  .         131
17         done 9/10/03
18
19
20
21
22
23
24
```

8/3/2005 2:35 PM                                                          3

8/23/2004 Barrett, Donald

| | |
|---|---|
| 1 | THE VIDEOGRAPHER: We are now recording |
| 2 | and on the record. My name in Stephen Hartman, a |
| 3 | Certified Legal Video Specialist for Hennessey |
| 4 | Corp., DBA Robert H. Lange Co. Our business address |
| 5 | is Fifty Congress Street, Suite 525, Boston, |
| 6 | Massachusetts 02109. Today is August 23, 2004. |
| 7 | The time is 9:58. |
| 8 | This is the deposition of Donald Barrett |
| 9 | in the matter of ITV, Direct, Plaintiff Vs. Healthy |
| 10 | Solutions, LLC et al, Defendants and Related Cases |
| 11 | in the United States District Court, District of |
| 12 | Massachusetts, case number 04-CV-10421-JLT. This |
| 13 | deposition is being taken at 800 Boylston Street, |
| 14 | Boston, Massachusetts on behalf of the defendants. |
| 15 | The court reporter is Carole Wallace. |
| 16 | Will counsel please state their |
| 17 | appearances and the court reporter will administer |
| 18 | the oath. |
| 19 | MS. CHRISTENSEN: Becky Christensen of |
| 20 | Levin & O'Connor for defendants Healthy Solutions |
| 21 | LLC, Health Solutions, Inc., Alejandro Guerrero, |
| 22 | Greg Geremesz and Michael Howell. |
| 23 | MR. BROOKS: I'm Peter Brooks and I |
| 24 | represent ITV and Direct Marketing Concepts. |

8/23/2004  Barrett, Donald

| | | |
|---|---|---|
| 1 | | DONALD BARRETT, |
| 2 | | having been satisfactorily identified by the |
| 3 | | production of his driver's license and duly sworn by |
| 4 | | the Notary Public, was examined and testified as |
| 5 | | follows: |
| 6 | | DIRECT EXAMINATION BY MS. CHRISTENSEN |
| 7 | Q | Please state your full legal name. |
| 8 | A | Full legal name is Donald William Barrett, Jr. |
| 9 | Q | What is your home address? |
| 10 | A | It is Nine Tall Tree Drive Beverly, Massachusetts |
| 11 | | 01905. |
| 12 | Q | Have you ever had your deposition taken before? |
| 13 | A | Yes. |
| 14 | Q | How many times, approximately? |
| 15 | A | I can't -- Approximately three or four times. |
| 16 | Q | You understand that you are giving testimony under |
| 17 | | oath today, is that right? |
| 18 | A | Yes. |
| 19 | Q | Even though we are in a conference room, it would be |
| 20 | | the same as if you were in a courtroom? |
| 21 | A | Absolutely. |
| 22 | Q | Is there any reason that you can't give your very |
| 23 | | best testimony today? |
| 24 | A | No, I can give my very best testimony today. |

8/23/2004  Barrett, Donald

| | | |
|---|---|---|
| 1 | Q | Please tell me whether you are employed. |
| 2 | A | Yes, I am employed. |
| 3 | Q | What do you do? |
| 4 | A | I own a company called ITV Direct and Direct |
| 5 | | Marketing Concepts along with my business partner. |
| 6 | Q | What do you do for ITV Direct? |
| 7 | A | I host the infomercial aspect of the direct response |
| 8 | | business. |
| 9 | Q | Do you have any title for your work at ITV Direct? |
| 10 | A | My title is president and CEO. |
| 11 | Q | Are you a shareholder? |
| 12 | A | Yes, I am. |
| 13 | Q | What percentage of the shares do you own? |
| 14 | A | I believe fifty percent. |
| 15 | Q | You mentioned a business partner.  Who is that? |
| 16 | A | His name is Robert Maihos, M A I H O S. |
| 17 | Q | What percentage of shares does he own? |
| 18 | A | The other fifty percent. |
| 19 | Q | What about Direct Marketing Concepts, what do you do |
| 20 | | for them? |
| 21 | A | The same thing. |
| 22 | Q | What you say "the same thing," would you describe |
| 23 | | your duties for me. |
| 24 | A | The Direct Marketing Concepts was the original |

8/23/2004 Barrett, Donald

| | | |
|---|---|---|
| 1 | | company that we started.  ITV Direct was a company |
| 2 | | that I started to actually produce the infomercials. |
| 3 | | Direct Marketing Concepts doesn't produce the |
| 4 | | infomercials any more, they are mainly the company |
| 5 | | that answers the telephones. |
| 6 | Q | Do you have a title at Direct Marketing Concepts? |
| 7 | A | It would be the same, president and CEO. |
| 8 | Q | Do you own some shares in Direct Marketing Concepts? |
| 9 | A | Exact same as Direct Marketing Concepts.  Same as |
| 10 | | ITV Direct, rather. |
| 11 | Q | So that would be fifty percent ownership for you and |
| 12 | | fifty percent for Mr. Maihos? |
| 13 | A | Correct. |
| 14 | Q | You mentioned that you were the host for the |
| 15 | | infomercials.  Do you have any operational |
| 16 | | responsibilities? |
| 17 | A | I do, but I really don't pay attention to the |
| 18 | | day-to-day operations. |
| 19 | Q | Do you have general oversight duties? |
| 20 | A | Yes, I oversee things. |
| 21 | Q | Describe for me if you would for ITV Direct the |
| 22 | | ultimate decision making authority as a general |
| 23 | | proposition. |
| 24 | A | Explain the question. |

8/23/2004 Barrett, Donald

| | | |
|---|---|---|
| 1 | Q | Ultimately who makes the decisions for ITV Direct, |
| 2 | | Inc.? |
| 3 | A | Ultimately me and my partner, Robert Maihos. |
| 4 | Q | How about for Direct Marketing Concepts? |
| 5 | A | That would be the same. |
| 6 | Q | You mentioned a moment ago that Direct Marketing |
| 7 | | Concepts was the first of the two companies? |
| 8 | A | Correct. |
| 9 | Q | Would you describe for me when it was founded and |
| 10 | | how it was built. |
| 11 | A | How it was built? |
| 12 | Q | Why don't we start with when it was founded. |
| 13 | A | I think it was started in 2002. I'm not a hundred |
| 14 | | percent sure. Around that time period. And it was |
| 15 | | started out of my mom's house. I had six telephones |
| 16 | | in a garage. There was a little room over the |
| 17 | | garage and I had six telephones and that's where I |
| 18 | | started the company. |
| 19 | Q | Did you start in the infomercial business or what |
| 20 | | were you selling? |
| 21 | A | Yes, I started in the infomercial business and |
| 22 | | although I wasn't producing shows at the time, I |
| 23 | | would get shows from other companies, put my 800 |
| 24 | | number on their shows, buy the product from them |

8/23/2004  Barrett, Donald

| | | |
|---|---|---|
| 1 | | wholesale and they would let me use their |
| 2 | | infomercial per se.  And I could make those |
| 3 | | infomercial work because I didn't have any overhead |
| 4 | | so to say.  I worked out of mom's house, I bought my |
| 5 | | own media, I answered my own phone calls, so I could |
| 6 | | make shows work that frankly other people couldn't |
| 7 | | make work. |
| 8 | Q | What was your first product, do you remember? |
| 9 | A | The first product -- And we didn't produce the first |
| 10 | | shows.  The first show was a program called |
| 11 | | Dr. Mortar's Dynamic Health.  It was a tape series. |
| 12 | Q | What kind of product was that? |
| 13 | A | Audio tape series. |
| 14 | Q | What other products were you selling from Direct |
| 15 | | Marketing Concepts in the beginning? |
| 16 | A | Ultra Body Toddy. |
| 17 | Q | What was that? |
| 18 | A | That was a nutritional product.  It was 300 |
| 19 | | nutrients in it.  It was the Ultra Body Toddy.  The |
| 20 | | name pretty much says it all.  It has everything in |
| 21 | | it. |
| 22 | Q | Who created that nutritional supplement? |
| 23 | A | A could company Supra Life out of San Diego, |
| 24 | | California.  Supra Life.  I'm not sure if they are |

8/23/2004 Barrett, Donald

| | | |
|---|---|---|
| 1 | | still in business. |
| 2 | Q | Who was the owner of Supra Life, if you recall? |
| 3 | A | I don't know.  The president's name was Mike Lewis, |
| 4 | | and I'm not sure who owned the company. |
| 5 | Q | What other products do you recall from the beginning |
| 6 | | of Direct Marketing Concepts? |
| 7 | A | Those are the basic products that we started with. |
| 8 | | I ran the Dr. Mortar show for the first year or two. |
| 9 | Q | You mentioned at that time that you did not actually |
| 10 | | produce the infomercials yourself.  When, if ever, |
| 11 | | did Direct Marketing Concepts begin to produce |
| 12 | | infomercials itself? |
| 13 | A | I believe the very first show I did was with Alex |
| 14 | | Guerrero, the very first show I produced. |
| 15 | Q | I want to make sure I understand this.  ITV Direct |
| 16 | | essentially produces the infomercials, and Direct |
| 17 | | Marketing Concepts answers the phone, places the |
| 18 | | orders, that sort of thing, is that a fair |
| 19 | | statement? |
| 20 | A | I really came up with ITV Direct because I liked the |
| 21 | | name more.  I kind of weaseled, not weaseled but |
| 22 | | said ITV Direct, we can use that it for the |
| 23 | | production end of it and we'll use Directing |
| 24 | | Marketing Concepts for the back end of the business. |