# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 04-CV-10421-JLT |
| v. ) | |
| ) | |
| HEALTHY SOLUTIONS, LLC, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| CAPPSEALS, INC., ) | |
| ) | |
| Plaintiff-in-Intervention, ) | |
| ) | |
| v. ) | |
| ) | |
| HEALTHY SOLUTIONS, LLC, d/b/a ) | |
| DIRECT BUSINESS CONCEPTS; ITV ) | |
| DIRECT, INC. and DIRECT ) | |
| FULFILLMENT, LLC, ) | |
| ) | |
| Intervenor-Defendants ) | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff and Intervenor-Defendant ITV Direct, Inc. ("ITV") and Intervenor-Defendant ITV Direct Fulfillment, Inc. ("Direct Fulfillment"), hereby appeal to the United States Court of Appeals for the First Circuit from: (1) the Judgment dated July 28, 2005, entering judgment pursuant to Fed. R. Civ. P. 54(b) in favor of Healthy Solutions, LLC ("Healthy Solutions") and against and Direct Fulfillment on Healthy Solutions' claim for goods sold and delivered; (2) the Memorandum and Order dated July 20, 2005 granting Plaintiff-in-Intervention Cappseals, Inc.'s ("Cappseals") Motion for Summary Judgment, and (3) the

2

Judgment dated August 3, 2005, entering judgment pursuant to Fed. R. Civ. P. 54(b) in favor

Cappseals and against ITV and Direct Fulfillment on Cappseals' claim for reach and apply.

                                            Respectfully submitted,

                                            ITV DIRECT, INC. AND DIRECT FULFILLMENT

                                            By their attorneys,

                                            /s/ Susan W. Gelwick
                                            Peter S. Brooks, BBO #058980
                                            Christopher F. Robertson, BBO #642094
                                            Susan W. Gelwick, BBO #567115
                                            SEYFARTH SHAW LLP
                                            Two Seaport Lane, Suite 300
                                            Boston, MA 02210-2028
                                            Telephone:    (617) 946-4800
                                            Telecopier:    (617) 946-4801

Dated: August 29, 2005

BO1 15732175.1 / 35965-000006