UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHY SOLUTIONS, L.L.C., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| CAPPSEALS, INC.,<br><br>Plaintiff-in-Intervention,<br><br>v.<br><br>HEALTHY SOLUTIONS, L.L.C., d/b/a DIRECT BUSINESS CONCEPTS; ITV DIRECT, INC.; and DIRECT FULFILLMENT, LLC,<br><br>Intervenor-Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 04-CV-10421-JLT

**CAPPSEALS, INC.'S MOTION FOR LEAVE TO SUBMIT A REPLY MEMORANDUM
IN FURTHER SUPPORT OF ITS
<u>MOTION FOR POST-JUDGMENT RELIEF</u>**

Plaintiff-in-Intervention Cappseals, Inc. (hereinafter "Cappseals") respectfully moves this Court for leave to file a Reply Memorandum, submitted herewith, in further support of Cappseals' Motion for Post-Judgment Relief. Specifically, Cappseals states that certain key issues raised by ITV's Opposition warrant clarification. Cappseals also asserts that the narrow issues addressed within its Reply Memorandum will assist the Court in analyzing the requested relief.

WHEREFORE, Cappseals requests that the Court grant it leave to file the Reply Memorandum submitted herewith.

Respectfully submitted,
CAPPSEALS, INC.
By its attorneys,

/s/ Scott A. Silverman
Daniel J. Kelly BBO# 553926
dkelly@ghlaw.com
Scott A. Silverman, BBO #638087
ssilverman@ghlaw.com
Gadsby Hannah LLP
225 Franklin Street
Boston, MA 02110
(617) 345-7000

DATED: March 21, 2005

## CERTIFICATE OF SERVICE

     I hereby certify that true and accurate copies of the foregoing <u>Cappseals, Inc.'s Motion for Leave to Reply</u> was served on the foregoing attorneys of record pursuant to Fed. R. Civ. P. 5 as follows:

<u>Via electronic notification:</u>

Peter S. Brooks        pbrooks@seyfarth.com

Susan W. Gelwick     sgelwick@seyfarth.com

Dustin F. Hecker      dhecker@pbl.com

Christopher F. Robertson    crobertson@seyfarth.com

Becky Christensen     bvc@ocmiplaw.com

 

/s/ Scott A. Silverman
Daniel J. Kelly BBO# 553926
dkelly@ghlaw.com
Scott A. Silverman, BBO #638087
ssilverman@ghlaw.com
Gadsby Hannah LLP
225 Franklin Street
Boston, MA 02110

DATED:  August 31, 2005    (617) 345-7000

3

B0427740v1