# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-10421

ITV Direct, Inc.,

v.

Healthy Solutions, LLC, et

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 8/29/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on September 1, 2005.

Sarah A Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: __9/1/05__.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL, CONSOLIDATED, LEAD

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-10421-JLT

ITV Direct, Inc. v. Healthy Solutions, LLC et al
Assigned to: Judge Joseph L. Tauro
Cause: 28:1332 Diversity-Other Contract

Date Filed: 03/02/2004
Jury Demand: Defendant
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

### Consolidated Plaintiff

**Healthy Solutions, LLC**
*A California Limited Liability Corporation*
*doing business as*
Direct Business Concepts

represented by **Becky V. Christensen**
O'Connor Christensen & McLaughlin LLP
1920 Main Street
Suite 150
Irvine, CA 92614
949-851-5000
Fax: 949-851-5051
Email: bvc@ocmiplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig McLaughlin**
O'Connor Christensen & McLaughlin LLP
1920 Main Street
Suite 150
Irvine, CA 92614
949-851-5000
Fax: 949-851-5051
Email: cml@ocmiplaw.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**William E. Levin**
Levin & Hawes
384 Forest Avenue
Suite 13
Laguna Beach, CA 92651
949-497-7676
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Health Solutions, Inc.**
*A California Corporation*

represented by **Becky V. Christensen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig McLaughlin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William E. Levin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Alejandro Guerrero**

represented by **Becky V. Christensen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig McLaughlin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**William E. Levin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Intervenor Plaintiff**

**Cappseals, Inc.** represented by **Daniel J. Kelly**
Gadsby & Hannah LLP
225 Franklin street
Boston, MA 02110
617-345-7026
Fax: 617-204-8026
Email: dkelly@ghlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Scott A. Silverman**
Gadsby & Hannah LLP
225 Franklin street
Boston, MA 02110
617-345-7077
Fax: 617-204-8077
Email:
ssilverman@ghlaw.com
*ATTORNEY TO BE*
*NOTICED*

**Kristin Cataldo**
Gadsby & Hannah LLP

225 Franklin street  
Boston, MA 02110  
617-345-7046  
Fax: 617-204-8046  
Email: Kcataldo@ghlaw.com  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ITV Direct, Inc.**    represented by    **Christian H. Pedersen**  
Metaxas Norman, & Pidgeon LLP  
900 Cummings Center  
Suite 207T  
Beverly, MA 01915  
978-927-8000  
Fax: 978-922-6464  
Email: cpedersen@mnplaw.com  
*TERMINATED: 07/01/2004*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Christopher F. Robertson**  
Seyfarth Shaw, LLP  
World Trade Center East  
Two Seaport Lane  
Suite 300  
Boston, MA 02210  
617-946-4800  
Email: crobertson@seyfarth.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Katherine E. Perrelli**

Seyfarth Shaw
World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028
617-946-4817
Fax: 617-946-4801
Email:
kperrelli@seyfarth.com
*TERMINATED: 07/14/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Peter S. Brooks**
Seyfarth Shaw, LLP
Two Seaport Lane, Ste. 300
Boston, MA 02210-2028
617-946-4991
Fax: 617-946-4801
Email:
pbrooks@seyfarth.com
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Susan W. Gelwick**
Seyfarth Shaw, LLP
World Trade Center East
Two Seaport Lane
Boston, MA 02210-2028
617-946-4800
Fax: 617-946-4801
Email:
sgelwick@seyfarth.com
*ATTORNEY TO BE*
*NOTICED*

V.

**Consolidated Defendant**

**ITV Direct, Inc.**  represented by  **Christopher C. Larkin**
*A Massachusetts Corporation*   Seyfarth Shaw
Suite 3300
2029 Century Park E
Los Angeles, CA 90067-3063

310-277-7200
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Christopher F. Robertson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Defendant**

**Healthy Solutions, LLC**  represented by  **Becky V. Christensen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Craig McLaughlin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Dustin F. Hecker**
Posternak, Blankstein & Lund

Prudential Tower

800 Boylston Street
Boston, MA 02199-8004
617-973-6100
Fax: 617-722-4927
Email: dhecker@pbl.com
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Defendant**

**Health Solutions, Inc.**     represented by **Becky V. Christensen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Craig McLaughlin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Dustin F. Hecker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Defendant**

**Alejandro Guerrero**     represented by **Becky V. Christensen**
*individually and as a Member*           (See above for address)
*of Healthy Solutions, LLC,*             *LEAD ATTORNEY*
*and as Officer and Director of*         *ATTORNEY TO BE*
*Health Solutions, Inc.*                 *NOTICED*

**Craig McLaughlin**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Dustin F. Hecker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Howell**
*individually and as a Member of Healthy Solutions, LLC, and as Officer and Director of Health Solutions, Inc*

represented by **Becky V. Christensen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig McLaughlin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dustin F. Hecker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Greg Geremesz**
*individually and as a Member of Healthy Solutions, LLC, and as Officer and Director of Health Solutions, Inc.*

represented by **Becky V. Christensen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig McLaughlin**
(See above for address)
*LEAD ATTORNEY*

                                                      *ATTORNEY TO BE NOTICED*

                                                      **Dustin F. Hecker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**ITV Direct, Inc.**     represented by  **Christopher F. Robertson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                                    **Peter S. Brooks**
(See above for address)
*ATTORNEY TO BE NOTICED*

                                                    **Susan W. Gelwick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**Direct Fulfillment, LLC**    represented by  **Peter S. Brooks**
(See above for address)
*ATTORNEY TO BE NOTICED*

                                                    **Susan W. Gelwick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

| | | |
|---|---|---|
| **Healthy Solutions, L.L.C.**<br>*doing business as*<br>Direct Business Concepts | represented by | **Becky V. Christensen**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE*<br>*NOTICED* |

**Objector**

| | | |
|---|---|---|
| **Federal Trade Commission** | represented by | **John Andrew Singer**<br>Federal Trade Commission<br>600 Pennsylvania Ave, NW<br>Washington, DC 20580<br>202-326-3234<br>Fax: 202-326-2477<br>Email: jsinger@ftc.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE*<br>*NOTICED* |

**Counter Claimant**

**Alejandro Guerrero**
*individually and as a Member*
*of Healthy Solutions, LLC,*
*and as Officer and Director*
*of Health Solutions, Inc.*

**Counter Claimant**

**Health Solutions, Inc.**

**Counter Claimant**

**Healthy Solutions, L.L.C.**

V.

**Counter Defendant**

| | | |
|---|---|---|
| **Direct Fulfillment, LLC**<br>*a Massachusetts limited*<br>*liability company* | represented by | **Susan W. Gelwick**<br>(See above for address)<br>*ATTORNEY TO BE*<br>*NOTICED* |

**Counter Defendant**

Does 1-10, inclusive

**Counter Defendant**

ITV Direct, Inc.           represented by **Christopher F. Robertson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan W. Gelwick**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/02/2004 | 1 | COMPLAINT against all defendants Filing fee: $ 150, receipt number 54210, filed by ITV Direct, Inc. (Abaid, Kim) (Entered: 03/03/2004) |
| 03/02/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dein. (Abaid, Kim) (Entered: 03/03/2004) |
| 04/08/2004 | 3 | MOTION and Memorandum in Support for Intervention by Cappseals, Inc.. (Attachments: # 1 Certificate of Service)(Abaid, Kim) (Entered: 04/13/2004) |
| 04/08/2004 | 4 | MOTION and MEMORANDUM for ex parte Temporary Restraining Order and Preliminary Injunction by Cappseals, Inc. (Abaid, Kim) (Entered: 04/13/2004) |
| 04/08/2004 |  | Judge Joseph L. Tauro : Electronic ORDER entered denying [4] Motion for Ex Parte TRO. (Abaid, Kim) |

| | | |
|---|---|---|
| | | (Entered: 04/13/2004) |
| 04/08/2004 | 5 | MOTION and Memorandum in support for Temporary Restraining Order and preliminary injunction and for expedited consideration of Cappseals' motion to intervene by Cappseals, Inc. (Abaid, Kim) (Entered: 04/13/2004) |
| 04/08/2004 | 6 | CORPORATE DISCLOSURE STATEMENT by Cappseals, Inc.. (Abaid, Kim) (Entered: 04/13/2004) |
| 04/09/2004 | 2 | NOTICE of Appearance by Katherine E. Perrelli, Peter S. Brooks, Christopher F. Robertson on behalf of ITV Direct, Inc. (Abaid, Kim) (Entered: 04/12/2004) |
| 04/13/2004 | 7 | Opposition re 5 MOTION for Temporary Restraining Order filed by ITV Direct, Inc., Direct Fulfillment, LLC. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit A to Affidavit of Robert Maihos (exhibit B hereto)# 4 Exhibit B of Affidavit of Robert Maihos (exhibit B hereto)# 5 Exhibit C of Affidavit of Robert Maihos (exhibit B hereto))(Brooks, Peter) (Entered: 04/13/2004) |
| 04/14/2004 | 8 | REPLY to Response to Motion re 5 MOTION for Temporary Restraining Order filed by Cappseals, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Kelly, Daniel) (Entered: 04/14/2004) |
| 04/14/2004 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 3 Motion to Intervene (Abaid, Kim) (Entered: 04/14/2004) |
| 04/14/2004 | 9 | Intervenor COMPLAINT , filed by Cappseals, Inc.. (Abaid, Kim) (Entered: 04/14/2004) |
| 04/14/2004 | | Judge Joseph L. Tauro : Electronic ORDER entered granting in part and denying in part 5 Motion for TRO and Preliminary Injunction. (Abaid, Kim) (Entered: 04/14/2004) |
| 04/14/2004 | 10 | Judge Joseph L. Tauro : ORDER entered |