| | | |
|---|---|---|
| | | PRELIMINARY INJUNCTION(Abaid, Kim) (Entered: 04/14/2004) |
| 04/20/2004 | 11 | ANSWER to Complaint by Greg Geremesz, Alejandro Guerrero, Health Solutions, Inc., Healthy Solutions, LLC, Michael Howell.(Abaid, Kim) (Entered: 04/21/2004) |
| 04/20/2004 | 12 | COUNTERCLAIM and JURY DEMAND against Direct Fulfillment, LLC, Does 1-10, inclusive, ITV Direct, Inc. , filed by Alejandro Guerrero, Health Solutions, Inc., Healthy Solutions, L.L.C..(Abaid, Kim) (Entered: 04/21/2004) |
| 04/20/2004 | 13 | MOTION for Temporary Restraining Order by Alejandro Guerrero, Health Solutions, Inc., Healthy Solutions, LLC.(Abaid, Kim) (Entered: 04/21/2004) |
| 04/20/2004 | 14 | MEMORANDUM of points and authorities in Support re 13 MOTION for Temporary Restraining Order filed by Alejandro Guerrero, Health Solutions, Inc., Healthy Solutions, LLC. (Abaid, Kim) (Entered: 04/21/2004) |
| 04/20/2004 | 15 | CORPORATE DISCLOSURE STATEMENT by Alejandro Guerrero, Health Solutions, Inc., Healthy Solutions, LLC. (Abaid, Kim) (Entered: 04/21/2004) |
| 04/20/2004 | 16 | DECLARATION and EXHIBITS in support of motion for Temporary Restraining Order by Alejandro Guerrero, Health Solutions, Inc., Healthy Solutions, LLC. (Abaid, Kim) (Entered: 04/21/2004) |
| 04/20/2004 | 17 | CERTIFICATE OF SERVICE by Alejandro Guerrero, Health Solutions, Inc., Healthy Solutions, LLC re 12 Counterclaim, 13 MOTION for Temporary Restraining Order, 14 Memorandum in Support of Motion, 15 Corporate Disclosure Statement, 11 Answer to Complaint, 16 Declaration. (Abaid, Kim) (Entered: 04/21/2004) |
| 04/21/2004 | 18 | MOTION for Leave to Appear Pro Hac Vice by Becky |

| | | |
|---|---|---|
| | | V. Christensen and Craig McLaughlin Filing fee $ 100.00, receipt number 55429. by Greg Geremesz, Alejandro Guerrero, Health Solutions, Inc., Healthy Solutions, LLC, Michael Howell.(Abaid, Kim) (Entered: 04/23/2004) |
| 04/21/2004 | 19 | DECLARATION of Becky V. Christensen re 18 MOTION for Leave to Appear Pro Hac Vice by Becky V. Christensen and Craig McLaughlin Filing fee $ 100.00, receipt number 55429. by Greg Geremesz, Alejandro Guerrero, Health Solutions, Inc., Healthy Solutions, LLC, Michael Howell. (Abaid, Kim) (Entered: 04/23/2004) |
| 04/21/2004 | 20 | DECLARATION of Craig McLaughlin re 18 MOTION for Leave to Appear Pro Hac Vice by Becky V. Christensen and Craig McLaughlin Filing fee $ 100.00, receipt number 55429. by Greg Geremesz, Alejandro Guerrero, Health Solutions, Inc., Healthy Solutions, LLC, Michael Howell. (Abaid, Kim) (Entered: 04/23/2004) |
| 04/21/2004 | ● | Judge Joseph L. Tauro : Electronic ORDER entered granting 18 Motion for Leave to Appear Pro Hac Vice Added Becky V. Christensen for Health Solutions, Inc.; Healthy Solutions, LLC; Michael Howell; Greg Geremesz and Alejandro Guerrero, Craig McLaughlin for Health Solutions, Inc.; Healthy Solutions, LLC; Michael Howell; Greg Geremesz and Alejandro Guerrero (Abaid, Kim) (Entered: 04/23/2004) |
| 04/23/2004 | 21 | SUMMONS Returned Executed Healthy Solutions, LLC served on 4/20/2004, answer due 5/10/2004. (Kelly, Daniel) (Entered: 04/23/2004) |
| 04/23/2004 | 22 | SUMMONS Returned Executed Direct Fulfillment, LLC served on 4/15/2004, answer due 5/5/2004. (Kelly, Daniel) (Entered: 04/23/2004) |
| 04/23/2004 | 23 | SUMMONS Returned Executed ITV Direct, Inc. |

| | | served on 4/15/2004, answer due 5/5/2004. (Kelly, Daniel) (Entered: 04/23/2004) |
|---|---|---|
| 04/30/2004 | 24 | MOTION for Leave to File *First Amended Complaint* by ITV Direct, Inc.. (Attachments: # 1 Amended Complaint)(Brooks, Peter) (Entered: 04/30/2004) |
| 04/30/2004 | 25 | Opposition re 5 MOTION for Temporary Restraining Order , *Expedited Discovery and Preliminary Injunction* filed by ITV Direct, Inc.. (Brooks, Peter) (Entered: 04/30/2004) |
| 04/30/2004 | 26 | AFFIDAVIT of Robert Maihos re 25 Opposition to Motion by ITV Direct, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Brooks, Peter) (Entered: 04/30/2004) |
| 04/30/2004 | 27 | AFFIDAVIT of Christopher F. Robertson re 25 Opposition to Motion by ITV Direct, Inc.. (Attachments: # 1 Exhibit A)(Brooks, Peter) (Entered: 04/30/2004) |
| 05/05/2004 | 28 | ANSWER to Intervenor Complaint by Direct Fulfillment, LLC, ITV Direct, Inc..(Brooks, Peter) (Entered: 05/05/2004) |
| 05/05/2004 | 29 | NOTICE of Hearing:Motion Hearing set for 5/20/2004 10:30 AM in Courtroom 20 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 05/05/2004) |
| 05/13/2004 | 30 | REPLY to Response to Motion re 13 MOTION for Temporary Restraining Order *REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR TEMPORARY RESTRAINING ORDER* filed by Healthy Solutions, LLC. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E)(Christensen, Becky) (Entered: 05/13/2004) |
| 05/17/2004 | 31 | *DEFENDANT HEALTHY SOLUTIONS, LLC'S* ANSWER to Intervenor Complaint *OF CAPPSEALS, INC. PLAINTIFF IN INTERVENTION* by Healthy |

| | | |
|---|---|---|
| | | Solutions, L.L.C..(Christensen, Becky) (Entered: 05/17/2004) |
| 05/19/2004 | ❍ | NOTICE: attorney Christopher Robertson's address updated in system to correct e-mail errors. (Hurley, Virginia) (Entered: 05/19/2004) |
| 05/19/2004 | ❍ | ***Attorney Christopher F. Robertson for ITV Direct, Inc.; ITV Direct, Inc. and ITV Direct, Inc. added. (Hurley, Virginia) (Entered: 05/19/2004) |
| 05/19/2004 | ❍32 | SUR-REPLY to Motion re 13 MOTION for Temporary Restraining Order filed by ITV Direct, Inc.. (Attachments: # (1) Affidavit of Donald Barrett# 2 Affidavit of Christopher Robertson# 3 Exhibit 1 of Robertson Affidavit# 4 Exhibit 2 of Robertson Affidavit# 5 Exhibit 3 of Robertson Affidavit# 6 Exhibit 4 of Robertson Affidavit (part 1)# 7 Exhibit 4 of Robertson Affidavit (part 2))(Brooks, Peter) (Entered: 05/19/2004) |
| 05/20/2004 | ❍33 | EXHIBIT re 32 Sur-Reply to Motion, *Affidavit of Donald Barrett (Exhibit A)* by ITV Direct, Inc.. (Brooks, Peter) (Entered: 05/20/2004) |
| 05/20/2004 | ❍ | Judge Joseph L. Tauro : Electronic ORDER entered denying 13 Motion for TRO (Abaid, Kim) (Entered: 05/20/2004) |
| 05/21/2004 | ❍34 | Judge Joseph L. Tauro : ORDER entered RE: Depositions. The parties must comply with this court's Rule 26 Order by June 20, 2004; Depositions listed must be completed by July 20, 2004.SCHEDULING ORDER:A Further Conference is set for 8/5/2004 12:00 PM in Courtroom 20 before Judge Joseph L. Tauro.(Abaid, Kim) (Entered: 05/21/2004) |
| 05/24/2004 | ❍35 | Judge Joseph L. Tauro :RULE 26 DISCOVERY ORDER entered. (Lovett, Zita) (Entered: 05/24/2004) |
| 05/26/2004 | ❍36 | MOTION to Consolidate Cases by Health Solutions, |

| | | |
|---|---|---|
| | | Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Christensen, Becky) (Entered: 05/26/2004) |
| 06/09/2004 | 37 | ANSWER to Counterclaim by Direct Fulfillment, LLC, ITV Direct, Inc..(Brooks, Peter) (Entered: 06/09/2004) |
| 06/21/2004 | 38 | CORPORATE DISCLOSURE STATEMENT by ITV Direct, Inc.. (Brooks, Peter) (Entered: 06/21/2004) |
| 06/21/2004 | 39 | CORPORATE DISCLOSURE STATEMENT by Health Solutions, Inc.. (Christensen, Becky) (Entered: 06/21/2004) |
| 06/21/2004 | 40 | CORPORATE DISCLOSURE STATEMENT by Healthy Solutions, LLC. (Christensen, Becky) (Entered: 06/21/2004) |
| 06/24/2004 | 41 | MOTION for Partial Summary Judgment by Cappseals, Inc..(Kelly, Daniel) (Entered: 06/24/2004) |
| 06/24/2004 | 42 | MEMORANDUM in Support re 41 MOTION for Partial Summary Judgment filed by Cappseals, Inc.. (Attachments: # 1 Exhibit A)(Kelly, Daniel) (Entered: 06/24/2004) |
| 06/24/2004 | 43 | STATEMENT of facts re 41 MOTION for Partial Summary Judgment. (Attachments: # 1 Exhibit 1) (Kelly, Daniel) (Entered: 06/24/2004) |
| 07/01/2004 | 44 | NOTICE of Withdrawal of Appearance Attorney Christian H. Pedersen and Anthony M. Metaxas terminated. (Abaid, Kim) (Entered: 07/02/2004) |
| 07/07/2004 | 45 | MEMORANDUM in Opposition re 41 MOTION for Partial Summary Judgment filed by Healthy Solutions, L.L.C.. (Attachments: # 1 Affidavit Geremesz in Opposition to MSJ)(Christensen, Becky) (Entered: 07/07/2004) |
| 07/07/2004 | 46 | Opposition re 41 MOTION for Partial Summary Judgment *Statement of Triable Issues* filed by Healthy |

| | | |
|---|---|---|
| | | Solutions, L.L.C.. (Christensen, Becky) (Entered: 07/07/2004) |
| 07/07/2004 | 47 | NOTICE of Appearance by Kristin Cataldo on behalf of Cappseals, Inc. (Cataldo, Kristin) (Entered: 07/07/2004) |
| 07/09/2004 | 48 | Assented to MOTION for Extension of Time to 7/16/04 to File Response/Reply as to 41 MOTION for Partial Summary Judgment by ITV Direct, Inc.. (Brooks, Peter) (Entered: 07/09/2004) |
| 07/12/2004 | ● | Judge Joseph L. Tauro : Electronic ORDER entered granting 48 Motion for Extension of Time to File Response/Reply re 41 MOTION for Partial Summary Judgment Replies due by 7/16/2004. (Abaid, Kim) (Entered: 07/14/2004) |
| 07/14/2004 | 49 | NOTICE of Appearance by Susan W. Gelwick on behalf of Direct Fulfillment, LLC, ITV Direct, Inc. (Gelwick, Susan) (Entered: 07/14/2004) |
| 07/14/2004 | 50 | NOTICE of Withdrawal of Appearance Attorney Katherine E. Perrelli terminated. (Gelwick, Susan) (Entered: 07/14/2004) |
| 07/15/2004 | 51 | Joint MOTION for Extension of Time to 08/31/04 to Complete Initial Depositions by Direct Fulfillment, LLC, Greg Geremesz, Alejandro Guerrero, Health Solutions, Inc., Healthy Solutions, L.L.C., Healthy Solutions, LLC, Michael Howell, ITV Direct, Inc.. (Gelwick, Susan) (Entered: 07/15/2004) |
| 07/16/2004 | 52 | MEMORANDUM in Opposition re 41 MOTION for Partial Summary Judgment filed by ITV Direct, Inc.. (Gelwick, Susan) (Entered: 07/16/2004) |
| 07/16/2004 | 53 | STATEMENT of facts *in Dispute*. (Attachments: # 1 Affidavit of Susan Gelwick# 2 Exhibit Letter# 3 Exhibit Docket Report)(Gelwick, Susan) (Entered: 07/16/2004) |
| | | |

| 07/20/2004 | ◑ | Judge Joseph L. Tauro : Electronic ORDER entered granting 51 Motion for Extension of Time (Abaid, Kim) (Entered: 07/21/2004) |
|---|---|---|
| 07/20/2004 | ◑ | Judge Joseph L. Tauro : Electronic ORDER entered denying 41 Motion for Partial Summary Judgment (Abaid, Kim) (Entered: 07/21/2004) |
| 07/20/2004 | ◑ | Judge Joseph L. Tauro : Electronic ORDER entered granting 36 Motion to Consolidate Cases (Abaid, Kim) (Entered: 07/21/2004) |
| 08/04/2004 | 54 | Letter from Susan Gelwick. (Abaid, Kim) (Entered: 08/05/2004) |
| 08/05/2004 | 55 | Judge Joseph L. Tauro : ORDER entered 24 Motion to file First Amended Complaint is granted. All discovery is to be completed by August 31, 2004. A final pretrial conference is scheduled for September 22, 2004 at 10:30 AM in Courtroom 20 on the 7th Floor.(Abaid, Kim) (Entered: 08/09/2004) |
| 08/10/2004 | 56 | Joint MOTION for Protective Order by Cappseals, Inc., Direct Fulfillment, LLC, Greg Geremesz, Alejandro Guerrero, Health Solutions, Inc., Healthy Solutions, LLC, Michael Howell, ITV Direct, Inc.. (Attachments: # 1 Exhibit Stipulated Protective Order) (Gelwick, Susan) (Entered: 08/10/2004) |
| 08/16/2004 | 57 | AMENDED ANSWER to *ITV Direct, Inc.'s First Amended Complaint* by Greg Geremesz, Alejandro Guerrero, Health Solutions, Inc., Healthy Solutions, LLC, Michael Howell. (Christensen, Becky) (Entered: 08/16/2004) |
| 08/16/2004 | ◑ | Judge Joseph L. Tauro : Electronic ORDER entered granting 56 Motion for Protective Order (Abaid, Kim) (Entered: 08/18/2004) |
| 08/16/2004 | 58 | Judge Joseph L. Tauro : ORDER entered STIPULATION AND ORDER(Abaid, Kim) (Entered: |

| | | 08/18/2004) |
|---|---|---|
| 08/30/2004 | ♥59 | MOTION to Withdraw as Attorney by Cappseals, Inc.. (Attachments: # 1 Affidavit of Daniel J. Kelly)(Kelly, Daniel) (Entered: 08/30/2004) |
| 09/14/2004 | ♥60 | NOTICE OF CANCELLATION. (Lovett, Zita) (Entered: 09/14/2004) |
| 11/03/2004 | ♥61 | NOTICE of Hearing: Status Conference set for 11/10/2004 11:45 AM in Courtroom 20 before Judge Joseph L. Tauro. (Abaid, Kim) (Entered: 11/03/2004) |
| 11/05/2004 | ♥62 | *Telephonic Appearance* Letter/request (non-motion) from Healthy Solutions, et al. (Christensen, Becky) (Entered: 11/05/2004) |
| 11/09/2004 | ♥63 | Letter from Daniel J. Kelly. (Abaid, Kim) (Entered: 11/10/2004) |
| 12/08/2004 | ♥ | Judge Joseph L. Tauro : Electronic ORDER entered finding as moot 59 Motion to Withdraw as Attorney. (Abaid, Kim) (Entered: 12/13/2004) |
| 01/12/2005 | ♥64 | MOTION for Hearing by Cappseals, Inc..(Cataldo, Kristin) (Entered: 01/12/2005) |
| 01/12/2005 | ♥65 | MOTION to Compel *Defendants ITV Direct and Direct Fulfillment LLC* by Cappseals, Inc..(Cataldo, Kristin) (Entered: 01/12/2005) |
| 01/12/2005 | ♥66 | MEMORANDUM in Support re 65 MOTION to Compel *Defendants ITV Direct and Direct Fulfillment LLC* filed by Cappseals, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E)(Cataldo, Kristin) (Entered: 01/12/2005) |
| 01/12/2005 | ♥67 | CERTIFICATE OF SERVICE by Cappseals, Inc. re 64 MOTION for Hearing, 65 MOTION to Compel *Defendants ITV Direct and Direct Fulfillment LLC*, 66 Memorandum in Support of Motion. (Cataldo, Kristin) (Entered: 01/12/2005) |
| | | |

| 01/20/2005 | ⊙ | NOTICE BY THE COURT OF STATUS CONFERENCE. A status conference will be held onFebruary 1, 2005 at 10:45 a.m. (Lovett, Zita) (Entered: 01/20/2005) |
|---|---|---|
| 01/26/2005 | 68 | Opposition re 65 MOTION to Compel *Defendants ITV Direct and Direct Fulfillment LLC* filed by ITV Direct, Inc., Direct Fulfillment, LLC. (Gelwick, Susan) (Entered: 01/26/2005) |
| 02/01/2005 | 69 | Judge Joseph L. Tauro : Order Entered re: DISCOVERY. By February 3, 2005 Plaintiff In Intervention may file a motion with District Judge O'Toole seeking permission to obtain the confidential financial report prepared by ITV Direct for the FTC. 65 Motion to Compel is ALLOWED in part. PLEASE SEE ORDER FOR FULL RULING. No additional discovery will be allowed without leave of this court. A Final Pre-Trial Conference is scheduled for April 5, 2005 at 11:00 AM in Courtroom 20 before Judge Joseph L. Tauro.(Abaid, Kim) (Entered: 02/01/2005) |
| 02/03/2005 | 70 | NOTICE of Appearance by Scott A. Silverman on behalf of Cappseals, Inc. (Silverman, Scott) (Entered: 02/03/2005) |
| 02/04/2005 | 71 | NOTICE of Change of Address by Becky V. Christensen (Christensen, Becky) (Entered: 02/04/2005) |
| 02/08/2005 | 72 | Corrected Signature Page to motion for access to confidential material by Cappseals, Inc... (Abaid, Kim) (Entered: 02/08/2005) |
| 02/10/2005 | 73 | TRANSCRIPT of Status Conference held on February 1, 2005 before Judge Tauro. Court Reporter: Carol Lynn Scott. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/330-1377 or the Clerk's Office. (Scalfani, Deborah) |

|  |  | (Entered: 02/10/2005) |
|---|---|---|
| 03/03/2005 | 74 | MOTION for Sanctions *Against ITV Direct, Inc.* by Cappseals, Inc..(Silverman, Scott) (Entered: 03/03/2005) |
| 03/03/2005 | 75 | MEMORANDUM in Support re 74 MOTION for Sanctions *Against ITV Direct, Inc.* filed by Cappseals, Inc.. (Silverman, Scott) (Entered: 03/03/2005) |
| 03/03/2005 | 76 | AFFIDAVIT of Scott A. Silverman in Support re 74 MOTION for Sanctions *Against ITV Direct, Inc.* filed by Cappseals, Inc.. (Attachments: # 1 Exhibit 1 to 3) (Silverman, Scott) (Entered: 03/03/2005) |
| 03/04/2005 | 77 | Proposed Document(s) submitted by Cappseals, Inc.. Document received: Proposed Order. (Silverman, Scott) (Entered: 03/04/2005) |
| 03/17/2005 | 78 | Opposition re 65 MOTION to Compel *Defendants ITV Direct and Direct Fulfillment LLC* filed by ITV Direct, Inc.. (Gelwick, Susan) (Entered: 03/17/2005) |
| 03/17/2005 | 79 | AFFIDAVIT of Christopher F. Robertson re 78 Opposition to Motion by ITV Direct, Inc.. (Attachments: # 1 Exhibit a# 2 Exhibit b)(Gelwick, Susan) (Entered: 03/17/2005) |
| 03/21/2005 | 80 | MOTION for Leave to File *to Submit a Reply Memorandum in Further Support of its Motion for Sanctions Against ITV Direct, Inc.* by Cappseals, Inc.. (Silverman, Scott) (Entered: 03/21/2005) |
| 03/21/2005 | 81 | REPLY to Response to Motion re 74 MOTION for Sanctions *Against ITV Direct, Inc.* filed by Cappseals, Inc.. (Silverman, Scott) (Entered: 03/21/2005) |
| 03/21/2005 | 82 | AFFIDAVIT in Support re 81 Reply to Response to Motion *for Sanctions Against ITV Direct, Inc., Supplemental Affidavit of Scott A. Silverman*. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Silverman, Scott) (Entered: |

| | | 03/21/2005) |
|---|---|---|
| 03/30/2005 | 83 | Assented to MOTION to Dismiss *Stipulated-Plaintiffs & Defendants* by Healthy Solutions, LLC, Health Solutions, Inc., Alejandro Guerrero, ITV Direct, Inc., ITV Direct, Inc., ITV Direct, Inc., Direct Fulfillment, LLC, Healthy Solutions, L.L.C., Healthy Solutions, LLC, Health Solutions, Inc., Alejandro Guerrero, Health Solutions, Inc., Healthy Solutions, L.L.C., Alejandro Guerrero, Direct Fulfillment, LLC, ITV Direct, Inc., Michael Howell, Greg Geremesz. (Christensen, Becky) (Entered: 03/30/2005) |
| 03/30/2005 | 84 | Joint MOTION to Dismiss *F.R.C.P. 41 & Memorandum in Support* by Healthy Solutions, LLC, Health Solutions, Inc., Alejandro Guerrero, ITV Direct, Inc., ITV Direct, Inc., ITV Direct, Inc., Direct Fulfillment, LLC, Healthy Solutions, L.L.C., Healthy Solutions, LLC, Health Solutions, Inc., Alejandro Guerrero, Health Solutions, Inc., Healthy Solutions, L.L.C., Alejandro Guerrero, Direct Fulfillment, LLC, ITV Direct, Inc., Michael Howell, Greg Geremesz. (Christensen, Becky) (Entered: 03/30/2005) |
| 03/30/2005 | 85 | Proposed Document(s) submitted by Healthy Solutions, L.L.C.. Document received: Offer of Judgment. (Christensen, Becky) (Entered: 03/30/2005) |
| 03/30/2005 | 86 | CERTIFICATE OF CONSULTATION re 83 Assented to MOTION to Dismiss *Stipulated-Plaintiffs & Defendants*, 84 Joint MOTION to Dismiss *F.R.C.P. 41 & Memorandum in Support L.R. 7.1* by Becky V. Christensen on behalf of Healthy Solutions, LLC, Health Solutions, Inc., Alejandro Guerrero, Healthy Solutions, L.L.C., Healthy Solutions, LLC, Health Solutions, Inc., Alejandro Guerrero, Health Solutions, Inc., Healthy Solutions, L.L.C., Alejandro Guerrero, Michael Howell, Greg Geremesz. (Christensen, Becky) (Entered: 03/30/2005) |

| | | |
|---|---|---|
| 03/30/2005 | 87 | PRETRIAL MEMORANDUM by Healthy Solutions, LLC, Health Solutions, Inc., Alejandro Guerrero, Healthy Solutions, L.L.C., Healthy Solutions, LLC, Health Solutions, Inc., Alejandro Guerrero, Health Solutions, Inc., Healthy Solutions, L.L.C., Alejandro Guerrero, Michael Howell, Greg Geremesz. (Christensen, Becky) (Entered: 03/30/2005) |
| 03/31/2005 | 88 | NOTICE by Cappseals, Inc. *of Acceptance of Healthy Solutions LLC's Offer of Judgment* (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Silverman, Scott) (Entered: 03/31/2005) |
| 04/01/2005 | 89 | PRETRIAL MEMORANDUM by ITV Direct, Inc., Direct Fulfillment, LLC. (Gelwick, Susan) (Entered: 04/01/2005) |
| 04/01/2005 | 90 | PRETRIAL MEMORANDUM by Cappseals, Inc.. (Silverman, Scott) (Entered: 04/01/2005) |
| 04/01/2005 | ● | Judge Joseph L. Tauro : Electronic ORDER entered granting 80 Motion for Leave to File a Reply Memorandum, granting 83 Stipulation for Mutual Dismissals, granting 84 Joint Motion for Dismissal. (Abaid, Kim) (Entered: 04/04/2005) |
| 04/01/2005 | 91 | Judge Joseph L. Tauro : ORDER entered. JUDGMENT in favor of Cappseals against Healthy Solutions, LLC(Abaid, Kim) (Entered: 04/04/2005) |
| 04/01/2005 | 92 | Judge Joseph L. Tauro : ORDER of Dismissal entered. re 83 Assented to MOTION to Dismiss *Stipulated-Plaintiffs & Defendants* filed by ITV Direct, Inc.,, Healthy Solutions, LLC,, Alejandro Guerrero,, Michael Howell,, Greg Geremesz,, Health Solutions, Inc.,, Direct Fulfillment, LLC,, Healthy Solutions, L.L.C., (Abaid, Kim) (Entered: 04/04/2005) |
| 04/04/2005 | 93 | MOTION for Reconsideration by Cappseals, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Silverman, Scott) (Entered: 04/04/2005) |

| 04/05/2005 | 94 | Judge Joseph L. Tauro : ORDER entered. Motion for Sanctions against ITV Direct 74 is DENIED. Motion for Reconsideration of the Court's Order 93 is ALLOWED. Order of Dismissal 92 is WITHDRAWN. Cappseals, Inc. shall file a Proposed Order preventing ITV Direct from introducing documents not previously produced in discovery. Trial will commence on May 31, 2005 at 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro.(Abaid, Kim) (Entered: 04/06/2005) |
|---|---|---|
| 04/08/2005 | 95 | Proposed Document(s) submitted by Cappseals, Inc.. Document received: Proposed Order. (Attachments: # 1 Text of Proposed Order)(Silverman, Scott) (Entered: 04/08/2005) |
| 04/11/2005 | 96 | Objection to 95 Proposed Document(s) submitted *by Cappseals*. (Attachments: # 1 Text of Proposed Order Proposed Order)(Gelwick, Susan) (Entered: 04/11/2005) |
| 04/11/2005 | 97 | Objection to 95 Proposed Document(s) submitted *by Cappseals*. (Christensen, Becky) (Entered: 04/11/2005) |
| 04/11/2005 | 98 | Judge Joseph L. Tauro : ORDER entered. The Parties will be prohibited from introducing any documents at trial that were not produced during discovery prior to April 5, 2005. This court will determine, at trial, whether the financial report prepared by ITV Direct for the FTC will be admissable.(Abaid, Kim) (Entered: 04/12/2005) |
| 04/20/2005 | 99 | TRANSCRIPT of Pretrial Conference held on April 5, 2005 before Judge Tauro. Court Reporter: Carol Lynn Scott. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/330-1377 or the Clerk's Office. (Scalfani, Deborah) (Entered: 04/20/2005) |

| 04/25/2005 | ●100 | MOTION for Reconsideration re <u>98</u> Order, *Precluding Certain Evidence at Trial* by ITV Direct, Inc., Direct Fulfillment, LLC. (Attachments: # <u>1</u> Exhibit A# <u>2</u> Exhibit B)(Gelwick, Susan) (Entered: 04/25/2005) |
|---|---|---|
| 04/25/2005 | ●101 | Proposed Document(s) submitted by ITV Direct, Inc., Direct Fulfillment, LLC. Document received: Order. (Gelwick, Susan) (Entered: 04/25/2005) |
| 04/29/2005 | ●102 | Opposition re <u>100</u> MOTION for Reconsideration re <u>98</u> Order, *Precluding Certain Evidence at Trial* filed by Cappseals, Inc.. (Attachments: # <u>1</u> Exhibit A) (Silverman, Scott) (Entered: 04/29/2005) |
| 05/09/2005 | ●103 | Judge Joseph L. Tauro : ORDER entered <u>100</u> Motion for Reconsideration of this Court's order is DENIED. See the relevant pages of the transcript for the April 5, 2005 pretrial conference attached as an appendix. (Abaid, Kim) (Entered: 05/12/2005) |
| 05/13/2005 | ●104 | *Health Solutions Parties'* Letter/request (non-motion) *FOR CLARIFICATION OF ISSUES TO BE TRIED MAY 31, 2005*. (Christensen, Becky) (Entered: 05/13/2005) |
| 05/19/2005 | ●105 | Response and Objections by Non-Party Federal Trade Commission to Trial Subpoena Duces Tecum Issued on Behalf of Plaintiff-in-Intervention Cappseals, Inc. (Abaid, Kim) (Entered: 05/19/2005) |
| 05/19/2005 | ●106 | MOTION to Continue *Trial* by ITV Direct, Inc., Direct Fulfillment, LLC.(Brooks, Peter) (Entered: 05/19/2005) |
| 05/19/2005 | ●107 | AFFIDAVIT in Support re <u>106</u> MOTION to Continue *Trial*. (Attachments: # <u>1</u> Exhibit May 9th Letter) (Brooks, Peter) (Entered: 05/19/2005) |
| 05/20/2005 | ●108 | Opposition re <u>106</u> MOTION to Continue *Trial* filed by Cappseals, Inc.. (Silverman, Scott) (Entered: 05/20/2005) |

| 05/20/2005 | 109 | AFFIDAVIT of Scott A. Silverman re 108 Opposition to Motion by Cappseals, Inc.. (Silverman, Scott) (Entered: 05/20/2005) |
|---|---|---|
| 05/20/2005 | 110 | RESPONSE to Motion re 106 MOTION to Continue *Trial [JOINDER IN THE ITV PARTIES' MOTION ]* filed by Healthy Solutions, LLC, Health Solutions, Inc., Alejandro Guerrero, Healthy Solutions, L.L.C., Healthy Solutions, LLC, Health Solutions, Inc., Alejandro Guerrero, Health Solutions, Inc., Healthy Solutions, L.L.C., Alejandro Guerrero, Michael Howell, Greg Geremesz. (Christensen, Becky) (Entered: 05/20/2005) |
| 05/24/2005 | 111 | REPLY to Response to Motion re 106 MOTION to Continue *Trial* filed by ITV Direct, Inc., Direct Fulfillment, LLC. (Brooks, Peter) (Entered: 05/24/2005) |
| 05/24/2005 | 112 | AFFIDAVIT of Peter S. Brooks *(Supplemental)* by ITV Direct, Inc., Direct Fulfillment, LLC. (Brooks, Peter) (Entered: 05/24/2005) |
| 05/25/2005 | ❍ | Judge Joseph L. Tauro : Electronic ORDER entered granting 106 Motion to Continue. (Lovett, Zita) (Entered: 05/25/2005) |
| 05/26/2005 | 113 | STIPULATION *Joint Stipulations of Fact* by Cappseals, Inc.. (Silverman, Scott) (Entered: 05/26/2005) |
| 05/26/2005 | 114 | Joint MOTION to Bifurcate by Cappseals, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Silverman, Scott) (Entered: 05/26/2005) |
| 05/31/2005 | ❍ | Judge Joseph L. Tauro : Electronic ORDER entered granting 114 Motion to Bifurcate (Abaid, Kim) (Entered: 06/01/2005) |
| 05/31/2005 | 115 | Judge Joseph L. Tauro : ORDER entered. (Abaid, Kim) (Entered: 06/01/2005) |

| 06/03/2005 | ●116 | MOTION for Summary Judgment by Cappseals, Inc.. (Silverman, Scott) (Entered: 06/03/2005) |
| 06/03/2005 | ●117 | MEMORANDUM in Support re 116 MOTION for Summary Judgment filed by Cappseals, Inc.. (Silverman, Scott) (Entered: 06/03/2005) |
| 06/03/2005 | ●118 | STATEMENT of facts re 116 MOTION for Summary Judgment. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5)(Silverman, Scott) (Entered: 06/03/2005) |
| 06/03/2005 | ●119 | AFFIDAVIT of Scott A. Silverman re 116 MOTION for Summary Judgment by Cappseals, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Silverman, Scott) (Entered: 06/03/2005) |
| 06/06/2005 | ● | Judge Joseph L. Tauro : Electronic ORDER entered 116 Motion for Summary Judgment is DENIED WITHOUT PREJUDICE to re-filing with certification pursuant to Local Rule 7.1(A)(2). (Abaid, Kim) (Entered: 06/06/2005) |
| 06/06/2005 | ●120 | MOTION for Summary Judgment by Cappseals, Inc.. (Silverman, Scott) (Entered: 06/06/2005) |
| 06/06/2005 | ●121 | MEMORANDUM in Support re 120 MOTION for Summary Judgment filed by Cappseals, Inc.. (Silverman, Scott) (Entered: 06/06/2005) |
| 06/06/2005 | ●122 | STATEMENT of facts re 120 MOTION for Summary Judgment. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5)(Silverman, Scott) (Entered: 06/06/2005) |
| 06/06/2005 | ●123 | AFFIDAVIT of Scott A. Silverman re 120 MOTION for Summary Judgment by Cappseals, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Silverman, Scott) (Entered: 06/06/2005) |
| 06/13/2005 | ●124 | MOTION for Leave to File *a Memorandum in Excess of 20 Pages* by ITV Direct, Inc..(Gelwick, Susan) |

| | | (Entered: 06/13/2005) |
|---|---|---|
| 06/13/2005 | 125 | STATEMENT of facts *in dispute of ITV Direct, Inc.* (Gelwick, Susan) (Entered: 06/13/2005) |
| 06/13/2005 | 126 | MEMORANDUM in Opposition re 120 MOTION for Summary Judgment filed by ITV Direct, Inc.. (Gelwick, Susan) (Entered: 06/13/2005) |
| 06/13/2005 | 127 | AFFIDAVIT of Eileen Barrett by ITV Direct, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Gelwick, Susan) (Entered: 06/13/2005) |
| 06/13/2005 | 128 | AFFIDAVIT of Susan W. Gelwick by ITV Direct, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Gelwick, Susan) (Entered: 06/13/2005) |
| 06/13/2005 | 129 | MOTION to Strike *Affidavit of Kial Young Filed in Support of Cappseals' Motion for Summary Judgment* by ITV Direct, Inc..(Gelwick, Susan) (Entered: 06/13/2005) |
| 06/14/2005 | ● | Judge Joseph L. Tauro : Electronic ORDER entered granting 124 Motion for Leave to File (Abaid, Kim) (Entered: 06/14/2005) |
| 06/17/2005 | 130 | REPLY to Response to Motion re 120 MOTION for Summary Judgment *ITV's Opposition to Cappseal's Motion for Summary Judgment* filed by Cappseals, Inc.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2) (Silverman, Scott) (Entered: 06/17/2005) |
| 06/17/2005 | 131 | Opposition re 129 MOTION to Strike *Affidavit of Kial Young Filed in Support of Cappseals' Motion for Summary Judgment* filed by Cappseals, Inc.. (Silverman, Scott) (Entered: 06/17/2005) |
| 06/21/2005 | 132 | SUR-REPLY to Motion re 120 MOTION for Summary Judgment filed by ITV Direct, Inc., ITV Direct, Inc.. (Gelwick, Susan) (Entered: 06/21/2005) |
| | | |

| 07/20/2005 | 133 | Judge Joseph L. Tauro : ORDER entered 120 Motion for Summary Judgment is ALLOWED. 129 Motion to Strike Affidavit is DENIED AS MOOT because this court did not rely on the affidavit in deciding Cappseals' Motion. Healthy Solutions shall file a Proposed Rule 54(b) Judgment with respect to the relevant counterclaim against ITV for the price of the goods. Cappseals shall file a Proposed Rule 54(b) Judgment with respect to its reach-and-apply claim against ITV. The Proposed Judgments shall specify the principal amounts due, together with any appropriate interest and costs. (Abaid, Kim) (Entered: 07/20/2005) |
| --- | --- | --- |
| 07/20/2005 | 134 | Judge Joseph L. Tauro : ORDER entered. MEMORANDUM AND OPINION(Abaid, Kim) (Entered: 07/20/2005) |
| 07/22/2005 | 135 | Proposed Document(s) submitted by Cappseals, Inc.. Document received: Cappseals' Proposed Judgment. (Silverman, Scott) (Entered: 07/22/2005) |
| 07/22/2005 | 136 | Proposed Document(s) submitted by Healthy Solutions, L.L.C.. Document received: Proposed Judgment and Cover Letter. (Attachments: # 1 Text of Proposed Order Judgment)(Christensen, Becky) (Entered: 07/22/2005) |
| 07/25/2005 | 137 | Letter/request (non-motion) from Christopher Robertson. (Attachments: # 1 Exhibit A# 2 Exhibit B) (Robertson, Christopher) (Entered: 07/25/2005) |
| 07/25/2005 | 138 | *Responsive Letter to ITV Direct* Letter/request (non-motion) from Healthy Solutions, LLC et al. (Christensen, Becky) (Entered: 07/25/2005) |
| 07/28/2005 | 139 | Judge Joseph L. Tauro : ORDER entered. JUDGMENT in favor of Healthy Solutions LLC against ITV Direct Inc., and Direct Fulfillment, LLC (Abaid, Kim) (Entered: 08/01/2005) |

| 08/03/2005 | ⊚140 | Judge Joseph L. Tauro : ORDER entered. JUDGMENT in favor of Cappseals, Inc. against Reach and Apply Defendants ITV Direct Inc., and Direct Fulfillment, LLC(Abaid, Kim) (Entered: 08/03/2005) |
|---|---|---|
| 08/03/2005 | ⊚141 | MOTION Impoundment of Confidential Material by Cappseals, Inc..(Silverman, Scott) (Entered: 08/03/2005) |
| 08/04/2005 | ⊚142 | Motion for Post-Judgment Relief. (Attachment #(1) Exhibit 1) by Cappseals, Inc.(Abaid, Kim) Additional attachment(s) added on 8/11/2005 (Abaid, Kim). Modified on 8/11/2005 (Abaid, Kim). (Entered: 08/04/2005) |
| 08/04/2005 | ⊚143 | Motion for Leave to Amend its Complaint-In-Intervention by Cappseals, Inc. (Attachment #(1) Exhibit 1).(Abaid, Kim) Additional attachment(s) added on 8/11/2005 (Abaid, Kim). Modified on 8/11/2005 (Abaid, Kim). (Entered: 08/04/2005) |
| 08/04/2005 | ⊚144 | Affidavit of Scott A. Silverman. (Exhibits Attached). (Abaid, Kim) Additional attachment(s) added on 8/11/2005 (Abaid, Kim). Modified on 8/11/2005 (Abaid, Kim). (Entered: 08/04/2005) |
| 08/08/2005 | ⊚ | Civil Case Terminated. (Lovett, Zita) (Entered: 08/08/2005) |
| 08/09/2005 | ⊚ | Case Reopened. (Lovett, Zita) (Entered: 08/09/2005) |
| 08/09/2005 | ⊚ | Judge Joseph L. Tauro : Electronic ORDER entered denying 141 Motion for Impoundment, denying 142 Motion for Post-Judgment Relief, denying 143 Motion for Leave to Amend its Complaint-in-Intervention. (Abaid, Kim) (Entered: 08/11/2005) |
| 08/09/2005 | ⊚ | Notice of correction to docket made by Court staff. Correction: Docket Entries 141-144 corrected because: Motion for Impoundment was denied. Docket entries corrected and documents attached. (Abaid, Kim) |

| | | (Entered: 08/11/2005) |
|---|---|---|
| 08/11/2005 | ❍ | Reopen Document 141 MOTION Impoundment of Confidential Material, 142 SEALED MOTION, 143 SEALED MOTION (Abaid, Kim) (Entered: 08/11/2005) |
| 08/16/2005 | ❍(145) | MOTION for post Judgment Relief *and Request for Oral Argument* by Cappseals, Inc.. (Attachments: # 1 Exhibit #1)(Silverman, Scott) (Entered: 08/16/2005) |
| 08/29/2005 | ❍(146) | NOTICE OF APPEAL by ITV Direct, Inc., ITV Direct, Inc.. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 9/19/2005. (Gelwick, Susan) (Entered: 08/29/2005) |