# SEYFARTH SHAW LLP
ATTORNEYS

World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028
617-946-4800
fax 617-946-4801
www.seyfarth.com

Writer's direct phone
617-946-4992

Writer's e-mail
sgelwick@seyfarth.com

September 8, 2005

**BY HAND**

Scott A. Silverman
Gadsby Hannah LLP
225 Franklin Street
Boston, MA 02210

    Re:   **ITV Direct, Inc. v. Healthy Solutions, LLC, et al.**
            **U.S.D.C. C.A. No. 04-cv-10421-JLT (D. Mass.)**

Dear Scott:

    Enclosed please find the following documents pursuant to Rule 45(c) of the Federal Rules of Civil Procedure:

    1.    Objections of Wayne Callahan to Subpoena Duces Tecum;

    2.    Objections of Leo H. Bonarrigo, CPA, to Subpoena Duces Tecum.

    Please feel free to call me if you have any questions or comments.

                             Very truly yours,

                             Susan W. Gelwick

SWG/kmg

BRUSSELS | WASHINGTON, D.C. | SAN FRANCISCO | SACRAMENTO | NEW YORK | LOS ANGELES | HOUSTON | CHICAGO | BOSTON | ATLANTA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC., <br><br> Plaintiff, <br><br> v. <br><br> HEALTHY SOLUTIONS, LLC, <br><br> Defendant. <br><br>——————————————— <br><br> CAPPSEALS, INC., <br><br> Plaintiff-in-Intervention <br><br> v. <br><br> HEALTHY SOLUTIONS, LLC, d/b/a DIRECT BUSINESS CONCEPTS; ITV DIRECT, INC., AND DIRECT FULFILLMENT, LLC, <br><br> Intervenor-Defendants | C.A. No. 04-cv-10421-JLT |

## **OBJECTIONS OF LEO H. BONARRIGO, CPA, TO SUBPOENA DUCES TECUM**

Pursuant to Rule 45(c) of the Federal Rules of Civil Procedure, non-party Leo H. Bonarrigo, CPA ("Bonarrigo"), makes the following objections to Cappseals, Inc. ("Cappseals"), Subpoena Duces Tecum (the "Subpoena").

### **GENERAL OBJECTIONS**

Non-party Bonarrigo asserts these General Objections with respect to each and every document request contained in the Subpoena:

1. Bonarrigo generally objects to the Subpoena in its entirety, and to each individual document request included herein, to the extent that each request is overly broad and seeks information that is not relevant to this matter.

2. Bonarrigo generally objects to the Subpoena in its entirety, and to each individual document request included herein, to the extent that it seeks documents containing communications or other matters protected by the attorney-client privilege, the work product doctrine, or other applicable privileges or doctrines.

3. Bonarrigo generally objects to the Subpoena in its entirety, and to each individual document request included herein, to the extent that it seeks information that is confidential, proprietary or trade secret to Bonarrigo or third parties. Bonarrigo further objects to each and every individual document request contained in the Subpoena to the extent that it seeks information protected from disclosure by the privacy protection of any applicable constitution, statute, common law or doctrine.

4. Bonarrigo generally objects to the Subpoena in its entirety, and to each individual document request included herein, to the extent that it seeks to impose discovery obligations upon Bonarrigo that are broader than, or inconsistent with, the Federal Rules of Civil Procedure or applicable Local Rules.

5. Bonarrigo generally objects to the Subpoena in its entirety, and to each individual document request included herein, to the extent that the requests are vague or ambiguous.

6. Bonarrigo generally objects to the Subpoena in its entirety, and to each individual document request included herein, to the extent that Cappseals can otherwise obtain the discovery without undue hardship, including from parties to the action.

Subject to the foregoing General Objections and without waiving any of them, Bonarrigo responds as follows:

**REQUEST NO. 1**

All documents concerning services performed by you for any of the Defendants and/or Related Parties.

**OBJECTIONS TO REQUEST NO. 1**

Bonarrigo objects to this request because it is vague, overbroad and unduly burdensome. Bonarrigo further objects to this request because it seeks irrelevant information to the extent that it seeks documents concerning the Related Parties, who are non-parties to this action. It is improper to seek documents concerning non-parties to this action when seeking discovery in aid of execution.

**REQUEST NO. 2**

All documents concerning correspondence between you and any Defendant or Defendants and/or any Related Parties.

**OBJECTIONS TO REQUEST NO. 2**

Bonarrigo objects to this request because it is vague, overbroad and unduly burdensome, and seeks irrelevant information to the extent that it seeks documents concerning the Related Parties, who are non-parties to this action. It is improper to seek documents concerning non-parties to this action when seeking discovery in aid of execution.

**REQUEST NO. 3**

All documents concerning correspondence between you and/or any Defendant and/or Related Party, on the one hand, and any shareholder, investor, member, officer, director, employee, and/or attorney for any Defendant and/or Related Party, on the other.

**OBJECTIONS TO REQUEST NO. 3**

Bonarrigo objects to this request because it seeks confidential information and information protected by the attorney-client privilege and/or the work product doctrine. Further, Bonarrigo objects to this request because it is overbroad, unduly burdensome, and seeks irrelevant information to the extent that it seeks documents concerning the Related Parties, who are non-parties to this action. It is improper to seek documents concerning non-parties to this action when seeking discovery in aid of execution.

**REQUEST NO. 4**

All documents concerning correspondence between you and any third party concerning any Defendant or Defendants and/or any Related Parties.

**OBJECTIONS TO REQUEST NO. 4**

Bonarrigo objects to this request because it seeks confidential information and information protected by the attorney-client privilege and/or the work product doctrine. Further, Bonarrigo objects to this request because it is overbroad, unduly burdensome, and seeks irrelevant information to the extent that it seeks documents concerning the Related Parties, who are non-parties to this action. It is improper to seek documents concerning non-parties to this action when seeking discovery in aid of execution.

**REQUEST NO. 5**

All documents related to the financial condition of any Defendant or Defendants and/or any Related Parties including financial statements, general ledgers, tax returns, journals, accounts payable reports and/or accounts receivable reports.

**OBJECTIONS TO REQUEST NO. 5**

Bonarrigo objects to this request because it is vague, overbroad and unduly burdensome, and seeks irrelevant and confidential information to the extent that it seeks documents concerning the Related Parties, who are non-parties to this action. It is improper to seek documents concerning non-parties to this action when seeking discovery in aid of execution.

**REQUEST NO. 6**

All documents concerning any interest in real and/or personal property (tangible and/or intangible) owned or controlled by any Defendant and/or Related Party (either directly and/or indirectly, legally and/or beneficially) including without limitation the acquisition, transfer and/or disposition of any such interest.

**OBJECTIONS TO REQUEST NO. 6**

Bonarrigo objects to this request because it is vague and overbroad and seeks irrelevant information to the extent that it seeks documents concerning the Related Parties, who are non-parties to this action. It is improper to seek documents concerning non-parties to this action when seeking discovery in aid of execution.

**REQUEST NO. 7**

All documents concerning the transfer or assignment of any interest in real and/or personal property (tangible and/or intangible) between any Defendants and/or Related Parties (either directly or indirectly, legally and/or beneficially).

## OBJECTIONS TO REQUEST NO. 7

Bonarrigo objects to this request because it is vague and overbroad and seeks irrelevant information to the extent that it seeks documents concerning the Related Parties, who are non-parties to this action. It is improper to seek documents concerning non-parties to this action when seeking discovery in aid of execution.

## REQUEST NO. 8

All work papers prepared by or for you and/or used by you in performing services for any of the Defendants and/or Related Parties.

## OBJECTION TO REQUEST NO. 8

Bonarrigo objects to this request because it is vague, overbroad and unduly burdensome, and seeks irrelevant information to the extent that it seeks documents concerning the Related Parties, who are non-parties to this action. It is improper to seek documents concerning non-parties to this action when seeking discovery in aid of execution.

## REQUEST NO. 9

All documents concerning periodic reports prepared by you concerning any Defendant and/or Related Party, including without limitation annual, quarterly or other reports (whether in draft of final form and whether for external or internal use by any Defendant and/or Related Party).

## OBJECTION TO REQUEST NO. 9

Bonarrigo objects to this request because it is vague, overbroad and unduly burdensome, and seeks irrelevant information to the extent that it seeks documents concerning the Related Parties, who are non-parties to this action. It is improper to seek documents concerning non-parties to this action when seeking discovery in aid of execution.

## REQUEST NO. 10

All documents in possession, custody or control pertaining to any Defendant or Defendants and/or any Related Parties, including but not limited to financial books and records, bank documentation, receipts, general ledgers and tax returns.

5

**OBJECTION TO REQUEST NO. 10**

Bonarrigo objects to this request because it is vague, overbroad, unduly burdensome and seeks irrelevant information to the extent that it seeks documents concerning the Related Parties, who are non-parties to this action. It is improper to seek documents concerning non-parties to this action when seeking discovery in aid of execution.

LEO BONARRIGO, CPA

By his attorneys,

*/s/ Susan Gelwick*
Peter S. Brooks, BBO #058980
Christopher F. Robertson, BBO #642094
Susan W. Gelwick, BBO #567115
Seyfarth Shaw LLP
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:   (617) 946-4800
Telecopier:   (617) 946-4801

Dated:   September 8, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on 9/8/05.

*/s/ Susan Gelwick*
SUSAN W. GELWICK

6

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC., <br><br> Plaintiff, <br><br> v. <br><br> HEALTHY SOLUTIONS, LLC, <br><br> Defendant. <br><br> CAPPSEALS, INC., <br><br> Plaintiff-in-Intervention <br><br> v. <br><br> HEALTHY SOLUTIONS, LLC, d/b/a DIRECT BUSINESS CONCEPTS; ITV DIRECT, INC., AND DIRECT FULFILLMENT, LLC, <br><br> Intervenor-Defendants | C.A. No. 04-cv-10421-JLT |

## **OBJECTIONS OF WAYNE CALLAHAN TO SUBPOENA DUCES TECUM**

Pursuant to Rule 45(c) of the Federal Rules of Civil Procedure, non-party Wayne Callahan ("Callahan"), makes the following objections to Cappseals, Inc. ("Cappseals"), Subpoena Duces Tecum (the "Subpoena").

## **GENERAL OBJECTIONS**

Non-party Callahan asserts these General Objections with respect to each and every document request contained in the Subpoena:

1. Callahan generally objects to the Subpoena in its entirety, and to each individual document request included herein, to the extent that each request is overly broad and seeks information that is not relevant to this matter.

2. Callahan generally objects to the Subpoena in its entirety, and to each individual document request included herein, to the extent that it seeks documents containing communications or other matters protected by the attorney-client privilege, the work product doctrine, or other applicable privileges or doctrines.

3. Callahan generally objects to the Subpoena in its entirety, and to each individual document request included herein, to the extent that it seeks information that is confidential, proprietary or trade secret to Callahan or third parties. Callahan further objects to each and every individual document request contained in the Subpoena to the extent that it seeks information protected from disclosure by the privacy protection of any applicable constitution, statute, common law or doctrine.

4. Callahan generally objects to the Subpoena in its entirety, and to each individual document request included herein, to the extent that it seeks to impose discovery obligations upon Callahan that are broader than, or inconsistent with, the Federal Rules of Civil Procedure or applicable Local Rules.

5. Callahan generally objects to the Subpoena in its entirety, and to each individual document request included herein, to the extent that the requests are vague or ambiguous.

6. Callahan generally objects to the Subpoena in its entirety, and to each individual document request included herein, to the extent that Cappseals can otherwise obtain the discovery without undue hardship, including from parties to the action.

Subject to the foregoing General Objections and without waiving any of them, Callahan responds as follows:

**REQUEST NO. 1**

All documents concerning services performed by you for any of the Defendants and/or Related Parties.

**OBJECTIONS TO REQUEST NO. 1**

Callahan objects to this request because it is vague, overbroad and unduly burdensome. Callahan further objects to this request because it seeks irrelevant information to the extent that it seeks documents concerning the Related Parties, who are non-parties to this action. It is improper to seek documents concerning non-parties to this action when seeking discovery in aid of execution.

**REQUEST NO. 2**

All documents concerning correspondence between you and any Defendant or Defendants and/or any Related Parties.

**OBJECTIONS TO REQUEST NO. 2**

Callahan objects to this request because it is vague, overbroad and unduly burdensome, and seeks irrelevant information to the extent that it seeks documents concerning the Related Parties, who are non-parties to this action. It is improper to seek documents concerning non-parties to this action when seeking discovery in aid of execution.

**REQUEST NO. 3**

All documents concerning correspondence between you and/or any Defendant and/or Related Party, on the one hand, and any shareholder, investor, member, officer, director, employee, and/or attorney for any Defendant and/or Related Party, on the other.

**OBJECTIONS TO REQUEST NO. 3**

Callahan objects to this request because it seeks confidential information and information protected by the attorney-client privilege and/or the work product doctrine. Further, Callahan objects to this request because it is overbroad, unduly burdensome and seeks irrelevant information to the extent that it seeks documents concerning the Related Parties, who are non-parties to this action. It is improper to seek documents concerning non-parties to this action when seeking discovery in aid of execution.

**REQUEST NO. 4**

All documents concerning correspondence between you and any third party concerning any Defendant or Defendants and/or any Related Parties.

BO1 15735736.1 / 35965-000006

**OBJECTIONS TO REQUEST NO. 4**

Callahan objects to this request to the extent it seeks information protected by the attorney-client privilege and/or the work product doctrine. Further, Callahan objects to this request because it is vague, overbroad, unduly burdensome and seeks irrelevant information to the extent that it seeks documents concerning the Related Parties, who are non-parties to this action. It is improper to seek documents concerning non-parties to this action when seeking discovery in aid of execution.

**REQUEST NO. 5**

All documents related to the financial condition of any Defendant or Defendants and/or any Related Parties including financial statements, general ledgers, tax returns, journals, accounts payable reports and/or accounts receivable reports.

**OBJECTIONS TO REQUEST NO. 5**

Callahan objects to this request because it is vague and overbroad. Callahan further objects to this request because it seeks irrelevant and confidential information to the extent that it seeks documents concerning the Related Parties, who are non-parties to this action. It is improper to seek documents concerning non-parties to this action when seeking discovery in aid of execution.

**REQUEST NO. 6**

All documents concerning any interest in real and/or personal property (tangible and/or intangible) owned or controlled by any Defendant and/or Related Party (either directly and/or indirectly, legally and/or beneficially) including without limitation the acquisition, transfer and/or disposition of any such interest.

**OBJECTIONS TO REQUEST NO. 6**

Callahan objects to this request because it is vague, overbroad and seeks irrelevant information to the extent that it seeks documents concerning the Related Parties, who are non-parties to this action. It is improper to seek documents concerning non-parties to this action when seeking discovery in aid of execution.

**REQUEST NO. 7**

All documents concerning the transfer or assignment of any interest in real and/or personal property (tangible and/or intangible) between any Defendants and/or Related Parties (either directly or indirectly, legally and/or beneficially).

4

**OBJECTIONS TO REQUEST NO. 7**

Callahan objects to this request because it is vague, overbroad and seeks irrelevant information to the extent that it seeks documents concerning the Related Parties, who are non-parties to this action. It is improper to seek documents concerning non-parties to this action when seeking discovery in aid of execution.

**REQUEST NO. 8**

All work papers prepared by or for you and/or used by you in performing services for any of the Defendants and/or Related Parties.

**OBJECTION TO REQUEST NO. 8**

Callahan objects to this request because it is vague, overbroad and unduly burdensome, and seeks irrelevant information to the extent that it seeks documents concerning the Related Parties, who are non-parties to this action. It is improper to seek documents concerning non-parties to this action when seeking discovery in aid of execution.

**REQUEST NO. 9**

All documents concerning periodic reports prepared by you concerning any Defendant and/or Related Party, including without limitation annual, quarterly or other reports (whether in draft of final form and whether for external or internal use by any Defendant and/or Related Party):

**OBJECTION TO REQUEST NO. 9**

Callahan objects to this request because it is vague, overbroad and seeks irrelevant information to the extent that it seeks documents concerning the Related Parties, who are non-parties to this action. It is improper to seek documents concerning non-parties to this action when seeking discovery in aid of execution.

**REQUEST NO. 10**

All documents in possession, custody or control pertaining to any Defendant or Defendants and/or any Related Parties, including but not limited to financial books and records, bank documentation, receipts, general ledgers and tax returns.

BO1 15735736.1 / 35965-000006

## OBJECTION TO REQUEST NO. 10

Callahan objects to this request because it is vague, overbroad and unduly burdensome, and seeks irrelevant information to the extent that it seeks documents concerning the Related Parties, who are non-parties to this action. It is improper to seek documents concerning non-parties to this action when seeking discovery in aid of execution.

WAYNE CALLAHAN

By his attorneys,

*/s/ Susan Gelwick*
Peter S. Brooks, BBO #058980
Christopher F. Robertson, BBO #642094
Susan W. Gelwick, BBO #567115
Seyfarth Shaw LLP
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:   (617) 946-4800
Telecopier:   (617) 946-4801

Dated:   September 8, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on 9/8/05.
*/s/ Susan Gelwick*
SUSAN W. GELWICK

6