UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC.,<br>      Plaintiff,<br><br>v.<br><br>HEALTHY SOLUTIONS, LLC et al.,<br>      Defendants.<br>_____<br>CAPPSEALS, INC.,<br>      Plaintiff-in-Intervention,<br><br>v.<br><br>HEALTHY SOLUTIONS, LLC, d/b/a<br>DIRECT BUSINESS CONCEPTS; ITV<br>DIRECT, INC.; and DIRECT<br>FULFILLMENT, LLC,<br>      Intervenor-Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*   Civil Action No. 04-10421-JLT<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

ORDER

October 24, 2005

TAURO, J.

    The court hereby orders that:

        1.    Cappseals, Inc.'s Motion for Post-Judgment Relief [#145] is ALLOWED.

        2.    ITV Direct, Inc. and Direct Fulfillment, LLC ("ITV Parties"), as well as each of their directors, officers, agents, servants, employees, attorneys, and all persons in active concert and participation with them, pending payment of the judgment against them, are enjoined from: removing, transferring, disposing of, wasting, liquidating, investing, conveying, encumbering in any fashion, or attempting to remove, conceal, or in any way interfere with any

    real or personal property, assets, effect, or funds in any bank, except as may be necessary for the usual day-to-day operations of the business.

3.  Cappseals, Inc. is granted an attachment on any and all real property, personal property, or other assets of the ITV Parties not to exceed its judgment in the amount of $1,064,000.

4.  Cappseals, Inc. may obtain financial records of the ITV Parties and related entities pursuant to Fed. R. Civ. P. 69(a) and Fed. R. Civ. P. 34.

IT IS SO ORDERED.

              /s/ Joseph L. Tauro
              United States District Judge