Sep 13 2005 14:03   OCONNOR CHRISTENSEN MCLAU   9498515051   p.5

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC. | ) Civil Action No. 04-CV-10421-JLT |
| Plaintiffs, | ) Honorable Joseph L. Tauro |
| v. | ) |
| HEALTHY SOLUTIONS LLC, et al, | ) |
| Defendants. | ) |
| AND RELATED CASES | ) |

**STIPULATION FOR MUTUAL DISMISSALS AMONG
PLAINTIFFS/COUNTER-DEFENDANTS ITV DIRECT INC. AND
DIRECT FULFILLMENT LLC AND DEFENDANTS/COUNTERCLAIMANTS
HEALTHY SOLUTIONS LLC, HEALTH SOUTIONS INC., ALEJANDRO GUERRERO,
MICHAEL HOWELL AND GREG GEREMESZ; AND**

<u>ORDER OF DISMISSAL</u>

WHEREAS, Plaintiff/Counter-Defendant ITV DIRECT, INC. and Counter-Defendant DIRECT FULFILLMENT, LLC, (hereinafter collectively referred to as the "ITV DIRECT PARTIES") have asserted various claims and causes of action against Defendants/Counterclaimants HEALTHY SOLUTIONS LLC d/b/a DIRECT BUSINESS CONCEPTS, HEALTH SOLUTIONS INC., ALEJANDRO GUERRERO, GREG GEREMESZ and MICHAEL HOWELL, (hereinafter collectively referred to as the "HEALTHY


Approved
/s/ Tauro J
10/24/05

1



SOLUTIONS LLC PARTIES") and the HEALTHY SOLUTIONS LLC PARTIES have asserted various claims and causes of action against the ITV DIRECT PARTIES, and the parties being desirous of resolving all claims and disputes among them, now therefore:

IT IS HEREBY STIPULATED that:

1. All claims and causes of actions amongst these parties are hereby dismissed with prejudice;

2. Nothing herein should be construed as an admission of the validity of any claims, counterclaims, rights to set-off, defenses and affirmative defenses of these parties;

3. The ITV DIRECT PARTIES and the HEALTHY SOLUTIONS LLC PARTIES shall each bear their own costs and attorney fees.

4. This Stipulation constitutes a compromise, release and settlement of claims of defendant-counterclaimant HEALTHY SOLUTIONS LLC against Plaintiff ITV Direct Inc. and Direct Fulfillment LLC and requires this Court's approval pursuant to the permanent injunction entered against Healthy Solutions LLC on April 1, 2005, and the parties hereto request the Court's approval in that this compromise, release and settlement in no way affects the rights of any other party.

5. This Stipulation constitutes a compromise, release and settlement of claims of defendant-counterclaimant HEALTHY SOLUTIONS LLC against Plaintiff ITV Direct Inc. and Direct Fulfillment LLC and constitutes a compromise, release and settlement of claims of ITV Direct Inc. and Direct Fulfillment LLC against the Healthy Solutions parties subject to

///
///
///
///
///

preliminary injunctions entered against the Healthy Solutions parties and the ITV Direct Parties entered in FTC V. Direct Marketing Concepts, Inc., Civ. Act. No. 04-CV-11136-GAO (D. Mass.). The United States Federal Trade Commission does not object to this Stipulation and Order on Dismissal.

SO STIPULATED.

Dated: 9/13/05

Respectfully submitted,

SEYFARTH SHAW LLP

*[signature]*

Peter Brooks, Esq.
Christopher Robertson, Esq.
Counsel for ITV Direct Inc.,
Direct Fulfillment LLC

O'CONNOR CHRISTENSEN & MCLAUGHLIN LLP

*[signature]*

Dated: 9-13-05

Becky V. Christensen, Esq.
Counsel for Healthy Solutions LLC,
Health Solutions Inc, Alejandro Guerrero,
Michael Howell, Gregory Geremesz

Dustin F. Hecker, Esq.
Posternak Blankstein & Lund LLP
Counsel for Healthy Solutions LLC,
Health Solutions Inc, Alejandro Guerrero,
Michael Howell, Gregory Geremesz

## ORDER OF DISMISSAL

This matter having come before the Court upon the Stipulation of Plaintiff/Counter-Defendant ITV DIRECT, INC. and Counter-Defendant DIRECT FULFILLMENT, LLC, (hereinafter collectively referred to as the "ITV DIRECT PARTIES") and Defendants/Counterclaimants HEALTHY SOLUTIONS LLC d/b/a Direct Business Concepts, HEALTH SOLUTIONS INC., ALEJANDRO GUERRERO, GREG GEREMESZ and

MICHAEL HOWELL, (hereinafter collectively referred to as the "HEALTHY SOLUTIONS LLC PARTIES"):

IT IS SO ORDERED.

Dated: **10/29**, 2005

_____
Honorable Joseph L. Tauro
United States District Court Judge

Presented by:

SEYFARTH SHAW LLP
_____
Christopher Robertson
Counsel for ITV Direct Inc. and Direct Fufillment LLC

### CERTIFICATE OF SERVICE

I hereby certify that on September **14**, 2005, a copy of foregoing STIPULATION FOR MUTUAL DISMISSALS AMONG PLAINTIFFS/COUNTER-DEFENDANTS ITV DIRECT INC. AND DIRECT FULFILLMENT LLC, AND DEFENDANTS/COUNTERCLAIMANTS HEALTHY SOLUTIONS LLC, HEALTH SOUTIONS INC., ALEJANDRO GUERRERO, MICHAEL HOWELL AND GREG GEREMESZ and ORDER THEREON was filed

4

.3 2005 14:03      OCONNOR CHRISTENSEN MCLAU      9498515051                    p.9

electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Christopher F. Robertson, Esq. | Daniel J. Kelly, Esq. |
| Peter S. Brooks, Esq. | Scott A. Silverman, Esq. |
| Susan W. Gelwick, Esq. | Kristin Cataldo, Esq. |
| SEYFARTH SHAW LLP | GADSBY HANNAH LLP |
| Two Seaport Lane, Suite 300 | 225 Franklin Street |
| Boston, MA 02210 | Boston, MA 02110 |
| (617) 946-4800 | 617 345-7000 |
| (617) 946-4801 Fax | 617 345-7050 Fax |
| pbrooks@seyfarth.com | dkelly@ghlaw.com |
| Kperrelli@seyfarth.com | cpriolo@ghlaw.com |
| | |
| Attorneys for Plaintiff | Attorneys for Plaintiff-in-Intervention |
| ITV DIRECT, INC. | CAPPSEALS, INC. |

/s/ Christopher Robertson, Esq.
Christopher Robertson
Counsel for ITV Direct Inc.
and Direct Fufillment LLC

5