# United States Court of Appeals
## For the First Circuit

No. 05-2323

ITV DIRECT, INC.; DIRECT FULFILLMENT, LLC,

Plaintiffs, Appellants.

CAPPSEALS, INC.,

Intervenor-Plaintiff, Appellee,

v.

HEALTHY SOLUTIONS, LLC, A California Limited Liability Corp.,
d/b/a Direct Business Concepts; HEALTH SOLUTIONS, INC., A California Corp.;
ALEJANDRO GUERRERO, individually and as a Member of Healthy Solutions, LLC, and as
Officer and Director of Health Solutions, Inc., MICHAEL HOWELL, individually and as a
Member of Healthy Solutions, LLC, and as Officer and Director of Health Solutions, Inc.; GREG
GEREMESZ, individually and as a Member of Healthy Solutions, LLC, and as Officer and
Director of Health Solutions, Inc.; DOES 1-10, INCLUSIVE,

Defendants, Appellees.

### JUDGMENT

Entered: April 17, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The decision of the district court is affirmed.

By the Court:

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_____
Richard Cushing Donovan, Clerk

Deputy Clerk

Date: MAY 08 2006

[cc: Mr. Levin, Mr. Kelly, Mr. Silverman, Ms. Cataldo, Mr. Antonelli, Ms. Gelwick, Mr. Brooks, Mr. Robertson and Mr. Larkin]