**EXHIBIT 1**

## ITV DIRECT - Total Infomercial Marketing

Home

### ITV Studios



**Multi-million-dollar studio with multiple, flexible sets and full HD capability**
We'll take your show from script to screen. We have all the leading edge technology and digital editing equipment and capabilities of a major TV studio, and at the drop of a hat we can shoot and showcase your product in absolutely any format, location or any style - exactly how you envision it. We've made our name on content driven shows that give the viewer an in-depth overview of a life-changing product, but are also well-versed in short form, working with celebrity hosts and flashy graphics. The bottom line is that we're experts in showcasing and rolling out life-changing infomercials - bring us an awesome idea and we'll make it work.

**Donald Barrett's image is synonymous with quality, life changing products**
Donald Barrett has created a niche in the Direct Response market and because of his excellent reputation for rolling out high quality, reputable products, customers call again and again to order from him. His interview format show allows you to explain your story and the science behind your product, letting it stand on its own merits. Some clients come to us specifically to have us shoot a show featuring them, their product and Donald Barrett. They quickly realize that the high quality look and feel of his show is found in the rest of ITV's integrated direct response system.

**Our production cost is less than one half of current industry standards**
We're focused on maximizing results, and reducing the front-end cost gives your campaign a jump start that dramatically increases your margin of profit. There's no expensive outsourcing; ITV's unique in-house set up means our production team is completely invested in giving you the highest quality and most effective show without breaking the bank.

**We're invested in your success**
You'll never have to start from scratch with a new editor. Our team of in-house editors are experienced and always at your disposal; they're experts at making the production process extremely easy and approachable. They'll work with you to make any edit or change you'd like and advise you as far as what options will have the most impact while keeping your cost down. Our complete in-house tape duplication center allows us to individually master and review every tape that goes out the door for the best quality. Each tape is assigned a unique 800 number, allowing ITV's media team to track profitability by individual television station. The results are in the numbers, and our professional-looking



Want to see what total infomercial marketing is? Get the inside view, now!



**Your Product, On Our Show!**

Do you have a life-changing product to market?

» Online Questionnaire

**Featured Success Story**



FlexProtex™
Read more about this overnight DR sensation!

» Read Featured Story

**Latest News**

shows repeatedly pull in excellent numbers.

» **April 21, 2006**
ITV Launches National Infomercial, Almighty Cleanse™

» **March 30, 2006**
Barrett Inspires Saugus High Students to "Dream Big."

» **March 30, 2006**
ITV President Presents Award to Local Hero

Contact Us | Sitemap | Legal | Privacy Policy
FlexProtex™ | SeaVegg™ | Almighty Cleanse™ | Rice 'n Shine™ | Product Specials | Help End FDA Nutrient Suppression

© 2006 ITV Direct, Inc. All Rights Reserved

*These statements have not been evaluated by the Food & Drug Administration. These products are not intended to diagnose, treat, cure or prevent any disease.

**EXHIBIT 2**




**ITV DIRECT - Total Infomercial Marketing**

Home » Corporate

- ITV History
- Mission
- Vision
- Executives
- Careers
- Facilities
- Directions

## ITV History

**2000**
Donald Barrett distributes herbal products through independent distributors. He spends many hours marketing products for other people and working as a cook at a local pizza restaurant in his hometown of Saugus, MA.

Barrett reads a book that introduces him to the Direct Response Industry and changes the direction of his life forever - Seven Steps to Freedom; How to Escape the American Rat Race, by Benjamin Suarez.

**2001**
After struggling through various partnerships, Barrett partners with Bob Maihos, and together they start their own call center in a borrowed garage loft. They quickly turn a profit on failed infomercials by buying their own media, answering their own phones, and shipping their own product with the program, Dynamic Health by Dr. Milton Morter, an audio, video and workbook program for good health.

Under the name, Direct Marketing Concepts, Inc. Barrett and Maihos sign a deal with Dr. Robert Barefoot, author of The Calcium Factor & Death by Diet, to market a then unknown product, Coral Calcium Daily™.

**2002**
*March.* With the unprecedented success of Robert Barefoot's product, Coral Calcium, Barrett and Maihos find a new home for Direct Marketing Concepts, Inc. in a beautiful office space in the Cummings Center Industrial Park in Beverly, Massachusetts.

*March, onward.* Direct Marketing Concepts, Inc. continues to grow exponentially and bring in millions of dollars in sales. After their move into the Cummings Center, they take out a new lease almost every month. First they add fulfillment, expand their call centers, include customer service, a corporate office combined with a media buying center, and an in-house studio. Direct Marketing Concepts, Inc. is now a fully integrated Direct Response provider, and retail relationships are established.

With their new in-house studio, Barrett begins producing his own infomercials in an interview format that revolutionizes the Direct Response industry.

**2003**
*January.* ITV Direct, Inc. is founded as a full-service direct response marketing company that promotes life-changing products.

*June.* ITV Direct, Inc. produces another show with Dr. Tom Morter to market product, AlkaSlim®, a revolutionary weight-reduction and dietary supplement designed to alkalize and energize at the same time.

*August.* ITV Direct, Inc. signs a deal with Alex Guerrero to market his product, Supreme Greens™ with MSM; capsules of antioxidant and nutrient-rich grasses, vegetables, sprouted grains, and herbs.

*October.* ITV Direct, Inc. signs deal with Dr. Lorraine Day to promote her powerful video series, "Cancer Doesn't Scare Me Anymore," and "Conquering Confusion."

**2004**
*February.* ITV Direct, Inc. signs a deal with Scott Kennedy and FarmaSea® to market the nutrient-rich, all-natural seaweed product, Sea Vegg™.

*September.* ITV Direct, Inc. partners up with Anti-Aging Formulas, LLC to promote Renuva™, an all-natural anti-aging product endorsed by George Hamilton and Cathy Rigby.

**2005**

Want to see what total infomercial marketing is? Get the inside view, now!





Do you have a life-changing product to market?

**Featured Success Story**



FlexProtex™
Read more about this overnight DR sensation!

**Latest News**

*June.* Following their explosive growth over the forth quarter of 2004 and the first quarter of 2005, ITV Direct, Inc. moves to a new 55,000 sq. foot building at 55 Cherry Hill Drive in Beverly, Massachusetts which can hold over 400 employees. They expand their call center to over 200, enhance the media department, increase their customer satisfaction center, and build a state of the art production studio that is the largest infomercial production studio in America.

*July.* ITV Global, Inc. agrees to have ITV Direct, Inc. manage a campaign marketing the Rice Patty Collection, which includes life changing products like FlexProtex™ and Rice 'N Shine™.

*October.* ITV Direct, Inc. files a lawsuit against the Federal Trade Commission, charging agency with harassment and violation of free speech rights.

*November.* ITV Direct, Inc. joins congressmen to speak at an FDA hearing on qualified health claims and the Health Freedom Protection Act (HR 4282) and joins nationwide effort to stop government censorship.

**2006**
*January.* ITV Direct, Inc. launches Phase I of ITV Marketing Group; Positively Impacting People Worldwide - A lucrative, ground floor business opportunity that is revolutionizing the landscape of Home Businesses.

*January.* ITV Direct launches new corporate website, www.itvdirect.com

» **April 21, 2006**
ITV Launches National Infomercial, Almighty Cleanse™

» **March 30, 2006**
Barrett Inspires Saugus High Students to "Dream Big."

» **March 30, 2006**
ITV President Presents Award to Local Hero

---

Contact Us | Sitemap | Legal | Privacy Policy
FlexProtex™ | SeaVegg™ | Almighty Cleanse™ | Rice 'n Shine™ | Product Specials | Help End FDA Nutrient Suppression

© 2006 ITV Direct, Inc. All Rights Reserved

*These statements have not been evaluated by the Food & Drug Administration. These products are not intended to diagnose, treat, cure or prevent any disease.

**EXHIBIT 3**

# ITV DIRECT - Total Infomercial Marketing

Home » **ITV Direct**

- Client Services
- Creative Services
- Sales Center
- Staff
- Product Scripts
- Art of the "Soft Sell"
- Quality Monitoring
- Upsell Scripting/Success
- Training
- Weekly Productivity Reporting
- Transaction Processing
- IT Department
- Websites
- Fulfillment
- Customer Satisfaction
- Legal Department
- Accounting & Purchasing

## Sales Center



*"Our sales representatives are an extension of the product's creator. They use the product, touch it, feel it, smell it - they understand - every feature and benefit. The managers spend hours focusing on consumer's concerns, questions, and objections. They train, test and re-train. By the time a rep picks up the phone they know the product inside and out."*

— *Jack Freeman, VP of Sales*

**The past three years have brought explosive growth for our company**
Our shows routinely place in the IMS (Infomercial Monitoring System) top ten because of the quality products we promote, our integrated system, and our talented sales staff. As a result, we've opened the doors of the new 55,000 square foot ITV Direct World Headquarters in Beverly, Massachusetts. The expansive new call center currently employs almost 300 sales reps, and we're open 24 hours a day, 7 days a week, 365 days a year.

**Our powerful, bilingual inbound call center is the heartbeat of ITV**
In a time when more and more companies are outsourcing their call volume overseas, here at ITV Direct, Inc. we are expanding our facilities to meet the growing need for effective call centers in the United States. We even have a team of bilingual professionals who can service Spanish-speaking customers, effectively widening your client base.



Want to see what total infomercial marketing is? Get the inside view, now!



Do you have a life-changing product to market?



**FlexProtex™**
Read more about this overnight DR sensation!

» **April 21, 2006**
ITV Launches National Infomercial, Almighty Cleanse™

» **March 30, 2006**
Barrett Inspires Saugus High Students to "Dream Big."

» **March 30, 2006**
ITV President Presents Award to Local Hero

Contact Us | Sitemap | Legal | Privacy Policy
FlexProtex™ | SeaVegg™ | Almighty Cleanse™ | Rice 'n Shine™ | Product Specials | Help End FDA Nutrient Suppression

© 2006 ITV Direct, Inc. All Rights Reserved

*These statements have not been evaluated by the Food & Drug Administration. These products are not intended to diagnose, treat, cure or prevent any disease.