**EXHIBIT 4**

Case 1:04-cv-10421-JLT    Document 159-3    Filed 08/03/2006    Page 1 of 6



# ITV DIRECT - Total Infomercial Marketing

Home » Corporate » **Executives**

- ITV History
- Mission
- Vision
- Executives

※ **Donald Barrett,**
  **President & Chairman**
  - Kristen N. Nguyen,
    Executive Assistant to
    President & Chairman
- Robert A. Maihos,
  CFO & Vice Chairman
  - Shauna Favalora,
    Executive Assistant to
    Chief Financial Officer &
    Vice Chairman
- Steve Paris,
  Executive Vice President
- Michael Sciucco Esq.,
  General Counsel
- Christopher J. Meusel,
  Chief Information Officer
- Brad Tuttle,
  Chief Operating Officer
- Jason Bernabei, VP of
  Marketing & Business
  Development
- Matt Ribaudo, VP of
  Campaign Development &
  Production
- Jesse Jalbert, Director of
  Campaign Management
- Jillian Milbury,
  Business Development
- Jack Freeman,
  VP of Sales
- John Maihos, VP of
  Human Resources &
  Communications
- Catherine Ratcliffe, VP of
  Customer Satisfaction
- Michelle Peña, VP of
  Media Services
- Geoff Gorewitz,
  Director of Quality Control
- Dan Warner, Director of
  Promotion & Marketing
- Dru Martin, Director of
  Video & Campaign
  Production

## Donald Barrett, President and Chairman



*"ITV Direct is the only true, full service, turnkey infomercial provider in America."*

**An unprecedented industry leader**
With his tremendously successful, comprehensive and integrated DRTV system, Barrett has created a niche in the Direct Response market. Always keeping quality at the forefront, his company has gained an excellent reputation for rolling out high quality and reputable products. As a result, the ITV customer base is exploding, and ITV customers call again and again to order from him.

His unique interview format shows pique viewer-interest, and allow the guest to explain his/her story and the science behind the product. Barrett's experience in DRTV coupled with his extensive knowledge of the DRTV audience makes for a winning show. He has a true talent for asking the questions everyone wants to know, and his genuine and observant questions reflect the interests of the consumer.

**An integrated DR solution**
Working as a pizza chef and an independent nutritional distributor just six short years ago, Barrett put his big dream into action. He wanted to create a comprehensive and integrated Direct Response solution as a way for independent inventors to effectively market their products. A huge proponent of living a healthy lifestyle, Barrett chose to only market products and services that "positively impact people.™" Barrett knew that the only way to effectively manage a campaign in the fast paced DR industry was to bring everything in house. The result of his hard work is ITV Direct, the only true, full service, turnkey infomercial provider in America.

Founder, President and Chairman, Donald Barrett is a dynamic 31 year old who is driven by a passion and energy that is electrifying to everyone in his contact. Charismatic and motivational, Barrett has fostered an atmosphere of loyalty and dedication throughout ITV, and in turn, has a company of talented and driven team players who know how to effectively implement Barrett's dream. He continues to lead this history making company into new and exciting markets and realms of opportunity.

**Moving forward**
As the ITV family of products, services and companies grows, Barrett's sphere of influence is also expanding, and he is moving rapidly to develop the realm of ITV's business and charitable ventures. Barrett is not only a skilled entrepreneur, but an influential leader in his community. He is a long time sponsor of the American Red Cross, an active member of the Advisory Board for the Beverly National Bank, speaks regularly at local High Schools, and is an enthusiastic and talented athlete on the ITV Direct Flag Football, Softball, and Tennis Teams. Barrett actively endorses a balanced and healthy lifestyle and promotes a message inline with ITV Direct's mission; he does not use or condone the use of prescription or non-prescription drugs.

He is also spearheading exciting new direct selling opportunities that, for the first time in history, marry the power of Direct Response television with incredible home-based income opportunities. With this new program, ITV Ventures, distributors will sell quality, life-changing products through a business-building opportunity that will revolutionize the industry of home based businesses.

Sharp, savvy and observant, Barrett has a gift for keeping his eye on the big picture. He knows what he likes when he sees it – and will not settle for anything less. With Barrett and his killer DR instincts at the helm, ITV is headed into exciting new territory.

---

Want to see what total infomercial marketing is? Get the inside view, now!

Take the ITV Direct Tour

**Your Product, On Our Show!**

Do you have a life-changing product to market?

Online Questionnaire

**Featured Success Story**



**FlexProtex™**
Read more about this overnight DR sensation!

Read Featured Story

**Latest News**

- Brad Treadwell,
  Director of Purchasing
- Mike Liacos,
  Shipping Manager

Careers

Facilities

Directions

**Inventors of life-changing products, your search has ended. If you want the distinctive and effective look of Donald Barrett's long format interview or short form, you have arrived. Welcome to ITV Direct. The only true, full service, turnkey infomercial provider in America.**

» **April 21, 2006**
  ITV Launches National Infomercial, Almighty Cleanse™

» **March 30, 2006**
  Barrett Inspires Saugus High Students to "Dream Big."

» **March 30, 2006**
  ITV President Presents Award to Local Hero

Contact Us | Sitemap | Legal | Privacy Policy
FlexProtex™ | SeaVegg™ | Almighty Cleanse™ | Rice 'n Shine™ | Product Specials | Help End FDA Nutrient Suppression

© 2006 ITV Direct, Inc. All Rights Reserved

*These statements have not been evaluated by the Food & Drug Administration. These products are not intended to diagnose, treat, cure or prevent any disease.

**EXHIBIT 5**



### ITV DIRECT - Total Infomercial Marketing

Corporate | ITV Direct | ITV Media | ITV Studios | Products

Home

Latest News
- April 2006
- March 2006
- February 2006

News Archive

## News

### Barrett Inspires Saugus High Students to "Dream Big."



**March 30, 2006   Saugus, Massachusetts**
During the fifty minutes Saugus High Seniors usually spend learning Calculus, Donald Barrett gave them an inspirational glimpse into what their future can hold – if they "dream big."

A graduate of Saugus High, Class of '93, Barrett was not necessarily the best student. Yet today, at just 31, Donald is founder, President and Chairman of ITV Direct. ITV Direct is revolutionizing the Direct Response industry (also known as advertising by infomercials) with its unique in-house setup. After just six years on the map, ITV Direct has exploded out of its infancy and brings in millions in sales annually. Donald has attracted a loyal and talented group of professionals that help make ITV what it is today, but no one would deny that it is Donald's blood that drives the heartbeat of his pioneering young company.

Donald's message to the students was simple, yet it is one that many youths have difficulty believing. He told them, "If you put your mind to it, you will succeed." He reminded them not to give up when they confront a problem. Instead of giving up they need to rise above the challenge and succeed.

"You have to want it, and see it so you can make it happen." He also told them that it doesn't matter if they are good at something or not. He reassured them that, "If you have a great attitude, set goals and aim high, you will get where you want to go." Of his rise from pizza chef to owner of a multi-million dollar company, Donald said, "Everyone told me I couldn't do it, that I was just a pizza guy dreaming big."

The class' Math teacher, Mrs. Laurie Golan invited Donald to speak in her class. Golan was also Donald's High School math teacher. She remembered Donald as an energetic youth, even though he was not a star student. Golan asked Donald to tell his story to her students, and express how he took his greatest strengths – his creativity, energy and drive – to make himself successful. Donald is a strong believer in ongoing self-education, and also impressed upon the students an important personal message: he does not use or condone the use of prescription or non-prescription drugs.

Donald presented each student with a book and an audio CD containing inspirational messages that have been extremely influential to his success. He gave copies of the book, <u>The Magic of Thinking Big</u>, by David J. Schwartz, Ph.D. and an audio CD entitled *The Strangest Secret for Succeeding in the World Today* by Earl Nightingale. Donald also invited the students to participate in a "Shadow Day" hosted by ITV where they will get an even richer taste of success, as well as a ride to lunch in the new company limo.

---

### ITV President Presents Award to Local Hero

**March 30, 2006   Danvers, Massachusetts**
At an early morning breakfast organized by the American Red Cross, Donald Barrett, President & Chairman of ITV Direct, presented an award to Steve Hoggard of Byfield, Massachusetts for his outstanding bravery in the face of danger. Steve Hoggard was

Want to see what total info-mercial marketing is? Get the inside view, now!

[Take the ITV Direct Tour]

**Your Product, On Our Show!**

Do you have a life-changing product to market?

[Online Questionnaire]

**Featured Success Story**



FlexProtex™
Read more about this overnight DR sensation!

[Read Featured Story]

**Latest News**

driving along Route One in Byfield when he spotted a vehicle consumed in flames. While many other cars continued to pass by, Steve pulled over and found the driver, William Hughes, injured and disoriented. Steve successfully guided William to safety and may have saved a life.

Of Steve's outstanding bravery, Barrett said "We want to thank you from ITV Direct. A hero is someone who has really no fear in the face of danger for a just cause. We at ITV want to thank you, and salute you in giving you this award. Thank you."

The main event of this year's breakfast was the moving presentation of the Memorial Hero Award. This year's award was given in memory of Army 1st Lt. Derek S. Hines, a local man who died on September 1, 2005 in Afghanistan, serving his country in Operation Enduring Freedom. The Memorial Hero Award was presented to the Hines family: his parents Steven and Sue and his brother, Trevor. All present were deeply moved by the beauty of Derek's dedication and the tragedy of his loss.

This is ITV's fourth year attending the breakfast as a corporate sponsor. ITV is also a regular contributor to the Red Cross. In the fall of 2005, ITV used their inbound call center to help raise donations for the American Red Cross' Hurricane Katrina Relief Effort. They presented a check to the American Red Cross for over $5,000.

Other ITV staff in attendance were: Kristen Nguyen, Bob Maihos, Michael Anzalone, Steve Paris, Jason Bernabei, and John Maihos.

» **April 21, 2006**
ITV Launches National Infomercial, Almighty Cleanse™

» **March 30, 2006**
Barrett Inspires Saugus High Students to "Dream Big."

» **March 30, 2006**
ITV President Presents Award to Local Hero

---

**ITV Direct General Counsel, Michael Sciucco, Congressman Ron Paul, and Attorney Jonathan Emord discuss "Do the FDA and FTC abuse their Power?" on Talk Star Radio**

**March 11, 2006   Boston, Massachusetts**
On March 11, General Counsel at ITV Direct, Michael Sciucco, and Jonathan Emord, Constitutional Attorney and host of Health Law and Politics on www.talkstarradio.com, discussed the Health Freedom Protection Act now pending in Congress. This bill would end FDA and FTC censorship of health information. Emord and his guests discussed the bill, as well as the suppression of health information that inspired this national movement. Attorney Sciucco discussed this hot topic alongside Congressman Ron Paul (principal sponsor of the bill), Steve Wallach (President of American Longevity), and Mike Burst of King Orchards.

Standing up to big government agencies is something most people hope to never do, yet Attorney Sciucco, has been an active leader of the Health Freedom Protection Act HR 4282 (currently pending in the House), and is a zealous advocate of free speech as it relates to dietary supplements. Sciucco became involved with the Health Freedom Protection Act after his employer, ITV Direct, Inc., came under close scrutiny by the FTC for marketing dietary supplements.

Sciucco's employer, ITV Direct, Inc., promotes and markets products and services that "Positively Impact People.™" In a prescription-happy society, where the pharmaceutical industry touts annual profits in the trillions, ITV has most appropriately found it's niche in the promotion of effective, high-quality, all-natural dietary supplements. These supplements, unlike the majority of prescription drugs, do not carry any scary side effects and provide consumers with a more natural alternative to traditional medicine.

The dietary supplement industry is highly regulated by the FTC, and for some reason ITV has become a specific target for the FTC's scrutiny. This regulation is a frustrating point for the marketers and lawyers of dietary supplements because the standard for what is deemed "competent and reliable evidence," (as it relates to the truthful advertisement of dietary supplements), is extremely vague. ITV Direct, Inc. will not market any product without first collaborating with internal and external scientists, gathering substantiation and evaluating the quality behind that substantiation.

"The FTC has not once asked us for substantiation on any of our advertisements for the claims we are making." Sciucco reported. "The FTC says we do not have enough [substantiation]. We have so much, to the point that it might be overwhelming for them to sit down and evaluate the science that we have. We do have someone on the staff that is educated in neuroscience, and we consult with PhD's and MD's to make sure we have the scientific evidence we feel we need. Science is a subjective call, some say this is sufficient, others will say it's not."

The dietary supplement market is highly regulated using a vague standard, therefore companies like ITV are extremely limited as to the claims they can make regarding their natural supplements – regardless of weather the claims are in fact true. To make a claim on a dietary supplement, a company has to spend years, and an enormous amount of money to approve their claims with the FDA and FTC. Currently, only drugs can "treat,