UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC.,                )<br>                                          )<br>           Plaintiffs,              )<br>     v.                                 )<br>                                          )<br>HEALTHY SOLUTIONS, LLC,  )<br>                                          )<br>           Defendants.           )<br>_____)<br>                                          )<br>CAPPSEALS, INC.,               )<br>                                          )<br>           Plaintiff-in-Intervention, )<br>     v.                                 )<br>                                          )<br>HEALTHY SOLUTIONS LLC d/b/a )<br>DIRECT BUSINESS CONCEPTS;   )<br>ITV DIRECT, INC., and           )<br>DIRECT FULFILLMENT, LLC,  )<br>                                          )<br>           Interventor-Defendants. ) | CIVIL ACTION<br>NO. 04-10421-JLT |

## ORDER TO APPEAR
## FOR SUPPLEMENTARY PROCESS EXAMINATION

The plaintiff Cappseals, Inc.'s Application for Supplementary Process Hearing (Docket No. 159) having been allowed, the judgment debtor ITV Direct, Inc. is ORDERED to appear before the undersigned United States Magistrate Judge at the following time and place:

Thursday, October 5, 2006, at 2:45PM

U.S. District Court
One Courthouse Way
Courtroom #15, 5th Floor
Boston, MA 02210

then and there to be examined under oath concerning its property and means of paying the Judgment in the amount of $1,041,684.49 entered against ITV Direct, Inc., among others, on August 3, 2005.

                                                / s / Judith Gail Dein
                                                Judith Gail Dein
DATED:  September 20, 2006              United States Magistrate Judge