UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC.,<br><br>                Plaintiff,<br><br>v.<br><br>HEALTHY SOLUTIONS, LLC,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| CAPPSEALS, INC.,<br><br>                Plaintiff-in-Intervention<br><br>v.<br><br>HEALTHY SOLUTIONS, LLC, d/b/a DIRECT BUSINESS CONCEPTS; ITV DIRECT, INC., AND DIRECT FULFILLMENT, LLC.,<br><br>                Intervenor-Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    C. A. No. 04-CV10421-JLT |

**JOINT MOTION TO RESCHEDULE**
**SUPPLEMENTARY PROCESS EXAMINATION**

By agreement of the parties, Plaintiff and judgment creditor Cappseals, Inc. and Defendant and judgment debtor ITV Direct, Inc. ("ITV") hereby respectfully request that the Court reschedule the supplementary process examination of ITV from the presently scheduled date of October 10, 2006 at 2:45 pm to **October 17, 2006 at 11:00 am.**

-2-

| | |
|---|---|
| CAPPSEALS, INC.<br>By its attorneys, | ITV DIRECT, INC.<br>By its attorneys, |
| /s/ Scott A. Silverman<br>Daniel J. Kelly, BBO # 553926<br>Scott A. Silverman, BBO # 638087<br>Peter Antonelli, BBO # 661526<br>McCarter & English, LLP<br>225 Franklin Street<br>Boston, MA  02110<br>(617) 345-7000 | /s/ Peter S. Brooks<br>Peter S. Brooks, BBO # 567115<br>Christopher F. Robertson, BBO # 642094<br>Susan W. Gelwick, BBO # 567115<br>SEYFARTH SHAW LLP<br>Two Seaport Lane, Suite 300<br>Boston MA 02210-2028<br>(617) 946-4800 |

September 22, 2006

## CERTIFICATE OF SERVICE

    I hereby certify that true and accurate copies of the foregoing <u>Joint motion to Reschedule Supplementary Process Hearing</u> was served on the foregoing attorneys of record pursuant to Fed. R. Civ. P. 5 as follows:

<u>Via electronic notification:</u>

Peter S. Brooks        pbrooks@seyfarth.com

Susan W. Gelwick      sgelwick@seyfarth.com

Christopher F. Robertson    crobertson@seyfarth.com

Becky Christensen      bvc@ocmiplaw.com

 

/s/ Scott A. Silverman
Daniel J. Kelly BBO# 553926
dkelly@ghlaw.com
Scott A. Silverman, BBO #638087
ssilverman@ghlaw.com
McCarter & English, LLP
225 Franklin Street
Boston, MA 02110
DATED: September 26, 2006    (617) 345-7000