UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ITV DIRECT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| HEALTHY SOLUTIONS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| CAPPSEALS, INC., | ) | |
| | ) | |
| Plaintiff-in-Intervention | ) | C. A. No. 04-CV10421-JLT |
| | ) | |
| v. | ) | |
| | ) | |
| HEALTHY SOLUTIONS, LLC, d/b/a | ) | |
| DIRECT BUSINESS CONCEPTS; ITV | ) | |
| DIRECT, INC., AND DIRECT | ) | |
| FULFILLMENT, LLC., | ) | |
| | ) | |
| Intervenor-Defendants. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Peter Antonelli of McCarter & English, LLP, 225 Franklin

Street, Boston, MA  02110, (617) 345-7000 as attorney for Plaintiff-in-Intervention **Cappseals,**

**Inc.** in the above-entitled action.

CAPPSEALS, INC.
By its attorneys,


/s/ Peter Antonelli
Daniel J. Kelly, BBO # 553926
Scott A. Silverman, BBO # 638087
Peter Antonelli, BBO # 661526
McCarter & English, LLP
225 Franklin Street
Boston, MA  02110
(617) 345-7000

September 26, 2006


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 27, 2006.

/s/ Peter Antonelli
Peter Antonelli, BBO # 661526
pantonelli@mccarter.com
McCarter & English, LLP
225 Franklin Street
Boston, MA 02110
DATED:  September 26, 2006          (617) 345-7000