UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CIVIL ACTION |
| ) | NO. 04-10421-JLT |
| HEALTHY SOLUTIONS, LLC, ) | |
| ) | |
| Defendants. ) | |
| and ) | |
| ) | |
| CAPPSEALS, INC., ) | CIVIL ACTION |
| ) | NO. 05-11907-JLT |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| DIRECT MARKETING CONCEPTS, ) | |
| INC., et al., ) | |
| Defendants. ) | |

## ORDER OF REFERENCE
## FOR
## ALTERNATIVE DISPUTE RESOLUTION

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case for the following ADR program **to be held as soon as possible (trial is scheduled for February 7, 2007)**:

| | | | |
|---|---|---|---|
| _____ | SCREENING CONFERENCE | _____ | EARLY NEUTRAL EVALUATION |
| __X__ | MEDIATION | _____ | MINI-TRIAL |
| _____ | SUMMARY BENCH/JURY TRIAL | _____ | SETTLEMENT CONFERENCE |
| _____ | SPECIAL MASTER | | |
| _____ | PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM | | |

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program.  If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

| | |
|---|---|
| November 3, 2006 | /s/ Judith Gail Dein |
| DATE | JUDITH GAIL DEIN |
| | UNITED STATES MAGISTRATE JUDGE |

### CASE CATEGORY

| | | | |
|---|---|---|---|
| Admiralty | \_\_\_\_\_ | Antitrust | \_\_\_\_\_ |
| Civil Rights | \_\_\_\_\_ | Contract | __X__ |
| Copyright/Trademark/Patent | \_\_\_\_\_ | Environmental | \_\_\_\_\_ |

| | | | |
|---|---|---|---|
| ERISA | _____ | FELA | _____ |
| Labor Relations | _____ | Medical Malpractice | _____ |