UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HEALTHY SOLUTIONS, LLC, ET. AL., ) | |
| ) | |
| Defendants. ) | |
| | |
| CAPPSEALS, INC., ) | |
| ) | C. A. No. 04-CV10421-JLT |
| Plaintiff-in- ) | (DEIN, J) |
| Intervention ) | |
| ) | |
| v. ) | |
| ) | |
| HEALTHY SOLUTIONS, LLC., D/B/A ) | |
| DIRECT BUSINESS CONCEPTS; ITV ) | |
| DIRECT, INC. AND DIRECT ) | |
| FULFILLMENT, LLC. ) | |
| ) | |
| Intervenor- ) | |
| Defendants. ) | |

**CAPPSEALS, INC.'S MOTION FOR SANCTIONS UNDER 28 U.S.C. § 1927 AND THE
INHERENT POWERS OF THE COURT**

**EXHIBIT A**

1

1 - 68

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS


CAPPSEALS, INC.,                )
         Intervenor Plaintiff,  )
                                )
-V-                             )   CIVIL DOCKET NO.
                                )   04-10421-JLT
ITV DIRECT, INC.,               )
         Consolidated Defendant. )


JUDGMENT DEBTOR EXAM
BEFORE THE HONORABLE JUDITH G. DEIN
UNITED STATES MAGISTRATE JUDGE


October 17, 2006

Boston, Massachusetts

For the Intervenor Plaintiff:

    PETER ANTONELLI, ESQ.
    SCOTT A. SILVERMAN, ESQ.
    McCarter & English, LLP
    225 Franklin street
    Boston, MA 02110
    617-345-6900

For the Consolidated Defendant:

    PETER S. BROOKS, ESQ.
    CHRISTOPHER F. ROBERTSON, ESQ.
    Seyfarth Shaw, LLP
    World Trade Center East
    Two Seaport Lane, Suite 300
    Boston, MA 02210
    617-946-4800


Proceedings recorded by electronic sound recording,
transcript produced by Apex Reporting.



*APEX Reporting*
(617) 426-3077

2

# I N D E X

| WITNESSES: | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| Wayne Callahan | 6 | -- | -- | -- |

| EXHIBITS: | DESCRIPTION | PAGE |
|---|---|---|
| No. 1 | ITV Direct Profit and Loss Statement | 17 |
| No. 2 | ITV Direct Bank Statements | 55 |
| No. 3 | ITV Direct Balance Sheet | 56 |
| No. 4 | Docket Sheet and Complaints | 56 |
| No. 5 | Docket Sheet | 56 |
| No. 6 | Joint Stipulation of Fact | 56 |
| No. 7 | Direct Marketing Concepts Report | 56 |
| No. 8 | Invoice to Direct Marketing Concepts/ ITV Direct | 57 |
| No. 9 | Affidavit with Attachments | 57 |
| No. 10 | Home Page of ITV Direct Web Site | 60 |
| No. 11 | Document | 66 |

3

P R O C E E D I N G S

1

2

3       THE CLERK:  You may be seated.

4       The United States District Court for the District

5  of Massachusetts is now in session on October 17th in the

6  year 2006 in the matter of Cappseals versus ITV Direct,

7  Civil Action No. 2004-10421.

8       Counsel, please, identify themselves for the

9  record?

10       MR. SILVERMAN:  Scott Silverman and Peter

11  Antonelli on behalf of the creditor, Cappseals,

12  Incorporated, your Honor.

13       MR. BROOKS:  Peter Brooks and Chris Robertson,

14  your Honor, for ITV.

15       THE COURT:  All right.  ITV is ordered to appear

16  at the following time and place to be examined.  Have you

17  discussed how you want to proceed?

18       MR. BROOKS:  Well, your Honor, we haven't

19  discussed too much in detail.  There was the order that was

20  issued by the Court, and last week, we issued some subpoenas

21  to ITV for its two co-owners, as well as Mr. Callahan, who

22  is here.  From what I understand, ITV is disputing service

23  as to Mr. Maihos and Mr. Barrett, who are the two owners of

24  the company, but Mr. Callahan, apparently, is here to

25  testify on behalf of the company.

1          THE COURT:  All right.  Well, all I know about

2  this is that there's an order to conduct this examination,

3  and I guess everybody's prepared to go forward with that

4  exam.  So who's the witness that will be --

5          MR. BROOKS:  Wayne Callahan, your Honor.

6          THE COURT:  Okay.  Take the stand, please.

7          MR. SILVERMAN:  Your Honor, would you like any

8  background on the case before the witness testifies?

9          THE COURT:  Sure.

10          Have a seat for a minute.

11          THE CLERK:  Please, raise your right hand.

12  Whereupon,

13                    WAYNE CALLAHAN

14  having been first duly sworn, was called as a witness

15  herein, and was examined and testified as follows:

16          THE CLERK:  Please, be seated.

17          THE COURT:  And for the record, state your full

18  name?

19          THE WITNESS:  Wayne Callahan.

20          THE COURT:  All right.  Let me just have a little

21  background.

22          MR. SILVERMAN:  Absolutely, your Honor.  I'll be

23  very brief.  This is a situation where the debtor, ITV

24  Direct, owes approximately $1.1 million to Cappseals,

25  Incorporated, for the nonpayment of six shipments of a

5

1  health supplement called Supreme Greens that were

2  manufactured and delivered by Cappseals.

3       ITV has made no payments to satisfy the judgment

4  that was issued by Judge Tauro back in July of 2005

5  resulting from a debt that was incurred in early 2004.  What

6  we intend to do today, your Honor, is to ask the witness

7  questions, and we anticipate that what you're going to hear

8  from ITV is that it has no money; however, that's not really

9  the end of the story, and the reason why we think we needed

10  maybe a little bit additional time beyond what's been

11  allotted is that there's overwhelming evidence that we have

12  that ITV continues to be a significant thriving business

13  generating revenue, advertising supplements --

14       THE COURT:  You can proceed with whatever exam you

15  want to do to establish what assets.  It's a full exam on

16  the issue of what assets may be available to satisfy this

17  judgment.

18       MR. SILVERMAN:  Thank you, your Honor.  Do you

19  mind if I pull the podium --

20       THE COURT:  However you want.

21       MR. SILVERMAN:  -- up just to make it a little

22  easier?

23       (Pause.)

24       MR. SILVERMAN:  Good morning, Mr. Callahan.  How

25  are you?

6

1        THE WITNESS:  Good morning.

2        MR. SILVERMAN:  My name is Scott Silverman, as I

3   just stated, and I represent Cappseals, Incorporated.  I'm

4   going to be asking you some questions.  If you don't

5   understand any questions, please, let me know, and I'll

6   rephrase them for you.

7        THE COURT:  You're going to have to speak up.

8        MR. SILVERMAN:  Absolutely, your Honor.

9                    DIRECT EXAMINATION

10       BY MR. SILVERMAN:

11       Q    Can you provide your name, please, Mr. Callahan?

12       A    Wayne Callahan

13       Q    And your date of birth?

14       A    April 13, '56.

15       Q    Your home address, please?

16       A    19 Clark Avenue --

17       Q    And what --

18       A    -- Chelsea.

19       Q    And what is your occupation?

20       A    I'm an accountant.

21       Q    Are you employed by any company or firm?

22       A    I'm self-employed.

23       Q    Do you perform services on behalf of the debtor,

24   ITV Direct?

25       A    I have.

7

1     Q     Do you currently perform services for ITV Direct?

2     A     No.

3     Q     Mr. Callahan, do you know how many companies use

4     the trade name ITV Direct?

5     A     One.

6     Q     What company is that?

7     A     ITV Direct, Incorporated.

8     Q     And no other company, to your knowledge, uses that

9     trade name or trademark?

10    A     Not that I know of, no.

11    Q     Are you familiar with ITV's business,

12    Mr. Callahan?

13    A     Yes.

14    Q     And what is that business?

15    A     Essentially, placing media for airing on

16    television and other outlets on behalf of clients.

17    Q     Does ITV perform any other services?

18    A     Currently, no.

19    Q     Has it in the past?

20    A     Yes.

21    Q     What other services has it performed in the past?

22    A     Related -- not buying media, but for consulting

23    for media, planning, things like that, but related to media.

24    Q     So, the only activities that ITV has ever

25    performed are purchasing media and consulting work for other

8

1   companies with regard to the purchase of media; correct?

2        A    No, not -- I don't know if that's only the ones

3   that I'm familiar with.

4        Q    Are you familiar with whether or not ITV

5   advertises or sells any products?

6        A    No, I'm not familiar with that, no.

7        Q    So as far as you're concerned, ITV does not sell

8   any products?

9        A    ITV Direct does not sell products.

10       Q    Do you have any responsibilities at ITV?

11       A    Yes.  I'm engaged as controller.

12       Q    And what is your general role as controller at

13  ITV?

14       A    I perform treasury functions and record

15  transactions, interact with vendors.

16       Q    Are you involved in preparing financial

17  statements?

18       A    Yes.

19       Q    How recently have you prepared financial

20  statements for ITV?

21       A    The last ones were prepared on, for discovery

22  dated July 2006.

23       Q    And those were services you performed for ITV

24  Direct; correct?

25       A    Yes.

9

1    Q    Are you involved in preparing tax returns?

2    A    I assist the CPA, yes.

3    Q    And did you assist in preparing a 2005 tax return

4   for ITV Direct?

5    A    Yes.

6    Q    When was that done?

7    A    Completed?

8    Q    Yes.

9    A    September 14, 15th.

10    Q    Of 2006?

11    A    Yes.

12    Q    Are you involved in paying bills on behalf of ITV

13   Direct?

14    A    No longer.

15    Q    Why is that?

16    A    ITV Direct doesn't transact currently.

17    Q    And it hasn't transacted business in over a year;

18   is that fair to say?

19    A    Yes, absolutely.

20    Q    So it's your testimony that ITV hasn't paid any

21   significant bills over the last year?

22    A    No.   ITV Direct has not paid any bills in, in a

23   period of time that I don't know, you know, possibly a year.

24   It's stopped transacting more than a year ago, so -- it may

25   have paid the CPA.

10

1    Q    It may have?

2    A    Yes.

3    Q    And how would we determine whether or not the

4    CPA's been paid?

5    A    Uhm --

6    Q    If we took a look at ITV Direct's bank statements,

7    we would see a record of that payment; wouldn't we?

8    A    Yes.

9    Q    I'll get to that in just a moment.  Just to give

10   some additional background, what is the ownership structure

11   of ITV Direct?

12   A    I don't know what it is today.  I know what it was

13   on the last tax return.

14   Q    And what was it on the last tax return?

15   A    Listed on the tax return were Donald Barrett and

16   Robert Maihos.

17   Q    Do you have --

18        THE COURT:  I'm sorry.  What was the --

19        THE WITNESS:  Robert Maihos on the tax return.

20        BY MR. SILVERMAN:

21   Q    Do you have any reason to believe there's been a

22   transfer of any ownership interest between the time of the

23   tax return and now?

24   A    No.

25   Q    And how many employees does ITV have currently?

11

1    A    None.

2    Q    Has ITV ever had employees?

3    A    No.

4    Q    You stated earlier that ITV purchased media.  How

5    did it purchase media without any employees; how did it

6    perform that service?

7    A    How did it perform the service of purchasing

8    media?

9    Q    Yes.

10   A    The media outlets were engaged, media outlets were

11   engaged to run airings of shows for a variety of customers

12   or clients, and payment was made, and -- for the air time.

13   Q    By whom were the media outlets engaged?

14   A    People's names?

15   Q    Yes.

16   A    Well, I don't know the names of the people

17   involved who purchased that media.  I don't, I don't know

18   the names of the people.

19   Q    But presumably there were --

20   A    But there were -- yes, yes.

21   Q    But those people were not employees of ITV; is

22   that what you're saying?

23   A    That's correct.  They, they -- or (unintelligible)

24   could have purchased media.  I'm not aware of who actually

25   did the work of purchasing the media.

12

1          THE COURT:  I'm sorry.  I'm going to need to take

2     a two minute break.  I apologize.

3          THE CLERK:  All rise.

4          THE COURT:  And what I'm going to suggest is that

5     we actually break for 15 minutes, do the 11:30, and then

6     we'll be able to continue this uninterrupted.

7          (Whereupon, a recess was taken.)

8          THE CLERK:  The United States District Court for

9     the District of Massachusetts is now in session on

10    October 17th in the year 2006 resuming in the matter of

11    Cappseals versus ITV Direct, Civil Action No. 2004-10421.

12         THE COURT:  Continue.

13    BY MR. SILVERMAN:

14    Q    Mr. Callahan, you stated earlier that ITV has

15    never had any employees; correct?

16    A    That's correct, other than the officers.

17    Q    Have those officers been compensated?

18    A    I'm going to have to look at the tax returns.  I

19    don't recall if they have been off the top of my head.

20    Q    But it's fair to say, concerning your testimony

21    earlier, that at least of the last year, there's been no

22    compensated employee at ITV Direct; correct?

23    A    That's correct.

24    Q    You stated a bit earlier, also, that in July of

25    this year, you prepared financial statements for ITV Direct;

13

1    correct?

2        A    Yes, at the request of, I think, discovery for

3    this matter.

4        Q    And you also stated that --

5        A    They were dated July.  They were, that was the

6    cutoff period they were as of.

7        Q    And you also stated that you prepared tax returns

8    for ITV Direct in September of this year; correct?

9        A    No.  I didn't say that.  I said that tax returns

10   were prepared, and I assisted.  I did not sign the tax

11   returns for 2005.  I assisted the CPA.

12       Q    Thank you for the clarification.  So, you

13   performed work assisting in the preparation of the tax

14   return that was completed in September 2006; correct?

15       A    Yeah.

16            THE COURT:  Can you just confirm to me, were you

17   an officer of the company?

18            THE WITNESS:  No, I am not an officer of ITV

19   Direct.

20            THE COURT:  Were you a controller?

21            THE WITNESS:  Yes.

22            THE COURT:  Okay.

23            BY MR. SILVERMAN:

24       Q    Mr. Callahan, were you paid for the services that

25   you just described?

14

```
 1        A     No, not yet, no.

 2        Q     Do you expect to be paid?

 3        A     Yes, I do expect to be paid.

 4        Q     How do you expect to be paid if ITV Direct is not

 5   generating any revenue?

 6        A     Shareholders may have to put in money --

 7        Q     So the shareholders --

 8        A     -- to pay the final liability.

 9        Q     The shareholders you're describing are Mr. Maihos

10   and Mr. Barrett; correct?

11        A     Yes.  To my knowledge, those are the two

12   shareholders, yes.

13        Q     And you expect those shareholders to pay you

14   directly?

15        A     No.

16        Q     You expect them to put money into ITV Direct, and

17   that money will be distributed to you?

18        A     Possibly, yes.  I expect to be paid for my

19   services.

20        Q     Do you have an agreement with ITV Direct where

21   you'll be compensated for appearing here today?

22        A     No.  Actually, I don't.

23        Q     Mr. Callahan, are you familiar with ITV Direct's

24   balance sheet?

25        A     Yes.
```

15

1    Q    And you're familiar with the fact that, in this

2    case, a balance sheet dated July 2006 was prepared by ITV

3    Direct; correct?

4    A    Yes.

5    Q    And if there was an amount that was owed for your

6    services, that should appear as an expense of ITV Direct;

7    correct?

8    A    Not on the balance sheet, no.

9    Q    Where would that appear?

10   A    That would appear on a profit and loss.

11   Q    I'd like to put before you --

12        MR. BROOKS:  May I see what you're showing him?

13        MR. SILVERMAN:  Absolutely.  I apologize.

14        MR. BROOKS:  Do you have an extra copy?

15        MR. SILVERMAN:  Yes.

16        (Pause.)

17        BY MR. SILVERMAN:

18   Q    I'd like to put before you a document that is

19   Bates labeled DMC03789; do you see that document,

20   Mr. Callahan?

21   A    Um-hum.

22   Q    Did you prepare that document, Mr. Callahan?

23   A    I believe I did, yes.

24   Q    And, in fact, Mr. Callahan, that is the profit and

25   loss statement for ITV Direct for January 1 through July 26,

16

1   2006; correct?

2        A    Yup.

3        Q    And that does not indicate any indebtedness to

4   you; does it, Mr. Callahan?

5        A    It indicates no expense, no income, no expense.

6        Q    And you just --

7        A    No activity.

8        Q    Correct.  But you just stated if there was an

9   amount that was owed to you, it would show up on ITV

10  Direct's profit and loss statement.  That's not a question.

11            THE WITNESS:  Well, can I clarify?

12            THE COURT:  No.  You'll have an opportunity --

13            MR. SILVERMAN:  You'll have plenty --

14            THE COURT:  No.

15            MR. SILVERMAN:  -- of opportunity when Mr. Brooks

16  asks you some questions.

17            THE WITNESS:  Thank you.

18            BY MR. SILVERMAN:

19       Q    Mr. Callahan, can you identify the bank account

20  that ITV maintains?

21       A    Beverly National Bank, at 100 Cummings

22  (unintelligible) in Beverly.  I don't recall the account

23  number, but if you put it before me, I'm sure I could

24  identify it.

25            MR. SILVERMAN:  Your Honor, I'd like to offer into

17

1  evidence the profit and loss statement that was just

2  introduced.

3          THE COURT:  Any objection?

4          MR. BROOKS:  No, your Honor.

5          THE COURT:  Marked as Exhibit 1.

6                      (The document referred to was

7                      marked for identification as

8                      Exhibit No. 1.)

9          THE COURT:  Do you have a copy?

10         MR. SILVERMAN:  Your Honor, I only have one copy

11 of this.  This is bank statements for ITV Direct, January 1,

12 2006, through July 2006.

13         THE COURT:  Okay.

14         (Pause.)

15         MR. BROOKS:  If it helps move it along, your

16 Honor, we'll stipulate there's no business activity in this

17 company in 2006.

18         MR. SILVERMAN:  I'll accept that stipulation, your

19 Honor, but I think I still need the bank statements.

20         THE COURT:  Okay.

21         MR. SILVERMAN:  Thank you.

22         BY MR. SILVERMAN:

23   Q    Mr. Callahan, I've put before you what's been

24 produced by ITV Direct as the bank statements for this time

25 of year.

18

1      A    Yeah, two accounts.

2      Q    Does that refresh your recollection regarding the

3  bank accounts held by ITV Direct?

4      A    Yeah, sure.  The, the total bank accounts are two.

5      Q    Can you give me the account numbers for those?

6      A    2800026480 and 2800021616.

7      Q    The first one was 2800026840?

8      A    26480.

9      Q    Are there any other accounts that are maintained

10  by ITV Direct?

11      A    No.

12      Q    Have there ever been other accounts maintained by

13  ITV Direct?

14      A    Yes.

15      Q    What other accounts?

16      A    I don't know the account numbers.  In my prior

17  deposition, it was discussed that there was a

18  (unintelligible) issue where they had closed down bank

19  accounts, I believe, in 2003, 2004.

20      Q    Since the 2004 time frame, ITV has only maintained

21  these two accounts; is that fair to say?

22      A    That is, that is correct, yes.  I don't know when

23  the second one began, but yes, these are the only two that

24  have existed for a number of years.

25      Q    And the bank statements that are before you are

19

1   only good through July 2006. Do you know what the current

2   balances of those accounts are?

3       A    Yes.

4       Q    What are they?

5       A    Well, one of them. The 21616 account has

6   approximately $1,800 in it.

7       Q    And do you know what the current balance of the

8   26480 account is?

9       A    No. I'd hazard a guess that it's zero though.

10      Q    Thank you. Are there any safe deposit boxes

11  maintained by ITV Direct?

12      A    No, not to my knowledge.

13      Q    Does ITV Direct hold any cash in places other than

14  a banking institution?

15      A    No.

16      Q    Does ITV own any stocks or bonds?

17      A    No.

18      Q    Does ITV own or have any interest in any real

19  property?

20      A    No.

21      Q    Does ITV have any inventory of goods?

22      A    No.

23      Q    Is it fair to say that ITV has sold all of the

24  Supreme Greens it acquired from Cappseals?

25      A    I don't know that, and -- I don't know the answer

20

1    to that.

2        Q    Well, Mr. Callahan, the stipulations in this case

3    indicated that, I believe in August 2004, ITV had 333,000

4    units, excuse me, February 2004, ITV had 333,000 units of

5    Supreme Greens.

6            THE COURT:  Of what?

7            MR. SILVERMAN:  Supreme Greens, a health

8    supplement.

9            BY MR. SILVERMAN:

10       Q    Are you familiar with that fact?

11       A    Would you restate that?

12       Q    Are you familiar with the fact that, at one point

13   in time, ITV had a significant amount of Supreme Greens

14   inventory?

15       A    ITV Direct has never carried an inventory.

16       Q    Who has carried the inventory of Supreme Greens?

17       A    For that Supreme Greens there, Direct Marketing

18   Concepts for specific reasons.

19       Q    Excuse me?

20       A    For certain reasons.

21       Q    And what are those reasons?

22       A    It's lengthy, but I don't know if we want to

23   maybe, maybe you can ask the questions, and we'll get to it,

24   but --

25       Q    Please, feel free.  What are the reasons why the

21

1    inventory for Supreme Greens --

2        A    It may take a while.  Is that okay?  But ask

3    specific questions or --

4        Q    I'm asking you why the Supreme Greens inventory

5    was held by a company other than ITV Direct?

6        A    In the direct response industry, it takes -- to

7    bootstrap a campaign, it's quite a financial investment, so

8    as the, as the media had to get placed and purchased, the

9    inventory was booked on Direct Marketing Concepts because

10    Direct Marketing Concepts was funding all of the television

11    time, and that -- I can elaborate more, but.

12        Q    I think you testified before the inventory was

13    maintained by Direct Marketing Concepts because it was a

14    loan between DMC and ITV; correct?

15        A    I don't know what you're referring to.  You said

16    you think I testified.  If it was a loan or if it was for

17    consideration for bootstrapping or funding a television

18    campaign, then it had to be --

19            (Pause.)

20        Q    Mr. Callahan, does ITV Direct maintain a coral

21    calcium inventory?

22        A    No --

23        Q    Strike that.  Let me rephrase that.

24        A    It does not.

25        Q    Does ITV Direct maintain any inventory of the

1  health supplement Almighty Cleanse?

2      A    It does not.

3      Q    Does ITV Direct maintain any inventory of the

4  health supplement Flex Protex?

5      A    It does not.

6      Q    Does ITV Direct maintain any inventory of the

7  health supplement Rice and Shine.

8      A    No.

9      Q    Does ITV Direct maintain any inventory of any of

10  the Natural Cures books that are authored by Kevin Trudell?

11      A    No, it does not.

12      Q    And does ITV Direct maintain any inventory of the

13  health supplement C-Veg?

14      A    It does not.  It maintains no inventory.

15      Q    And is it also your position that ITV Direct does

16  not advertise or sell any of the products that I just

17  listed?

18      A    I'm not, I don't know on marketing.  I don't know

19  -- when you say "position," I don't know the marketing.  I

20  know that they have not transacted in more than a year, ITV

21  Direct.  ITV Direct does not maintain any inventory.  As far

22  as marketing stuff, I don't know (unintelligible)  I know

23  I'm not recording transactions, and as far as I know, there

24  has been no activity for ITV Direct.

25      Q    Does ITV Direct own any vehicles or computers?

23

1     A     It owns no vehicle.  You'll have to refresh my

2   memory on the balance sheet for computers.  There are some,

3   some of them are on there.  Whether, you know, what type of

4   computers -- normal amounts of computers purchased in the

5   first six months of business activity in 2003.

6     Q     I've put before you a document labeled BMC03790.

7   Do you recognize that document?

8     A     Yes.

9     Q     What do you recognize that document to be?

10    A     This is a balance sheet dated July 27, 2006, and

11  it -- yeah.

12    Q     And does that refresh your recollection as to

13  whether or not ITV Direct owns any computers or other

14  assets?

15    A     Yes, it does.  Specifically, computer equipment,

16  yeah.

17    Q     And according to this balance sheet, ITV Direct

18  has $32,000, approximately, worth of computer equipment?

19    A     Of historical cost, yes.

20    Q     Is there any tangible asset sitting in ITV

21  Direct's office that's related to that computer equipment

22  expense?

23    A     Well, it's not a computer equipment expense.

24    Q     I'm sorry.  What did you just call it?

25    A     It's an asset.  An expense is not on the balance

24

1    sheet.

2         Q    Well, you just called it a historical --

3         A    Cost, a historical cost that computer equipment

4    was recorded.  You used the word "worth" in your statement.

5    You know, you said "worth" something.  I just wanted to say

6    it was recorded.  It's not worth that today.  It was

7    recorded as a historical cost, but it's not an expense.

8         Q    Well, let me rephrase my question.  Is there any

9    tangible asset that is sitting in ITV's office that's

10   associated with that historical cost?

11        A    It may be more than one asset, but yes, there has

12   to be.  Specifically identifiable as to where it is and what

13   it is, is not to be found on this cover -- this one balance

14   sheet, one sheet.

15        Q    And do you know what those tangible assets are

16   valued at?

17        A    The fair market value today or the historical cost

18   value that I just referenced?

19        Q    Fair market value?

20        A    No, I don't.

21        Q    Mr. Callahan, if I can refer you down to the

22   bottom half of the first page of the balance sheet, there's

23   a line item that reads Accounts Payable; do you see that?

24        A    Um-hum.

25        Q    There's the number $5,000 next to it; do you see