UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC., ) | Civil Action No. 04-CV-10421-JLT |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HEALTHY SOLUTIONS, L.L.C., et al., ) | |
| ) | |
| Defendants. ) | |
| CAPPSEALS, INC., ) | |
| ) | |
| Plaintiff-in-Intervention, ) | |
| ) | |
| v. ) | |
| ) | |
| HEALTHY SOLUTIONS, L.L.C., d/b/a ) DIRECT BUSINESS CONCEPTS; ITV ) DIRECT, INC.; and DIRECT ) FULFILLMENT, LLC, ) | |
| ) | |
| Intervenor-Defendants. ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Kristin M. Cataldo hereby withdraws her appearance on behalf of the Plaintiff-in-Intervention. The Court is further advised that the Plaintiffs-in-Intervention continue to be represented by Daniel J. Kelly and Scott A. Silverman of McCarter & English LLP, 225 Franklin Street, Boston, MA 02110.

    Respectfully submitted,

    CAPPSEALS, INC.
    By its attorneys,

    /s/ Scott A. Silverman
    Daniel J. Kelly BBO# 553926
    dkelly@mccarter.com
    Scott A. Silverman, BBO #638087
    ssilverman@mccarter.com
    McCarter & English LLP
    225 Franklin Street
    Boston, MA 02110
DATED: November 20, 2006    (617) 345-7000

ME1 5977061v.1

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the foregoing was served on the attorneys of record pursuant to Fed. R. Civ. P. 5 as follows:

<u>Via electronic notification:</u>

Peter S. Brooks        pbrooks@seyfarth.com

Susan W. Gelwick      sgelwick@seyfarth.com

Dustin F. Hecker       dhecker@pbl.com

Christopher F. Robertson    crobertson@seyfarth.com

Becky Christensen      bvc@ocmiplaw.com

                                        /s/ Scott A. Silverman
                                        Daniel J. Kelly BBO# 553926
                                        dkelly@mccarter.com
                                        Scott A. Silverman, BBO #638087
                                        ssilverman@mccarter.com
                                        McCarter & English LLP
                                        225 Franklin Street
                                        Boston, MA 02110
DATED: November 20, 2006      (617) 345-7000

ME1 5977061v.1