| Form **1120** | | **U.S. Corporation Income Tax Return** | | OMB No. 1545-0123 |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | For calendar year 2005 or tax year beginning _____ , 2005, ending _____ , _____  ► See separate instructions. | | **2005** |

| A Check if: | | | Name | B Employer identification number |
|---|---|---|---|---|
| 1 Consolidated return (attach Form 851) | | Use IRS label. Otherwise, print or type. | ITV DIRECT, INC. | 54-2106781 |
| 2 Personal holding company (attach Schedule PH) | | | Number, street, and room or suite number. If a P.O. box, see instructions. | C Date incorporated |
| 3 Personal service corp (see instructions) | | | 55 CHERRY HILL DRIVE | 01/08/2003 |
| 4 Schedule M-3 required (attach Sch M-3) | | | City or town · · · · · · · · · · state · ZIP code | D Total assets (see instructions) |
| | | | BEVERLY · · · · · · · MA · 01915 | $ 39,066. |

E Check if: (1) ☐ Initial return   (2) ☐ Final return   (3) ☐ Name change   (4) ☐ Address change

| | | | | | |
|---|---|---|---|---|---|
| **I N C O M E** | 1 a Gross receipts or sales | 10,114,932. | b Less returns & allowances . | c Balance .. ► | 1c | 10,114,932. |
| | 2 Cost of goods sold (Schedule A, line 8) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 2 | 10,110,084. |
| | 3 Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 3 | 4,848. |
| | 4 Dividends (Schedule C, line 19) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 4 | |
| | 5 Interest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 5 | |
| | 6 Gross rents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 6 | |
| | 7 Gross royalties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 7 | |
| | 8 Capital gain net income (attach Schedule D (Form 1120)) . . . . . . . . . . . . . . . . . . . . . | | | 8 | |
| | 9 Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) . . . . . . . . . . . . . . | | | 9 | |
| | 10 Other income (see instructions — attach schedule) . . . . . . . . . . . . . . . . . . . . . . . . . | | | 10 | |
| | 11 **Total income.** Add lines 3 through 10 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► | | | 11 | 4,848. |
| **DEDUCTIONS** (**FOR LIMITATIONS ON DEDUCTIONS SEE INSTRUCTIONS**) | 12 Compensation of officers (Schedule E, line 4) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 12 | 0. |
| | 13 Salaries and wages (less employment credits) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 13 | |
| | 14 Repairs and maintenance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 14 | |
| | 15 Bad debts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 15 | |
| | 16 Rents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 16 | |
| | 17 Taxes and licenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 17 | 480. |
| | 18 Interest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 18 | |
| | 19 Charitable contributions (see instructions for 10% limitation) . . . . . . . . . . . . . . . . . . . | | | 19 | |
| | 20 a Depreciation (attach Form 4562) . . . . . . . . . . . . . . . . . . . . | 20 a | 0. | | |
| | b Less depreciation claimed on Schedule A and elsewhere on return . . . . . . . | 20 b | | 20 c | 0. |
| | 21 Depletion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 21 | |
| | 22 Advertising . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 22 | |
| | 23 Pension, profit-sharing, etc, plans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 23 | |
| | 24 Employee benefit programs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 24 | |
| | 25 Domestic production activities deduction (attach Form 8903) . . . . . . . . . . . . . . . . . . . . | | | 25 | |
| | 26 Other deductions (attach schedule) . .See .Other .Deductions .Statement . . . . . . . . . . . . . | | | 26 | 5,706. |
| | 27 **Total deductions.** Add lines 12 through 26 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► | | | 27 | 6,186. |
| | 28 Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | | | 28 | -1,338. |
| | 29 **Less:** a Net operating loss deduction (see instructions) . . . . . . . . | 29 a | | | |
| | b Special deductions (Schedule C, line 20) . . . . . . . . . . . | 29 b | | 29 c | |
| **TAX AND PAYMENTS** | 30 **Taxable income.** Subtract line 29c from line 28 (see instructions if Sch C, line 12, was completed) . . . . . . | | | 30 | -1,338. |
| | 31 **Total tax** (Schedule J, line 11) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 31 | |
| | 32 **Payments:** a 2004 overpayment credited to 2005 | 32 a | | | |
| | b 2005 estimated tax payments . . . . . | 32 b | | | |
| | c Less 2005 refund applied for on Form 4466 . . | 32 c | | d Bal► | 32 d | | |
| | e Tax deposited with Form 7004 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 32 e | 0. | |
| | f Credits: (1) Form 2439 | | (2) Form 4136 | | 32 f | | 32 g | 0. |
| | 33 Estimated tax penalty (see instructions). Check if Form 2220 is attached . . . . . . . . . . . ► ☐ | | | 33 | |
| | 34 **Tax due.** If line 32g is smaller than the total of lines 31 and 33, enter amount owed . . . . . . . . . . | | | 34 | |
| | 35 **Overpayment.** If line 32g is larger than the total of lines 31 and 33, enter amount overpaid . . . . . . | | | 35 | 0. |
| | 36 Enter amount of line 35 you want: Credited to 2006 estimated tax . . . . . . . . . ►    Refunded ► | | | 36 | |

| Sign Here | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | May the IRS discuss this return with the preparer shown below? (see inst) |
|---|---|---|---|
| | ► _[signature]_ _____        _____        TREASURER | | ☐ Yes  ☒ No |
| | Signature of officer          Date          Title | | |

| Paid Preparer's Use Only | Preparer's signature ► _[signature]_ | Date 09/11/06 | Check if self-employed .. ☒ | Preparer's SSN or PTIN  P43183937 |
|---|---|---|---|---|
| | Firm's Name (or yours if self-employed), address, and ZIP code | LEO P. BONARRIGO CPA | | EIN  04-3183937 |
| | | 268 SUMMER STREET, 6TH FLOOR | | |
| | | BOSTON                      MA  02210 | | Phone no.  (617) 946-2562 |

BAA For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.          CPCA0212   12/12/05          Form 1120 (2005)

Form 1120 (2005)    ITV DIRECT, INC.    54-2106781    Page 2

## Schedule A    Cost of Goods Sold (see instructions)

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | 1 | 0. |
| 2 | Purchases | 2 | |
| 3 | Cost of labor | 3 | |
| 4 | Additional Section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) ...INFOMERCIAL PRODUCTION COSTS............. | 5 | 10,110,084. |
| 6 | **Total.** Add lines 1 through 5 | 6 | 10,110,084. |
| 7 | Inventory at end of year | 7 | 0. |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | 10,110,084. |

9a Check all methods used for valuing closing inventory:

(i)  [X] Cost

(ii)  [ ] Lower of cost or market

(iii) [ ] Other (Specify method used and attach explanation.) ....... ▶ _____

b Check if there was a writedown of subnormal goods ............................................................ ▶ [ ]

c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ................. ▶ [ ]

d If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO | 9d | |

e If property is produced or acquired for resale, do the rules of section 263A apply to the corporation? ................. [ ] Yes [X] No

f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If 'Yes,' attach explanation ............................................ [ ] Yes [X] No

## Schedule C    Dividends and Special Deductions (see instructions)

| | | (a) Dividends received | (b) Percentage | (c) Special deductions (a) x (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 70 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 80 | |
| 3 | Dividends on debt-financed stock of domestic and foreign corporations | | | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 42 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 48 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 70 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 80 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | **Total.** Add lines 1 through 8. See instructions for limitation | | | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members and certain FSCs | | 100 | |
| 12 | Dividends from controlled foreign corporations (attach Form 8895) | | 85 | |
| 13 | Dividends from foreign corporations not included on lines 3, 6, 7, 8, 11, or 12 | | | |
| 14 | Income from controlled foreign corporations under subpart F (attach Form(s) 5471) | | | |
| 15 | Foreign dividend gross-up | | | |
| 16 | IC-DISC and former DISC dividends not included on lines 1, 2, or 3 | | | |
| 17 | Other dividends | | | |
| 18 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 19 | Total dividends. Add lines 1 through 17. Enter here and on page 1, line 4 | | | |
| 20 | **Total special deductions.** Add lines 9, 10, 11, 12, and 18. Enter here and on page 1, line 29b ▶ | | | |

## Schedule E    Compensation of Officers (see instructions for line 12)

Note: Complete Schedule E only if total receipts (line 1a plus lines 4 through 10 on page 1) are $500,000 or more.

| 1 (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | (d) Common | (e) Preferred | (f) Amount of compensation |
|---|---|---|---|---|---|
| ROBERT A. MAIHOS | 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 | 25.0 % | 50.0 % | % | 0. |
| DONALD W. BARRETT, JR | 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 | 25.0 % | 50.0 % | % | 0. |
| | | % | % | % | |
| | | % | % | % | |

| | | |
|---|---|---:|
| 2 | Total compensation of officers | 0. |
| 3 | Compensation of officers claimed on Schedule A and elsewhere on return | |
| 4 | Subtract line 3 from line 2. Enter the result here and on page 1, line 12 | 0. |

CPCA0212  12/12/05    Form 1120 (2005)

Form 1120 (2005)  ITV DIRECT, INC.                                54-2106781          Page 3

## Schedule J  Tax Computation (see instructions)

1 Check if the corporation is a member of a controlled group ............................ ▶ ☐

 **Important:** Members of a controlled group, see instructions.

2 a If the box on line 1 is checked, enter the corporation's share of the $50,000, $25,000, & $9,925,000 taxable income brackets (in that order):

 (1) $ _____    (2) $ _____    (3) $ _____

 b Enter the corporation's share of: (1) Additional 5% tax (not more than $11,750) ...... $ _____
 (2) Additional 3% tax (not more than $100,000) ...... $ _____

3 Income tax. Check if a qualified personal service corporation

 (see instructions) .................................................... ▶ ☐ | 3 |

4 Alternative minimum tax (attach Form 4626) ........................................ | 4 |

5 Add lines 3 and 4 ................................................................ | 5 |

6 a Foreign tax credit (attach Form 1118) ............... | 6a |

 b Possessions tax credit (attach Form 5735) .......... | 6b |

 c Credits from: ☐ Form 8834  ☐ Form 8907, line 23 ...... | 6c |

 d General business credit. Check box(es) and indicate which forms are attached.
 ☐ Form 3800 ☐ Form(s) (specify) ▶ _____ | 6d |

 e Credit for prior year minimum tax (attach Form 8827) .......... | 6e |

 f Bond credits from: ☐ Form 8860  ☐ Form 8912 ...... | 6f |

7 Total credits. Add lines 6a through 6f ............................................... | 7 |

8 Subtract line 7 from line 5 ......................................................... | 8 |

9 Personal holding company tax (attach Schedule PH (Form 1120)) ....................... | 9 |

10 Other taxes. Check if from: ☐ Form 4255 ☐ Form 8611 ☐ Form 8697
 ☐ Form 8866 ☐ Form 8902 ☐ Other (att schedule) .................... | 10 |

11 Total tax. Add lines 8 through 10. Enter here and page 1, line 31 ...................... | 11 |

## Schedule K  Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method: | | |
| a | ☐ Cash  b ☒ Accrual | | |
| c | ☐ Other (specify) ▶ | | |

2 See the instructions and enter the:

a Business activity code no. ▶ 541800

b Business activity ▶ MEDIA BROKER/BUYER

c Product or service ▶ SERVICE

3 At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) .......................  No: X

 If 'Yes,' attach a schedule showing: (a) name and employer identification number (EIN), (b) percentage owned, and (c) taxable income or (loss) before NOL and special deductions of such corporation for the tax year ending with or within your tax year.

4 Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? .............  No: X

 If 'Yes,' enter name and EIN of the parent corporation ▶

5 At the end of the tax year, did any individual, partnership, corporation, estate or trust own, directly or indirectly, 50% or more of the corporation's voting stock? (For rules of attribution, see section 267(c).) ....  Yes: X

 If 'Yes,' attach a schedule showing name and identifying number. (Do not include any information already shown in 4 above.)

 Enter % owned ▶ 100.00  See Ques 5 Stmt

6 During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? (See sections 301 and 316.) ...........................  No: X

 If 'Yes,' file Form 5452, Corporate Report of Nondividend Distributions.

 If this is a consolidated return, answer here for the parent corporation and on Form 851, Affiliations Schedule, for each subsidiary.

7 At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of (a) the total voting power of all classes of stock of the corporation entitled to vote or (b) the total value of all classes of stock of the corporation? .............................  No: X

 If 'Yes,' enter: (a) Percentage owned ▶
 and (b) Owner's country ▶

 c The corporation may have to file Form 5472, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter number of Forms 5472 attached ▶

8 Check this box if the corporation issued publicly offered debt instruments with original issue discount ....... ▶ ☐

 If checked, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount Instruments.

9 Enter the amount of tax-exempt interest received or accrued during the tax year .... ▶ $

10 Enter the number of shareholders at the end of the tax year (if 100 or fewer) ................................ ▶ 2

11 If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here ............ ▶ ☐

 If the corporation is filing a consolidated return, the statement required by Temporary Regulations section 1.1502-21T(b)(3) must be attached or the election will not be valid.

12 Enter the available NOL carryover from prior tax years (Do not reduce it by any deduction on line 29a.)
 ▶ $ 1,470.

13 Are the corporation's total receipts (line 1a plus lines 4 through 10 on page 1) for the tax year and its total assets at the end of the tax year less than $250,000? ..............  No: X

 If 'Yes,' the corporation is not required to complete Schedules L, M-1, and M-2 on page 4. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year. ▶ $

**Note:** If the corporation, at any time during the tax year, had assets or operated a business in a foreign country or U.S. possession, it may be required to attach Schedule N (Form 1120), Foreign Operations of U.S. Corporations, to this return. See Schedule N for details.

BAA                                  CPCA0234  10/17/05                        Form 1120 (2005)

Form 1120 (2005)   ITV DIRECT, INC.                                54-2106781                    Page 4

Note: *The corporation is not required to complete Schedules L, M-1 and M-2 if Question 13 on Schedule K is answered 'Yes.'*

## Schedule L   Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | 6,349. | | 2,985. |
| 2a Trade notes and accounts receivable | 49,270. | | 36,000. | |
| b Less allowance for bad debts | | 49,270. | | 36,000. |
| 3 Inventories | | 0. | | 0. |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities (see instructions) | | | | |
| 6 Other current assets (attach schedule) | | | | |
| 7 Loans to shareholders | | | | |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (attach schedule) | | | | |
| 10a Buildings and other depreciable assets | 46,968. | | 46,968. | |
| b Less accumulated depreciation | 46,968. | 0. | 46,968. | 0. |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 12 Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | 200. | | 200. | |
| b Less accumulated amortization | 79. | 121. | 119. | 81. |
| 14 Other assets (attach schedule) | | | | |
| 15 Total assets | | 55,740. | | 39,066. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | 10,000. | | 5,000. |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 Other current liabilities (attach sch) ..Ln.18.Stmt | | 7,461. | | 912. |
| 19 Loans from shareholders | | | | |
| 20 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 Other liabilities (attach schedule) | | | | |
| 22 Capital stock:  a Preferred stock | | | | |
| b Common stock | 200. | 200. | 200. | 200. |
| 23 Additional paid-in capital | | | | |
| 24 Retained earnings — Approp (att sch) | | | | |
| 25 Retained earnings — Unappropriated | | 38,079. | | 32,954. |
| 26 Adjmnt to shareholders' equity (att sch) | | | | |
| 27 Less cost of treasury stock | | | | |
| 28 Total liabilities and shareholders' equity | | 55,740. | | 39,066. |

## Schedule M-1   Reconciliation of Income (Loss) per Books With Income per Return (see instructions)

| | | | |
|---|---|---|---|
| 1 Net income (loss) per books | -5,125. | 7 Income recorded on books this year not included on this return (itemize): | |
| 2 Federal income tax per books | 0. | Tax-exempt interest $ _ _ _ _ _ _ _ _ _ | |
| 3 Excess of capital losses over capital gains | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| 4 Income subject to tax not recorded on books this year (itemize): | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | 8 Deductions on this return not charged against book income this year (itemize): | |
| 5 Expenses recorded on books this year not deducted on this return (itemize): | | a Depreciation .. $ _ _ _ _ _ _ _ _ | |
| a Depreciation ....... $ _ _ _ _ _ _ _ _ | | b Charitable contribns $ _ _ _ _ _ _ _ | |
| b Charitable contributions .. $ _ _ _ _ _ _ | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| c Travel & entertainment .. $ _ _ _ _ _ _ | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| See Ln 5 Stmt _ _ _ _ _ _ _ 3,787. | 3,787. | 9 Add lines 7 and 8 | |
| 6 Add lines 1 through 5 | -1,338. | 10 Income (page 1, line 28) — line 6 less line 9 | -1,338. |

## Schedule M-2   Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)

| | | | |
|---|---|---|---|
| 1 Balance at beginning of year | 38,079. | 5 Distributions ......... a Cash | |
| 2 Net income (loss) per books | -5,125. | b Stock     c Property .. | |
| 3 Other increases (itemize): _ _ _ _ _ _ _ _ _ | | 6 Other decreases (itemize): | |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | 7 Add lines 5 and 6 | |
| 4 Add lines 1, 2, and 3 | 32,954. | 8 Balance at end of year (line 4 less line 7) | 32,954. |

OMB No. 1545-0172

Form **4562**
(Rev January 2006)

Department of the Treasury
Internal Revenue Service

## Depreciation and Amortization
### (Including Information on Listed Property)

► See separate instructions.  ► Attach to your tax return.

**2005**

Attachment
Sequence No. **67**

Name(s) shown on return

ITV DIRECT, INC.

Identifying number

54-2106781

Business or activity to which this form relates

Form 1120 Line 20

### Part I — Election To Expense Certain Property Under Section 179

Note: *If you have any listed property, complete Part V before you complete Part I.*

| | | |
|---|---|---|
| 1 | Maximum amount. See the instructions for a higher limit for certain businesses ......................... | 1 | $105,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) ................................... | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation ................................... | 3 | $420,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- ......................... | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | |
|---|---|---|
| 7 | Listed property. Enter the amount from line 29 .......................... | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 ................... | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 ............................................ | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2004 Form 4562 ................................ | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instrs) .... | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 ............. | 12 | |
| 13 | Carryover of disallowed deduction to 2006. Add lines 9 and 10, less line 12 ......... ► | 13 | |

Note: *Do not use Part II or Part III below for listed property. Instead, use Part V.*

### Part II — Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)

| | | |
|---|---|---|
| 14 | Special allowance for certain aircraft, certain property with a long production period, and qualified New York Liberty or GO Zone property (other than listed property) placed in service during the tax year (see instrs) ...... | 14 | |
| 15 | Property subject to section 168(f)(1) election ........................................................... | 15 | |
| 16 | Other depreciation (including ACRS) ................................................................... | 16 | 0. |

### Part III — MACRS Depreciation (Do not include listed property.) (See instructions.)

#### Section A

| | | |
|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2005 ......................... | 17 | 0. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ► ☐ | | |

#### Section B — Assets Placed in Service During 2005 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only — see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property .......... | | | | | | |
| b 5-year property .......... | | | | | | |
| c 7-year property .......... | | | | | | |
| d 10-year property .......... | | | | | | |
| e 15-year property .......... | | | | | | |
| f 20-year property .......... | | | | | | |
| g 25-year property .......... | | | 25 yrs | | S/L | |
| h Residential rental property .......... | | | 27.5 yrs | MM | S/L | |
| | | | 27.5 yrs | MM | S/L | |
| i Nonresidential real property .......... | | | 39 yrs | MM | S/L | |
| | | | | MM | S/L | |

#### Section C — Assets Placed in Service During 2005 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life ................ | | | | | S/L | |
| b 12-year ................ | | | 12 yrs | | S/L | |
| c 40-year ................ | | | 40 yrs | MM | S/L | |

### Part IV — Summary (see instructions)

| | | |
|---|---|---|
| 21 | Listed property. Enter amount from line 28 .......................... | 21 | |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions ...................... | 22 | 0. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs .......... | 23 | |

BAA  For Paperwork Reduction Act Notice, see separate instructions.

FDIZ0812  12/29/05

Form 4562 (2005)  (Rev 1-2006)

Form 4562 (2005)  (Rev 1-2006)    ITV DIRECT, INC.                                    54-2106781        Page 2

## Part V  Listed Property (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.)

Note: *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

### Section A — Depreciation and Other Information (Caution: *See the instructions for limits for passenger automobiles.*)

24a Do you have evidence to support the business/investment use claimed? .......... | Yes | No  24b If 'Yes,' is the evidence written? ...... | Yes | No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special allowance for certain aircraft, certain property with a long production period, and qualified New York Liberty or GO Zone property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) ........ | | | | | 25 | | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 ................... | 28 |

29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 ............................................... | 29 |

### Section B — Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (do not include commuting miles) | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 34 Was the vehicle available for personal use during off-duty hours? | | | | | | | | | | | | |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | | | | | | | |

### Section C — Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons (see instructions).

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 Do you treat all use of vehicles by employees as personal use? | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? (See instructions) | | |

Note: *If your answer to 37, 38, 39, 40, or 41 is 'Yes,' do not complete Section B for the covered vehicles.*

## Part VI  Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2005 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |

43 Amortization of costs that began before your 2005 tax year ................................. | 43 | 40. |

44 Total. Add amounts in column (f). See instructions for where to report ....................... | 44 | 40. |

FDIZ0812  12/29/05                                              Form 4562 (2005)  (Rev 1-2006)

Form **7004**

(Rev December 2005)
Department of the Treasury
Internal Revenue Service

## Application for Automatic 6-Month Extension of Time To File Certain Business Income Tax, Information, and Other Returns

► File a separate application for each return.

OMB No. 1545-0233

**Type or Print**

| Name | Taxpayer identification number |
|---|---|
| ITV DIRECT, INC. | 54-2106781 |

Number, street, and room or suite number. If P.O. box, see instructions.

55 CHERRY HILL DRIVE

City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code).)

BEVERLY                                    MA    01915

File by the due date for the return for which an extension is requested. See instructions.

### Caution: Carefully complete all items. Incorrect information may cause delay or rejection.

1  Enter only one code for type of return form that this automatic 6-month extension is for (see below) .......................... __12__

2  If the foreign corporation does not have an office or place of business in the United States, check here ..................... ► ☐

3  If the organization qualifies under Regulations section 1.6081-5 (see instructions), check here ...................................... ► ☐

4a  For calendar year 20 _05_ , or other tax year beginning _ _ _ _ _ _ _, 20 _ _ , and ending _ _ _ _ _ _ _, 20 _ _

  b **Short tax year.** If this tax year is less than 12 months, check the reason:
  ☐ Initial return      ☐ Final return      ☐ Change in accounting period      ☐ Consolidated return to be filed

5  If the organization is a corporation and is the common parent of a group that intends to file consolidated, check here ............... ► ☐
  Also, you must attach a schedule, listing the name, address, and EIN for each member covered by this extension.

| | | |
|---|---|---|
| 6  Tentative total tax (see instructions) ............................................................. | 6 | 0. |
| 7  Total payments and credits (see instructions) ...................................................... | 7 | 0. |
| 8  **Balance due.** Subtract line 7 from line 6. Generally, you must deposit this amount using the Electronic Federal Tax Payment System (EFTPS), a Federal Tax Deposit (FTD) Coupon, or Electronic Funds Withdrawal (EFW) (see instructions for exceptions) | 8 | 0. |

| Extension Is For: | Form Code | Extension Is For: | Form Code |
|---|---|---|---|
| Form 706-GS (D) | 01 | Form 1120-L | 18 |
| Form 706-GS (T) | 02 | Form 1120-ND | 19 |
| Form 990-C | 03 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 1041 (estate) | 04 | Form 1120-PC | 21 |
| Form 1041 (trust) | 05 | Form 1120-POL | 22 |
| Form 1041-N | 06 | Form 1120-REIT | 23 |
| Form 1041-QFT | 07 | Form 1120-RIC | 24 |
| Form 1042 | 08 | Form 1120-S | 25 |
| Form 1065 | 09 | Form 1120-SF | 26 |
| Form 1065-B | 10 | Form 3520-A | 27 |
| Form 1066 | 11 | Form 8612 | 28 |
| Form 1120 | 12 | Form 8613 | 29 |
| Form 1120 (subchapter T cooperative) | 13 | Form 8725 | 30 |
| Form 1120-A | 14 | Form 8804 | 31 |
| Form 1120-F | 15 | Form 8831 | 32 |
| Form 1120-FSC | 16 | Form 8876 | 33 |
| Form 1120-H | 17 | | |

**BAA   For Paperwork Reduction Act Notice, see separate instructions.**

Form **7004** (Rev 12-2005)

## Corporation Information Worksheet          2005
➤ Keep for your records

---

## Part I — Identifying Information

Employer Identification Number ..... 54-2106781

Name ............................... ITV DIRECT, INC.

Address ........................... 55 CHERRY HILL DRIVE

City ................................. BEVERLY          State .. MA   ZIP Code 01915

Telephone ........................... (978) 299-2202   Extension ......... _____
Fax ................................. _____   E-mail Address .... _____

If eligible for hurricane tax relief legislation benefits, check here ............................. ➤ ☐

---

## Part II — Type of Return

☐ Prepare Short-Form 1120-A     ☐ Prepare Form 1120-H     ☐ Prepare Schedule PH

---

## Part III — Tax Year and Filing Information

☒ Calendar year
☐ Fiscal year — Ending month .............. ____
☐ Short year — Beginning date ...........  _____
              Ending date .............. _____

Date Incorporated ..... 01/08/2003
**1120-H filers only:** Date association was formed ............. _____

☐ Use general method of annualization to calculate regular tax for short year
IRS Service Center where corporation return is filed ............ Cincinnati, OH  45999-0012
☐ Corporation is enrolled in the Electronic Federal Tax Payment System (EFTPS)

---

## Part IV— 2005 Estimated Tax Payments

Amount of 2004 overpayment credited to 2005 estimated tax .............................. _____

| Payment Quarters | Due Date | Actual Payment Date | Amount Paid |
|---|---|---|---|
| First Quarter Payment ......................... | 04/15/05 | | |
| Second Quarter Payment ...................... | 06/15/05 | | |
| Third Quarter Payment......................... | 09/15/05 | | |
| Fourth Quarter Payment ...................... | 12/15/05 | | |
| Additional Payment 1 | | | |
| Additional Payment 2 | | | |
| Additional Payment 3 | | | |
| Additional Payment 4 | | | |

ITV DIRECT, INC.                                    54-2106781   Page 2

## Part V — Electronic Filing Information

**Electronic Filing:** .
Check this box to file the federal return electronically ...................................................... ► ☐
Check this box to file the state(s) electronically ........................................................ ► ☒

| State(s) * |
|---|
| MA |
| |
| |
| |

\* Select the state or states to file electronically.
Multiple states can be entered.

**Practitioner PIN program:**
Check this box to sign this return electronically using the Practitioner PIN ............................... ► ☐
ERO entered PIN ...................................................................................... ► ☐
Officer's PIN (enter any 5 numbers) .............................................................. ► _____
Date PIN entered ................................................................................ ► _____

**Electronic Filing of Extensions:**
Check this box to file **Form 7004** (application for extension of time to file return) electronically .......... ► ☐
Check this box to file the Massachusetts Form 355-7004 (first extension of time to file) electronically ... ► ☒

**Information required for Electronic Filing:**
Officer's Name ................................. ► Robert A. Maihos

**QuickZoom** to the Electronic Filing Information Worksheet ..................................... ► ▨▨▨

## Part VI — Direct Deposit or Electronic Funds Withdrawal Information

Does client want to use **direct deposit** of any **federal tax refund?** ......................... ► ☐ Yes ☐ No

Does client want to use **electronic funds withdrawal** of **federal balance due** (EF only)? . ► ☐ Yes ☐ No

Does client want to use **electronic funds withdrawal** of **Form 7004 balance due** (EF only)► ☐ Yes . ☐ No

If you selected any of the options above, fill out the information below:
**(Be sure to review transferred information for accuracy.)**
Name of Financial Institution (optional) ............. ►
Check the appropriate box ................. ► Checking ☐        Savings ☐
Routing number .......... ► _____        Account number ........ ► _____
Enter the payment date to withdraw tax payment ......................................... ► _____
Balance due amount from this return ................................................... ► _____
Enter an amount to withdraw tax payment ............................................. ► _____
If partial payment is made, the remaining balance due .................................. ► _____

**QuickZoom** to Form 1120, Pages 1 and 2 ........................................... ► ▨▨▨
**QuickZoom** to Form 1120-A, Pages 1 and 2 ........................................ ► ▨▨▨
**QuickZoom** to Form 1120-H, ..................................................... ► ▨▨▨
**QuickZoom** to Client Status ..................................................... ► ▨▨▨

CPCW7101.SCR  12/29/05

Form 1120, Line 26
Form 1120-A, Line 22            **Other Deductions Worksheet**            2005
Form 1120-H, Line 15                  ► Keep for your records

| Name | Employer Identification No. |
|---|---|
| ITV DIRECT, INC. | 54-2106781 |

| | | | |
|---|---|---|---|
| 1 | Accounting ....................................................... | 1 | 5,000. |
| 2 | Amortization ...................................................... | 2 | 40. |
| 3 | Automobile and truck expense ................................. | 3 | |
| 4 | Bank charges ..................................................... | 4 | 166. |
| 5 | Clean fuel vehicle deduction ................................... | 5 | |
| 6 | Commissions ...................................................... | 6 | |
| 7 | Credit and collection costs ..................................... | 7 | |
| 8 | Delivery and freight ............................................. | 8 | |
| 9 | Discounts ......................................................... | 9 | |
| 10 | Dues and subscriptions ......................................... | 10 | |
| 11 | Equipment rent ................................................... | 11 | |
| 12 | Gifts .............................................................. | 12 | |
| 13 | Insurance ......................................................... | 13 | |
| 14 | Janitorial ......................................................... | 14 | |
| 15 | Laundry and cleaning ........................................... | 15 | |
| 16 | Legal and professional .......................................... | 16 | 500. |

| | | | | |
|---|---|---|---|---|
| 17 a | Meals and entertainment, subject to 50% limit ........ | 17 a | | |
| b | Meals and entertainment, subject to 70% limit ........ | b | | |
| c | Meals and entertainment, allowed at 100% ........... | c | | |
| d | Less disallowed ................................... | d | | |
| e | Meals and entertainment, net .................................. | 17 e | | |

| | | | |
|---|---|---|---|
| 18 | Miscellaneous .................................................... | 18 | |
| 19 | Office expense .................................................... | 19 | |
| 20 | Outside services/independent contractors ..................... | 20 | |
| 21 | Parking fees and tolls .......................................... | 21 | |
| 22 | Permits and fees ................................................. | 22 | |
| 23 | Postage ........................................................... | 23 | |
| 24 | Printing ........................................................... | 24 | |
| 25 | Security ........................................................... | 25 | |
| 26 | Supplies .......................................................... | 26 | |
| 27 | Telephone ........................................................ | 27 | |
| 28 | Tools .............................................................. | 28 | |
| 29 | Travel ............................................................. | 29 | |
| 30 | Uniforms .......................................................... | 30 | |
| 31 | Utilities ........................................................... | 31 | |
| 32 | Other (itemize): | 32 | |

| | | | |
|---|---|---|---|
| 32 | Total ............................................................. | 32 | 5,706. |

CPCV0601.SCR  09/29/05

| Form 1120, Line 29a, or Form 1120-A, Line 25a | Net Operating Loss Worksheet<br>► Keep for your records | 2005 |
| --- | --- | --- |

| Name<br>ITV DIRECT, INC. | Employer Identification Number<br>54-2106781 |
| --- | --- |

**NEW LAW:** Two year carryback, twenty year carryover

| NOL<br>Carryover<br>Year | A<br>Carryover | B<br>Less<br>Carrybacks/<br>Carryovers | C<br>Adjusted<br>Carryover |
| --- | --- | --- | --- |
| 2004 | 1,470. | | 1,470. |
| 2003 | | | |
| 2002 | | | |
| 2001 | | | |
| 2000 | | | |
| 1999 | | | |
| 1998 | | | |
| 1997 | | | |
| Total new law | 1,470. | | 1,470. |

**OLD LAW:** Three year carryback, fifteen year carryover

| NOL<br>Carryover<br>Year | A<br>Carryover | B<br>Less<br>Carrybacks/<br>Carryovers | C<br>Adjusted<br>Carryover |
| --- | --- | --- | --- |
| 2004 | | | |
| 2003 | | | |
| 2002 | | | |
| 2001 | | | |
| 2000 | | | |
| 1999 | | | |
| 1998 | | | |
| 1997 | | | |
| 1996 | | | |
| 1995 | | | |
| 1994 | | | |
| 1993 | | | |
| 1992 | | | |
| 1991 | | | |
| 1990 | | | |
| Total old law | | | |

ITV DIRECT, INC.                                      54-2106781

## Net Operating Loss Summary

| NOL Carryover Year | A NOL Carryover Available | B Deduction Allowed in Current Year | C Adjustment Under Section 172(b)(2) | D Remaining Carryover New Law | E Remaining Carryover Old Law |
|---|---|---|---|---|---|
| 2004 ............. | 1,470. | | | 1,470. | 0. |
| 2003 ............. | | | | | |
| 2002 ............. | | | | | |
| 2001 ............. | | | | | |
| 2000 ............. | | | | | |
| 1999 ............. | | | | | |
| 1998 ............. | | | | | |
| 1997 ............. | | | | | |
| 1996 ............. | | | | | |
| 1995 ............. | | | | | |
| 1994 ............. | | | | | |
| 1993 ............. | | | | | |
| 1992 ............. | | | | | |
| 1991 ............. | | | | | |
| 1990 ............. | | | | | |
| Totals .......... | 1,470. | | | 1,470. | 0. |

Less: Carryover expiring due to 15-year limitation ..........................................

Add: Current year net operating loss ...........................................    1,338.

Less: Carryback of current year net operating loss ..................................

Net operating loss carryover to next year ..........................................    2,808.

CPCW7601.SCR   10/20/05

Form 4626
Line 6

## AMT Net Operating Loss Worksheet
► Keep for your records

2005

| Name | Employer Identification Number |
|---|---|
| ITV DIRECT, INC. | 54-2106781 |

**NEW LAW:** Two year carryback, twenty year carryforward

| Carryover Period | A Carryover Amount | B Less Carrybacks/ Carryovers | C Adjusted Carryover Amount |
|---|---|---|---|
| 2004 | 1,470. | | 1,470. |
| 2003 | | | |
| 2002 | | | |
| 2001 | | | |
| 2000 | | | |
| 1999 | | | |
| 1998 | | | |
| 1997 | | | |
| Total new law | 1,470. | | 1,470. |

**OLD LAW:** Three year carryback, fifteen year carryforward

| Carryover Period | A Carryover Amount | B Less Carrybacks/ Carryovers | C Adjusted Carryover Amount |
|---|---|---|---|
| 2004 | | | |
| 2003 | | | |
| 2002 | | | |
| 2001 | | | |
| 2000 | | | |
| 1999 | | | |
| 1998 | | | |
| 1997 | | | |
| 1996 | | | |
| 1995 | | | |
| 1994 | | | |
| 1993 | | | |
| 1992 | | | |
| 1991 | | | |
| 1990 | | | |
| Total old law | | | |

ITV DIRECT, INC.                                                    54-2106781

## AMT Net Operating Loss Summary

| Carryover Period | A Adjusted Carryover Amount | B Deduction Allowed in Current Year | C Remaining Carryover New Law | D Remaining Carryover Old Law |
|---|---|---|---|---|
| 2004 ............................ | 1,470. | | 1,470. | |
| 2003 ............................ | | | | |
| 2002 ............................ | | | | |
| 2001 ............................ | | | | |
| 2000 ............................ | | | | |
| 1999 ............................ | | | | |
| 1998 ............................ | | | | |
| 1997 ............................ | | | | |
| 1996 ............................ | | | | |
| 1995 ............................ | | | | |
| 1994 ............................ | | | | |
| 1993 ............................ | | | | |
| 1992 ............................ | | | | |
| 1991 ............................ | | | | |
| 1990 ............................ | | | | |
| Totals | 1,470. | | 1,470. | |

| | |
|---|---|
| Less: Carryover expiring due to 15-year limitation ........................................ | |
| Add: Current year Alternative Minimum Tax net operating loss ......................... | 1,338. |
| Less: Carryback of current year AMT net operating loss ................................. | |
| Alternative Minimum Tax net operating loss carryover to next year ......................... | 2,808. |

CPCW8101.SCR   10/20/05

| Form 1120/ 1120-A | Carryovers/Carryforwards Worksheet<br>► Keep for your records | 2005 |

| Name as Shown on Return | Employer ID No. |
|---|---|
| ITV DIRECT, INC. | 54-2106781 |

|  | To Current Year | To Next Year |
|---|---|---|
| **Form 1120/1120-A:** | | |
| Contributions carryover ............................................. | | |
| Net Operating Loss carryover ...................................... | 1,470. | 2,808. |
| AMT Net Operating Loss carryover .............................. | 1,470. | 2,808. |
| **Schedule D (Form 1120):** | | |
| Unused capital loss carryover ..................................... | | |
| Less current year capital loss carried back ................. | | |
| Carryover expiring next year due to 5 year limitation ....... | | |
| Capital loss carryover to next year ............................ | | |
| **Form 2220:** | | |
| Tax ........................................................................... | | |
| **Form 4562:** | | |
| Section 179 carryover ................................................ | | |
| **Form 4797:** | | |
| Nonrecaptured net Section 1231 losses — 2000 .................. | | |
| Nonrecaptured net Section 1231 losses — 2001 .................. | | |
| Nonrecaptured net Section 1231 losses — 2002 .................. | | |
| Nonrecaptured net Section 1231 losses — 2003 .................. | | |
| Nonrecaptured net Section 1231 losses — 2004 .................. | | |
| Nonrecaptured net Section 1231 losses — 2005 .................. | | |
| Total nonrecaptured net Section 1231 loss carryforwards ............ | | |
| **Form 8827:** | | |
| Prior year Alternative Minimum Tax from Form 4626 .................. | | |
| Minimum tax credit carryforward ................................... | | |
| **Form 3800:** | | |
| General business credit carryforward ............................ | | |
| **Form 6478:** | | |
| Credit for alcohol used as fuel .................................... | | |
| **Form 8835, Section B:** | | |
| Electricity and refined coal production credit .................. | | |
| **Form 8844:** | | |
| Empowerment zone employment (EZE) credit carryforward ........... | | |

CPCW8001.SCR   02/02/06

Form 1120/1120-A    **Book/Return Income (Loss) Reconciliation Worksheet**    2005

► Keep for your records

| Name | Employer Identification Number |
|---|---|
| ITV DIRECT, INC. | 54-2106781 |

| | | |
|---|---|---:|
| 1 | Net income (loss) per books | -5,125. |
| 2 | Federal income tax | 0. |
| 3 | Excess of capital losses over capital gains | |
| 4 | **Income subject to tax, not recorded on books this year:** | |
| a | Fuel tax credit income (Form 4136) | |
| b | Alcohol fuel credit income (Form 6478) | |
| c | Prepaid revenues | |
| d | Positive Section 481(a) adjustments | |
| e | Installment sales | |
| f | Gain on sale of assets | |
| g | | |
| 5 | **Expenses on books, not on return:** | |
| a | Depreciation | |
| b | Contributions carryover | |
| c | Travel and entertainment | |
| d | Amortization | 40. |
| e | State taxes | |
| f | Penalties and fines | 3,787. |
| g | Loss on sale of assets | |
| h | Officers/key man life insurance premiums | |
| i | Disallowed passive deductions | |
| j | Employment credits wage reduction | |
| k | Employee benefit reduction for credit from Form 8845 | |
| l | Nondeductible club dues | |
| m | Payroll tax reduction for credit from Form 8846 | |
| n | Other expenses on books, not on return: | |
| | | 3,827. |
| 6 | Total of lines 1 through 5 | -1,298. |
| 7 | **Income on books, not on return:** | |
| a | Tax exempt interest | |
| b | Federal tax refund | |
| c | Gain on sale of assets | |
| d | Prepaid revenues | |
| e | Fuel tax credit refund received | |
| f | Alcohol fuel credit refund received | |
| g | Officers/key man life insurance proceeds | |
| h | Installment sales | |
| i | | |
| 8 | **Deductions on return not charged against book income:** | |
| a | Depreciation | 0. |
| b | Contributions carryover utilized | |
| c | Capital loss carryover utilized | |
| d | State taxes | |
| e | Amortization | 40. |
| f | Loss on sale of assets | |
| g | Prior years' passive losses absorbed | |
| h | | 40. |
| 9 | Add lines 7 and 8 | 40. |

Note:  Line 10 below should be used for reference only if All M-1 adjustments are entered directly on this worksheet.

| | | |
|---|---|---:|
| 10 | Income (line 28, Form 1120, page 1 or line 24, Form 1120-A, page 1) — line 6 less line 9 ► | -1,338. |

CPCW8501  09/23/05

Federal 1120 Depreciation Report
**Regular Tax**

Activity ........... Form 1120   Line 20 - 2005
Total cost of goods sold .........

| Description | In Service | Cost | Land | Bus % | Type | Class | Conv | **Depr** |
|---|---|---|---|---|---|---|---|---|
| Cost of Goods Sold | Disposed | Basis | Sec. 179 | Listed | Mthd | Life | Year | Prior |
| COMPUTERS | 05/01/03 | 32,654. | | 100.00 | MACRS | 5 | HY | 0. |
| | | 0. | 32,654. | | 200DB | 5.00 | 3 | 0. |
| SOFTWARE | 05/01/03 | 7,281. | | 100.00 | NP | | NA | 0. |
| | | 0. | 7,281. | | SL | 3.00 | 3 | 0. |
| STUDIO EQUIPMENT | 09/24/03 | 7,033. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 0. | 7,033. | | 200DB | 7.00 | 3 | 0. |
| ORGANIZATION COSTS | 01/08/03 | 200. | | 100.00 | AMORT | | NA | 40. |
| | | 200. | | | | 5.00 | 3 | 79. |

Total   47,168.   40.
        200.       79.

---

Federal 1120 Depreciation Report
**Alternative Minimum Tax**

Activity ........... Form 1120   Line 20 - 2005
Passive adjustment ..............          Passive preference ...............

| Description | Real | Passive | AMT Cost | AMT Life | AMT Depr | **AMT Adj** |
|---|---|---|---|---|---|---|
| | | | AMT Basis | AMT Mthd | AMT Prior | **AMT Pref** |
| COMPUTERS | ☐ | ☐ | 32,654. | 5.00 | | |
| | | | 0. | 200DB | | |
| SOFTWARE | ☐ | ☐ | 7,281. | | | |
| | | | | SL | | |
| STUDIO EQUIPMENT | ☐ | ☐ | 7,033. | 7.00 | | |
| | | | 0. | 200DB | | |
| ORGANIZATION COSTS | ☐ | ☐ | 200. | | | |

Total   47,168.
        0.

---

Federal 1120 Depreciation Report
**Adjusted Current Earnings**

Activity ........... Form 1120   Line 20 - 2005
Passive adjustment ..............

| Description | ACE Cost | Depreciation before TY 1990 | ACE Depreciation | |
|---|---|---|---|---|
| | ACE Basis | ACE Life | ACE Prior | **ACE Adj** |
| COMPUTERS | 32,654. | | | |

Federal 1120 Depreciation Report
**Adjusted Current Earnings**                                                    Continued

Activity ........... Form 1120   Line 20 - 2005
Passive adjustment .............. _____

| Description | ACE Cost | Depreciation before TY 1990 | ACE Depreciation | |
|---|---|---|---|---|
| | ACE Basis | ACE Life | ACE Prior | **ACE Adj** |
| SOFTWARE | 7,281. | | | |
| STUDIO EQUIPMENT | 7,033. | | | |
| ORGANIZATION COSTS | 200. | | | |

Total            47,168.

---

Form 4562
**Special Depreciation Allowance Report**

Activity:    Form 1120   Line 20 - 2005

| Description | In Service | AMT Cost | AMT Basis | AMT SDA | Cost | SDA Basis | SDA |
|---|---|---|---|---|---|---|---|
| COMPUTERS | 05/01/03 | 32,654. | | | 32,654. | | 0. |
| SOFTWARE | 05/01/03 | 7,281. | | | 7,281. | | 0. |
| STUDIO EQUIPMENT | 09/24/03 | 7,033. | | | 7,033. | | 0. |
| ORGANIZATION COSTS | 01/08/03 | 200. | | | 200. | | 0. |

Total            47,168.            47,168.            0.

Form 1120
Form 1120-A

# Two Year Comparison

► Keep for your records – Do not file

2005

Name of Corporation

ITV DIRECT, INC.

Employer Identification Number

54-2106781

| | 2005 | | 2004 | | Difference 2005 - 2004 | |
|---|---|---|---|---|---|---|
| | Amount | % of Total Income | Amount | % of Total Income | Amount | % |
| 1a Gross receipts or sales ......... | 10,114,932. | | 11,933,860. | | -1,818,928. | -15.24 |
| b Less returns and allowances ..... | | | | | | |
| c Net receipts ................► | 10,114,932. | | 11,933,860. | | -1,818,928. | -15.24 |
| 2 Cost of goods sold (Schedule A) | 10,110,084. | | 11,920,609. | | -1,810,525. | -15.19 |
| 3 Gross profit ..................► | 4,848. | | 13,251. | | -8,403. | -63.41 |
| 4 Dividends (Schedule C) .......... | | | | | | |
| 5 Interest ........................ | | | | | | |
| 6 Gross rents ..................... | | | | | | |
| 7 Gross royalties ................. | | | | | | |
| 8 Capital gain net income ......... | | | | | | |
| 9 Net gain or loss (Form 4797) .... | | | | | | |
| 10 Other income ................... | | | | | | |
| 11 Total income ................► | 4,848. | 100.00 | 13,251. | 100.00 | -8,403. | -63.41 |
| **Deductions** | | | | | | |
| 12 Compensation of officers ....... | 0. | 0.00 | 0. | 0.00 | 0. | |
| 13 Salaries and wages (less employment credits) ............ | | 0.00 | | 0.00 | | |
| 14 Repairs and maintenance ....... | | 0.00 | 2,040. | 15.40 | -2,040. | -100.00 |
| 15 Bad debts ..................... | | 0.00 | | 0.00 | | |
| 16 Rents ......................... | | 0.00 | | 0.00 | | |
| 17 Taxes and licenses ............ | 480. | 9.90 | 456. | 3.44 | 24. | 5.26 |
| 18 Interest ...................... | | 0.00 | | 0.00 | | |
| 19 Charitable contributions ......... | | 0.00 | | 0.00 | | |
| 20a Depreciation on Form 4562 .... | 0. | 0.00 | 0. | 0.00 | 0. | |
| 20b Less depreciation on Schedule A and elsewhere ................ | | 0.00 | | 0.00 | | |
| 20c Net depreciation .............► | 0. | 0.00 | 0. | 0.00 | 0. | |
| 21 Depletion .................... | | 0.00 | | 0.00 | | |
| 22 Advertising ................... | | 0.00 | | 0.00 | | |
| 23 Pension, profit-sharing, etc, plans ..................... | | 0.00 | | 0.00 | | |
| 24 Employee benefit programs ...... | | 0.00 | | 0.00 | | |
| 25 Domestic production activities deduction ..................... | | 0.00 | | 0.00 | | |
| 26 Other deductions .............. | 5,706. | 117.70 | 12,225. | 92.26 | -6,519. | -53.33 |
| 27 Total deductions .............► | 6,186. | 127.60 | 14,721. | 111.09 | -8,535. | -57.98 |
| **Taxable Income** | | | | | | |
| 28 Taxable income before NOL and special deductions ............. | -1,338. | -27.60 | -1,470. | -11.09 | 132. | 8.98 |
| 29 Less: | | | | | | |
| a Net operating loss deduction ..... | | 0.00 | | 0.00 | | |
| b Special deductions ............ | | 0.00 | | 0.00 | | |
| 30 Taxable income ...............► | -1,338. | -27.60 | -1,470. | -11.09 | 132. | 8.98 |
| **Tax** | | | | | | |
| 31 Total tax (Schedule J) .......... | | 0.00 | | 0.00 | | |
| **Tax Payments and Credits** | | | | | | |
| 32g Total tax payments and credits .. | 0. | | 0. | | 0. | |
| 33 Estimated tax penalty .......... | | | | | | |
| 34 Tax due ...................... | | | | | | |
| 35 Overpayment .................. | 0. | | 0. | | 0. | |

CPCW8201   09/09/05

# Corporation
# Five Year Tax History

Form 1120/
Form 1120-A

► Keep for your records

2005

| Name as Shown on Return | Employer Identification No. |
|---|---|
| ITV DIRECT, INC. | 54-2106781 |

| | | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|
| 1 | Gross receipts ... | | | 7,657,006. | 11,933,860. | 10,114,932. |
| 2 | Cost of sales ..... | | | 7,517,811. | 11,920,609. | 10,110,084. |
| 3 | Gross profit ...... | | | 139,195. | 13,251. | 4,848. |
| 4 | Net capital gain .. | | | | | |
| 5 | Other income ..... | | | | | |
| 6 | Total income ..... | | | 139,195. | 13,251. | 4,848. |
| 7 | Salaries .......... | | | | | |
| 8 | Depreciation ..... | | | 46,968. | 0. | 0. |
| 9 | Other deductions ....... | | | 45,528. | 14,721. | 6,186. |
| 10 | Taxable income .. | | | 46,699. | -1,470. | -1,338. |
| 11 | Income tax ....... | | | 7,005. | | |
| 12 | Alternative minimum tax ..... | | | | | |
| 13 | General business credits . | | | | | |
| 14 | Other credits ..... | | | | | |
| 15 | PHC tax .......... | | | | | |
| 16 | Recapture taxes . | | | | | |
| 17 | Tax liability ...... | | | 7,005. | | |

## For Controlled Group Members Only

Enter your share of the $50,000, $25,000 and $9,925,000 taxable income brackets, and your share of the additional 5% tax and 3% tax for the prior years.

| | | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|
| 18 | $50,000 bracket ............ | | | | | |
| 19 | $25,000 bracket ............ | | | | | |
| 20 | $9,925,000 bracket ............ | | | | | |
| 21 | Additional 5% tax ............ | | | | | |
| 22 | Additional 3% tax ............ | | | | | |

CPCW7501.SCR  09/08/05

# Electronic Filing Information Worksheet

► Keep for your records

**2005**

| | |
|---|---|
| Name(s) shown on return<br>ITV DIRECT, INC. | Identifying number<br>54-2106781 |

## Part I — Electronic Return Originator Information

The ERO Information below will automatically calculate based on the preparer code entered on the return. If the ERO is not the same as the preparer designated on the return, enter a Preparer Code from the Firm/Preparer Info to assign an ERO to this return.

Check to use ERO name instead of firm name in electronic file . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► ☐

| | |
|---|---|
| Firm Name<br>LEO H. BONARRIGO CPA | Social Security Number or PTIN<br>P43183937 |
| Name<br>Leo H. Bonarrigo, CPA | Employer Identification Number<br>04-3183937 |
| Address<br>268 SUMMER STREET, 6TH FLOOR | Phone Number          Fax Number<br>(617) 946-2562    (617) 946-2561 |
| City          State    ZIP Code<br>BOSTON         MA       02210 | Electronic Filers Identification Number (EFIN)<br>042512 |
| Country | E-mail Address<br>leo@bongotax.com |

Enter a Preparer Code from the Firm/Preparer Info to assign a different ERO to this return. (See Help) _____

## Part II — Paid Preparer Information

| | |
|---|---|
| Firm Name<br>LEO H. BONARRIGO CPA | Social Security Number or PTIN<br>P43183937 |
| Name<br>Leo H. Bonarrigo, CPA | Employer Identification Number<br>04-3183937 |
| Address<br>268 SUMMER STREET, 6TH FLOOR | Phone Number          Fax Number<br>(617) 946-2562    (617) 946-2561 |
| City          State    ZIP Code<br>BOSTON         MA       02210 | |
| Country | E-mail Address<br>leo@bongotax.com |

If your firm is **ONLY** the ERO and the return being transmitted was not prepared by your firm, enter a preparer code from the Alternative EF Preparer Information to assign a paid preparer. (See Help) . . . ► _____

cpcv1701.SCR   12/06/05

Form 1120, Page 1, Line 26
**Other Deductions Statement**

| | |
|---|---|
| Accounting | 5,000. |
| Amortization | 40. |
| Bank charges | 166. |
| Legal and professional | 500. |
| Total | 5,706. |

Form 1120, Page 4, Schedule L, Line 18
**Ln 18 Stmt**

| **Other Current Liabilities:** | Beginning of tax year | End of tax year |
|---|---|---|
| FEDERAL TAX PAYABLE | 7,005. | 0. |
| MA CORPORATE EXCISE PAYABLE | 456. | 912. |
| Total | 7,461. | 912. |

Form 1120, Sch K, Corporation Ownership Information
**Ques 5 Stmt**

| Name | ID No. |
|---|---|
| ROBERT A. MAIHOS-50% | 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 |
| DONALD W. BARRETT-50% | 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 |

Form 1120, Page 4, Schedule M-1, Line 5
**Ln 5 Stmt**

| | |
|---|---|
| Penalties and fines | 3,787. |
| Total | 3,787. |