DF

**The Commonwealth of Massachusetts**
William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

Filing Fee: $125.00
Late Fee: $25.00

FORM MUST BE TYPED

**Annual Report for Domestic and Foreign Corporations**
(General Laws Chapter 156D Section 16.22; 950 CMR 113.57)

1. Exact name of the corporation: ITV DIRECT, INC.
2. Jurisdiction of incorporation: MASSACHUSETTS
3. Street address of the corporation's registered office in the commonwealth:

   _____
   (number, street, city or town, state, zip code)

4. Name of the registered agent at the registered office: ROBERT A. MAIHOS
5. Street address of the corporation's principal office:
   55 CHERRY HILL DRIVE
   BEVERLY                                    MA  01915
   (number, street, city or town, state, zip code)

6. Provide the names and addresses of the corporation's board of directors and its president, treasurer, secretary, and if different, its chief executive officer and chief financial officer.

| | NAME | ADDRESS | | |
|---|---|---|---|---|
| President: | DONALD W. BARRETT, JR. | 9 TALL TREE DRIVE BEVERLY | MA | 01915 |
| Treasurer: | ROBERT A. MAIHOS | 7 TALL TREE DRIVE BEVERLY | MA | 01915 |
| Secretary: | ROBERT A. MAIHOS | 7 TALL TREE DRIVE BEVERLY | MA | 01915 |
| Chief Executive Officer: | DONALD W. BARRETT, JR. | 9 TALL TREE DRIVE BEVERLY | MA | 01915 |
| Chief Financial Officer: | ROBERT A. MAIHOS | 7 TALL TREE DRIVE BEVERLY | MA | 01915 |
| Directors: | ROBERT A. MAIHOS | 7 TALL TREE DRIVE BEVERLY | MA | 01915 |
| | DONALD W. BARRETT, JR. | 9 TALL TREE DRIVE BEVERLY | MA | 01915 |

7. Briefly describe the business of the corporation: INFORMERCIAL PRODUCTION AND BROKERAGE

8-9. Capital stock of each class and series:

| CLASS OF STOCK | TOTAL AUTHORIZED BY ARTICLES OF ORGANIZATION OR AMENDMENTS Number of Shares | TOTAL ISSUED AND OUTSTANDING Number of Shares |
|---|---|---|
| COMMON | 200,000 | 200 |
| PREFERRED | | |

10. Check if the stock of the corporation is publicly traded. ☐
11. Report is filed for fiscal year ending: 12/31/05
    (month, day, year)

Signed by: _____

☐ Chairman of the board of directors    ☐ President    ☒ Other officer    ☐ Court-appointed fiduciary

on this 15TH day of SEPTEMBER, 2006

MACZ1701  10/31/05                                                      01/13/05



## 2005 Form 355   MA0539711030
Business or Manufacturing Corporation Excise Return

Year beginning 01012005 Ending 12312005

ITV DIRECT, INC.                54-2106781
55 CHERRY HILL DRIVE   BEVERLY        MA 01915

| # | Question | | Answer |
|---|---|---|---|
| 1 | Is the corporation incorporated within Massachusetts? | ➤ | X Yes   No |
| 2 | Type of corporation ➤  Section 38 manufacturer   Mutual fund service | | |
| 3 | Type of corporation ➤  R&D   Classified manufacturing   RIC | | |
| 4 | Is the corporation participating in the filing of a U.S. consolidated return? | | Yes X No |
| 5 | Is the corporation filing a Massachusetts combined return? | ➤ | Yes X No |
| 6 | Is the corporation an insurance mutual fund holding corporation? | ➤ | Yes X No |
| 7 | Is the corporation requesting alternate apportionment? | ➤ | Yes X No |
| 8 | Is this a final Massachusetts return? | ➤ | Yes X No |
| 9 | Principal business code | ➤ 9 | 541800 |
| 10 | FID of parent corporation, if filing a consolidated federal return | ➤ 10 | |
| 11 | Average number of employees in Massachusetts | 11 | 0 |
| 12 | Average number of employees worldwide | 12 | 0 |
| 13 | Date of charter or first date of business in Massachusetts | 13 | 01082003 |
| 14 | Last year audited by IRS | ➤ 14 | |
| 15 | Have adjustments been reported to Massachusetts? | | Yes No |
| 16 | Is the corporation deducting intangible or interest expenses paid to a related entity? | ➤ | Yes X No |

### Excise Calculation

| 1 | Taxable Massachusetts tangible property, if applicable | ➤ | 0 | x .0026 = ➤ 1 | 0 |
| 2 | Taxable net worth, if applicable | ➤ | 33154 | x .0026 = ➤ 2 | 86 |
| 3 | Massachusetts taxable income | ➤ | 0 | x .095 = ➤ 3 | 0 |

SIGN HERE. Under penalties of perjury, I declare that to the best of my knowledge and belief this return and enclosures are true, correct and complete.

Signature of appropriate officer   Date 09092006   Print paid preparer's name   Paid preparer's SSN or PTIN P43183937

Title TREASURER   Paid preparer's phone (617) 946-2562   Paid preparer's EIN 04-3183937

Are you signing as an authorized delegate of the appropriate officer of the corporation? (see instructions)   Yes X No

Paid preparer's signature   Date 09112006   Check if self-employed X

LEO H. BONARRIGO CPA
268 SUMMER STREET 6TH FLOOR
BOSTON                 MA 02210

PRIVACY ACT NOTICE AVAILABLE UPON REQUEST



## 2005 Form 355, page 2
MA0539721030

Business or Manufacturing Corporation Excise Return
54-2106781
ITV DIRECT, INC.

| | | | |
|---|---|---|---:|
| 4 | Credit recapture | ▶ 4 | |
| 5 | Excise before credits | 5 | 86 |
| 6 | Economic Opportunity Area Credit | ▶ 6 | |
| 7 | 3% credit for certain new or expanded investments | ▶ 7 | |
| 8 | Vanpool Credit | ▶ 8 | |
| 9 | Credit carryover | ▶ 9 | |
| 10 | Research Credit | ▶ 10 | |
| 11 | Harbor Maintenance Tax Credit | ▶ 11 | |
| 12 | Full Employment Credit | ▶ 12 | |
| 13 | Brownfields Credit | ▶ 13 | |
| 14 | Low-Income Housing Credit | ▶ 14 | |
| 15 | Historic Rehabilitation Credit | ▶ 15 | |
| 16a | Home Energy Efficiency Credit ▶     b Solar Heat Credit ▶ | a + b = 16 | |
| 17 | Total credits | ▶ 17 | |
| 18 | Excise after credits | 18 | 86 |
| 19 | Minimum excise | 19 | 456 |
| 20 | Excise due before voluntary contribution | 20 | 456 |
| 21 | Voluntary contribution for endangered wildlife conservation | ▶ 21 | |
| 22 | Excise due plus voluntary contribution | ▶ 22 | 456 |
| 23 | 2004 overpayment applied to your 2005 estimated tax | ▶ 23 | 0 |
| 24 | 2005 Massachusetts estimated tax payments | ▶ 24 | 0 |
| 25 | Payment made with extension | ▶ 25 | 0 |
| 26 | Amount overpaid | 26 | |
| 27 | Amount overpaid to be credited to 2006 estimated tax | ▶ 27 | |
| 28 | Amount overpaid to be refunded | Refund ▶ 28 | |
| 29 | Balance due | Balance due ▶ 29 | 456 |
| 30a | M-2220 penalty ▶     b Late file/pay penalties ▶ | a + b = 30 | |
| 31 | Interest on unpaid balance | ▶ 31 | |
| 32 | Total payment due at time of filing | Total due ▶ 32 | 456 |



## 2005 Schedule A    MA0506011030
Balance Sheet

ITV DIRECT, INC.                                54-2106781

| Tangible Assets | | A Original cost | B Accumulated depreciation and amortization | C Net book value |
|---|---|---|---|---|
| 1 Capital assets in Massachusetts: | | | | |
| a Buildings | ► 1a | | ► | 0 |
| b Land | ► 1b | | | |
| c Motor vehicles and trailers | ► 1c | | ► | 0 |
| d Machinery taxed locally | ► 1d | | ► | 0 |
| e Machinery not taxed locally | ► 1e | | ► | 0 |
| f Equipment | ► 1f | 46968 | ► 46968 | 0 |
| g Fixtures | 1g | | | 0 |
| h Leasehold improvements taxed locally | ► 1h | | ► | 0 |
| i Leasehold improvements not taxed locally | 1i | | | 0 |
| j Other fixed depreciable assets | 1j | | | 0 |
| k Construction in progress | 1k | | | 0 |
| l Total capital assets in Massachusetts | ► 1l | | | 0 |
| 2 Inventories in Massachusetts: | | | | |
| a General merchandise | 2a | | | |
| b Exempt goods | ► 2b | | | |
| 3 Supplies and other non-depreciable assets in Massachusetts | 3 | | | |
| 4 Total tangible assets in Massachusetts | ► 4 | | | 0 |
| 5 Capital assets outside of Massachusetts: | | | | |
| a Buildings and other depreciable assets | 5a | | | 0 |
| b Land | 5b | | | |
| 6 Leaseholds/leasehold improvements outside Massachusetts | 6 | | | |
| 7 Total capital assets outside Massachusetts | ► 7 | | ► | |



## 2005 Schedule A, page 2
MA0506021030

Business or Manufacturing Corporation Excise Return
54-2106781
ITV DIRECT, INC.

| | | | | |
|---|---|---|---|---|
| 8 | Inventories outside Massachusetts | | 8 | |
| 9 | Supplies and other non-depreciable assets outside Massachusetts | | 9 | |
| 10 | Total tangible assets outside of Massachusetts | | 10 | |
| 11 | Total tangible assets. Add lines 4 and 10 | | 11 | 0 |
| 12 | Investments: | | | |
| a | Investments in subsidiary corporations at least 80% owned (enclose Schedule A-1) | | 12a | |
| b | Other investments | | 12b | |
| 13 | Notes receivable | | 13 | |
| 14 | Accounts receivable | | 14 | 36000 |
| 15 | Intercompany receivables (enclose Schedule A-2) | | 15 | |
| 16 | Cash | | 16 | 2985 |
| 17 | Other assets | LINE 17 STMT | 17 | 81 |
| 18 | Total assets | | 18 | 39066 |

### Liabilities and Capital

| | | | | |
|---|---|---|---|---|
| 19 | Mortgages on: | | | |
| a | Massachusetts tangible property taxed locally | | 19a | |
| b | Other tangible assets | | 19b | |
| 20 | Bonds and other funded debt | | 20 | |
| 21 | Accounts payable | | 21 | 5000 |
| 22 | Intercompany payables (enclose Schedule A-3) | | 22 | |
| 23 | Notes payable | | 23 | |
| 24 | Miscellaneous current liabilities | LINE 24 STMT | 24 | 912 |
| 25 | Miscellaneous accrued liabilities | | 25 | |
| 26 | Total liabilities | | 26 | 5912 |
| 27 | Total capital stock issued | | 27 | 200 |
| 28 | Paid-in or capital surplus | | 28 | |
| 29 | Retained earnings and surplus reserves | | 29 | 32954 |
| 30 | Undistributed S corporation net income | | 30 | |
| 31 | Total capital | | 31 | 33154 |
| 32 | Treasury stock | | 32 | |
| 33 | Total liabilities and capital | | 33 | 39066 |



## 2005 Schedule B  MA0506111030
Tangible or Intangible Property Corporation Classification

ITV DIRECT, INC.                    54-2106781

| # | Description | # | Value |
|---|---|---|---|
| 1 | Total Massachusetts tangible property | 1 | 0 |
| 2 | Massachusetts real estate | 2 | 0 |
| 3 | Massachusetts motor vehicles and trailers | 3 | 0 |
| 4 | Massachusetts machinery taxed locally | 4 | 0 |
| 5 | Massachusetts leasehold improvements taxed locally | 5 | 0 |
| 6 | Massachusetts tangible property taxed locally | ► 6 | 0 |
| 7 | Massachusetts tangible property not taxed locally | 7 | 0 |
| 8 | Total assets | 8 | 39066 |
| 9 | Massachusetts tangible property taxed locally | 9 | 0 |
| 10 | Total assets not taxed locally | 10 | 39066 |
| 11 | Investments in subsidiaries at least 80% owned | 11 | 0 |
| 12 | Assets subject to allocation | 12 | 39066 |
| 13 | Income apportionment percentage | 13 | 1.000000 |
| 14 | Allocated assets | ► 14 | 39066 |
| 15 | Tangible property percentage | 15 | 0.000000 |

## Schedule C. Tangible Property Corporation

| # | Description | # |
|---|---|---|
| 1 | Total Massachusetts tangible property | 1 |
| 2 | Exempt Massachusetts tangible property: | |
| a | Massachusetts real estate | 2a |
| b | Massachusetts motor vehicles and trailers | 2b |
| c | Massachusetts machinery taxed locally | 2c |
| d | Massachusetts leasehold improvements taxed locally | 2d |
| e | Exempt goods | 2e |
| f | Certified Massachusetts industrial waste/air treatment facilities | 2f |
| g | Certified Massachusetts solar or wind power deduction | 2g |
| 3 | Total exempt Massachusetts tangible property | 3 |
| 4 | Taxable Massachusetts tangible property | 4 |



## 2005 Schedule D    MA0506211030
Intangible Property Corporation
54-2106781

ITV DIRECT, INC.

| | | | |
|---|---|---|---|
| 1 | Total assets | 1 | 39066 |
| 2 | Total liabilities | 2 | 5912 |
| 3 | Massachusetts tangible property taxed locally | 3 | 0 |
| 4 | Mortgages on Massachusetts tangible property taxed locally | 4 | |
| 5 | Subtract line 4 from line 3 | 5 | 0 |
| 6 | Investments in subsidiaries at least 80% owned | 6 | |
| 7 | Deductions from total assets | 7 | 5912 |
| 8 | Allocable net worth | 8 | 33154 |
| 9 | Income apportionment percentage | 9 | 1.000000 |
| 10 | Taxable net worth | 10 | 33154 |

### Schedule E-1. Dividends Deduction

| | | | |
|---|---|---|---|
| 1 | Total dividends | 1 | |
| 2 | Dividends from Massachusetts corporate trusts | 2 | |
| 3 | Dividends from non-wholly-owned DISCs | 3 | |
| 4 | Dividends, if less than 15% of voting stock owned | 4 | |
| 5 | Total taxable dividends | 5 | |
| 6 | Dividends eligible for deduction | 6 | |
| 7 | Dividends deduction | 7 | |



## 2005 Schedule E  MA0506411030
Taxable Income

ITV DIRECT, INC.                54-2106781

| | | | | |
|---|---|---|---|---|
| 1 | Gross receipts or sales | | 1 | 10114932 |
| 2 | Gross profit | | 2 | 4848 |
| 3 | Other deductions | See Other Deductions | 3 | 5706 |
| 4 | Net income | | 4 | -1338 |
| 5 | Allowable U.S. wage credit | | 5 | |
| 6 | Subtract line 5 from line 4 | | 6 | -1338 |
| 7 | State and municipal bond interest not included in U.S. net income | | 7 | |
| 8 | Foreign, state or local income, franchise, excise or capital stock taxes deducted from U.S. net income | | 8 | 456 |
| 9 | Section 168(k) 'bonus' depreciation adjustment | | 9 | |
| 10 | Section(s) 31I and 31K intangible expenses | | 10 | |
| 11 | Section(s) 31J and 31K interest expenses | | 11 | |
| 12 | Federal production activity add back | | 12 | |
| 13 | Other adjustments, including research and development expenses | | 13 | |
| 14 | Add lines 6 through 13 | | 14 | -882 |
| 15 | Abandoned building renovation deduction | x .10 = | 15 | |
| 16 | Dividends deduction | | 16 | |
| 17 | Add back of intangible expenses exception | | 17 | |
| 18 | Add back of interest expenses exception | | 18 | |
| 19 | Subtract the total of lines 15 through 18 from line 14 | | 19 | -882 |
| 20 | Loss carryover | | 20 | |
| 21 | Income subject to apportionment | | 21 | |
| 22 | Income apportionment percentage | | 22 | |
| 23 | Multiply line 21 by line 22 | | 23 | |
| 24 | Income not subject to apportionment | | 24 | |
| 25 | Certified Massachusetts solar or wind power deduction | | 25 | |
| 26 | Massachusetts taxable income | | 26 | -882 |



## 2005 Schedule CD    MA0506311030
Corporate Disclosure
54-2106781

ITV DIRECT, INC.

| | | | |
|---|---|---|---|
| 1 | Charitable contributions | ► 1 | 0 |
| 2 | Federal research expense allowed under IRC section 174, plus research credit allowed under IRC section 41 | ► 2 | |
| 3 | Accelerated depreciation allowed as a federal deduction: | | |
| a | Equipment | ► 3a | |
| b | Rental housing | ► 3b | |
| c | Buildings other than rental housing | ► 3c | |
| d | Pollution control facilities | ► 3d | |
| 4 | Depreciation included in line 3: | | |
| a | Equipment | ► 4a | |
| b | Rental housing | ► 4b | |
| c | Buildings other than rental housing | ► 4c | |
| d | Pollution control facilities | ► 4d | |
| 5 | Accelerated depreciation less standard depreciation: | | |
| a | Equipment | 5a | 0 |
| b | Rental housing | 5b | 0 |
| c | Buildings other than rental housing | 5c | 0 |
| d | Pollution control facilities | 5d | 0 |

---------------------------------- Detach Here ----------------------------------

88-12-00018

**Form 355-7004**      **Application for Corporate Extension — 2005**      **Massachusetts Department of Revenue**

| Federal Identification number | Is the corporation incorporated in Massachusetts | Period end date | Amount enclosed |
|---|---|---|---|
| 54-2106781 | [X] Yes    [ ] No | 12/31/2005 | 0. |

| Business name | Type of extension being applied for |
|---|---|
| ITV DIRECT, INC. | [X] a Automatic six-month    [ ] b Extension until |

| Street address | City/Town | State | Zip |
|---|---|---|---|
| 55 CHERRY HILL DRIVE | BEVERLY | MA | 01915 |

Sign here. Under penalties of perjury, I declare that to the best of my knowledge and belief this return and enclosures are true, correct and complete.

| Signature of officer or agent | Signature of paid preparer | Date |
|---|---|---|
|  |  |  |

| Employer Identification number of paid preparer | Social Security number or PTIN of paid preparer |
|---|---|
|  | P43183937 |

LEO H. BONARRIGO CPA
268 SUMMER STREET, 6TH FLOOR
BOSTON                                                                       MA    02210

MACZ0812    12/16/05

88-12-00018

# Form M-8453C
## Corporate Tax Declaration for Electronic Filing

**2005**
Massachusetts Department of Revenue

Please print or type. Privacy Act Notice available upon request. For the year January 1 - December 31, 2005.

| Corporation name | Declaration control number |
|---|---|
| ITV DIRECT, INC. | — — — |
| Mailing address | Federal Identification number |
| 55 CHERRY HILL DRIVE | 54-2106781 |
| City/Town     State  Zip | Form filed: [X] 355  [ ] 355C  [ ] 355S  [ ] 355SC |
| BEVERLY       MA    01915 | |

### Part 1. Tax Return Information for Electronic Filing

1. Excise due before credits (from Form 355 or 355C, line 5; Form 355S, line 8; or Form 355SC, line 7) ......... 1 — 86.
2. Total credits (from Form 355 or 355C, line 17; Form 355S, line 20; or Form 355SC, line 13) ................. 2
3. Excise due before voluntary contributions (from Form 355 or 355C, line 20; Form 355S, line 23; or Form 355SC, line 16) ............................................................................................. 3 — 456.
4. Overpayment amount (from Form 355 or 355C, line 26; Form 355S, line 29; or Form 355SC, line 22) ......... 4
5. Tax due (from Form 355 or 355C, line 29; Form 355S, line 32; or Form 355SC, line 25) ..................... 5 — 456.

### Part 2. Tax Return Information for Extension

1. Tax payments made. Enter the total of lines 23 through line 25 from Form 355 or 355C; the total of lines 26 through 28 from Form 355S; or the total of lines 19 through line 21 from Form 355SC ........................ 1 — 0.

### Part 3. Declaration and Signature of Taxpayer

Under pains and penalties of perjury, I declare that I have reviewed the information on my return with the information I have provided to my Electronic Return Originator and that the amounts above agree with the amounts shown on my 2005 Massachusetts return. To the best of my knowledge and belief this information is true, correct and complete. I consent that my return, including this declaration and accompanying schedules, forms and statements be sent to the Massachusetts Department of Revenue by my Electronic Return Originator. I authorize DOR to inform my Electronic Return Originator and/or the transmitter when my electronic return has been accepted. In the event that it is rejected, I authorize DOR to identify the reasons for rejection so that the return can be corrected and re-transmitted. If I have filed a balance due return, I understand that if DOR does not receive full and timely payment of my tax liability, I will remain liable for the tax liability and all applicable penalties and interest.

Your signature _____  Date _____

### Part 4. Declaration and Signature of Electronic Return Originator (ERO)

I declare that I have reviewed the above taxpayer's return and that the entries on this M-8453C are complete and correct to the best of my knowledge. (Collectors are not responsible for reviewing the taxpayer's return; however, they must ensure that the M-8453C accurately reflects the data on the return.) I have obtained the taxpayer's signature before submitting this return to the Massachusetts Department of Revenue. I have provided the taxpayer with a copy of all forms and information filed with the Massachusetts Department of Revenue. If I am also the paid preparer, under pains and penalties of perjury I declare that I have examined the above taxpayer's return and accompanying schedules and statements and to the best of my knowledge and belief, they are true, correct and complete. I declare that I have verified the taxpayer's proof of account and it agrees with the name(s) shown on this form. This declaration of paid preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

| ERO's signature and SSN or PTIN | Date | EIN | [X] Check if self-employed |
|---|---|---|---|
| P43183937 | 09/11/2006 | 04-3183937 | |
| Firm name (or yours, if self-employed) and address | City/Town | State  Zip | [X] Check if also paid preparer |
| LEO H. BONARRIGO CPA<br>268 SUMMER STREET, 6TH FLOOR<br>BOSTON | | MA  02210 | |

### Part 5. Declaration and Signature of Paid Preparer (if other than ERO)

Under pains and penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief it is true, correct and complete. This declaration of paid preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

| Paid preparer's signature and SSN or PTIN | Date | EIN | [ ] Check if self-employed |
|---|---|---|---|
| Firm name (or yours, if self-employed) and address | City/Town | State  Zip | |

MACZ0101  12/02/05

# Massachusetts Corporation Information Worksheet     2005
► Keep for your records

---

### Part I — Identifying Information

Employer Identification Number ....... 54-2106781
Name ........................... ITV DIRECT, INC.
Address ......................... 55 CHERRY HILL DRIVE
City ............................ BEVERLY           State . MA   ZIP Code .. 01915
Telephone ....................... (978) 299-2202
**Principal Business Address in Massachusetts:**  ☐ Check if same as above
Address ..........................
City .............................                 State . ____  ZIP Code .. ____

### Part II — Information Needed to Complete Massachusetts Return

**Check Type of Return**
- [X] Domestic - Form 355
- [ ] Domestic - Form 355SBC
- [ ] Foreign - Form 355

**Check Type of Annual Report**
- [ ] Nonprofit Corporation Annual Report
- [X] Annual Report for Domestic and Foreign Corporations
- [ ] Annual Report for Professional and Foreign Professional Corp

### Part III — Tax Year Information

- [X] Calendar year
- [ ] Fiscal year — Ending month ................ ____
- [ ] Short year — Beginning date .............. ____
         Ending date ................ ____

- [ ] Check if enrolled in the electronic funds transfer program.

### Part IV — 2005 Massachusetts Estimated Tax Paid

Overpayment from prior year ............................................................... ____

| Payment Quarters | Due Date | Actual Payment Date | Amount Paid |
| --- | --- | --- | --- |
| First Quarter Payment | 03/15/05 | | |
| Second Quarter Payment | 06/15/05 | | |
| Third Quarter Payment | 09/15/05 | | |
| Fourth Quarter Payment | 12/15/05 | | |
| Additional Payment 1 | | | |
| Additional Payment 2 | | | |
| Additional Payment 3 | | | |
| Additional Payment 4 | | | |

### Part V — Electronic Filing Information

The state return will be filed electronically ........................................... ► [X]
Date return was EFiled .................................................................. ► 09/09/2006
Date return was accepted by the state .................................................. ► 09/09/2006
Enter the date Form 355-PV was given to the client ..................................... ► ____
Enter the name of the signing officer ......................... ROBERT A MAIHOS

### Part VI — Electronic Funds Withdrawal - or - MA Electronic Funds Transfer Program Information

1 Do you want electronic funds withdrawal of state tax payment (EF Only)? ............ ► Yes [X]   No [ ]

If you selected to pay your taxes from this return or extension via Electronic Funds Withdrawal: *(See help)*

Name of Financial Institution (optional) ............. ► BEVERLY NATIONAL BANK
Check the appropriate box:
Checking ................................... ► [X]     Routing number ............... ► 011302768
Savings .................................... ► [ ]     Account number .... ► 2-8000216-16
Enter the date to withdraw the amount below *(see help for date to enter)* ................. ► 09/09/2006

State balance-due amount from this return .................................................... ► _____456._____

2 Check if enrolled and selecting to make this payment via the Electronic Funds Transfer Program
on the State of Massachusetts web site (see help) ............................. ► Yes [  ]   No [X]

## Part VII — Extension Status

**First Extension** will be file electronically ............................................................ ► [X]
Extended due date for first extension ................................................................ 09/15/06
Filing first extension? .......................... [X] Yes [  ] No   Filing date ................ 03/15/06
1st. extension accepted by Massachusetts? ... [X] Yes [  ] No   Acceptance date .......... 03/15/06
QuickZoom to Form 355-7004: Application for Extension of Time to File (First Extension) .. ► [▓▓]

**Second Extension**
Extended due date for second extension .............................................................
Filing second extension? ...................... [  ] Yes [X] No   Filing date ................
QuickZoom to Form 355-7004: Application for Extension of Time to File (Second Extension) ► [▓▓]

Important: If a second extension must be filed electronically, you must file it through the Massachusetts Department of Revenue Web site. See help for more information and the Web site address.

QuickZoom here to Form 355, Page 1 ............................................................. ► [▓▓]
QuickZoom here to Form 355SBC, Page 1 ........................................................ ► [▓▓]

MACW0101.SCR  12/19/05

Form 355, Pg 7, Sch E, Ln 3
**Other Deductions**

| | |
|---|---:|
| ACCOUNTING | 5000 |
| AMORTIZATION | 40 |
| BANK CHARGES | 166 |
| LEGAL AND PROFESSIONAL | 500 |
| Total | 5706 |

Schedule A, Line 17
**Line 17 Stmt**

| Other Assets: | End of tax year |
|---|---:|
| Intangible Assets | 81. |
| Total | 81. |

Schedule A, Line 24
**Line 24 Stmt**

| Miscellaneous Current Liabilities: | End of tax year |
|---|---:|
| FEDERAL TAX PAYABLE | 0. |
| MA CORPORATE EXCISE PAYABLE | 912. |
| Total | 912. |