UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HEALTHY SOLUTIONS, L.L.C., et al., )<br>)<br>Defendants. )<br>_____ )<br>CAPPSEALS, INC., )<br>)<br>Plaintiff-in-Intervention, )<br>)<br>v. )<br>)<br>HEALTHY SOLUTIONS, L.L.C., d/b/a )<br>DIRECT BUSINESS CONCEPTS; ITV )<br>DIRECT, INC.; and DIRECT )<br>FULFILLMENT, LLC, )<br>)<br>Intervenor-Defendants. ) | Civil Action No. 04-CV-10421-JLT |

**CAPPSEALS, INC.'S MOTION FOR LEAVE TO SUBMIT A REPLY MEMORANDUM IN FURTHER SUPPORT OF ITS
<u>MOTION FOR SANCTIONS</u>**

Plaintiff-in-Intervention Cappseals, Inc. (hereinafter "Cappseals") respectfully moves this Court for leave to file a Reply Memorandum, in further support of Cappseals' Motion for Sanctions (Docket No. 170). Specifically, Cappseals states that certain issues raised by ITV Direct Inc.'s Opposition (Docket No. 176) warrant clarification. Cappseals also asserts that the narrow issues that will be addressed within its Reply Memorandum will assist the Court in analyzing the requested relief. Counsel for the parties have conferred and ITV Direct does not oppose this Motion.

ME1 6016095v.1

WHEREFORE, Cappseals requests that the Court grant it leave to file a Reply Memorandum.

                                                    Respectfully submitted,
                                                    CAPPSEALS, INC.
                                                    By its attorneys,

                                                    /s/ Scott A. Silverman
                                                    Daniel J. Kelly BBO# 553926
                                                    dkelly@mccarter.com
                                                    Scott A. Silverman, BBO #638087
                                                    ssilverman@mccarter.com
                                                    Peter Antonelli, BBO # 661526
                                                    pantonelli@mccarter.com
                                                    McCarter & English LLP
                                                    225 Franklin Street
                                                    Boston, MA 02110

DATED: December 8, 2006              (617) 345-7000

## LOCAL RULE 7.1 CERTIFICATION

I, Scott A. Silverman, counsel for moving party Cappseals, Inc., hereby certify that I have conferred with counsel for ITV Direct, Inc. in a good faith attempt to resolve or narrow the issues raised in this motion. Counsel for ITV Direct has agreed not to oppose Cappseals' request for leave to reply.

                                       /s/ Scott A. Silverman
                                       Scott Silverman

**CERTIFICATE OF SERVICE**

I hereby certify that true and accurate copies of the foregoing <u>Cappseals, Inc.'s Motion for Leave to Reply</u> was served on all counsel of record by electronic notification.

                                  /s/ Scott A. Silverman
                                  Daniel J. Kelly BBO# 553926
                                  dkelly@mccarter.com
                                  Scott A. Silverman, BBO #638087
                                  ssilverman@mccarter.com
                                  Peter Antonelli, BBO # 661526
                                  pantonelli@mccarter.com
                                  McCarter & English LLP
                                  225 Franklin Street
                                  Boston, MA 02110
DATED:  December 8, 2006      (617) 345-7000