UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HEALTHY SOLUTIONS, LLC, ET. AL., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| CAPPSEALS, INC., ) | C. A. No. 04-CV10421-JLT |
| ) | (DEIN, J) |
| Plaintiff-in- ) | |
| Intervention ) | |
| ) | |
| v. ) | |
| ) | |
| HEALTHY SOLUTIONS, LLC., D/B/A ) | |
| DIRECT BUSINESS CONCEPTS; ITV ) | |
| DIRECT, INC. AND DIRECT ) | |
| FULFILLMENT, LLC. ) | |
| ) | |
| Intervenor- ) | |
| Defendants. ) | |

**CAPPSEALS, INC.'S REPLY TO THE ITV PARTIES'
OPPOSITION TO CAPPSEALS' MOTION FOR SANCTIONS
UNDER 28 U.S.C. § 1927 AND THE INHERENT POWERS OF THE COURT**

**EXHIBIT 1, PART 2**

DIRECT MARKETING CONCEPTS, INC.    04-3564332                                    1

Federal 1120S Depreciation Report
**Regular Tax**

Activity .............. **Form 1120S   Line 21 - 2005**
Total cost of goods sold ...........

| Description | In Service | Cost | Land | Bus % | Type | Class | Conv | Depr |
|---|---|---|---|---|---|---|---|---|
| Cost of Goods Sold | Disposed | Basis | Sec. 179 | Listed | Mthd | Life | Year | Prior |
| ORGANIZATION COSTS | 06/12/01 | 200. | | 100.00 | AMORT | | NA | 40. |
| | | 200. | | | | 5.00 | 5 | 142. |
| COMPUTER EQUIPMENT | 04/01/02 | 164,691. | | 100.00 | MACRS | 5 | HY | 13,281. |
| | | 115,284. | | | 200DB | 5.00 | 4 | 82,082. |
| OFFICE EQUIPMENT | 04/01/02 | 153,163. | | 100.00 | MACRS | 5 | HY | 12,351. |
| | | 107,214. | | | 200DB | 5.00 | 4 | 76,336. |
| AUTOMOBILE | 08/01/02 | 51,155. | | 90.00 | MACRS | AUTO | HY | 1,598. |
| | | 39,146. | | X | 200DB | 5.00 | 4 | 7,065. |
| FURNITURE & FIXTURES | 04/01/02 | 48,219. | | 100.00 | MACRS | 7 | HY | 4,217. |
| | | 33,753. | | | 200DB | 7.00 | 4 | 18,992. |
| LEASEHOLD IMPROVEMENTS | 09/01/02 | 7,425. | | 100.00 | MACRS | NR | MM | 190. |
| | | 7,425. | | | SL | 39.00 | 4 | 436. |
| AUTOMOBILE | 03/01/02 | 27,160. | | 90.00 | MACRS | AUTO | HY | 1,598. |
| | | 17,550. | | X | 200DB | 5.00 | 4 | 7,065. |
| SOFTWARE | 06/01/03 | 65,041. | | 100.00 | NP | | NA | 21,680. |
| | | 65,041. | | | SL | 3.00 | 3 | 34,327. |
| WORKSTATIONS | 02/19/03 | 31,712. | | 100.00 | MACRS | 5 | HY | 6,089. |
| | | 31,712. | | | 200DB | 5.00 | 3 | 16,490. |
| COMPUTERS | 06/30/03 | 53,742. | | 100.00 | MACRS | 5 | HY | 10,318. |
| | | 53,742. | | | 200DB | 5.00 | 3 | 27,946. |
| TELEPHONE SYSTEM | 06/30/03 | 53,565. | | 100.00 | MACRS | 7 | HY | 9,370. |
| | | 53,565. | | X | 200DB | 7.00 | 3 | 20,770. |
| OFFICE EQUIPMENT | 06/30/03 | 11,346. | | 100.00 | MACRS | 5 | HY | 2,178. |
| | | 11,346. | | | 200DB | 5.00 | 3 | 5,900. |
| FORKLIFT | 06/30/03 | 19,439. | | 100.00 | MACRS | 7 | HY | 3,400. |
| | | 19,439. | | | 200DB | 7.00 | 3 | 7,538. |
| OFFICE FURNITURE | 06/30/03 | 8,274. | | 100.00 | MACRS | 7 | HY | 1,447. |
| | | 8,274. | | | 200DB | 7.00 | 3 | 3,208. |
| COMPUTER EQUIPMENT | 05/15/04 | 115,319. | | 100.00 | MACRS | 5 | HY | 2,983. |
| | | 9,323. | 102,000. | | 200DB | 5.00 | 2 | 1,865. |
| SOFTWARE | 03/12/04 | 19,262. | | 100.00 | MACRS | 3 | HY | 5,993. |
| | | 13,483. | | | 200DB | 3.00 | 2 | 4,494. |
| OFFICE EQUIPMENT | 06/30/04 | 6,105. | | 100.00 | MACRS | 7 | HY | 1,047. |
| | | 4,273. | | | 200DB | 7.00 | 2 | 610. |
| MACHINERY & EQUIPMENT | 02/18/04 | 18,129. | | 100.00 | MACRS | 7 | HY | 3,108. |
| | | 12,690. | | | 200DB | 7.00 | 2 | 1,813. |
| FURNITURE AND FIXTURES | 06/30/04 | 13,098. | | 100.00 | MACRS | 7 | HY | 2,245. |
| | | 9,169. | | | 200DB | 7.00 | 2 | 1,310. |
| TRUCK | 08/27/04 | 57,719. | | 90.00 | MACRS | 5 | HY | 8,311. |
| | | 25,973. | | X | 200DB | 5.00 | 2 | 5,195. |
| TELEPHONE EQUIPMENT | 06/01/05 | 597,191. | | 100.00 | MACRS | 7 | HY | 85,313. |
| | | 597,191. | | | 200DB | 7.00 | 1 | |
| COMPUTERS AND SOFTWARE | 04/15/05 | 157,042. | | 100.00 | MACRS | 5 | HY | 31,408. |
| | | 157,042. | | | 200DB | 5.00 | 1 | |
| WORKSTATIONS | 05/15/05 | 42,477. | | 100.00 | MACRS | 7 | HY | 6,068. |
| | | 42,477. | | | 200DB | 7.00 | 1 | |
| OFFICE EQUIPMENT | 06/15/05 | 45,731. | | 100.00 | MACRS | 7 | HY | 6,533. |
| | | 45,731. | | | 200DB | 7.00 | 1 | |

CONFIDENTIAL                                                    DMC 05518

DIRECT MARKETING CONCEPTS, INC.     04-3564332                                    2

Federal 1120S Depreciation Report
**Regular Tax**                                                    Continued

Activity ............ **Form 1120S    Line 21 - 2005**
Total cost of goods sold .........

| Description | In Service | Cost | Land | Bus % | Type | Class | Conv | **Depr** |
|---|---|---|---|---|---|---|---|---|
| Cost of Goods Sold | Disposed | Basis | Sec. 179 | Listed | Mthd | Life | Year | Prior |
| STUDIO EQUIPMENT | 02/15/05 | 10,659. | | 100.00 | MACRS | 7 | HY | 1,523. |
| | | 10,659. | | | 200DB | 7.00 | 1 | |
| STUDIO EQUIPMENT | 06/15/05 | 63,538. | | 100.00 | MACRS | 7 | HY | 9,077. |
| | | 63,538. | | | 200DB | 7.00 | 1 | |
| FURNITURE AND FIXTURES | 06/05/05 | 58,761. | | 100.00 | MACRS | 7 | HY | 8,394. |
| | | 58,761. | | | 200DB | 7.00 | 1 | |
| LEASEHOLD IMPROVEMENTS | 06/30/05 | 535,432. | | 100.00 | MACRS | NR | MM | 7,437. |
| | | 535,432. | | | SL | 39.00 | 1 | |
| STUDIO EQUIPMENT | 06/15/05 | 85,200. | | 100.00 | MACRS | 7 | HY | 12,171. |
| | | 85,200. | | | 200DB | 7.00 | 1 | |
| Total | | 2,520,795. | | | | | | 279,368. |
| | | 2,234,633. | | | | | | 323,584. |

Federal 1120S Depreciation Report
**Alternative Minimum Tax**

Activity ............ **Form 1120S    Line 21 - 2005**

| Description | Real | Leased | AMT Cost | AMT Life | AMT Depr | **AMT Adj** |
|---|---|---|---|---|---|---|
| | | | AMT Basis | AMT Mthd | AMT Prior | **AMT Pref** |
| ORGANIZATION COSTS | | | 200. | | | |
| COMPUTER EQUIPMENT | | | 164,691. | 5.00 | 13,281. | 0. |
| | | | 115,284. | 200DB | 82,082. | |
| OFFICE EQUIPMENT | | | 153,163. | 5.00 | 12,351. | 0. |
| | | | 107,214. | 200DB | 76,336. | |
| AUTOMOBILE | | | 51,155. | 5.00 | 1,598. | 0. |
| | | | 39,146. | 200DB | 7,065. | |
| FURNITURE & FIXTURES | | | 48,219. | 7.00 | 4,217. | 0. |
| | | | 33,753. | 200DB | 18,992. | |
| LEASEHOLD IMPROVEMENTS | | | 7,425. | 39.00 | 190. | 0. |
| | | | 7,425. | SL | 436. | |
| AUTOMOBILE | | | 27,160. | 5.00 | 1,598. | 0. |
| | | | 17,550. | 200DB | 7,065. | |
| SOFTWARE | | | 65,041. | | | |
| | | | | SL | | |
| WORKSTATIONS | | | 31,712. | 5.00 | 5,660. | 429. |
| | | | 31,712. | 150DB | 12,844. | |
| COMPUTERS | | | 53,742. | 5.00 | 9,593. | 725. |
| | | | 53,742. | 150DB | 21,765. | |
| TELEPHONE SYSTEM | | | 53,565. | 7.00 | 8,052. | 1,318. |
| | | | 53,565. | 150DB | 15,987. | |
| OFFICE EQUIPMENT | | | 11,346. | 5.00 | 2,025. | 153. |
| | | | 11,346. | 150DB | 4,595. | |

CONFIDENTIAL                                    DMC 05519

Federal 1120S Depreciation Report
**Alternative Minimum Tax**                                                    Continued

Activity ............ Form 1120S  Line 21 - 2005

| Description | Real | Leased | AMT Cost | AMT Life | AMT Depr | AMT Adj |
|---|---|---|---|---|---|---|
|  |  |  | AMT Basis | AMT Mthd | AMT Prior | AMT Pref |
| FORKLIFT | ☐ | ☐ | 19,439. | 7.00 | 2,922. | 478. |
|  |  |  | 19,439. | 150DB | 5,802. |  |
| OFFICE FURNITURE | ☐ | ☐ | 8,274. | 7.00 | 1,244. | 203. |
|  |  |  | 8,274. | 150DB | 2,469. |  |
| COMPUTER EQUIPMENT | ☐ | ☐ | 115,319. | 5.00 | 2,983. | 0. |
|  |  |  | 9,323. | 200DB | 1,865. |  |
| SOFTWARE | ☐ | ☐ | 19,262. | 3.00 | 5,993. | 0. |
|  |  |  | 13,483. | 200DB | 4,494. |  |
| OFFICE EQUIPMENT | ☐ | ☐ | 6,105. | 7.00 | 1,047. | 0. |
|  |  |  | 4,273. | 200DB | 610. |  |
| MACHINERY & EQUIPMENT | ☐ | ☐ | 18,129. | 7.00 | 3,108. | 0. |
|  |  |  | 12,690. | 200DB | 1,813. |  |
| FURNITURE AND FIXTURES | ☐ | ☐ | 13,098. | 7.00 | 2,245. | 0. |
|  |  |  | 9,169. | 200DB | 1,310. |  |
| TRUCK | ☐ | ☐ | 57,719. | 5.00 | 8,311. | 0. |
|  |  |  | 25,973. | 200DB | 5,195. |  |
| TELEPHONE EQUIPMENT | ☐ | ☐ | 597,191. | 7.00 | 63,985. | 21,328. |
|  |  |  | 597,191. | 150DB |  |  |
| COMPUTERS AND SOFTWARE | ☐ | ☐ | 157,042. | 5.00 | 23,556. | 7,852. |
|  |  |  | 157,042. | 150DB |  |  |
| WORKSTATIONS | ☐ | ☐ | 42,477. | 7.00 | 4,551. | 1,517. |
|  |  |  | 42,477. | 150DB |  |  |
| OFFICE EQUIPMENT | ☐ | ☐ | 45,731. | 7.00 | 4,900. | 1,633. |
|  |  |  | 45,731. | 150DB |  |  |
| STUDIO EQUIPMENT | ☐ | ☐ | 10,659. | 7.00 | 1,142. | 381. |
|  |  |  | 10,659. | 150DB |  |  |
| STUDIO EQUIPMENT | ☐ | ☐ | 63,538. | 7.00 | 6,808. | 2,269. |
|  |  |  | 63,538. | 150DB |  |  |
| FURNITURE AND FIXTURES | ☐ | ☐ | 58,761. | 7.00 | 6,296. | 2,098. |
|  |  |  | 58,761. | 150DB |  |  |
| LEASEHOLD IMPROVEMENTS | ☐ | ☐ | 535,432. | 39.00 | 7,437. | 0. |
|  |  |  | 535,432. | SL |  |  |
| STUDIO EQUIPMENT | ☐ | ☐ | 85,200. | 7.00 | 9,129. | 3,042. |
|  |  |  | 85,200. | 150DB |  |  |
| Total |  |  | 2,520,795. |  | 214,222. | 43,426. |
|  |  |  | 2,169,392. |  | 270,725. |  |

Form 4562
**Special Depreciation Allowance Report**

Activity:   Form 1120S  Line 21 - 2005

| Description | In Service | AMT Cost | AMT Basis | AMT SDA | Cost | SDA Basis | SDA |
|---|---|---|---|---|---|---|---|
| ORGANIZATION COSTS | 06/12/01 | 200. |  |  | 200. |  |  |
| COMPUTER EQUIPMENT | 04/01/02 | 164,691. |  | 49,407. | 164,691. |  | 49,407. |
| OFFICE EQUIPMENT | 04/01/02 | 153,163. |  | 45,949. | 153,163. |  | 45,949. |
| AUTOMOBILE | 08/01/02 | 51,155. |  | 6,894. | 51,155. |  | 6,894. |
| FURNITURE & FIXTURES | 04/01/02 | 48,219. |  | 14,466. | 48,219. |  | 14,466. |

CONFIDENTIAL

DMC 05520

Form 4562
**Special Depreciation Allowance Report**                                    Continued

Activity:    Form 1120S  Line 21 - 2005

| Description | In Service | AMT Cost | AMT Basis | AMT SDA | Cost | SDA Basis | SDA |
|---|---|---|---|---|---|---|---|
| LEASEHOLD IMPROVEMENTS | 09/01/02 | 7,425. | | | 7,425. | | |
| AUTOMOBILE | 03/01/02 | 27,160. | | 6,894. | 27,160. | | 6,894. |
| SOFTWARE | 06/01/03 | 65,041. | | | 65,041. | | |
| WORKSTATIONS | 02/19/03 | 31,712. | | | 31,712. | | |
| COMPUTERS | 06/30/03 | 53,742. | | | 53,742. | | |
| TELEPHONE SYSTEM | 06/30/03 | 53,565. | | | 53,565. | | |
| OFFICE EQUIPMENT | 06/30/03 | 11,346. | | | 11,346. | | |
| FORKLIFT | 06/30/03 | 19,439. | | | 19,439. | | |
| OFFICE FURNITURE | 06/30/03 | 8,274. | | | 8,274. | | |
| COMPUTER EQUIPMENT | 05/15/04 | 115,319. | | 3,996. | 115,319. | | 3,996. |
| SOFTWARE | 03/12/04 | 19,262. | | 5,779. | 19,262. | | 5,779. |
| OFFICE EQUIPMENT | 06/30/04 | 6,105. | | 1,832. | 6,105. | | 1,832. |
| MACHINERY & EQUIPMENT | 02/18/04 | 18,129. | | 5,439. | 18,129. | | 5,439. |
| FURNITURE AND FIXTURES | 06/30/04 | 13,098. | | 3,929. | 13,098. | | 3,929. |
| TRUCK | 08/27/04 | 57,719. | | 25,974. | 57,719. | | 25,974. |
| TELEPHONE EQUIPMENT | 06/01/05 | 597,191. | | | 597,191. | | |
| COMPUTERS AND SOFTWARE | 04/15/05 | 157,042. | | | 157,042. | | |
| WORKSTATIONS | 05/15/05 | 42,477. | | | 42,477. | | |
| OFFICE EQUIPMENT | 06/15/05 | 45,731. | | | 45,731. | | |
| STUDIO EQUIPMENT | 02/15/05 | 10,659. | | | 10,659. | | |
| STUDIO EQUIPMENT | 06/15/05 | 63,538. | | | 63,538. | | |
| FURNITURE AND FIXTURES | 06/05/05 | 58,761. | | | 58,761. | | |
| LEASEHOLD IMPROVEMENTS | 06/30/05 | 535,432. | | | 535,432. | | |
| STUDIO EQUIPMENT | 06/15/05 | 85,200. | | | 85,200. | | |

Total                    2,520,795.        170,559.  2,520,795.        170,559.

CONFIDENTIAL

DMC 05521

Form 1120S

## Two-Year Comparison

► Keep for your records

**2005**

| Name of Corporation | | | | | Employer Identification Number | |
|---|---|---|---|---|---|---|
| DIRECT MARKETING CONCEPTS, INC. | | | | | 04-3564332 | |

| **Ordinary Income (Loss)** | 2005 | | 2004 | | Difference 2005 - 2004 | |
|---|---|---|---|---|---|---|
| | Amount | % of Total Income | Amount | % of Total Income | Amount | % |
| 1a Gross receipts or sales .......... | 49,009,637. | | 33,834,989. | | 15,174,648. | 44.85 |
| b Less returns and allowances ..... | | | | | | |
| c Net receipts .................► | 49,009,637. | | 33,834,989. | | 15,174,648. | 44.85 |
| 2 Cost of goods sold (Schedule A) .. | 31,306,508. | | 20,995,735. | | 10,310,773. | 49.11 |
| 3 Gross profit .................... | 17,703,129. | | 12,839,254. | | 4,863,875. | 37.88 |
| 4 Net gain or loss (Form 4797) ..... | | | | | | |
| 5 Other income .................... | 13,235. | | 215. | | 13,020. | 999.00 |
| 6 Total income (loss) ...........► | 17,716,364. | 100.00 | 12,839,469. | 100.00 | 4,876,895. | 37.98 |
| **Deductions** | | | | | | |
| 7 Compensation of officers ........ | 1,418,870. | 8.01 | 1,024,000. | 7.98 | 394,870. | 38.56 |
| 8 Salaries and wages (less employment credits) ........... | 7,351,650. | 41.50 | 4,807,583. | 37.44 | 2,544,067. | 52.92 |
| 9 Repairs and maintenance ....... | 209,299. | 1.18 | 14,895. | 0.12 | 194,404. | 999.00 |
| 10 Bad debts ..................... | | 0.00 | | 0.00 | | |
| 11 Rents ......................... | 1,031,908. | 5.82 | 498,925. | 3.89 | 532,983. | 106.83 |
| 12 Taxes and licenses ............. | 803,295. | 4.53 | 692,206. | 5.39 | 111,089. | 16.05 |
| 13 Interest ...................... | 36,310. | 0.20 | 50,306. | 0.39 | -13,996. | -27.82 |
| 14a Depreciation (Form 4562) ...... | 279,328. | 1.58 | 188,921. | 1.47 | 90,407. | 47.85 |
| b Depreciation on Schedule A and elsewhere ................. | | 0.00 | | 0.00 | | |
| c Net depreciation ............... | 279,328. | 1.58 | 188,921. | 1.47 | 90,407. | 47.85 |
| 15 Depletion (not oil and gas) ...... | | 0.00 | | 0.00 | | |
| 16 Advertising .................... | 17,401. | 0.10 | 37,826. | 0.29 | -20,425. | -54.00 |
| 17 Pension, profit-sharing, etc, plans | 54,682. | 0.31 | 37,017. | 0.29 | 17,665. | 47.72 |
| 18 Employee benefit programs ...... | 397,547. | 2.24 | 307,253. | 2.39 | 90,294. | 29.39 |
| 19 Other deductions ............... | 5,978,572. | 33.75 | 3,847,355. | 29.97 | 2,131,217. | 55.39 |
| 20 Total deductions ............► | 17,578,862. | 99.22 | 11,506,287. | 89.62 | 6,072,575. | 52.78 |
| 21 Ordinary income (loss) from trade/business .............► | 137,502. | 0.78 | 1,333,182. | 10.38 | -1,195,680. | -89.69 |
| **Tax** | | | | | | |
| 22a Excess net passive income tax ... | | 0.00 | | 0.00 | | |
| b Tax from Schedule D .......... | | 0.00 | | 0.00 | | |
| Additional taxes ............... | | 0.00 | | 0.00 | | |
| c Total tax ...................► | | 0.00 | | 0.00 | | |
| **Tax Payments and Credits** | | | | | | |
| 23d Total payments and credits ...... | 0. | 0.00 | | 0.00 | 0. | |
| 24 Estimated tax penalty .......... | | 0.00 | | 0.00 | | |
| 25 Tax due ....................... | 0. | 0.00 | 0. | 0.00 | 0. | |
| 26 Overpayment ................... | 0. | 0.00 | | 0.00 | 0. | |

| **Schedule K Items:** Income (Loss) | 2005 | 2004 | Difference 2005 - 2004 | |
|---|---|---|---|---|
| | | | Amount | % |
| 1 Ordinary business income (loss) ...................... | 137,502. | 1,333,182. | -1,195,680. | -89.69 |
| 2 Net rental real estate income (loss) ................. | | | | |
| 3 Other net rental income (loss) ...................... | | | | |
| 4 Interest income ................................... | | | | |
| 5a Dividends – ordinary ............................. | | | | |
| b Dividends – qualified ............................ | | | | |
| 6 Royalty income .................................. | | | | |
| 7 Net short-term capital gain (loss) ................... | | | | |
| 8 Net long-term capital gain (loss) .................... | | | | |
| 9 Net gain (loss) under section 1231 .................. | | | | |
| 10 Other income (loss) ............................... | | | | |

SPSW4912   01/09/06

CO

DMC 05522

DIRECT MARKETING CONCEPTS, INC.                                    04-3564332      Page 2

| Schedule K Items (continued): Deductions | 2005 | 2004 | Difference 2005 - 2004 | |
|---|---|---|---|---|
| | | | Amount | % |
| 11 Section 179 expense deduction .......................... | | 102,000. | -102,000. | -100.00 |
| 12a Charitable contributions ............................ | 2,356. | 3,165. | -809. | -25.56 |
| b Interest expense on investment debts ................. | | | | |
| c Section 59(e)(2) expenditures ......................... | | | | |
| d Other deductions .................................... | | | | |
| **Credits and Credit Recapture** | | | | |
| 13a Low-income housing credit (section 42(j)(5)) ............ | | | | |
| b Low-income housing credit (other) ................... | | | | |
| c Qualified rehabilitation expenditures (rental real estate) .. | | | | |
| d Other rental real estate credits ...................... | | | | |
| e Other rental credits ................................. | | | | |
| f Credit for alcohol used as fuel ...................... | | | | |
| g Other credits and credit recapture .................... | | 0. | 0. | |
| **Foreign Taxes** | | | | |
| 14b Gross income from all sources ...................... | | | | |
| c Gross income sourced at shareholder level ............. | | | | |
| *Foreign gross income sourced at corporate level:* | | | | |
| d Passive ............................................. | | | | |
| e Listed categories ................................... | | | | |
| f General limitation .................................. | | | | |
| *Deductions allocated and apportioned at shareholder level:* | | | | |
| g Interest expense .................................... | | | | |
| h Other .............................................. | | | | |
| *Deductions allocated and apportioned at corporate level to foreign source income:* | | | | |
| i Passive ............................................. | | | | |
| j Listed categories ................................... | | | | |
| k General limitation .................................. | | | | |
| l Foreign taxes paid or accrued ....................... | | | | |
| m Reduction in taxes available for credit ............... | | | | |
| **Alternative Minimum Tax (AMT) Items** | | | | |
| 15a Post-1986 depreciation adjustment .................... | 43,426. | 10,648. | 32,778. | 307.83 |
| b Adjusted gain or loss ............................... | | | | |
| c Depletion (other than oil and gas) ................... | | | | |
| d Oil, gas, and geothermal properties — gross income .... | | | | |
| e Oil, gas, and geothermal properties — deductions ....... | | | | |
| f Other AMT items .................................... | | | | |
| **Items Affecting Shareholder Basis** | | | | |
| 16a Tax-exempt interest income ......................... | | | | |
| b Other tax-exempt income ............................ | | | | |
| c Nondeductible expenses ............................. | 33,360. | 19,613. | 13,747. | 70.09 |
| d Property distributions .............................. | 29,812. | 1,388,653. | -1,358,841. | -97.85 |
| e Repayment of loans from shareholders ................ | | 126,200. | -126,200. | -100.00 |
| **Other Information** | | | | |
| 17a Investment income ................................. | | | | |
| b Investment expenses ................................ | | | | |
| c Dividend distributions paid from E & P ................ | 0. | 0. | 0. | |
| d Income (loss) ....................................► | 135,146. | 1,228,017. | -1,092,871. | -88.99 |

SPSW4912  01/09/06

CONFIDENTIAL

DMC 05523

Form 1120S

**S Corporation
Five Year Tax History**
► Keep for your records

2005

| Name | | | | Employer Identification Number |
|---|---|---|---|---|
| DIRECT MARKETING CONCEPTS, INC. | | | | 04-3564332 |

| | | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|
| 1 | Gross receipts ..... | 50,244. | 300,000. | 34,339,311. | 33,834,989. | 49,009,637. |
| 2 | Cost of sales ...... | 11,898. | | 24,158,336. | 20,995,735. | 31,306,508. |
| 3 | Gross profit........ | 38,346. | 300,000. | 10,180,975. | 12,839,254. | 17,703,129. |
| 4 | Net 4797 gain (loss) | | | | | |
| 5 | Other income (loss) | | | | 215. | 13,235. |
| 6 | Total income (loss) | 38,346. | 300,000. | 10,180,975. | 12,839,469. | 17,716,364. |
| 7 | Salaries ........... | 0. | | 4,691,116. | 4,807,583. | 7,351,650. |
| 8 | Depreciation ....... | | 172,988. | 132,092. | 188,921. | 279,328. |
| 9 | Other deductions .. | 26,483. | 40. | 4,338,682. | 6,509,783. | 9,947,884. |
| 10 | Business income .. | 11,863. | 126,972. | 1,019,085. | 1,333,182. | 137,502. |
| 11 | Passive investment income | | | | | |
| 12 | Passive investment expense .......... | | | | | |
| 13 | Net passive investment income | | | | | |
| 14 | Excess net passive income tax ....... | | | | | |
| 15 | Tax from Schedule D ....... | | | | | |
| 16 | Additional taxes ... | | | | | |
| 17 | Tax liability ........ | | | | | |

SPSW2301.SCR    08/16/05

CONFIDENTIAL

DMC 05524

Form 1120S | **Financial Statement Ratio Analysis** | **2005**

▶ Keep for your records

| Name of Corporation | | | Employer Identification Number |
|---|---|---|---|
| DIRECT MARKETING CONCEPTS, INC. | | | 04-3564332 |

| | **2005** | **2004** | **U.S. Average** |
|---|---|---|---|

## Liquidity Ratios

| | | 2005 | 2004 | U.S. Average |
|---|---|---|---|---|
| 1 | **Current Ratio** .......................................<br>Current Assets/Current Liabilities.<br>Measures ability of the business to meet its current liabilities. | 0.4 | 0.7 | |
| 2 | **Acid Test (Quick Ratio)** .......................................<br>Quick Assets/Current Liabilities.<br>Measures liquidity (conservative estimate). Eliminates assets not<br>readily converted to cash. | 0.1 | 0.1 | |

## Profitability Ratios

| | | 2005 | 2004 | U.S. Average |
|---|---|---|---|---|
| 3 | **Return on Total Assets (ROA)** .......................................<br>Net Income/Total Assets.<br>Measures how effective business assets are used to produce profit.<br>Prior year amount:<br>Net income ............................    1,208,401. | 2.9 | 41.5 | |
| 4 | **Return on Equity (ROE)** .......................................<br>Net Income/Equity.<br>Measures the earning power of the business. | 109.7 | 5,811.6 | |

## Leverage Ratios

| | | 2005 | 2004 | U.S. Average |
|---|---|---|---|---|
| 5 | **Total Liabilities to Equity** .......................................<br>Total Liabilities/Equity.<br>Measures the relationship between all creditors and owners. | 3,730.4 | 13,899.7 | |
| 6 | **Fixed Assets to Long-Term Liabilities** .......................................<br>Fixed Assets/Long-Term Liabilities.<br>Measures equity and relative ability to increase borrowing. | 746.4 | 1,011.6 | |

## Activity Ratios

| | | 2005 | 2004 | U.S. Average |
|---|---|---|---|---|
| 7 | **Inventory Turnover** .......................................<br>Net Sales/Average Inventory.<br>Measures how long the current inventory will be in stock and how<br>soon it will be turned into sales.<br>Prior year amounts:<br>Beginning inventory ....................    1,365,322.<br>Net sales ............................    33,834,989. | 38.8 | 22.7 | |
| 8 | **Depreciation to Property Plant and Equipment** ....................<br>Depreciation Expense./PPE.<br>Measures reasonableness and consistency of depreciation over time.<br>Prior year amount:<br>Depreciation expense ....................    188,921. | 11.1 | 20.4 | |

CONFIDENTIAL

SPSW6601   08/16/05

DMC 05525

| Electronic Filing Information Worksheet | 2005 |
|---|---|
| ➤ Keep for your records | |

| Name(s) shown on return | Identifying number |
|---|---|
| DIRECT MARKETING CONCEPTS, INC. | 04-3564332 |

## Part I — Electronic Return Originator Information

The ERO Information below will automatically calculate based on the preparer code entered on the return. If the ERO is not the same as the preparer designated on the return, enter a Preparer Code from the Firm/Preparer Info to assign an ERO to this return.

Check to use ERO name instead of firm name in electronic file ..................................... ➤ ☐

| Firm Name | Social Security Number or PTIN |
|---|---|
| LEO H. BONARRIGO CPA | P43183937 |
| Name | Employer Identification Number |
| Leo H. Bonarrigo, CPA | 04-3183937 |
| Address | Phone Number          Fax Number |
| 268 SUMMER STREET, 6TH FLOOR | (617) 946-2562    (617) 946-2561 |
| City                          State    ZIP Code | Electronic Filers Identification Number (EFIN) |
| BOSTON                          MA       02210 | 042512 |
| Country | E-mail Address |
|  | leo@bongotax.com |

Enter a Preparer Code from the Firm/Preparer Info to assign a different ERO to this return. (See Help) _____

## Part II — Paid Preparer Information

| Firm Name | Social Security Number or PTIN |
|---|---|
| LEO H. BONARRIGO CPA | P43183937 |
| Name | Employer Identification Number |
| Leo H. Bonarrigo, CPA | 04-3183937 |
| Address | Phone Number          Fax Number |
| 268 SUMMER STREET, 6TH FLOOR | (617) 946-2562    (617) 946-2561 |
| City                          State    ZIP Code | |
| BOSTON                          MA       02210 | |
| Country | E-mail Address |
|  | leo@bongotax.com |

If your firm is **ONLY** the ERO and the return being transmitted was not prepared by your firm, enter a preparer code from the Alternative EF Preparer Information to assign a paid preparer. (See Help) ... ➤ _____

cpcv1701.SCR   12/06/05

CONFIDENTIAL

DMC 05526

DIRECT MARKETING CONCEPTS, INC.    04-3564332

Form 1120S, Page 1, Line 5
**Other Income (Loss)**

| OTHER INCOME | 13,235. |
|---|---|
| Total | 13,235. |

Form 1120S, Page 1, Line 19
**Other Deductions**

| | |
|---|---|
| AMORTIZATION | 40. |
| AUTOMOBILE AND TRUCK EXPENSE | 30,864. |
| DUES AND SUBSCRIPTIONS | 90,444. |
| EQUIPMENT RENT | 47,515. |
| GIFTS | 14,724. |
| INSURANCE | 43,157. |
| LEGAL AND PROFESSIONAL | 1,238,600. |
| MEALS AND ENTERTAINMENT (50%) | 23,340. |
| OFFICE EXPENSE | 223,656. |
| TRAVEL | 315,297. |
| CALL CENTER PHONES AND T1'S | 472,733. |
| INFORMATION TECHNOLOGY EXPENSES | 210,168. |
| INFOMERCIAL PRODUCTION COSTS | 334,363. |
| RUBBISH REMOVAL | 10,682. |
| STORAGE | 19,093. |
| LANDSCAPING AND SNOW REMOVAL | 4,440. |
| CREDIT CARD PROCESSING AND DISCOUNTS | 1,350,075. |
| ROYALTIES | 843,780. |
| STAFFING AND LICENSING | 643,984. |
| SALES INCENTIVES | 4,361. |
| MOVING EXPENSE | 16,256. |
| MEDIA PLACEMENT | 41,000. |
| Total | 5,978,572. |

Other Current Assets:
**1120S, Schedule L, Line 6**

| **Other Current Assets:** | Beginning of tax year | End of tax year |
|---|---|---|
| EMPLOYEE ADVANCES | 0. | 25,000. |
| Total | 0. | 25,000. |

Other Assets:
**1120S, Schedule L, Line 14**

| **Other Assets:** | Beginning of tax year | End of tax year |
|---|---|---|
| DEPOSITS AND INTANGIBLE ASSETS | 557,894. | 640,768. |
| Total | 557,894. | 640,768. |

CONFIDENTIAL

DMC 05527

Other Current Liabilities:
**1120S, Schedule L, Line 18**

| Other Current Liabilities: | Beginning of tax year | End of tax year |
|---|---|---|
| MASSACHUSETTS CORPORATE EXCISE TAX | 62,906. | 11,229. |
| Total | 62,906. | 11,229. |

Form 1120S, Page 4, Schedule M-1, Line 3
**Sch M-1, Line 3**

| | |
|---|---|
| FINES AND PENALTIES | 10,021. |
| Total | 10,021. |

Form 1120S, Page 4, Schedule M-2, Line 5
**Schedule M-2, Other Reductions**

| | |
|---|---|
| CHARITABLE CONTRIBUTIONS | 2,356. |
| MEALS AND ENTERTAINMENT | 23,339. |
| FINES AND PENALTIES | 10,021. |
| Total | 35,716. |

Form 4562, line 26
**Additional Listed Property Statement**

| (a) Type of property | (b) Date placed in service | (c) Business/investmnt use % | (d) Cost or other basis | (e) Basis for depreciation | (f) Recovery period | (g) Method/Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| TRUCK | 08/27/04 | 90.00 | 57,719. | 25,973. | 5.00 | 200DB/HY | 8,311. | |
| TELEPHONE SYSTEM | 06/30/03 | 100.00 | 53,565. | 53,565. | 7.00 | 200DB/HY | 9,370. | |
| Total | | | | | | | 17,681. | |

Schedule K Reconciliation
**Pro rata share items**

Lines 1 thru 16d

| Shareholder | -1- Ordinary Income | -12a- Charit. Contrib. | -15a- Deprec. Adjust. | -16c- Non-ded. Expenses | -16d- Distrib. |
|---|---|---|---|---|---|
| ROBERT A. MAIHOS (50.00%) | 68,751 | 1,178 | 21,713 | 16,680 | 14,906 |
| DONALD W. BARRETT, JR. (50.00%) | 68,751 | 1,178 | 21,713 | 16,680 | 14,906 |
| Total | 137,502 | 2,356 | 43,426 | 33,360 | 29,812 |

CONFIDENTIAL

DMC 05528

DIRECT MARKETING CONCEPTS, INC.    04-3564332                                    3

Schedule K Reconciliation
**Pro rata share items**

Line    17e

| Shareholder | -17e- Total Income | | | | |
|---|---|---|---|---|---|
| ROBERT A. MAIHOS (50.00%) | 67,573 | | | | |
| DONALD W. BARRETT, JR. (50.00%) | 67,573 | | | | |

| Total | 135,146 |
|---|---|

Shareholders' Basis Report - 2005
**Stock and Loan Basis**

Shareholder...... ROBERT A. MAIHOS                    ID No.  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

| Basis Type | Beginning Balance | Increases | Decreases | Distributions | Ending Balance |
|---|---|---|---|---|---|
| Stock ............ | 0. | 68,751. | 53,845. | 14,906. | 0. |
| Loan ............. | 0. | | | | 0. |
| Total ............. | 0. | 68,751. | 53,845. | 14,906. | 0. |

Shareholder...... DONALD W. BARRETT, JR.                ID No.  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

| Basis Type | Beginning Balance | Increases | Decreases | Distributions | Ending Balance |
|---|---|---|---|---|---|
| Stock ............ | 288,576. | 68,751. | 17,858. | 14,906. | 324,563. |
| Loan ............. | 0. | | | | 0. |
| Total ............. | 288,576. | 68,751. | 17,858. | 14,906. | 324,563. |

CONFIDENTIAL

DMC 05529

September 15, 2006


ROBERT A. MAIHOS
115 MILL STREET
MIDDLETON, MA 01949-1998


Dear ROBERT A. MAIHOS,

Enclosed is your 2005 Schedule K-1 (Form 1120S), Shareholder's Share of Income, Credits,
Deductions, etc., which has been filed with the 2005 Form 1120S U.S. Income Tax Return for an
S Corporation for DIRECT MARKETING CONCEPTS, INC..

The amounts reported to you on lines 1-17 of the Schedule K-1 (Form 1120S), Shareholder's
Share of Income, Credits, Deductions, etc., represent your share of income, credits, deductions,
and other information to be reported on the appropriate lines of your tax return.  The IRS uses
codes on some lines of the Schedule K-1 to identify the item and provide reporting information.
These codes are identified on page 2 of the K-1.

Enclosed is your 2005 Massachusetts Schedule SK-1 (Form 355S), which has been filed with the
2005 Form 355S Massachusetts S Corporation Excise of DIRECT MARKETING CONCEPTS,
INC..

Should you have any questions regarding this information, please do not hesitate to call.

Sincerely,



DIRECT MARKETING CONCEPTS, INC.
55 CHERRY HILL DRIVE
BEVERLY, MA  01915-1068

CONFIDENTIAL

DMC 05530

September 15, 2006


DONALD W. BARRETT, JR.
9 TALL TREE DRIVE
BEVERLY, MA 01915


Dear DONALD W. BARRETT, JR.,

Enclosed is your 2005 Schedule K-1 (Form 1120S), Shareholder's Share of Income, Credits, Deductions, etc., which has been filed with the 2005 Form 1120S U.S. Income Tax Return for an S Corporation for DIRECT MARKETING CONCEPTS, INC..

The amounts reported to you on lines 1-17 of the Schedule K-1 (Form 1120S), Shareholder's Share of Income, Credits, Deductions, etc., represent your share of income, credits, deductions, and other information to be reported on the appropriate lines of your tax return.  The IRS uses codes on some lines of the Schedule K-1 to identify the item and provide reporting information. These codes are identified on page 2 of the K-1.

Enclosed is your 2005 Massachusetts Schedule SK-1 (Form 355S), which has been filed with the 2005 Form 355S Massachusetts S Corporation Excise of DIRECT MARKETING CONCEPTS, INC..

Should you have any questions regarding this information, please do not hesitate to call.

Sincerely,



DIRECT MARKETING CONCEPTS, INC.
55 CHERRY HILL DRIVE
BEVERLY, MA  01915-1068

CONFIDENTIAL

DMC 05531

DF

# The Commonwealth of Massachusetts

**William Francis Galvin**
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

Filing Fee: $125.00
Late Fee: $25.00

**FORM MUST BE TYPED**

### Annual Report for Domestic and Foreign Corporations
**(General Laws Chapter 156D Section 16.22; 950 CMR 113.57)**

1  Exact name of the corporation:  DIRECT MARKETING CONCEPTS, INC.
2  Jurisdiction of incorporation:  MASSACHUSETTS
3  Street address of the corporation's registered office in the commonwealth:
   55 CHERRY HILL DRIVE
   BEVERLY                                   MA  01915-1068
                              *(number, street, city or town, state, zip code)*
4  Name of the registered agent at the registered office:  ROBERT A. MAIHOS
5  Street address of the corporation's principal office:
   55 CHERRY HILL DRIVE
   BEVERLY                                   MA  01915-1068
                              *(number, street, city or town, state, zip code)*

6  Provide the names and addresses of the corporation's board of directors and its president, treasurer, secretary, and **if different,** its chief executive officer and chief financial officer.

| | NAME | ADDRESS | | |
|---|---|---|---|---|
| President: | DONALD W. BARRETT | 9 TALL TREE DRIVE BEVERLY | MA | 01915 |
| Treasurer: | ROBERT A. MAIHOS | 7 TALL TREE DRIVE BEVERLY | MA | 01915 |
| Secretary: | ROBERT A. MAIHOS | 7 TALL TREE DRIVE BEVERLY | MA | 01915 |
| Chief Executive Officer: | DONALD W. BARRETT | 9 TALL TREE DRIVE BEVERLY | MA | 01915 |
| Chief Financial Officer: | ROBERT A. MAIHOS | 7 TALL TREE DRIVE BEVERLY | MA | 01915 |
| Directors: | ROBERT A. MAIHOS | 7 TALL TREE DRIVE BEVERLY | MA | 01915 |
| | DONALD W. BARRETT, JR. | 9 TALL TREE DRIVE BEVERLY | MA | 01915 |

7  Briefly describe the business of the corporation:  INFOMERCIAL PRODUCTION AND SALES

8-9  Capital stock of each class and series:

| CLASS OF STOCK | TOTAL AUTHORIZED BY ARTICLES OF ORGANIZATION OR AMENDMENTS<br>Number of Shares | TOTAL ISSUED AND OUTSTANDING<br>Number of Shares |
|---|---|---|
| COMMON | 200,000 | 200 |
| PREFERRED | | |

10  Check if the stock of the corporation is publicly traded.  ☐
11  Report is filed for fiscal year ending:  12/31/05
                               *(month, day, year)*

Signed by: _____

☐ Chairman of the board of directors     ☐ President     ☒ Other officer     ☐ Court-appointed fiduciary

on this  15TH  day of  SEPTEMBER , 2006

01/13/05



CONFIDENTIAL

DMC 05532

Cut Along this Dotted Line

88-12-00018

## 355-ES
**Massachusetts Department of Revenue**

## Corporation Estimated Tax Payment Voucher — 2006
For calendar year 2006 or other taxable year beginning in 2006

**Voucher 1**

| Federal Identification number | Be sure this return covers correct period | Taxable year | Due date |
|---|---|---|---|
| 04-3564332 | | 12/31/06 | 03/15/06 |

Fill out a and b, only if amending or making first payment.

→ If not correct, please see instructions

DIRECT MARKETING CONCEPTS, INC.
55 CHERRY HILL DRIVE
BEVERLY                  MA  01915-1068

**a** Total tax for prior year.  $  11,229.

**b** Overpayment from last year credited to estimated tax for this year.  $  30,000.

**c** Estimated tax for the year ending: 12/31/06
MONTH  DAY  YEAR  $  24,700.

**1** Amount of this installment (.40 times estimated tax)* ........ $  9,900.

**2** Amount of unused overpayment credit, if any, applied to this installment (see instructions) ...... $  9,900.

043564332DIR551126167

**3** Amount due with this installment ... $  0.

Make check or money order payable to:
**Commonwealth of Massachusetts.**

Mail to:
**Massachusetts Department of Revenue,
P.O. Box 7046, Boston, MA 02204.**

Check appropriate box:
[X] Domestic corp (0167)
[ ] Foreign corp (0163)
[ ] Other

*New corporations in their first full taxable year with less than 10 employees have lower percentages: 30/25/25/20%; 55/25/20%; and 80/20%.

MACZ0212  01/05/06

Cut Along this Dotted Line

Cut Along this Dotted Line

88-12-00018

## 355-ES
**Massachusetts Department of Revenue**

## Corporation Estimated Tax Payment Voucher — 2006
For calendar year 2006 or other taxable year beginning in 2006

**Voucher 2**

| Federal Identification number | Be sure this return covers correct period | Taxable year | Due date |
|---|---|---|---|
| 04-3564332 | | 12/31/06 | 06/15/06 |

Fill out a and b, only if amending or making first payment.

→ If not correct, please see instructions

DIRECT MARKETING CONCEPTS, INC.
55 CHERRY HILL DRIVE
BEVERLY                  MA  01915-1068

**a** Total tax for prior year.  $  11,229.

**b** Overpayment from last year credited to estimated tax for this year.  $  30,000.

**c** Estimated tax for the year ending: 12/31/06
MONTH  DAY  YEAR  $  24,700.

**1** Amount of this installment (.25 times estimated tax)* ........ $  6,200.

**2** Amount of unused overpayment credit, if any, applied to this installment (see instructions) ...... $  6,200.

043564332DIR552126167

**3** Amount due with this installment ... $  0.

Make check or money order payable to:
**Commonwealth of Massachusetts.**

Mail to:
**Massachusetts Department of Revenue,
P.O. Box 7046, Boston, MA 02204.**

Check appropriate box:
[X] Domestic corp (0167)
[ ] Foreign corp (0168)
[ ] Other

*New corporations in their first full taxable year with less than 10 employees have lower percentages: 30/25/25/20%; 55/25/20%; and 80/20%.

MACZ0212  01/05/06

Cut Along this Dotted Line

CONFIDENTIAL

DMC 05533

Cut Along this Dotted Line

88-12-00018

## 355-ES    Corporation Estimated Tax Payment Voucher — 2006
Massachusetts Department of Revenue        For calendar year 2006 or other taxable year beginning in 2006        **Voucher 3**

| Federal Identification number | Be sure this return covers correct period | Taxable year | Due date | Fill out a and b, only if amending or making first payment. |
|---|---|---|---|---|
| 04-3564332 | | 12/31/06 | 09/15/06 | |

→ If not correct, please see instructions

DIRECT MARKETING CONCEPTS, INC.
55 CHERRY HILL DRIVE
BEVERLY                    MA  01915-1068

**a** Total tax for prior year.          $       11,229.

**b** Overpayment from last year credited to estimated tax for this year.    $       30,000.

**c** Estimated tax for the year ending:
12/31/06
MONTH   DAY   YEAR          $       24,700.

**1** Amount of this installment (.25 times estimated tax)* ........   $        6,200.

**2** Amount of unused overpayment credit, if any, applied to this installment (see instructions) ......   $        6,200.

043564332DIR553126167

**3** Amount due with this installment ...   $            0.

Make check or money order payable to:
**Commonwealth of Massachusetts.**

Mail to:
**Massachusetts Department of Revenue,
P.O. Box 7046, Boston, MA 02204.**

Check appropriate box:
[X] Domestic corp (0167)
[ ] Foreign corp (0168)
[ ] Other

*New corporations in their first full taxable year with less than 10 employees have lower percentages: 30/25/25/20%; 55/25/20%; and 80/20%.

MACZ0212    01/05/06

Cut Along this Dotted Line

---

Cut Along this Dotted Line

88-12-00018

## 355-ES    Corporation Estimated Tax Payment Voucher — 2006
Massachusetts Department of Revenue        For calendar year 2006 or other taxable year beginning in 2006        **Voucher 4**

| Federal Identification number | Be sure this return covers correct period | Taxable year | Due date | Fill out a and b, only if amending or making first payment. |
|---|---|---|---|---|
| 04-3564332 | | 12/31/06 | 12/15/06 | |

→ If not correct, please see instructions

DIRECT MARKETING CONCEPTS, INC.
55 CHERRY HILL DRIVE
BEVERLY                    MA  01915-1068

**a** Total tax for prior year.          $       11,229.

**b** Overpayment from last year credited to estimated tax for this year.    $       30,000.

**c** Estimated tax for the year ending:
12/31/06
MONTH   DAY   YEAR          $       24,700.

**1** Amount of this installment (.10 times estimated tax)* ........   $        2,500.

**2** Amount of unused overpayment credit, if any, applied to this installment (see instructions) ......   $        2,500.

043564332DIR554126167

**3** Amount due with this installment ...   $            0.

Make check or money order payable to:
**Commonwealth of Massachusetts.**

Mail to:
**Massachusetts Department of Revenue,
P.O. Box 7046, Boston, MA 02204.**

Check appropriate box:
[X] Domestic corp (0167)
[ ] Foreign corp (0168)
[ ] Other

*New corporations in their first full taxable year with less than 10 employees have lower percentages: 30/25/25/20%; 55/25/20%; and 80/20%.

MACZ0212    01/05/06

Cut Along this Dotted Line

CONFIDENTIAL                    DMC 05534

88-12-00018

DIRECT MARKETING CONCEPTS, INC.                                          04-3564332

## Corporation Estimated Tax Worksheet

| a Total tax for prior year | b Overpayment from last year to be credited to estimated tax for this year | c Estimated tax for the year ending 12/31/06 (date) |
|---|---|---|
| $         11,229. | $        30,000. | $        24,700. |

If you first meet the requirements for making estimated payments in the taxable year, use the **Amended Estimated Tax Payment Schedule** below.

| | | 1st installment | 2nd installment | 3rd installment | 4th installment |
|---|---|---|---|---|---|
| 1 | Amount of each installment. Enter 40% of item c for installment 1. For 2nd, 3rd and 4th installments use 25%, 25% and 10% of item c, respectively. **Note:** Corporations in their first full taxable year with 1 - 9 employees should use 30%, 25%, 25% and 20% respectively ....... | $       9,900. | $       6,200. | $       6,200. | $       2,500. |
| 2 | Enter amount of overpayment from last year applied to an installment, if any ........ | $       9,900. | $       6,200. | $       6,200. | $       2,500. |
| 3 | Amount due. *Subtract line 2 from line 1* ...... | $           0. | $           0. | $           0. | $           0. |

### Amended Estimated Tax Payment Schedule

| | | | |
|---|---|---|---|
| 1 | Enter total tax for prior year, if any ............................................................ | 1 | $ |
| 2 | Enter overpayment from last year, if any, to be credited to estimated tax this year ............... | 2 | $ |
| 3 | Enter recomputed Estimated Tax for 2006, if amending. (Enter estimated tax for 2006 if first meeting the requirement for making estimated payments in the 2nd, 3rd or 4th quarter.) ................................ | 3 | $ |
| a | If amending your estimated tax in the 2nd, 3rd or 4th quarter, multiply line 3 by the appropriate installment percentage amount, then subtract previous amounts paid and overpayments applied to date, if any ........... | a | $ |

Enter the item a amount in the proper column of line 1 in the Estimated Tax Worksheet (above) and adjust or complete the remaining applicable items.

### 2006 Record of Estimated Tax Payments

| Voucher number | a. Date | b. Amount paid | c. 2005 overpayment credit applied to installment | Total amount paid and credited through the installment date shown. Add b and c |
|---|---|---|---|---|
| 1 | 03/15/06 | 0. | 9,900. | 9,900. |
| 2 | 06/15/06 | 0. | 6,200. | 6,200. |
| 3 | 09/15/06 | 0. | 6,200. | 6,200. |
| 4 | 12/15/06 | 0. | 2,500. | 2,500. |
| Total ...................................... ► | | 0. | 24,800. | 24,800. |

Please submit the vouchers, with your payments, when due. Make all checks payable to: **Commonwealth of Massachusetts.**

An additional charge is imposed by law on any underpayment of estimated tax. In addition to the above, corporations may be subject to a fine of up to $100,000 for willful failure to pay an estimated tax and a fine of up to $500,000 and/or imprisonment up to five years for willful evasion of taxes.

If forms are lost, contact the Massachusetts Department of Revenue, Customer Service Bureau, P.O. Box 7010, Boston, MA 02204. Telephone: (617) 887-MDOR, or toll-free in-state 1-800-392-6089.

**Practitioners:** You must obtain prior approval if you plan to use substitute vouchers.

CONFIDE

MACZ0203   01/04/06

DMC 05535



**2005 Form 355S**   MA0534711030
S Corporation Excise Return

Year
beginning                    End

DIRECT MARKETING CONCEPTS, INC. 04-3564332
55 CHERRY HILL DRIVE    BEVERLY              MA 019151068
55 CHERRY HILL DRIVE    BEVERLY              MA 019151068

| | | | | |
|---|---|---|---|---|
| 1 | Is the corporation incorporated within Massachusetts? | | ► X Yes    No | |
| 2 | Type of corporation ► | Section 38 manufacturer | Mutual fund service | |
| 3 | Type of corporation ► | R&D | Classified manufacturing | RIC |
| 4 | Is the corporation a qualified S corporation subsidiary? | | ► Yes X No | |
| 5 | Is the corporation the parent of another corporation? | | ► Yes X No | |
| 6 | Is the corporation an insurance mutual fund holding corporation? | | ► Yes X No | |
| 7 | Is the corporation requesting alternate apportionment? | | ► Yes X No | |
| 8 | Is this a final Massachusetts return? | | ► Yes X No | |
| 9 | Principal business code | | ► 9 | 512100 |
| 10 | FID of parent corporation, if filing a consolidated federal return | | ► 10 | |
| 11 | Average number of employees in Massachusetts | | 11 | 485 |
| 12 | Average number of employees worldwide | | 12 | 485 |
| 13 | Date of charter or first date of business in Massachusetts | | 13 | 06122001 |
| 14 | Last year audited by IRS | | ► 14 | |
| 15 | Have adjustments been reported to Massachusetts? | | Yes    No | |
| 16 | Is the corporation deducting intangible or interest expenses paid to a related entity? | | ► Yes X No | |

## Excise Calculation

| | | | | | |
|---|---|---|---|---|---|
| 1 | Taxable Massachusetts tangible property, if applicable | ► 1938918 | x .0026 = | ► 1 | 5041 |
| 2 | Taxable net worth, if applicable | ► | x .0026 = | ► 2 | 0 |
| 3 | Qualifying taxable income and passive investment income | ► | x .095 = | ► 3 | |

**SIGN HERE. Under penalties of perjury, I declare that to the best of my knowledge and belief this return and enclosures are true, correct and complete.**

Signature of appropriate officer          Date          Print paid preparer's name          Paid preparer's SSN or PTIN
                                  09152006                                              P43183937

Title                                 Paid preparer's phone          Paid preparer's EIN
TREASURER                             (617) 946-2562                  04-3183937

Are you signing as an authorized delegate
of the appropriate officer of the corporation?     Paid preparer's signature          Date          Check if self-employed
(see instructions)     Yes X No                                              09152006 X

LEO H. BONARRIGO CPA
268 SUMMER STREET 6TH FLOOR
BOSTON                    MA 02210

**PRIVACY ACT NOTICE AVAILABLE UPON REQUEST**

CONFIDE

MASA0112  12/01/05

DMC 05536



**2005 Form 355S, page 2**
MA0534721030

S Corporation Excise Return
04-3564332
DIRECT MARKETING CONCEPTS, INC.

| | | | |
|---|---|---|---|
| 4 | Income | ► 4 | 49022872 |
| 5 | Income taxable in Massachusetts | ► 5 | 137502 |
| 6 | If line 4 is less than $6 million, enter '0.' If line 4 is $6 million or more, but less than $9 million, multiply line 5 by .03. If line 4 is $9 million or more, multiply line 5 by .045 | 6 | 6188 |
| 7 | Credit recapture | ► 7 | |
| 8 | Excise before credits | 8 | 11229 |
| 9 | Economic Opportunity Area Credit | ► 9 | |
| 10 | 3% credit for certain new or expanded investments | ► 10 | |
| 11 | Vanpool Credit | ► 11 | |
| 12 | Credit carryover | ► 12 | |
| 13 | Research Credit | ► 13 | |
| 14 | Harbor Maintenance Tax Credit | ► 14 | |
| 15 | Full Employment Credit | ► 15 | |
| 16 | Brownfields Credit | ► 16 | |
| 17 | Low-Income Housing Credit | ► 17 | |
| 18 | Historic Rehabilitation Credit | ► 18 | |
| 19a | Home Energy Efficiency Credit ►        b Solar Heat Credit ► | a + b = 19 | |
| 20 | Total credits | ► 20 | |
| 21 | Excise after credits | 21 | 11229 |
| 22 | Minimum excise | 22 | 456 |
| 23 | Excise due before voluntary contribution | 23 | 11229 |
| 24 | Voluntary contribution for endangered wildlife conservation | ► 24 | 0 |
| 25 | Excise due plus voluntary contribution | ► 25 | 11229 |
| 26 | 2004 overpayment applied to your 2005 estimated tax | ► 26 | |
| 27 | 2005 Massachusetts estimated tax payments | ► 27 | |
| 28 | Payment made with extension | ► 28 | 65000 |
| 29 | Amount overpaid | 29 | 53771 |
| 30 | Amount overpaid to be credited to 2006 estimated tax | ► 30 | 30000 |
| 31 | Amount overpaid to be refunded | ► 31 | 23207 |
| 32 | Balance due | Balance due ► 32 | |
| 33a | M-2220 penalty ►        564   b Late file/pay penalties ► | a + b = 33 | 564 |
| 34 | Interest on unpaid balance | ► 34 | |
| 35 | Total payment due at time of filing | Total due ► 35 | |

CONFIDENTIAL

MASA0112   12/01/05

DMC 05537