UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ITV DIRECT, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| HEALTHY SOLUTIONS, LLC, ET. AL., | ) | |
| . Defendants. | ) | |
| CAPPSEALS, INC., | ) | C. A. No. 04-CV10421-JLT |
| Plaintiff-in-Intervention | ) | (DEIN, J) |
| v. | ) | |
| HEALTHY SOLUTIONS, LLC., D/B/A DIRECT BUSINESS CONCEPTS; ITV DIRECT, INC. AND DIRECT FULFILLMENT, LLC. | ) | |
| Intervenor-Defendants. | ) | |

**CAPPSEALS, INC.'S REPLY TO THE ITV PARTIES'
OPPOSITION TO CAPPSEALS' MOTION FOR SANCTIONS
UNDER 28 U.S.C. § 1927 AND THE INHERENT POWERS OF THE COURT**

**EXHIBIT 1, PART 3**



**2005 Schedule A**   MA0506011030
Balance Sheet

DIRECT MARKETING CONCEPTS, INC.   04-3564332

| Tangible Assets | | | A<br>Original<br>cost | | B Accumulated<br>depreciation and<br>amortization | C<br>Net book<br>value |
|---|---|---|---|---|---|---|
| 1   Capital assets in Massachusetts: | | | | | | |
| a Buildings | ► | 1a | | ► | | |
| b Land | ► | 1b | | | | |
| c Motor vehicles and trailers | ► | 1c | 136034 | ► | 59087 | 76947 |
| d Machinery taxed locally | ► | 1d | | ► | | |
| e Machinery not taxed locally | ► | 1e | | ► | | |
| f Equipment | ► | 1f | 1564613 | ► | 731766 | 832847 |
| g Fixtures | | 1g | 277091 | | 76430 | 200661 |
| h Leasehold improvements taxed locally | ► | 1h | 542857 | ► | 8063 | 534794 |
| i Leasehold improvements not taxed locally | | 1i | | | | |
| j Other fixed depreciable assets | | 1j | | | | |
| k Construction in progress | | 1k | | | | |
| l Total capital assets in Massachusetts | ► | 1l | | | | 1645249 |
| 2   Inventories in Massachusetts: | | | | | | |
| a General merchandise | | 2a | | | | 905410 |
| b Exempt goods | ► | 2b | | | | |
| 3   Supplies and other non-depreciable assets in Massachusetts | | 3 | | | | |
| 4   Total tangible assets in Massachusetts | ► | 4 | | | | 2550659 |
| 5   Capital assets outside of Massachusetts: | | | | | | |
| a Buildings and other depreciable assets | | 5a | | | | |
| b Land | | 5b | | | | |
| 6   Leaseholds/leasehold improvements outside Massachusetts | | 6 | | | | |
| 7   Total capital assets outside Massachusetts | ► | 7 | | ► | | |

CONFIDENTI

MASA0135   12/01/05

DMC 05538



**2005 Schedule A, page 2**
MA0506021030

Business or Manufacturing Corporation Excise Return
04-3564332

DIRECT MARKETING CONCEPTS, INC.

| | | | |
|---|---|---|---|
| 8 | Inventories outside Massachusetts | 8 | |
| 9 | Supplies and other non-depreciable assets outside Massachusetts | 9 | |
| 10 | Total tangible assets outside of Massachusetts | 10 | |
| 11 | Total tangible assets. Add lines 4 and 10 | 11 | 2550659 |
| 12 | Investments: | | |
| | a Investments in subsidiary corporations at least 80% owned (enclose Schedule A-1) ► | 12a | |
| | b Other investments ► | 12b | |
| 13 | Notes receivable | 13 | |
| 14 | Accounts receivable | 14 | 44167 |
| 15 | Intercompany receivables (enclose Schedule A-2) | 15 | |
| 16 | Cash | 16 | 292725 |
| 17 | Other assets                     SEE LINE 17 STMT | 17 | 665786 |
| 18 | Total assets ► | 18 | 3553337 |

**Liabilities and Capital**

| | | | |
|---|---|---|---|
| 19 | Mortgages on: | | |
| | a Massachusetts tangible property taxed locally | 19a | |
| | b Other tangible assets | 19b | |
| 20 | Bonds and other funded debt | 20 | 337698 |
| 21 | Accounts payable | 21 | 3111643 |
| 22 | Intercompany payables (enclose Schedule A-3) ► | 22 | |
| 23 | Notes payable | 23 | |
| 24 | Miscellaneous current liabilities          SEE LINE 24 STMT | 24 | 11229 |
| 25 | Miscellaneous accrued liabilities | 25 | |
| 26 | Total liabilities ► | 26 | 3460570 |
| 27 | Total capital stock issued | 27 | 200 |
| 28 | Paid-in or capital surplus | 28 | |
| 29 | Retained earnings and surplus reserves | 29 | 92567 |
| 30 | Undistributed S corporation net income | 30 | |
| 31 | Total capital | 31 | 92767 |
| 32 | Treasury stock | 32 | |
| 33 | Total liabilities and capital | 33 | 3553337 |

CONFIDENTIAL

DMC 05539



**2005 Schedule B** MA0506111030
Tangible or Intangible Property Corporation Classification

DIRECT MARKETING CONCEPTS, INC. 04-3564332

| | | | |
|---|---|---|---:|
| 1 | Total Massachusetts tangible property | 1 | 2550659 |
| 2 | Massachusetts real estate | 2 | |
| 3 | Massachusetts motor vehicles and trailers | 3 | 76947 |
| 4 | Massachusetts machinery taxed locally | 4 | |
| 5 | Massachusetts leasehold improvements taxed locally | 5 | 534794 |
| 6 | Massachusetts tangible property taxed locally | ► 6 | 611741 |
| 7 | Massachusetts tangible property not taxed locally | 7 | 1938918 |
| 8 | Total assets | 8 | 3553337 |
| 9 | Massachusetts tangible property taxed locally | 9 | 611741 |
| 10 | Total assets not taxed locally | 10 | 2941596 |
| 11 | Investments in subsidiaries at least 80% owned | 11 | |
| 12 | Assets subject to allocation | 12 | 2941596 |
| 13 | Income apportionment percentage | 13 | 1.000000 |
| 14 | Allocated assets | ► 14 | 2941596 |
| 15 | Tangible property percentage | 15 | 0.659138 |

**Schedule C. Tangible Property Corporation**

| | | | |
|---|---|---|---:|
| 1 | Total Massachusetts tangible property | 1 | 2550659 |
| 2 | Exempt Massachusetts tangible property: | | |
| a | Massachusetts real estate | 2a | |
| b | Massachusetts motor vehicles and trailers | 2b | 76947 |
| c | Massachusetts machinery taxed locally | 2c | |
| d | Massachusetts leasehold improvements taxed locally | 2d | 534794 |
| e | Exempt goods | 2e | |
| f | Certified Massachusetts industrial waste/air treatment facilities | 2f | |
| g | Certified Massachusetts solar or wind power deduction | 2g | |
| 3 | Total exempt Massachusetts tangible property | 3 | 611741 |
| 4 | Taxable Massachusetts tangible property | 4 | 1938918 |

CONFIDENTIAL

MASA0135   12/01/05

DMC 05540

**2005 Schedule D**    MA0506211030
Intangible Property Corporation
04-3564332

DIRECT MARKETING CONCEPTS, INC.

| | | |
|---|---|---|
| 1 | Total assets | 1 |
| 2 | Total liabilities | 2 |
| 3 | Massachusetts tangible property taxed locally | 3 |
| 4 | Mortgages on Massachusetts tangible property taxed locally | 4 |
| 5 | Subtract line 4 from line 3 | 5 |
| 6 | Investments in subsidiaries at least 80% owned | 6 |
| 7 | Deductions from total assets | 7 |
| 8 | Allocable net worth | 8 |
| 9 | Income apportionment percentage | 9 |
| 10 | Taxable net worth | 10 |

**Schedule E-1. Dividends Deduction**

| | | |
|---|---|---|
| 1 | Total dividends | 1 |
| 2 | Dividends from Massachusetts corporate trusts | 2 |
| 3 | Dividends from non-wholly-owned DISCs | 3 |
| 4 | Dividends, if less than 15% of voting stock owned | 4 |
| 5 | Total taxable dividends | 5 |
| 6 | Dividends eligible for deduction | 6 |
| 7 | Dividends deduction | 7 |

CONFIDENTIAL

MASA0168    12/01/05

DMC 05541



**2005 Schedule E**   MA0506411030
Taxable Income

DIRECT MARKETING CONCEPTS, INC. 04-3564332

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales | ► 1 | 49009637 |
| 2 | Gross profit | ► 2 | 17716364 |
| 3 | Other deductions | ► 3 | 17578862 |
| 4 | Net income | ► 4 | 137502 |
| 5 | Allowable U.S. wage credit | ► 5 | |
| 6 | Subtract line 5 from line 4 | 6 | 137502 |
| 7 | State and municipal bond interest not included in U.S. net income | ► 7 | |
| 8 | Foreign, state or local income, franchise, excise or capital stock taxes deducted from U.S. net income | ► 8 | |
| 9 | Section 168(k) 'bonus' depreciation adjustment | ► 9 | |
| 10 | Section(s) 31I and 31K intangible expenses | ► 10 | |
| 11 | Section(s) 31J and 31K interest expenses | ► 11 | |
| 12 | Federal production activity add back | ► 12 | |
| 13 | Other adjustments, including research and development expenses | ► 13 | |
| 14 | Add lines 6 through 13 | 14 | 137502 |
| 15 | Abandoned building renovation deduction          x .10 = | ► 15 | |
| 16 | Dividends deduction | ► 16 | |
| 17 | Add back of intangible expenses exception | ► 17 | |
| 18 | Add back of interest expenses exception | ► 18 | |
| 19 | Subtract the total of lines 15 through 18 from line 14 | 19 | 137502 |
| 20 | Loss carryover | ► 20 | |
| 21 | Income subject to apportionment | 21 | 137502 |
| 22 | Income apportionment percentage | 22 | 1.000000 |
| 23 | Multiply line 21 by line 22 | 23 | 137502 |
| 24 | Income not subject to apportionment | ► 24 | |
| 25 | Certified Massachusetts solar or wind power deduction | ► 25 | |
| 26 | Massachusetts taxable income | 26 | 137502 |

CONFIDENTIAL

MASA0168   12/01/05

DMC 05542



**2005 Schedule CD**   MA0506311030
Corporate Disclosure
04-3564332

DIRECT MARKETING CONCEPTS, INC.

| | | | |
|---|---|---|---|
| 1 | Charitable contributions | ► 1 | 0 |
| 2 | Federal research expense allowed under IRC section 174, plus research credit allowed under IRC section 41 | ► 2 | |
| 3 | Accelerated depreciation allowed as a federal deduction: | | |
| | a Equipment | ► 3a | |
| | b Rental housing | ► 3b | |
| | c Buildings other than rental housing | ► 3c | |
| | d Pollution control facilities | ► 3d | |
| 4 | Depreciation included in line 3: | | |
| | a Equipment | ► 4a | |
| | b Rental housing | ► 4b | |
| | c Buildings other than rental housing | ► 4c | |
| | d Pollution control facilities | ► 4d | |
| 5 | Accelerated depreciation less standard depreciation: | | |
| | a Equipment | 5a | |
| | b Rental housing | 5b | |
| | c Buildings other than rental housing | 5c | |
| | d Pollution control facilities | 5d | |

CONFIDENTIAL

MASA0168   12/01/05

DMC 05543



**2005 Schedule S**   MA0509011030
S Corporation Distribution Income

DIRECT MARKETING CONCEPTS, INC.  04-3564332

### Classification Information

| # | Description | | Amount |
|---|---|---|---|
| 1 | Gross receipts | 1 | 49009637 |
| 2 | Net gain | 2 | |
| 3 | Gross income from rental real estate | 3 | |
| 4 | Gross income from other rental activity | 4 | |
| 5 | Interest income | 5 | |
| 6 | Dividend income | 6 | |
| 7 | Royalty income | 7 | |
| 8 | Net short-term capital gain | 8 | |
| 9 | Net long-term capital gain | 9 | |
| 10 | Net gain under Section 1231 | 10 | |
| 11 | Other income | 11 | 13235 |
| 12 | Total income | 12 | 49022872 |
| 13 | Receipts from inter-company transactions | 13 | |
| 14 | Total receipts excluding inter-company transactions | 14 | |
| 15 | Total aggregate receipts of related entities | 15 | |
| 16 | Total of lines 14 and 15 | 16 | |
| 17 | Amount from line 12 or 16 | 17 | 49022872 |

### S Corporation Income

| # | Description | | Amount |
|---|---|---|---|
| 18 | Ordinary income or loss | 18 | 137502 |
| 19 | Other income | 19 | |
| 20 | Taxes deducted | 20 | 11229 |
| 21 | Subtotal | 21 | 148731 |
| 22 | Other Massachusetts gains or losses | 22 | |
| 23 | Subtotal | 23 | 148731 |
| 24 | Other adjustments | 24 | −27694 |
| 25 | Massachusetts ordinary income or loss | 25 | 121037 |
| 26 | Real estate net income or loss | 26 | |
| 27 | Other rental activity net income or loss | 27 | |

CONFIDENTIAL

MASA0712  12/01/05

DMC 05544



**2005 Schedule S, page 2**
MA0509021030

S Corporation Distribution Income
04-3564332
DIRECT MARKETING CONCEPTS, INC.

| | | |
|---|---|---|
| 28 | U.S. portfolio income | 28 |
| 29 | Interest on U.S. obligations | 29 |
| 30 | 5.3% interest income | 30 |
| 31 | Other interest and dividend income | 31 |
| 32 | Foreign state and municipal bond interest | 32 |
| 33 | Royalty income | 33 |
| 34 | Other income | 34 |
| 35 | Total short-term capital gains | 35 |
| 36 | Total short-term capital losses | 36 |
| 37 | Gain on property | 37 |
| 38 | Loss on property | 38 |
| 39 | Net long-term capital gain or loss | 39 |
| 40 | Section 1231 net gain or loss | 40 |
| 41 | Other long-term gains or losses | 41 |
| 42 | Long-term gains on collectibles | 42 |
| 43 | Differences and adjustments | 43 |

**Resident and Nonresident Reconciliation**

| | | | |
|---|---|---|---|
| 44 | | Nonresident shareholder portion of the following Schedule S lines | |
| | a | Line 25 | 44a |
| | b | Line 26 | 44b |
| | c | Line 27 | 44c |
| | d | Line 30 | 44d |
| | e | Line 31 | 44e |
| | f | Line 32 | 44f |
| | g | Line 33 | 44g |
| | h | Line 34 | 44h |
| | i | Line 35 | 44i |
| | j | Line 36 | 44j |
| | k | Line 37 | 44k |
| | l | Line 38 | 44l |
| | m | Line 39 | 44m |

CONFIDENTIAL

MASA0712  12/01/05

DMC 05545

## Job Creation/Growth Depreciation Adjustments
**2005**

| Name as Shown on Return | EIN |
|---|---|
| DIRECT MARKETING CONCEPTS, INC. | 04-3564332 |

| **Main Activity**<br>Form 1120S | **(A)** JCWAA and JGTRRA Depr Adj | **(B)** Other Adjustments | **(C)** Total Adj.<br>(Col A + Col B) |
|---|---|---|---|
| | -27,694. | | -27,694. |

| **Form 8825** | **(A)** JCWAA and JGTRRA Depr Adj | **(B)** Other Adjustments | **(C)** Total Adj.<br>(Col A + Col B) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

Total Form 8825 Depreciation Adjustment (Sum of Column C) . . . . . . . . . . . . . . . . . . . . . . . . .

| **Schedule F** | **(A)** JCWAA and JGTRRA Depr Adj | **(B)** Other Adjustments | **(C)** Total Adj.<br>(Col A + Col B) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

Total Schedule F Depreciation Adjustment (Sum of Column C) . . . . . . . . . . . . . . . . . . . . . . .

Total Depreciation Adjustment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     -27,694.

| **Section 179 Adjustment** | **(A)** Adjustment Amount | **(B)** Other Adjustments | **(C)** Total Adj.<br>(Col A + Col B) |
|---|---|---|---|
| Total Section 179 Adjustment . . . . . . . . . . . . . . . . . | | | |

**Sale of Assets (Includes recapture for Form 6252)**

| Description of Asset Sold | Date Acquired | Date Sold | Federal Accum Depreciation | State Accum Depreciation | Other Adj | Gain/Loss Adjustment |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Form 6252 Current Year Installment Gain Adjustment**

| Description of Asset Sold | Date Acquired | Current Yr Payment | Gross Profit Percentage | Gain | Other Adj | Gain/Loss Adjustment |
|---|---|---|---|---|---|---|
| | Date Sold | Federal State | Federal State | Federal State | | |
| | | | | | | |
| | | | | | | |

Total Gain/Loss Adjustment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

BSTV1201.SCR  01/18/05

CONFIDENTIAL

DMC 05546



**2005 Schedule SK-1**  MA0509111030
Shareholder's Massachusetts Information

ROBERT A. MAIHOS                    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
115 MILL STREET    MIDDLETON         MA 01949-1998
DIRECT MARKETING CONCEPTS, IN 04-3564332
55 CHERRY HILL DRI BEVERLY           MA 01915-1068

Shareholder's Distributive Share

| | | | |
|---|---|---|---|
| 1 | Massachusetts ordinary income or loss | 1 | 60518 |
| 2 | Separately stated deductions | 2 | |
| 3 | Add lines 1 and 2 | 3 | 60518 |
| 4 | Credits available | | |
| a | Taxes paid to another jurisdiction (residents only) | 4a | |
| b | Lead paint credit | 4b | |
| c | Economic opportunity area credit | 4c | |
| d | Full employment credit | 4d | |
| e | Brownfields credit | 4e | |
| f | Low-income housing credit | 4f | |
| g | Historic rehabilitation credit | 4g | |
| h | Home energy efficiency credit plus solar heat credit | 4h | |
| i | Total credits | 4i | |
| 5 | Net income or loss from rental real estate | 5 | |
| 6 | Net income or loss from other rental activity | 6 | |
| 7 | Interest from U.S. obligations | 7 | |
| 8 | Interest from Massachusetts banks | 8 | |
| 9 | Other interest and dividend income | 9 | |
| 10 | Non-Massachusetts state and municipal bond interest | 10 | |
| 11 | Royalty income | 11 | |
| 12 | Other income | 12 | |
| 13 | Short-term capital gains | 13 | |
| 14 | Short-term capital losses | 14 | |
| 15 | Gain on trade or business property | 15 | |
| 16 | Loss on trade or business property | 16 | |

CONFIDENTIAL

DMC 05547



**2005 Schedule SK-1, page 2**
MA0509121030

Shareholder's Massachusetts Information
04-3564332
DIRECT MARKETING CONCEPTS, INC.

| | | |
|---|---|---|
| 17 Long-term capital gain or loss | 17 | |
| 18 Net gain or loss under Section 1231 | 18 | |
| 19 Other long-term gains and losses | 19 | |
| 20 Long-term gains on collectibles | 20 | |
| 21 Differences and adjustments | 21 | |

**Shareholder's Basis Information**

| | | |
|---|---|---|
| 22 Taxpayer's beginning information | | |
| a Date of the federal basis | 22a | |
| b Number of shares owned | 22b | |
| c Shareholder's percentage of stock ownership | 22c | 0.500000 |
| d Dollar value of basis as of the date in line 22a | 22d | |
| 23 Massachusetts basis at the beginning of the tax year | | |
| a Stock | 23a | 0 |
| b Indebtedness | 23b | 0 |
| 24 Net Massachusetts adjustments | | |
| a Stock | 24a | 16365 |
| b Indebtedness | 24b | 0 |
| 25 Net federal adjustment | | |
| a Stock | 25a | 0 |
| b Indebtedness | 25b | |
| 26 Massachusetts year-end basis | | |
| a Stock | 26a | 16365 |
| b Indebtedness | 26b | 0 |

CONFIDENTIAL

MASA0812  12/01/05

DMC 05548



**2005 Schedule SK-1**   MA0509111030
Shareholder's Massachusetts Information

```
DONALD W. BARRETT, JR.          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
9 TALL TREE DRIVE  BEVERLY               MA 01915
DIRECT MARKETING CONCEPTS, IN 04-3564332
55 CHERRY HILL DRI BEVERLY               MA 01915-1068
```

**Shareholder's Distributive Share**

| | | | |
|---|---|---|---|
| 1 | Massachusetts ordinary income or loss | 1 | 60519 |
| 2 | Separately stated deductions | 2 | |
| 3 | Add lines 1 and 2 | 3 | 60519 |
| 4 | Credits available | | |
| a | Taxes paid to another jurisdiction (residents only) | 4a | |
| b | Lead paint credit | 4b | |
| c | Economic opportunity area credit | 4c | |
| d | Full employment credit | 4d | |
| e | Brownfields credit | 4e | |
| f | Low-income housing credit | 4f | |
| g | Historic rehabilitation credit | 4g | |
| h | Home energy efficiency credit plus solar heat credit | 4h | |
| i | Total credits | 4i | |
| 5 | Net income or loss from rental real estate | 5 | |
| 6 | Net income or loss from other rental activity | 6 | |
| 7 | Interest from U.S. obligations | 7 | |
| 8 | Interest from Massachusetts banks | 8 | |
| 9 | Other interest and dividend income | 9 | |
| 10 | Non-Massachusetts state and municipal bond interest | 10 | |
| 11 | Royalty income | 11 | |
| 12 | Other income | 12 | |
| 13 | Short-term capital gains | 13 | |
| 14 | Short-term capital losses | 14 | |
| 15 | Gain on trade or business property | 15 | |
| 16 | Loss on trade or business property | 16 | |

CONFIDENTIAL

DMC 05549



**2005 Schedule SK-1, page 2**
MA0509121030

Shareholder's Massachusetts Information
04-3564332
DIRECT MARKETING CONCEPTS, INC.

| | | | |
|---|---|---|---|
| 17 | Long-term capital gain or loss | 17 | |
| 18 | Net gain or loss under Section 1231 | 18 | |
| 19 | Other long-term gains and losses | 19 | |
| 20 | Long-term gains on collectibles | 20 | |
| 21 | Differences and adjustments | 21 | |

**Shareholder's Basis Information**

| | | | |
|---|---|---|---|
| 22 | Taxpayer's beginning information | | |
| | a Date of the federal basis | 22a | |
| | b Number of shares owned | 22b | |
| | c Shareholder's percentage of stock ownership | 22c | 0.500000 |
| | d Dollar value of basis as of the date in line 22a | 22d | |
| 23 | Massachusetts basis at the beginning of the tax year | | |
| | a Stock | 23a | 356429 |
| | b Indebtedness | 23b | 0 |
| 24 | Net Massachusetts adjustments | | |
| | a Stock | 24a | 27755 |
| | b Indebtedness | 24b | 0 |
| 25 | Net federal adjustment | | |
| | a Stock | 25a | 35987 |
| | b Indebtedness | 25b | |
| 26 | Massachusetts year-end basis | | |
| | a Stock | 26a | 384184 |
| | b Indebtedness | 26b | 0 |

CONFIDENTIAL

DMC 05550

## Shareholder's Basis Statement

2005

Note to Shareholder: Keep for your records.

Shareholder's name
ROBERT A. MAIHOS

Identifying Number
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

Corporation's name
DIRECT MARKETING CONCEPTS, IN

Employer I.D. Number
04-3564332

Special ordering election under Reg. Section 1.1367-1(f) has been made ........................ ▶ ☐

## Part I — Stock Basis

| | | | |
|---|---|---|---:|
| 1 | Beginning of year stock basis ................................................... | 1 | 0. |
| 2 | Capital contributions ............................................................ | 2 | |
| 3 | Massachusetts income items ................................................... | 3 | 60,518. |
| 4 | Add lines 1 through 3 ........................................................... | 4 | 60,518. |
| 5 | Distributions (not to exceed line 4) ........................................... | 5 | 14,906. |
| 6 | Subtract line 5 from line 4 .................................................... | 6 | 45,612. |
| 7 | ☐ Loss items (not to exceed line 6) or<br>☒ Nondeductible expenses (not to exceed line 6) .......................... | 7 | 29,247. |
| 8 | Subtract line 7 from line 6 .................................................... | 8 | 16,365. |
| 9 | ☐ Nondeductible expenses (not to exceed line 8) or<br>☒ Loss items (not to exceed line 8) ...................................... | 9 | 0. |
| 10 | Subtract line 9 from line 8 .................................................... | 10 | 16,365. |
| 11 | Loan basis restoration .......................................................... | 11 | 0. |
| 12 | End of year stock basis (subtract line 11 from line 10) ..................... | 12 | 16,365. |

## Part II — Loan Balance

| | | | |
|---|---|---|---:|
| 13 | Beginning of year loan balance ................................................ | 13 | 0. |
| 14 | Current year loans to corporation ............................................. | 14 | |
| 15 | Loan repayments ................................................................ | 15 | |
| 16 | End of year loan balance ....................................................... | 16 | 0. |

## Part III — Loan Basis

| | | | |
|---|---|---|---:|
| 17 | Beginning of year loan basis ................................................... | 17 | 0. |
| 18 | Loan basis restoration .......................................................... | 18 | 0. |
| 19 | Current year loans to corporation ............................................. | 19 | |
| 20 | Add lines 17 through 19 ........................................................ | 20 | 0. |
| 21 | Loan repayments (not to exceed line 20) ...................................... | 21 | 0. |
| 22 | Subtract line 21 from line 20 .................................................. | 22 | 0. |
| 23 | ☐ Excess loss items (not to exceed line 22) or<br>☒ Excess nondeductible expense items (not to exceed line 22) ............... | 23 | 0. |
| 24 | Subtract line 23 from line 22 .................................................. | 24 | 0. |
| 25 | ☐ Excess nondeductible expense items (not to exceed line 24) or<br>☒ Excess loss items (not to exceed line 24) ............................... | 25 | 0. |
| 26 | End of year loan basis (subtract line 25 from line 24) ...................... | 26 | 0. |

## Part IV — Total Basis

| | | | |
|---|---|---|---:|
| 27 | Total end of year stock basis and loan basis ................................. | 27 | 16,365. |

## Part V — Loss Carryovers

| | | | |
|---|---|---|---:|
| 28 | Loss items carried over to next year .......................................... | 28 | 0. |
| 29 | Nondeductible expense items carried over to next year ........................ | 29 | 0. |

MASW4201.SCR  12/28/05

CONFIDENTIAL

DMC 05551

## Shareholder's Basis Statement                    2005
Note to Shareholder: Keep for your records.

| Shareholder's name | Identifying Number |
|---|---|
| DONALD W. BARRETT, JR. | 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 |
| Corporation's name | Employer I.D. Number |
| DIRECT MARKETING CONCEPTS, IN | 04-3564332 |

Special ordering election under Reg. Section 1.1367-1(f) has been made ......................... ▶ ☐

## Part I — Stock Basis

| | | | |
|---|---|---|---:|
| 1 | Beginning of year stock basis ................................................. | 1 | 356,429. |
| 2 | Capital contributions ........................................................ | 2 | |
| 3 | Massachusetts income items ................................................... | 3 | 60,519. |
| 4 | Add lines 1 through 3 ........................................................ | 4 | 416,948. |
| 5 | Distributions (not to exceed line 4) ......................................... | 5 | 14,906. |
| 6 | Subtract line 5 from line 4 .................................................. | 6 | 402,042. |
| 7 | ☐ Loss items (not to exceed line 6) **or** ☒ Nondeductible expenses (not to exceed line 6) ... | 7 | 17,858. |
| 8 | Subtract line 7 from line 6 .................................................. | 8 | 384,184. |
| 9 | ☐ Nondeductible expenses (not to exceed line 8) **or** ☒ Loss items (not to exceed line 8) .... | 9 | 0. |
| 10 | Subtract line 9 from line 8 ................................................. | 10 | 384,184. |
| 11 | Loan basis restoration ...................................................... | 11 | 0. |
| 12 | End of year stock basis (subtract line 11 from line 10) ..................... | 12 | 384,184. |

## Part II — Loan Balance

| | | | |
|---|---|---|---:|
| 13 | Beginning of year loan balance .............................................. | 13 | |
| 14 | Current year loans to corporation ........................................... | 14 | |
| 15 | Loan repayments ............................................................. | 15 | |
| 16 | End of year loan balance .................................................... | 16 | |

## Part III — Loan Basis

| | | | |
|---|---|---|---:|
| 17 | Beginning of year loan basis ................................................ | 17 | 0. |
| 18 | Loan basis restoration ...................................................... | 18 | 0. |
| 19 | Current year loans to corporation ........................................... | 19 | |
| 20 | Add lines 17 through 19 ..................................................... | 20 | 0. |
| 21 | Loan repayments (not to exceed line 20) ..................................... | 21 | 0. |
| 22 | Subtract line 21 from line 20 ............................................... | 22 | 0. |
| 23 | ☐ Excess loss items (not to exceed line 22) **or** ☒ Excess nondeductible expense items (not to exceed line 22) ............... | 23 | 0. |
| 24 | Subtract line 23 from line 22 ............................................... | 24 | 0. |
| 25 | ☐ Excess nondeductible expense items (not to exceed line 24) **or** ☒ Excess loss items (not to exceed line 24) ............... | 25 | 0. |
| 26 | End of year loan basis (subtract line 25 from line 24) ...................... | 26 | 0. |

## Part IV — Total Basis

| | | | |
|---|---|---|---:|
| 27 | Total end of year stock basis and loan basis ................................ | 27 | 384,184. |

## Part V — Loss Carryovers

| | | | |
|---|---|---|---:|
| 28 | Loss items carried over to next year ........................................ | 28 | 0. |
| 29 | Nondeductible expense items carried over to next year ....................... | 29 | 0. |

MASW4201.SCR  12/28/05

CONFIDENTIAL

DMC 05552

DIRECT MARKETING CONCEPTS, INC.                    04-3564332                              1

Report of Distributive Share Items
**Shareholder Distributions**

| Shareholder | -1-<br>MA Ord<br>Income | | | | |
|---|---|---|---|---|---|
| ROBERT A. MAIHOS | 60,518. | | | | |
| DONALD W. BARRETT, JR. | 60,519. | | | | |

Total                                121,037.

CONFIDENTIAL                                      DMC 05553

88-12-00018



### Form M-2220
### Underpayment of Massachusetts
### Estimated Tax by Corporations

**2005**

**Massachusetts**
**Department of**
**Revenue**

---

**Enclose this form with your return. Please print in ink or type.**

| Name of corporation | Federal Identification number |
|---|---|
| DIRECT MARKETING CONCEPTS, INC. | 04-3564332 |

Check type of return to be filed:  ☐ 355  ☐ 355C  ☒ 355S  ☐ Other .......  _____

## Figuring your underpayment. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | 2005 tax (from line 20, Forms 355 or 355C; line 23, Form 355S; or line 6, Form SBC). Commercial banks, insurance companies, and public service companies enter total excise due from return ........................ | | | | 11,229. |
| 2 | Enter 90% of line 1 .................................................................................... | | | | 10,106. |
| 3 | Enter 90% of 2005 tax using 2004 income apportionment percentage | | | | |
| 4 | Enter 2004 tax (from line 18, 2004 Forms 355 or 355C; line 21, 2004 Form 355S; or line 6, 2004 Form SBC). Large corporations or short taxable year corporations, see instructions ........................................... | | | | 62,906. |
| 5 | Enter line 2, 3 or 4, whichever is smallest ................................................................ | | | | 10,106. |

| | | a 03/15/05 | b 06/15/05 | c 09/15/05 | d 12/15/05 |
|---|---|---|---|---|---|
| 6 | Enter in columns a through d (respectively) the installment dates of the 15th day of the 3rd, 6th, 9th and 12th months of your taxable year ................................ ▶ | a 03/15/05 | b 06/15/05 | c 09/15/05 | d 12/15/05 |
| 7 | Enter in column a line 5 x 40%<br>Enter in column b line 5 x 25%<br>Enter in column c line 5 x 25%<br>Enter in column d line 5 x 10% ............. | 4,042. | 2,527. | 2,527. | 1,010. |

If you are a new corporation, ☐ check
and see instructions.

| | | | | | |
|---|---|---|---|---|---|
| 8 | Amount paid or credited for each period ..... | | | | |
| 9 | Overpayment of previous installment ........ | | | | |
| 10 | Total. Add lines 8 and 9 ................... | | | | |
| 11 | Overpayment. Subtract line 7 from line 10 ... | | | | |
| 12 | Underpayment. Subtract line 10 from line 7 .. | 4,042. | 2,527. | 2,527. | 1,010. |

Complete page 2 to calculate underpayment penalty.

MACZ1012  12/19/05

DMC 05554

CONFIDENTIAL

DIRECT MARKETING CONCEPTS, INC.                          04-3564332

88-12-00018  Form M-2220                                                    Page 2

## Figuring your underpayment penalty

| | | a 03/15/05 | b 06/15/05 | c 09/15/05 | d 12/15/05 |
|---|---|---|---|---|---|
| | Enter same installment dates used in line 6 . . . . . . . . . . . . . . . . . . . . . ▶ | | | | |
| 13 | Amount of underpayment from line 12 . . . . . . | 4,042. | 2,527. | 2,527. | 1,010. |
| 14 | Enter the date of payment or the 15th day of the 3rd month after the close of the taxable year, whichever is earlier . . . . . . . | 03/15/06 | 03/15/06 | 03/15/06 | 03/15/06 |
| 15 | Number of days from due date of installment to the date shown in line 14 . . . . . . | 365 | 273 | 181 | 90 |
| 16 | Number of days in line 15 after 3/15/05 and before 4/1/05 . . . . . . . . . . . . . . . . . . . . | 16 | | | |
| 17 | Number of days in line 15 after 3/31/05 and before 7/1/05 . . . . . . . . . . . . . . . . . . . . | 91 | 15 | | |
| 18 | Number of days in line 15 after 6/30/05 and before 10/1/05 . . . . . . . . . . . . . . . . . . | 92 | 92 | 15 | |
| 19 | Number of days in line 15 after 9/30/05 and before 1/1/06 . . . . . . . . . . . . . . . . . . . . | 92 | 92 | 92 | 16 |
| 20 | Number of days in line 15 after 12/31/05 and before 4/1/06 . . . . . . . . . . . . . . . . . . . . | 74 | 74 | 74 | 74 |
| 21 | Number of days in line 15 after 3/31/06 and before 7/1/06 . . . . . . . . . . . . . . . . . . . . | | | | |
| 22 | Number of days in line 15 after 6/30/06 and before 10/1/06 . . . . . . . . . . . . . . . . . . . . | | | | |
| 23 | Number of days in line 15 after 9/30/06 and before 1/1/07 . . . . . . . . . . . . . . . . . . . . | | | | |
| 24 | Number of days in line 15 after 12/31/06 and before 2/16/07 . . . . . . . . . . . . . . . . . . | | | | |
| 25 | Underpayment in line 13 x (number of days in line 16 ÷ 365) x 6% . . . . . . . . . . . . . | 11. | | | |
| 26 | Underpayment in line 13 x (number of days in line 17 ÷ 365) x 7% . . . . . . . . . . . . . | 71. | 7. | | |
| 27 | Underpayment in line 13 x (number of days in line 18 ÷ 365) x 7% . . . . . . . . . . . . . | 71. | 45. | 7. | |
| 28 | Underpayment in line 13 x (number of days in line 19 ÷ 365) x 8% . . . . . . . . . . . . . | 82. | 51. | 51. | 4. |
| 29 | Underpayment in line 13 x (number of days in line 20 ÷ 365) x 8% . . . . . . . . . . . . . | 66. | 41. | 41. | 16. |
| 30 | Underpayment in line 13 x (number of days in line 21 ÷ 365) x  * _____ % . . . . . . . . | | | | |
| 31 | Underpayment in line 13 x (number of days in line 22 ÷ 365) x  * _____ % . . . . . . . . | | | | |
| 32 | Underpayment in line 13 x (number of days in line 23 ÷ 365) x  * _____ % . . . . . . . . | | | | |
| 33 | Underpayment in line 13 x (number of days in line 24 ÷ 365) x  * _____ % . . . . . . . . | | | | |
| 34 | Add lines 25 through 33 . . . . . . . . . . . . . . . . . . | 301. | 144. | 99. | 20. |
| 35 | Total of amounts shown in line 34. Enter this amount in line 30 of the excise calculation of Form 355 or Form 355C; line 33 of Form 355S; line 14 of Form 355SBC; or line 26 of Form 355SC . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | | | 564. |

*Rate to be determined.

CONFIDENTIAL

MACZ1012  12/19/05

DMC 05555

--------------------------------- Detach Here ---------------------------------

88-12-00018

## Form 355-7004      Application for Corporate Extension — 2005      **Massachusetts Department of Revenue**

| Federal Identification number | Is the corporation incorporated in Massachusetts | | Period end date | Amount enclosed | |
|---|---|---|---|---|---|
| 04-3564332 | [X] Yes | [ ] No | 12/31/2005 | | 65,000. |

| Business name | Type of extension being applied for | |
|---|---|---|
| DIRECT MARKETING CONCEPTS, INC. | [X] **a** Automatic six-month | [ ] **b** Extension until |

| Street address | City/Town | State | Zip |
|---|---|---|---|
| 55 CHERRY HILL DRIVE | BEVERLY | MA | 01915-1068 |

Sign here. Under penalties of perjury, I declare that to the best of my knowledge and belief this return and enclosures are true, correct and complete.

| Signature of officer or agent | Signature of paid preparer | Date |
|---|---|---|
| | | 03/15/06 |

| Employer Identification number of paid preparer | Social Security number or PTIN of paid preparer |
|---|---|
| | P43183937 |

LEO H. BONARRIGO CPA
268 SUMMER STREET, 6TH FLOOR
BOSTON         MA  02210

MACZ0812  12/16/05

DMC 05556

CONFIDENTIAL

88-12-00018



**Form M-8453C**
**Corporate Tax Declaration**
**for Electronic Filing**

**2005**
Massachusetts
Department of
Revenue

| Please print or type. Privacy Act Notice available upon request. For the year January 1 - December 31, 2005. | |
|---|---|
| Corporation name<br>DIRECT MARKETING CONCEPTS, INC. | Declaration control number<br>☐ ☐ — ☐ — ☐ ☐ — ☐ |
| Mailing address<br>55 CHERRY HILL DRIVE | Federal Identification number<br>04-3564332 |
| City/Town          State   Zip<br>BEVERLY            MA   01915-1068 | Form filed:  ☐ 355  ☐ 355C  ☒ 355S  ☐ 355SC |

## Part 1.  Tax Return Information for Electronic Filing

| | | | |
|---|---|---|---|
| **1** | Excise due before credits (from Form 355 or 355C, line 5; Form 355S, line 8; or Form 355SC, line 7) ......... | **1** | 11,229. |
| **2** | Total credits (from Form 355 or 355C, line 17; Form 355S, line 20; or Form 355SC, line 13) ................. | **2** | |
| **3** | Excise due before voluntary contributions (from Form 355 or 355C, line 20; Form 355S, line 23; or Form 355SC, line 16) ...................................................................................... | **3** | 11,229. |
| **4** | Overpayment amount (from Form 355 or 355C, line 26; Form 355S, line 29; or Form 355SC, line 22) ......... | **4** | 53,771. |
| **5** | Tax due (from Form 355 or 355C, line 29; Form 355S, line 32; or Form 355SC, line 25) ..................... | **5** | |

## Part 2.  Tax Return Information for Extension

| | | | |
|---|---|---|---|
| **1** | Tax payments made. Enter the total of lines 23 through line 25 from Form 355 or 355C; the total of lines 26 through 28 from Form 355S; or the total of lines 19 through 21 from Form 355SC ........................ | **1** | 65,000. |

## Part 3.  Declaration and Signature of Taxpayer

Under pains and penalties of perjury, I declare that I have reviewed the information on my return with the information I have provided to my Electronic Return Originator and that the amounts above agree with the amounts shown on my 2005 Massachusetts return. To the best of my knowledge and belief this information is true, correct and complete. I consent that my return, including this declaration and accompanying schedules, forms and statements be sent to the Massachusetts Department of Revenue by my Electronic Return Originator. I authorize DOR to inform my Electronic Return Originator and/or the transmitter when my electronic return has been accepted. In the event that it is rejected, I authorize DOR to identify the reasons for rejection so that the return can be corrected and re-transmitted. If I have filed a balance due return, I understand that if DOR does not receive full and timely payment of my tax liability, I will remain liable for the tax liability and all applicable penalties and interest.

| | |
|---|---|
| Your signature | Date |

## Part 4.  Declaration and Signature of Electronic Return Originator (ERO)

I declare that I have reviewed the above taxpayer's return and that the entries on this M-8453C are complete and correct to the best of my knowledge. (Collectors are not responsible for reviewing the taxpayer's return; however, they must ensure that the M-8453C accurately reflects the data on the return). I have obtained the taxpayer's signature before submitting this return to the Massachusetts Department of Revenue. I have provided the taxpayer with a copy of all forms and information filed with the Massachusetts Department of Revenue. If I am also the paid preparer, under pains and penalties of perjury I declare that I have examined the above taxpayer's return and accompanying schedules and statements and to the best of my knowledge and belief, they are true, correct and complete. I declare that I have verified the taxpayer's proof of account and it agrees with the name(s) shown on this form. This declaration of paid preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

| ERO's signature and SSN or PTIN<br>P43183937 | Date<br>09/15/2006 | EIN<br>04-3183937- | ☒ Check if<br>self-employed |
|---|---|---|---|
| Firm name (or yours, if self-employed) and address<br>LEO H. BONARRIGO CPA<br>268 SUMMER STREET, 6TH FLOOR<br>BOSTON | City/Town | State<br>MA | Zip<br>02210 | ☒ Check if also<br>paid preparer |

## Part 5.  Declaration and Signature of Paid Preparer (if other than ERO)

Under pains and penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief it is true, correct and complete. This declaration of paid preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

| Paid preparer's signature and SSN or PTIN | Date | EIN | ☐ Check if<br>self-employed |
|---|---|---|---|
| Firm name (or yours, if self-employed) and address | City/Town | State | Zip | |

MACZ0101   12/02/05



CONFIDENTIAL

DMC 05557