UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC., <br><br> Plaintiff, <br><br> v. <br><br> HEALTHY SOLUTIONS, LLC., ET. AL., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) |
| CAPPSEALS, INC., <br><br> Plaintiff-in-Intervention <br><br> v. <br><br> HEALTHY SOLUTIONS, LLC., D/B/A DIRECT BUSINESS CONCEPTS; ITV DIRECT, INC. AND DIRECT FULFILLMENT, LLC. <br><br> Intervenor-Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C. A. No. 04-CV10421-JLT <br> (DEIN, J) |

**CAPPSEALS, INC.'S REPLY TO THE ITV PARTIES'
OPPOSITION TO CAPPSEALS' MOTION FOR SANCTIONS
UNDER 28 U.S.C. § 1927 AND THE INHERENT POWERS OF THE COURT**

**EXHIBIT 1, PART 4**

ME1 952710v.1

## Massachusetts S Corporation Information Worksheet    2005
➤ Keep for your records

### Part I — Identifying Information

Employer Identification Number ... 04-3564332
Name ............................ DIRECT MARKETING CONCEPTS, INC.
Address ......................... 55 CHERRY HILL DRIVE
City ............................ BEVERLY        State .... MA   ZIP Code .. 01915-1068
Telephone ....................... (978) 299-2202
**Principal Business Address in Massachusetts:**   [X] Check if same as above
Address ......................... 55 CHERRY HILL DRIVE
City ............................ BEVERLY        State .... MA   ZIP Code .. 01915-1068

### Part II — Information Needed to Complete Massachusetts Return

**Check Type of Return**
[X] Domestic - Form 355S
[ ] Foreign  - Form 355S

**Check Type of Annual Report**
[ ] Nonprofit Corporation Annual Report
[X] Annual Report for Domestic and Foreign Corporations
[ ] Annual Report for Professional and Foreign Prof Corporations

### Part III — Tax Year Information

[X] Calendar year
[ ] Fiscal year — Ending month .............. ____
[ ] Short year — Beginning date .............. _____   Ending date ........ _____

[ ] Check if enrolled in the electronic funds transfer program.

### Part IV — 2005 Massachusetts Estimated Tax Paid

Overpayment from prior year ...................................................... _____

| Payment Quarters | Due Date | Actual Payment Date | Amount Paid |
|---|---|---|---|
| First Quarter Payment | 03/15/05 | | |
| Second Quarter Payment | 06/15/05 | | |
| Third Quarter Payment | 09/15/05 | | |
| Fourth Quarter Payment | 12/15/05 | | |
| Additional Payment 1 | | | |
| Additional Payment 2 | | | |
| Additional Payment 3 | | | |
| Additional Payment 4 | | | |

### Part V — SK-1 Information

**SK-1 Rounding Options**
Distribute the rounding difference to SK-1 with the largest percentage ................ ➤ [X]
Distribute the rounding difference among SK-1's ........................................ ➤ [ ]
Do not distribute the rounding difference to any SK-1 ................................. ➤ [ ]
**Print Schedules SK-1 with tax return?**
Check here to print Schedule SK-1 with the tax return ................................. ➤ [X]
Check here NOT to print Schedule SK-1 with the tax return ............................. ➤ [ ]

CONFIDENTIAL            DMC 05558

### Part VI — Electronic Filing Information

The state return will be filed electronically ................................................. ► [X]
Enter the date return was EFiled ................................................. ► 09/15/2006
Date return was accepted by the state ................................................. ►
Enter the date Form 355S-PV was given to the client ................................................. ►
Enter the name of the signing officer ..................... ROBERT MAIHOS

### Part VII — Electronic Funds Withdrawal Information

1 Do you want electronic funds withdrawal of state tax payment (EF Only)? .... ► Yes [ ]   No [X]

If you selected to pay your taxes from this return or extension via Electronic Funds Withdrawal: *(See help)*

Name of Financial Institution (optional) ........ ► BEVERLY NATIONAL BANK
Check the appropriate box:
Checking ................................... ► [X]    Routing number ............... ► 011302768
Savings .................................... ► [ ]    Account number .. ► 2800021586
Enter the payment date to withdraw from the account above ........................... ► 09/15/2006
State balance-due amount from this return ................................................. ►

2 Check if enrolled and selecting to make this payment via the Electronic Funds Transfer Program
on the State of Massachusetts web site *(see help)* ................................. ► Yes [ ]   No [X]

### Part VIII — Extension Status

**First Extension** will be filed electronically ................................................. ► [X]
Extended due date for first extension ................................................. 09/15/06
Filing first extension? ........................ [X] Yes [ ] No  Filing date ............... 03/15/06
1st. extension accepted by Massachusetts? ... [X] Yes [ ] No  Acceptance date .......... 03/15/06
**QuickZoom** to Form 355-7004: Application for Extension of Time to File (First Extension) .. ►

Extended due date for second extension ................................................. 
Filing second extension? ...................... [ ] Yes [X] No  Filing date ...............
**QuickZoom** to Form 355-7004: Application for Extension of Time to File (Second Extension) ►

**Important: If a second extension must be filed electronically, you must file it through the Massachusetts
Department of Revenue Web site. See help for more information and the Web site address.**

**QuickZoom** here to Form 355S, page 1 ................................................. ►

MASW0101.SCR  12/27/05

CONFIDENTIAL

DMC 05559

DIRECT MARKETING CONCEPTS, INC.                                04-3564332                                    1

Schedule A, Line 17
**Line 17 Stmt**

| Other Assets: | End of tax year |
|---|---|
| DEPOSITS AND INTANGIBLE ASSETS | 640,768. |
| EMPLOYEE ADVANCES | 25,000. |
| Intangible Assets | 18. |
| Total | 665,786. |

Schedule A, Line 24
**Line 24 Stmt**

| Miscellaneous Current Liabilities: | End of tax year |
|---|---|
| MASSACHUSETTS CORPORATE EXCISE TAX | 11,229. |
| Total | 11,229. |

Schedule S, Part III, Line 24 - Subtractions
**Other Adjustments**

| | |
|---|---|
| FEDERAL JOB CREATION DEPRECIATION ADJ | 27694 |
| Total | 27694 |

Stock and Loan Basis Information
**Basis Information**

| | Stock Basis | Loan Balance | Loan Basis |
|---|---|---|---|
| 1 Shareholder...... ROBERT A. MAIHOS | | | |
| Check if special ordering election made ► | | | |
| Beginning balance | 0. | 0. | 0. |
| Stock/loan contributions | | | |
| Loan repayments to shareholder | | | |
| Carryover losses from prior years | 0. | | |
| Carryover nondeductible expenses | 11,389. | | |
| QuickZoom to Basis Computation ► | | | |
| 2 Shareholder...... DONALD W. BARRETT, JR. | | | |
| Check if special ordering election made ► | | | |
| Beginning balance | 356,429. | | 0. |
| Stock/loan contributions | | | |
| Loan repayments to shareholder | | | |
| Carryover losses from prior years | 0. | | |
| Carryover nondeductible expenses | 0. | | |
| QuickZoom to Basis Computation ► | | | |

CONFIDENTIAL                    DMC 05560