UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC.,<br><br>       Plaintiff,<br><br>v.<br><br>HEALTHY SOLUTIONS, LLC, ET. AL.,<br><br>       Defendants.<br><br>CAPPSEALS, INC.,<br><br>       Plaintiff-in-Intervention<br><br>v.<br><br>HEALTHY SOLUTIONS, LLC., D/B/A DIRECT BUSINESS CONCEPTS; ITV DIRECT, INC. AND DIRECT FULFILLMENT, LLC.<br><br>       Intervenor-Defendants. | C. A. No. 04-CV10421-JLT<br>(DEIN, J) |

**CAPPSEALS, INC.'S REPLY TO THE ITV PARTIES'
OPPOSITION TO CAPPSEALS' MOTION FOR SANCTIONS
UNDER 28 U.S.C. § 1927 AND THE INHERENT POWERS OF THE COURT**

**EXHIBIT 2**



# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

**DBRM, LLC Summary Screen**

Help with this form

[Request a Certificate]

| | |
|---|---|
| The exact name of the Domestic Limited Liability Company (LLC): | DBRM, LLC |
| Entity Type: | Domestic Limited Liability Company (LLC) |
| Identification Number: | 000936625 |
| Date of Organization in Massachusetts: | 10/31/2006 |

**The location of its principal office:**
No. and Street: 7 TALL TREE DRIVE
City or Town: BEVERLY    State: MA    Zip: 01915    Country: USA

**If the business entity is organized wholly to do business outside Massachusetts, the location of that office:**
No. and Street:
City or Town:    State:    Zip:    Country:

**The name and address of the Resident Agent:**
Name: ROBERT A. MAIHOS
No. and Street: 9 TALL TREE DRIVE
City or Town: BEVERLY    State: MA    Zip: 01915    Country: USA

**The name and business address of each manager:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| MANAGER | DONALD W. BARRETT JR. | 7 TALL TREE DRIVE<br>BEVERLY, MA 01915 USA |

**The name and business address of the person in addition to the manager, who is authorized to execute documents to be filed with the Corporations Division.**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| SOC SIGNATORY | ROBERT A. MAIHOS | 9 TALL TREE DR.<br>BEVERLY, MA 01915 USA |

**The name and business address of the person(s) authorized to execute, acknowledge, deliver and record any recordable instrument purporting to affect an interest in real property**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| REAL PROPERTY | DONALD W. BARRETT JR. | 7 TALL TREE DRIVE<br>BEVERLY, MA 01915 USA |

\_\_ Consent   \_\_ Manufacturer   \_\_ Confidential Data   \_\_ Does Not Require Annual Report

\_\_ Partnership   **X** Resident Agent   \_\_ For Profit   \_\_ Merger Allowed

**Select a type of filing from below to view this business entity filings:**

```
ALL FILINGS
Annual Report
Articles of Entity Conversion
Certificate of Amendment
Certificate of Cancellation
```

[ View Filings ]   [ New Search ]

**Comments**

© 2001 - 2006 Commonwealth of Massachusetts
All Rights Reserved

Help

MA SOC   Filing Number: 200658857870   Date: 10/31/2006 3:17 PM



# The Commonwealth of Massachusetts
## William Francis Galvin

Minimium Fee: $500.00

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

### Certificate of Organization
(General Laws, Chapter )

Federal Employer Identification Number: 000936625 *(must be 9 digits)*

**1. The exact name of the limited liability company is:** DBRM, LLC

**2a. Location of its principal office:**
No. and Street:   7 TALL TREE DRIVE
City or Town:   BEVERLY   State: MA   Zip: 01915   Country: USA

**2b. Street address of the office in the Commonwealth at which the records will be maintained:**
No. and Street:   7 TALL TREE DRIVE
City or Town:   BEVERLY   State: MA   Zip: 01915   Country: USA

**3. The general character of business, and if the limited liability company is organized to render professional service, the service to be rendered:**
DISTRIBUTION OF PRODUCTS AND SERIVES THROUGH NETWORK MARKETING.

**4. The latest date of dissolution, if specified:**

**5. Name and address of the Resident Agent:**
Name:   ROBERT A. MAIHOS
No. and Street:   9 TALL TREE DRIVE
City or Town:   BEVERLY   State: MA   Zip: 01915   Country: USA

**6. The name and business address of each manager:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| MANAGER | DONALD W. BARRETT JR. | 7 TALL TREE DRIVE<br>BEVERLY, MA 01915 USA |

**7. The name and business address of the person in addition to the manager, who is authorized to execute documents to be filed with the Corporations Division, and at least one person shall be named if there are no managers.**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| SOC SIGNATORY | ROBERT A. MAIHOS | 9 TALL TREE DR.<br>BEVERLY, MA 01915 USA |

**8. The name and business address of the person(s) authorized to execute, acknowledge, deliver and

record any recordable instrument purporting to affect an interest in real property:

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| REAL PROPERTY | DONALD W. BARRETT JR. | 7 TALL TREE DRIVE<br>BEVERLY, MA 01915 USA |

**9. Any additional matters the authorized persons determine to include therein:**

**SIGNED UNDER THE PENALTIES OF PERJURY, this 31 Day of October, 2006,**
/S/ MICHAEL SCIUCCO

*(The certificate must be signed by the person forming the LLC.)*

© 2001 - 2006 Commonwealth of Massachusetts
All Rights Reserved

MA SOC   Filing Number: 200658857870   Date: 10/31/2006 3:17 PM

# THE COMMONWEALTH OF MASSACHUSETTS

I hereby certify that, upon examination of this document, duly submitted to me, it appears that the provisions of the General Laws relative to corporations have been complied with, and I hereby approve said articles; and the filing fee having been paid, said articles are deemed to have been filed with me on:

October 31, 2006 3:17 PM

WILLIAM FRANCIS GALVIN

*Secretary of the Commonwealth*

0-4484-0