UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC., <br><br> Plaintiff, <br><br> v. <br><br> HEALTHY SOLUTIONS, LLC, ET. AL., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) |
| CAPPSEALS, INC., <br><br> Plaintiff-in-Intervention <br><br> v. <br><br> HEALTHY SOLUTIONS, LLC., D/B/A DIRECT BUSINESS CONCEPTS; ITV DIRECT, INC. AND DIRECT FULFILLMENT, LLC. <br><br> Intervenor-Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C. A. No. 04-CV10421-JLT (DEIN, J) |

**CAPPSEALS, INC.'S REPLY TO THE ITV PARTIES'
OPPOSITION TO CAPPSEALS' MOTION FOR SANCTIONS
<u>UNDER 28 U.S.C. § 1927 AND THE INHERENT POWERS OF THE COURT</u>**

**EXHIBIT 4**

ME1 952710v.1

# MLM RANKINGS

The Best Internet Resource for Ranking MLM and Home Business Opportunities by Public Interest

## Frequently Asked Questions

**What is the purpose of this site?**

To offer a representative list of MLMs and compare them based on public interest.

**How is public interest determined?**

By search queries done on the major search engines every thirty day period.

**Why do I see closed companies included in the list?**

Even closed companies will still generate residual searches by people looking for historical info on the company.

**Why post this information?**

We think this information is of general interest to people involved with MLM and home based businesses. Companies often post their own press releases and say things like 'Number One MLM in the Country' or claiming they have the most public 'buzz' about their products or service. Public interest through search engine queries is very difficult to manipulate.

**If a company ranks very high, or very low, does that mean they are good or bad?**

Public interest does not in any way represent the *quality* of the company, just the general buzz and penetration into the market by name recognition and general interest.

**Are you affiliated with any of the companies in this index?**

NO. MLMRankings.com is not affiliated with any MLM company and is not used as a marketing tool for any company. There are no external links to any of the companies listed, and no preference is given to any particular company.

We do not accept advertising from any company or service in the directory.

**MLM Rankings Home**

**All MLMs**

**Dropped MLMs**

**FAQ**

---

View Graphic Directory of MLM Companies

Select Company from Menu

| Select a Company ▼ |

| View Ranking Details |

Ads by Goooooogle

**Millionaire Methods**
If you want what millionaires have, do what they do. Affiliate
www.whyresidualincome.com/ojv

**Network Marketing Leaders**
Powerful new company formed to distribute patented hops extract
Discover-Xanthohumol.com

**MLM Alternative**
Unique system that blows away MLM. Serious inquiries only.
www.oneyearplan.net

**MLM Magnetic**
Learn to attract new mlm people End your marketing problems forever
www.bigbusinessmarketing.com

**Looking For An MLM Home?**
Haven't found a fit yet! The Right Company & The Right Team
www.minskyteam.com

Advertise on this site