UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC., <br><br>           Plaintiff, <br><br>   v. <br><br> HEALTHY SOLUTIONS, LLC, ET. AL., <br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| CAPPSEALS, INC., <br><br>           Plaintiff-in-<br>          Intervention <br><br>   v. <br><br> HEALTHY SOLUTIONS, LLC., D/B/A DIRECT BUSINESS CONCEPTS; ITV DIRECT, INC. AND DIRECT FULFILLMENT, LLC. <br><br>           Intervenor-<br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     C. A. No. 04-CV10421-JLT<br>           (DEIN, J) |

**CAPPSEALS, INC.'S REPLY TO THE ITV PARTIES'**
**OPPOSITION TO CAPPSEALS' MOTION FOR SANCTIONS**
**UNDER 28 U.S.C. § 1927 AND THE INHERENT POWERS OF THE COURT**

**EXHIBIT 5, PART 1**



55 EAST MONROE STREET · SUITE 4200
CHICAGO, ILLINOIS 60603-5803
AREA CODE (312) 346-8000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 2004

Invoice No. 962693
1843 35965 / 35965-000006
C3

Direct Marketing Concepts, Inc.
100 Cummings Center
Suite 506E
Beverly, MA 01915-6109
Attn:

For legal services rendered through the month of March 2004

**Supreme Greens Litigation**

| Date | Attorney/Paralegal | Hours | Description |
|------|--------------------|-------|-------------|
| 03/29/04 | M. Callahan | .50 | Conferences with C. Robertson regarding |

**Total Hours**     .50

**Total Fees**                                     180.00

**Total This Statement**                          $ 180.00

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



55 EAST MONROE STREET - SUITE 4200
CHICAGO, ILLINOIS 60603-5803
AREA CODE (312) 346-8000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 2004

Invoice No. 962693
1843 35965 / 35965-000006

Direct Marketing Concepts, Inc.
100 Cummings Center
Suite 506E
Beverly, MA 01915-6109
Attn:

## INVOICE SUMMARY

Total Fees                                          $ 180.00

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE MADE BY WIRE TO:  AMERICAN NATIONAL BANK & TRUST COMPANY
ACCOUNT NUMBER:  4036166
ABA NUMBER:  071000770

ITV 000702



55 EAST MONROE STREET - SUITE 4200
CHICAGO, ILLINOIS 60603-5803
AREA CODE (312) 346-8000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 2004

Invoice No. 993612
1843 35965 / 35965-000006
C3

Direct Marketing Concepts, Inc.
100 Cummings Center
Suite 506E
Beverly, MA 01915-6109
Attn:

For legal services rendered through the month of April 2004

**Supreme Greens Litigation**

| Date | Attorney/Paralegal | Hours | Description |
|------|--------------------|-------|-------------|
| 03/11/04 | C. Robertson | 0.60 | Telephone call with C. Pederson _____ ; review Supreme greens contract and correspondence in connection with dispute. |
| 03/11/04 | D. Tabacopoulos | 0.50 | Discussion with C. Robertson regarding |
| 03/12/04 | C. Robertson | 0.50 | Calls with E. Barrett and C. Pederson regarding _____ review FDA materials in connection with labeling. |
| 03/15/04 | C. Robertson | 0.60 | Review correspondence with counsel and with A. Guerrero regarding dispute over Supreme Greens receivables, trademarks and related matters. |
| 03/16/04 | C. Robertson | 3.10 | Telephone call from E. Barrett regarding _____ ; conference call with C. Pederson regarding _____ ; review and annotate correspondence regarding dispute; review website; call with D. Tabacopoulos in Los Angeles regarding _____ ; review contract between ITV and Healthy Solutions. |
| 03/19/04 | C. Robertson | 1.90 | Review new Essex County Complaint and motion for preliminary injunction and trustee process; review cases regarding |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

ITV 000703



CONFIDENTIAL

SEYFARTH SHAW LLP
ATTORNEYS

Direct Marketing Concepts, Inc.

Invoice No. 993612
1843 / 35965
Page 2

| Date | Attorney/Paralegal | Hours | Description |
|---|---|---|---|
| | | | ; review . |
| 03/19/04 | D. Tabacopoulos | 0.50 | Review Massachusetts complaint and accompanying correspondence; communications with C. Pederson regarding . |
| 03/21/04 | C. Robertson | 2.60 | Telephone call with B. Maihos and D. Barrett regarding research in connection with opposition to motion for preliminary injunction; call with P. Brooks regarding |
| 03/21/04 | P. Alley | 0.50 | Research on |
| 03/21/04 | P. Brooks | 2.00 | Review complaint and removal statute. Review cases. |
| 03/22/04 | C. Robertson | 7.80 | Prepare opposition to motion for preliminary injunction; prepare affidavit for B. Maihos in support of opposition; research and review cases regarding ; conference with P. Brooks regarding |
| 03/22/04 | D. Tabacopoulos | 0.50 | Telephone conference with C. Pederson regarding ; telephone conference with C. Robertson regarding |
| ~~03/22/04~~ | ~~D. Welding~~ | ~~0.70~~ | ~~Prepare materials for hearing.~~ |
| 03/22/04 | M. Callahan | 0.70 | Conferences with P. Brooks and C. Robertson regarding |
| 03/22/04 | P. Brooks | 2.70 | Review and revise affidavit and brief; review federal court cases. telephone to Bob and to PI. |
| 03/23/04 | C. Robertson | 5.20 | Telephone call with P. Brooks regarding ; call with B. Maihos regarding ; review website issues with Supreme Greens website and URL's; call with B. Maihos regarding , draft and forward proposed settlement agreement to B. Maihos and D. Barrett. |
| 03/23/04 | D. Tabacopoulos | 0.30 | Telephone conference with C. Robertson regarding |
| 03/23/04 | P. Brooks | 4.00 | Prepare for and attend hearing in Lawrence; conference with Robertson regarding |
| ~~03/24/04~~ | ~~C. Robertson~~ | ~~1.70~~ | ~~Review~~ ; telephone calls with B. Maihos and D. Barrett regarding ; review |
| 03/25/04 | C. Robertson | 0.80 | Review documents in connection with settlement discussions with Guerrero; review URL's for Supreme Greens; call with B. Maihos |

**SEYFARTH**
**ATTORNEYS  SHAW** LLP

Invoice No. 993612
1843 / 35965
Page 3

Direct Marketing Concepts, Inc.

| <u>Date</u> | <u>Attorney/Paralegal</u> | <u>Hours</u> | <u>Description</u> |
|------|-------------------|-------|-------------|
| | | | regarding : |
| 03/26/04 | C. Robertson | 1.20 | Review files sent by C. Pederson regarding ; review correspondence between counsel in connection with Supreme Greens dispute. |
| 03/29/04 | C. Robertson | 1.10 | Calls with T. Stanwood regarding ; edit and revise settlement agreement; calls with B. Maihos regarding |
| 03/30/04 | C. Robertson | 1.30 | Calls with T. Stanwood and B. Maihos regarding |
| 03/31/04 | C. Robertson | 0.40 | Telephone calls with T. Stanwood and B. Maihos regarding ; call with D. Tabacopoulos regarding |
| 03/31/04 | D. Tabacopoulos | 0.20 | Communications with C. Robertson regarding |
| 04/08/04 | B. Lazar | 0.30 | Conference with C. Robertson regarding |
| 04/08/04 | C. Larkin | 7.90 | Telephone conference with Mr. Robertson regarding ; review and analyze TRO papers and related documents; conference with Ms. Tabacopoulus, Mr. Kobulnick, and Mr. Delaney, regarding ; telephone conference with Mr. Robertson and Mr. Maihos regarding ; review and analyze amended Guerrero declaration; draft and revise memorandum of points and authorities in opposition to TRO; review memoranda from Mr. Kobulnick; review relevant legal authorities. |
| 04/08/04 | C. Robertson | 7.40 | Review motion for temporary restraining order filed by Healthy Solutions in California; review supporting declarations and documents in connection with motion; calls with D. Tabacopoulos and C. Larkin regarding ; call with B. Christianson regarding filing of motion, settlement discussions and FTC issues; calls with B. Maihos and D. Barrett regarding |
| 04/08/04 | D. Delaney | 8.00 | Conference with D. Tabacopoulos regarding: . Review ex parte documents, Guererro declaration. Meeting with C. Larkin, D. Tabacopoulos regarding: Research regarding: Conference with D. |


**SEYFARTH**
**ATTORNEYS SHAW** LLP

Direct Marketing Concepts, Inc.

Invoice No. 993612
1843 / 35965
Page 4

| Date | Attorney/Paralegal | Hours | Description |
|------|-------------------|-------|-------------|
| | | | Tabacopolous regarding:        .  Conference call with Boston office, B. Morhais regarding:                        Legal research regarding: 1 Prepare written analysis for opposition insert regarding:        Legal research regarding:   Prepare written analysis of same.  Legal research regarding:                            Telephone conference with Westlaw staff attorney regarding:                      Review case materials.  Prepare draft of consent to magistrate form.  Research regarding:   Review cases regarding:        . Prepare correspondence regarding: results of research. |
| 04/08/04 | D. Tabacopoulos | 9.50 | Review Healthy Solutions application for a TRO; contact with court and review court website regarding judge's TRO procedures; draft declaration for Robert Maihos                        meeting with C. Larkin, et al.; multiple telephone discussions with C. Robertson regarding        ; work on draft opposition; telephone discussion with plaintiff's counsel regarding whether ITV will consent to magistrate. |
| 04/08/04 | J. Kobulnick | 7.10 | Meeting with C. Larkin, D. Tabacopoulos, and D. Delaney regarding                        ; conference call with client regarding        ; legal research and draft memorandum to C. Larkin in support                    ; additional meeting with C. Larkin regarding        ; review draft Opposition to Motion for TRO. |
| 04/08/04 | K. Perrelli | 0.40 | Conference with C. Robertson regarding |
| 04/08/04 | M. Callahan | 0.70 | Conferences with C. Robertson; strategize on Supreme Greens case. |
| 04/09/04 | C. Larkin | 6.60 | Review correspondence from Mr. Delaney regarding                  · correspond with Mr. Delaney regarding same; 1                             ;; telephones conference with Mr. Robertson regarding                        ; draft and revise memorandum of points and authorities in opposition to motion for TRO; conferences with Ms. Tabacopoulos regarding                    .  review Geremesz declaration; correspond with Mr. Robertson regarding                                ; review correspondence from Mr. Robertson regarding |
| 04/09/04 | C. Robertson | 3.90 | Prepare and finalize opposition to TRO motion in California filed by Healthy Solutions; review opposition brief; review affidavits; calls with counsel in connection with opposition; review cases; review motion to intervene filed by Cappseals in Massachusetts; outline response; review cases regarding |

ITV 000706



SEYFARTH
ATTORNEYS
SHAW LLP

Invoice No. 993612
1843 / 35965
Page 5

Direct Marketing Concepts, Inc.

| **Date** | **Attorney/Paralegal** | **Hours** | **Description** |
|---|---|---|---|
| 04/09/04 | D. Delaney | 1.50 | Review correspondence from C. Larkin. Prepare correspondence to C. Larkin and D. Tabacopoulos regarding: Prepare follow-up correspondence to same regarding: Review correspondence from D. Tabacopoulos. Conference with D. Tabacopoulos regarding: . Conferences with C. Larkin, J. Kobulnick regarding: |
| 04/09/04 | D. Tabacopoulos | 5.00 | Multiple discussions with plaintiff's counsel regarding various; multiple discussions with Robert Maihos regarding ; multiple telephone discussions with C. Robertson regarding ; review and revise opposition papers; review declarations; multiple telephone discussions with court clerk regarding non-consent to magistrate; prepare non-consent forms; prepare notice of prior pending action; prepare certificate of interested parties; prepare correspondence to plaintiff's counsel regarding service of complaint. |
| 04/09/04 | D. Welding | 0.30 | Draft notice of appearances; draft cover letter for filing. |
| 04/09/04 | J. Kobulnick | 1.80 | Legal research regarding ; meeting with C. Larkin regarding ; discussion with D. Tabacopoulous regarding |
| 04/09/04 | K. Perrelli | 1.90 | Discuss case with C. Robertson for review materials for hearing. |
| 04/09/04 | M. Callahan | 0.60 | Supreme Greens - Conferences with P. Brooks and C. Robertson regarding |
| 04/09/04 | O. Golinder | 0.30 | Conference with C. Robertson regarding ; telephone conference with clerk regarding memorandum of decision; receipt of the decision; distribute copies of the decision. |
| 04/11/04 | D. Tabacopoulos | 2.00 | Multiple telephone discussions with B. Maihos regarding ; ; review and revise all papers for filing |
| 04/12/04 | C. Larkin | 0.60 | Review correspondence from Mr. Robertson regarding ; revise draft Robertson declaration; telephone conference with Mr. Robertson regarding |
| 04/12/04 | C. Robertson | 8.70 | Finalize opposition to motion for TRO in California litigation; calls with CA counsel regarding ; draft affidavits and review briefs in connection with TRO application; draft opposition to motion for TRO filed by Cappseals in Massachusetts case; research and review cases in connection with |



Direct Marketing Concepts, Inc.

| Date | Attorney/Paralegal | Hours | Description |
|---|---|---|---|
| | | | ; conference with P. Brooks regarding ; conference with K. Perrelli regarding : |
| 04/12/04 | D. Tabacopoulos | 3.80 | Telephone discussion with B. Maïhos regarding ; multiple telephone discussions with Todd Stanwood and Scott Stanwood regarding revise Stanwood declaration per discussion with T. Stanwood; multiple telephone discussions with C. Robertson regarding review and revise Robertson declaration; finalize opposition papers; telephone discussion with court clerk regarding filing of opposition papers to TRO. |
| 04/12/04 | D. Welding | 0.70 | (Cappseals) Review and edit opposition to motion for temporary restraining order and request for sanctions. |
| 04/12/04 | J. Kobulnick | 0.40 | Revise Memorandum or Points and Authorities in Opposition to Motion for TRO and check case authorities cited therein. |
| 04/12/04 | J. Kobulnick | 3.80 | Draft Motion to Dismiss or in the Alternative to Transfer Venue. |
| 04/13/04 | C. Larkin | 1.30 | Conference with Mr. Kobulnick and Ms. Tabacopoulos regarding ; review plaintiffs' reply on motion for TRO; conference with Mr. Kobulnick and Mr. Robertson regarding ; conference with Mr. Robertson regarding |
| 04/13/04 | C. Robertson | 1.70 | Meet with C. Larkin and D. Tabacopoulos in connection with ; review briefs, cases and affidavits in connection with opposition. |
| 04/13/04 | D. Tabacopoulos | 1.70 | Discussion with C. Robertson regarding ; review Healthy Solutions reply brief; telephone discussion with clerk regarding ITV's opposition to application for TRO; review and revise 12(b)(3) motion. |
| 04/13/04 | J. Kobulnick | 6.40 | Revise Motion to Dismiss or in the Alternative to Transfer Venue; meeting with D. Tabacopoulos and consulted local court rules and specific judge procedures regarding ; meeting with C. Robertson and conference call to C. Pedersen; review fax correspondence from C. Pedersen in support of motion; draft Declaration of W. Norman in support of motion; several telephone calls to opposing counsel (left messages) pursuant to Local Rule requirement to meet and confer before filing motions; several meetings with D. Tabacopoulos regarding telephone conference with client regarding and draft declaration of R. Maïhos. |

CONFIDENTIAL



Invoice No. 993612
1843 / 35965
Page 7

Direct Marketing Concepts, Inc.

| Date | Attorney/Paralegal | Hours | Description |
|------|--------------------|-------|-------------|
| 04/13/04 | K. Perrelli | 0.50 | Begin review of materials; telephone conference with C. Robertson. |
| 04/13/04 | O. Golinder | 0.80 | Prepare documents for electronic filing; electronically file opposition to TRO motion. |
| 04/13/04 | P. Brooks | 2.50 | Revise opposition to motion and file same. telephone conference with R, Maïhos and email R, Long.  Prepare oral argument on motions. |
| 04/14/04 | B. Bernstein | 0.10 | Printed out docket from the U.S. Central District court for case 04-00236 for D. Tabacopoulos. |
| 04/14/04 | C. Larkin | 1.30 | Review correspondence from Mr. Brooks regarding _____ ; conference with Mr. Robertson regarding _____ conference with Mr. Kobulnick regarding _____ ; review and revise letter to opposing counsel regarding Local Rule 7-3 pre-motion conference; conference with Mr. Robertson regarding _____ ; conference with Ms. Tabacopoulos regarding _____ |
| 04/14/04 | C. Robertson | 1.10 | Review draft of motion to transfer venue and discuss with C. Larkin and J. Kobulnick; telephone call with P. Brooks regarding _____ ; review and annotate Healthy Solutions motion for TRO, amended complaint and affidavits. |
| 04/14/04 | D. Tabacopoulos | 0.70 | Review e-mail communication from P. Brooks; review and revise 12(b)(3) motion; telephone discussion with C. Larkin and C. Robertson; monitor J. Timlin's website for ruling regarding TRO. |
| 04/14/04 | J. Kobulnick | 4.10 | Telephone conference with opposing counsel regarding motion to dismiss or in the alternative to transfer venue; draft letter to opposing counsel with attachments regarding same and regarding service of Complaint in Massachusetts action; investigation of service of Massachusetts Complaint upon Healthy Solutions; draft Declaration of William D. Norman in support of motion to dismiss/transfer venue and telephone conference with Mr. Norman regarding _____ ; meeting with C. Larkin regarding _____ ; revise motion to dismiss/transfer venue. |
| 04/14/04 | P. Brooks | 4.60 | Prepare for and attend hearing on application for preliminary injunction; email California counsel. review FTC complaint and telephone to Bob regarding _____ |
| 04/15/04 | C. Larkin | 1.70 | Review correspondence from Ms. Golinder regarding _____ ; review preliminary injunction and related documents; telephone conference with Mr. |

ITV 000709



Invoice No. 993612
1843 / 35965
Page 8

Direct Marketing Concepts, Inc.

| Date | Attorney/Paralegal | Hours | Description |
|------|--------------------|-------|-------------|
| | | | Robertson regarding                                     ; draft and revise supplemental opposition to motion for TRO regarding entry of preliminary injunction in Massachusetts action and attend to service and filing; conference with Mr. Kobulnick regarding                                     review and analyze court's order transferring California action to Massachusetts and denying TRO application as moot; telephone conference with Mr. Robertson regarding         ; correspond with Mr. Robertson regarding        ; review correspondence from Mr. Robertson regarding      . |
| 04/15/04 | D. Tabacopoulos | 0.60 | Review and revise 12(b)(3) motion; telephone discussion with J. Kobulnick regarding |
| 04/15/04 | J. Kobulnick | 2.00 | Telephone conference with D. Tabacopoulos regarding        review telephone message from W. Norman; revise Norman Declaration in support of Motion; revise motion; meeting with C. Larkin regarding                       ; review Massachusetts court order; preparation of fax to opposing counsel with Massachusetts court order; review Cappseals' motion to intervene for additional support for motion to dismiss or to transfer venue. |
| 04/15/04 | P. Brooks | 0.80 | California case conference. |
| 04/15/04 | S. Gelwick | 1.40 | Conference with P. Brooks regarding                       ; review pleadings from C. Robertson filed in MA action against Guerrero and Healthy Solutions. |
| 04/19/04 | C. Robertson | 1.20 | Review and annotate memorandum of law in support of motion for TRO; review cases in memorandum of law and annotate; review affidavits and documents in support of motion. |
| 04/20/04 | C. Larkin | 0.30 | Telephone conference with Mr. Robertson regarding |
| 04/20/04 | C. Robertson | 1.70 | Review transfer order entered by court in California; review Cappseals intervention papers and motion for TRO; review Healthy Solutions motion for TRO, counterclaim and related papers in Massachusetts federal action. |
| 04/20/04 | S. Gelwick | 2.50 | Conference with C. Robertson for                       ; review memorandum prepared by C. Robertson; conference with P. Brooks regarding                       review pleadings filed in CA case before transfer to MA. |
| 04/21/04 | C. Robertson | 3.40 | Prepare opposition to motion for TRO, including affidavits from R. Maihos and C. Robertson and amended complaint; draft and send letter demanding indemnity for FDA and FTC investigations; review |

ITV 000710

CONFIDENTIAL



**ATTORNEYS** LLP

Invoice No. 993612
1843 / 35965
Page 9

Direct Marketing Concepts, Inc.

| Date | Attorney/Paralegal | Hours | Description |
|------|--------------------|-------|-------------|
| | | | and annotate complaint and motion for TRO; conference with P. Brooks. |
| 04/21/04 | S. Gelwick | 2.50 | Research MA and First Circuit case law regarding                    ; review Guerrero's affidavit and memorandum or law in support of P.I. |
| 04/22/04 | C. Robertson | 6.90 | Prepare opposition to motion for TRO filed by Healthy Solutions, including preparation of opposition affidavits, amended complaint and brief in opposition; research caselaw on          review affidavits and documents submitted in support of motion; conference with S. Gelwick regarding           ; conference with P. Brooks; call with E. Barrett; call with B. Maihos regarding |
| 04/22/04 | S. Gelwick | 4.70 | Review revised memorandum of law in support of preliminary injunction filed by Healthy Solutions; conference with C. Robertson; review draft affidavits of Robertson and Maihos and of First Amended Complaint; conduct research of MA federal case law regarding |
| 04/23/04 | C. Robertson | 2.80 | Prepare opposition to motion for TRO, including affidavits, amended complaint and brief; review medical claims by Guerrero and background; review California law regarding                            ; review 20/20 issues in connection with interview; calls with E. Barrett regarding                      review emails regarding . |
| 04/23/04 | S. Gelwick | 2.70 | Conference with C. Robertson; review amended affidavits; review exhibits and affidavits filed in support of Healthy Solutions' motion for preliminary injunction; review infomercial for Supreme Greens. |
| 04/26/04 | C. Robertson | 1.80 | Prepare opposition to motion for TRO in connection with counterclaims filed by Healthy Solutions; review and revise affidavit in opposition to motion for TRO; meet with S. Gelwick regarding |
| 04/26/04 | S. Gelwick | 6.70 | Review drafts of Robertson and Maihos affidavits; further research of First Circuit case law on                              review 20/20 videotape; conference with P. Brooks and C. Robertson; call to CA office regarding transcript from ABC. |
| 04/27/04 | S. Gelwick | 7.70 | Research First Circuit case law on                             ; review videotape from infomercial; revise Maihos affidavit. |

ITV 000711



**SEYFARTH SHAW** LLP
ATTORNEYS

Direct Marketing Concepts, Inc.

Invoice No. 993612
1843 / 35965
Page 10

| Date | Attorney/Paralegal | Hours | Description |
|------|--------------------|-------|-------------|
| 04/28/04 | C. Robertson | 1.20 | Conference with S. Gelwick regarding __ . review 20/20 videotape in connection with opposition to TRO; review Internet issues and Supreme Greens websites; conference with P. Brooks regarding |
| 04/28/04 | J. Kobulnick | 1.00 | Review article from ABCNews (20/20) regarding recent interview with Dr. Guerrero and client; order videotape transcript; interoffice correspondence with C. Larkin and C. Robertson regarding      ; review correspondence from C. Larkin. |
| 04/28/04 | S. Gelwick | 8.60 | Conference with C. Robertson; review Robertson and Maihos affidavits; revise draft of amended complaint; review counterclaim filed by Healthy Solutions and supporting exhibits to motion for preliminary injunction; continue drafting opposition to motion for TRO and for preliminary injunction. |
| 04/29/04 | C. Robertson | 2.10 | Draft and revise opposition to motion for TRO; review affidavits and revise; review letter from Guerrero counsel regarding indemnification demand; review Guerrero letter and materials related to distributors; call with B. Maihos regarding |
| 04/29/04 | S. Gelwick | 9.30 | Further research of First Circuit case law on                                 ; further preparation of opposition to motion for preliminary injunction; revisions to supporting affidavits and first amended complaint; conference with C. Robertson; review of correspondence regarding indemnification. |
| 04/30/04 | C. Larkin | 0.20 | Review correspondence from Mr. Robertson regarding                                          ; telephone conference with Mr. Robertson regarding |
| 04/30/04 | C. Larkin | 0.80 | Telephone conference with Ms. Ellenberger, Mr. Robertson, and Mr. Kobulnick regarding |
| 04/30/04 | C. Robertson | 4.20 | Finalize and file opposition to motion for TRO and amended complaint in Massachusetts federal court; review amended complaint and motion for leave to file amended complaint; review and sign affidavit in opposition to motion; review Maihos affidavit; review cases                      ; conference with S. Gelwick regarding        conference with P. Brooks; review letter sent by Guerrero to distributors and send email to E. Barrett; review                                 ; call with C. Larkin regarding |
| 04/30/04 | J. Kobulnick | 2.20 | Telephone conference with C. Robertson, C. Larkin, and L. |



SEYFARTH SHAW LLP
ATTORNEYS

Invoice No. 993612
1843 / 35965

Direct Marketing Concepts, Inc.

Page 11

| Date | Attorney/Paralegal | Hours | Description |
|------|--------------------|-------|-------------|
| | | | Ellenberger regarding                    ; initial review of portion of client file. |
| 04/30/04 | O. Golinder | 4.10 | Review and revise Opposition to PI, Affidavit of R. Maíhos, Affidavit of C. Robertson and Amended Complaint; prepare exhibits; scan exhibits for electronic filing; file same. |
| 04/30/04 | S. Gelwick | 7.20 | Final revisions to opposition to motion for preliminary injunction, supporting affidavits and amended complaint; conference with C. Robertson; conduct research          preparation of motion for leave to file amended complaint; preparation of documents for filing. |
| 04/30/04 | S. Gelwick | 0.20 | Telephone conference with U.S. District Court's clerk regarding electronic filing of papers. |

**Total Hours**            243.90

**Total Fees**                                                    74,395.50

**Disbursements**

Copying                                          94.80
Facsimile                                        10.00

**Total Disbursements**                                      $ 104.80

**Total This Statement**                                     $74,500.30

ITV 000713

CONFIDENTIAL



55 EAST MONROE STREET - SUITE 4200
CHICAGO, ILLINOIS 60603-5803
AREA CODE (312) 346-8000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 2004

Invoice No. 993612
1843 35965 / 35965-000006

Direct Marketing Concepts, Inc.
100 Cummings Center
Suite 506E
Beverly, MA 01915-6109
Attn:

## INVOICE SUMMARY

Total Fees $74,395.50

Total Disbursements 104.80

Total Fees and Disbursements This Statement $74,500.30

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE MADE BY WIRE TO:  BANK ONE
ACCOUNT NUMBER:  4036166
ABA NUMBER:  071000013



55 EAST MONROE STREET - SUITE 4200
CHICAGO, ILLINOIS 60603-5803
AREA CODE (312) 346-8000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 2004

Invoice No. 1003533
1843 35965 / 35965-000006
C3

Direct Marketing Concepts, Inc.
100 Cummings Center
Suite 506E
Beverly, MA 01915-6109
Attn:

---

For legal services rendered through the month of May 2004

**Supreme Greens Litigation**

| Date | Attorney/Paralegal | Hours | Description |
|------|-------------------|-------|-------------|
| 04/22/04 | C. Larkin | 0.20 | Telephone conference with Mr. Robertson regarding |
| 05/03/04 | S. Gelwick | 1.40 | Begin preparation of document requests to Healthy Solutions. |
| 05/04/04 | O. Golinder | 1.00 | Draft answer to complaint in intervention. |
| 05/04/04 | S. Gelwick | 1.20 | Assist in preparation of answer to complaint for intervention; begin preparation of interrogatories and automatic disclosure. |
| 05/05/04 | C. Robertson | 1.10 | Draft and file answer to Cappseals complaint in intervention; call with counsel regarding answer and oral argument on Healthy Solutions motion. |
| 05/05/04 | O. Golinder | 2.30 | Continue drafting an answer to the complaint-in-intervention; electronically file same. |
| 05/05/04 | S. Gelwick | 1.20 | Review of draft of answer; further preparation of discovery requests. |
| 05/07/04 | C. Robertson | 0.50 | Call with B. Christiansen regarding opposition to motion; review opposition in connection with motion for TRO regarding credentials of Guerrero. |
| 05/10/04 | O. Golinder | 0.70 | Case management. |
| 05/12/04 | C. Robertson | 0.20 | Review letter from Judge Young regarding scheduling conference in connection with case transferred from California. |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1003533
1843 / 35965
Page 2

Direct Marketing Concepts, Inc.

| <u>Date</u> | <u>Attorney/Paralegal</u> | <u>Hours</u> | <u>Description</u> |
|------|------|------|------|
| 05/12/04 | M. Callahan | 0.30 | Conferences with C. Robertson regarding |
| 05/14/04 | C. Robertson | 1.10 | Review and annotate reply brief, affidavits and documents in support of motion for TRO; outline responses. |
| 05/14/04 | O. Golinder | 0.30 | Review docket regarding motion for leave to file a reply brief; obtain copy of the reply brief and exhibits. |
| 05/17/04 | C. Robertson | 2.30 | Review and annotate reply brief in support of motion for TRO; review and annotate cases in response to reply brief; review docket in connection with filings and hearing; conference with P. Brooks and S. Gelwick. |
| 05/17/04 | S. Gelwick | 1.40 | Review Healthy Solutions' Reply brief, supporting affidavits and cases cited; ; conference with C. Robertson. |
| 05/18/04 | C. Larkin | 0.90 | Telephone conferences with Mr. Robertson regarding conferences with Mr. Kobulnick regarding conference with Mr. Kobulnick regarding |
| 05/18/04 | C. Robertson | 1.50 | ; meet with S, Gelwick regarding ; meet with P. Brooks; review cases |
| 05/18/04 | M. Callahan | 0.60 | Conferences with W. Callahan and P. Brooks regarding |
| 05/18/04 | O. Golinder | 2.10 | Obtain cases cited in opposition; prepare documents for hearing; attention to file administration. |
| 05/18/04 | S. Gelwick | 2.20 | Review of revised affidavit of D. Barrett; review of new affidavits in support of Healthy Solution's motion for preliminary injunction and compare with affidavits filed in CA action; conference with C. Robertson regarding ; research additional MA case law for sur-reply. |



**SEYFARTH**
**SHAW** LLP
ATTORNEYS

Invoice No. 1003533
1843 / 35965
Page 3

Direct Marketing Concepts, Inc.

| <u>Date</u> | <u>Attorney/Paralegal</u> | <u>Hours</u> | <u>Description</u> |
|------|-------------------|-------|-------------|
| 05/19/04 | C. Larkin | 2.00 | Telephone conferences with Mr. Robertson regarding ____ ; review correspondence from opposing counsel regarding extensions of time to respond to counterclaims and to respond to discovery requests; conferences with Mr. Kobulnick regarding ____ ; draft and revise stipulation for further extension of time to reply to Shop America's counterclaim; correspond with Ms. Ellenberger regarding |
| 05/19/04 | C. Robertson | 4.10 | Prepare for hearing on motion for TRO in federal court; review tapes of 20/20 segment and raw footage of infomercial; review sur-reply brief; review affidavits; conference with S. Gelwick; finalize submission; call with court regarding video set-up. |
| 05/19/04 | O. Golinder | 5.10 | Obtain a docket; draft affidavit of C. Robertson; prepare exhibits for filing; electronically file surreply; attention to file. |
| 05/19/04 | S. Gelwick | 7.30 | Conference with C. Robertson; preparation of sur-reply to Defendant's reply in support of motion for preliminary injunction; conduct additional research of MA and federal case law to support opposition; prepare documents and affidavits for filing; review of Guerrero's testimony in 20/20 interview. |
| 05/20/04 | C. Larkin | 0.20 | Telephone conference with Mr. Robertson regarding ____ ; review correspondence from Mr. Robertson regarding |
| 05/20/04 | C. Robertson | 3.80 | Prepare for and attend hearing on Healthy Solutions' motion for TRO before Judge Tauro; call with R. Maihos regarding |
| 05/20/04 | M. Callahan | 0.50 | Conferences with C. Robertson regarding |
| 05/20/04 | O. Golinder | 0.20 | Check the docket; conference with C. Robertson regarding |
| 05/20/04 | S. Gelwick | 2.50 | Prepare documents and obtain case law for hearing on Healthy Solutions' motion for preliminary injunction; conference with C. Robertson regarding ____ ; review of court's order on Defendant's motion for TRO; review unedited infomercial for Supreme Greens. |
| 05/21/04 | S. Gelwick | 1.60 | Review of Court's order on discovery; review of emails from C. Robertson regarding ____ ; begin preparation of interrogatories to Healthy Solutions. |
| 05/24/04 | C. Robertson | 0.20 | Review court order regarding discovery and related issues. |
| 05/24/04 | S. Gelwick | 0.40 | Review court's order on discovery; review Healthy Solutions' counterclaims and attached exhibits. |
| 05/28/04 | M. Callahan | 0.60 | Conferences with C. Robertson; review various matters. |

ITV 000717



Invoice No. 1003533
1843 / 35965
Page 4

Direct Marketing Concepts, Inc.

| Date | Attorney/Paralegal | Hours | Description |
|------|-------------------|-------|-------------|
| 05/28/04 | O. Golinder | 0.60 | Research corporate address for Rite Aid and CVS; prepare subpoenas for Rite Aid and CVS; conference with S. Gelwick. |
| 05/28/04 | S. Gelwick | 1.30 | Preparation of reply to Healthy Solutions' and Guerrero's counterclaims; review Judge Tauro's discovery order. |
| 05/29/04 | S. Gelwick | 1.40 | Revisions to reply to counterclaim; preparation of Rule 30(b)(6) deposition notice to Healthy Solutions; review of ITV's answer to intervenor's complaint. |

**Total Hours**     54.30

**Total Fees**                                      14,712.50

**Disbursements**

| | |
|---|---|
| Online Research | 42.91 |
| Copying | 125.20 |
| Meals | 21.75 |

**Total Disbursements**                          $ 189.86

**Total This Statement**                       $14,902.36



**SEYFARTH**
**ATTORNEYS SHAW** LLP

55 EAST MONROE STREET · SUITE 4200
CHICAGO, ILLINOIS 60603-5803
·AREA CODE (312) 346-8000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 2004

Invoice No. 1003533
1843 35965 / 35965-000006

Direct Marketing Concepts, Inc.
100 Cummings Center
Suite 506E
Beverly, MA 01915-6109
Attn:

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $14,712.50 |
| Total Disbursements | 189.86 |
| Total Fees and Disbursements This Statement | $14,902.36 |

---

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT**

PAYMENT MAY BE MADE BY WIRE TO:  BANK ONE
ACCOUNT NUMBER:  4036166
ABA NUMBER:  071000013

ITV 000719



55 EAST MONROE STREET - SUITE 4200
CHICAGO, ILLINOIS 60603-5803
AREA CODE (312) 346-8000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 2003

Invoice No. 879781
1843 35965 / 35965-000002

Direct Marketing Concepts, Inc.
100 Cummings Center
Suite 506E
Beverly, MA 01915-6109
Attn:

## INVOICE SUMMARY

Total Fees                                             $10,141.00

Total Disbursements                                        23.80

Total Fees and Disbursements This Statement            $10,164.80

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE MADE BY WIRE TO:   AMERICAN NATIONAL BANK & TRUST COMPANY
ACCOUNT NUMBER:   4036166
ABA NUMBER:   071000770

ITV 000720