UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ITV DIRECT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HEALTHY SOLUTIONS, LLC, ET. AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| CAPPSEALS, INC., | ) | |
| | ) | C. A. No. 04-CV10421-JLT |
| Plaintiff-in-Intervention | ) | (DEIN, J) |
| | ) | |
| v. | ) | |
| | ) | |
| HEALTHY SOLUTIONS, LLC., D/B/A DIRECT BUSINESS CONCEPTS; ITV DIRECT, INC. AND DIRECT FULFILLMENT, LLC. | ) | |
| | ) | |
| Intervenor-Defendants. | ) | |

**CAPPSEALS, INC.'S REPLY TO THE ITV PARTIES'
OPPOSITION TO CAPPSEALS' MOTION FOR SANCTIONS
UNDER 28 U.S.C. § 1927 AND THE INHERENT POWERS OF THE COURT**

**EXHIBIT 5, PART 5**



55 EAST MONROE STREET - SUITE 4200
CHICAGO, ILLINOIS 60603-5803
AREA CODE (312) 346-8000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 2005

Invoice No. 1162005
1843 35965 / 35965-000006
C3

Direct Marketing Concepts, Inc.
55 Cherry Hill Drive
Beverly, MA 01915
Attention:

For legal services rendered through the month of August 2005

**Supreme Greens Litigation**

| <u>Date</u> | <u>Attorney/Paralegal</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 08/01/05 | C. Robertson | 0.40 | Call with M. Scuicco regarding ; review email from P. Brooks regarding  call with W. Callahan regarding |
| 08/01/05 | P. Brooks | 0.10 | Email regarding |
| 08/01/05 | S. Gelwick | 0.90 | Review orders entered by Judge Tauro; review relief requested in Cappseals' motion for summary judgment and submissions filed by Healthy Solutions; review letter of C. Robertson. |
| 08/03/05 | C. Robertson | 0.30 | Call with M. Sciucco regarding review motion; conference with P. Brooks regarding |
| 08/03/05 | S. Gelwick | 0.50 | Review motion filed by Cappseals and correspondence with the court clerk. |
| 08/04/05 | C. Robertson | 1.10 | Review filing by Cappseals seeking post-judgment relief; call with M. Sciucco regarding ; call with D. Barrett and R. Maihos regarding |
| 08/04/05 | S. Gelwick | 1.70 | Review motions submitted by Cappseals regarding enforcement of judgement; review review emails regarding , conduct research of First Circuit case law on |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

ITV 000781



Invoice No. 1162005
1843 / 35965
Page 2

Direct Marketing Concepts, Inc.

| Date | Attorney/Paralegal | Hours | Description |
|------|-------------------|-------|-------------|
| 08/05/05 | S. Gelwick | 0.20 | Review electronic notices from Judge Tauro. |
| 08/08/05 | C. Robertson | 2.80 | Meet with S. Gelwick regarding research and review cases regarding conference with M. Callahan regarding call with M. Sciucco regarding review termination order from J. Tauro; draft letter to court regarding termination and pending claims. |
| 08/08/05 | H. Batista | 3.30 | Conference with C. Robertson and S. Gelwick regarding ; research regarding |
| 08/08/05 | P. Brooks | 0.40 | Email christianson; review court order and conf regarding same |
| 08/08/05 | S. Gelwick | 2.20 | Review of motions filed by Cappseals; research First Circuit case law regarding ;conference with C. Robertson and H. Batista regarding review and revise draft letter to court. |
| 08/09/05 | C. Robertson | 2.40 | Call with P. Brooks, M. Sciucco and R. Maihos regarding ; draft settlement documents for Healthy Solutions settlement; review court order reinstating case; research and review cases regarding : conference with H. Battista regarding |
| 08/09/05 | H. Batista | 1.50 | Research regarding |
| 08/09/05 | P. Brooks | 1.50 | Review and revise settlement agreements with Healthy Solutions and email to and from Christianson regarding same |
| 08/09/05 | P. Brooks | 1.00 | Telephone conference with all; draft letter to Kelley. |
| 08/09/05 | S. Gelwick | 1.20 | Conduct legal research regarding |
| 08/09/05 | S. Gelwick | 0.30 | Review electronic orders of the court; conference with C. Robertson regarding |
| 08/10/05 | C. Robertson | 0.60 | Call with M. Sciucco regarding ; review letter drafted by P. Brooks regarding settlement and provide comments; review motions regarding judgment. |
| 08/10/05 | H. Batista | 4.20 | Research regarding |
| 08/10/05 | P. Brooks | 0.10 | Revise Kelley letter |
| 08/10/05 | S. Gelwick | 0.30 | Conference with H. Batista regarding |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

Invoice No. 1162005
1843 / 35965
Page 3

Direct Marketing Concepts, Inc.

| **Date** | **Attorney/Paralegal** | **Hours** | **Description** |
|---|---|---|---|
| 08/11/05 | C. Robertson | 0.80 | Review settlement documents with Healthy Solutions; call with M. Sciucco; call with P. Brooks; review orders from J. Tauro; conference with H. Battista regarding              ; review letter. |
| 08/11/05 | H. Batista | 6.30 | Researching post-judgment injunctions; drafting opposition to motion to amend complaint-in-intervention. |
| 08/11/05 | P. Brooks | 0.20 | Review orders; telephone conference with Kelley and revise letter to Kelley |
| 08/11/05 | S. Gelwick | 0.70 | Review electronic orders of Judge Tauro; conference regarding oppositions to Cappseals' motions. |
| 08/12/05 | O. Golinder | 0.20 | Retrieve recent filings with the court. |
| 08/16/05 | C. Robertson | 1.10 | Review renewed motion for injunction filed by Cappseals; call with M. Sciucco regarding                    ; review docket; review letter from D. Kelly regarding settlement offer. |
| 08/16/05 | S. Gelwick | 1.20 | Review correspondence of D. Kelly and filings with the court; review Cappseals' motion and federal case law regarding post judgment attachments. |
| 08/17/05 | C. Robertson | 0.30 | Review final execution of judgment from Court; call with H. Sheldon regarding                  conference with S. Gelwick regarding |
| 08/17/05 | O. Golinder | 5.00 | Attention to case management. |
| 08/17/05 | S. Gelwick | 1.20 | Research                                       ; review Cappseals' final execution on judgment; conference with C. Robertson. |
| 08/18/05 | H. Batista | 0.50 | Drafting notice of appeal. |
| 08/18/05 | O. Golinder | 4.00 | Continue to update file. |
| 08/18/05 | S. Gelwick | 1.30 | Conduct research on |
| 08/19/05 | S. Gelwick | 0.20 | Review correspondence from Cappseals regarding motion for post judgment relief; review local rules regarding same. |
| 08/20/05 | H. Batista | 1.00 | Research regarding |
| 08/21/05 | H. Batista | 1.30 | Research regarding |
| 08/22/05 | H. Batista | 5.10 | Drafting opposition to motion for post-judgment relief; conferences with S. Gelwick regarding |
| 08/22/05 | P. Brooks | 0.40 | Telephone conference with court clerk and draft motion to continue |

ITV 000783



**SEYFARTH**
**ATTORNEYS SHAW** LLP

Direct Marketing Concepts, Inc.

Invoice No. 1162005
1843 / 35965
Page 4

| Date | Attorney/Paralegal | Hours | Description |
|------|--------------------|-------|-------------|
| 08/22/05 | S. Gelwick | 1.30 | Review Cappseals' motion for post judgment injunction; conference regarding          review Tauro's orders to prepare notice of appeal. |
| 08/23/05 | H. Batista | 4.80 | Research regarding                    ; drafting opposition to motion for post-judgment relief. |
| 08/23/05 | R. Carpenter | 0.50 | Consult with H. Sheldon regarding |
| 08/23/05 | S. Gelwick | 1.10 | Research First Circuit federal case law regarding |
| 08/24/05 | H. Batista | 5.10 | Research regarding                         ; conference with P. Brooks regarding _____; drafting opposition to Cappseals' Motion for Post-Judgment Relief. |
| 08/24/05 | O. Golinder | 3.40 | Attention to case management. |
| 08/24/05 | S. Gelwick | 0.40 | Review of affidavit of Scott Silverman and exhibits in support of Cappseals' motion. |
| 08/25/05 | H. Batista | 2.20 | Drafting opposition to Cappseals' Motion for Post-Judgment Relief. |
| 08/25/05 | O. Golinder | 4.40 | Continue to update file. |
| 08/25/05 | S. Gelwick | 1.30 | Conference with H. Batista regarding          review case law regarding |
| 08/26/05 | S. Gelwick | 2.20 | Review draft opposition to Cappseals motion for post-judgment injunction; research First Circuit case law regarding |
| 08/29/05 | H. Batista | 0.30 | Conference with S. Gelwick regarding                ; edits to same; conference regarding opposition to motion for post-judgment relief. |
| 08/29/05 | O. Golinder | 0.30 | Review and file notice of appeal; request filing fee check. |
| 08/29/05 | S. Gelwick | 3.50 | Review post judgment document requests and subpoenas; review and revise opposition to Cappseals' motion for post judgment relief; preparation and filing of notice of appeal. |
| 08/30/05 | C. Robertson | 0.40 | Call with Leo and Wayne regarding                ; review |
| 08/30/05 | O. Golinder | 0.50 | Review and file reply to motion for post-jugment relief; attentiont to file. |
| 08/30/05 | S. Gelwick | 2.20 | Conduct legal research                    revise and file opposition to Cappseals' motion for post judgment relief; conference with P. Brooks regarding |

ITV 000784

CONFIDENTIAL



Invoice No. 1162005
1843 / 35965
Page 5

Direct Marketing Concepts, Inc.

| Date | Attorney/Paralegal | Hours | Description |
|------|--------------------|-------|-------------|
| 08/31/05 | S. Gelwick | 2.30 | Review of subpoenas served by Cappseals; research federal case law regarding |

**Total Hours**      94.00

**Total Fees**      24,539.50

**Disbursements**

| | |
|---|---|
| Online Research | 26.43 |
| Copying | -94.80 |
| Online Research - PACER SERVICE CENTER | 21.60 |

**Total Disbursements**      $- 46.77

**Total This Statement**      $24,492.73

CONFIDENTIAL



**SEYFARTH**
ATTORNEYS **SHAW** LLP

55 EAST MONROE STREET - SUITE 4200
CHICAGO, ILLINOIS 60603-5803
AREA CODE (312) 346-8000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

September 2005

Invoice No. 1162005
1843 35965 / 35965-000006

Direct Marketing Concepts, Inc.
55 Cherry Hill Drive
Beverly, MA 01915
Attention:

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $24,539.50 |
| Total Disbursements | - 46.77 |
| Total Fees and Disbursements This Statement | $24,492.73 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE MADE BY WIRE TO: BANK ONE
ACCOUNT NUMBER: 4036166
ABA NUMBER: 071000013



55 EAST MONROE STREET – SUITE 4200
CHICAGO, ILLINOIS 60603-5803
AREA CODE (312) 346-8000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 2005

Invoice No. 1171747
1843 35965 / 35965-000006
C3

Direct Marketing Concepts, Inc.
55 Cherry Hill Drive
Beverly, MA 01915
Attention:

For legal services rendered through the month of September 2005

**Supreme Greens Litigation**

| Date | Attorney/Paralegal | Hours | Description |
|------|--------------------|-------|-------------|
| 09/01/05 | C. Robertson | 0.30 | Call with B. Christensen regarding settlement and dismissals; call with M. Sciucco regarding |
| 09/01/05 | S. Gelwick | 1.00 | Research for response to subpoenas by Cappseals; conference with H. Sheldon. |
| 09/02/05 | C. Robertson | 0.80 | Call with B. Christensen regarding settlement and releases; review and revise settlement documents and forward to B. Christensen; call with M. Sciucco regarding |
| 09/06/05 | C. Robertson | 0.70 | Conference with H. Sheldon regarding _____ ; review supplemental filing filed by Cappseals regarding corporate shield and related issues. |
| 09/06/05 | H. Sheldon | 0.30 | Drafting rule 45 objections. |
| 09/07/05 | C. Robertson | 0.40 | Calls with counsel regarding review of settlement agreement and comments; review motions to dismiss regarding settlement. |
| 09/07/05 | H. Sheldon | 3.70 | Drafting objections to subpoena duces tecum |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



**SEYFARTH SHAW** LLP
ATTORNEYS

Invoice No. 1171747
1843 / 35965
Page 2

Direct Marketing Concepts, Inc.

| Date | Attorney/Paralegal | Hours | Description |
|---|---|---|---|
| 09/08/05 | C. Robertson | 1.10 | Call with W. Callahan and Leo regarding review objections served on Cappseals; call with B. Christensen regarding settlement; review FTC filing regarding settlement with Guerrero; call with M. Sciucco regarding |
| 09/08/05 | H. Sheldon | 0.20 | Conference with S. Gelwick regarding |
| 09/08/05 | O. Golinder | 3.30 | Attention to case; prepare docketing statement; appearances; transcript order form. |
| 09/08/05 | S. Gelwick | 2.20 | Review and revise objections to Cappseals' subpoenas to W. Callahan and Leo; prepare Rule 45 objections for filing. |
| 09/09/05 | C. Robertson | 0.30 | Review revised stipulations forwarded by B. Christensen; email B. Christensen regarding revisions and settlement; conference with H. Sheldon regarding                      ; call with M. Sciucco regarding |
| 09/09/05 | O. Golinder | 3.50 | Revise docketing statement; prepare attachment to docketing statement; revise appearance forms; revise transcript order form; prepare certificate of service; check docket in First Circuit for error on the caption; draft filing letter to court. |
| 09/09/05 | S. Gelwick | 0.50 | Telephone conference with S. Silverman; review document requests and rule 45 objections from Leo and Wayne. |
| 09/11/05 | S. Gelwick | 0.40 | Telephone conference with S. Silverman; review subpoenas to Wayne and Leo. |
| 09/13/05 | C. Robertson | 0.40 | Review emails from B. Christensen regarding settlement and stipulation of dismissal; review docket regarding settlement and dismissals. |
| 09/14/05 | C. Robertson | 0.60 | Review and finalize stipulations of dismissal and settlement; file documents with court regarding dismissals; review docket regarding status of Cappseals case and motion for relief. |
| 09/15/05 | S. Gelwick | 0.30 | Review Cappseals' objection to stipulation of dismissal; telephone call with S. Silverman regarding document production. |
| 09/16/05 | C. Robertson | 1.20 | Call with B. Christensen regarding response to Cappseals objection; review B. Christensen draft response; review docket and Cappseals filing; call with counsel for Leo Bonnorigo regarding response to subpoena and                 , forward objections to counsel; review stipulations and injunction entered by Tauro. |



Invoice No. 1171747
1843 / 35965
Page 3

Direct Marketing Concepts, Inc.

| Date | Attorney/Paralegal | Hours | Description |
|------|--------------------|-------|-------------|
| 09/16/05 | S. Gelwick | 1.60 | Review and revise docketing statement and attachments, prepare package for filing in the First Circuit Court of Appeals; telephone call to S. Silverman; review of document requests served on ITV by Cappseals and documents requested in subpoenas; review Healthy Solutions' proposed joint reply to Cappseals' objection. |
| 09/19/05 | S. Gelwick | 0.50 | Telephone conference with S. Silverman regarding depositions and documents; review document requests to ITV and Direct Fulfillment; review notice from First Circuit Court of Appeals. |
| 09/20/05 | S. Gelwick | 1.10 | Review subpoenas and objections to document requests; participate in discovery conference with S. Silverman regarding Cappseals' depositions and requested documents; review correspondence from S. Silverman and electronic notice from the court. |
| 09/21/05 | O. Golinder | 1.50 | Draft responses to post-judgment requests for production of documents by Cappseals. |
| 09/21/05 | S. Gelwick | 1.20 | Telephone conferences with S. Silverman; review Cappseals' new complaint filed against DMC, ITV, Barrett and Maihos on Pacer; review document requests served by Cappseals; review settlement order from First Circuit Court of Appeals. |
| 09/22/05 | C. Robertson | 0.80 | Review notice from First Circuit regarding settlement conference; ~~review Callahan subpoena regarding requested documents and~~ response; call with Wayne regarding |
| 09/22/05 | O. Golinder | 4.40 | Review and revise responses to discovery requests. |
| 09/22/05 | S. Gelwick | 2.60 | Conference with O. Golinder regarding                           revise document responses; telephone conferences with S. Silverman; review complaint served by Cappseals and correspondence from S. Silverman; conference with C. Robertson regarding        ; review correspondence from Leo's counsel. |
| 09/23/05 | C. Robertson | 0.60 | Call with W. Callahan regarding                ; call with counsel for L. Bonnorigo regarding                    . review complaint filed by Cappseals for piercing of corporate veil and relief in connection with judgment. |
| 09/23/05 | S. Gelwick | 0.30 | Review correspondence from S. Silverman; review notice from First Circuit regarding appeal. |
| 09/25/05 | S. Gelwick | 0.30 | Review email from S. Silverman regarding Wayne's document production; telephone conference regarding same. |
| 09/26/05 | C. Robertson | 0.30 | Call with B. Christensen regarding response to Cappseals opposition; review response. |



**SEYFARTH SHAW** LLP
ATTORNEYS

Invoice No. 1171747
1843 / 35965
Page 4

Direct Marketing Concepts, Inc.

| Date | Attorney/Paralegal | Hours | Description |
|------|-------------------|-------|-------------|
| 09/26/05 | S. Gelwick | 0.40 | Review briefing schedule from First Circuit; review correspondence from S.Silverman and subpoenas; review document request to ITV. |
| 09/27/05 | C. Robertson | 1.60 | Draft, edit and revise settlement statement for First Circuit CAMP settlement conference; call with M. Sciucco regarding ; call with Wayne regarding |
| 09/27/05 | S. Gelwick | 0.60 | Preparation of correspondence and return of service for S. Silverman; telephone conference with S. Silverman regarding depositions; review facsimile from S. Silverman; telephone conference with Appeals court clerk regarding settlement conference. |
| 09/28/05 | C. Robertson | 0.40 | Finalize and send settlement memorandum to Judge Lynch regarding Cappseals settlement conference. |
| 09/29/05 | C. Robertson | 0.30 | Call with Leo's counsel regarding ; review letter sent by Leo's counsel regarding production and related issues. |
| 09/30/05 | C. Robertson | 0.40 | Call with S. Silverman regarding document production and settlement conference; call with court regarding production of court order; meet with W. Callahan regarding |

| | | | |
|---|---|---|---|
| **Total Hours** | 40.10 | | |
| **Total Fees** | | | 10,468.50 |

**Disbursements**

| | |
|---|---|
| Online Research | 838.45 |
| Filing Fees | 255.00 |
| Copying | 383.80 |
| Facsimile | 55.00 |

**Total Disbursements**      $1,532.25

**Total This Statement**      $12,000.75

ITV 000790



**SEYFARTH SHAW** LLP
ATTORNEYS

55 EAST MONROE STREET - SUITE 4200
CHICAGO, ILLINOIS 60603-5803
AREA CODE (312) 346-8000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

October 2005

Invoice No. 1171747
1843 35965 / 35965-000006

Direct Marketing Concepts, Inc.
55 Cherry Hill Drive
Beverly, MA 01915
Attention:

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $10,468.50 |
| Total Disbursements | 1,532.25 |
| Total Fees and Disbursements This Statement | $12,000.75 |

## ACCOUNTS RECEIVABLE SUMMARY

A review of our records reflects the following invoice(s) remain unpaid.  Please remit payment promptly.

| Date | Invoice | Invoice Amount | Payment Received | Balance |
|---|---|---|---|---|
| 09/20/05 | 1162005 | $24,492.73 | $ .00 | $24,492.73 |

If you have any questions with regard to the amount as stated, please contact Kathy Hobbs in our Finance Department at 312-346-8000, ext. 3309.

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE MADE BY WIRE TO:  BANK ONE
ACCOUNT NUMBER:  4036166
ABA NUMBER:  071000013

ITV 000791



**SEYFARTH** ATTORNEYS **SHAW** LLP

55 EAST MONROE STREET - SUITE 4200
CHICAGO, ILLINOIS 60603-5803
AREA CODE (312) 346-8000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 2005

Invoice No. 1180464
1843 35965 / 35965-000006
C3

Direct Marketing Concepts, Inc.
55 Cherry Hill Drive
Beverly, MA 01915
Attention:

For legal services rendered through the month of October 2005

**Supreme Greens Litigation**

| Date | Attorney/Paralegal | Hours | Description |
|------|-------------------|-------|-------------|
| 10/03/05 | C. Robertson | 1.10 | ; review and mark documents for production; draft letter to S. Silverman regarding documents. |
| 10/04/05 | C. Robertson | 0.40 | Telephone conference with R. Maihos and W. Callahan regarding ; telephone conference with B. Christensen regarding status of motion to dismiss; telephone conference with M. Sciucco regarding |
| 10/05/05 | C. Robertson | 1.60 | Prepare for and attend settlement conference in First Circuit regarding Cappseals case; review pleadings and court opinion regarding appeal; review complaint for alter ego claims against DMC. |
| 10/05/05 | S. Gelwick | 0.40 | Conference with C. Robertson regarding telephone call to S. Silverman. |
| 10/07/05 | S. Gelwick | 0.20 | Review facsimile from S. Silverman regarding depositions. |
| 10/10/05 | S. Gelwick | 0.70 | Review notice from First Circuit; review docket sheet and pleadings in order to prepare record appendix for appeal. |
| 10/12/05 | S. Gelwick | 0.30 | Review notices from the court of appeals and briefing schedule; review First Circuit rules regarding preparation of record appendix. |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Direct Marketing Concepts, Inc.

| Date | Attorney/Paralegal | Hours | Description |
|------|--------------------|-------|-------------|
| 10/13/05 | S. Gelwick | 0.50 | Conference with P. Alley regarding ___ ___, review of summary judgment papers filed in lower court; conference regarding |
| 10/16/05 | S. Gelwick | 0.30 | Review Cappseals' new complaint. |
| 10/17/05 | C. Robertson | 2.30 | Draft answer to new complaint filed by Cappseals; review complaint and cases regarding conference with T. McGrath and P. Alley regarding _____ ; review docket regarding filings; review UCC cases on |
| 10/17/05 | O. Golinder | 0.70 | Review and revise answer; electronically file same. |
| 10/17/05 | P. Alley | 0.50 | Meeting with C. Robertson and T. McGrath regarding |
| 10/17/05 | S. Gelwick | 0.70 | Review draft answer to Cappseals' complaint; review subpoena. |
| 10/17/05 | T. McGrath | 0.00 | Meeting with P. Alley and C. Robertson regarding |
| 10/18/05 | C. Robertson | 7.20 | Draft, edit, and revise appellate brief regarding reach and apply issues, entry of judgment, and UCC analysis; conference with P. Alley regarding              research and review cases regarding ___ ___ . telephone conference with S. Silverman regarding Callahan deposition; review alter ego issues and enforcement of judgment; conference with S. Gelwick regarding |
| 10/18/05 | P. Alley | 1.00 | Conference with T. McGrath; conferences with C. Robertson on ___ __ |
| 10/18/05 | S. Gelwick | 0.90 | Conference regarding ___         review C. Robertson's e-mail and draft of portion of appellate brief. |
| 10/18/05 | T. McGrath | 1.00 | Conference with P. Alley and C. Robertson on                ; prepare initial outline of brief; review brief drafted by C. Robertson. |
| 10/19/05 | C. Robertson | 1.30 | Review and annotate documents in preparation for W. Callahan deposition; telephone conference with W. Callahan and M. Sciucco regarding              review ITV general ledger; review new complaint regarding alter ego theory and fraudulent transfer allegations; review appellate arguments. |
| 10/19/05 | O. Golinder | 0.30 | Electronically file return of summons. |
| 10/19/05 | O. Golinder | 0.20 | Conference with T. McGrath regarding |
| 10/19/05 | S. Gelwick | 1.30 | Review docket sheet with T. McGrath to complete record appendix; research and review First Circuit case law regarding |



Invoice No. 1180464
1843 / 35965
Page 3

Direct Marketing Concepts, Inc.

| Date | Attorney/Paralegal | Hours | Description |
|------|-------------------|-------|-------------|
| 10/19/05 | T. McGrath | 2.50 | Review docket sheet with S. Gelwick to complete record appendix; review documents to contain in record appendix; prepare letter to S. Silverman regarding record appendix. |
| 10/20/05 | C. Robertson | 9.20 | Prepare for and defend W. Callahan deposition at Gadsby & Hannah ; review documents in preparation for W. Callahan deposition; conference with S. Silverman regarding possible settlement of claims; telephone conference with P. Alley regarding ; telephone with M. Sciucco regarding and meeting with S. Silverman. |
| 10/21/05 | C. Robertson | 3.10 | Research and review cases regarding ; review draft appellate brief regarding statement of legal issues and statement of facts; review pleading file regarding review Healthy Solutions counterclaims regarding conference with S. Gelwick regarding |
| 10/21/05 | O. Golinder | 0.30 | Attention to record appendix. |
| 10/21/05 | P. Alley | 1.20 | Conferences with T. McGrath and S. Gelwick regarding conference with C. Robertson; e-mail from C. Robertson and review attachment in summary judgment brief in Inn Foods. |
| 10/21/05 | S. Gelwick | 1.80 | Conference with T. McGrath to review opposition to summary judgment and case law cited in brief in order to draft appellate brief. |
| 10/21/05 | T. McGrath | 1.00 | Conference with S. Gelwick to r |
| 10/24/05 | C. Robertson | 2.30 | Review cases regarding ; conference with S. Gelwick and P. Alley regarding ; review record on appeal and letter to S. Silverman; review review order from court regarding post-judgment relief; draft and send settlement correspondence to S. Silverman; telephone conference with M. Sciucco regarding ; telephone conference with W. Callahan regarding |
| 10/24/05 | O. Golinder | 2.30 | Attention to record appendix; review rules regarding appendix and brief; conferences with T. McGrath and S. Gelwick regarding |
| 10/24/05 | S. Gelwick | 5.50 | Conference with C. Robertson and P. Alley regarding ; research and review case law for appellate brief; draft portions of argument; review court's order on Cappseals' motion for post judgment relief. |



**SEYFARTH**
**SHAW** LLP
ATTORNEYS

Direct Marketing Concepts, Inc.

Invoice No. 1180464
1843 / 35965
Page 4

| Date | Attorney/Paralegal | Hours | Description |
|------|--------------------|-------|-------------|
| 10/25/05 | C. Robertson | 3.70 | Research cases regarding _____ ; review and research cases regarding _____ review record on appeal for submission; telephone conference with S. Silverman regarding settlement offer and response; review e-mail regarding settlement proposal response; telephone conference with R. Maihos and W. Callahan regarding _____ ; conference with P. Alley regarding _____ ; conference with S. Gelwick regarding |
| 10/25/05 | O. Golinder | 3.20 | Review rules of First Circuit Court regarding brief requirements; obtain cases for brief; e-mail same to S. Gelwick; attention to record appendix. |
| 10/25/05 | P. Alley | 6.50 | Conferences with C. Robertson; e-mail and conferences with T. McGrath regarding _____ ; review pleadings; review cases on _____ outline of procedural arguments; review |
| 10/25/05 | S. Gelwick | 5.80 | Conduct additional research regarding issues for appeal; review record appendix; review case law and e-mails from C. Robertson; continue drafting portions of appellate brief; review rules of appellate procedure for the First Circuit. |
| 10/26/05 | C. Robertson | 4.40 | Research cases regarding _____ ; review record on appeal with T. McGrath and review appellate rules for filing record and briefs; conference with P. Brooks regarding _____ review Judge Tauro orders accepting dismissal and terminating case; telephone conference with M. Sciucco regarding |
| 10/26/05 | O. Golinder | 0.40 | Attention to record appendix. |
| 10/26/05 | P. Alley | 1.50 | Review cases; e-mails from C. Robertson. |
| 10/26/05 | S. Gelwick | 4.40 | Review orders from the court; further research and drafting of appellate brief; review of correspondence regarding contents of appendix; review transcript from status hearing before the court. |
| 10/27/05 | C. Robertson | 1.60 | Conference with S. Gelwick and P. Alley regarding _____ review cases on UCC issues and reach and apply; conference with O. Golinder regarding _____ ; review Tauro order reinstating case; review |
| 10/27/05 | O. Golinder | 2.90 | Attention to record appendix. |

ITV 000795

CONFIDENTIAL



**SEYFARTH**
ATTORNEYS **SHAW** LLP

Direct Marketing Concepts, Inc.

Invoice No. 1180464
1843 / 35965
Page 5

| Date | Attorney/Paralegal | Hours | Description |
|------|--------------------|-------|-------------|
| 10/27/05 | P. Alley | 2.80 | Conferences with T. McGrath regarding conferences with C. Robertson; reviewing cases on dismissal with prejudice; e-mail from C. Robertson. |
| 10/27/05 | S. Gelwick | 2.80 | Further research and drafting of brief; review electronic notices from the court; conference with C. Robertson and P. Alley regarding |
| 10/27/05 | T. McGrath | 2.20 | Telephone conference with S. Silverman regarding contents of joint appendix; review Cappseals' document designation; review additional documents to include in joint appendix; prepare letter to S. Silverman regarding appendix contents. |
| 10/28/05 | C. Robertson | 1.10 | Review appellate rules regarding length and style of brief; telephone conference with P. Alley regarding conference with T. McGrath regarding ; review docket regarding appellate brief and appendix; review and research cases regarding ; conference with O. Golinder regarding |
| 10/28/05 | O. Golinder | 4.00 | Prepare record appendix. |
| 10/28/05 | P. Alley | 2.10 | Research and review cases on |
| 10/28/05 | S. Gelwick | 1.20 | Revise arguments in appellate brief on Rule 54(b) judgments and fraud defenses under the U.C.C. |
| 10/30/05 | P. Alley | 7.30 | Review and revise statement of proceedings and statement of facts; review record appendix; draft and revise argument on judge's abuse of discretion. |
| 10/30/05 | S. Gelwick | 0.50 | Research and review federal case law regarding |
| 10/31/05 | C. Robertson | 0.80 | Conference with P. Alley regarding ; review ; review e-mail from S. Silverman regarding discovery of DMC. |
| 10/31/05 | O. Golinder | 6.90 | Finalize record appendix; review procedural history of the brief; insert citations to the record appendix in the brief; revise same. |
| 10/31/05 | P. Alley | 8.50 | Research and review review and further research , draft and revise argument; conferences with C. Robertson; conferences with O. Golinder regarding |
| 10/31/05 | S. Gelwick | 5.80 | Further drafting of First Circuit appellate brief; research of U.C.C. case law regarding |

**Total Hours**            132.50

# SEYFARTH
### SHAW LLP
**ATTORNEYS**

Direct Marketing Concepts, Inc.

Invoice No. 1180464
1843 / 35965
Page 6

**Total Fees**                                                                38,229.50

**Disbursements**

| | |
|---|---|
| Local Messenger | 13.00 |
| Copying | 348.70 |
| Facsimile | 11.00 |
| Postage | 7.45 |

**Total Disbursements**                                                      $ 380.15

**Total This Statement**                                                     $38,609.65

ITV 000797



55 EAST MONROE STREET - SUITE 4200
CHICAGO, ILLINOIS 60603-5803
AREA CODE (312) 346-8000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 2005

Invoice No. 1180464
1843 35965 / 35965-000006

Direct Marketing Concepts, Inc.
55 Cherry Hill Drive
Beverly, MA 01915
Attention:

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $38,229.50 |
| Total Disbursements | 380.15 |
| Total Fees and Disbursements This Statement | $38,609.65 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE MADE BY WIRE TO:  BANK ONE
ACCOUNT NUMBER:  4036166
ABA NUMBER:  071000013

ITV 000798



55 EAST MONROE STREET - SUITE 4200
CHICAGO, ILLINOIS 60603-5803
AREA CODE (312) 346-8000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

December 2005

Invoice No. 1192646
1843 35965 / 35965-000006
C3

Direct Marketing Concepts, Inc.
55 Cherry Hill Drive
Beverly, MA 01915
Attention:

For legal services rendered through November 23, 2005

### Supreme Greens Litigation

| Date | Attorney/Paralegal | Hours | Description |
|------|-------------------|-------|-------------|
| 11/01/05 | C. Robertson | 3.30 | Review and edit appellate brief regarding ; review affidavits and record regarding ; conference with P. Alley and S. Gelwick regarding research cases regarding |
| 11/01/05 | O. Golinder | 3.50 | Finalize record appendix. |
| 11/01/05 | P. Alley | 8.50 | Review cases; draft and revise argument on dismissal issues; conferences with C. Robertson; conferences with S. Gelwick. |
| 11/01/05 | S. Gelwick | 8.80 | Draft of appellate brief; conduct additional research and review of cases for brief; review statement of facts; conferences with P. Alley and C. Robertson regarding |
| 11/01/05 | T. McGrath | 1.00 | Review record appendix; conference with P. Alley regarding |
| 11/02/05 | O. Golinder | 12.80 | Appellate brief. |
| 11/02/05 | P. Alley | 7.50 | E-mail from C. Robertson; review and revise brief; meeting with S. Gelwick and O. Golinder; several conferences with S. Gelwick; several conferences with O. Golinder; multiple reviews of brief. |
| 11/02/05 | P. Brooks | 1.80 | Review and revise First Circuit brief and office conferences regarding |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

ITV 000799



Direct Marketing Concepts, Inc.

| Date | Attorney/Paralegal | Hours | Description |
|------|--------------------|-------|-------------|
| 11/02/05 | S. Gelwick | 13.20 | Draft and revise appellate brief, statement of issues, and procedural history; review additional case law cited in brief; conference with P. Alley and O. Golinder regarding                    ; final review and revisions to brief and prepare for filing. |
| 11/03/05 | C. Robertson | 1.60 | Review response to settlement offer sent by Cappseals counsel; telephone conference with M. Sciucco regarding                         telephone conference with W. Callahan regarding                              ; review final brief and appendix filed with First Circuit. |
| 11/03/05 | O. Golinder | 1.30 | Attention to case management. |
| 11/03/05 | S. Gelwick | 0.90 | Review final copy of brief; conference with C. Robertson regarding           ; review First Circuit rules regarding filing requirements; review letter from First Circuit clerk; review electronic notices from the court. |
| 11/04/05 | C. Robertson | 0.80 | Review discovery issued by Cappseals regarding DMC and ITV assets; review Tauro order regarding discovery of financial information; review order from Court of Appeals regarding opposition briefing schedule and oral argument; telephone conference with M. Sciucco regarding                       ; review          regarding |
| 11/04/05 | S. Gelwick | 0.60 | Review notice from First Circuit; conference with C. Robertson regarding         review of e-mails and discovery served by Cappseals. |
| 11/07/05 | C. Robertson | 0.30 | Draft and send letter to S. Silverman regarding defective notice of deposition and reissue. |
| 11/07/05 | O. Golinder | 4.00 | Attention to file management. |
| 11/08/05 | C. Robertson | 0.60 | Review letter from S. Silverman regarding discovery; review                              review Tauro order; meet with P. Brooks regarding                    ; draft response letter to S. Silverman. |
| 11/08/05 | S. Gelwick | 0.60 | Review correspondence from S. Silverman and deposition notices served by Cappseals; conference with C. Robertson regarding           review court docket for Cappseals' new case. |
| 11/09/05 | C. Robertson | 0.40 | Review, revise, and send out letter to S. Silverman regarding response to Rule 30(b)(6) subpoena; review             .; review Tauro order regarding discovery. |
| 11/09/05 | S. Gelwick | 0.20 | Review correspondence from S. Silverman. |