UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ITV DIRECT, INC.,　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　Plaintiff,　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>HEALTHY SOLUTIONS, LLC, ET. AL.,　)<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　Defendants.　　　　　　)<br>_____)<br>　　　　　　　　　　　　　　　　　)<br>CAPPSEALS, INC.,　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　Plaintiff-in-　　　　　)<br>　　　　　　Intervention　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>HEALTHY SOLUTIONS, LLC., D/B/A　　)<br>DIRECT BUSINESS CONCEPTS; ITV　　 )<br>DIRECT, INC. AND DIRECT　　　　　 )<br>FULFILLMENT, LLC.　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　Intervenor-　　　　　　)<br>　　　　　　Defendants.　　　　　　)<br>_____) | C. A. No. 04-CV10421-JLT<br>(DEIN, J) |

**CAPPSEALS, INC.'S REPLY TO THE ITV PARTIES'
OPPOSITION TO CAPPSEALS' MOTION FOR SANCTIONS
UNDER 28 U.S.C. § 1927 AND THE INHERENT POWERS OF THE COURT**

**EXHIBIT 6**

ME1 952710v.1

### 35965-6 Ledger History

| Bill/Pay | Date | Fees | Costs | Total |
|---|---|---|---|---|
| PAY | 11/28/2003 | -4,992.97 | -7.03 | -5,000.00 |
| BILL | 4/29/2004 | 180 | 0 | 180 |
| BILL | 5/6/2004 | 0 | 0 | 0 |
| PAY | 5/11/2004 | -180 | 0 | -180 |
| BILL | 5/20/2004 | 74,395.50 | 104.8 | 74,500.30 |
| PAY | 6/4/2004 | -69,402.53 | -97.77 | -69,500.30 |
| BILL | 6/4/2004 | 14,712.50 | 189.86 | 14,902.36 |
| PAY | 6/4/2004 | -14,712.50 | -189.86 | -14,902.36 |
| BILL | 7/11/2004 | 9,724.50 | 597.5 | 10,322.00 |
| BILL | 8/4/2004 | 0 | 0 | 0 |
| BILL | 8/23/2004 | 23,524.50 | 685.27 | 24,209.77 |
| BILL | 9/7/2004 | 0 | 0 | 0 |
| PAY | 9/15/2004 | -9,724.50 | -597.5 | -10,322.00 |
| PAY | 9/15/2004 | -23,524.50 | -685.27 | -24,209.77 |
| BILL | 9/29/2004 | 48,722.00 | 1,436.62 | 50,158.62 |
| BILL | 10/6/2004 | 0 | 0 | 0 |
| BILL | 10/19/2004 | 3,825.00 | 45.88 | 3,870.88 |
| BILL | 11/4/2004 | 0 | 0 | 0 |
| BILL | 11/8/2004 | 0 | 0 | 0 |
| BILL | 11/11/2004 | 143 | 81.43 | 224.43 |
| PAY | 11/23/2004 | -48,722.00 | -1,436.62 | -50,158.62 |
| BILL | 12/1/2004 | 0 | 0 | 0 |
| BILL | 12/9/2004 | 833 | 5.93 | 838.93 |
| BILL | 1/12/2005 | 0 | 0 | 0 |
| PAY | 1/13/2005 | -3,825.00 | -45.88 | -3,870.88 |
| PAY | 1/13/2005 | -143 | -81.43 | -224.43 |
| BILL | 1/20/2005 | 431 | 0 | 431 |
| PAY | 2/2/2005 | -431 | 0 | -431 |
| BILL | 2/9/2005 | 8,848.00 | 0 | 8,848.00 |
| BILL | 2/24/2005 | 0 | 0 | 0 |
| BILL | 3/7/2005 | 0 | 0 | 0 |
| BILL | 3/14/2005 | 5,879.50 | 65.39 | 5,944.89 |
| PAY | 3/17/2005 | -8,848.00 | 0 | -8,848.00 |
| PAY | 4/6/2005 | -5,879.50 | -65.39 | -5,944.89 |
| BILL | 4/12/2005 | 0 | 0 | 0 |
| BILL | 4/28/2005 | 19,990.50 | 1,192.45 | 21,182.95 |
| WOFF | 4/30/2005 | -833 | -5.93 | -838.93 |
| BILL | 5/6/2005 | 0 | 0 | 0 |
| BILL | 5/18/2005 | 17,952.00 | 803.84 | 18,755.84 |
| PAY | 5/31/2005 | -19,990.50 | -1,192.45 | -21,182.95 |
| BILL | 6/13/2005 | 31,705.50 | 942.18 | 32,647.68 |
| WOFF | 6/14/2005 | -981.39 | 0 | -981.39 |
| PAY | 6/15/2005 | -16,970.61 | -803.84 | -17,774.45 |
| PAY | 7/15/2005 | -31,015.30 | 0 | -31,015.30 |
| WOFF | 7/15/2005 | -690.2 | -942.18 | -1,632.38 |
| BILL | 7/29/2005 | 30,131.00 | 562.29 | 30,693.29 |
| WOFF | 8/3/2005 | -972.38 | -562.29 | -1,534.67 |
| PAY | 8/5/2005 | -29,158.62 | 0 | -29,158.62 |
| BILL | 8/10/2005 | 3,407.50 | 1,577.79 | 4,985.29 |
| PAY | 8/24/2005 | -3,407.50 | -1,577.79 | -4,985.29 |

ITV 001890

CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| BILL | 9/20/2005 | 24,539.50 | -46.77 | 24,492.73 |
| BILL | 10/18/2005 | 10,468.50 | 1,532.25 | 12,000.75 |
| PAY | 10/20/2005 | -24,539.50 | 46.77 | -24,492.73 |
| PAY | 11/2/2005 | -10,468.50 | -1,532.25 | -12,000.75 |
| BILL | 11/9/2005 | 38,229.50 | 380.15 | 38,609.65 |
| WOFF | 12/5/2005 | -2,894.34 | -380.15 | -3,274.49 |
| PAY | 12/6/2005 | -35,335.16 | 0 | -35,335.16 |
| BILL | 12/9/2005 | 32,300.50 | 4,583.62 | 36,884.12 |
| PAY | 1/3/2006 | -30,626.14 | -4,583.62 | -35,209.76 |
| BILL | 1/17/2006 | 44,420.50 | 1,008.76 | 45,429.26 |
| WOFF | 1/18/2006 | -1,674.36 | 0 | -1,674.36 |
| WOFF | 1/31/2006 | -3,119.98 | 0 | -3,119.98 |
| PAY | 2/1/2006 | -41,300.52 | -1,008.76 | -42,309.28 |
| BILL | 2/9/2006 | 19,405.00 | 1,272.85 | 20,677.85 |
| BILL | 3/8/2006 | 13,132.00 | 161.88 | 13,293.88 |
| PAY | 3/14/2006 | -19,405.00 | -1,272.85 | -20,677.85 |
| BILL | 4/11/2006 | 752 | 252.22 | 1,004.22 |
| 1PAY | 5/9/2006 | -13,132.00 | -161.88 | -13,293.88 |
| BILL | 5/11/2006 | 3,872.00 | 49.4 | 3,921.40 |
| BILL | 6/15/2006 | 15,686.50 | 50.8 | 15,737.30 |
| 1PAY | 6/26/2006 | -499.78 | -252.22 | -752 |
| 1PAY | 6/26/2006 | -3,675.93 | -49.4 | -3,725.33 |
| WOFF | 6/28/2006 | -252.22 | 0 | -252.22 |
| 1PAY | 7/6/2006 | -196.07 | 0 | -196.07 |
| BILL | 7/21/2006 | 8,588.50 | 7.9 | 8,596.40 |
| 1PAY | 8/2/2006 | -15,686.50 | -50.8 | -15,737.30 |
| BILL | 8/9/2006 | 1,854.00 | 8.78 | 1,862.78 |
| 1PAY | 8/22/2006 | -8,588.50 | -7.9 | -8,596.40 |
| 1PAY | 9/15/2006 | -1,854.00 | -8.78 | -1,862.78 |
| BILL | 9/18/2006 | 18,501.00 | 294.22 | 18,795.22 |
| 1PAY | 9/30/2006 | -17,230.02 | -294.22 | -17,524.24 |
| 1PAY | 9/30/2006 | -1,270.00 | 0 | -1,270.00 |
| BILL | 10/13/2006 | 4,673.00 | 215.82 | 4,888.82 |
| WOFF | 11/3/2006 | -0.98 | 0 | -0.98 |
| BILL | 11/3/2006 | 22,525.50 | 24.1 | 22,549.60 |
| 1PAY | 11/24/2006 | -4,673.00 | -215.82 | -4,888.82 |
| 1PAY | 11/24/2006 | -22,525.50 | -24.1 | -22,549.60 |

**Total Unpaid**                                                      $      -

ITV 001891